UNITED STATES DISTRICT COURT — SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:22-cv-03290 |
|---|---|---|---|

| Laliberte, et al. |
|---|
| *versus* |
| Quanta Services, Inc., et al. |

| Lawyer's Name / Firm / Street / City & Zip Code / Telephone & Email / Licensed: State & Number / Federal Bar & Number | Jaime Santos<br>GOODWIN PROCTER LLP<br>1900 N Street, N.W.<br>Washington, DC 20036-1612<br>(202) 346-4000; JSantos@goodwinlaw.com<br>Washington, DC SBN: 1047905<br>District of DC # 1047905 |
|---|---|

| Name of party applicant seeks to appear for: | Proposed Amicus Curiae the Chamber of Commerce of the United States of America |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 12/16/2022 | Signed: | /s/ Jaime Santos |
|---|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

**Order**

**This lawyer is admitted *pro hac vice*.**

Dated: _____

_____
United States District Judge