United States District Court
Southern District of Texas
**ENTERED**
December 19, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:22-cv-03290 |
|---|---|---|---|

| Laliberte, et al. |
|---|
| *versus* |
| Quanta Services, Inc., et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Jaime Santos<br>GOODWIN PROCTER LLP<br>1900 N Street, N.W.<br>Washington, DC 20036-1612<br>(202) 346-4000; JSantos@goodwinlaw.com<br>Washington, DC SBN: 1047905<br>District of DC # 1047905 |
|---|---|

| Name of party applicant seeks to appear for: | Proposed Amicus Curiae the Chamber of Commerce of the United States of America |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 12/16/2022 | Signed: | /s/ Jaime Santos |
|---|---|---|

| The state bar reports that the applicant's status is: | Active |
|---|---|
| Dated: | Clerk's signature   Lisa Edwards |

**Order**

Dated: DEC 1 9 2022

This lawyer is admitted *pro hac vice*.

_____
United States District Judge