# EXHIBIT A

Case 4:22-cv-03290   Document 32   Filed on 11/30/22 in TXSD   Page 1 of 3

United States District Court
Southern District of Texas
**ENTERED**
November 30, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARY LALIBERTE and MARIE MCKNIGHT, individually and as representatives of a class of similarly situated persons, on behalf of the QUANTA SERVICES, INC. 401(K) SAVINGS PLAN, <br><br>Plaintiffs, <br><br>v. <br><br>QUANTA SERVICES, INC.; THE BOARD OF TRUSTEES OF QUANTA SERVICES, INC.; THE QUANTA SERVICES, INC. 401(K) SAVINGS PLAN COMMITTEE; and DOES No. 1-20, Whose Names Are Currently Unknown, <br><br>Defendants. | Case No: 4:22-cv-03290 |

## ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME AND FOR EXTENDED BRIEFING ON ANY MOTION TO DISMISS

The parties in the above-referenced action jointly moved for an extension of time for Defendants to respond to the Complaint, and, if Defendants move to dismiss the Complaint, to extend the deadline for the opposition brief to the motion to dismiss and the reply brief in support of the motion to dismiss. Defendants also moved for an extension of the page limits on any motion to dismiss.

The Court hereby **GRANTS** the parties' joint motion and (1) extends Defendants' time to respond to the Complaint to **December 13, 2022**; (2) if Defendants move to dismiss, extends the deadline to file an opposition brief to any motion to dismiss to **January 12, 2023,** and extends

the deadline to file a reply brief in support of any motion to dismiss to **February 2, 2023**; and (3) extends the page limit for any motion to dismiss to no more than 25 pages (inclusive of the case style, any table of contents or authorities, and signature block).

Dated this 30th day of November, 2022

_____
The Hon. Alfred H. Bennett
United States District Judge