UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARY LALIBERTE and MARIE MCKNIGHT, individually and as representatives of a class of similarly situated persons, on behalf of the QUANTA SERVICES, INC. 401(K) SAVINGS PLAN,<br><br>    Plaintiffs,<br><br> v.<br><br>QUANTA SERVICES, INC.; THE BOARD OF TRUSTEES OF QUANTA SERVICES, INC.; THE QUANTA SERVICES, INC. 401(K) SAVINGS PLAN COMMITTEE; and DOES No. 1-20, Whose Names Are Currently Unknown,<br><br>    Defendants. | Case No. 4:22-cv-03290 |

## ORDER

This matter comes before the Court on the Chamber of Commerce of the United States of America's Motion for Leave to Participate as Amicus Curiae.  Having considered the Motion and the materials submitted by the parties, it is hereby ordered that the Chamber's Motion for Leave to File is GRANTED.  The Clerk is directed to accept the Chamber's proposed amicus brief for filing.

  It is so ORDERED.

_____      _____
Date                       The Honorable Alfred H. Bennett
                           United States District Judge