IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| MARY LALIBERTE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>QUANTA SERVICES, INC., et al.,<br><br>Defendants. | Case No. 4:22-cv-03290 |

**ORDER GRANTING**
**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE EXPANDED BRIEFING**

Plaintiffs in the above-captioned action filed an unopposed Motion for Leave to File Expanded Briefing. Upon review of the Motion and the record, and good cause appearing, the Court GRANTS Plaintiffs' Motion and extends the page limit for Plaintiffs' opposition to Defendants' motion to dismiss to no more than 25 pages (inclusive of the case style, any table of contents or authorities, and signature block).

Dated this ___ day of _____, 202

_____
The Hon. Alfred H. Bennett
United States District Judge