# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **MARY LALIBERTE,** *et al.*, | § |
| | § |
| **Plaintiffs,** | § |
| | § |
| v. | §   **Case No: 4:22-cv-03290** |
| | § |
| **QUANTA SERVICES, INC.,** *et al*., | § |
| | § |
| **Defendants.** | § |

## JOINT STIPULATION

Plaintiffs Mary Laliberte and Marie McKnight (collectively, "Plaintiffs"), by their undersigned counsel, and Defendants, Quanta Services, Inc. ("Quanta"), the Board of Directors of Quanta Services, Inc. ("Board'), and the Quanta Services, Inc. 401(k) Savings Plan Committee ("Committee"), by their undersigned counsel, hereby stipulate and agree as follows (the "Stipulation"):

1.  Quanta, the Board, and the Committee deny any and all liability or damages in the above-captioned matter. Nonetheless, Quanta agrees that, in the event that any monetary judgment may be entered in this case based on the alleged actions or omissions of any current or former member of the Board or the Committee ("Individual Defendants") or the alleged actions or omissions of the Board or Committee as a whole—and subject to any appeal from any such judgment and without waiving any right to appeal from any such judgment, including possible *certiorari* review by the U.S. Supreme Court—Quanta will be responsible for and will satisfy any such final judgment.

2.      Plaintiffs agree not to name the Individual Defendants as defendants in this action or any separate action, or assert any claims against the Individual Defendants arising out of any conduct forming the basis of the claims asserted in this action.

3.      Quanta agrees to undertake a good faith effort to make the Individual Defendants available to testify at deposition and trial. Further, Quanta will not object to any discovery request on the basis that the Individual Defendants are not named as a party to the action, but reserves the right to object a discovery request with respect to the Individual Defendants on other grounds.

4.      This Stipulation is not intended to waive Plaintiffs' right to amend as of right under Federal Rule of Civil Procedure 15 or otherwise, but, rather, is merely for the convenience of the parties to streamline litigation of this case and to avoid the distraction and inconvenience of each member of the Committee and/or Board being named as an individual defendant.

**5.**      This Stipulation shall be deemed effective as of September 26, 2022.

Dated: October 17, 2023

| | |
|---|---|
| */s/* John S. Edwards, Jr | /s/ *Jeremy P. Blumenfeld* |

**AJAMIE LLP**  **MORGAN, LEWIS & BOCKIUS LLP**

John S. "Jack" Edwards, Jr.
Texas Bar No. 2404851
S.D. Tex. No. 38095
Thomas R. Ajamie
Texas Bar No. 00952400
S.D. Tex. No. 6165
Pennzoil Place – South Tower
711 Louisiana Street, Suite 2150
Houston, Texas 77002
Telephone: (713) 860-1600
Facsimile: (713) 860-1699
jedwards@ajamie.com
tajamie@ajamie.com

**MILLER SHAH LLP**

James E. Miller, Pro Hac Vice
Laurie Rubinow, Pro Hac Vice
65 Main Street
Chester, CT 06412
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
jemiller@millershah.com
lrubinow@millershah.com

James C. Shah, Pro Hac Vice
Alec J. Berin, Pro Hac Vice
John C. Roberts, Pro Hac Vice
1845 Walnut Street, Suite 806
Philadelphia, PA 19103
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
jcshah@millershah.com
ajberin@millershah.com
jcroberts@millershah.com

Jeremy P. Blumenfeld, Pro Hac Vice
Attorney-In-Charge
Pennsylvania Bar No. 85955
1701 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-5000
Facsimile: (215) 963-5001
jeremy.blumenfeld@morganlewis.com

David J. Levy
Texas Bar No. 12264850
S.D. Tex. No. 13725
1000 Louisiana Street, Suite 4000
Houston, Texas 77002
Telephone: (713) 890-5000
Facsimile: (713) 890-5001
david.levy@morganlewis.com

Keri L. Engelman, Pro Hac Vice
One Federal Street
Boston, MA 02110-1726
Telephone: (617) 341-7700
Facsimile: (617) 341-7701
keri.engelman@morganlewis.com

*Attorneys for Defendants*

**CAPOZZI ADLER, P.C.**

Mark K. Gyandoh, Pro Hac Vice
312 Old Lancaster Road
Merion Station, PA 19066
Telephone: (610) 890-0200
Facsimile: (717) 233-4103
markg@capozziadler.com

Donald R. Reavey, Pro Hac Vice
2933 North Front Street
Harrisburg, PA 17110
Telephone: (717) 233-4101
donr@capozziadler.com

*Attorneys for Plaintiffs*