UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **MARY LALIBERTE and MARIE MCKNIGHT, individually and as representatives of a class of similarly situated persons, on behalf of the QUANTA SERVICES, INC. 401(K) SAVINGS PLAN,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**QUANTA SERVICES, INC.; THE BOARD OF TRUSTEES OF QUANTA SERVICES, INC.; THE QUANTA SERVICES, INC. 401(K) SAVINGS PLAN COMMITTEE; and DOES No. 1-20, Whose Names Are Currently Unknown,**<br><br>**Defendants.** | **Case No: 4:22-cv-03290** |

## [PROPOSED] ORDER

This matter comes before the Court on Defendants Quanta Services, Inc., the motion of the Board of Trustees of Quanta Services, Inc., and the Quanta Services, Inc. 401(k) Savings Plan Committee to certify for interlocutory appeal pursuant to 28 U.S.C. § 1292(b) the Court's order on Defendants' motion to dismiss (Dkt. 53), it is hereby ordered that Defendants' motion is **GRANTED**.

It is so **ORDERED**.

_____       _____
Date                                                              The Honorable Alfred H. Bennett
                                                                         United States District Judge