UNITED STATES DISTRICT COURT		SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:22-cv-03290 |
|---|---|---|---|
| MARY LALIBERTE and MARIE MCKNIGHT, individually and as representatives of a class of similarly situated persons, on behalf of the QUANTA SERVICES, INC. 401(K) SAVINGS PLAN, ||||
| *versus* ||||
| QUANTA SERVICES, INC.; THE BOARD OF TRUSTEES OF QUANTA SERVICES, INC.; THE QUANTA SERVICES, INC. 401(K) SAVINGS PLAN COMMITTEE; and DOES No. 1-20, ||||

| | |
|---|---|
| Lawyer's Name | Samuel D. Block |
| Firm | Morgan, Lewis & Bockius LLP |
| Street | 110 North Wacker Drive |
| City & Zip Code | Chicago, IL 60606-1511 |
| Telephone & Email | 312.324.1715; samuel.block@morganlewis.com |
| Licensed: State & Number | Illinois (Bar No. 6323648) |
| Federal Bar & Number | U.S. District Court for the Northern District of Illinois (6230148) |

| | |
|---|---|
| Name of party applicant seeks to appear for: | Defendants, QUANTA SERVICES, INC.; THE BOARD OF TRUSTEES OF QUANTA SERVICES, INC.; THE QUANTA SERVICES, INC. 401(K) SAVINGS PLAN COMMITTEE |

Has applicant been sanctioned by any bar association or court?   Yes __    __   No __ ✔ __

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 11/17/2023 | Signed: | /s/Samuel D. Block |
|---|---|---|

| The state bar reports that the applicant's status is: ||
|---|---|
| Dated: | Clerk's signature |

**Order**		**This lawyer is admitted *pro hac vice*.**

Dated: _____		_____
United States District Judge