| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:22-cv-03290 |
|---|---|---|---|
| MARY LALIBERTE and MARIE MCKNIGHT, individually and as representatives of a class of similarly situated persons, on behalf of the QUANTA SERVICES, INC. 401(K) SAVINGS PLAN, ||||
| *versus* ||||
| QUANTA SERVICES, INC.; THE BOARD OF TRUSTEES OF QUANTA SERVICES, INC.; THE QUANTA SERVICES, INC. 401(K) SAVINGS PLAN COMMITTEE; and DOES No. 1-20, ||||

| Lawyer's Name | Mathew J. McKenna |
|---|---|
| Firm | Morgan, Lewis & Bockius LLP |
| Street | 1111 Pennsylvania Avenue, NW |
| City & Zip Code | Washington, DC 20004-2541 |
| Telephone & Email | 202.739.5412; mathew.mckenna@morganlewis.com |
| Licensed: State & Number | District of Columbia (Bar No. 1735898) |
| Federal Bar & Number | U.S. District Court for the District of Columbia (1735898) |

| Name of party applicant seeks to appear for: | Defendants, QUANTA SERVICES, INC.; THE BOARD OF TRUSTEES OF QUANTA SERVICES, INC.; THE QUANTA SERVICES, INC. 401(K) SAVINGS PLAN COMMITTEE |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes __      __   No __ ✔ __

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 11/17/2023 | Signed: /s/Mathew J. McKenna |
|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

**Order**     This lawyer is admitted *pro hac vice*.

Dated: _____     _____
                                United States District Judge