United States District Court
Southern District of Texas
**ENTERED**
November 17, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:22-cv-03290 |
|---|---|---|---|
| MARY LALIBERTE and MARIE MCKNIGHT, individually and as representatives of a class of similarly situated persons, on behalf of the QUANTA SERVICES, INC. 401(K) SAVINGS PLAN, ||||
| *versus* ||||
| QUANTA SERVICES, INC.; THE BOARD OF TRUSTEES OF QUANTA SERVICES, INC.; THE QUANTA SERVICES, INC. 401(K) SAVINGS PLAN COMMITTEE; and DOES No. 1-20, ||||

| Lawyer's Name | Mathew J. McKenna |
|---|---|
| Firm | Morgan, Lewis & Bockius LLP |
| Street | 1111 Pennsylvania Avenue, NW |
| City & Zip Code | Washington, DC 20004-2541 |
| Telephone & Email | 202.739.5412; mathew.mckenna@morganlewis.com |
| Licensed: State & Number | District of Columbia (Bar No. 1735898) |
| Federal Bar & Number | U.S. District Court for the District of Columbia (1735898) |

| Name of party applicant seeks to appear for: | Defendants, QUANTA SERVICES, INC.; THE BOARD OF TRUSTEES OF QUANTA SERVICES, INC.; THE QUANTA SERVICES, INC. 401(K) SAVINGS PLAN COMMITTEE |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes _____  No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 11/17/2023 | Signed: | /s/Mathew J. McKenna |
|---|---|---|

| The state bar reports that the applicant's status is: | *Active* |
|---|---|
| Dated: 11/17/2023 | Clerk's signature    Lisa R. Edwards |

**Order**

This lawyer is admitted *pro hac vice*.

Dated: 11/17/2023

_____
United States District Judge