IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| MARY LALIBERTE, et al., | Case No. 4:22-cv-03290 |
| Plaintiffs, | |
| v. | |
| QUANTA SERVICES, INC., et al., | |
| Defendants. | |

**ORDER DENYING
DEFENDANTS' MOTION TO CERTIFY INTERLOCUTORY APPEAL
PURSUANT TO 28 U.S.C. § 1292(b)**

After considering *Defendants' Motion to Certify Interlocutory Appeal Pursuant to 28 U.S.C. § 1292 (b)*, the Court:

DENIES *Defendants' Motion to Certify Interlocutory Appeal Pursuant to 28 U.S.C. § 1292 (b)*.

Dated this ___ day of _____, 2023

_____
The Hon. Alfred H. Bennett
United States District Judge