UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **MARY LALIBERTE**, *et al.*, § § **Plaintiffs,** § § v. § § **QUANTA SERVICES, INC.**, *et al.*, § § **Defendants.** § | Case No: 4:22-cv-03290 |

**JOINT MOTION FOR ENTRY OF [PROPOSED] AMENDED SCHEDULING ORDER**

Plaintiffs, Mary Laliberte and Marie McKnight (collectively, "Plaintiffs"), individually and on behalf of the Quanta Services, Inc. 401(k) Savings Plan ("Plan") and a proposed class of participants and beneficiaries in the Plan, and Defendants Quanta Services, Inc., the Board of Trustees of Quanta Services, Inc., and the Quanta Services, Inc. 401(k) Savings Plan Committee (collectively, "Defendants"), by and through their respective counsel, respectfully request the entry of the [Proposed] Amended Scheduling Order filed simultaneously with this Joint Motion. As grounds for this Motion, the Parties aver as follows:

1. Plaintiffs filed their Complaint on September 26, 2022. Dkt. 1.

2. Defendants initially moved to dismiss under Rule 12(b)(6) on December 13, 2022, re-filing their motion on December 30, 2022. Dkt. 32, 36. Plaintiffs filed their opposition on January 12, 2023, Dkt. 40, and Defendants filed their reply on January 31, 2023. Dkt. 42.

3. On February 10, 2023, the Court entered the current scheduling order as outlined below. Dkt. 44. During the Parties' initial status conference with the Court on February 10, 2023, the Court directed the Parties to notify it should the need for additional time arise.

4. On September 29, 2023, the Court denied the motion to dismiss in its entirety. *See* Dkt. 53.

5. On October 30, 2023, Defendant filed its Motion to Certify Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b). Dkt. 58. That motion remains pending.

6. The parties have worked diligently to complete discovery to date, including the service of written discovery requests and responses and voluminous document productions pursuant to negotiated protocols for the collection, review, and production of electronically stored information. Despite their efforts, however, the parties have not yet been able to complete their document productions. The parties anticipate that document productions will be substantially complete in the coming weeks.

7. In order to facilitate a complete review of the parties' document productions, as well as depositions and any necessary third-party discovery, the parties require a short extension to complete discovery. The proposed revised schedule is as follows:

|  | **Current Deadline** | **Proposed Deadline** |
| --- | --- | --- |
| **Affirmative Expert Reports** | May 1, 2024 | August 1, 2024 |
| **Responsive Expert Reports** | June 14, 2024 | September 13, 2024 |
| **Discovery Deadline** | August 1, 2024 | November 1, 2024 |
| **Dispositive and *Daubert* Motions** | September 20, 2024 | December 20, 2024 |
| **Dispositive and *Daubert* Motion Opposition Deadlines** |  | January 31, 2025 |
| **Dispositive and *Daubert* Motion Reply Deadlines** |  | March 4, 2025 |
| **Joint Pretrial Order (Defendants to Plaintiffs)** | December 13, 2024 | May 2, 2025 |
| **Joint Pretrial Order (Plaintiffs to the Court)** | December 27, 2024 | May 16, 2025 |
| **Docket Call** | January 10, 2025 | May 29, 2025 |
| **Trial** | January 13, 2025 | June 2, 2025 |

8. No Party will be prejudiced by the grant of the Amended Scheduling Order.

2

9. The Parties respectfully submit that good cause exists for modification of the operative scheduling order and this request is not made for purposes of delay or any improper purpose.

For the foregoing reasons, the Parties jointly request that this Court enter the Amended Scheduling Order.

Dated: March 19, 2024                                         Respectfully submitted,

*/s/ John S. "Jack" Edwards, Jr.*

**AJAMIE LLP**

John S. "Jack" Edwards, Jr.
Texas Bar No. 2404851
S.D. Tex. No. 38095
Thomas R. Ajamie
Texas Bar No. 00952400
S.D. Tex. No. 6165
Pennzoil Place – South Tower
711 Louisiana Street, Suite 2150
Houston, Texas 77002
Telephone: (713) 860-1600
Facsimile: (713) 860-1699
*jedwards@ajamie.com*
*tajamie@ajamie.com*

**MILLER SHAH LLP**

James E. Miller, *Pro Hac Vice*
Laurie Rubinow, *Pro Hac Vice*
65 Main Street
Chester, CT 06412
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
*jemiller@millershah.com*
*lrubinow@millershah.com*

James C. Shah, *Pro Hac Vice*
Alec J. Berin, *Pro Hac Vice*
John C. Roberts, *Pro Hac Vice*
1845 Walnut Street, Suite 806
Philadelphia, PA 19103
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
*jcshah@millershah.com*
*ajberin@millershah.com*
*jcroberts@millershah.com*

**CAPOZZI ADLER, P.C.**

Mark K. Gyandoh, *Pro Hac Vice*
312 Old Lancaster Road
Merion Station, PA 19066
Telephone: (610) 890-0200
Facsimile: (717) 233-4103
*markg@capozziadler.com*

Donald R. Reavey, *Pro Hac Vice*
2933 North Front Street
Harrisburg, PA 17110
Telephone: (717) 233-4101
*donr@capozziadler.com*

*Attorneys for Plaintiffs*

/s/ *Jeremy P. Blumenfeld*

**MORGAN, LEWIS & BOCKIUS LLP**

Jeremy P. Blumenfeld, *Pro Hac Vice*
Attorney-In-Charge
Pennsylvania Bar No. 85955
1701 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-5000
Facsimile: (215) 963-5001
*jeremy.blumenfeld@morganlewis.com*

>David J. Levy
>Texas Bar No. 12264850
>S.D. Tex. No. 13725
>1000 Louisiana Street, Suite 4000
>Houston, Texas 77002
>Telephone: (713) 890-5000
>Facsimile: (713) 890-5001
>*david.levy@morganlewis.com*
>
>Keri L. Engelman, *Pro Hac Vice*
>One Federal Street
>Boston, MA 02110-1726
>Telephone: (617) 341-7700
>Facsimile: (617) 341-7701
>*keri.engelman@morganlewis.com*
>
>*Attorneys for Defendants*