UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **MARY LALIBERTE,** *et al.*, | § § | |
| **Plaintiffs,** | § § | |
| v. | § § | **Case No: 4:22-cv-03290-AHB** |
| **QUANTA SERVICES, INC.,** *et al.*, | § § § | |
| **Defendants.** | § | |

**[PROPOSED] ORDER**

This matter comes before the Court on the parties' Joint Motion for Entry of Proposed Amended Scheduling Order. Having considered the Motion and the materials submitted by the parties, it is hereby ordered that the Joint Motion for Entry of Proposed Amended Scheduling Order is GRANTED.

It is so ORDERED.

_____  _____
Date                                                                        The Honorable Alfred H. Bennett
                                                                               United States District Judge