United States District Court
Southern District of Texas
**ENTERED**
April 03, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARY LALIBERTE, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:22-CV-03290 |
| | § | |
| QUANTA SERVICES, INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

### **AMENDED SCHEDULING ORDER**

1. N/A    **AMENDMENTS TO PLEADINGS AND ADDITION OF NEW PARTIES**
   Party requesting joinder will furnish a copy of this scheduling order to new parties.

   **EXPERTS**

2a. August 1, 2024    Plaintiff, or party with the burden of proof, will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rule of Civil Procedure 26(a)(2).

2b. September 13, 2024    Defendant, or party without the burden of proof, will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rule of Civil Procedure 26(a)(2).

3. November 1, 2024    **DISCOVERY**
   Counsel may, by agreement continue discovery beyond the deadline. No continuance will be granted because of information acquired in post-deadline discovery.

4.  See dates

    **MOTIONS DEADLINE**
    **Dispositive and *Daubert* Motions**
    December 20, 2024
    **Dispositive and *Daubert* Motion Opposition Deadline**
    January 31, 2025
    **Dispositive and *Daubert* Motion Reply Deadlines**
    March 4, 2025

5a. May 2, 2025

    **JOINT PRETRIAL ORDER**
    THE DEFENDANT shall supply the Plaintiff with a final version of its pretrial order on this date. (Where available, Defendant should supply Plaintiff with an electronic copy).

5b. May 16, 2025

    THE PLAINTIFF is responsible for filing the pretrial order on this date. All Motions in Limine must also be filed by this date.

6.  May 30, 2025

    **DOCKET CALL** is set at 1:30 p.m. in Courtroom 9A.

7.  June 2, 2025

    **TRIAL** is set for 9:00 a.m. in Courtroom 9A
    Case is subject to being called to trial on short notice during the two-week period beginning on this date.

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED on   April 3, 2024   , at Houston, Texas.

ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE