IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| MARY LALIBERTE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> QUANTA SERVICES, INC., *et al.*, <br><br> Defendants. | Case No: 4:22-cv-03290 |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY
IN OPPOSITION TO
DEFENDANTS' MOTION TO CERTIFY INTERLOCUTORY APPEAL**

Plaintiffs Mary Laliberte and Marie McKnight (collectively, "Plaintiffs"), individually and on behalf of the Quanta Services, Inc. 401(k) Savings Plan ("Plan") and a proposed class of participants and beneficiaries in the Plan, respectfully submit this Notice of Supplemental Authority, to bring the Court's attention to a recent unpublished opinion from the Court of Appeals for the Fifth Circuit that is relevant to Defendants' pending Motion to Certify Interlocutory Appeal (ECF No. 58): *Perkins v. United Surgical Partners Int'l, Inc.*, No. 23-10375, 2024 WL 1574342, at *1 (5th Cir. Apr. 11, 2024) (attached as Exhibit 1).

In a similar ERISA breach of fiduciary duty action, the Fifth Circuit in *Perkins* directly addressed and rejected the exact arguments advanced by Defendants (and rejected by the Court) in their motion to dismiss. Specifically, the Fifth Circuit noted that the district court had erred in dismissing the plaintiffs' duty of prudence claim where they alleged the defendants maintained the challenged investments despite the existence of similar, less expensive share classes. *See Perkins*, 2024 WL 1574342, at *3–4. This followed the Fifth Circuit's recognition that, like Plaintiffs here, "[a] plaintiff may allege that a fiduciary breached the duty of prudence by failing

1

to properly monitor investments and remove imprudent ones." *Id.* at *2 (citing *Tibble v. Edison Int'l*, 135 S. Ct. 1823, 1829).

The Fifth Circuit in *Perkins* also rejected the defendants' argument that plaintiffs must allege facts to rebut any "obvious alternative explanation" for fiduciaries' failure to select investments that would have better served the plan at issue. *Id*. at *3. Instead, the Fifth Circuit reasoned that it could not credit the defendants' after-the-fact explanation and "another plausible explanation is . . . mismanagement." *Id*. Likewise, pointing to examples of allegedly prudent conduct applied to certain discrete areas of plan management does not "refute other instances" of mismanagement. *Id.* at *4.

Finally, the Fifth Circuit in *Perkins* reversed dismissal and remanded the plaintiffs' failure to monitor claim since its dismissal was premised on the erroneous holding with respect to the breach of fiduciary duty claims. As the Court has already correctly held, failure to monitor claims are properly sustained where premised on plausible breach of fiduciary duty claims. *See* ECF No. 53, at 5–6.

The Fifth Circuit's decision in *Perkins* confirms that the Court correctly denied Defendants' motion to dismiss and should deny Defendants' Motion to Certify Interlocutory Appeal.

Date: May 21, 2024                                    Respectfully submitted,

/s/ *John S. "Jack" Edwards, Jr.*
John S. "Jack" Edwards, Jr.
Texas Bar No. 24040851
S.D. Tex. No. 38095
Thomas R. Ajamie
Texas Bar No. 00952400
S.D. Tex. No. 6165
AJAMIE LLP
Pennzoil Place - South Tower
711 Louisiana, Suite 2150

Houston, TX 77002
Telephone: (713) 860-1600
Facsimile: (713) 860-1699
Email: jedwards@ajamie.com
       tajamie@ajamie.com

James E. Miller
Laurie Rubinow
MILLER SHAH LLP
65 Main Street
Chester, CT 06412
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
Email: jemiller@millershah.com
       lrubinow@millershah.com

James C. Shah
Alec J. Berin
MILLER SHAH LLP
1845 Walnut Street, Suite 806
Philadelphia, PA 19103
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
Email: jcshah@millershah.com
       ajberin@millershah.com

Mark K. Gyandoh
CAPOZZI ADLER, P.C.
312 Old Lancaster Road
Merion Station, PA 19066
Telephone: (610) 890-0200
Facsimile: (717) 233-4103
Email: markg@capozziadler.com

Donald R. Reavey
CAPOZZI ADLER, P.C.
2933 North Front Street
Harrisburg, PA 17110
Telephone: (717) 233-4101
Facsimile: (717) 233-4103
Email: donr@capozziadler.com

*Attorneys for Plaintiffs, the Plan, and the Proposed Class*

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that a true and correct copy of the foregoing document was served via the Court's ECF/CM e-filing system to all counsel of record on May 21, 2024.

/s/ *John S. "Jack" Edwards, Jr.*
John S. "Jack" Edwards, Jr.
