IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARIE MCKNIGHT *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>QUANTA SERVICES, INC.; THE BOARD OF TRUSTEES OF QUANTA SERVICES, INC.; THE QUANTA SERVICES, INC. 401(K) SAVINGS PLAN COMMITTEE; and DOES No. 1-20, Whose Names Are Currently Unknown,<br><br>Defendants. | Case No: 4:22-cv-03290 |

**DECLARATION OF MARIE MCKNIGHT IN SUPPORT OF
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, Marie McKnight, declare and state as follows:

1. I am one of the named Plaintiffs in the above-captioned action. I am competent to testify and make this Declaration based on my personal knowledge.

2. I submit this Declaration in support of Plaintiffs' Motion for Class Certification. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

3. I worked at Quanta Services, Inc. ("Quanta" or "Defendant") from March 2017 to May 2019.

4. I understand that this case is a class action lawsuit against Quanta to recover all losses to the Quanta Services, Inc. 401(k) Savings Plan ("Plan") resulting from Defendants' breach of its fiduciary duties with respect to the Plan by failing to monitor fiduciary and co-

fiduciary breaches, and by failing to adequately monitor and replace certain underperforming investments in the Plan, specifically the American Beacon Small Cap Value Fund, the DFA International Small Cap Value Fund, and the Fidelity Freedom funds.

5. I am a former participant in the Plan. During the time that I participated in the Plan, my investments were in the American Beacon Small Cap Value Fund, American Funds Growth Fund of America, Dodge & Cox Stock Fund, DFA International Small Cap Value Fund, Fidelity Diversified International Fund, Fidelity 500 Index Fund, Fidelity Extended Market Index Fund, Fidelity Low Priced Stock Fund, Fidelity Managed Income Portfolio, Fidelity Small Cap Growth Fund, Fidelity Total Bond Fund, Vanguard GNMA Fund, Vanguard Growth Index Fund, and the Vanguard Value Index Fund.

6. I am not an investment expert. I expected that Quanta would ensure that the investment options in the Plan were prudent.

7. After consulting with my attorneys, I decided to bring this action to recover the losses that the Plan has sustained as a result of Defendants' breaches of fiduciary duties, and to obtain any additional relief to which the Plan may be justly entitled and the Court determines is appropriate.

8. I understand that in the event of any recovery in this case, recovery will be apportioned among Plan participants based on losses to their Plan accounts as ordered by the Court.

9. I have actively participated in this action to date. Among other things, I have reviewed the allegations in the Complaint and provided information to my counsel prior to the initiation of this action. In addition, I have provided documents and assistance to my counsel in

Doc ID: 09268fa4d64ae3ec790f4f734297edb1d84a78ca

responding to discovery requests, testified at a deposition, and I have maintained regular communication with my counsel in order to stay informed about the case.

10. I am committed to seeing this litigation through to the end, and I am willing to undertake any responsibilities required of me as a class representative, including continuing to assist my attorneys in any way requested, participating in any mediations, and attending and testifying at trial, if necessary.

11. In the event that I am appointed as a class representative, I will represent the interests of the other class members as I would my own. I recognize and accept that any resolution of the lawsuit, such as by settlement or dismissal, is subject to Court approval and will be in the best interests of the class as a whole. I am not aware of any conflicts of interest between myself and other Plan participants.

12. I do not have a direct or personal relationship with the Defendant in this lawsuit and do not currently have any claims regarding my investment in the Plan other than the claims raised in this lawsuit.

I declare under penalty of perjury that the foregoing is true and correct.

By: *Marie McKnight*
Marie McKnight

Executed on 09 / 18 / 2024
at League City, Texas

Doc ID: 09268fa4d64ae3ec790f4f734297edb1d84a78ca

 Audit trail

| | |
|---|---|
| Title | 9.18.24 Decl of Marie McKnight ISO Pltfs' Motion for Class... |
| File name | 9.18.24%20Decl%20...0Class%20Cert.pdf |
| Document ID | 09268fa4d64ae3ec790f4f734297edb1d84a78ca |
| Audit trail date format | MM / DD / YYYY |
| Status | ● Signed |

This document was requested from app.clio.com

## Document History

**SENT**  **09 / 18 / 2024**  Sent for signature to Marie McKnight
21:15:39 UTC  (mcknight.marie@gmail.com) from akkimlee@millershah.com
IP: 72.69.249.106

**VIEWED**  **09 / 19 / 2024**  Viewed by Marie McKnight (mcknight.marie@gmail.com)
01:31:27 UTC  IP: 73.136.133.27

**SIGNED**  **09 / 19 / 2024**  Signed by Marie McKnight (mcknight.marie@gmail.com)
01:32:50 UTC  IP: 73.136.133.27

**COMPLETED**  **09 / 19 / 2024**  The document has been completed.
01:32:50 UTC

Powered by Dropbox Sign