United States District Court
Southern District of Texas
**ENTERED**
September 30, 2024
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| MARY LALIBERTE, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>QUANTA SERVICES, INC.,<br><br>    Defendant. | Case No. 4:22-cv-03290 |

## ORDER

The Court has considered the Unopposed Motion for Leave to File Sealed Exhibits in support of Plaintiffs' Motion for Class Certification.  Upon careful consideration of the parties' submissions and the entire record herein, the Court has determined that the motion should be **GRANTED**.

It is hereby **ORDERED** that Plaintiffs' Motion for Leave to File Exhibits Under Seal is granted and Exhibits A, C, D, and E to the Declaration of John C. Roberts in Support of Plaintiffs' Motion for Class Certification are filed under seal.

It is so **ORDERED**.

 September 30, 2024
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge