# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **MARY LALIBERTE,** *et al.*, | § |
| **Plaintiffs,** | § |
| v. | § Case No: 4:22-cv-03290 |
| **QUANTA SERVICES, INC.,** *et al.*, | § |
| **Defendants.** | § |

## ORDER

This matter comes before the Court on the Parties' Joint Motion for Entry of Class Certification Briefing Schedule. Upon consideration thereof, and for good cause show, the Court hereby **GRANTS** the Parties' Joint Motion. Defendants' Opposition to Plaintiffs' Motion for Class Certification shall be due on November 1, 2024, and Plaintiffs' Reply thereto shall be due on November 22, 2024.

It is so **ORDERED**.

_____   _____
Date                                                                The Honorable Alfred H. Bennett
                                                                          United States District Judge