United States District Court
Southern District of Texas
**ENTERED**
October 09, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **MARY LALIBERTE,** *et al.*, § § **Plaintiffs,** § § v. § **Case No: 4:22-cv-03290** § **QUANTA SERVICES, INC.,** *et al.*, § § **Defendants.** § | |

## ORDER

This matter comes before the Court on the Parties' Joint Motion for Entry of Class Certification Briefing Schedule. Upon consideration thereof, and for good cause show, the Court hereby **GRANTS** the Parties' Joint Motion. Defendants' Opposition to Plaintiffs' Motion for Class Certification shall be due on November 1, 2024, and Plaintiffs' Reply thereto shall be due on November 22, 2024.

It is so **ORDERED**.

October 9, 2024
Date

_____
The Honorable Alfred H. Bennett
United States District Judge