# Exhibit F

Page 1

1           IN THE UNITED STATES DISTRICT COURT
2        FOR THE SOUTHERN DISTRICT OF DISTRICT OF TEXAS
3   _____
4   MARY LALIBERTE, et al.,
5          Plaintiffs,
6       v.                                   Case No.
7   QUANTA SERVICES, INC., et al.,            4:22-cv-03290
8          Defendants.                        (AHB)
9   _____
10              VIDEOTAPED DEPOSITION OF
11                  MARIE MCKNIGHT
12  DATE:          Thursday, September 5, 2024
13  TIME:          9:25 a.m.
14  LOCATION:      Morgan Lewis & Bockius LLP
15                 1000 Louisiana Street #4000
16                 Houston, TX 77002
17  OFFICIATED BY: Cynthia P. Smith
18  JOB NO.:       6881123
19
20  PAGE 8 IS CONFIDENTIAL

```
 1              A P P E A R A N C E S
 2   ON BEHALF OF PLAINTIFFS MARY LALIBERTE AND MARIE
 3   MCKNIGHT:
 4        JOHN ROBERTS, ESQUIRE
 5        Miller Shah LLP
 6        1845 Walnut Street, Suite 806
 7        Philadelphia, PA 19103
 8        jcroberts@millershah.com
 9        (610) 900-6068
10
11   ON BEHALF OF DEFENDANT QUANTA SERVICES, INC.:
12        SAMUEL BLOCK, ESQUIRE
13        Morgan Lewis and Bockius LLP
14        110 North Wacker Drive
15        Chicago, IL 60606
16        samuel.block@morganlewis.com
17        (312) 324-1715
18
19   ALSO PRESENT:
20        Ray Burchette, Videographer
21        Carolyn Campbell, In-House Counsel for Quanta
22        Services
23
24
25
```

```
                                                          Page 3
 1                        I N D E X
 2      EXAMINATION:                                      PAGE
 3           By Mr. Block                                  6
 4
 5                       E X H I B I T S
 6      NO.              DESCRIPTION                      PAGE
 7      Exhibit 1        LinkedIn Profile                  20
 8      Exhibit 2        Willis Group 2017 Form 5500       37
 9      Exhibit 3        Personnel Action Notice &
10                       Severance Agreement               46
11      Exhibit 4        KBR 2022 Form 5500                69
12      Exhibit 5        Quanta Services 401(k)            81
13      Exhibit 6        Class Action Complaint            82
14      Exhibit 7        Expert Report of Richard Marin    93
15      Exhibit 8        Expert Report of Dr. Adam Werner  97
16      Exhibit 9        Summary Plan Description         108
17      Exhibit 10       Required Fee Disclosure          110
18      Exhibit 11       Fidelity Account Summary         122
19      Exhibit 12       Fidelity Investment Report       125
20      Exhibit 13       Interrogatories                  131
21      Exhibit 14       Miller Shah Blog Post            154
22
23
24
25
```

Page 97

1    you would not have gotten any more.
2         A    Right.  Right.
3         Q    So we agree about that?
4         A    Yes.
5         Q    Okay.  So for other people -- actually, no,
6    let's leave it there for now.  Okay.  Okay.  Let's
7    look at one more expert report.  You can put that one
8    aside.  Oh, there we go.  Okay.  So I'm introducing
9    Exhibit 8, the expert report of Adam Werner.
10              (Exhibit 8 was marked for
11              identification.)
12              MR. ROBERTS:  Thanks.
13   BY MR. BLOCK:
14        Q    And actually, we can look more at it in a
15   second.  I have a few questions, I guess, before.  So
16   this -- well, did you know that you had an expert who
17   calculates damages in this case?
18        A    Not in particular.  But, you know, I don't
19   really expect to know all the details.
20        Q    Would it surprise --
21        A    It makes sense.
22        Q    Yeah.  Would it be surprising to you if, for
23   the two funds you invested in -- the DFA International
24   and the American Beacon Fund -- that your expert
25   calculated there were $0 in damages for those two

Page 98

1    funds?
2         A    Where's he saying that at?
3         Q    Yeah.  You don't have to look at it yet.
4    I'm just asking if that would surprise you.
5         A    Yes.
6         Q    And why would it surprise you?
7         A    Because if he was saying that there's no
8    damages from it, why are we at this point now?
9         Q    So said differently, too, if there were $0
10   in damages for it, even if you were in the funds when
11   they're being challenged, you wouldn't be making a
12   penny more if there were $0 in damages?
13        A    Didn't we just go through that?
14        Q    Yeah, but I'm putting aside the timing
15   issue.  Now, I'm asking a separate issue.  If your
16   expert calculates there's $0 in damages, then isn't
17   that another way in which you wouldn't have any
18   financial stake in the outcome?
19               MR. ROBERTS:  Object to form.
20        A    Yeah, I think that -- I mean, just because
21   you go with expert witnesses -- and then I can't say
22   that that's what he said in here because I haven't
23   read it.
24             But just because, you know, each side
25   provides expert witnesses, it doesn't mean that, you

Page 162

1  CERTIFICATE OF TRANSCRIBER

2  I, SARAH COSTA, do hereby certify that this
3  transcript was prepared from the digital audio
4  recording of the foregoing proceeding, that said
5  transcript is a true and accurate record of the
6  proceedings to the best of my knowledge, skills, and
7  ability; that I am neither counsel for, related to,
8  nor employed by any of the parties to the action in
9  which this was taken; and, further, that I am not a
10 relative or employee of any counsel or attorney
11 employed by the parties hereto, nor financially or
12 otherwise interested in the outcome of this action.

15  SARAH COSTA

24  Dated: September 20, 2024