UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **MARY LALIBERTE**, *et al*., § <br> § <br> **Plaintiffs,** § <br> § <br> v. § <br> § <br> **QUANTA SERVICES, INC.,** § <br> § <br> **Defendant.** § | **Case No: 4:22-cv-03290 (AHB)** |

# ORDER

This matter comes before the Court on Plaintiffs' Motion for Class Certification. Upon careful consideration of Plaintiffs' Motion and exhibits; Defendant's Opposition thereto and exhibits; Plaintiffs' Reply; and any further briefing and argument, the Court hereby **DENIES** Plaintiffs' Motion for Class Certification.

It is so **ORDERED**.

_____  _____
Date                                                                  The Honorable Alfred H. Bennett
                                                                              United States District Judge