UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **MARY LALIBERTE,** *et al.*, | § § § | |
| **Plaintiffs,** | § § | |
| v. | § § | Case No: 4:22-cv-03290 (AHB) |
| **QUANTA SERVICES, INC.,** | § § § | |
| **Defendant.** | § § | |

## ORDER

This matter comes before the Court on Defendant's Unopposed Motion to File Exhibits Under Seal. Having considered Defendant's Motion and the exhibits referenced therein, the Court concludes that the Parties' interest in maintaining the confidentiality of their documents outweighs the public's interest in access to judicial records. Accordingly, Defendant's Motion is **GRANTED**. It is **ORDERED** that Exhibits B, C, and D to Defendant's Opposition to Plaintiffs' Motion for Class Certification are to be filed under seal.

It is so **ORDERED**.

_____        _____
Date                                                                 The Honorable Alfred H. Bennett
                                                                              United States District Judge