UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **MARY LALIBERTE and MARIE MCKNIGHT, individually and as representatives of a class of similarly situated persons, on behalf of the QUANTA SERVICES, INC. 401(K) SAVINGS PLAN,** | § § § § § § § § § § § § § § | |
| **Plaintiffs,** | | Case No: 4:22-cv-03290 (AHB) |
| v. | | |
| **QUANTA SERVICES, INC.,** | | |
| **Defendant.** | | |

## DEFENDANT'S UNOPPOSED MOTION FOR HEARING

Pursuant to Local Rule 7.5.A. and this Court's Procedures and Practices, Defendant Quanta Services, Inc. ("Defendant") respectfully requests the opportunity to present oral argument on Plaintiffs' Motion for Class Certification. As grounds for this Motion, Defendant states as follows:

1. Plaintiffs Mary Laliberte and Marie McKnight (together, "Plaintiffs") filed a Motion for Class Certification on September 20, 2024, without requesting a hearing on the matter. Dkt. 71.

2. Local Rule 7.5 permits either party to an action to request oral argument before the Court where the "party views oral argument as helpful to the Court." L.R. 7.5.A. The Court is "authorized to exercise broad discretion as to whether and to what extent oral argument would be useful to ruling on pending motions." *Alam v. Fannie Mae*, 2007 WL 703814, at *5 (S.D. Tex. Mar. 2, 2007).

3. Plaintiffs' Motion for Class Certification and Defendant's Opposition thereto present significant issues regarding, *inter alia*, Plaintiffs' standing to pursue claims on behalf of the putative class; the impact of Plaintiffs' covenants not to sue on their ability to serve as class representatives; and the propriety of class treatment in light of the individualized issues raised by Defendant's ERISA Section 404(c), 29 U.S.C. § 1104(c), defense. Given the complexity and import of the issues presented, Defendant believes that oral argument will assist the Court in rendering its decision.

4. Plaintiffs have indicated that they do not oppose the relief requested in this motion.

WHEREFORE, Defendant respectfully requests that the Court grant this Motion and schedule oral argument on Plaintiffs' Motion for Class Certification.

Dated: November 1, 2024    Respectfully submitted,

**MORGAN, LEWIS & BOCKIUS LLP**

/s/ *Jeremy P. Blumenfeld*
Jeremy P. Blumenfeld, *Admitted Pro Hac Vice*
Attorney-In-Charge
Pennsylvania Bar No. 85955
1701 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-5000
*jeremy.blumenfeld@morganlewis.com*

David J. Levy
Texas Bar No. 12264850
S.D. Tex. No. 13725
1000 Louisiana Street, Suite 4000
Houston, Texas 77002
Telephone: (713) 890-5000
*david.levy@morganlewis.com*
*Counsel for Defendants*

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for the parties have conferred regarding Defendant's Motion for Hearing and that Plaintiffs do not oppose Defendant's request.

*/s/ Jeremy P. Blumenfeld*
Jeremy P. Blumenfeld

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served via the Court's ECF/CM e-filing system to all counsel of record who are deemed to have consented to electronic service on November 1, 2024.

*/s/ Jeremy P. Blumenfeld*
Jeremy P. Blumenfeld
