UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **MARY LALIBERTE**, *et al.*, | § § § | |
| **Plaintiffs,** | § § | |
| v. | § § | Case No: 4:22-cv-03290 (AHB) |
| **QUANTA SERVICES, INC.,** | § § § | |
| **Defendant.** | § § | |

**ORDER**

This matter comes before the Court on Defendant's Unopposed Motion for Hearing. Upon consideration thereof, the Court hereby **GRANTS** Defendant's Motion. It is **ORDERED** that oral argument on Plaintiffs' Motion for Class Certification will be held before the Court on _____ _____, 202\_\_\_, at _____.

It is so **ORDERED**.

_____    _____
Date                                                              The Honorable Alfred H. Bennett
                                                                         United States District Judge