United States District Court
Southern District of Texas
**ENTERED**
November 20, 2024
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **MARY LALIBERTE,** *et al.*, § § **Plaintiffs,** § § v. § § **QUANTA SERVICES, INC.,** § § **Defendant.** § | Case No: 4:22-cv-03290 (AHB) |

## ORDER

This matter comes before the Court on Defendant's Unopposed Motion for Hearing. Upon consideration thereof, the Court hereby **GRANTS** Defendant's Motion. It is **ORDERED** that oral argument on Plaintiffs' Motion for Class Certification will be held before the Court on **December 6, 2024, at 11:00 a.m.**.

It is so **ORDERED**.

November 20, 2024
Date

_____
The Honorable Alfred H. Bennett
United States District Judge