Case 4:22-cv-03290   Document 83   Filed on 11/20/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
November 20, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARY LALIBERTE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> QUANTA SERVICES, INC., <br><br> Defendant. | Case No. 4:22-cv-03290 |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION
FOR LEAVE TO FILE EXPANDED BRIEFING**

    Plaintiffs in the above-captioned action filed an unopposed Motion for Leave to File Expanded Briefing ("Motion"). Upon review of the Motion and the record, and good cause appearing, the Court GRANTS Plaintiffs' Motion and extends the page limit for Plaintiffs' reply brief in support of Plaintiffs' Motion for Class Certification to no more than 10 pages (inclusive of the case style, any table of contents or authorities, and signature block).

    It is so **ORDERED**.

November 20, 2024

Date

The Honorable Alfred H. Bennett
United States District Judge