# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| MARY LALIBERTE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>QUANTA SERVICES, INC.,<br><br>Defendant. | Case No: 4:22-cv-03290 |

## [PROPOSED] ORDER RESETTING CLASS CERTIFICATION HEARING

Upon review of the Parties' Joint Motion to Reset Class Certification Hearing and good cause appearing therefor, the Motion is hereby **GRANTED** and the hearing on Plaintiffs' motion for class certification is reset from December 6, 2024 to January 8, 2025 [or _____ ].

IT IS SO ORDERED this ___ day of _____, 2024.

_____
The Hon. Alfred H. Bennett
United States District Judge