United States District Court
Southern District of Texas
**ENTERED**
November 26, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARY LALIBERTE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> QUANTA SERVICES, INC., <br><br> Defendant. | Case No: 4:22-cv-03290 |

### ORDER RESETTING CLASS CERTIFICATION HEARING

Upon review of the Parties' Joint Motion to Reset Class Certification Hearing and good cause appearing therefor, the Motion is hereby **GRANTED** and the hearing on Plaintiffs' motion for class certification is reset to **January 8, 2025 at** 10:00 a.m.

IT IS SO ORDERED  November 26, 2024

The Hon. Alfred H. Bennett
United States District Judge