# Exhibit B

Page 1

1          IN THE UNITED STATES DISTRICT COURT

2           FOR THE SOUTHERN DISTRICT OF TEXAS

3    -----------------------------------------------x

4

     MARY LALIBERTE, et al.,

5

                  Plaintiffs,

6

     vs.                              Case No.

7                                     4:22-cv-03290 (AHB)

     QUANTA SERICES, INC., et al.,

8

9                 Defendants.

10   -----------------------------------------------x

11

12

13

14     REMOTE VIDEOTAPED DEPOSITION BY VIRTUAL ZOOM OF

15                      ADAM WERNER

16              Monday, September 9, 2024

17

18

19

20

21

22

23   Stenographically Reported By: Lynne Ledanois

24   License No. 6811

25   Job No. 6866036

Page 2

1              IN THE UNITED STATES DISTRICT COURT

2              FOR THE SOUTHERN DISTRICT OF TEXAS

3    ------------------------------------------------x

4

     MARY LALIBERTE, et al.,

5

               Plaintiffs,

6

     vs.                              Case No.

7                                     4:22-cv-03290 (AHB)

     QUANTA SERVICES, INC., et al.,

8

9              Defendants.

10   ------------------------------------------------x

11

12

13

14         Videotaped deposition of ADAM WERNER,

15   taken in Pismo Beach, California, commencing at

16   9:02 a.m., on Monday, September 9, 2024 before

17   LYNNE M. LEDANOIS, Certified Shorthand Reporter

18   No. 6811, Certified Court Reporter.

19

20                      * * *

21

22

23

24

25

Page 3

1                    REMOTE APPEARANCES

2

3    Counsel for the Plaintiffs:

4                   MILLER SHAH LLP

5                   BY: KOLIN TANG

6                   Attorney at Law

7                   1845 Walnut Street

8                   Suite 806

9                   Philadelphia, Pennsylvania 19103

10                  ktong@millershah.com

11

12   Counsel for the Defendants:

13                  MORGAN, LEWIS & BOCKIUS LLP

14                  BY: JEREMY BLUMENFELD

15                  BY:  SAMUEL BLOCK

16                       KERI ENGELMAN

17                       MARIA DeCASTRO

18                  Attorneys at Law

19                  2222 Market Street

20                  Philadelphia, Pennsylvania 19103

21                  jeremy.blumenfeld@morganlewis.com

22

23

24   Also Present:  Brandon Miller, Videographer

25   Carolyn Campbell, In-House Counsel Quanta

Page 4

1              I N D E X   O F   E X A M I N A T I O N

2

3    Examination by:                                    Page

4         Mr. Blumenfeld                                  8

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 5

1              I N D E X   O F   E X H I B I T S

2    Deposition           Description           Identified

3    Exhibit 1  Expert Report of Dr. Adam            21

4               Werner, 8/1/24

5    Exhibit 2  Quanta Complaint                     42

6    Exhibit 3  Excel Spreadsheet, DFA Fund -        94

7               Quarterly Balances 4Q 2019

8               through 2Q 2024

9    Exhibit 4  Excel Spreadsheet, Werner           112

10              Report Backup

11   Exhibit 5  Document: EPIC Plan                 129

12              Investment Review, Quanta

13              October 1 - December 31, 2017

14              QUANTA_002559

15   Exhibit 6  Fiduciary Investment Analysis       140

16              Quanta Services, Inc., 401(k)

17              Savings Plan as of March 31,

18              2021

19              QUANTA_005002

20   Exhibit 7  Fiduciary Investment Analysis       142

21              Quanta Services, Inc., 401(k)

22              Savings Plan as of June 20,

23              2021

24              QUANTA_005134

25   ///

```
                                              Page 6
 1              Monday, September 9, 2024
 2                    9:02 a.m.
 3    ----------------------------------------------------
 4              THE VIDEOGRAPHER:  Good morning.  We're
 5    going on the record at 9:02 a.m. Pacific Daylight      0
 6    Time on September 9th, 2024.
 7              Please note that this deposition is being
 8    conducted virtually.
 9              Quality of the recording depends on the
10    quality of camera and internet connections of
11    participants.  What is seen from the witness and
12    heard on screen is what will be recorded.
13              Audio and video recording will continue to
14    take place unless all parties agree to go off the
15    record.
16              This is Media Unit Number 1 of the
17    video-recorded deposition of Dr. Adam Werner taken
18    by counsel for defendants in the matter of Mary
19    Laliberte, et al., versus Quanta Services
20    Incorporated, et al., filed in the United States
21    District Court for the Southern District of Texas.
22    Case number 4:22-cv-03290 (AHB).
23              This deposition is being conducted
24    remotely using virtual technology.
25              My name is Brandon Miller, representing
```

Page 7

1   Veritext Legal Solutions and I'm the videographer.

2   The court reporter is Lynne Ledanois from the firm

3   Veritext Legal Solutions.

4            I'm not related to any party in this

5   action, nor am I financially interested in the

6   outcome.

7            If there are any objections to proceeding,

8   please state them at the time of your appearance.

9            Counsel and all present, including

10  remotely, will now state their appearances and

11  affiliations for the record beginning with the

12  noticing attorney and the witness will be sworn in.

13  Thank you.

14           MR. BLUMENFELD:  Good morning, everyone.

15  This is Jeremy Blumenfeld from Morgan Lewis on

16  behalf of the defendants.

17           We also have Sam Block, Keri Engelman and

18  Maria DeCastro on behalf of the defendants and

19  Carolyn Campbell on behalf of Quanta.

20           MR. TANG:  Kolin Tang of Miller Shah here

21  on behalf of plaintiffs and Dr. Werner.

22

23               ADAM WERNER, Ph.D.,

24     having been duly sworn, testified as follows:

25                   EXAMINATION

Page 8

1    BY MR. BLUMENFELD:

2        Q    Good morning, Dr. Werner.  My name is

3    Jeremy Blumenfeld.  We met a couple of minutes ago.

4    I'm one of the lawyers for the Quanta Service

5    defendants in connection with the ERISA class

6    action.

7             Do you understand that?

8        A    I do.

9        Q    Great.  You've been deposed before?

10       A    I have.

11       Q    Approximately how many times?

12       A    North of 50.

13       Q    You know the drill.  You know the rules.

14   The most important rule is you're under oath as if

15   you were testifying life in front of the judge or

16   jury.  Do you understand that?

17       A    I do.

18       Q    Great.  If there comes a point in time

19   during the course of the session today that you want

20   to take a break, just let me know, we'll find a good

21   place do that.  Okay?

22       A    Yes.

23       Q    And if you don't hear my question or my

24   question is unclear to you, please let me know that

25   and I'll try and clarify it or repeat it.

Page 9

1    Especially with technology that we're using today,

2    if you don't hear something because I cut out or the

3    video cuts out or what have you, we'll just repeat

4    the question and go from there.  Sound good?

5         A    Yes.

6         Q    Great.  Have you ever been deposed before

7    in any ERISA cases?

8         A    Yes.

9         Q    How many?

10        A    One, to the best of my knowledge.

11        Q    Is that the Genworth case?

12        A    Correct.

13        Q    Your report in that case was also about

14   damages?

15        A    To the best of my recollection, yes.

16        Q    How long ago was that?

17        A    As I sit here, I don't recall.  I'm happy to

18   look at my vitae.  I believe that's Exhibit 1 to -- I

19   don't know that my report will be Exhibit 1 to this

20   deposition, but it's Exhibit 1 to my report.  I can

21   use that to refresh my memory.

22        Q    You don't remember as you sit here today

23   without looking at your report and your vitae

24   whether it was a year ago or five years ago or ten

25   years ago?

Page 10

1    A    So do you want me to answer each one of

2    those sequentially?

3    Q    Sure.

4    A    So it was not ten years ago.  It was not

5    five years ago.  It probably was within the last year.

6         I mean, if you want me to give vague

7    answers like, oh, I was deposed within the last

8    three years, so that encompasses my probability of

9    me not remembering with 100 percent accuracy, I'm

10   happy to do that.

11   Q    Okay.  I think what you said is you know

12   it's within the last three years, but -- and maybe

13   within the last year, but you're not 100 percent on

14   that; is that correct?

15   A    That's correct.

16   Q    Have you ever prepared any papers on

17   anything associated with ERISA?

18   A    I don't understand --

19        THE WITNESS:  Sorry, go ahead.

20        MR. TANG:  Object to form.  Go ahead.

21        THE WITNESS:  I don't understand the

22   question.

23   BY MR. BLUMENFELD:

24   Q    You are a professor?

25   A    I was.

Page 11

1      Q    When you were a professor, did you publish

2   any papers?

3      A    I've published papers, I don't believe I

4   published any papers while I was a professor.  I think

5   technically I was a lecturer.

6      Q    Have you published any papers that have

7   anything to do with ERISA?

8      A    Not to my knowledge.

9      Q    Okay.  Have you given any presentations

10  that have anything to do with ERISA?

11     A    Not that I recall.

12          MR. TANG:  Just a form objection.  Go

13  ahead, Dr. Werner.

14  BY MR. BLUMENFELD:

15     Q    Dr. Werner, before you joined, I was

16  explaining to the court reporter that we have an

17  expert on our end also whose name is Dr. Wermers,

18  which is similar to yours, and so that's some of the

19  confusion you might hear.

20          If I do that during the course of the

21  session today, I apologize.  I am a human being like

22  everybody else, but I just wanted to explain that to

23  you.

24          MR. TANG:  Thank you, Jeremy.

25          MR. BLUMENFELD:  Sure.

Page 12

1      Q    Are you also employed by SEDA, S-E-D-A?

2      A    I don't think I'm technically employed by

3   them.  I am a 1099, so -- but, I mean, if you want to

4   consider that under the umbrella of employment, I

5   guess the answer is yes.

6      Q    How long have you been working for SEDA

7   and receiving 1099s?

8      A    To give you the most accurate answer, I

9   would need to look at my vitae.

10     Q    Can you give me an approximation?

11     A    I believe more than a year, less than two

12  years.

13     Q    Do you know how many people are employed

14  by SEDA in a similar relationship to the one that

15  you have with SEDA?

16     A    I do not.

17     Q    Do you know how many people are W2

18  employees of SEDA?

19     A    I do not.

20     Q    Do you have any approximation as to how

21  many people consider themselves in some form or

22  another to be employed by SEDA?

23     A    No.

24     Q    Do you know if there's anybody else who

25  works for SEDA in a similar capacity to what you do?

Page 13

1      A    Can you repeat the question, please?

2           MR. BLUMENFELD:  Lynne, can you read that

3      back?

4           THE REPORTER:  Sure.

5           (Requested testimony read by the reporter.)

6           THE WITNESS:  When you say "similar

7      capacity," what do you mean?

8      BY MR. BLUMENFELD:

9      Q    Who serves as an expert?

10     A    Do I know anyone -- have I ever met anyone

11     at SEDA who serves as an expert, I believe the answer

12     to that is yes.

13     Q    That's fine, and I appreciate that.

14          I wasn't asking if you met them.  I was

15     asking if you know if there are other people who

16     serve as experts who are associated with SEDA?

17     A    If I've met them, I guess to me that's the

18     same as knowing that they are an expert.  This is not

19     rocket science.

20     Q    How many people have you met?

21     A    I don't know as I sit here today.

22     Q    Can you give me an estimate?

23     A    I have no idea.

24     Q    You don't know how many people you've met

25     who are associated with SEDA as some sort of expert?

Page 14

1      A     That's correct.

2      Q     And so as you sit here today, you can't

3   say whether you've met five people who are

4   associated with SEDA as an expert or 50 people who

5   are associated with SEDA as an expert or 500 people

6   or 5,000?

7      A     I've met at least five.  I doubt I've met

8   50.  Definitely not 500 and definitely not 5,000.  I'm

9   just trying to be as precise as possible here.

10           If you want me to give vague answers, it's

11  not going to behoove me to kind of speculate about,

12  oh, I know it's not 5,000.  I mean, I can do that if

13  you prefer, but this will obviously take a lot

14  longer.

15     Q     I just want you to provide the truthful

16  information and I will follow up to the extent that

17  I think either my question wasn't quite clear or you

18  didn't understand it or you didn't give an answer

19  that I was expecting.

20           Do you remember the names of the people

21  that you met who consider themselves to be

22  associated with SEDA as an expert?

23           MR. TANG:  Object to form.

24           THE WITNESS:  So now we're talking about

25  people I met as opposed to people I'm aware are

Page 15

1    experts; is that correct?

2    BY MR. BLUMENFELD:

3        Q    It is.

4        A    I believe Peter Selman, Damiano -- I'm not

5    going to remember their last names.  I know someone

6    named Damiano.  There is another expert, his first

7    name is Sergio.  Those are all three managing partners

8    of the firm.

9            I am aware that Richard Marin -- I believe

10   it's Richard Marin -- is an expert -- it's Richard

11   Mann, I'm sorry.

12           Off the top of my head, those are the

13   names that I recall.  I mean, I know there's more.

14   I have met more; I just don't recall their names.

15   I'm not very good with names, unfortunately.

16       Q    Did anybody help you in connection with

17   the preparation of this report that you submitted in

18   this case?

19       A    They did.

20       Q    Did other people from SEDA help you in the

21   preparation of your report in this case?

22       A    What do you mean by "from SEDA"?

23       Q    Anybody who's associated with SEDA in any

24   capacity.

25       A    As either a W2 or 1099 employee?

Page 16

1        Q    Or it could be -- have some other
2    relationship with SEDA that I am not aware of.
3        A    Alexander Huang, that's spelled -- the last
4    name is H as in Harry, A-U-N-G (sic).
5        Q    Anybody else?
6        A    I'm sorry, I believe there's one other
7    gentlemen in Italy who helped provide Alex with some
8    data that I have not -- but I have not spoken with
9    him.  I don't recall his name as I sit here.
10       Q    You referred to this person as Alex.  Is
11   that the name than he goes by?
12       A    Which person are we talking about now?
13       Q    You said that there was an individual by
14   the name of Alex -- I thought the last name was
15   Huang?
16       A    That's correct.
17       Q    Does that person go by the name Alex?
18       A    I believe so.
19       Q    Did you explain a moment ago that that
20   person was coordinating with somebody in Italy whose
21   name you don't know in helping you prepare this
22   report?
23       A    That's correct.
24       Q    Okay.  So my question I think that I
25   started out with was:  What did Alex do to help you

Page 17

1    prepare this report?

2        A    Can you go back in the deposition and see

3    where you asked me that question?  I don't recall that

4    being asked.  I want to make sure I'm giving the most

5    precise answers as possible.

6        Q    I'm asking it now, so you can just answer

7    it now.

8        A    I'm sorry, could you reask the question?

9        Q    What did Alex do in assisting you to

10   prepare this report?

11       A    He helped draft the report and he helped

12   with the calculations and putting together the

13   exhibits.

14       Q    Anybody else?

15       A    I believe that's all.

16       Q    The individual that is in Italy whose name

17   you don't recall, what did he or she do to help you

18   prepare this report?

19       A    I believe they downloaded data for Alex and

20   myself, but Alex dealt directly with them.

21       Q    Did that person do anything besides

22   download the data and provide that to Alex and

23   indirectly to yourself?

24       A    For the purpose of my report?

25       Q    Correct.

Page 18

1        A    No.

2        Q    Anybody else help you in the preparation

3   of your report aside from Alex and the person in

4   Italy?

5        A    As I sit here, it's possible that Dylan

6   McCabe -- I can spell that for you if you like -- may

7   have assisted briefly.  But as I sit here, I don't

8   know for sure.

9        Q    Who prepared the first draft of your

10  report?

11       A    Both Alex and I did.

12       Q    And what was the process?

13       A    We drafted the report.

14       Q    Were you sitting next to each other?

15       A    No.

16       Q    How did the draft of the report get

17  exchanged between you and Alex?

18       A    I believe via email, but it may -- I'm

19  trying to remember.  I don't remember the name of the

20  sharing program on Microsoft.

21            It might just be Microsoft share, but I

22  don't -- actually as I sit here, I don't recall

23  having actually done that.  So my guess is strictly

24  through email.

25       Q    Do you recall if Alex sent you the first

Page 19

1  draft of the report or if you sent him the first

2  draft of the report?

3      A    I don't recall as I sit here.

4      Q    Do you know a person named Svetla Tzenova?

5      A    I've heard that name before.  I believe I've

6  met her once, but that is speculation on my part.  I'm

7  not sure about that.

8      Q    Do you remember anything about her other

9  than you've heard her name before?

10     A    I believe she had a Ph.D. and she formally

11 worked at NERA.

12     Q    You understand that she's associated with

13 SEDA now?

14     A    I do.  So to the extent that you asked me

15 about people who do work similar to me at SEDA, she

16 would be included.

17     Q    Do you know, does SEDA have a 401(k) plan?

18     A    I do not know that.

19     Q    Do you participate in any 401(k) plans?

20     A    When you say "participate," what do you

21 mean?

22     Q    Are you a participant in?

23     A    I don't know how to answer that.  I'm part

24 of CalPERS.  I don't know if you put that under the

25 401(k) umbrella or not.

Page 20

1      Q    Do you know if CalPERS is a 401(k) plan or

2  something else?

3      A    I do not as I sit here today.

4      Q    Do you participate in any other retirement

5  plans aside from the CalPERS plan?

6      A    I don't believe so.

7      Q    And CalPERS, the plan that you participate

8  in that you were referring to, is a defined

9  contribution retirement plan?

10     A    I believe so.

11     Q    One where you select investment options

12  from among the choices that CalPERS makes available?

13     A    As I sit here, I don't recall.  I joined

14  about ten years ago, I don't remember -- I don't

15  remember what the process was or whether or not I was

16  given investment options.

17     Q    Do you still have an account in the

18  CalPERS retirement plan?

19     A    I do.

20     Q    Does it have investments in it?

21     A    I don't understand the question.

22     Q    Does your account in the CalPERS

23  retirement plan have investments in it?

24     A    What do you mean "investments in it"?

25     Q    Do you hold any investments within your

Page 21

1    account within the CalPERS retirement plan?

2        A    I don't know how to answer that question.

3        Q    Okay.  Do you know approximately the

4    balance in your retirement plan with CalPERS?

5        A    I do not.

6        Q    You have no idea?

7        A    That's correct.

8        Q    Okay.  Do you still contribute to that

9    retirement plan?

10       A    I do not.

11       Q    When did you stop contributing to that

12   retirement plan?

13       A    When I stopped working at Cal Poly.

14       Q    Dr. Werner, if you look in the marked

15   exhibits folder for Veritext, you should see

16   hopefully a copy of your report.

17            (Whereupon, Exhibit 1 was marked for

18   identification.)

19            THE WITNESS:  Let me refresh it.

20   BY MR. BLUMENFELD:

21       Q    Take your time.

22       A    Exhibit 1?

23       Q    Correct.

24       A    I've opened it.

25       Q    If you have a paper copy of your report in

Page 22

1   front of you, you can certainly feel free to use

2   that if that's easier for you, but the official copy

3   will be the one that's marked as an exhibit.

4   Understood?

5          A     Yes.  Just so you know, I don't have a paper

6   copy in front of me.

7          Q     Do you have any other documents in front

8   of you?

9          A     I have my son's medical insurance card.

10         Q     Anything related to this case?

11         A     No.

12         Q     Am I correct that Exhibit 1 is a copy of

13   your expert report in this case?

14         A     It appears to be.

15         Q     You submitted it on August 1st of 2024 of

16   this year?

17         A     That's correct.

18         Q     Do you remember when you were first

19   retained in connection with this case?

20         A     I do not.

21         Q     Can you approximate?

22         A     Within the last two years.

23         Q     And you cannot give me any better estimate

24   than that?

25         A     No.

Page 23

1      Q    Do you recall when you started working on
2  your report in this case?
3      A    I do not.
4      Q    And you can't approximate that either?
5      A    Within calendar year 2024.
6      Q    As you sit here today, sir, do you know if
7  plaintiffs in this case have any other experts?
8      A    I believe they do.
9      Q    Do you know who they are?
10     A    Again, I believe one of them is named
11  Richard Mann.  But I can refresh my memory by looking
12  at the firm's website.  I will do that at the break,
13  but I believe that's his name.
14     Q    Are you aware of any other experts aside
15  from the individual you identified as Mr. Mann?  I
16  think it's Marin by the way.
17     A    It is Marin, thank you.
18     Q    Sure.  Any others?
19     A    No.
20     Q    Have you seen Mr. Marin's report in this
21  case?
22     A    I have not.
23     Q    Have you seen any other expert reports in
24  this case aside from the one from Mr. Marin?
25     A    I'm sorry.  So I haven't seen Mr. Marin's

Page 24

1    report and I haven't seen any other reports.

2          I don't know if there are other reports or

3    whether Mr. Marin has submitted a report or is still

4    waiting to submit a report.

5        Q    Got it.

6          Are you aware of the fact that defendants

7    have submitted an expert report in this case?

8        A    I may have been made aware of that the other

9    day, but I don't specifically know that that is the

10   case.  I believe someone made reference to it.

11       Q    Who made reference to it?

12       A    One of the attorneys at Miller Shah.

13          MR. TANG:  I want to caution you you're

14   getting into communications between you and my

15   colleagues.

16          THE WITNESS:  Understood.

17          MR. TANG:  Thank you, Doctor.

18   BY MR. BLUMENFELD:

19       Q    Dr. Werner, did you see a copy of an

20   expert report from any of the defendants' experts?

21       A    I have not.

22       Q    Am I right, sir, that you were retained by

23   plaintiffs to provide an estimate of losses suffered

24   by the Quanta plan under certain assumptions?

25       A    Well, I mean, we might as well just read it

Page 25

1    from my report because that will give us the most
2    accurate answer.
3            So I was asked by Miller Shah "to apply a
4    common damages methodology and provide an estimate
5    of losses for the Quanta Services Incorporated
6    401(k) savings plan (the 'Plan') attributable to
7    Class members who participated in the Plan at any
8    time on or after September 26th, 2016.
9    Specifically, I was asked to provide an estimate of
10   losses suffered by the Plan under the following
11   assumptions."
12           And you mentioned that I was asked to do
13   that under a set of assumptions.  I don't -- I
14   believe that answers your question.  I don't believe
15   I need to, at least at this point, read the
16   assumptions that I was asked to assume.
17           But I'm happy to if you would like me to.
18       Q    No, that's okay.  I have the report in
19   front of me, too, so I can read it as well.
20           I may ask you specific questions during
21   the course of our time today, but you don't need to
22   read the whole report or all of Paragraph 1.
23           The assumptions that you include, A, B, C
24   and D to your report, those are the only assumptions
25   that you made; correct?

1      A    I believe that's correct.

2      Q    When you submitted your report on

3  August 1st of 2024, did you know whether the

4  plaintiffs had any other experts?

5      A    I did.

6      Q    And what did you know at that point in

7  time?

8      A    That they had at least one other expert.

9      Q    Did you know who that expert was?

10      A    I did.

11      Q    You knew it was Mr. Marin?

12      A    That's correct.

13      Q    Did you know what Mr. Marin's opinions

14  were?

15      A    To the extent that they informed the

16  assumption that I made, I believe so.  But I've not

17  seen his report, I have not spoken with him.

18      Q    In other words, you think your

19  supposition, maybe I'll call it, was that the

20  assumptions you were asked to make are things that

21  Mr. Marin was offering opinions about?

22      A    That's correct.

23      Q    Did you do anything to test the validity

24  of any of the assumptions that you described in

25  Paragraph 1 of your report?

Page 27

```
 1      A     When you say "test the validity," what do
 2  you mean?
 3      Q     Did you do anything to see whether those
 4  assumptions, in fact, were correct or not correct?
 5      A     I am a little confused.  So when you say
 6  "correct or not correct," so he's providing an
 7  opinion.  My guess is the court will decide whether or
 8  not that -- those opinions are valid.  Is that what
 9  you mean by "correct"?
10      Q     I'm asking about assumptions you made, so
11  let's skip to -- or be more specific and we'll talk
12  about Assumption 1A in your report, which was that
13  "The retention of the Fidelity Freedom Funds
14  Target-Day Suite," which you called the Fidelity
15  Freedom TDFs, "in the Plan was imprudent as of
16  4Q2016."
17            Do you see that?
18      A     I do.
19      Q     Did you do anything to see whether that
20  was correct or not correct?
21      A     No.
22      Q     Did you do anything to see whether that
23  was reasonable or not reasonable?
24            MR. TANG:  Object to form.
25            THE WITNESS:  No.
```

Page 28

1    BY MR. BLUMENFELD:

2        Q    What about the rest of the assumptions

3    that are in Paragraph 1A, B, C and D, did you do

4    anything to test or evaluate whether they were

5    correct or not?

6        A    Again, I am a little uncomfortable with your

7    use of the word "correct."  But I didn't do anything

8    to validate those assumptions.

9        Q    And you did not do anything to evaluate

10   whether they were reasonable assumptions or not;

11   correct?

12            MR. TANG:  Object to form.

13            THE WITNESS:  I did not -- I was not asked

14   to determine whether they were reasonable or

15   unreasonable.

16   BY MR. BLUMENFELD:

17       Q    That's fine.

18            But did you?

19       A    I did exactly what I was asked to do, as I

20   explained in reading Paragraph 1 to Exhibit 1 of this

21   deposition.

22       Q    Okay.  Did you do anything to test whether

23   it was reasonable to conclude that the Fidelity

24   target-date funds should have been replaced with the

25   American Funds' target-date funds as of Q12017?

Page 29

1          A     Can you repeat the question, please?

2          Q     Sure.  Let's be specific about it.

3                I'm looking at your assumption in

4     Paragraph 1A.  You say that part of what you were

5     asked to assume was that the plan's fiduciaries

6     should have replaced the Freedom -- Fidelity Freedom

7     TDFs with the American Funds' TDF R6 suite as of

8     Q12017; correct?

9          A     That's correct.

10         Q     Okay.  Did you do anything to assess

11    whether that was reasonable or not?

12         A     Excuse me.  I did not.

13         Q     In Paragraph 1B, there are other

14    assumptions that you describe there regarding the

15    American Beacon Small Cap Value Fund and the Janus

16    Henderson Small Cap Value N fund; correct?

17         A     That's correct.

18         Q     Did you do anything to assess whether any

19    of the assumptions that are in Paragraph 1B of your

20    report were reasonable or not?

21         A     I did not.

22         Q     Okay.  What about Paragraph 1C, same

23    question?

24         A     I did not.

25         Q     What about Paragraph 1D?

Page 30

1    A    Can you repeat the question --

2    Q    Sure.

3    A    -- in full with regards to 1D?

4    Q    Paragraph 1D of your report says that you

5    were asked to assume, quote, "That the terminal date

6    for all loss calculations for purposes of this

7    Expert Report should be June 30, 2024 or Q2 2024."

8    Correct?

9    A    Hold on one second.

10    Right.  So my understanding, and I'm

11    looking now at Footnote 1 to my report -- or

12    Footnote I to Exhibit 1 of this deposition,

13    June 30th, 2024 reflects the last quarter end for

14    which data was available at the time of submitting

15    this expert report.

16    I reserve the right to update the

17    calculation to losses beyond June 30th, 2024 based

18    on subsequently available data should I be asked by

19    counsel or the court and to include a calculation of

20    prejudgment interest.

21    So I don't know whether or not that -- are

22    you asking me is that a reasonable assumption to

23    make?  I guess I don't understand the question.

24    Q    So the question was whether the text in

25    your Assumption 1D which says that you were asked to

Page 31

1    assume that the terminal date for all loss

2    calculations for purposes of your expert report

3    should be June 30, 2024 or Q22024; correct?

4        A    That was read correctly, yes.

5        Q    That's the assumption that plaintiff's

6    counsel asked you to make?

7        A    I don't know.  To the extent that we did not

8    have data beyond that, I believe that's correct.

9        Q    Okay.  And did you do anything to assess

10   whether that was a reasonable assumption to make or

11   not?

12       A    I did not.

13       Q    Okay.  If you turn, sir, to Exhibit 2 of

14   your expert report, which I believe is internal

15   Page 18 of your report.  Let me know when you have

16   that.

17       A    I'm there.

18       Q    This Exhibit 2 to your report, which is

19   Deposition Exhibit 1, is the list of the documents

20   and other information you considered in preparing

21   your report; correct?

22       A    That's correct.

23       Q    Okay.  You don't list any expert reports

24   on the materials that you considered, Exhibit 2 to

25   your Deposition Exhibit 1; correct?

Page 32

1        A    That's correct.

2        Q    And that's because you did not consider

3   any other expert reports in forming the opinions

4   that are reflected in your expert report; correct?

5        A    I don't know how to answer that question.

6        Q    Did you consider any other expert reports

7   in forming the opinions that are reflected in your

8   report?

9        A    I don't -- did I consider them?  To the

10  extent that I was asked to make certain assumptions

11  that may have been informed by someone else's expert

12  report, I don't know how to answer that question.

13       Q    Okay.  Do you think that any other expert

14  reports should be listed on your expert report,

15  Exhibit 2, "Documents and Other Information

16  Considered"?

17       A    As I sit here today, I don't believe so.

18       Q    I'm sorry, say that again.

19       A    As I sit here today, I don't believe so.

20       Q    Okay.  Am I correct, Dr. Werner, that you

21  don't consider yourself to be offering an opinion on

22  any issues of liability in connection with this

23  case?

24       A    That's correct.

25       Q    And am I correct that you're not offering

Page 33

1    an opinion about whether the Fidelity Freedom Funds
2    were reasonable investments for the plan?
3         A    That's correct.
4         Q    You're also not offering an opinion about
5    whether the Fidelity Freedom Funds were reasonable
6    investments for any other plan?
7         A    I don't believe so.
8         Q    Did you analyze whether the Fidelity
9    Freedom Funds were reasonable or appropriate
10   investments for the plan in 2016?
11        A    What do you mean by "analyze"?
12        Q    Did you undertake any steps to analyze
13   whether the Fidelity Freedom Funds were reasonable
14   and appropriate investments for the plan in 2016?
15        A    So in asking you to define "analyze," you
16   used "analyze" in your definition.  So I'm not any
17   clearer as to what you're asking.
18        Q    Did you undertake any steps that you would
19   consider to be analyzing whether the Fidelity
20   Freedom Funds were reasonable and appropriate
21   investments for the plan in 2016?
22        A    No.
23        Q    Okay.  What about in 2017?
24        A    No.
25        Q    What about 2018?

Page 34

1      A     No.

2      Q     2019?

3      A     No.

4      Q     2020?

5      A     No.

6      Q     2021?

7      A     No.

8      Q     2022?

9      A     No.

10     Q     2023?

11     A     No.

12     Q     2024?

13     A     No.

14           THE WITNESS:  We've been going for about a

15     half an hour here, is now a good time to take a

16     break?

17           MR. BLUMENFELD:  If you would like, we can

18     certainly do that, sure.

19           How much time would you need, Dr. Werner?

20           THE WITNESS:  Five minutes.

21           THE VIDEOGRAPHER:  Off the record.  This

22     marks the end of Media Number 1.  Going off the

23     record at 9:40 a.m. Pacific.

24           (Recess taken.)

25           THE VIDEOGRAPHER:  We're back on the

Page 35

1    record at 9:47 a.m. Pacific.  This marks the                0
2    beginning of Media Number 2 in the deposition of
3    Dr. Adam Werner.
4             Please proceed, counsel.
5             MR. BLUMENFELD:  Thank you.
6        Q    Dr. Werner, you understand that we are
7    back on the record?
8        A    I do.
9        Q    And you understand that you're still under
10   oath?
11       A    I do.
12       Q    You have the same obligation to tell the
13   truth as if you were testifying in front of a judge
14   and/or a jury?
15       A    I do.
16       Q    Great.
17            Before the break, I was asking you about
18   some of the things that I think you're not offering
19   opinions about in your report.  I want to continue
20   with that.
21            In preparing your report, did you analyze
22   whether the Fidelity Freedom Funds were reasonable
23   or appropriate investments for any other plans in
24   2016?
25       A    I don't believe so.

Page 36

1      Q    Okay.  What about 2017?

2      A    I don't believe so.

3      Q    2018?

4      A    I don't believe so.

5      Q    2019?

6      A    I don't believe so.

7      Q    2020?

8      A    I don't believe so.

9      Q    2021?

10     A    I don't believe so.

11     Q    2022?

12     A    You know, at this point, I've forgotten what

13   the original question was.  Can you reread it and

14   stick in 2022 as the date?

15     Q    Did you analyze whether the Fidelity

16   Freedom Funds were reasonable or appropriate

17   investments for any other plans in 2022?

18     A    I don't believe so.

19     Q    What about 2023 or 2024?

20          MR. TANG:  Object to form.

21          THE WITNESS:  I don't believe so.

22   BY MR. BLUMENFELD:

23     Q    Did you undertake any analysis of whether

24   the American Funds' target-date fund were reasonable

25   or appropriate investments in 2016 to 2024?

Page 37

1        A    I don't believe so.

2        Q    Did you analyze the risks, fees,

3    investment holdings, investment strategy, glide path

4    or any other characteristics of the Fidelity Freedom

5    Funds?

6        A    Can you reread the question, please?

7        Q    I'll ask it slightly differently.

8             Did you analyze the risk, fees, investment

9    holdings, investment strategy or glide path of the

10   Fidelity Freedom Funds?

11       A    I don't believe so.

12       Q    What about the American Funds, did you

13   analyze the risk, fees, investment holdings,

14   investment strategy or glide path of the American

15   Funds?

16       A    I'm sorry, I'm confused now because there's

17   so many things in this one question and yet when we

18   went through the dates, we went through each date.

19            Why don't you ask me each factor and I'll

20   be able to give a more accurate answer to make sure

21   I'm not missing anything?

22       Q    Do you want me to go back and ask you the

23   same question about the Fidelity Freedom Funds or

24   about the American Funds?

25       A    Both.

Page 38

```
 1        Q    Did you analyze the risk of the Fidelity
 2   Freedom Funds?
 3        A    When you say "risk," what do you mean?
 4        Q    Any measure of risk.
 5        A    Any measure of risk?  I'm sorry --
 6        Q    Yes.
 7        A    How do you define "risk"?
 8        Q    How would you define risk?
 9        A    Depends on the context.
10        Q    Okay.  In any context, did you analyze the
11   risk of the Fidelity Freedom Funds?
12        A    In any context?  I don't believe so.
13        Q    What about the fees of the Fidelity
14   Freedom Funds?
15        A    I do not believe so.
16        Q    What about the investment holdings of the
17   Fidelity Freedom Funds?
18        A    I don't believe so.
19        Q    What about the investment strategy of the
20   Fidelity Freedom Funds?
21        A    I don't believe so.
22        Q    What about the glide path of the Fidelity
23   Freedom Funds?
24        A    I don't believe so.
25        Q    Do you know what a glide path is?
```

Page 39

1       A    I believe so.

2       Q    Tell me what your understanding is.

3       A    It's the time span of -- "time span" might

4   be wrong, but it's basically how a fund is --

5   distributes its funds through the end of its -- well,

6   through the end of time.

7       Q    Did you evaluate the risk of the American

8   Funds?

9       A    I don't believe so.

10      Q    Did you evaluate the fees of the American

11  Funds?

12      A    I don't believe so.

13      Q    Did you evaluate the investment holdings

14  of the American Funds?

15      A    I don't believe so.

16      Q    Did you evaluate the investment strategy

17  of the American Funds?

18      A    I don't believe so.

19      Q    And did you evaluate the glide path of the

20  American Funds?

21      A    I don't believe so.

22      Q    Did you evaluate the risk of any other

23  target-date funds?

24      A    I don't believe so.

25      Q    Did you evaluate the fees of any other

Page 40

1    target-date funds?

2         A     I don't believe so.

3         Q     Did you evaluate the investments holdings

4    of any other investment funds?

5         A     I don't believe so.

6         Q     Did you evaluate the investment strategy

7    of any other target-date funds?

8         A     I don't believe so.

9         Q     Did you evaluate the glide path of any

10   other target-date funds?

11        A     I don't believe so.

12        Q     Do you have an understanding, sir, of the

13   difference between active management and passive

14   management?

15        A     Do I have an understanding?

16        Q     Yes.

17        A     Yes.

18        Q     Did you evaluate whether the Freedom Funds

19   were actively managed or passively managed?

20        A     I did not.

21        Q     Did you evaluate whether the American

22   Funds were actively managed or passively managed?

23        A     I did not.

24        Q     Did you evaluate whether any other

25   target-date funds were actively managed or passively

Page 41

1   managed?

2       A    I did not.

3           MR. BLUMENFELD:  Sam, could we upload the

4   complaint?

5       Q    Dr. Werner, you have to be patient, it

6   takes a couple of minutes to get uploaded, then

7   downloaded, so --

8       A    Okay.

9           MR. BLOCK:  It should be there now.

10          MR. BLUMENFELD:  Thank you.

11          THE WITNESS:  Do I have to go back?  So I

12  have my report open, do I have to close it?

13  BY MR. BLUMENFELD:

14      Q    You might be able to download a copy of

15  your report.

16      A    Let me try doing that, maybe that will be

17  easier.

18          Okay.  I've opened the complaint.

19      Q    Do you also have your report handy?

20      A    Hold on.  I should be -- yes, I can tab back

21  and forth.

22      Q    Wonderful.  The report is a document, not

23  surprising to you perhaps, that we're going back and

24  forth on several times.

25          So you have the complaint; correct?

Page 42

1      A    I do.  Just as a point of clarification, did

2    I miss Exhibits 2 and 3 or are we just jumping around?

3            MR. BLOCK:  I premarked 2 and it did not

4    update, so I'll change that during a break.

5            (Whereupon, Exhibit 2 was marked for

6    identification.)

7            THE WITNESS:  I'm okay with it, just

8    curious.

9    BY MR. BLUMENFELD:

10     Q    And the complaint is one of the documents

11   that you say in your report you considered as you

12   were forming your opinions in this case; correct?

13     A    That's correct.

14     Q    And so you read the complaint before you

15   prepared your report?

16     A    Correct.

17     Q    Could you turn to Paragraph 25 of the

18   complaint.

19     A    Okay.  I'm there.

20     Q    The third sentence of that paragraph says,

21   "Among its target-date offerings, Fidelity offers

22   the riskier and more costly Freedom Funds (the

23   'Active suite') and the less risky and less costly

24   Freedom Index funds (the 'Index suite')."

25            Do you see that?

Page 43

1      A    I do.

2      Q    Before seeing the complaint in this case,

3  were you aware that Fidelity offered different

4  target-date funds?

5      A    As a general matter, I believe so.

6      Q    Not just different target-date funds but

7  different suites of target-date funds like the

8  Active suite and Index suite that are described in

9  Paragraph 25?

10      A    Correct.

11      Q    Did you evaluate whether the Active

12  suite -- first, do you understand which is the

13  subject of plaintiff's complaint in this lawsuit?

14      A    Well, I mean, why don't we go to the

15  beginning of the complaint.

16          Can you repeat the question?

17      Q    Let me ask the question again to make sure

18  I get it right and you hear me correctly,

19  Dr. Werner.

20          Do you have an understanding as to which

21  target-date funds plaintiffs are complaining about

22  in their lawsuit?

23      A    I believe the target-date funds that I

24  analyzed.

25      Q    Okay.  And do you see how they are

Page 44

1    described in the complaint?

2        A    I'm happy to read through the complaint and

3    tell you how they are described if you give me some

4    time.

5        Q    Well, the complaint here, first of all,

6    defines --

7        A    I'm sorry, do you want me to try to answer

8    the question or are you going to explain something to

9    me?  Are you no longer asking that question?

10        Q    Why don't you answer the question that I

11    am about to ask you.

12        A    Okay.

13        Q    The complaint in Paragraph 25 describes

14    the Active suite and the Index suite; correct?

15        A    Correct.

16        Q    Okay.  Do you have an understanding as to

17    which one of those is the subject of plaintiff's

18    complaint in this lawsuit?

19        A    As I sit here today, I don't recall.

20        Q    You don't know whether the funds that

21    you're offering opinions about were the Active suite

22    or the Index suite or something different?

23        A    Okay.  Let's -- let me read through the

24    complaint because I've not looked at this for a little

25    while.  So it will refresh my memory and I'll be able

Page 45

1    to give you an accurate answer to that question.

2              So reading from Paragraph 24 of the

3    complaint, "All TDFs are inherently and actively

4    managed, because managers make changes to the

5    allocations to stocks, bonds, and cash over time."

6              Let me keep reading.

7         Q    Sure.

8         A    I believe that's my answer.

9         Q    Dr. Werner, my question was:  Do you know

10   which target-date funds the plaintiffs were

11   complaining about in the complaint?

12        A    Yes.

13        Q    Which?

14        A    The ones that I analyzed.

15        Q    And where do you see that in the

16   complaint?

17        A    Hold on.

18              I'm sorry.  I gave you the answer to the

19   question.  And now what do you want me to look at

20   the complaint for?

21        Q    Do you know whether plaintiffs are

22   complaining about the Active suite or the Index

23   suite or something else?

24        A    I believe it's -- to the best of my

25   recollection, it's the Active suite.  But I remember

Page 46

1  seeing mention of the index funds well.  But I believe

2  to the best of my recollection it's the active funds.

3       Q    Okay.  And you quoted before some language

4  from Paragraph 24 of the complaint.  And the

5  language you quoted was the middle of that paragraph

6  which says, "All TDFs are inherently actively

7  managed, because managers make changes to the

8  allocations to stocks, bonds, and cash over time."

9  Correct?

10      A    Correct.

11      Q    Am I right that you were reading that

12 before, you're not offering that as your opinion in

13 connection with this case?

14      A    That's not my -- I mean, I don't agree or

15 disagree.  I mean, I understand the statement.  Do I

16 agree or disagree with it?  I agree with it.

17      Q    Did you offer that opinion in your report?

18      A    I did not.

19      Q    Okay.  Did you analyze that?

20      A    "Analyze" meaning what?

21      Q    Did you do anything to analyze whether it

22 was correct or not correct?

23      A    That all funds are actively managed by

24 definition?

25      Q    Yes.

Page 47

1       A     I don't understand the question.

2       Q     What about the question don't you

3   understand?

4       A     I don't understand the question.  I mean,

5   what analysis are you referring to?  Under what

6   definition of analysis?

7       Q     Any definition of analysis.

8       A     Just thinking, is that considered an

9   analysis?

10      Q     Sure.

11      A     So I read that statement, I thought about

12  it, it seemed reasonable.  If that falls under the

13  umbrella of analysis, then I suppose I did perform an

14  analysis as you've defined it.

15      Q     And that's an analysis that you did when

16  you were preparing your report?

17      A     What I was -- was that -- again, this is

18  under your definition of analysis where thinking is

19  considered an analysis, did I consider that when I was

20  preparing my report, yes.  Did I consider it as I sit

21  here today reading that sentence, yes.

22      Q     You don't include anything about that in

23  your report, though; correct?

24      A     I don't believe so.  But that's not the

25  question you asked me.

Page 48

1      Q    It's the question I'm asking you now.

2      A    So are we going to focus on my report or are

3   you going to ask me questions about analyses or

4   thoughts that I have?

5      Q    Dr. Werner, my job is to ask you questions

6   today.  Your job is to answer them and to do so

7   truthfully.

8      A    Okay.  Well, to the extent that you're

9   asking very vague questions, it's difficult to answer

10  some of them.

11          So if you tell me that analysis includes

12  things like thinking, we're going to get into a

13  philosophical conversation about what the definition

14  of "analysis" is.

15          And, I mean, I'm sitting here, I'm

16  thinking about this deposition, does that mean I'm

17  analyzing the deposition as you've defined analysis?

18     Q    Can you turn to Paragraph 41 of the

19  complaint.

20     A    I'm sorry, what paragraph?

21     Q    Paragraph 41.

22     A    I'm there.

23     Q    The first sentence says, "Even a minor

24  increase in a fund's expense ratio can considerably

25  reduce long-term retirement savings."

1          Do you see that?

2      A    I do.

3      Q    Did you include any sort of analysis of

4   that in your report?

5      A    Strictly within my report but not thinking

6   about -- I mean, I understand this statement.

7   Sticking with the report, I don't believe so.

8      Q    Okay.  The second sentence says, "The fees

9   charged by the Active suite are many multiples

10  higher than the Index suite's industry-leading low

11  fees."

12         Do you see that?

13     A    I do.

14     Q    Okay.  Did you include anything in your

15  report analyzing that?

16     A    I don't believe so.

17     Q    The next sentence says, "While the

18  Institutional Premium share class for each target

19  year of the Index suite charges a mere 8 basis

20  points, (0.08 percent), the K share class of the

21  Active suite - which the Plan offers - has expense

22  ratios ranging from 42 basis points (0.42 percent)

23  to 65 basis points (0.65 percent)."

24         Do you see that?

25     A    I do.

Page 50

1      Q    Okay.  And did you do anything in your

2  report to analyze any of the information contained

3  in the allegations in that sentence of Paragraph 41?

4      A    I don't believe so.

5      Q    Okay.  There's also a chart in

6  Paragraph 41 that has ticker symbols of the Fidelity

7  Freedom Funds that the complaint is alleging the

8  plan offers; correct?

9      A    That's my understanding.

10     Q    And it also has separate ticker symbols

11  for the Index suite?

12     A    I'm sorry, where are you looking?

13     Q    The same chart, Paragraph 41.

14     A    What was the question?

15     Q    The question I was just asking is whether

16  the chart in Paragraph 41 also includes ticker

17  symbols for the Index suite?

18     A    As I sit here today, I don't know.

19     Q    Do you see the chart that says "Cost

20  Comparison"?

21     A    I do.

22     Q    Okay.  Do you see the leftmost column is

23  entitled "Freedom Suite"?

24     A    I do.

25     Q    And then the next column over is "Ticker";

Page 51

1    right?

2         A    Right.

3         Q    And the next column over is "Expense

4    Ratio"?

5         A    Correct.

6         Q    The next column over is the "Freedom Index

7    Suite"?

8         A    Correct.

9         Q    And then the next column over is the

10   "Ticker"?

11        A    Correct.

12        Q    So you understand that that column is

13   showing the ticker symbol for the Freedom Index

14   suite; correct?

15        A    That's my understanding.

16        Q    Okay.  And the second column from the left

17   is showing the Fidelity Freedom Funds that were in

18   the plan and ticker symbols that plaintiffs were

19   complaining about?

20        A    I believe that is correct.

21        Q    Could you turn to Paragraph 29 of the

22   complaint.

23        A    Okay.  I'm there.

24        Q    Have you had a chance to read that?

25        A    I have.

Page 52

1      Q    The first sentence of Paragraph 29 says

2    that "The Active suite and the Index suite are

3    sponsored by the same investment management company

4    and share a management team."  Correct?

5      A    That's correct.

6      Q    Okay.  And in preparing your report, did

7    you do any analysis of whether that was true or not?

8      A    I did not.  I have no reason to think it's

9    not correct.  But I did not independently verify.

10      Q    And Footnote 3 to Paragraph 29 identifies

11    the name of the people who the complaint alleges

12    were managing both the Active suite and the Index

13    suite?

14      A    That's correct.

15      Q    The second sentence in Paragraph 29 says,

16    quote, "But while the Active suite invests

17    predominantly in actively managed Fidelity mutual

18    funds, the Index suite places no assets under active

19    management and instead invests in Fidelity funds

20    that simply track market indices."  Correct?

21      A    You read that correctly.

22      Q    Did you do anything in your report to

23    analyze whether that sentence of Paragraph 29 is

24    true?

25      A    Within my report, no.

Page 53

1      Q     Did you do something aside from your

2   report to evaluate whether that was true or not?

3      A     Well, now we're talking is this thinking

4   include -- does that fall under the umbrella of

5   evaluating or are we separating evaluating from

6   analyzing?

7      Q     Did you think about this sentence in

8   Paragraph 29?

9      A     Have I thought about it, yes, I've thought

10   about it.

11      Q     Do you consider what you did to be

12   evaluating whether the Active suite invests

13   predominantly in actively managed Fidelity mutual

14   funds?

15      A     I'm sorry, can you repeat the question?

16      Q     Let me try and be more clear about it.

17            Did you evaluate whether the Active suite

18   invests predominantly in actively managed Fidelity

19   mutual funds?

20      A     Where thinking is under the rubric of

21   evaluation, I have thought about it, but I haven't

22   included any opinions about that in my report.

23      Q     Okay.  When you thought about it, what did

24   you understand to be the percentage of investments

25   in the Active suite that were actively managed

Page 54

1    Fidelity mutual funds?

2        A    I'm sorry, can you repeat the question?

3             MR. BLUMENFELD:  Lynne, can you read that

4    question back?

5             (Requested testimony read by the reporter.)

6             THE WITNESS:  I did not think about that.

7    BY MR. BLUMENFELD:

8        Q    Do you know how much the Active suite

9    invests in actively managed Fidelity mutual funds?

10       A    As I sit here today, no.  It's possible.

11   But again, the key word being "possible."

12            If I'm looking at Footnote 4, it says,

13   "Per Morningstar, the Active suite's underlying

14   holdings are 88.8 percent actively managed, by asset

15   weight."

16            But that's nothing I thought about or

17   that -- and in no way did that inform my opinion --

18       Q    You did not --

19       A    -- that I express here in my report.

20       Q    I'm sorry, I didn't mean to talk over you.

21   Say what you said again.

22       A    I don't recall what I said.

23       Q    Okay.

24       A    It is that -- my understanding of that is

25   not reflected in my report and has not affected any

Page 55

1    opinions that I provided in my report.

2        Q    Okay.  And the next sentence says that the

3    Index suite -- the next part of the sentence says,

4    "the Index suite places no assets under active

5    management."

6            Do you know whether that's true or not?

7        A    I don't know one way or the other whether

8    that's true.

9        Q    And you did not evaluate that issue in

10   preparing your report?

11       A    In preparing my report, no.

12       Q    And you did not evaluate that issue at any

13   point since preparing your report?

14       A    Again, I don't want to get into semantics

15   here.  If we're talking about -- if thinking is under

16   the umbrella or the rubric of evaluating, as I sit

17   here today and I'm reading this, I suppose by

18   definition I'm thinking about it.  So I don't quite

19   know how to answer that question.

20           Again, this deposition is about my report.

21   These sentences -- or the questions you're asking me

22   have not informed my opinion or impacted the

23   opinions I've presented in my report.

24       Q    As you sit here today, you don't know if

25   the Index suite places no assets under active

Page 56

1    management or not?

2        A    As I sit here today, I do not.

3        Q    Dr. Werner, I think I might have covered

4    this in an earlier question, but I'm not entirely

5    sure.

6             Did you look at the performance of the

7    Index suite?

8        A    Did I look at the performance of the Index

9    suite?

10            I don't believe so.  Not that I recall.

11       Q    You did not do any analysis comparing the

12   performance of the Active suite to the Index suite?

13       A    I did not, in preparing my report.

14       Q    Did you do that at any other time?

15       A    I mean, to the extent, again, that we're

16   talking about it now and thinking -- you've decided

17   that evaluating or analyzed something includes

18   thinking about it.

19            To the extent I'm reading it, my brain is

20   thinking about it.  So I suppose I'm evaluating it

21   now.

22            But it doesn't inform my opinions about my

23   report, which is really what this deposition is

24   about to the best of my understanding.

25       Q    And having thought about it now in the

Page 57

1    course of this deposition, do you have an

2    understanding as to whether the Active suite or the

3    Index suite has performed better?

4        A    That has no bearing -- have I thought about

5    it?  I've thought about it.  It doesn't affect my

6    opinion in any way, shape or form.

7        Q    Do you have an understanding of which one

8    has performed better?

9        A    In general?

10        Q    Yes.

11        A    Again, it hasn't impacted -- my

12    understanding or non-understanding of that doesn't

13    affect my opinion with regards to anything I've

14    written in my report.

15        Q    I understand that you're saying that.  My

16    question was a little bit different, though.

17            Do you have an understanding as to whether

18    which has performed better, the Active suite or the

19    Index suite?

20            MR. TANG:  Object to form.

21            THE WITNESS:  Right.  What do you mean by

22    "better"?

23    BY MR. BLUMENFELD:

24        Q    Better performance.

25        A    Right.  What do you mean?  There are two

Page 58

1    components of performance, right, return and risk.  I
2    suppose also cost.  So what do you mean?
3        Q    You identified I think three factors that
4    you say impact whether something is better than
5    another, risk, cost and performance?
6        A    Well, those would be things that I would
7    take under consideration if I was trying to evaluate a
8    fund.
9             Performance as you mentioned it, but
10   again, this has nothing to do with my report.
11       Q    I'm just asking you questions --
12       A    To the extent that this -- this is outside
13   the scope of my report.
14       Q    And so you don't have an opinion as you
15   sit here today as to whether the Active suite or the
16   Index suite was better; correct?
17       A    Again, how do you define "better"?
18       Q    You identified three ways, risk, cost and
19   performance?
20       A    Those are three components that could go
21   into the definition of better, but I'm asking for your
22   definition of better.
23       Q    Have you evaluated the Active suite versus
24   the Index suite on any of those?
25       A    Evaluate means thinking about it?  Again,

Page 59

```
 1    for the purposes of preparing my report, no.

 2         Q    Okay.

 3         A    Why don't we stick with that?  Since this is

 4    a deposition about my report, I'll stick to answering

 5    questions about my report.

 6         Q    So that's not the way this works,

 7    Dr. Werner.  I get to ask you questions and you have

 8    to answer them.  One of the materials you said you

 9    relied upon --

10              MR. TANG:  You're asking questions outside

11    his report.  You're repeatedly quizzing him on the

12    complaint.  What is the purpose of this?

13              MR. BLUMENFELD:  Asking him about the

14    complaint you're saying is inappropriate, Kolin?

15              MR. TANG:  You're repeatedly asking him

16    about items that are not related to his report.

17    You're asking him to form opinions about the

18    complaint --

19              MR. BLUMENFELD:  I'm not asking him to

20    form opinions about things.  He's been perfectly

21    fine telling me all of the times that he doesn't

22    have an opinion about things or didn't analyze

23    certain things and that's fine.

24              But I'm entitled to an answer to my

25    question.
```

Page 60

1       Q    So, Dr. Werner?

2       A    What?

3       Q    Did you evaluate whether the Active suite

4    or the Index suite was better when it comes to risk,

5    cost or performance?

6       A    For the purposes of preparing my report, I

7    did not.

8       Q    Did you in any other context?

9       A    For the purposes of preparing my report, I

10   did not.

11      Q    I understand that.  That's not the

12   question that I asked.

13      A    Well, again, see, you and I are going back

14   and forth about context, analysis, evaluate.  You've

15   given an extremely broad definition of evaluate and

16   analysis to include the process of thinking.

17           So, again, have I thought about it, I'm

18   thinking about it right now.  But with regards to my

19   report, it's not something that affects my opinion

20   in the report that I provided for this case, which

21   is, to my understanding, what this deposition is

22   about.

23      Q    Have you looked --

24      A    I understand that you can ask questions and

25   that's -- but to the extent you're asking about things

Page 61

1    that are outside of the scope of my report, I don't --

2    to the best of my understanding, I don't have to

3    answer them.

4        Q    That's not true, Dr. Werner.  I'm allowed

5    to ask you questions and you are obligated to answer

6    them.

7        A    I'm obligated to answer to the best of my

8    ability.

9        Q    Correct.

10       A    Right?  So -- okay.  I'm sorry, go ahead.

11   You know what, let's take a break.  Now is a good time

12   for a break.

13       Q    How much time would you like, Dr. Werner?

14       A    Let's do ten minutes.

15            THE VIDEOGRAPHER:  Okay.  Going off the

16   record.  This marks the end of Media Number 2.

17   Going off the record at 10:31 a.m. Pacific.

18            (Recess taken.)

19            THE VIDEOGRAPHER:  We're back on the

20   record at 10:41 a.m. Pacific.  And this marks the

21   beginning of Media Number 3 in the deposition of

22   Dr. Adam Werner.

23            Please proceed, counsel.

24            MR. BLUMENFELD:  Thank you.

25       Q    Dr. Werner, do you understand that we are

Page 62

1    back on the record?

2         A    I do.

3         Q    And you understand you're still under

4    oath?

5         A    That's my understanding.

6         Q    And you have the same obligation to tell

7    the truth as if you were testifying live in front of

8    a judge or a jury?

9         A    That's my understanding of what under oath

10   means.

11        Q    Okay.  Dr. Werner, did you do any

12   comparison of the performance of the Freedom Funds

13   against the Freedom Index Funds?

14        A    For the purposes of preparing my report, I

15   did not.

16        Q    Okay.  Aside from for purposes of

17   preparing your report, did you do that?

18        A    I don't know how to answer that question.

19        Q    Did you look at the performance of the

20   Fidelity Freedom Funds, what the complaint calls the

21   Active suite, and compare that to the performance of

22   the Freedom Index Funds, what the complaint calls

23   the Index suite?

24        A    Again, for the purpose of preparing my

25   report, I did not.

Page 63

1      Q    Okay.  Aside from that, have you ever done
2  that?
3      A    I don't know how to answer that question.
4      Q    How about this, prior to --
5      A    I don't know how to answer that question.
6           You've been asking all sorts of vague
7  questions that are not sort of based around my
8  report.  You're saying thinking is analyzing, all
9  sorts of things fall under the umbrella of
10  analyzing.
11           We're here to talk about this report.  And
12  so when you tell me thinking is analyzing and you
13  ask me about right now, I'm thinking about it.
14      Q    Okay.
15      A    That's your definition, not my definition.
16  I'm trying to give the most accurate answers that I
17  can and so that you're giving me some like let's look
18  at everything.  Let's look at the entire world and say
19  is this possible.  How does that affect your opinion?
20           My fan is on, does that affect your
21  opinion?  Well, am I thinking about the fan being
22  on, yes, I'm thinking about the fan being on.
23           Does that have anything to do with my
24  report, no.  But am I thinking about it, yes, I'm
25  thinking about it, yes.  Is that analyzing it?

Page 64

1   Well, I guess I've analyzed the fan.

2        Q    Dr. Werner, before today, did you do any

3   analysis of the performance of the Fidelity Freedom

4   Funds that the complaint calls the Active suite

5   versus the Fidelity Index Freedom Funds, which the

6   complaint calls the Index suite?

7        A    I did not.

8        Q    Okay.  Before today, did you do any

9   analysis comparing the performance of what the

10  complaint calls the Active suite against Vanguard

11  target-date funds?

12       A    I did not.

13       Q    Okay.  You know the complaint identifies

14  several alternative target-date fund suites that the

15  plan should have offered instead of the Fidelity

16  Freedom Funds?

17       A    I don't know that one way or the other as I

18  sit here today.

19       Q    You don't remember what the complaint says

20  about that?

21       A    I don't recall as I sit here today.

22       Q    Do you have the complaint in front of you

23  still?

24       A    I do.  No, I don't.  Hold on.

25       Q    During the break, Dr. Werner, I believe we

Page 65

1    removed the complaint that had the Exhibit 4 sticker

2    and added one that had the Exhibit 2 sticker.

3        A    Okay.

4        Q    Turn to Paragraph 47, if you would.

5        A    Oh, Paragraph 47.  Sorry.  Okay.

6        Q    Do you see that Paragraph 47 identifies

7    target-date funds from American Funds, J.P. Morgan,

8    T. Rowe Price and Vanguard?

9        A    I believe that's correct.

10       Q    Prior to today, did you do any analysis

11   comparing the performance of the Freedom Funds with

12   what the complaint calls the Active suite against

13   the Vanguard target-date funds?

14       A    For the purposes of preparing my report, it

15   did not impact this analysis or this chart did not

16   impact my opinions.

17       Q    I know you didn't do an analysis in your

18   report comparing the returns of the Fidelity Freedom

19   Funds against the Vanguard target-date funds or the

20   J.P. Morgan target-date funds or the T. Rowe

21   target-date funds; correct?

22       A    I'm sorry, you lost me.  What did you say?

23       Q    Dr. Werner, in your report you don't do

24   any analysis comparing the performance of the

25   Fidelity Freedom Funds against the J.P. Morgan

Page 66

1  target-date funds; correct?

2      A    Within my report, that's correct.

3      Q    Okay.  In your report, you don't do any

4  analysis comparing the performance of the Fidelity

5  Freedom Funds against the T. Rowe target-date funds;

6  correct?

7      A    I believe that's correct.

8      Q    In your report you don't do any analysis

9  comparing the performance of the Fidelity Freedom

10  Funds against the Vanguard target-date funds; is

11  that correct?

12      A    I believe that's correct.

13      Q    In your report you don't calculate any

14  losses or damages associated with the performance of

15  the Fidelity Freedom Funds relative to the

16  J.P. Morgan target-date funds?

17      A    Relative to the J.P. Morgan target-date

18  funds, I believe that's correct.

19      Q    In your report you don't do any analysis

20  calculating any losses or damages comparing the

21  performance of the Fidelity Freedom Funds against

22  the T. Rowe price target-date funds; correct?

23      A    I believe that's correct.

24      Q    You also in your report do not do any

25  analysis comparing the performance of the Fidelity

Page 67

1   Freedom Funds against the Vanguard target-date funds

2   for purposes of calculating any losses or damages?

3        A    I believe that's correct.

4        Q    Now, aside from what is contained in your

5   report, did you do any calculation of losses or

6   damages by comparing the performance of the Fidelity

7   Freedom Funds against the J.P. Morgan target-date

8   funds?

9        A    I'm sorry, did you ask me about the American

10  Funds and the Fidelity Freedom Funds?  I just want to

11  make sure that we're on the same page.

12            I'm sorry, what was your question?

13       Q    My question, sir, was whether, aside from

14  what's contained in your report, you did any

15  calculation of losses or damages associated with the

16  Fidelity Freedom Funds in the plan relative to the

17  J.P. Morgan target-date funds?

18       A    I assume by calculation you mean a

19  mathematical calculation?  Outside of the realm of

20  me -- again, if you want to say calculation includes

21  thinking, I can look at this and say, I can compare

22  these two returns and I can calculate the difference.

23            Again, it did not impact -- I can do that.

24  It did not impact my report.  So I don't know.

25            Is that -- when you say "calculate," do

1    you mean what normal people call calculating or do

2    you include, again, this sort of broad definition

3    where thinking is included in things like analysis?

4    I don't know if thinking is included in calculating

5    or not.

6        Q    Okay, Dr. Werner.  Let's use what you

7    understand most people think of as calculating.

8        A    Okay.

9        Q    Okay.  Now can you answer my question?

10       A    If you reask it, I can.

11       Q    Aside from what's in your report, did you

12   do any calculation of losses or damages associated

13   with the Freedom Funds in the plan as compared to

14   the J.P. Morgan target-date funds?

15       A    I did not.

16       Q    Now, aside from what's in your report, did

17   you do any calculation of damages or losses

18   comparing the Fidelity Freedom Funds in the plan to

19   the T. Rowe target price funds?

20       A    I did not.

21       Q    Aside from what's in your report, did you

22   do any calculation of losses or damages comparing

23   the performance of the Vanguard target-date funds to

24   the Fidelity Freedom Funds that were in the plan?

25       A    I did not.

Page 69

1      Q    We're looking at Paragraph 47 of the

2   complaint; correct?

3      A    I believe so.

4      Q    That has returns as of Q22016 all the way

5   through five-year returns Q22016; correct?

6      A    I'm sorry, where are you looking?  I'm not

7   seeing that.

8      Q    Are you looking at Paragraph 47?

9      A    I am.

10     Q    Okay.  So if you look at what is PDF

11  Page 23.

12     A    PDF Page 23.

13     Q    Just the start of the charts.

14     A    Okay.

15     Q    You see it says "Three-Year Annualized

16  Returns as of 2Q2016"?

17     A    I do.

18     Q    And then it has "Five-Year Annualized

19  returns as of Q22016"?

20     A    Yes, that's what I see.

21     Q    The time period that you analyzed in your

22  report is after this time period; correct?

23     A    What do you mean "after this time period"?

24     Q    After Q2 of 2016.

25     A    After Q22016, let's go to my report.

Page 70

1          Looking at Exhibit 3, I believe that's
2     correct.  I should say that's Exhibit 3 to Exhibit 1
3     of this deposition, just for clarification.
4          Q    Dr. Werner, you're referring to Exhibit 3
5     to your report?
6          A    Exhibit 3 to Exhibit 1 of this deposition,
7     correct.
8          Q    Got it.  Thank you.
9          Is there a reason that you did not
10     calculate any potential losses or damages by
11     comparing the performance of the Fidelity Freedom
12     Funds to the J.P. Morgan, T. Rowe Price or Vanguard
13     target-date funds or Fidelity Index target-date
14     funds?
15         A    Can you repeat the question, please?
16         Q    Is there a reason that you did not
17     calculate any losses or damages by comparing the
18     performance of the Fidelity Freedom Funds to the
19     J.P. Morgan, T. Rowe Price, Vanguard or Fidelity
20     Freedom Index target-date funds?
21         A    That was not something I was asked to do, so
22     it's outside the scope of my report.
23         Q    In your report, Dr. Werner, you don't
24     offer any opinion about the fiduciary process that
25     was utilized by the Quanta plan fiduciaries in this

Page 71

1   case; correct?

2       A    That was outside the scope of my report.

3       Q    Okay.  Do you consider yourself to be an

4   expert in connection with the fiduciary process used

5   by plan fiduciaries when selecting and monitoring

6   investment options?

7       A    I don't believe that's something I've been

8   retained to do in this case.

9       Q    Putting aside this case, do you consider

10  yourself to be an expert in that?

11      A    In the common parlance of expert, so not

12  within your -- what you might consider an expert,

13  let's just go with the average person considers an

14  expert, I don't believe so.

15      Q    You also offer some opinions on the

16  American Beacon Small Cap Value Fund; correct?

17      A    I believe that is correct.

18      Q    Okay.  In connection with your report, did

19  you analyze the risk, fees, investment holdings or

20  investment strategy of the American Beacon Small Cap

21  Value Fund?

22      A    That was not something I was asked to do.

23      Q    So you did not?

24      A    I've only done what I was asked to do.  Yes,

25  by tautology, your statement is correct.

Page 72

1      Q    Did you analyze whether the American

2  Beacon Small Cap Value Fund was a reasonable or

3  appropriate investment option in 2019 or 2020?

4      A    That was not something I was asked to do for

5  this report.

6      Q    Is it something you think you would be

7  qualified to do as an expert?

8      A    Could you reread the question, please?

9           (Requested testimony read by the reporter.)

10          THE WITNESS:  Now you're asking me is that

11  something I'm qualified to do?

12  BY MR. BLUMENFELD:

13      Q    Correct.

14      A    That's not anything I've ever given any

15  thought to.

16      Q    As you sit here today at least, you don't

17  consider yourself to be an expert in doing that sort

18  of work?

19      A    I believe that is correct.

20          But I'm sorry, there's so many questions

21  here, can you reread the original question, then

22  I'll think about it in terms of whether or not I

23  believe I'm qualified to do that.

24          (Requested testimony read by the reporter.)

25          THE WITNESS:  That's not something I was

Page 73

1   asked to do for this report.  Am I qualified to do

2   it, I don't know.  Again, qualified by who?

3   BY MR. BLUMENFELD:

4       Q    Do you consider yourself qualified to do

5   that?

6       A    That's not anything anyone has asked me to

7   do.

8       Q    Okay.  Can you answer my question?

9       A    Do I -- so why don't you just ask me the

10  question, am I qualified to do what?

11      Q    Do you consider yourself qualified to

12  analyze whether the American Beacon Small Cap Value

13  Fund was a reasonable or appropriate investment

14  option in 2019 or 2020?

15      A    So beyond -- I mean, I don't know how to

16  answer that.  I have a Ph.D. in finance, I've taught

17  finance.

18           Qualified according to who?  According to

19  me?  I don't know how to answer that question.

20      Q    I said qualified according to you.

21      A    I don't know how to answer that question.

22  That's not anything I've ever thought about prior to

23  you asking about it.

24      Q    As you sit here today at least, you don't

25  qualify yourself qualified to offer opinions on

Page 74

1  whether the American Beacon Small Cap Value Fund was

2  a reasonable or appropriate investment option in

3  2019 or 2020?

4           MR. TANG:  Misstates prior testimony.

5           THE WITNESS:  I defer to my previous

6  answer.  I don't believe that's what I said.

7  BY MR. BLUMENFELD:

8      Q    Tell me what you did say because I thought

9  you did.

10          THE WITNESS:  Could you reread my previous

11 answer, please?

12          (Requested testimony read by the reporter.)

13          THE WITNESS:  I still don't know how to

14 answer that question.

15 BY MR. BLUMENFELD:

16     Q    And to be clear, I'm saying:  Do you

17 consider yourself to be qualified?

18          MR. TANG:  Asked and answered.

19          THE WITNESS:  What does that mean?  Do I

20 consider myself to be qualified?  I don't understand

21 that.  Qualified with regards to who?

22 BY MR. BLUMENFELD:

23     Q    Do you consider yourself qualified to

24 offer expert opinion on damages and losses in this

25 case?

Page 75

1        A     I do.

2        Q     Do you consider yourself qualified to be

3    able to offer opinions on whether the American

4    Beacon Small Cap Value Fund was a reasonable or

5    appropriate investment option for the Quanta plan in

6    2019 or 2020?

7        A     So that's not anything I've ever thought

8    about prior to you asking me that question.  So I

9    don't know how to answer it.

10       Q     You also offer opinions in your report on

11   the Janus Henderson Small Cap Value Fund; correct?

12       A     That's correct.

13       Q     Did you analyze the risks, fees,

14   investment holdings, investment strategy of the

15   Janus Henderson Small Cap Value Fund?

16       A     That was not something I was asked to do for

17   the purposes of submitting my report.

18       Q     You offer in your report opinions on the

19   DFA International Small Cap Value Fund; correct?

20       A     Correct.

21       Q     Did you analyze the risks, fees,

22   investment holdings or investment strategy of the

23   DFA International Small Cap Value Fund?

24       A     That was not something I was asked to do in

25   submitting this report.

Page 76

1       Q     So you did not?

2       A     That was not something I was asked to do for

3    the purposes of submitting my report.

4       Q     And you only did the things that you were

5    asked to do?

6       A     Well, let's go back to what my assignment

7    was.

8             So going back to Paragraph 1 of Exhibit 1

9    to this deposition, "I was asked by Miller Shah,

10   counsel for the Plaintiffs in the above-captioned

11   litigation against Quanta Services Incorporated

12   ('Quanta' or 'Defendant') to apply a common damages

13   methodology and provide an estimate of losses of the

14   Quanta Services Incorporated 401(k) Savings Plan

15   (the 'Plan') attributable to Class members who

16   participated in the Plan at any time on or after

17   September 26th, 2016."

18      Q     Did you analyze the risks, fees,

19   investment holdings or investment strategy of the

20   DFA International Small Cap Value Fund?

21      A     That was not something I was asked to do for

22   purposes of providing my report in this case.

23      Q     I'm not asking what you were asked to do.

24   I'm asking whether you did it or not.

25             Whether it was asked of you or not, did

Page 77

1   you do it?

2       A    I completed my assignment as I stated it to

3   you.  But I mean, I can reread Paragraph 1.  That was

4   my assignment.  That's what I did.

5       Q    So things that aren't in your list of what

6   you were assigned to do, you did not do?

7       A    If I was not asked to do something, I did

8   not do it.

9       Q    And the only thing you were asked to do is

10  contained in Paragraph I?

11      A    I believe that's correct as of this date,

12  yes.

13      Q    You offer in your report opinions on the

14  Schwab Fundamental International Small Cap Equity

15  Index Fund; correct?

16      A    I believe that's correct.

17      Q    Okay.  Did you analyze the risks, fees,

18  investment holdings or investment strategy of the

19  Schwab Fundamental International Small Cap Equity

20  Index Fund?

21      A    That was not something I was asked to do.

22      Q    Because you weren't asked to do it, you

23  did not do it?

24      A    By definition, I believe that's correct.

25      Q    Have you ever served as an investment

Page 78

1    consultant to any ERISA plans?

2        A    No.

3        Q    Have you ever served as a fiduciary for

4    any ERISA plans?

5        A    No.

6        Q    Have you ever served as an investment

7    consultant for any non-ERISA plans?

8        A    I don't believe so.

9        Q    Have you ever served as a fiduciary for

10   any non-ERISA plans?

11       A    No.

12       Q    In Paragraph 1 of your report, you say

13   that you were asked to apply a common damages

14   methodology?

15       A    Correct.

16       Q    What do you mean by that?

17       A    A damage methodology common to all

18   plaintiffs.

19       Q    How do you know that the damages

20   methodology you applied is a common one to all

21   plaintiffs?

22       A    There is no other reason for me to --

23       Q    Maybe I misunderstood.

24            Did you finish your answer, Dr. Werner?

25       A    Go ahead, I'm sorry, I guess I don't

Page 79

1    understand what you're asking.

2        Q    When you say "common damages methodology,"

3    you're referring to common as among all of the

4    participants in the Quanta plan?

5        A    A methodology that could be used to

6    calculate damages for all people in the plan, yes.

7        Q    You're not referring to a damages

8    methodology that is common among plaintiffs in ERISA

9    litigation class actions?

10       A    I don't -- I've not -- that's not something

11   I've thought about as I sit here today.

12       Q    You don't know whether your damages

13   methodology is used by anybody else in any other

14   cases?

15       A    I mean, I used a -- I haven't looked at it

16   in awhile.  I used a similar methodology, to the best

17   of my recollection, in the Genworth matter.

18            I've seen other reports from other experts

19   in other cases that have applied similar

20   methodologies to the ones I've used here.

21       Q    What other cases?

22       A    As I sit here today, I cannot recall.

23       Q    You cannot identify any of the other cases

24   where somebody else has used a methodology that's

25   similar to what you used in this case?

Page 80

1      A    Correct.

2      Q    And just to be clear, when you said in

3  Paragraph 1 that you were asked to apply a common

4  damages methodology, you were referring to common as

5  among all the participants in the Quanta plan, not

6  common that this is the way others would calculate

7  damages in a similar circumstance?

8      A    I don't think that's what I said.

9      Q    Okay.  Correct me then.

10      A    I defer to my previous answer.  It's just --

11  I mean, I don't want to say this is a common sentence

12  that I submitted on my -- many of my reports, but I'm

13  not sure what the misunderstanding about this is.

14      Q    Well, you say in Paragraph 1 that you were

15  asked to apply a common damages methodology;

16  correct?

17      A    That's correct.

18      Q    I'm trying to understand what you meant by

19  that.  How about that, tell me what you mean by

20  that.

21      A    I don't know why I'm having problems with

22  this, but I just -- it's the way I would normally use

23  it.  It's a methodology that can be used.

24      Q    And you said it's similar to the

25  methodology you used in the Genworth case; correct?

Page 81

1       A     That's correct, and as I also stated,

2    similar to the methodology I've seen used in other

3    cases.

4       Q     Right.  But you can't identify any other

5    cases where that similar methodology has been used

6    aside from by you?

7       A     That's correct.

8       Q     Are there portions of your opinion in your

9    report where you believe you've exercised judgment?

10      A     Well, I mean, yes, I developed the model --

11   looking at Footnote 4 to my report, it points to some

12   places where I actually make -- where I make use of

13   judgment.

14            So I guess the answer to your question is

15   yes.

16      Q     Aside from Footnote 4?

17      A     Well, that wasn't my only answer, was it?

18      Q     You said you developed the model?

19      A     Right.

20      Q     And --

21      A     But that's not contained in Footnote 4.

22      Q     And developing the model you believe

23   required you to exercise judgment?

24      A     Yes.

25      Q     Anyplace else?

Page 82

```
 1        A     As I sit here today, I don't know.  I can't
 2   think of anything else.
 3              Is that true?  I don't know that that's
 4   true.
 5              So I developed the model, I had to make
 6   some assumptions about funds with regards to the
 7   assumptions I made with regards to Footnote 4.  Is
 8   there anything else?
 9              I chose not to include the prejudgment
10   interest in my calculation.
11              (Reporter clarification.)
12              THE WITNESS:  I would guess that's a
13   judgment call.
14              I don't recall whether or not that was
15   something I was told to do or determined on my own.
16   So I would have to think more about that.
17   BY MR. BLUMENFELD:
18        Q     Am I correct, Dr. Werner, you don't
19   remember as you sit here today whether you decided
20   not to include prejudgment interest in your
21   calculation or whether you were told to do that by
22   plaintiff's counsel?
23        A     That's correct.  I believe I was told to by
24   plaintiff's counsel, but I don't know as I sit here
25   today.
```

Page 83

1      Q    Okay.  You could have included prejudgment

2    interest in your calculations if you wanted to and

3    you were given the direction to do so?

4      A    Hold on one second.  So I'm sorry, could you

5    reask your question?

6      Q    You could have included prejudgment

7    interest in your calculations; correct?

8      A    Is it possible?  It's possible I could have

9    done that, yes.

10      Q    You did not and you don't remember whether

11    you did not because you decided not to or because

12    plaintiffs counsel told you not to; correct?

13      A    As I sit here today, I don't recall.

14      Q    Okay.  Either way, it was a choice either

15    by you or plaintiff's counsel that led to you not

16    including prejudgment interest in your report?

17      A    That's correct.

18      Q    Could you turn to Paragraph 2 of your

19    report?

20      A    Okay.

21      Q    In Paragraph 2 of your report, you say, "I

22    understand that as an expert witness in this

23    proceeding, my duty in providing my Report is to the

24    Court and that this duty overrides any obligation to

25    the parties who have engaged me, from whom I have

Page 84

1    received instructions or compensation.  I confirm
2    that I have complied with this duty."
3            Did I read that correctly?
4        A    That's correct.
5        Q    And you believe that that is true?
6        A    I do.
7        Q    Okay.  What do you understand your duty to
8    the court is?
9        A    My duty is to provide a report.
10       Q    That's it?
11       A    In my understanding of the word "duty," yes.
12   I understand I have to tell the truth.  I don't know
13   if that's included under your definition of duty.
14           So my understanding of duty is that my
15   duty is provide an independent report to the court.
16       Q    As far as you're concerned, the obligation
17   that you believe you have under Paragraph 2 as you
18   describe it is to provide an independent report to
19   the court?
20       A    To provide a report.
21       Q    It does not have to be independent?
22       A    Look, I mean, I don't know why this is some
23   kind of controversial statement.  If you want to
24   include things like -- I mean, let's go up to my --
25   the beginning of my report.

Page 85

1           "I declare and state under penalty of
2    perjury that the following is true and correct to
3    the best of my knowledge, information and belief.
4    If called to testify, I could and would testify
5    competently to the following facts."

6           Is that included under duty?  I don't
7    know.  But if you want to include that as part of
8    duty, I believe that's also my duty.

9      Q    You wrote Paragraph 2; correct?

10     A    I did.

11     Q    Okay.  What I'm trying to understand, sir,
12   is what you meant when you wrote Paragraph 2?

13     A    I just meant the common use term of the word
14   "duty."

15     Q    Which is to provide a report?

16     A    Well, I mean, since we're getting -- I mean,
17   I also again -- yes, it's to provide a report but in
18   doing so, right, I have -- I declare and state under
19   penalty of perjury that the following is true and
20   correct to the best of my knowledge, information and
21   belief.

22          Is that a duty?  I don't know.  It's what
23   I've done, so I don't know -- I mean, do I consider
24   that part of the duty?  I don't know how to answer
25   that question.  That's not anything that anyone's

Page 86

1    ever asked me before.

2         Q    Okay.

3         A    In the over 50 depositions I've given.

4         Q    You include this paragraph -- do you

5    include this paragraph in all of your reports?

6         A    Which paragraph?

7         Q    Paragraph 2 that I have been asking you

8    about and you've been answering about.

9         A    So not the declaration at the beginning, I

10   believe that is true.

11        Q    And do you believe that part of your duty

12   as reflected in Paragraph 2 is to be -- to have a

13   duty of candor to the court?

14        A    Candor -- well, I think that falls under

15   true and correct.

16        Q    Okay.  And you believe that your report in

17   this case complies with whatever duty you believe

18   you have?

19        A    I believe that's correct.

20        Q    Do you believe that your duty of candor --

21   excuse me, let me restate that question.

22             Do you believe that the duty reflected in

23   Paragraph 2 also includes a duty to include all of

24   the assumptions that you make in connection with

25   your report?

Page 87

1      A     I believe that's correct.

2      Q     Do you believe that the duty you have in

3   Paragraph 2 also includes a duty not to hide things

4   in your report or the supporting materials?

5      A     What do you mean by "hide things"?

6      Q     The common understanding of the word

7   "hide."

8      A     Why don't you tell me what the common

9   understanding of hide is.  Like hide and go seek?  You

10  define hide for me and then I'll answer the question.

11  I don't know what the common definition --

12     Q     How would you define hide?

13     A     I don't know how to define it.  In what

14  context?  You're using the term, so explain to me what

15  you mean.

16     Q     Okay.  Do you understand, sir, that you

17  have a duty, as reflected in Paragraph 2, not to

18  obfuscate information from the court?

19     A     What do you mean by "obfuscate information

20  from the court"?

21     Q     You don't know what that means?

22     A     No, your question, I don't understand what

23  you mean by your question.

24     Q     Okay.  That's fine.

25           Do you understand that your duty as

Page 88

1    reflected in Paragraph 2 includes a duty not to

2    misrepresent things in your report?

3        A    What do you mean by "misrepresent"?

4        Q    You're not sure what the word

5    "misrepresent" means?

6        A    I don't know what you mean by the term

7    "misrepresent."

8        Q    Okay.  Do you have an understanding of

9    what the term "misrepresent" means?

10       A    I believe I do.

11       Q    Using your understanding of what the term

12   "misrepresent" means, do you believe that the duty

13   you described in your report, Paragraph 2, includes

14   a duty not to misrepresent things?

15       A    Again, that's -- that's not anything I've

16   ever been asked before in over 50 depositions.  I

17   mean, do I have a duty to do that, I guess so.  I

18   don't know.

19           I mean, why don't you tell me what you

20   mean by misrepresent and then I'll try to answer

21   your question.

22       Q    That's okay.  I think your answers are

23   pretty clear.

24           I have a question for you about Exhibits 3

25   through 8 in your report.

Page 89

1        A     Okay.

2        Q     Can you turn to Exhibit 3 to start?

3        A     Yes, I'm there.

4        Q     Okay.  This is a PDF copy of a

5    spreadsheet; correct?

6        A     That's correct.

7        Q     And you provided the spreadsheet in

8    connection with the backup materials that you

9    provided to us?

10       A     I believe that's correct.

11       Q     The spreadsheet itself was a live

12   spreadsheet that you provided; in other words, it

13   has the numbers in it and it calculates things based

14   on those numbers; correct?

15       A     So you mean the Excel spreadsheet?

16       Q     Yes.

17       A     Correct.

18       Q     And it's the Excel spreadsheet itself that

19   you used to calculate the losses that you describe

20   in your report and then you printed a more legible

21   version of that as a PDF to include as Exhibits 3

22   through 8 of your report; correct?

23       A     We can argue about legible, but I believe

24   that's correct.

25       Q     Okay.  And the way that the actual

Page 90

1  spreadsheets operate that you provided to us as the

2  backup materials, you could change some of the

3  inputs and it would change the outputs that it

4  was -- it would change the damages or losses if you

5  change the inputs; correct?

6      A    That's correct.

7      Q    Exhibit 3 in particular, did you

8  personally type this information in?

9      A    I did not.

10     Q    Who did?

11     A    I believe -- I mean, I don't know --

12  alexander Huang would have been in charge of that.  I

13  don't know if he actually went in and typed in each

14  one of these numbers.

15          My guess is that's what happened.  But I

16  don't know as I sit here today.

17     Q    Okay.  You're not sure if he did it or if

18  somebody else did it and gave it to him?

19     A    I'm pretty sure he did it.

20     Q    Okay.  Did you do any comparison of the

21  information that is in Exhibit 3 compared to the

22  underlying documents?

23     A    I did not.

24     Q    Let's switch to Exhibit 4, which is the

25  next page of your report.

Page 91

1        A     Okay.

2        Q     Is this information that you personally

3    typed in to Exhibit 4?

4        A     It is not.  That's going to be -- I'm sorry,

5    I'll stick with that.  I did not.

6        Q     Okay.  Did you do anything to validate

7    whether the information contained in Exhibit 4 was

8    correct or not correct?

9        A     I did not.  When I'm answering that, I mean

10    I personally did not do that.

11        Q     Right.  Somebody on your team might have

12    done that?

13        A     Correct.

14        Q     Do you know if somebody on your team did

15    it?

16        A     I don't know as I sit here today.  I would

17    be surprised if they did not.

18        Q     Can we go back to the assumptions that are

19    in Paragraph 1, A, B and C.

20        A     Okay.

21        Q     So if the assumptions that are derived in

22    A, B and C turn out not to be correct, then the

23    analysis of claimed losses would also have to

24    change; correct?

25        A     So I'm sorry, could you reread the question,

Page 92

1    please?

2             (Requested testimony read by the reporter.)

3             THE WITNESS:  What do you mean by

4    "correct"?  Correct according to who, the court?

5    Who am I -- who are you referring to?

6    BY MR. BLUMENFELD:

7        Q    Well, let's start with the court.

8             If the court says that the assumptions

9    that are contained in Paragraph 1A of your report

10   are not correct, then the conclusions that you

11   reached based on those assumptions would have to be

12   changed; correct?

13       A    I believe that's correct.

14       Q    The same with the assumptions that are

15   listed in 1B?

16       A    I believe that's correct.

17       Q    And the same with the assumptions that are

18   in 1C?

19       A    I believe that's correct.

20       Q    And if plaintiffs came to you and said, we

21   want you to change the assumptions, then the

22   conclusions that you reached in your report also

23   would have to change; correct?

24       A    I believe that's correct.

25       Q    Did you also assume that aside from the

Page 93

1  changes that are listed in A, B and C of Paragraph 1

2  that the plan otherwise would be managed in exactly

3  the same way it was and would still have exactly the

4  same investments that it otherwise had?

5      A    Can you reread that question, please?

6           (Requested testimony read by the reporter.)

7           MR. TANG:  Object to form.

8           THE WITNESS:  What do you mean by

9  "changed"?

10 BY MR. BLUMENFELD:

11     Q    Well, in Paragraph 1A, you describe

12 changing from the Fidelity Freedom Funds target-date

13 suites to the American Funds; correct?

14     A    I'm sorry, can you reread that question?

15     Q    Let me restate it.

16          In Paragraph 1A of your report, you say

17 you were asked to assume that the plan fiduciary

18 should have replaced the Fidelity Freedom

19 target-date suite with the American Funds; correct?

20     A    Okay.  You mean -- that's correct.

21     Q    And in Paragraph 1B, you say you were

22 asked to assume that the fiduciaries should have

23 replaced the American Beacon Fund with the Janus

24 Henderson Small Cap Value End Fund?

25     A    That's correct.

Page 94

1    Q    In Paragraph 1C, you say that you were

2   asked to assume that the DFA fund was replaced with

3   the Schwab Fundamental International Small Cap

4   Equity Index?

5    A    The DFA International small cap value, yes,

6   that's correct, or Value 1.

7    Q    Aside from those three changes, you

8   assumed that the plan otherwise was going to be

9   operated in exactly the way it was; correct?

10    A    That's actually an interesting question.

11   That is not something I really thought about.

12        I believe what you said is correct, but I

13   need to think about it more to give you a precise

14   answer.

15    Q    At least for purposes of your report, the

16   only changes that you assumed would be made to the

17   plan were those in 1A, B and C?

18    A    I believe that is correct.

19    Q    Okay.

20        MR. BLUMENFELD:  Sam, fair warning, can

21   you upload the Beacon and DFA Excel spreadsheet?

22        (Whereupon, Exhibit 3 was marked for

23   identification.)

24   BY MR. BLUMENFELD:

25    Q    While he's doing that, Dr. Werner, I have

Page 95

1   a question for you about Paragraph 17 of your

2   report.

3        A    Okay.

4        Q    Do you have that in front of you?

5        A    I do.

6        Q    In Paragraph 17, you say that "Assuming

7   that Quanta should have replaced the Fidelity

8   Freedom TDFs with the American Fund TDFs as of

9   Q12017, the American Beacon Fund with the Janus

10  Henderson Small Cap Value N as of Q12020, and the

11  DFA Fund with the Schwab Fundamental International

12  Small Cap Equity Index as of Q12020, the Plan's

13  aggregate losses amount to $20,139,166 as of

14  June 30, 2024."  Correct?

15       A    Excluding prejudgment interest, correct,

16  yes.

17       Q    Then you add, "excluding prejudgment

18  interest."

19            You calculate those losses to the dollar;

20  right?

21       A    What do you mean?

22       Q    The precise calculation, it's not --

23  you're not saying that the losses are $20 million or

24  $25 million or $19 million, you're saying

25  $20,139,166?

Page 96

1      A     Excluding prejudgment interest, correct.

2      Q     Now, you calculate losses with respect to

3   the Fidelity Freedom TDFs of $20,139,166 itself;

4   correct?

5      A     That's correct.

6      Q     For the American Beacon and DFA funds, you

7   actually calculate negative losses; correct?

8      A     I believe that is correct.

9      Q     Well, why don't we see if that's ready to

10  download now.  It should be there.

11     A     Okay.  Let's see.

12           Okay.  I'm there.

13     Q     Do you have it open?

14     A     I do.

15     Q     Can you turn to the "Beacon Losses" tab in

16  your backup materials?

17     A     Okay.  I'm there.

18     Q     Okay.  Now, first, you don't include any

19  of these sorts of materials in your actual report

20  like you do with respect to the Fidelity Freedom

21  Funds; correct?

22     A     I'm sorry, I don't understand the question.

23     Q     With respect to the Fidelity Freedom

24  Funds, you include Exhibits 3 through 8 which show

25  some of the calculations; right?

Page 97

1      A    Correct.

2      Q    But you don't do that with respect to the

3   American Beacon and DFA funds?

4      A    That's correct.

5      Q    Okay.  Now, if I'm understanding

6   correctly -- and we'll walk through this in a little

7   bit more detail -- but you calculate losses of

8   negative $3,147,203 with respect to the American

9   Beacon fund as of June 30th, 2024; correct?

10     A    Excluding prejudgment interest, correct.

11     Q    Right.  And you don't, when you then total

12  up the changes in Paragraph 17, account for that

13  negative $3,147,203; correct?

14     A    I'm sorry, what was your question?

15     Q    In Paragraph 17 of your report --

16     A    Right.

17     Q    -- you ignore the negative $3,147,203 from

18  your calculations of the total?

19     A    Do I net out?  I guess I don't know how to

20  answer the question.

21          Damages according to this are zero, so

22  that's what the damages were.  If you tell me -- if

23  there is a different theory of liability and someone

24  tells me that we need to look at net damages or I

25  need to do a different calculation, then I might

Page 98

1    revisit this.

2             But my understanding is that that is a

3    legal question, not an economic one.

4        Q    Were you asked to make an assumption about

5    that?

6        A    I don't know as I sit here today.

7        Q    You don't include an assumption about that

8    in your list of assumptions; correct?

9        A    I don't believe so.

10       Q    In Paragraph 17, one of the things you're

11   specifically assuming is that Quantum would have

12   replaced the American Beacon fund with the Janus

13   Henderson small cap value N?

14       A    That's correct.

15       Q    And had the plan done that, the plan would

16   have been worse off to the tune of $3,147,203?

17       A    The fund would have been worse off -- I

18   don't believe that's correct.

19       Q    If the plan had replaced the American

20   Beacon fund with the Janus fund as of January 1 of

21   2020, as you were asked to assume, the plan would

22   have 3 million fewer dollars in it; correct?

23       A    I don't believe that -- I don't believe

24   that's correct.

25       Q    Tell me what's wrong about that.

Page 99

1      A    I believe it would have -- it would have
2  3 million -- approximately $3 million more in the
3  fund, not less.  Maybe I'm just doing the math wrong.
4  Maybe I'm misunderstanding.
5      Q    Let's be clear about this, Dr. Werner.  Do
6  you want to write it down so you can figure it out?
7      A    Well, I just -- I don't think what you said
8  is correct.
9      Q    I understand, that's fine.  I want to make
10  sure we get it right.
11           But you calculate negative damages;
12  correct?
13      A    Correct.
14      Q    Negative $3,147,203?
15      A    Right.  So a negative damage would be a
16  benefit.
17      Q    Okay.
18      A    At least theoretically.
19      Q    Let me ask the question this way:  When
20  you say a benefit, you mean that the plan is better
21  off in the American Beacon fund that it actually had
22  than it would have been in the alternative Janus
23  fund that you were asked to assume?
24      A    I see what you're saying, yes.
25      Q    Okay.  And so had the plan made the change

Page 100

1    that you were asked to assume it was going to make,

2    the plan would have 3,147,203 fewer dollars as of

3    June 30, 2024 than it actually has?

4        A    That's correct.

5        Q    But you don't account for that in

6    Paragraph 17?

7        A    Again, I think that is a legal question, not

8    an economic one.

9        Q    You don't have an opinion one way or the

10    other as to whether the $3,147,203 should be

11    accounted for or not?

12        A    I believe that your statement is correct.

13        Q    Okay.  As an economics matter, though, you

14    would agree with me that had the plan made the

15    change that you were asked to assume it would make,

16    the plan would have 3,147,203 fewer dollars than it

17    actually has?

18        A    As an economic matter, that's correct.

19        Q    Okay.  Can we go to the spreadsheet, the

20    worksheet that's entitled "DFA Losses."

21        A    Okay.

22        Q    And at least on my copy of that,

23    Dr. Werner, those are in green as opposed to the

24    Beacon ones that are in blue.  Is that the same for

25    yours?

Page 101

1      A     It is.

2      Q     Okay.  And you also calculate negative

3   damages with respect to the DFA fund.  This time the

4   number is negative $834,969; correct?

5      A     That's correct.

6      Q     Meaning had the plan made the change that

7   plaintiffs asked you to assume it should have made,

8   the plan would be worse off to the tune of $834,969?

9      A     That's correct.

10     Q     You don't account for that in Paragraph 17

11  of your report either?

12     A     Again, I believe that's a legal issue.

13     Q     That's fine.

14     A     I'm not a lawyer.

15     Q     Let's go back to the American Beacon fund.

16           Dr. Werner, I apologize, I lost track of

17  time a little bit.  I know we took some breaks early

18  on.  I don't know if it's been about an hour or if

19  you would like to take a break now or keep going,

20  it's up to you.

21     A     You know, why don't we take a ten-minute

22  break; is that okay?

23     Q     That's fine by me?

24     A     Thank you for offering that.

25     Q     Okay.

Page 102

1          A     Or reminding me.

2                THE VIDEOGRAPHER:  Stand by.  This marks

3     the end of Media Number 3.  Going off the record at

4     11:41 a.m. Pacific.

5                (Recess taken.)

6                THE VIDEOGRAPHER:  We are back on the

7     record at 11:52 a.m. Pacific.  And this marks the

8     beginning of Media Number 4 in the deposition of

9     Dr. Adam Werner.

10                Please proceed, counsel.

11                MR. BLUMENFELD:  Am I still sharing my

12     screen?

13                THE VIDEOGRAPHER:  Yes, you are.

14                THE WITNESS:  It appears so.  I see the

15     spreadsheet.

16                MR. BLUMENFELD:  Great.  Is that being

17     recorded on the video, Brandon?

18                THE VIDEOGRAPHER:  Yes, it is.  I -- yes,

19     it's both.  It's the witness in a smaller view

20     screen.

21                MR. BLUMENFELD:  Perfect.  Thank you very

22     much.  And thank you, Dr. Werner.

23                THE WITNESS:  Sure.

24     BY MR. BLUMENFELD:

25          Q     Do you understand we're back on the record

Page 103

1    and you're still under oath?

2         A    I do.

3         Q    You have the same obligation to tell the

4    truth as if you were testifying live in front of a

5    judge or jury?

6         A    I do.

7         Q    This is your backup spreadsheet for the

8    Beacon and DFA funds; correct, Exhibit 3?

9         A    Correct, or at least it appears to be.  I

10   have no reason to think it's not.

11        Q    And the tab that we're focused on now is

12   entitled "Beacon Losses."

13             Do you see that?

14        A    I do.

15        Q    And that's the tab that runs through all

16   of the calculations that yield the -- your

17   conclusion that the plan would have been better off

18   in the American Beacon fund that was in the plan as

19   compared to the Janus Henderson fund by $3,147,203;

20   correct?

21        A    Economically, that's correct.

22        Q    Can we go to the "Beacon Balances" tab

23   first.  And there is a bunch of numbers here.  These

24   are numbers that were input by somebody on your

25   team; correct?

Page 104

1          A     Correct.

2          Q     My understanding from your report is that

3     they got the information from the quarterly

4     investment reviews?

5          A     Why don't we pull up my report.  Oh, I'm

6     sorry, yes, I believe that's correct.

7          Q     Okay.  Did you personally look at any of

8     the quarterly investment reviews?

9          A     I did not.

10         Q     Okay.  Just while we're on the subject, on

11    Page 18 of your report --

12         A     Hold on.  Yes.  Page 18.

13         Q     It continues to the top of Page 19.

14         A     Okay.

15         Q     Did you look at any of these documents in

16    preparing your report?

17         A     I did look at the complaint.  Did I look --

18    I don't -- as I sit here, I don't recall.

19         Q     Okay.  You did not look at the quarterly

20    investment reviews, but you might have looked at

21    some other documents?

22         A     Correct.

23         Q     And you're just not sure?

24         A     Correct.

25         Q     It also says that you relied on

Page 105

1    Morningstar Direct data?

2        A    That's correct.

3        Q    Is that data that you personally pulled?

4        A    I did not personally pull that data.

5        Q    Okay.  Do you know who did?

6        A    It's either Alex -- Alexander Huang or

7    someone in Italy.

8        Q    Got it.  Thank you.

9             Switching gears back to Exhibit 3 to your

10   deposition, which is the backup materials for the

11   American Beacon and DFA fund.

12            The way the spreadsheet works, if you

13   change the quarterly balance numbers, that would

14   change the result in the "Beacon Losses" tab;

15   correct?

16       A    I believe that's correct.

17       Q    Okay.  And am I right that you calculated

18   losses assuming that the change from the American

19   Beacon fund to the replacement fund occurred on

20   January 1 of 2020?

21       A    On January 1 of 2020.  I believe that's

22   correct.  Let me just look at my report.  Hold on.

23       Q    Sure.

24       A    Yes, I believe that's correct.

25       Q    The same with the DFA fund; correct?

Page 106

1      A     Correct.

2      Q     Okay.  Getting back to Deposition

3  Exhibit 3, your backup materials on the American

4  Beacon and DFA funds, if you go to the "Beacon

5  Losses" tab.

6      A     Okay.

7      Q     As of March 31 of 2020, you calculated

8  losses of $942,080; correct?

9      A     Correct.

10     Q     Meaning as of that date, the plan would

11 have been better off in the Janus fund as compared

12 to the American Beacon fund by $942,080?

13     A     Correct.

14     Q     And then the next quarter that number goes

15 down to $225,257; correct?

16     A     Correct.

17     Q     I guess that means that during that

18 three-month time period, the American Beacon fund

19 did better than the Janus Henderson fund?

20     A     That would be my assumption.

21     Q     Okay.  And then the next quarter after

22 that by September 30th, the damages start to go

23 negative, meaning the plan was better off in the

24 American Beacon fund than it would have been in the

25 Janus fund that you were asked to assume as a

Page 107

1    replacement; correct?

2        A    That's correct.  Hold on one second.  I'm

3    just looking at my copy of the spreadsheet that you're

4    looking at.  I just wanted to...

5            Okay.  Go ahead.  I'm sorry.

6        Q    That's okay.

7            Dr. Werner, just so I'm clear, when you

8    said you were going to look at your copy, you're

9    looking at the copy you downloaded from our Exhibit

10   Share?

11       A    That's correct.

12       Q    Okay.  If I'm understanding this

13   correctly, when you calculate damages of $942,080 as

14   of March 31 of 2020, what that really means is if

15   the plan had stopped investing in the American

16   Beacon fund as of, I'll call it, April 1st of 2020,

17   then you would have calculated losses of $942,080;

18   correct?

19       A    That's correct.

20       Q    The reason that the losses then fluctuate

21   is because the plan continued to be invested in the

22   American Beacon fund and so you can continue to run

23   the analysis?

24       A    Correct.

25       Q    Okay.  And if the plan had replaced the

Page 108

1    American Beacon fund with some other fund as of

2    June 30 of 2020, your opinion in this case would be

3    that the losses were $225,257 plus prejudgment

4    interest; correct?

5         A    Could you repeat that question?

6         Q    I'll try.

7              If the plan had replaced the American

8    Beacon fund with some other fund as of June 30 of

9    2020, then you would have calculated losses

10   associated with the failure to offer the Janus fund

11   instead of the American Beacon fund of $225,257?

12        A    Okay.  So I think where I'm getting confused

13   is that at the beginning of your statement, you don't

14   mention the Janus Henderson fund as the replacement

15   fund.  I think you just say a general replacement

16   fund?

17        Q    Correct.

18        A    So I am a little confused by the question.

19        Q    Let me ask it this way:  If -- let's stick

20   to that first quarter.

21             If on April 1 of 2020, the American Beacon

22   fund was removed from the plan, the plan would have

23   suffered losses, under your methodology, of

24   $942,080; correct?

25        A    Correct.

Page 109

1     Q    Those would be the losses associated with

2    the American Beacon fund?

3     A    Correct, relative to the Janus Henderson

4    Small Cap Value Fund.

5     Q    And if the plan had offered the XYZ fund

6    instead of the American Beacon fund as of April 1 of

7    2020, you could evaluate the performance of the

8    XYZ fund compared to the Janus fund or anything

9    else, but those would be losses associated with the

10   XYZ fund, not associated with the American Beacon

11   fund?

12    A    Could you restate your question?

13    Q    Sure.

14         Once the American Beacon fund is removed

15   from the plan, there wouldn't be any more losses

16   associated with the American Beacon after that;

17   correct?

18    A    That's correct.

19    Q    Okay.

20    A    I believe that's correct.

21    Q    Okay.  Let's go to the DFA fund, "DFA

22   Balances" tab on Exhibit 3.

23         Do you see that in front of you?

24    A    I do.

25    Q    And this works the same way as you did

```
                                           Page 110
 1    with respect to the American Beacon fund; correct?
 2         A    That's correct.
 3         Q    And these are the balances in the DFA fund
 4    quarter by quarter?
 5         A    Correct.
 6         Q    If we go -- this always messes me up
 7    because I had trouble finding all the tabs, but if
 8    you go to the "DFA Losses" tab of your worksheet.
 9         A    Okay.
10         Q    Are you there?
11         A    You're there.
12         Q    As of June 30 of 2024, you calculated
13    negative losses of $834,969; correct?
14         A    Correct.
15         Q    And similarly, as with respect to the
16    American Beacon fund, as of March 31 of 2020 at
17    least, you calculate damages of $118,517; correct?
18         A    Correct.
19         Q    And so if the plan had removed the DFA
20    fund as of April 1 of 2020, then the damages
21    associated with the DFA fund would have been
22    $118,517; correct?
23         A    As of that date, that's correct.
24         Q    If whatever was replacing the DFA fund did
25    better or worse than the Schwab fund, there would be
```

Page 111

1    damages or no damages but those wouldn't be damages

2    associated with the DFA fund; correct?

3         A    I believe that is correct.  See that seems

4    to be -- I mean, economically, I believe that's

5    correct.  Legally, I don't know.  So I don't know how

6    liability works in that type of situation.

7         Q    That's fine, the lawyers can have

8    arguments about it.  But as an economics matter,

9    what I said is correct?

10        A    I believe economically what you said is

11   correct.

12        Q    And maybe one way you could show that

13   economically is to go to the DFA balances and change

14   the numbers to reflect that the balances in the DFA

15   funds went to zero after March 31 of 2020; correct?

16        A    I believe that's correct.

17             MR. BLUMENFELD:  Why don't we close this

18   one first.  How do I stop sharing?

19             Sam, could you upload as Exhibit 4 the

20   backup materials regarding the Freedom Funds?

21             THE VIDEOGRAPHER:  I believe at the

22   bottom, counsel, it says stop sharing.

23             MR. BLUMENFELD:  That's what I would have

24   thought, too, but mine just says share.

25             THE VIDEOGRAPHER:  Or above in the green

Page 112

1   bar.

2          MR. BLUMENFELD:  Dr. Werner, Exhibit 4

3   should be there, too.

4          (Whereupon, Exhibit 4 was marked for

5   identification.)

6   BY MR. BLUMENFELD:

7       Q    I'm going to share my screen again, be

8   patient with me.  Did that work again?

9       A    Yes, I believe so.

10      Q    Okay.  These are your calculations that

11  are reflected in Exhibits 3 through 8 of your

12  report; correct?

13      A    That's correct.

14      Q    And Deposition Exhibit 4 is the actual

15  calculations, the printout is what you included in

16  the report as a PDF?

17      A    That's correct.

18      Q    Exhibit 3 shows the balances in the

19  Fidelity Freedom target-date funds; correct?

20      A    That's correct.

21      Q    Exhibit 4 shows quarterly returns for the

22  Fidelity Freedom Funds target-date funds?

23      A    That's correct.

24      Q    What is Exhibit 5?

25      A    It's a calculation of quarterly cash flow.

Page 113

1       Q    What does that mean?

2       A    So it would be the net inflows or outflows

3    within each fund adjusting for the return over that

4    period.

5       Q    This is a formula that's calculated, it's

6    not underlying data that was either provided to you

7    or collected by you?

8       A    That's correct.

9       Q    Exhibit 6 is the performance of the

10   American Funds target-date funds?

11      A    Correct.

12      Q    Okay.  This is data that was collected by

13   you; correct?

14      A    Right.  This was from Morningstar.

15      Q    Exhibit 7 reflects calculations that you

16   and your team made?

17      A    Correct.

18      Q    And Exhibit 8 is a calculation of the

19   losses that you calculate; correct?

20      A    That's correct.

21      Q    And Exhibit 8 is the difference between

22   the assets that the plan would have in the American

23   Funds as compared to the assets that the plan

24   actually had in the Fidelity Freedom target-date

25   funds?

Page 114

1        A    I believe that is correct.

2        Q    Okay.  Exhibit 3, just so I'm clear for

3    the record, this is Exhibit 3 to Exhibit 4 to your

4    deposition, is the assets in the Fidelity Freedom

5    target-date funds on a quarterly basis; correct?

6        A    Correct.

7        Q    And the methodology here is the same

8    methodology you used for the American Beacon and DFA

9    funds, it's just here you have a suite of funds, not

10   just a single fund, then you aggregated it; correct?

11       A    We're looking at Exhibit 3; right?

12       Q    Yes.

13       A    I believe that's correct.

14       Q    Before we dig in further on this,

15   Dr. Werner, I want you to assume that the Fidelity

16   Freedom Funds that were in the plan paid revenue

17   sharing and the American --

18            MR. TANG:  Objection.

19            THE WITNESS:  When you say "paid revenue

20   sharing," what do you mean?

21   BY MR. BLUMENFELD:

22       Q    Do you understand what revenue sharing is?

23       A    A sharing of revenue.  But in this context,

24   I'm not sure what you're --

25       Q    Sorry, I did not mean to cut you off.  Go

Page 115

1    ahead, Dr. Werner.

2        A    No, no, no, you're fine.

3        Q    Do you have an understanding as to what

4    revenue sharing is in the context of mutual funds?

5        A    Beyond the idea that the revenue would be

6    shared, I mean, are you talking about cash outflows?

7    I'm not quite sure what you mean.

8        Q    Okay.  That's fine.  You can say you're

9    not familiar with the concept of revenue sharing in

10   the circumstance of mutual funds, that's fine.

11       A    All right.  But that's -- I know it's okay

12   to say that.  That's not what I'm saying.  I'm trying

13   to understand what you mean by revenue sharing.

14       Q    Have you ever heard of mutual funds

15   engaging in a practice called revenue sharing?

16       A    I don't believe so.

17       Q    Okay.  Revenue sharing as I'm describing

18   it is where the mutual fund company, here Fidelity,

19   is willing to share some revenue back with the plan,

20   the Quanta plan, to cover administrative expenses

21   that the plan has to pay or to give back to plan

22   participants.

23           Do you understand what I'm saying to you

24   now?

25       A    I believe so.

Page 116

1    Q    Okay.  And so if the plan received revenue

2  sharing from the Fidelity Freedom Funds but did not

3  receive revenue sharing from the American Funds

4  target-date funds, you would have to account for

5  that in your calculations; correct?

6    A    If that were the case, yes, I would need to

7  account for that in my calculations.

8    Q    Okay.  You did not account for that in

9  your calculations; correct?

10   A    Well, I think that's why we add in the net

11 cash flow.  So the calculations from -- sorry, I'm

12 trying to -- so the calculations from Exhibit 5.

13   Q    But the calculations in Exhibit 5 are new

14 monies that people are moving in or out of the

15 investment options of the participants; correct?

16   A    Right, I have no -- but I mean as you've

17 defined revenue sharing, that sounds like that would

18 be included.

19   Q    Do you know if that's included?

20   A    I do not.

21   Q    Okay.  And if I told you that the plan

22 received 20 basis points in revenue sharing on the

23 Fidelity Freedom Funds, do you factor in 20 basis

24 points in your calculations anywhere?

25   A    I believe that's part of the return

Page 117

1    calculation.  But I could be wrong.

2         Q    Did you investigate that?

3         A    I did not.

4         Q    And if the revenue sharing wasn't included

5    in the returns but was separate money that went back

6    to the plan, you would not be accounting for it in

7    your calculations; correct?

8         A    And to the extent it's not in those cash

9    outflows or those net cash flows?

10        Q    Correct.

11        A    I believe that would be correct.

12        Q    Okay.  Dr. Werner, if the plan had decided

13   to replace the Fidelity Freedom Funds with the

14   Vanguard target-date funds on January 1 of 2017,

15   would you agree with me that there would be no

16   losses associated with the Fidelity Freedom Funds in

17   that circumstance?

18        A    So in your hypothetical, what is happening?

19        Q    The Fidelity Freedom Funds --

20        A    Right.

21        Q    -- are replaced with the Vanguard

22   target-date funds on January 1 of 2017.

23        A    Okay.  So that's your hypothetical, then

24   what?

25        Q    In that circumstance, your calculations

Page 118

1    would show no damages associated with the Fidelity

2    Freedom Funds?

3              MR. TANG:  Calls for a legal conclusion.

4              THE WITNESS:  I don't -- I don't quite

5    understand your hypothetical.  I need -- I just

6    don't understand your hypothetical.

7    BY MR. BLUMENFELD:

8         Q    Okay.  Let me try and be clear.

9              You are asked to assume and calculate

10   losses associated with the Freedom Funds compared to

11   the American Funds target-date funds; correct?

12        A    Correct.

13        Q    And your starting date for your

14   calculations was January 1 of 2017?

15        A    I believe that's correct.

16        Q    And so what I was asking you is:  If as of

17   January 1 of 2017 the Fidelity Freedom Funds were no

18   longer in the plan, because they were replaced with

19   the Vanguard target-date funds, then there wouldn't

20   be any losses associated with the Fidelity Freedom

21   Funds under your methodology?

22        A    Again, I believe it's an incomplete

23   hypothetical.  I don't understand the question.

24        Q    Let me ask the question this way:  What do

25   you calculate the losses to be as of January 1 of

Page 119

1    2017?

2        A    Let's go to -- for the income fund?  Which

3    income fund are you talking about?

4        Q    All of them.  So -- by the way,

5    Dr. Werner, can you see my screen on Exhibit 8?

6        A    Hold on.  Yes, I can.

7        Q    Okay.

8        A    I'm sorry, what was your question?

9        Q    As of January 1 of 2016, you would

10   calculate no losses associated with the Fidelity

11   Freedom Funds?

12              MR. TANG:  Objection, form.

13              THE WITNESS:  That's not actually anything

14   I've thought about.  So as of January 1st, 2016 --

15   I'm sorry, 2017?

16   BY MR. BLUMENFELD:

17       Q    Yes.

18       A    Sorry, I'm just looking at my report here.

19       Q    Sure.

20       A    I think I understand.  Can you ask your

21   hypothetical one more time -- actually, at this point

22   it's not a hypothetical.  So what is the question?

23       Q    As of January 1 of 2017, you calculate no

24   losses associated with the Fidelity Freedom Funds;

25   correct?

Page 120

1          A     I believe that's correct.

2          Q     And to be sure, we could mathematically

3     say, let's sum up the losses that you calculate in

4     each of the different vintages; right?  Because it's

5     a live spreadsheet, we can do that work?

6          A     Correct.

7          Q     So never want to do a spreadsheet

8     calculation on camera and live.

9                But if you do that as of December 31 of

10    2016 at least, you get zero; correct?

11         A     That's correct.

12         Q     Okay.  And you're comfortable with the

13    formula that I utilized to calculate that; right?

14         A     I am.

15         Q     Okay.  If the plan did not have the

16    Fidelity Freedom Funds after December 31 of 2016,

17    then there would be no losses associated with the

18    Fidelity Freedom Funds?

19         A     That's -- so you're asking me to assume that

20    there were no Fidelity Freedom Funds as of

21    January 1st, 2017?

22         Q     Right.

23         A     Under that assumption, I need to think more

24    about that, I don't -- that sounds like that there's

25    probably some legal -- that that's -- that probably

Page 121

1  has to do with the law in addition to being an

2  economic matter.

3          Another way of putting it, it's not an

4  economic matter, it's not strictly an economic

5  matter.  I think that there's probably some theory

6  of liability that I am not aware of as I sit here

7  today.

8      Q    As an economics matter, you would agree

9  that the damages would be zero?

10     A    It appears to be, yes, that's an economic --

11 that's what you calculated here, that's what your

12 zero, zero, zero -- your summation across Line 7 of

13 the spreadsheet.

14     Q    Well, let's be clear, I'm doing the same

15 methodology on Line 7 that you did to calculate the

16 total as of June 30th, 2024; correct?

17     A    That's correct.

18     Q    Okay.  And so let's copy this formula to

19 the next quarter.

20          As of March 31 of 2017, you calculate --

21 you calculate, using your methodology, that the

22 damages would have been negative $714,717.39;

23 correct?

24     A    That's correct.

25     Q    And so if after that date the Fidelity

Page 122

1    Freedom Funds were no longer in the plan, your

2    damages methodology would show negative $714,717.39?

3        A    Again, so I believe it's an incomplete

4    hypothetical.  I don't -- so you want me to assume,

5    again, that the funds are not available as of what

6    date?

7        Q    The day after the calculations, so here as

8    of April 1 of 2017.

9        A    Okay.  The Freedom Funds are not available?

10       Q    Correct.

11       A    I don't know exactly how damages would work

12   in that scenario.

13       Q    Okay.  You don't have an economics opinion

14   on the subject?

15       A    Oh, again, I don't think it's strictly a

16   question of economics.

17       Q    You're the one who came up with this

18   spreadsheet; correct?

19       A    That's correct.

20       Q    And you calculate, using your methodology,

21   that as of March 31 of 2017, the damages would be

22   negative $714,717.39?

23       A    That's correct.

24       Q    If we copy that same formula again to the

25   next quarter -- and I'll put commas in it so it's a

Page 123

1    little bit easier to see -- as of the next quarter,

2    as of June 30, 2017, the damages would be negative

3    $2,036,579.01; correct?

4        A    Under your hypothetical, and given the other

5    caveats I've said, I believe that would be correct.

6        Q    Just to be clear, this is not a

7    hypothetical, if you were asked what were the losses

8    as of March -- excuse me, June 30th, 2017, you would

9    have said negative $2,036,579.01?

10       A    Well, there is a couple of things there.  I

11   would say economically that that is true.  But in

12   your -- what you're asking me, though, is to assume

13   that this fund no longer exists or it's -- so again,

14   that is an assumption you asked me to make.

15            Again, I have not thought enough about it

16   to say that that's exactly -- from both a combined

17   legal and economic perspective, that those would be

18   damages.

19       Q    Okay.

20       A    As a simple calculation, your calculation is

21   correct.

22       Q    Okay.  And my calculation would be correct

23   as of June 30, 2017 regardless of whether the

24   Fidelity Freedom Funds remained in the plan after

25   that date; correct?  In other words --

Page 124

1    A   I don't know how to answer that.

2    Q   If you're asked to calculate what the

3  losses were to the plan as of June 30 of 2017, you

4  would give this answer, right, negative

5  $2,036,579.01?

6    A   As an economic matter, I believe that's

7  correct.

8    Q   As of -- Dr. Werner, are you checking on

9  the formula again?

10    A   Yes, I mean, I would give the same answer I

11  just gave about the previous cell we were looking at.

12    Q   If you were asked to calculate the losses

13  as of September 30th of 2017, you would say negative

14  $2,256,824.62?

15    A   Again, as an economic matter, I believe

16  that's correct.

17    Q   Okay.

18    A   I mean, your calculation is correct.

19    Q   Let's switch gears and look at Exhibit 4

20  to Exhibit 4, which is the returns on the Fidelity

21  Freedom Funds that you use in your calculations.

22    A   Okay.

23    Q   Did I describe what those numbers are

24  supposed to reflect correctly?

25    A   I'm sorry, I was switching back and forth

Page 125

1    between my spreadsheet and your spreadsheet.

2            What was your description of this?

3        Q    Exhibit 4 to Exhibit 4 is the quarterly

4    returns of the Fidelity Freedom Funds?

5        A    That's correct.

6        Q    Okay.  Do you know where these numbers

7    came from?

8        A    I believe if you look at the bottom of

9    Exhibit 4, they came from the documents cited in the

10   notes.

11       Q    These are documents you hadn't seen before

12   today; correct?

13       A    Which documents?

14       Q    The documents you cite in the notes?

15       A    That's correct.  I mean, I may have, but as

16   I sit here today, I don't recall.

17       Q    I'll show it to you if we need to, but if

18   you look in your report, Paragraph 9 --

19       A    Slow down.

20       Q    Yes.  I apologize.

21       A    I don't have all of these things in front of

22   me.

23       Q    That's fine, let's go back to your report.

24            On Paragraph 9?

25       A    Yes.

Page 126

1      Q    Do you have that in front of you?

2      A    I do.

3      Q    In Paragraph 10, you say that you obtained

4    quarterly return data for each of the Fidelity

5    Freedom TDF Vintages from the same set of documents

6    from which you obtained quarterly balances; correct?

7      A    That's correct.

8      Q    When you look at the PDF of Exhibit 4 as

9    you produced it attached to your report, the

10   returns --

11     A    I'm sorry, no.  So you want me to look at --

12   am I looking at my report right now or am I looking at

13   the spreadsheet?

14     Q    Go to your report first, please.

15     A    Okay.

16          I'm there.  I've read Paragraph 9.

17     Q    And you read Paragraph 10?

18     A    Not in its entirety.

19          Okay.  I've now read both of those

20   paragraphs.

21     Q    Now, if you go to Exhibit 4 to your

22   report.

23     A    Exhibit 4 to my report, okay.

24     Q    The actual PDF.

25     A    Right.

Page 127

1       Q    You see all of the return percentages?

2       A    I do.

3       Q    They are all to two decimal places;

4    correct?

5       A    Well, no.

6       Q    Are you looking at the Excel file or are

7    you looking at the PDF?

8       A    Oh, I'm sorry.  So now we're looking -- I'm

9    not looking at the exhibit that you're sharing with me

10   that's taking up the entire page.  You want me to look

11   at the PDF.  So basically look at my report and then

12   go to Exhibit 4 in the PDF format; is that what you're

13   asking me to do?

14      Q    That's what I said, yes.

15      A    I may argue with you -- I'm not going to

16   argue with you.  I'm not sure that's what you said,

17   but okay.  So now I'm in Exhibit 4 -- okay.  Go ahead,

18   what is the question?

19      Q    All of the percentage returns there are

20   listed to two decimal places?

21      A    That's correct.

22      Q    Okay.  Now, if you switch gears to the

23   backup.  It is Exhibit 4 to your deposition.

24      A    Okay.  Exhibit 4 to my deposition, okay.

25   I'm there.

Page 128

1      Q    The Excel file tab "Exhibit 4"?

2      A    Correct.

3      Q    That's the one that I am sharing on my

4    screen.

5      A    Right.

6      Q    You see that the returns show up as being

7    to two decimal places but when you click on them,

8    it's actually to about five or six decimal places?

9      A    That's correct.

10     Q    Do you have any idea where that

11    information came from?

12     A    The information -- again, I would refer you

13    to the notes in this exhibit.

14     Q    Okay.

15     A    Or at the bottom of this Excel page.

16     Q    Excuse me.

17          MR. BLUMENFELD:  Sam, let's mark the

18    Q42017 QIR.

19          MR. BLOCK:  I'll let you know when it's

20    up.

21          MR. BLUMENFELD:  Thank you.

22          THE WITNESS:  How much longer are we going

23    to go?  I mean if you have no idea, then I would say

24    maybe we want to take a lunch break now.

25          MR. BLUMENFELD:  Why don't we finish these

Page 129

1    questions and then we can take a lunch break.

2              THE WITNESS:  I'm starting to get

3    lightheaded.  I would really like to take the lunch

4    break now if we're going on for a while.

5              MR. BLUMENFELD:  Okay.  How much time do

6    you need, Dr. Werner?

7              THE WITNESS:  How about a half an hour?

8              (Whereupon, Exhibit 5 was marked for

9    identification.)

10             THE VIDEOGRAPHER:  Going off the record.

11   This marks the end of Media Number 4.  Going off the

12   record at 12:38 p.m. Pacific.

13             (Recess taken.)

14             THE VIDEOGRAPHER:  We're back on the

15   record at 1:13 p.m. Pacific.  This marks the        0

16   beginning of Media Number 5 in the deposition of

17   Dr. Adam Werner.

18             Please proceed, counsel.

19             MR. BLUMENFELD:  Thank you.

20        Q    Dr. Werner, you understand you're still

21   under oath?

22        A    I do.

23        Q    And you understand you have the same

24   obligation to tell the truth as if you were

25   testifying live in front of a judge or jury?

Page 130

1      A     I do.

2      Q     Did you get a chance to eat something

3  during the break?

4      A     I did.  Thank you.

5            (Discussion off the record.)

6  BY MR. BLUMENFELD:

7      Q     Dr. Werner, did you talk to anybody about

8  your testimony during the lunch break?

9      A     Did I talk to anyone about my testimony?  I

10  talked with Alexander Huang.  I talked briefly with

11  counsel.

12     Q     What was the conversation with Mr. Huang?

13     A     That I was surprised that this was going so

14  long.

15     Q     Anything else?

16     A     That was it.

17     Q     Could you go back to Paragraph 10 of your

18  report, Dr. Werner.

19     A     Okay.

20     Q     Let me know when you have that in front of

21  you.

22     A     I'm there.

23     Q     Okay.  You say in the first sentence of

24  Paragraph 10 that you "obtained the quarterly return

25  data for each of the Fidelity Freedom TDF Vintages

Page 131

1    from the same set of documents from which I obtained

2    quarterly balances."  Correct?

3         A    That's correct.

4         Q    Okay.  And you said earlier you did not

5    personally do that, but somebody on your team got

6    the returns data; correct?

7         A    That's correct.

8         Q    Okay.  Now, I think, Dr. Werner, that

9    Paragraph 10, that sentence is untrue.  I don't

10   think you got the returns data that you used in your

11   calculations from the material that were provided in

12   this case that you list as your documents

13   considered.

14            And what I was trying to get at before the

15   break was that you have too many decimal places in

16   your calculations.

17        A    Okay.

18        Q    So let's go to Exhibit 5 to your

19   deposition.

20        A    Is that something that we already -- is that

21   new or is that --

22        Q    It was introduced at the very last minute

23   before you asked for a lunch break.

24        A    Okay.  Hold on.

25            Okay.

Page 132

1    Q    Do you have that document?

2    A    I do.

3    Q    Okay.  This is the quarterly investment

4  review for the plan for the time period ending

5  December 31, 2017.

6         Do you see that?

7    A    I do.

8    Q    Okay.  If you page to Page 37 of 114 of

9  the PDF.

10   A    Page 37?

11   Q    Yes.

12   A    Okay.

13   Q    You see on here, among other things, the

14 target-date 2020 Fidelity Freedom 2020 K Fund.

15        Do you see that?

16   A    I do.

17   Q    Okay.  And the ticker symbol for that fund

18 is listed right next to that; correct?

19   A    Correct.

20   Q    What is that ticker?

21   A    If I'm reading this correctly, F as in

22 Frank, S as in Sam, N as in Nancy, O as in orange, X

23 as in xylophone.

24   Q    And if you look at the assets that are

25 listed there, it's $71,251,182; correct?

Page 133

1      A    That's correct.

2      Q    Okay.  Now, bear with me, if you go to

3  your spreadsheet.

4      A    Okay.

5      Q    Exhibit 4.

6      A    Exhibit 4.

7      Q    We're in the backup materials.

8      A    Right.

9      Q    It's Exhibit 3 within Exhibit 4.

10      A    Okay.

11      Q    Do you have that?

12      A    I do.

13      Q    Okay.  And you can look and see the same

14  2020 fund as of December 31, 2017 has assets of

15  $71,251,182; correct?

16      A    I can see that, yes.

17      Q    That matches what's in the QIR, the

18  quarterly --

19      A    I'm sorry, are we looking at the spreadsheet

20  or are we looking at the PDF of my report?

21      Q    Spreadsheet.

22      A    So, yes, there's more decimal places and I'm

23  actually -- I'm happy to issue a corrected report.

24  But obviously this -- I shouldn't say obviously

25  because I guess it's not obvious.  This data came from

Page 134

1    Morningstar, was then checked against these exhibits.

2              So that's why there's the discrepancy

3    between the number of digits in my exhibits versus

4    the number of digits in the Excel exhibits I turned

5    over.  So what was the term you used?  It wasn't

6    dishonest -- untruthful.  Untruthful.

7              It was an oversight.  I'm more than happy

8    to submit a corrected version.

9              I can tell you, though, that each one of

10   these numbers from -- that was taken from

11   Morningstar were checked against the exhibit in

12   question.  And so if that's what we've been spending

13   this time doing, I apologize that I've wasted a half

14   an hour of your time because I was somewhat

15   inarticulate.

16        Q    Well, so let's go back to Paragraph 10 in

17   the text of your report.

18        A    Yes.

19        Q    That first sentence is not correct?

20        A    I believe that that needs to be fixed, yes.

21        Q    Okay.

22        A    I defer to my counsel.  Do you want me to

23   submit an entirely new report instead of exhibits?

24        Q    That's something that you'll discuss with

25   your counsel.  All I'm doing is asking the questions

Page 135

1    based on the data and the report that you provided.

2              So Exhibit 3, which is part of your backup

3    spreadsheet --

4         A    I'm sorry, Exhibit 3 to what?

5         Q    Exhibit 3 deposition, Exhibit 4.  Let's go

6    to the live Excel spreadsheet.

7         A    Are you sharing it with us or no?

8         Q    Do you want me to share my screen again?

9         A    I don't need you to do it, I just need a

10   more accurate description of exactly what I'm supposed

11   to be looking at.

12        Q    Let's do that to make sure that it's

13   accurate.

14        A    Okay.  I have the spreadsheet in front of me

15   now.

16        Q    Okay.  The spreadsheet, which is Exhibit 4

17   to your deposition, has an Exhibit 3 tab to it; yes?

18        A    Correct, yes.

19        Q    That Exhibit 3 tab has the assets in the

20   plan in the Fidelity Freedom target-date funds;

21   correct?

22        A    It has the balances.

23        Q    The balances in the Fidelity Freedom

24   target-date funds?

25        A    Correct.

Page 136

1      Q    And the title of that is "Exhibit 3,
2   Fidelity Freedom TDFs - Quarterly Balances (in
3   Dollars)"; yes?
4      A    That's correct.
5      Q    Switching to the next tab, which is
6   Exhibit 4 to Exhibit 4, this is the backup worksheet
7   returns data.
8           This is supposed to represent the Fidelity
9   Freedom target-date funds quarterly returns each
10  quarter; correct?
11     A    Correct.
12     Q    Dr. Werner, when you said that the data in
13  Exhibit 4 was checked against the quarterly
14  investment reviews, did you do that or did somebody
15  else do that?
16     A    I did not do that.  Someone else did.  I
17  don't know how many other people did that.  My guess
18  is at least two.
19     Q    Are you sure that anybody did it?
20     A    I'm positive.  Which is -- we'll leave it at
21  that.
22     Q    Did you have something you wanted to say,
23  Dr. Werner?
24     A    I'm trying to look at the footnote here.
25  Oh, yes.  So maybe I should have highlighted this

Page 137

1    more.

2              I'm looking at Footnote 3 to my report,

3    which is Exhibit 1 to this deposition.  "The

4    differences between the Morningstar Direct quarterly

5    return data and the quarterly return data obtained

6    from Quanta's documents is de minimis.  The average

7    difference was less than a single basis point across

8    the Fidelity Freedom TDFs during the quarters where

9    both data series were available."

10             So hopefully that also gives you a little

11   more clarification about whether or not this data

12   was checked.

13        Q    Who wrote that footnote?

14        A    It was -- I believe it was written by Alex

15   Huang at my direction under my supervision.

16        Q    Let's go back to Exhibit 8 to Exhibit 4,

17   which is the spreadsheet.

18        A    Okay.

19        Q    This is the live backup spreadsheet

20   showing your work that led to the numbers that are

21   reflected in your report; correct?

22        A    I believe that's correct.

23        Q    Okay.  I want to go down to March 31 of

24   2021 and June 30 of 2021.

25             Are you following where I'm looking?

Page 138

1       A    I am.

2       Q    Okay.  And you will see that I copied the

3    same total losses formula down for these two rows;

4    correct?

5       A    That's what did you, correct.

6       Q    And you are comfortable that the formulas

7    worked the way they are supposed to and are written

8    the way --

9       A    Well, I suppose I can do it on my exhibits

10    as well if there's any doubt.

11           Okay.

12       Q    Can you confirm that my numbers are

13    correct?

14       A    Right.  You just left out all the numbers

15    that are positive.  Oh, there's one negative number

16    you haven't included, at least one.  But by all means,

17    go ahead.

18       Q    Sure.

19           As of March 31st of 2021, your damages

20    methodology yields negative damages of 4.233 --

21    excuse me.  Let me restate that.

22           As of March 31st of 2021, your damages

23    methodology yields damages of negative

24    $4,233,995.89; correct?

25       A    As an economic matter, I believe that that

Page 139

1     calculation is correct.

2          Q     Okay.  And then as of June 30th, 2021,

3     your calculation methodology yields damages of

4     negative $7,062,855.17?

5          A     As an economic calculation, that does sum --

6     represent the sum of Line 25 or I guess what's labeled

7     Row 19.

8          Q     Okay.  Meaning that as of those two dates,

9     the plan was better off in the Fidelity Freedom

10    Funds than the American Funds by $4.2 million as of

11    March 31st of 2021 and by $7 million as of

12    June 30th, 2021; correct?

13         A     No, I don't know that for sure.  I mean,

14    I've just been -- I've just done this today.  I would

15    need to think about it more with regards to the exact

16    answer to your question before I stated that

17    definitively.

18         Q     You calculate damages as of June 30 of

19    2024 of $20,139,166; correct?

20         A     That's correct.

21         Q     And you used the same formula that I used?

22         A     Let's see.  Well, I don't think that's

23    actually accurate.

24         Q     Well, the cell is P39; correct?

25         A     That's correct.

Page 140

1      Q    Okay.  And cell P39 says you sum up C37 to

2    P37?

3      A    That's correct.

4      Q    Okay.  And what I did is sum up all of the

5    cells, C to P, for different rows because it's a

6    different time period?

7      A    That's correct.

8      Q    Okay.  But otherwise, it's the same exact

9    calculation that you did?

10     A    I believe mathematically that's correct.

11          MR. BLUMENFELD:  Sam, can we do the -- I'm

12   trying to stop sharing.

13     Q    Am I still sharing my screen, Dr. Werner?

14     A    No, I don't believe so.

15          MR. BLUMENFELD:  Sam, can we do the Q12021

16   QIR?

17          THE WITNESS:  Is this Exhibit 6 or 5?

18          MR. BLUMENFELD:  This will be 6.

19          THE WITNESS:  Okay, I haven't received it

20   yet.

21          MR. BLOCK:  It's not up yet, but it's

22   uploading.

23          THE WITNESS:  That probably explains it.

24          MR. BLOCK:  It should be available now.

25          (Whereupon, Exhibit 6 was marked for

Page 141

1    identification.)

2              THE WITNESS:  Okay.  I see it now.

3              MR. BLUMENFELD:  Great.

4              THE WITNESS:  I've got it open.

5    BY MR. BLUMENFELD:

6         Q    Could you turn to Page 19 of 40?

7         A    Nineteen of 40?  The asset allocation?

8         Q    Yes.

9         A    Okay.

10        Q    Specifically look for the Fidelity Freedom

11   2020 K fund.

12        A    Okay.

13        Q    It's $75,692,121; correct?

14        A    That's what it says, yes.

15        Q    And if we go back to your worksheet, the

16   actual Excel spreadsheet which is Exhibit 4 to your

17   deposition.

18        A    Okay.

19        Q    Let me know when you're there.

20        A    Okay.  I'm there.

21        Q    Okay.  Can you go to the tab that is

22   marked Exhibit 3?

23        A    I can.

24        Q    Have you done that?

25        A    Yes, I'm there.

Page 142

1      Q   If you look at the 2020 fund as of

2  March 31 of 2021, do you see that same number in

3  your calculations, $75,692,121; correct?

4      A   Correct.

5      Q   And if I could indulge you to go back to

6  Exhibit 6.

7      A   Okay.

8      Q   Give me a second, sorry.  We can be done

9  with that exhibit.

10         MR. BLUMENFELD:  Sam, could we upload the

11  next QIR?

12         MR. BLOCK:  It should be up now.

13         (Whereupon, Exhibit 7 was marked for

14  identification.)

15  BY MR. BLUMENFELD:

16      Q   Can you turn to Page 19 of 40.

17      A   Okay.  I'm there.

18      Q   And for the Fidelity Freedom Funds, you

19  see that they are not listed; correct?

20      A   They don't appear to be.

21      Q   Dr. Werner, did you know before today that

22  the Fidelity Freedom Funds had been removed from the

23  plan between March of 2021 and June of 2021?

24      A   Are you stipulating that that happened?

25      Q   Did you know?

Page 143

1        A    I still don't know.

2        Q    I'm telling you it happened.  Did you know

3    that it happened?

4        A    Not that -- I'll take you at your word.  I

5    don't believe that I knew that.

6            MR. BLUMENFELD:  Okay.  Let's take a break

7    for about five minutes.  I might be just about done.

8            THE VIDEOGRAPHER:  Okay.  Stand by,

9    everyone.

10            MR. BLUMENFELD:  Sorry.

11            THE VIDEOGRAPHER:  Go off the record,

12    counsel?

13            MR. BLUMENFELD:  Yes, please, but then

14    stay on for just one more minute.

15            THE VIDEOGRAPHER:  Thank you.

16            This marks the end of Media Number 5.

17    Going off the record at 1:39 p.m. Pacific.

18            (Recess taken.)

19            THE VIDEOGRAPHER:  We're back on the

20    record at 1:53 p.m. Pacific.  This marks the        0

21    beginning of Media Number 6 in the deposition of

22    Dr. Adam Werner.

23            Please proceed, counsel.

24            MR. BLUMENFELD:  Thank you very much for

25    your time, Dr. Werner.  I don't have any further

                                              Page 144

1    questions.

2            THE VIDEOGRAPHER:  Is there anything else

3    from counsel or the court reporter before I conclude

4    the record?

5            THE REPORTER:  Jeremy, you have a standing

6    order.  Kolin, what do you need?

7            MR. TANG:  Let's get a rough, please.

8            THE VIDEOGRAPHER:  I'm going to conclude.

9            This concludes today's deposition of

10   Dr. Adam Werner.  Total number of media used is six.

11           Going off the record at 1:54 p.m. Pacific

12   Daylight Time.

13           (Proceedings concluded at 1:54 p.m.)

14

15

16

17

18

19

20

21

22

23

24

25

Page 145

1          I, LYNNE M. LEDANOIS, a Certified

2    Shorthand Reporter of the State of California, do

3    hereby certify:

4          That the foregoing proceedings were taken

5    before me at the time and place herein set forth;

6    that a record of the proceedings was made by me

7    using machine shorthand which was thereafter

8    transcribed under my direction; that the foregoing

9    transcript is a true record of the testimony given.

10         Further, that if the foregoing pertains to

11   the original transcript of a deposition in a Federal

12   Case, before completion of the proceedings, review

13   of the transcript [] was [x] wasn't requested.

14         I further certify I am neither financially

15   interested in the action nor a relative or employee

16   of any attorney or party to this action.

17         IN WITNESS WHEREOF, I have this date

18   subscribed my name.

19

20   Dated: September 10, 2024

21

22

23

24                    *Lynne Marie Ledanois*

                     LYNNE MARIE LEDANOIS

25                   CSR No. 6811

Page 146

1    NAME OF CASE: Mary Laliberte vs Quanta
2    DATE OF DEPOSITION: 9/9/24
3    NAME OF WITNESS: Adam Werner
4    Reason codes:
5        1. To clarify the record.
         2. To conform to the facts.
6        3. To correct transcription errors.
7    Page _____ Line _____ Reason_____
     From _____ to_____
8
9    Page _____ Line _____ Reason_____
     From _____ to_____
10
11   Page _____ Line _____ Reason_____
     From _____ to_____
12
13   Page _____ Line _____ Reason_____
     From _____ to_____
14
15   Page _____ Line _____ Reason_____
     From _____ to_____
16
17   Page _____ Line _____ Reason_____
     From _____ to_____
18
19   Page _____ Line _____ Reason_____
     From _____ to_____
20
21
22
23
24                    _____
25                    Signature of Deponent

**[& - 2021]** Page 1

| | | | |
|---|---|---|---|

**&**

**&** 3:13

**0**

**0** 6:5 35:1
129:15 143:20
**0.08** 49:20
**0.42** 49:22
**0.65** 49:23
**002559** 5:14
**005002** 5:19
**005134** 5:24
**03290** 1:7 2:7
6:22

**1**

**1** 5:3,13 6:16
9:18,19,20
21:17,22 22:12
25:22 26:25
28:20,20 30:11
30:12 31:19,25
34:22 70:2,6
76:8,8 77:3
78:12 80:3,14
91:19 93:1
94:6 98:20
105:20,21
108:21 109:6
110:20 117:14
117:22 118:14
118:17,25
119:9,23 122:8
137:3 146:5
**10** 126:3,17
130:17,24

131:9 134:16
145:20
**100** 10:9,13
**1099** 12:3
15:25
**1099s** 12:7
**10:31** 61:17
**10:41** 61:20
**112** 5:9
**114** 132:8
**118,517** 110:17
110:22
**11:41** 102:4
**11:52** 102:7
**129** 5:11
**12:38** 129:12
**140** 5:15
**142** 5:20
**17** 95:1,6 97:12
97:15 98:10
100:6 101:10
**18** 31:15
104:11,12
**1845** 3:7
**19** 95:24
104:13 139:7
141:6 142:16
**19103** 3:9,20
**1:13** 129:15
**1:39** 143:17
**1:53** 143:20
**1:54** 144:11,13
**1a** 27:12 28:3
29:4 92:9
93:11,16 94:17

**1b** 29:13,19
92:15 93:21
**1c** 29:22 92:18
94:1
**1d** 29:25 30:3,4
30:25
**1st** 22:15 26:3
107:16 119:14
120:21

**2**

**2** 5:5 31:13,18
31:24 32:15
35:2 42:2,3,5
61:16 65:2
83:18,21 84:17
85:9,12 86:7
86:12,23 87:3
87:17 88:1,13
146:5
**2,036,579.01**
123:3,9 124:5
**2,256,824.62**
124:14
**20** 5:22 95:23
116:22,23
**20,139,166**
95:13,25 96:3
139:19
**2016** 25:8
33:10,14,21
35:24 36:25
69:24 76:17
119:9,14
120:10,16

**2017** 5:13
33:23 36:1
117:14,22
118:14,17
119:1,15,23
120:21 121:20
122:8,21 123:2
123:8,23 124:3
124:13 132:5
133:14
**2018** 33:25
36:3
**2019** 5:7 34:2
36:5 72:3
73:14 74:3
75:6
**2020** 34:4 36:7
72:3 73:14
74:3 75:6
98:21 105:20
105:21 106:7
107:14,16
108:2,9,21
109:7 110:16
110:20 111:15
132:14,14
133:14 141:11
142:1
**2021** 5:18,23
34:6 36:9
137:24,24
138:19,22
139:2,11,12
142:2,23,23

**[2022 - 75,692,121]**

**2022** 34:8
36:11,14,17
**2023** 34:10
36:19
**2024** 1:16 2:16
5:8 6:1,6 22:15
23:5 26:3 30:7
30:7,13,17
31:3 34:12
36:19,25 95:14
97:9 100:3
110:12 121:16
139:19 145:20
**21** 5:3
**2222** 3:19
**225,257** 106:15
108:3,11
**23** 69:11,12
**24** 45:2 46:4
**25** 42:17 43:9
44:13 95:24
139:6
**26th** 25:8 76:17
**29** 51:21 52:1
52:10,15,23
53:8
**2q** 5:8
**2q2016** 69:16

**3**

**3** 5:6 42:2
52:10 61:21
70:1,2,4,6
88:24 89:2,21
90:7,21 94:22
96:24 98:22

99:2,2 102:3
103:8 105:9
106:3 109:22
112:11,18
114:2,3,11
133:9 135:2,4
135:5,17,19
136:1 137:2
141:22 146:6
**3,147,203** 97:8
97:13,17 98:16
99:14 100:2,10
100:16 103:19
**30** 30:7 31:3
95:14 100:3
108:2,8 110:12
123:2,23 124:3
137:24 139:18
**30th** 30:13,17
97:9 106:22
121:16 123:8
124:13 139:2
139:12
**31** 5:13,17
106:7 107:14
110:16 111:15
120:9,16
121:20 122:21
132:5 133:14
137:23 142:2
**31st** 138:19,22
139:11
**37** 132:8,10

**4**

**4** 5:9 54:12
65:1 81:11,16
81:21 82:7
90:24 91:3,7
102:8 111:19
112:2,4,14,21
114:3 124:19
124:20 125:3,3
125:9 126:8,21
126:23 127:12
127:17,23,24
128:1 129:11
133:5,6,9
135:5,16 136:6
136:6,13
137:16 141:16
**4,233,995.89**
138:24
**4.2** 139:10
**4.233** 138:20
**40** 141:6,7
142:16
**401** 5:16,21
19:17,19,25
20:1 25:6
76:14
**41** 48:18,21
50:3,6,13,16
**42** 5:5 49:22
**47** 65:4,5,6
69:1,8
**4:22** 1:7 2:7
6:22

**4q** 5:7
**4q2016** 27:16

**5**

**5** 5:11 112:24
116:12,13
129:8,16
131:18 140:17
143:16
**5,000** 14:6,8,12
**50** 8:12 14:4,8
86:3 88:16
**500** 14:5,8

**6**

**6** 5:15 113:9
140:17,18,25
142:6 143:21
**65** 49:23
**6811** 1:24 2:18
145:25
**6866036** 1:25
**6954** 145:24

**7**

**7** 5:20 113:15
121:12,15
139:11 142:13
**7,062,855.17**
139:4
**71,251,182**
132:25 133:15
**714,717.39**
121:22 122:2
122:22
**75,692,121**
141:13 142:3

| 8 | | | |
|---|---|---|---|
| **8**  4:4 49:19 88:25 89:22 96:24 112:11 113:18,21 119:5 137:16 | **above**  76:10 111:25 | 46:6,23 52:17 53:13,18,25 54:9,14 | **aggregated** 114:10 |
| **8/1/24**  5:4 | **account**  20:17 20:22 21:1 97:12 100:5 101:10 116:4,7 116:8 | **actual**  89:25 96:19 112:14 126:24 141:16 | **ago**  8:3 9:16,24 9:24,25 10:4,5 16:19 20:14 |
| **806**  3:8 | **accounted** 100:11 | **actually**  18:22 18:23 81:12 90:13 94:10 96:7 99:21 100:3,17 113:24 119:13 119:21 128:8 133:23 139:23 | **agree**  6:14 46:14,16,16 100:14 117:15 121:8 |
| **834,969**  101:4,8 110:13 | **accounting** 117:6 | | **ahb**  1:7 2:7 6:22 |
| **88.8**  54:14 | **accuracy**  10:9 | | **ahead**  10:19,20 11:13 61:10 78:25 107:5 115:1 127:17 138:17 |

**accurate**  12:8 25:2 37:20 45:1 63:16 135:10,13 139:23

| 9 | | | |
|---|---|---|---|
| **9**  1:16 2:16 6:1 125:18,24 126:16 | **action**  7:5 8:6 145:15,16 | **adam**  1:15 2:14 5:3 6:17 7:23 35:3 61:22 102:9 129:17 143:22 144:10 146:3 | **al**  1:4,7 2:4,7 6:19,20 |
| **9/9/24**  146:2 | **actions**  79:9 | | **alex**  16:7,10,14 16:17,25 17:9 17:19,20,22 18:3,11,17,25 105:6 137:14 |
| **94**  5:6 | **active**  40:13 42:23 43:8,11 44:14,21 45:22 45:25 46:2 49:9,21 52:2 52:12,16,18 53:12,17,25 54:8,13 55:4 55:25 56:12 57:2,18 58:15 58:23 60:3 62:21 64:4,10 65:12 | **add**  95:17 116:10 | |
| **942,080**  106:8 106:12 107:13 107:17 108:24 | | **added**  65:2 | **alexander**  16:3 90:12 105:6 130:10 |
| **9:02**  2:16 6:2,5 | | **addition**  121:1 | **allegations** 50:3 |
| **9:40**  34:23 | | **adjusting**  113:3 | **alleges**  52:11 |
| **9:47**  35:1 | | **administrative** 115:20 | **alleging**  50:7 |
| **9th**  6:6 | | **affect**  57:5,13 63:19,20 | **allocation** 141:7 |

| a | | | |
|---|---|---|---|
| **a.m.**  2:16 6:2,5 34:23 35:1 61:17,20 102:4 102:7 | | **affected**  54:25 | **allocations** 45:5 46:8 |
| **ability**  61:8 | **actively**  40:19 40:22,25 45:3 | **affects**  60:19 | |
| **able**  37:20 41:14 44:25 75:3 | | **affiliations** 7:11 | |
| | | **aggregate** 95:13 | |

**[allowed - asked]**                                    Page 4

| | | | |
|---|---|---|---|
| **allowed** 61:4 | 64:3,9 65:10 | 73:8,16,19,21 | **apply** 25:3 |
| **alternative** | 65:15,17,24 | 74:6,11,14 | 76:12 78:13 |
| 64:14 99:22 | 66:4,8,19,25 | 75:9 78:24 | 80:3,15 |
| **american** 28:25 | 68:3 91:23 | 80:10 81:14,17 | **appreciate** |
| 29:7,15 36:24 | 107:23 | 85:24 87:10 | 13:13 |
| 37:12,14,24 | **analyze** 33:8,11 | 88:20 94:14 | **appropriate** |
| 39:7,10,14,17 | 33:12,15,16 | 97:20 124:1,4 | 33:9,14,20 |
| 39:20 40:21 | 35:21 36:15 | 124:10 139:16 | 35:23 36:16,25 |
| 65:7 67:9 | 37:2,8,13 38:1 | **answered** | 72:3 73:13 |
| 71:16,20 72:1 | 38:10 46:19,20 | 74:18 | 74:2 75:5 |
| 73:12 74:1 | 46:21 50:2 | **answering** 59:4 | **approximate** |
| 75:3 93:13,19 | 52:23 59:22 | 86:8 91:9 | 22:21 23:4 |
| 93:23 95:8,9 | 71:19 72:1 | **answers** 10:7 | **approximately** |
| 96:6 97:3,8 | 73:12 75:13,21 | 14:10 17:5 | 8:11 21:3 99:2 |
| 98:12,19 99:21 | 76:18 77:17 | 25:14 63:16 | **approximation** |
| 101:15 103:18 | **analyzed** 43:24 | 88:22 | 12:10,20 |
| 105:11,18 | 45:14 56:17 | **anybody** 12:24 | **april** 107:16 |
| 106:3,12,18,24 | 64:1 69:21 | 15:16,23 16:5 | 108:21 109:6 |
| 107:15,22 | **analyzing** | 17:14 18:2 | 110:20 122:8 |
| 108:1,7,11,21 | 33:19 48:17 | 79:13 130:7 | **argue** 89:23 |
| 109:2,6,10,14 | 49:15 53:6 | 136:19 | 127:15,16 |
| 109:16 110:1 | 63:8,10,12,25 | **anyone's** 85:25 | **arguments** |
| 110:16 113:10 | **annualized** | **anyplace** 81:25 | 111:8 |
| 113:22 114:8 | 69:15,18 | **apologize** 11:21 | **aside** 18:3 20:5 |
| 114:17 116:3 | **answer** 10:1 | 101:16 125:20 | 23:14,24 53:1 |
| 118:11 139:10 | 12:5,8 13:11 | 134:13 | 62:16 63:1 |
| **amount** 95:13 | 14:18 17:6 | **appear** 142:20 | 67:4,13 68:11 |
| **analyses** 48:3 | 19:23 21:2 | **appearance** 7:8 | 68:16,21 71:9 |
| **analysis** 5:15 | 25:2 32:5,12 | **appearances** | 81:6,16 92:25 |
| 5:20 36:23 | 37:20 44:7,10 | 3:1 7:10 | 94:7 |
| 47:5,6,7,9,13 | 45:1,8,18 48:6 | **appears** 22:14 | **asked** 17:3,4 |
| 47:14,15,18,19 | 48:9 55:19 | 102:14 103:9 | 19:14 25:3,9 |
| 48:11,14,17 | 59:8,24 61:3,5 | 121:10 | 25:12,16 26:20 |
| 49:3 52:7 | 61:7 62:18 | **applied** 78:20 | 28:13,19 29:5 |
| 56:11 60:14,16 | 63:3,5 68:9 | 79:19 | 30:5,18,25 |

31:6 32:10
47:25 60:12
70:21 71:22,24
72:4 73:1,6
74:18 75:16,24
76:2,5,9,21,23
76:25 77:7,9
77:21,22 78:13
80:3,15 86:1
88:16 93:17,22
94:2 98:4,21
99:23 100:1,15
101:7 106:25
118:9 123:7,14
124:2,12
131:23

**asking**  13:14,15
17:6 27:10
30:22 33:15,17
35:17 44:9
48:1,9 50:15
55:21 58:11,21
59:10,13,15,17
59:19 60:25
63:6 72:10
73:23 75:8
76:23,24 79:1
86:7 118:16
120:19 123:12
127:13 134:25

**assess**  29:10,18
31:9

**asset**  54:14
141:7

**assets**  52:18
55:4,25 113:22
113:23 114:4
132:24 133:14
135:19

**assigned**  77:6

**assignment**
76:6 77:2,4

**assisted**  18:7

**assisting**  17:9

**associated**
10:17 13:16,25
14:4,5,22
15:23 19:12
66:14 67:15
68:12 108:10
109:1,9,10,16
110:21 111:2
117:16 118:1
118:10,20
119:10,24
120:17

**assume**  25:16
29:5 30:5 31:1
67:18 92:25
93:17,22 94:2
98:21 99:23
100:1,15 101:7
106:25 114:15
118:9 120:19
122:4 123:12

**assumed**  94:8
94:16

**assuming**  95:6
98:11 105:18

**assumption**
26:16 27:12
29:3 30:22,25
31:5,10 98:4,7
106:20 120:23
123:14

**assumptions**
24:24 25:11,13
25:16,23,24
26:20,24 27:4
27:10 28:2,8
28:10 29:14,19
32:10 82:6,7
86:24 91:18,21
92:8,11,14,17
92:21 98:8

**attached**  126:9

**attorney**  3:6
7:12 145:16

**attorneys**  3:18
24:12

**attributable**
25:6 76:15

**audio**  6:13

**august**  22:15
26:3

**available**  20:12
30:14,18 122:5
122:9 137:9
140:24

**average**  71:13
137:6

**aware**  14:25
15:9 16:2
23:14 24:6,8

43:3 121:6

**awhile**  79:16

**b**

**b**  5:1 25:23
28:3 91:19,22
93:1 94:17

**back**  13:3 17:2
34:25 35:7
37:22 41:11,20
41:23 54:4
60:13 61:19
62:1 76:6,8
91:18 101:15
102:6,25 105:9
106:2 115:19
115:21 117:5
124:25 125:23
129:14 130:17
134:16 137:16
141:15 142:5
143:19

**backup**  5:10
89:8 90:2
96:16 103:7
105:10 106:3
111:20 127:23
133:7 135:2
136:6 137:19

**balance**  21:4
105:13

**balances**  5:7
103:22 109:22
110:3 111:13
111:14 112:18
126:6 131:2

135:22,23
136:2
**bar** 112:1
**based** 30:17
63:7 89:13
92:11 135:1
**basically** 39:4
127:11
**basis** 49:19,22
49:23 114:5
116:22,23
137:7
**beach** 2:15
**beacon** 29:15
71:16,20 72:2
73:12 74:1
75:4 93:23
94:21 95:9
96:6,15 97:3,9
98:12,20 99:21
100:24 101:15
103:8,12,18,22
105:11,14,19
106:4,4,12,18
106:24 107:16
107:22 108:1,8
108:11,21
109:2,6,10,14
109:16 110:1
110:16 114:8
**bear** 133:2
**bearing** 57:4
**beginning** 7:11
35:2 43:15
61:21 84:25

86:9 102:8
108:13 129:16
143:21
**behalf** 7:16,18
7:19,21
**behoove** 14:11
**belief** 85:3,21
**believe** 9:18
11:3 12:11
13:11 15:4,9
16:6,18 17:15
17:19 18:18
19:5,10 20:6
20:10 23:8,10
23:13 24:10
25:14,14 26:1
26:16 31:8,14
32:17,19 33:7
35:25 36:2,4,6
36:8,10,18,21
37:1,11 38:12
38:15,18,21,24
39:1,9,12,15,18
39:21,24 40:2
40:5,8,11 43:5
43:23 45:8,24
46:1 47:24
49:7,16 50:4
51:20 56:10
64:25 65:9
66:7,12,18,23
67:3 69:3 70:1
71:7,14,17
72:19,23 74:6
77:11,16,24

78:8 81:9,22
82:23 84:5,17
85:8 86:10,11
86:16,17,19,20
86:22 87:1,2
88:10,12 89:10
89:23 90:11
92:13,16,19,24
94:12,18 96:8
98:9,18,23,23
99:1 100:12
101:12 104:6
105:16,21,24
109:20 111:3,4
111:10,16,21
112:9 114:1,13
115:16,25
116:25 117:11
118:15,22
120:1 122:3
123:5 124:6,15
125:8 134:20
137:14,22
138:25 140:10
140:14 143:5
**benefit** 99:16
99:20
**best** 9:10,15
45:24 46:2
56:24 61:2,7
79:16 85:3,20
**better** 22:23
57:3,8,18,22,24
58:4,16,17,21
58:22 60:4

99:20 103:17
106:11,19,23
110:25 139:9
**beyond** 30:17
31:8 73:15
115:5
**bit** 57:16 97:7
101:17 123:1
**block** 3:15 7:17
41:9 42:3
128:19 140:21
140:24 142:12
**blue** 100:24
**blumenfeld**
3:14 4:4 7:14
7:15 8:1,3
10:23 11:14,25
13:2,8 15:2
21:20 24:18
28:1,16 34:17
35:5 36:22
41:3,10,13
42:9 54:3,7
57:23 59:13,19
61:24 72:12
73:3 74:7,15
74:22 82:17
92:6 93:10
94:20,24
102:11,16,21
102:24 111:17
111:23 112:2,6
114:21 118:7
119:16 128:17
128:21,25

[blumenfeld - cell]

129:5,19 130:6
140:11,15,18
141:3,5 142:10
142:15 143:6
143:10,13,24
**bockius** 3:13
**bonds** 45:5
46:8
**bottom** 111:22
125:8 128:15
**brain** 56:19
**brandon** 3:24
6:25 102:17
**break** 8:20
23:12 34:16
35:17 42:4
61:11,12 64:25
101:19,22
128:24 129:1,4
130:3,8 131:15
131:23 143:6
**breaks** 101:17
**briefly** 18:7
130:10
**broad** 60:15
68:2
**bunch** 103:23

**c**

**c** 25:23 28:3
91:19,22 93:1
94:17 140:5
**c37** 140:1
**cal** 21:13
**calculate** 66:13
67:22,25 70:10

70:17 79:6
80:6 89:19
95:19 96:2,7
97:7 99:11
101:2 107:13
110:17 113:19
118:9,25
119:10,23
120:3,13
121:15,20,21
122:20 124:2
124:12 139:18
**calculated**
105:17 106:7
107:17 108:9
110:12 113:5
121:11
**calculates**
89:13
**calculating**
66:20 67:2
68:1,4,7
**calculation**
30:17,19 67:5
67:15,18,19,20
68:12,17,22
82:10,21 95:22
97:25 112:25
113:18 117:1
120:8 123:20
123:20,22
124:18 139:1,3
139:5 140:9
**calculations**
17:12 30:6

31:2 83:2,7
96:25 97:18
103:16 112:10
112:15 113:15
116:5,7,9,11,12
116:13,24
117:7,25
118:14 122:7
124:21 131:11
131:16 142:3
**calendar** 23:5
**california** 2:15
145:2
**call** 26:19 68:1
82:13 107:16
**called** 27:14
85:4 115:15
**calls** 62:20,22
64:4,6,10
65:12 118:3
**calpers** 19:24
20:1,5,7,12,18
20:22 21:1,4
**camera** 6:10
120:8
**campbell** 3:25
7:19
**candor** 86:13
86:14,20
**cap** 29:15,16
71:16,20 72:2
73:12 74:1
75:4,11,15,19
75:23 76:20
77:14,19 93:24

94:3,5 95:10
95:12 98:13
109:4
**capacity** 12:25
13:7 15:24
**captioned**
76:10
**card** 22:9
**carolyn** 3:25
7:19
**case** 1:6 2:6
6:22 9:11,13
15:18,21 22:10
22:13,19 23:2
23:7,21,24
24:7,10 32:23
42:12 43:2
46:13 60:20
71:1,8,9 74:25
76:22 79:25
80:25 86:17
108:2 116:6
131:12 145:12
146:1
**cases** 9:7 79:14
79:19,21,23
81:3,5
**cash** 45:5 46:8
112:25 115:6
116:11 117:8,9
**caution** 24:13
**caveats** 123:5
**cell** 124:11
139:24 140:1

cells   140:5
certain   24:24
  32:10 59:23
certainly   22:1
  34:18
certified   2:17
  2:18 145:1
certify   145:3,14
chance   51:24
  130:2
change   42:4
  90:2,3,4,5
  91:24 92:21,23
  99:25 100:15
  101:6 105:13
  105:14,18
  111:13
changed   92:12
  93:9
changes   45:4
  46:7 93:1 94:7
  94:16 97:12
changing   93:12
characteristics
  37:4
charge   90:12
charged   49:9
charges   49:19
chart   50:5,13
  50:16,19 65:15
charts   69:13
checked   134:1
  134:11 136:13
  137:12

checking   124:8
choice   83:14
choices   20:12
chose   82:9
circumstance
  80:7 115:10
  117:17,25
cite   125:14
cited   125:9
claimed   91:23
clarification
  42:1 70:3
  82:11 137:11
clarify   8:25
  146:5
class   8:5 25:7
  49:18,20 76:15
  79:9
clear   14:17
  53:16 74:16
  80:2 88:23
  99:5 107:7
  114:2 118:8
  121:14 123:6
clearer   33:17
click   128:7
close   41:12
  111:17
codes   146:4
colleagues
  24:15
collected   113:7
  113:12
column   50:22
  50:25 51:3,6,9

  51:12,16
combined
  123:16
comes   8:18
  60:4
comfortable
  120:12 138:6
commas   122:25
commencing
  2:15
common   25:4
  71:11 76:12
  78:13,17,20
  79:2,3,8 80:3,4
  80:6,11,15
  85:13 87:6,8
  87:11
communicati...
  24:14
company   52:3
  115:18
compare   62:21
  67:21
compared
  68:13 90:21
  103:19 106:11
  109:8 113:23
  118:10
comparing
  56:11 64:9
  65:11,18,24
  66:4,9,20,25
  67:6 68:18,22
  70:11,17

comparison
  50:20 62:12
  90:20
compensation
  84:1
competently
  85:5
complaining
  43:21 45:11,22
  51:19
complaint   5:5
  41:4,18,25
  42:10,14,18
  43:2,13,15
  44:1,2,5,13,18
  44:24 45:3,11
  45:16,20 46:4
  48:19 50:7
  51:22 52:11
  59:12,14,18
  62:20,22 64:4
  64:6,10,13,19
  64:22 65:1,12
  69:2 104:17
completed   77:2
completion
  145:12
complied   84:2
complies   86:17
components
  58:1,20
concept   115:9
concerned
  84:16

**[conclude - correct]**

**conclude**  28:23  144:3,8
**concluded**  144:13
**concludes**  144:9
**conclusion**  103:17 118:3
**conclusions**  92:10,22
**conducted**  6:8  6:23
**confirm**  84:1  138:12
**conform**  146:5
**confused**  27:5  37:16 108:12  108:18
**confusion**  11:19
**connection**  8:5  15:16 22:19  32:22 46:13  71:4,18 86:24  89:8
**connections**  6:10
**consider**  12:4  12:21 14:21  32:2,6,9,21  33:19 47:19,20  53:11 71:3,9  71:12 72:17  73:4,11 74:17  74:20,23 75:2

85:23
**considerably**  48:24
**consideration**  58:7
**considered**  31:20,24 32:16  42:11 47:8,19  131:13
**considers**  71:13
**consultant**  78:1  78:7
**contained**  50:2  67:4,14 77:10  81:21 91:7  92:9
**context**  38:9,10  38:12 60:8,14  87:14 114:23  115:4
**continue**  6:13  35:19 107:22
**continued**  107:21
**continues**  104:13
**contribute**  21:8
**contributing**  21:11
**contribution**  20:9
**controversial**  84:23
**conversation**  48:13 130:12

**coordinating**  16:20
**copied**  138:2
**copy**  21:16,25  22:2,6,12  24:19 41:14  89:4 100:22  107:3,8,9  121:18 122:24
**correct**  9:12  10:14,15 14:1  15:1 16:16,23  17:25 21:7,23  22:12,17 25:25  26:1,12,22  27:4,4,6,6,9,20  27:20 28:5,7  28:11 29:8,9  29:16,17 30:8  31:3,8,21,22,25  32:1,4,20,24,25  33:3 41:25  42:12,13,16  43:10 44:14,15  46:9,10,22,22  47:23 50:8  51:5,8,11,14,20  52:4,5,9,14,20  58:16 61:9  65:9,21 66:1,2  66:6,7,11,12,18  66:22,23 67:3  69:2,5,22 70:2  70:7 71:1,16  71:17,25 72:13

72:19 75:11,12  75:19,20 77:11  77:15,16,24  78:15 80:1,9  80:16,17,25  81:1,7 82:18  82:23 83:7,12  83:17 84:4  85:2,9,20  86:15,19 87:1  89:5,6,10,14,17  89:22,24 90:5  90:6 91:8,8,13  91:22,24 92:4  92:4,10,12,13  92:16,19,23,24  93:13,19,20,25  94:6,9,12,18  95:14,15 96:1  96:4,5,7,8,21  97:1,4,9,10,13  98:8,14,18,22  98:24 99:8,12  99:13 100:4,12  100:18 101:4,5  101:9 103:8,9  103:20,21,25  104:1,6,22,24  105:2,15,16,22  105:24,25  106:1,8,9,13,15  106:16 107:1,2  107:11,18,19  107:24 108:4  108:17,24,25

[correct - dates]                                        Page 10

109:3,17,18,20
110:1,2,5,13,14
110:17,18,22
110:23 111:2,3
111:5,9,11,15
111:16 112:12
112:13,17,19
112:20,23
113:8,11,13,17
113:19,20
114:1,5,6,10,13
116:5,9,15
117:7,10,11
118:11,12,15
119:25 120:1,6
120:10,11
121:16,17,23
121:24 122:10
122:18,19,23
123:3,5,21,22
123:25 124:7
124:16,18
125:5,12,15
126:6,7 127:4
127:21 128:2,9
131:2,3,6,7
132:18,19,25
133:1,15
134:19 135:18
135:21,25
136:4,10,11
137:21,22
138:4,5,13,24
139:1,12,19,20
139:24,25

140:3,7,10
141:13 142:3,4
142:19 146:6
**corrected**
133:23 134:8
**correctly**  31:4
43:18 52:21
84:3 97:6
107:13 124:24
132:21
**cost**  50:19 58:2
58:5,18 60:5
**costly**  42:22,23
**counsel**  3:3,12
3:25 6:18 7:9
30:19 31:6
35:4 61:23
76:10 82:22,24
83:12,15
102:10 111:22
129:18 130:11
134:22,25
143:12,23
144:3
**couple**  8:3 41:6
123:10
**course**  8:19
11:20 25:21
57:1
**court**  1:1 2:1
2:18 6:21 7:2
11:16 27:7
30:19 83:24
84:8,15,19
86:13 87:18,20

92:4,7,8 144:3
**cover**  115:20
**covered**  56:3
**csr**  145:25
**curious**  42:8
**cut**  9:2 114:25
**cuts**  9:3
**cv**  1:7 2:7 6:22

**d**

**d**  4:1 5:1 12:1
25:24 28:3
**damage**  78:17
99:15
**damages**  9:14
25:4 66:14,20
67:2,6,15
68:12,17,22
70:10,17 74:24
76:12 78:13,19
79:2,6,7,12
80:4,7,15 90:4
97:21,22,24
99:11 101:3
106:22 107:13
110:17,20
111:1,1,1
118:1 121:9,22
122:2,11,21
123:2,18
138:19,20,22
138:23 139:3
139:18
**damiano**  15:4,6
**data**  16:8 17:19
17:22 30:14,18

31:8 105:1,3,4
113:6,12 126:4
130:25 131:6
131:10 133:25
135:1 136:7,12
137:5,5,9,11
**date**  28:24,25
30:5 31:1
36:14,24 37:18
39:23 40:1,7
40:10,25 42:21
43:4,6,7,21,23
45:10 64:11,14
65:7,13,19,20
65:21 66:1,5
66:10,16,17,22
67:1,7,17
68:14,23 70:13
70:13,20 77:11
93:12,19
106:10 110:23
112:19,22
113:10,24
114:5 116:4
117:14,22
118:11,13,19
121:25 122:6
123:25 132:14
135:20,24
136:9 145:17
146:2
**dated**  145:20
**dates**  37:18
139:8

[day - document]                                                    Page 11

| | | | |
|---|---|---|---|
| **day** 24:9 27:14 122:7 | **defines** 44:6 | 144:9 145:11 146:2 | 111:2,13,14 114:8 |
| **daylight** 6:5 144:12 | **definitely** 14:8 14:8 | **depositions** 86:3 88:16 | **difference** 40:13 67:22 113:21 137:7 |
| **de** 137:6 | **definition** 33:16 46:24 | **derived** 91:21 | **differences** 137:4 |
| **dealt** 17:20 | 47:6,7,18 | **describe** 29:14 | **different** 43:3,6 |
| **decastro** 3:17 7:18 | 48:13 55:18 58:21,22 60:15 | 84:18 89:19 93:11 124:23 | 43:7 44:22 57:16 97:23,25 |
| **december** 5:13 120:9,16 132:5 133:14 | 63:15,15 68:2 77:24 84:13 87:11 | **described** 26:24 43:8 44:1,3 88:13 | 120:4 140:5,6 **differently** 37:7 |
| **decide** 27:7 | **definitively** 139:17 | **describes** 44:13 | **difficult** 48:9 |
| **decided** 56:16 82:19 83:11 117:12 | **depends** 6:9 38:9 | **describing** 115:17 | **dig** 114:14 **digits** 134:3,4 |
| **decimal** 127:3 127:20 128:7,8 131:15 133:22 | **deponent** 146:25 | **description** 5:2 125:2 135:10 | **direct** 105:1 137:4 |
| **declaration** 86:9 | **deposed** 8:9 9:6 10:7 | **detail** 97:7 | **direction** 83:3 137:15 145:8 |
| **declare** 85:1,18 | **deposition** 1:14 2:14 5:2 6:7,17 | **determine** 28:14 | **directly** 17:20 |
| **defendant** 76:12 | 6:23 9:20 17:2 28:21 30:12 | **determined** 82:15 | **disagree** 46:15 46:16 |
| **defendants** 1:9 2:9 3:12 6:18 7:16,18 8:5 24:6,20 | 31:19,25 35:2 48:16,17 55:20 56:23 57:1 59:4 60:21 | **developed** 81:10,18 82:5 **developing** 81:22 | **discrepancy** 134:2 **discuss** 134:24 **discussion** 130:5 |
| **defer** 74:5 80:10 134:22 | 61:21 70:3,6 76:9 102:8 | **dfa** 5:6 75:19 75:23 76:20 94:2,5,21 | **dishonest** 134:6 **distributes** 39:5 |
| **define** 33:15 38:7,8 58:17 87:10,12,13 | 105:10 106:2 112:14 114:4 127:23,24 | 95:11 96:6 97:3 100:20 101:3 103:8 | **district** 1:1,2 2:1,2 6:21,21 |
| **defined** 20:8 47:14 48:17 116:17 | 129:16 131:19 135:5,17 137:3 141:17 143:21 | 105:11,25 106:4 109:21 109:21 110:3,8 110:19,21,24 | **doctor** 24:17 **document** 5:11 41:22 132:1 |

**[documents - evaluate]**    Page 12

**documents**
22:7 31:19
32:15 42:10
90:22 104:15
104:21 125:9
125:11,13,14
126:5 131:1,12
137:6
**doing** 41:16
72:17 85:18
94:25 99:3
121:14 134:13
134:25
**dollar** 95:19
**dollars** 98:22
100:2,16 136:3
**doubt** 14:7
138:10
**download**
17:22 41:14
96:10
**downloaded**
17:19 41:7
107:9
**dr** 5:3 6:17
7:21 8:2 11:13
11:15,17 21:14
24:19 32:20
34:19 35:3,6
41:5 43:19
45:9 48:5 56:3
59:7 60:1 61:4
61:13,22,25
62:11 64:2,25
65:23 68:6

70:4,23 78:24
82:18 94:25
99:5 100:23
101:16 102:9
102:22 107:7
112:2 114:15
115:1 117:12
119:5 124:8
129:6,17,20
130:7,18 131:8
136:12,23
140:13 142:21
143:22,25
144:10
**draft** 17:11
18:9,16 19:1,2
**drafted** 18:13
**drill** 8:13
**duly** 7:24
**duty** 83:23,24
84:2,7,9,11,13
84:14,15 85:6
85:8,8,14,22,24
86:11,13,17,20
86:22,23 87:2
87:3,17,25
88:1,12,14,17
**dylan** 18:5

**e**

**e** 4:1,1 5:1,1
12:1
**earlier** 56:4
131:4
**early** 101:17

**easier** 22:2
41:17 123:1
**eat** 130:2
**economic** 98:3
100:8,18 121:2
121:4,4,10
123:17 124:6
124:15 138:25
139:5
**economically**
103:21 111:4
111:10,13
123:11
**economics**
100:13 111:8
121:8 122:13
122:16
**either** 14:17
15:25 23:4
83:14,14
101:11 105:6
113:6
**else's** 32:11
**email** 18:18,24
**employed** 12:1
12:2,13,22
**employee** 15:25
145:15
**employees**
12:18
**employment**
12:4
**encompasses**
10:8

**engaged** 83:25
**engaging**
115:15
**engelman** 3:16
7:17
**entire** 63:18
127:10
**entirely** 56:4
134:23
**entirety** 126:18
**entitled** 50:23
59:24 100:20
103:12
**epic** 5:11
**equity** 77:14,19
94:4 95:12
**erisa** 8:5 9:7
10:17 11:7,10
78:1,4,7,10
79:8
**errors** 146:6
**especially** 9:1
**estimate** 13:22
22:23 24:23
25:4,9 76:13
**et** 1:4,7 2:4,7
6:19,20
**evaluate** 28:4,9
39:7,10,13,16
39:19,22,25
40:3,6,9,18,21
40:24 43:11
53:2,17 55:9
55:12 58:7,25
60:3,14,15

109:7
**evaluated**
58:23
**evaluating** 53:5
53:5,12 55:16
56:17,20
**evaluation**
53:21
**everybody**
11:22
**exact** 139:15
140:8
**exactly** 28:19
93:2,3 94:9
122:11 123:16
135:10
**examination**
4:3 7:25
**excel** 5:6,9
89:15,18 94:21
127:6 128:1,15
134:4 135:6
141:16
**exchanged**
18:17
**excluding**
95:15,17 96:1
97:10
**excuse** 29:12
86:21 123:8
128:16 138:21
**exercise** 81:23
**exercised** 81:9
**exhibit** 5:3,5,6
5:9,11,15,20

9:18,19,20
21:17,22 22:3
22:12 28:20
30:12 31:13,18
31:19,24,25
32:15 42:5
65:1,2 70:1,2,2
70:4,6,6 76:8
89:2 90:7,21
90:24 91:3,7
94:22 103:8
105:9 106:3
107:9 109:22
111:19 112:2,4
112:14,18,21
112:24 113:9
113:15,18,21
114:2,3,3,11
116:12,13
119:5 124:19
124:20 125:3,3
125:9 126:8,21
126:23 127:9
127:12,17,23
127:24 128:1
128:13 129:8
131:18 133:5,6
133:9,9 134:11
135:2,4,5,5,16
135:17,19
136:1,6,6,13
137:3,16,16
140:17,25
141:16,22
142:6,9,13

**exhibits** 17:13
21:15 42:2
88:24 89:21
96:24 112:11
134:1,3,4,23
138:9
**exists** 123:13
**expecting**
14:19
**expense** 48:24
49:21 51:3
**expenses**
115:20
**expert** 5:3
11:17 13:9,11
13:18,25 14:4
14:5,22 15:6
15:10 22:13
23:23 24:7,20
26:8,9 30:7,15
31:2,14,23
32:3,4,6,11,13
32:14 71:4,10
71:11,12,14
72:7,17 74:24
83:22
**experts** 13:16
15:1 23:7,14
24:20 26:4
79:18
**explain** 11:22
16:19 44:8
87:14
**explained**
28:20

**explaining**
11:16
**explains** 140:23
**express** 54:19
**extent** 14:16
19:14 26:15
31:7 32:10
48:8 56:15,19
58:12 60:25
117:8
**extremely**
60:15

**f**

**f** 4:1 5:1 132:21
**fact** 24:6 27:4
**factor** 37:19
116:23
**factors** 58:3
**facts** 85:5
146:5
**failure** 108:10
**fair** 94:20
**fall** 53:4 63:9
**falls** 47:12
86:14
**familiar** 115:9
**fan** 63:20,21,22
64:1
**far** 84:16
**federal** 145:11
**feel** 22:1
**fees** 37:2,8,13
38:13 39:10,25
49:8,11 71:19
75:13,21 76:18

77:17
**fewer** 98:22
100:2,16
**fidelity** 27:13
27:14 28:23
29:6 33:1,5,8
33:13,19 35:22
36:15 37:4,10
37:23 38:1,11
38:13,17,20,22
42:21 43:3
50:6 51:17
52:17,19 53:13
53:18 54:1,9
62:20 64:3,5
64:15 65:18,25
66:4,9,15,21,25
67:6,10,16
68:18,24 70:11
70:13,18,19
93:12,18 95:7
96:3,20,23
112:19,22
113:24 114:4
114:15 115:18
116:2,23
117:13,16,19
118:1,17,20
119:10,24
120:16,18,20
121:25 123:24
124:20 125:4
126:4 130:25
132:14 135:20
135:23 136:2,8

137:8 139:9
141:10 142:18
142:22
**fiduciaries** 29:5
70:25 71:5
93:22
**fiduciary** 5:15
5:20 70:24
71:4 78:3,9
93:17
**figure** 99:6
**file** 127:6 128:1
**filed** 6:20
**finance** 73:16
73:17
**financially** 7:5
145:14
**find** 8:20
**finding** 110:7
**fine** 13:13
28:17 59:21,23
87:24 99:9
101:13,23
111:7 115:2,8
115:10 125:23
**finish** 78:24
128:25
**firm** 7:2 15:8
**firm's** 23:12
**first** 15:6 18:9
18:25 19:1
22:18 43:12
44:5 48:23
52:1 96:18
103:23 108:20

111:18 126:14
130:23 134:19
**five** 9:24 10:5
14:3,7 34:20
69:5,18 128:8
143:7
**fixed** 134:20
**flow** 112:25
116:11
**flows** 117:9
**fluctuate**
107:20
**focus** 48:2
**focused** 103:11
**folder** 21:15
**follow** 14:16
**following** 25:10
85:2,5,19
137:25
**follows** 7:24
**footnote** 30:11
30:12 52:10
54:12 81:11,16
81:21 82:7
136:24 137:2
137:13
**foregoing**
145:4,8,10
**forgotten** 36:12
**form** 10:20
11:12 12:21
14:23 27:24
28:12 36:20
57:6,20 59:17
59:20 93:7

119:12
**formally** 19:10
**format** 127:12
**forming** 32:3,7
42:12
**formula** 113:5
120:13 121:18
122:24 124:9
138:3 139:21
**formulas** 138:6
**forth** 41:21,24
60:14 124:25
145:5
**frank** 132:22
**free** 22:1
**freedom** 27:13
27:15 29:6,6
33:1,5,9,13,20
35:22 36:16
37:4,10,23
38:2,11,14,17
38:20,23 40:18
42:22,24 50:7
50:23 51:6,13
51:17 62:12,13
62:20,22 64:3
64:5,16 65:11
65:18,25 66:5
66:9,15,21
67:1,7,10,16
68:13,18,24
70:11,18,20
93:12,18 95:8
96:3,20,23
111:20 112:19

**[freedom - given]**                                                    Page 15

| | | | |
|---|---|---|---|
| 112:22 113:24 | 99:3,21,23 | 39:20,23 40:1 | 118:17,19,21 |
| 114:4,16 116:2 | 101:3,15 | 40:4,7,10,18,22 | 119:11,24 |
| 116:23 117:13 | 103:18,19 | 40:25 42:22,24 | 120:16,18,20 |
| 117:16,19 | 105:11,19,19 | 43:4,6,7,21,23 | 122:1,5,9 |
| 118:2,10,17,20 | 105:25 106:11 | 44:20 45:10 | 123:24 124:21 |
| 119:11,24 | 106:12,18,19 | 46:1,2,23 50:7 | 125:4 135:20 |
| 120:16,18,20 | 106:24,25 | 51:17 52:18,19 | 135:24 136:9 |
| 122:1,9 123:24 | 107:16,22 | 53:14,19 54:1 | 139:10,10 |
| 124:21 125:4 | 108:1,1,8,8,10 | 54:9 62:12,13 | 142:18,22 |
| 126:5 130:25 | 108:11,14,15 | 62:20,22 64:4 | **further**  114:14 |
| 132:14 135:20 | 108:16,22 | 64:5,11,16 | 143:25 145:10 |
| 135:23 136:2,9 | 109:2,4,5,6,8,8 | 65:7,7,11,13,19 | 145:14 |
| 137:8 139:9 | 109:10,11,14 | 65:19,20,21,25 | **g** |
| 141:10 142:18 | 109:21 110:1,3 | 66:1,5,5,10,10 | |
| 142:22 | 110:16,20,21 | 66:15,16,18,21 | **g**  16:4 |
| **front**  8:15 22:1 | 110:24,25 | 66:22 67:1,1,7 | **gears**  105:9 |
| 22:6,7 25:19 | 111:2 113:3 | 67:8,10,10,16 | 124:19 127:22 |
| 35:13 62:7 | 114:10 115:18 | 67:17 68:13,14 | **general**  43:5 |
| 64:22 95:4 | 119:2,3 123:13 | 68:18,19,23,24 | 57:9 108:15 |
| 103:4 109:23 | 132:14,17 | 70:12,13,14,18 | **gentlemen**  16:7 |
| 125:21 126:1 | 133:14 141:11 | 70:20 82:6 | **genworth**  9:11 |
| 129:25 130:20 | 142:1 | 93:12,13,19 | 79:17 80:25 |
| 135:14 | **fund's**  48:24 | 96:6,21,24 | **getting**  24:14 |
| **full**  30:3 | **fundamental** | 97:3 103:8 | 85:16 106:2 |
| **fund**  5:6 29:15 | 77:14,19 94:3 | 106:4 111:15 | 108:12 |
| 29:16 36:24 | 95:11 | 111:20 112:19 | **give**  10:6 12:8 |
| 39:4 58:8 | **funds**  27:13 | 112:22,22 | 12:10 13:22 |
| 64:14 71:16,21 | 28:24,25,25 | 113:10,10,23 | 14:10,18 22:23 |
| 72:2 73:13 | 29:7 33:1,5,9 | 113:25 114:5,9 | 25:1 37:20 |
| 74:1 75:4,11 | 33:13,20 35:22 | 114:9,16 115:4 | 44:3 45:1 |
| 75:15,19,23 | 36:16,24 37:5 | 115:10,14 | 63:16 94:13 |
| 76:20 77:15,20 | 37:10,12,15,23 | 116:2,3,4,23 | 115:21 124:4 |
| 93:23,24 94:2 | 37:24 38:2,11 | 117:13,14,16 | 124:10 142:8 |
| 95:8,9,11 97:9 | 38:14,17,20,23 | 117:19,22 | **given**  11:9 |
| 98:12,17,20,20 | 39:5,8,11,14,17 | 118:2,10,11,11 | 20:16 60:15 |
| | | | 72:14 83:3 |

**[given - identification]**

86:3 123:4
145:9
**gives**  137:10
**giving**  17:4
63:17
**glide**  37:3,9,14
38:22,25 39:19
40:9
**go**  6:14 9:4
10:19,20 11:12
16:17 17:2
37:22 41:11
43:14 58:20
61:10 69:25
71:13 76:6
78:25 84:24
87:9 91:18
100:19 101:15
103:22 106:4
106:22 107:5
109:21 110:6,8
111:13 114:25
119:2 125:23
126:14,21
127:12,17
128:23 130:17
131:18 133:2
134:16 135:5
137:16,23
138:17 141:15
141:21 142:5
143:11
**goes**  16:11
106:14

**going**  6:5 14:11
15:5 34:14,22
41:23 44:8
48:2,3,12
60:13 61:15,17
76:8 91:4 94:8
100:1 101:19
102:3 107:8
112:7 127:15
128:22 129:4
129:10,11
130:13 143:17
144:8,11
**good**  6:4 7:14
8:2,20 9:4
15:15 34:15
61:11
**great**  8:9,18 9:6
35:16 102:16
141:3
**green**  100:23
111:25
**guess**  12:5
13:17 18:23
27:7 30:23
64:1 78:25
81:14 82:12
88:17 90:15
97:19 106:17
133:25 136:17
139:6

**h**

**h**  5:1 16:4
**half**  34:15
129:7 134:13

**handy**  41:19
**happened**
90:15 142:24
143:2,3
**happening**
117:18
**happy**  9:17
10:10 25:17
44:2 133:23
134:7
**harry**  16:4
**head**  15:12
**hear**  8:23 9:2
11:19 43:18
**heard**  6:12 19:5
19:9 115:14
**help**  15:16,20
16:25 17:17
18:2
**helped**  16:7
17:11,11
**helping**  16:21
**henderson**
29:16 75:11,15
93:24 95:10
98:13 103:19
106:19 108:14
109:3
**hide**  87:3,5,7,9
87:9,10,12
**higher**  49:10
**highlighted**
136:25
**hold**  20:25 30:9
41:20 45:17

64:24 83:4
104:12 105:22
107:2 119:6
131:24
**holdings**  37:3,9
37:13 38:16
39:13 40:3
54:14 71:19
75:14,22 76:19
77:18
**hopefully**  21:16
137:10
**hour**  34:15
101:18 129:7
134:14
**house**  3:25
**huang**  16:3,15
90:12 105:6
130:10,12
137:15
**human**  11:21
**hypothetical**
117:18,23
118:5,6,23
119:21,22
122:4 123:4,7

**i**

**idea**  13:23 21:6
115:5 128:10
128:23
**identification**
21:18 42:6
94:23 112:5
129:9 141:1
142:14

| | | | |
|---|---|---|---|
| **identified** 5:2 23:15 58:3,18 | 67:20 86:23 87:3 88:1,13 | **indulge** 142:5 | 77:14,19 94:3 94:5 95:11 |
| **identifies** 52:10 64:13 65:6 | **including** 7:9 83:16 | **industry** 49:10 | **internet** 6:10 |
| **identify** 79:23 81:4 | **income** 119:2,3 | **inflows** 113:2 | **introduced** 131:22 |
| **ignore** 97:17 | **incomplete** 118:22 122:3 | **inform** 54:17 56:22 | **invested** 107:21 |
| **impact** 58:4 65:15,16 67:23 67:24 | **incorporated** 6:20 25:5 76:11,14 | **information** 14:16 31:20 32:15 50:2 85:3,20 87:18 87:19 90:8,21 91:2,7 104:3 128:11,12 | **investigate** 117:2 |
| **impacted** 55:22 57:11 | **increase** 48:24 | | **investing** 107:15 |
| **important** 8:14 | **independent** 84:15,18,21 | | **investment** 5:12,15,20 20:11,16 37:3 37:3,8,9,13,14 38:16,19 39:13 39:16 40:4,6 52:3 71:6,19 71:20 72:3 73:13 74:2 75:5,14,14,22 75:22 76:19,19 77:18,18,25 78:6 104:4,8 104:20 116:15 132:3 136:14 |
| **imprudent** 27:15 | **independently** 52:9 | **informed** 26:15 32:11 55:22 | |
| **inappropriate** 59:14 | **index** 42:24,24 43:8 44:14,22 45:22 46:1 49:10,19 50:11 50:17 51:6,13 52:2,12,18 55:3,4,25 56:7 56:8,12 57:3 57:19 58:16,24 60:4 62:13,22 62:23 64:5,6 70:13,20 77:15 77:20 94:4 95:12 | **inherently** 45:3 46:6 | |
| **inarticulate** 134:15 | | **input** 103:24 | |
| **include** 25:23 30:19 47:22 49:3,14 53:4 60:16 68:2 82:9,20 84:24 85:7 86:4,5,23 89:21 96:18,24 98:7 | | **inputs** 90:3,5 | |
| | | **institutional** 49:18 | |
| | | **instructions** 84:1 | |
| | | **insurance** 22:9 | |
| | | **interest** 30:20 82:10,20 83:2 83:7,16 95:15 95:18 96:1 97:10 108:4 | |
| **included** 19:16 53:22 68:3,4 83:1,6 84:13 85:6 112:15 116:18,19 117:4 138:16 | **indices** 52:20 | | **investments** 20:20,23,24,25 33:2,6,10,14,21 35:23 36:17,25 40:3 53:24 93:4 |
| | **indirectly** 17:23 | **interested** 7:5 145:15 | |
| | **individual** 16:13 17:16 23:15 | **interesting** 94:10 | **invests** 52:16 52:19 53:12,18 54:9 |
| **includes** 48:11 50:16 56:17 | | **internal** 31:14 | |
| | | **international** 75:19,23 76:20 | |

**issue** 55:9,12
  101:12 133:23
**issues** 32:22
**italy** 16:7,20
  17:16 18:4
  105:7
**items** 59:16

**j**

**j.p.** 65:7,20,25
  66:16,17 67:7
  67:17 68:14
  70:12,19
**january** 98:20
  105:20,21
  117:14,22
  118:14,17,25
  119:9,14,23
  120:21
**janus** 29:15
  75:11,15 93:23
  95:9 98:12,20
  99:22 103:19
  106:11,19,25
  108:10,14
  109:3,8
**jeremy** 3:14
  7:15 8:3 11:24
  144:5
**jeremy.blum...**
  3:21
**job** 1:25 48:5,6
**joined** 11:15
  20:13
**judge** 8:15
  35:13 62:8

103:5 129:25
**judgment** 81:9
  81:13,23 82:13
**jumping** 42:2
**june** 5:22 30:7
  30:13,17 31:3
  95:14 97:9
  100:3 108:2,8
  110:12 121:16
  123:2,8,23
  124:3 137:24
  139:2,12,18
  142:23
**jury** 8:16 35:14
  62:8 103:5
  129:25

**k**

**k** 5:16,21 19:17
  19:19,25 20:1
  25:6 49:20
  76:14 132:14
  141:11
**keep** 45:6
  101:19
**keri** 3:16 7:17
**key** 54:11
**kind** 14:11
  84:23
**knew** 26:11
  143:5
**know** 8:13,13
  8:20,24 9:19
  10:11 12:13,17
  12:24 13:10,15
  13:21,24 14:12

15:5,13 16:21
18:8 19:4,17
19:18,23,24
20:1 21:2,3
22:5 23:6,9
24:2,9 26:3,6,9
26:13 30:21
31:7,15 32:5
32:12 36:12
38:25 44:20
45:9,21 50:18
54:8 55:6,7,19
55:24 61:11
62:18 63:3,5
64:13,17 65:17
67:24 68:4
73:2,15,19,21
74:13 75:9
78:19 79:12
80:21 82:1,3
82:24 84:12,22
85:7,22,23,24
87:11,13,21
88:6,18 90:11
90:13,16 91:14
91:16 97:19
98:6 101:17,18
101:21 105:5
111:5,5 115:11
116:19 122:11
124:1 125:6
128:19 130:20
136:17 139:13
141:19 142:21
142:25 143:1,2

**knowing** 13:18
**knowledge**
  9:10 11:8 85:3
  85:20
**kolin** 3:5 7:20
  59:14 144:6
**ktong** 3:10

**l**

**labeled** 139:6
**laliberte** 1:4
  2:4 6:19 146:1
**language** 46:3
  46:5
**law** 3:6,18
  121:1
**lawsuit** 43:13
  43:22 44:18
**lawyer** 101:14
**lawyers** 8:4
  111:7
**leading** 49:10
**leave** 136:20
**lecturer** 11:5
**led** 83:15
  137:20
**ledanois** 1:23
  2:17 7:2 145:1
  145:24
**left** 51:16
  138:14
**leftmost** 50:22
**legal** 7:1,3 98:3
  100:7 101:12
  118:3 120:25
  123:17

| legally 111:5 | longer 14:14 | losses 24:23 | m |
|---|---|---|---|
| legible 89:20,23 | 44:9 118:18 | 25:5,10 30:17 | m 2:17 4:1 |
| lewis 3:13 7:15 | 122:1 123:13 | 66:14,20 67:2 | 145:1 |
| liability 32:22 | 128:22 | 67:5,15 68:12 | machine 145:7 |
| 97:23 111:6 | look 9:18 12:9 | 68:17,22 70:10 | made 24:8,10 |
| 121:6 | 21:14 45:19 | 70:17 74:24 | 24:11 25:25 |
| license 1:24 | 56:6,8 62:19 | 76:13 89:19 | 26:16 27:10 |
| life 8:15 | 63:17,18 67:21 | 90:4 91:23 | 82:7 94:16 |
| lightheaded | 69:10 84:22 | 95:13,19,23 | 99:25 100:14 |
| 129:3 | 97:24 104:7,15 | 96:2,7,15 97:7 | 101:6,7 113:16 |
| line 121:12,15 | 104:17,17,19 | 100:20 103:12 | 145:6 |
| 139:6 146:7,9 | 105:22 107:8 | 105:14,18 | make 17:4 |
| 146:11,13,15 | 124:19 125:8 | 106:5,8 107:17 | 26:20 30:23 |
| 146:17,19 | 125:18 126:8 | 107:20 108:3,9 | 31:6,10 32:10 |
| list 31:19,23 | 126:11 127:10 | 108:23 109:1,9 | 37:20 43:17 |
| 77:5 98:8 | 127:11 132:24 | 109:15 110:8 | 45:4 46:7 |
| 131:12 | 133:13 136:24 | 110:13 113:19 | 67:11 81:12,12 |
| listed 32:14 | 141:10 142:1 | 117:16 118:10 | 82:5 86:24 |
| 92:15 93:1 | looked 44:24 | 118:20,25 | 98:4 99:9 |
| 127:20 132:18 | 60:23 79:15 | 119:10,24 | 100:1,15 |
| 132:25 142:19 | 104:20 | 120:3,17 123:7 | 123:14 135:12 |
| litigation 76:11 | looking 9:23 | 124:3,12 138:3 | makes 20:12 |
| 79:9 | 23:11 29:3 | lost 65:22 | managed 40:19 |
| little 27:5 28:6 | 30:11 50:12 | 101:16 | 40:19,22,22,25 |
| 44:24 57:16 | 54:12 69:1,6,8 | lot 14:13 | 41:1 45:4 46:7 |
| 97:6 101:17 | 70:1 81:11 | low 49:10 | 46:23 52:17 |
| 108:18 123:1 | 107:3,4,9 | lunch 128:24 | 53:13,18,25 |
| 137:10 | 114:11 119:18 | 129:1,3 130:8 | 54:9,14 93:2 |
| live 62:7 89:11 | 124:11 126:12 | 131:23 | management |
| 103:4 120:5,8 | 126:12 127:6,7 | lynne 1:23 2:17 | 40:13,14 52:3 |
| 129:25 135:6 | 127:8,9 133:19 | 7:2 13:2 54:3 | 52:4,19 55:5 |
| 137:19 | 133:20 135:11 | 145:1,24 | 56:1 |
| llp 3:4,13 | 137:2,25 | | managers 45:4 |
| long 9:16 12:6 | loss 30:6 31:1 | | 46:7 |
| 48:25 130:14 | | | |

**managing** 15:7
52:12
**mann** 15:11
23:11,15
**march** 5:17
106:7 107:14
110:16 111:15
121:20 122:21
123:8 137:23
138:19,22
139:11 142:2
142:23
**maria** 3:17
7:18
**marie** 145:24
**marin** 15:9,10
23:16,17,24
24:3 26:11,21
**marin's** 23:20
23:25 26:13
**mark** 128:17
**marked** 21:14
21:17 22:3
42:5 94:22
112:4 129:8
140:25 141:22
142:13
**market** 3:19
52:20
**marks** 34:22
35:1 61:16,20
102:2,7 129:11
129:15 143:16
143:20

**mary** 1:4 2:4
6:18 146:1
**matches** 133:17
**material**
131:11
**materials** 31:24
59:8 87:4 89:8
90:2 96:16,19
105:10 106:3
111:20 133:7
**math** 99:3
**mathematical**
67:19
**mathematically**
120:2 140:10
**matter** 6:18
43:5 79:17
100:13,18
111:8 121:2,4
121:5,8 124:6
124:15 138:25
**mccabe** 18:6
**mean** 10:6 12:3
13:7 14:12
15:13,22 19:21
20:24 24:25
27:2,9 33:11
38:3 43:14
46:14,15 47:4
48:15,16 49:6
54:20 56:15
57:21,25 58:2
67:18 68:1
69:23 73:15
74:19 77:3

78:16 79:15
80:11,19 81:10
84:22,24 85:16
85:16,23 87:5
87:15,19,23
88:3,6,17,19,20
89:15 90:11
91:9 92:3 93:8
93:20 95:21
99:20 111:4
113:1 114:20
114:25 115:6,7
115:13 116:16
124:10,18
125:15 128:23
139:13
**meaning** 46:20
101:6 106:10
106:23 139:8
**means** 58:25
62:10 87:21
88:5,9,12
106:17 107:14
138:16
**meant** 80:18
85:12,13
**measure** 38:4,5
**media** 6:16
34:22 35:2
61:16,21 102:3
102:8 129:11
129:16 143:16
143:21 144:10
**medical** 22:9

**members** 25:7
76:15
**memory** 9:21
23:11 44:25
**mention** 46:1
108:14
**mentioned**
25:12 58:9
**mere** 49:19
**messes** 110:6
**met** 8:3 13:10
13:14,17,20,24
14:3,7,7,21,25
15:14 19:6
**methodologies**
79:20
**methodology**
25:4 76:13
78:14,17,20
79:2,5,8,13,16
79:24 80:4,15
80:23,25 81:2
81:5 108:23
114:7,8 118:21
121:15,21
122:2,20
138:20,23
139:3
**microsoft**
18:20,21
**middle** 46:5
**miller** 3:4,24
6:25 7:20
24:12 25:3
76:9

millershah.com
  3:10
million   95:23
  95:24,24 98:22
  99:2,2 139:10
  139:11
mine   111:24
minimis   137:6
minor   48:23
minute   101:21
  131:22 143:14
minutes   8:3
  34:20 41:6
  61:14 143:7
misrepresent
  88:2,3,5,7,9,12
  88:14,20
missing   37:21
misstates   74:4
misunderstan...
  80:13 99:4
misunderstood
  78:23
model   81:10,18
  81:22 82:5
moment   16:19
monday   1:16
  2:16 6:1
money   117:5
monies   116:14
monitoring
  71:5
month   106:18
morgan   3:13
  7:15 65:7,20

65:25 66:16,17
67:7,17 68:14
70:12,19
morganlewis....
  3:21
morning   6:4
  7:14 8:2
morningstar
  54:13 105:1
  113:14 134:1
  134:11 137:4
moving   116:14
multiples   49:9
mutual   52:17
  53:13,19 54:1
  54:9 115:4,10
  115:14,18

**n**

n   4:1,1,1 5:1
  16:4 29:16
  95:10 98:13
  132:22
name   6:25 8:2
  11:17 15:7
  16:4,9,11,14,14
  16:17,21 17:16
  18:19 19:5,9
  23:13 52:11
  145:18 146:1,3
named   15:6
  19:4 23:10
names   14:20
  15:5,13,14,15
nancy   132:22

need   12:9 25:15
  25:21 34:19
  94:13 97:24,25
  116:6 118:5
  120:23 125:17
  129:6 135:9,9
  139:15 144:6
needs   134:20
negative   96:7
  97:8,13,17
  99:11,14,15
  101:2,4 106:23
  110:13 121:22
  122:2,22 123:2
  123:9 124:4,13
  138:15,20,23
  139:4
neither   145:14
nera   19:11
net   97:19,24
  113:2 116:10
  117:9
never   120:7
new   116:13
  131:21 134:23
nineteen   141:7
non   57:12 78:7
  78:10
normal   68:1
normally   80:22
north   8:12
note   6:7
notes   125:10,14
  128:13

noticing   7:12
number   6:16
  6:22 34:22
  35:2 61:16,21
  101:4 102:3,8
  106:14 129:11
  129:16 134:3,4
  138:15 142:2
  143:16,21
  144:10
numbers   89:13
  89:14 90:14
  103:23,24
  105:13 111:14
  124:23 125:6
  134:10 137:20
  138:12,14

**o**

o   4:1,1 5:1
  132:22
oath   8:14 35:10
  62:4,9 103:1
  129:21
obfuscate
  87:18,19
object   10:20
  14:23 27:24
  28:12 36:20
  57:20 93:7
objection   11:12
  114:18 119:12
objections   7:7
obligated   61:5
  61:7

obligation
35:12 62:6
83:24 84:16
103:3 129:24
obtained 126:3
126:6 130:24
131:1 137:5
obvious 133:25
obviously
14:13 133:24
133:24
occurred
105:19
october 5:13
offer 46:17
70:24 71:15
73:25 74:24
75:3,10,18
77:13 108:10
offered 43:3
64:15 109:5
offering 26:21
32:21,25 33:4
35:18 44:21
46:12 101:24
offerings 42:21
offers 42:21
49:21 50:8
official 22:2
oh 10:7 14:12
65:5 104:5
122:15 127:8
136:25 138:15
okay 8:21
10:11 11:9

16:24 21:3,8
25:18 28:22
29:10,22 31:9
31:13,23 32:13
32:20 33:23
36:1 38:10
41:8,18 42:7
42:19 43:25
44:12,16,23
46:3,19 48:8
49:8,14 50:1,5
50:22 51:16,23
52:6 53:23
54:23 55:2
59:2 61:10,15
62:11,16 63:1
63:14 64:8,13
65:3,5 66:3
68:6,8,9 69:10
69:14 71:3,18
73:8 77:17
80:9 83:1,14
83:20 84:7
85:11 86:2,16
87:16,24 88:8
88:22 89:1,4
89:25 90:17,20
91:1,6,20
93:20 94:19
95:3 96:11,12
96:17,18 97:5
99:17,25
100:13,19,21
101:2,22,25
104:7,10,14,19

105:5,17 106:2
106:6,21 107:5
107:6,12,25
108:12 109:19
109:21 110:9
112:10 113:12
114:2 115:8,11
115:17 116:1,8
116:21 117:12
117:23 118:8
119:7 120:12
120:15 121:18
122:9,13
123:19,22
124:17,22
125:6 126:15
126:19,23
127:17,17,22
127:24,24
128:14 129:5
130:19,23
131:4,8,17,24
131:25 132:3,8
132:12,17
133:2,4,10,13
134:21 135:14
135:16 137:18
137:23 138:2
138:11 139:2,8
140:1,4,8,19
141:2,9,12,18
141:20,21
142:7,17 143:6
143:8

once 19:6
109:14
ones 45:14
79:20 100:24
open 41:12
96:13 141:4
opened 21:24
41:18
operate 90:1
operated 94:9
opinion 27:7
32:21 33:1,4
46:12,17 54:17
55:22 57:6,13
58:14 59:22
60:19 63:19,21
70:24 74:24
81:8 100:9
108:2 122:13
opinions 26:13
26:21 27:8
32:3,7 35:19
42:12 44:21
53:22 55:1,23
56:22 59:17,20
65:16 71:15
73:25 75:3,10
75:18 77:13
opposed 14:25
100:23
option 72:3
73:14 74:2
75:5
options 20:11
20:16 71:6

[options - performance]                                                Page 23

| | | | |
|---|---|---|---|
| 116:15 | 132:8,8,10 | 130:17,24 | **pdf** 69:10,12 |
| **orange** 132:22 | 141:6 142:16 | 131:9 134:16 | 89:4,21 112:16 |
| **order** 144:6 | 146:7,9,11,13 | **paragraphs** | 126:8,24 127:7 |
| **original** 36:13 | 146:15,17,19 | 126:20 | 127:11,12 |
| 72:21 145:11 | **paid** 114:16,19 | **parlance** 71:11 | 132:9 133:20 |
| **outcome** 7:6 | **paper** 21:25 | **part** 19:6,23 | **penalty** 85:1,19 |
| **outflows** 113:2 | 22:5 | 29:4 55:3 85:7 | **pennsylvania** |
| 115:6 117:9 | **papers** 10:16 | 85:24 86:11 | 3:9,20 |
| **outputs** 90:3 | 11:2,3,4,6 | 116:25 135:2 | **people** 12:13,17 |
| **outside** 58:12 | **paragraph** | **participant** | 12:21 13:15,20 |
| 59:10 61:1 | 25:22 26:25 | 19:22 | 13:24 14:3,4,5 |
| 67:19 70:22 | 28:3,20 29:4 | **participants** | 14:20,25,25 |
| 71:2 | 29:13,19,22,25 | 6:11 79:4 80:5 | 15:20 19:15 |
| **overrides** 83:24 | 30:4 42:17,20 | 115:22 116:15 | 52:11 68:1,7 |
| **oversight** 134:7 | 43:9 44:13 | **participate** | 79:6 116:14 |
| **own** 82:15 | 45:2 46:4,5 | 19:19,20 20:4 | 136:17 |
| **p** | 48:18,20,21 | 20:7 | **percent** 10:9,13 |
| | 50:3,6,13,16 | **participated** | 49:20,22,23 |
| **p** 140:5 | 51:21 52:1,10 | 25:7 76:16 | 54:14 |
| **p.m.** 129:12,15 | 52:15,23 53:8 | **particular** 90:7 | **percentage** |
| 143:17,20 | 65:4,5,6 69:1,8 | **parties** 6:14 | 53:24 127:19 |
| 144:11,13 | 76:8 77:3,10 | 83:25 | **percentages** |
| **p37** 140:2 | 78:12 80:3,14 | **partners** 15:7 | 127:1 |
| **p39** 139:24 | 83:18,21 84:17 | **party** 7:4 | **perfect** 102:21 |
| 140:1 | 85:9,12 86:4,5 | 145:16 | **perfectly** 59:20 |
| **pacific** 6:5 | 86:6,7,12,23 | **passive** 40:13 | **perform** 47:13 |
| 34:23 35:1 | 87:3,17 88:1 | **passively** 40:19 | **performance** |
| 61:17,20 102:4 | 88:13 91:19 | 40:22,25 | 56:6,8,12 |
| 102:7 129:12 | 92:9 93:1,11 | **path** 37:3,9,14 | 57:24 58:1,5,9 |
| 129:15 143:17 | 93:16,21 94:1 | 38:22,25 39:19 | 58:19 60:5 |
| 143:20 144:11 | 95:1,6 97:12 | 40:9 | 62:12,19,21 |
| **page** 4:3 31:15 | 97:15 98:10 | **patient** 41:5 | 64:3,9 65:11 |
| 67:11 69:11,12 | 100:6 101:10 | 112:8 | 65:24 66:4,9 |
| 90:25 104:11 | 125:18,24 | **pay** 115:21 | 66:14,21,25 |
| 104:12,13 | 126:3,16,17 | | 67:6 68:23 |
| 127:10 128:15 | | | |

70:11,18 109:7
113:9
**performed**  57:3
57:8,18
**period**  69:21,22
69:23 106:18
113:4 132:4
140:6
**perjury**  85:2,19
**person**  16:10
16:12,17,20
17:21 18:3
19:4 71:13
**personally**  90:8
91:2,10 104:7
105:3,4 131:5
**perspective**
123:17
**pertains**  145:10
**peter**  15:4
**ph.d.**  7:23
19:10 73:16
**philadelphia**
3:9,20
**philosophical**
48:13
**pismo**  2:15
**place**  6:14 8:21
145:5
**places**  52:18
55:4,25 81:12
127:3,20 128:7
128:8 131:15
133:22

**plaintiff's**  31:5
43:13 44:17
82:22,24 83:15
**plaintiffs**  1:5
2:5 3:3 7:21
23:7 24:23
26:4 43:21
45:10,21 51:18
76:10 78:18,21
79:8 83:12
92:20 101:7
**plan**  5:11,17,22
19:17 20:1,5,7
20:9,18,23
21:1,4,9,12
24:24 25:6,6,7
25:10 27:15
33:2,6,10,14,21
49:21 50:8
51:18 64:15
67:16 68:13,18
68:24 70:25
71:5 75:5
76:14,15,16
79:4,6 80:5
93:2,17 94:8
94:17 98:15,15
98:19,21 99:20
99:25 100:2,14
100:16 101:6,8
103:17,18
106:10,23
107:15,21,25
108:7,22,22
109:5,15

110:19 113:22
113:23 114:16
115:19,20,21
115:21 116:1
116:21 117:6
117:12 118:18
120:15 122:1
123:24 124:3
132:4 135:20
139:9 142:23
**plan's**  29:5
95:12
**plans**  19:19
20:5 35:23
36:17 78:1,4,7
78:10
**please**  6:7 7:8
8:24 13:1 29:1
35:4 37:6
61:23 70:15
72:8 74:11
92:1 93:5
102:10 126:14
129:18 143:13
143:23 144:7
**plus**  108:3
**point**  8:18
25:15 26:6
36:12 42:1
55:13 119:21
137:7
**points**  49:20,22
49:23 81:11
116:22,24

**poly**  21:13
**portions**  81:8
**positive**  136:20
138:15
**possible**  14:9
17:5 18:5
54:10,11 63:19
83:8,8
**potential**  70:10
**practice**  115:15
**precise**  14:9
17:5 94:13
95:22
**predominantly**
52:17 53:13,18
**prefer**  14:13
**prejudgment**
30:20 82:9,20
83:1,6,16
95:15,17 96:1
97:10 108:3
**premarked**
42:3
**premium**  49:18
**preparation**
15:17,21 18:2
**prepare**  16:21
17:1,10,18
**prepared**  10:16
18:9 42:15
**preparing**
31:20 35:21
47:16,20 52:6
55:10,11,13
56:13 59:1

**[preparing - question]**                                                    Page 25

60:6,9 62:14
62:17,24 65:14
104:16
**present** 3:24
7:9
**presentations**
11:9
**presented**
55:23
**pretty** 88:23
90:19
**previous** 74:5
74:10 80:10
124:11
**price** 65:8
66:22 68:19
70:12,19
**printed** 89:20
**printout**
112:15
**prior** 63:4
65:10 73:22
74:4 75:8
**probability**
10:8
**probably** 10:5
120:25,25
121:5 140:23
**problems** 80:21
**proceed** 35:4
61:23 102:10
129:18 143:23
**proceeding** 7:7
83:23

**proceedings**
144:13 145:4,6
145:12
**process** 18:12
20:15 60:16
70:24 71:4
**produced**
126:9
**professor** 10:24
11:1,4
**program** 18:20
**provide** 14:15
16:7 17:22
24:23 25:4,9
76:13 84:9,15
84:18,20 85:15
85:17
**provided** 55:1
60:20 89:7,9
89:12 90:1
113:6 131:11
135:1
**providing** 27:6
76:22 83:23
**publish** 11:1
**published** 11:3
11:4,6
**pull** 104:5
105:4
**pulled** 105:3
**purpose** 17:24
59:12 62:24
**purposes** 30:6
31:2 59:1 60:6
60:9 62:14,16

65:14 67:2
75:17 76:3,22
94:15
**put** 19:24
122:25
**putting** 17:12
71:9 121:3

| q |
| --- |

**q12017** 28:25
29:8 95:9
**q12020** 95:10
95:12
**q12021** 140:15
**q2** 30:7 69:24
**q22016** 69:4,5
69:19,25
**q22024** 31:3
**q42017** 128:18
**qir** 128:18
133:17 140:16
142:11
**qualified** 72:7
72:11,23 73:1
73:2,4,10,11,18
73:20,25 74:17
74:20,21,23
75:2
**qualify** 73:25
**quality** 6:9,10
**quanta** 1:7 2:7
3:25 5:5,12,14
5:16,19,21,24
6:19 7:19 8:4
24:24 25:5
70:25 75:5

76:11,12,14
79:4 80:5 95:7
115:20 146:1
**quanta's** 137:6
**quantum** 98:11
**quarter** 30:13
106:14,21
108:20 110:4,4
121:19 122:25
123:1 136:10
**quarterly** 5:7
104:3,8,19
105:13 112:21
112:25 114:5
125:3 126:4,6
130:24 131:2
132:3 133:18
136:2,9,13
137:4,5
**quarters** 137:8
**question** 8:23
8:24 9:4 10:22
13:1 14:17
16:24 17:3,8
20:21 21:2
25:14 29:1,23
30:1,23,24
32:5,12 36:13
37:6,17,23
43:16,17 44:8
44:9,10 45:1,9
45:19 47:1,2,4
47:25 48:1
50:14,15 53:15
54:2,4 55:19

56:4 57:16
59:25 60:12
62:18 63:3,5
67:12,13 68:9
70:15 72:8,21
73:8,10,19,21
74:14 75:8
81:14 83:5
85:25 86:21
87:10,22,23
88:21,24 91:25
93:5,14 94:10
95:1 96:22
97:14,20 98:3
99:19 100:7
108:5,18
109:12 118:23
118:24 119:8
119:22 122:16
127:18 134:12
139:16
**questions**  25:20
48:3,5,9 55:21
58:11 59:5,7
59:10 60:24
61:5 63:7
72:20 129:1
134:25 144:1
**quite**  14:17
55:18 115:7
118:4
**quizzing**  59:11
**quote**  30:5
52:16

**quoted**  46:3,5

**r**

**r6**  29:7
**ranging**  49:22
**ratio**  48:24
51:4
**ratios**  49:22
**reached**  92:11
92:22
**read**  13:2,5
24:25 25:15,19
25:22 31:4
42:14 44:2,23
47:11 51:24
52:21 54:3,5
72:9,24 74:12
84:3 92:2 93:6
126:16,17,19
**reading**  28:20
45:2,6 46:11
47:21 55:17
56:19 132:21
**ready**  96:9
**really**  56:23
94:11 107:14
129:3
**realm**  67:19
**reask**  17:8
68:10 83:5
**reason**  52:8
70:9,16 78:22
103:10 107:20
146:4,7,9,11,13
146:15,17,19

**reasonable**
27:23,23 28:10
28:14,23 29:11
29:20 30:22
31:10 33:2,5,9
33:13,20 35:22
36:16,24 47:12
72:2 73:13
74:2 75:4
**recall**  9:17
11:11 15:13,14
16:9 17:3,17
18:22,25 19:3
20:13 23:1
44:19 54:22
56:10 64:21
79:22 82:14
83:13 104:18
125:16
**receive**  116:3
**received**  84:1
116:1,22
140:19
**receiving**  12:7
**recess**  34:24
61:18 102:5
129:13 143:18
**recollection**
9:15 45:25
46:2 79:17
**record**  6:5,15
7:11 34:21,23
35:1,7 61:16
61:17,20 62:1
102:3,7,25

114:3 129:10
129:12,15
130:5 143:11
143:17,20
144:4,11 145:6
145:9 146:5
**recorded**  6:12
6:17 102:17
**recording**  6:9
6:13
**reduce**  48:25
**refer**  128:12
**reference**  24:10
24:11
**referred**  16:10
**referring**  20:8
47:5 70:4 79:3
79:7 80:4 92:5
**reflect**  111:14
124:24
**reflected**  32:4,7
54:25 86:12,22
87:17 88:1
112:11 137:21
**reflects**  30:13
113:15
**refresh**  9:21
21:19 23:11
44:25
**regarding**
29:14 111:20
**regardless**
123:23
**regards**  30:3
57:13 60:18

74:21 82:6,7
139:15
**related** 7:4
22:10 59:16
**relationship**
12:14 16:2
**relative** 66:15
66:17 67:16
109:3 145:15
**relied** 59:9
104:25
**remained**
123:24
**remember** 9:22
14:20 15:5
18:19,19 19:8
20:14,15 22:18
45:25 64:19
82:19 83:10
**remembering**
10:9
**reminding**
102:1
**remote** 1:14 3:1
**remotely** 6:24
7:10
**removed** 65:1
108:22 109:14
110:19 142:22
**repeat** 8:25 9:3
13:1 29:1 30:1
43:16 53:15
54:2 70:15
108:5

**repeatedly**
59:11,15
**replace** 117:13
**replaced** 28:24
29:6 93:18,23
94:2 95:7
98:12,19
107:25 108:7
117:21 118:18
**replacement**
105:19 107:1
108:14,15
**replacing**
110:24
**report** 5:3,10
9:13,19,20,23
15:17,21 16:22
17:1,10,11,18
17:24 18:3,10
18:13,16 19:1
19:2 21:16,25
22:13 23:2,20
24:1,3,4,7,20
25:1,18,22,24
26:2,17,25
27:12 29:20
30:4,7,11,15
31:2,14,15,18
31:21 32:4,8
32:12,14 35:19
35:21 41:12,15
41:19,22 42:11
42:15 46:17
47:16,20,23
48:2 49:4,5,7

49:15 50:2
52:6,22,25
53:2,22 54:19
54:25 55:1,10
55:11,13,20,23
56:13,23 57:14
58:10,13 59:1
59:4,5,11,16
60:6,9,19,20
61:1 62:14,17
62:25 63:8,11
63:24 65:14,18
65:23 66:2,3,8
66:13,19,24
67:5,14,24
68:11,16,21
69:22,25 70:5
70:22,23 71:2
71:18 72:5
73:1 75:10,17
75:18,25 76:3
76:22 77:13
78:12 81:9,11
83:16,19,21,23
84:9,15,18,20
84:25 85:15,17
86:16,25 87:4
88:2,13,25
89:20,22 90:25
92:9,22 93:16
94:15 95:2
96:19 97:15
101:11 104:2,5
104:11,16
105:22 112:12

112:16 119:18
125:18,23
126:9,12,14,22
126:23 127:11
130:18 133:20
133:23 134:17
134:23 135:1
137:2,21
**reported** 1:23
**reporter** 2:17
2:18 7:2 11:16
13:4,5 54:5
72:9,24 74:12
82:11 92:2
93:6 144:3,5
145:2
**reports** 23:23
24:1,2 31:23
32:3,6,14
79:18 80:12
86:5
**represent**
136:8 139:6
**representing**
6:25
**requested** 13:5
54:5 72:9,24
74:12 92:2
93:6 145:13
**required** 81:23
**reread** 36:13
37:6 72:8,21
74:10 77:3
91:25 93:5,14

**[reserve - see]**

**reserve** 30:16
**respect** 96:2,20
  96:23 97:2,8
  101:3 110:1,15
**rest** 28:2
**restate** 86:21
  93:15 109:12
  138:21
**result** 105:14
**retained** 22:19
  24:22 71:8
**retention** 27:13
**retirement** 20:4
  20:9,18,23
  21:1,4,9,12
  48:25
**return** 58:1
  113:3 116:25
  126:4 127:1
  130:24 137:5,5
**returns** 65:18
  67:22 69:4,5
  69:16,19
  112:21 117:5
  124:20 125:4
  126:10 127:19
  128:6 131:6,10
  136:7,9
**revenue** 114:16
  114:19,22,23
  115:4,5,9,13,15
  115:17,19
  116:1,3,17,22
  117:4

**review** 5:12
  132:4 145:12
**reviews** 104:4,8
  104:20 136:14
**revisit** 98:1
**richard** 15:9,10
  15:10 23:11
**right** 24:22
  30:10,16 43:18
  46:11 51:1,2
  57:21,25 58:1
  60:18 61:10
  63:13 81:4,19
  85:18 91:11
  95:20 96:25
  97:11,16 99:10
  99:15 105:17
  113:14 114:11
  115:11 116:16
  117:20 120:4
  120:13,22
  124:4 126:12
  126:25 128:5
  132:18 133:8
  138:14
**risk** 37:8,13
  38:1,3,4,5,7,8
  38:11 39:7,22
  58:1,5,18 60:4
  71:19
**riskier** 42:22
**risks** 37:2
  75:13,21 76:18
  77:17

**risky** 42:23
**rocket** 13:19
**rough** 144:7
**row** 139:7
**rowe** 65:8,20
  66:5,22 68:19
  70:12,19
**rows** 138:3
  140:5
**rubric** 53:20
  55:16
**rule** 8:14
**rules** 8:13
**run** 107:22
**runs** 103:15

**s**

**s** 5:1 12:1
  132:22
**sam** 7:17 41:3
  94:20 111:19
  128:17 132:22
  140:11,15
  142:10
**samuel** 3:15
**savings** 5:17,22
  25:6 48:25
  76:14
**saying** 57:15
  59:14 63:8
  74:16 95:23,24
  99:24 115:12
  115:23
**says** 30:4,25
  42:20 46:6
  48:23 49:8,17

  50:19 52:1,15
  54:12 55:2,3
  64:19 69:15
  92:8 104:25
  111:22,24
  140:1 141:14
**scenario**
  122:12
**schwab** 77:14
  77:19 94:3
  95:11 110:25
**science** 13:19
**scope** 58:13
  61:1 70:22
  71:2
**screen** 6:12
  102:12,20
  112:7 119:5
  128:4 135:8
  140:13
**second** 30:9
  49:8 51:16
  52:15 83:4
  107:2 142:8
**seda** 12:1,6,14
  12:15,18,22,25
  13:11,16,25
  14:4,5,22
  15:20,22,23
  16:2 19:13,15
  19:17
**see** 17:2 21:15
  24:19 27:3,17
  27:19,22 42:25
  43:25 45:15

49:1,12,24
50:19,22 60:13
65:6 69:15,20
96:9,11 99:24
102:14 103:13
109:23 111:3
119:5 123:1
127:1 128:6
132:6,13,15
133:13,16
138:2 139:22
141:2 142:2,19
**seeing** 43:2
46:1 69:7
**seek** 87:9
**seemed** 47:12
**seems** 111:3
**seen** 6:11 23:20
23:23,25 24:1
26:17 79:18
81:2 125:11
**select** 20:11
**selecting** 71:5
**selman** 15:4
**semantics**
55:14
**sent** 18:25 19:1
**sentence** 42:20
47:21 48:23
49:8,17 50:3
52:1,15,23
53:7 55:2,3
80:11 130:23
131:9 134:19

**sentences** 55:21
**separate** 50:10
117:5
**separating** 53:5
**september** 1:16
2:16 6:1,6 25:8
76:17 106:22
124:13 145:20
**sequentially**
10:2
**sergio** 15:7
**serices** 1:7
**series** 137:9
**serve** 13:16
**served** 77:25
78:3,6,9
**serves** 13:9,11
**service** 8:4
**services** 2:7
5:16,21 6:19
25:5 76:11,14
**session** 8:19
11:21
**set** 25:13 126:5
131:1 145:5
**several** 41:24
64:14
**shah** 3:4 7:20
24:12 25:3
76:9
**shape** 57:6
**share** 18:21
49:18,20 52:4
107:10 111:24
112:7 115:19

135:8
**shared** 115:6
**sharing** 18:20
102:11 111:18
111:22 114:17
114:20,22,23
115:4,9,13,15
115:17 116:2,3
116:17,22
117:4 127:9
128:3 135:7
140:12,13
**shorthand** 2:17
145:2,7
**show** 96:24
111:12 118:1
122:2 125:17
128:6
**showing** 51:13
51:17 137:20
**shows** 112:18
112:21
**sic** 16:4
**signature**
145:24 146:25
**similar** 11:18
12:14,25 13:6
19:15 79:16,19
79:25 80:7,24
81:2,5
**similarly**
110:15
**simple** 123:20
**simply** 52:20

**single** 114:10
137:7
**sir** 23:6 24:22
31:13 40:12
67:13 85:11
87:16
**sit** 9:17,22
13:21 14:2
16:9 18:5,7,22
19:3 20:3,13
23:6 32:17,19
44:19 47:20
50:18 54:10
55:16,24 56:2
58:15 64:18,21
72:16 73:24
79:11,22 82:1
82:19,24 83:13
90:16 91:16
98:6 104:18
121:6 125:16
**sitting** 18:14
48:15
**situation** 111:6
**six** 128:8
144:10
**skip** 27:11
**slightly** 37:7
**slow** 125:19
**small** 29:15,16
71:16,20 72:2
73:12 74:1
75:4,11,15,19
75:23 76:20
77:14,19 93:24

94:3,5 95:10
95:12 98:13
109:4
**smaller** 102:19
**solutions** 7:1,3
**somebody**
16:20 79:24
90:18 91:11,14
103:24 131:5
136:14
**somewhat**
134:14
**son's** 22:9
**sorry** 10:19
15:11 16:6
17:8 23:25
32:18 37:16
38:5 44:7
45:18 48:20
50:12 53:15
54:2,20 61:10
65:5,22 67:9
67:12 69:6
72:20 78:25
83:4 91:4,25
93:14 96:22
97:14 104:6
107:5 114:25
116:11 119:8
119:15,18
124:25 126:11
127:8 133:19
135:4 142:8
143:10

**sort** 13:25 49:3
63:7 68:2
72:17
**sorts** 63:6,9
96:19
**sound** 9:4
**sounds** 116:17
120:24
**southern** 1:2
2:2 6:21
**span** 39:3,3
**specific** 25:20
27:11 29:2
**specifically**
24:9 25:9
98:11 141:10
**speculate** 14:11
**speculation**
19:6
**spell** 18:6
**spelled** 16:3
**spending**
134:12
**spoken** 16:8
26:17
**sponsored** 52:3
**spreadsheet**
5:6,9 89:5,7,11
89:12,15,18
94:21 100:19
102:15 103:7
105:12 107:3
120:5,7 121:13
122:18 125:1,1
126:13 133:3

133:19,21
135:3,6,14,16
137:17,19
141:16
**spreadsheets**
90:1
**stand** 102:2
143:8
**standing** 144:5
**start** 69:13
89:2 92:7
106:22
**started** 16:25
23:1
**starting** 118:13
129:2
**state** 7:8,10
85:1,18 145:2
**stated** 77:2
81:1 139:16
**statement**
46:15 47:11
49:6 71:25
84:23 100:12
108:13
**states** 1:1 2:1
6:20
**stay** 143:14
**stenographic...**
1:23
**steps** 33:12,18
**stick** 36:14 59:3
59:4 91:5
108:19

**sticker** 65:1,2
**sticking** 49:7
**stipulating**
142:24
**stocks** 45:5
46:8
**stop** 21:11
111:18,22
140:12
**stopped** 21:13
107:15
**strategy** 37:3,9
37:14 38:19
39:16 40:6
71:20 75:14,22
76:19 77:18
**street** 3:7,19
**strictly** 18:23
49:5 121:4
122:15
**subject** 43:13
44:17 104:10
122:14
**submit** 24:4
134:8,23
**submitted**
15:17 22:15
24:3,7 26:2
80:12
**submitting**
30:14 75:17,25
76:3
**subscribed**
145:18

**subsequently**
30:18
**suffered**   24:23
25:10 108:23
**suite**   3:8 27:14
29:7 42:23,24
43:8,8,12
44:14,14,21,22
45:22,23,25
49:9,19,21
50:11,17,23
51:7,14 52:2,2
52:12,13,16,18
53:12,17,25
54:8 55:3,4,25
56:7,9,12,12
57:2,3,18,19
58:15,16,23,24
60:3,4 62:21
62:23 64:4,6
64:10 65:12
93:19 114:9
**suite's**   49:10
54:13
**suites**   43:7
64:14 93:13
**sum**   120:3
139:5,6 140:1
140:4
**summation**
121:12
**supervision**
137:15
**supporting**
87:4

**suppose**   47:13
55:17 56:20
58:2 138:9
**supposed**
124:24 135:10
136:8 138:7
**supposition**
26:19
**sure**   10:3 11:25
13:4 17:4 18:8
19:7 23:18
29:2 30:2
34:18 37:20
43:17 45:7
47:10 56:5
67:11 80:13
88:4 90:17,19
99:10 102:23
104:23 105:23
109:13 114:24
115:7 119:19
120:2 127:16
135:12 136:19
138:18 139:13
**surprised**
91:17 130:13
**surprising**
41:23
**svetla**   19:4
**switch**   90:24
124:19 127:22
**switching**
105:9 124:25
136:5

**sworn**   7:12,24
**symbol**   51:13
132:17
**symbols**   50:6
50:10,17 51:18

**t**

**t**   4:1 5:1 65:8
65:20 66:5,22
68:19 70:12,19
**tab**   41:20 96:15
103:11,15,22
105:14 106:5
109:22 110:8
128:1 135:17
135:19 136:5
141:21
**tabs**   110:7
**take**   6:14 8:20
14:13 21:21
34:15 58:7
61:11 101:19
101:21 128:24
129:1,3 143:4
143:6
**taken**   2:15 6:17
34:24 61:18
102:5 129:13
134:10 143:18
145:4
**takes**   41:6
**talk**   27:11
54:20 63:11
130:7,9
**talked**   130:10
130:10

**talking**   14:24
16:12 53:3
55:15 56:16
115:6 119:3
**tang**   3:5 7:20
7:20 10:20
11:12,24 14:23
24:13,17 27:24
28:12 36:20
57:20 59:10,15
74:4,18 93:7
114:18 118:3
119:12 144:7
**target**   27:14
28:24,25 36:24
39:23 40:1,7
40:10,25 42:21
43:4,6,7,21,23
45:10 49:18
64:11,14 65:7
65:13,19,20,21
66:1,5,10,16,17
66:22 67:1,7
67:17 68:14,19
68:23 70:13,13
70:20 93:12,19
112:19,22
113:10,24
114:5 116:4
117:14,22
118:11,19
132:14 135:20
135:24 136:9
**taught**   73:16

**tautology** 71:25
**tdf** 29:7 126:5
  130:25
**tdfs** 27:15 29:7
  45:3 46:6 95:8
  95:8 96:3
  136:2 137:8
**team** 52:4
  91:11,14
  103:25 113:16
  131:5
**technically**
  11:5 12:2
**technology**
  6:24 9:1
**tell** 35:12 39:2
  44:3 48:11
  62:6 63:12
  74:8 80:19
  84:12 87:8
  88:19 97:22
  98:25 103:3
  129:24 134:9
**telling** 59:21
  143:2
**tells** 97:24
**ten** 9:24 10:4
  20:14 61:14
  101:21
**term** 48:25
  85:13 87:14
  88:6,9,11
  134:5
**terminal** 30:5
  31:1

**terms** 72:22
**test** 26:23 27:1
  28:4,22
**testified** 7:24
**testify** 85:4,4
**testifying** 8:15
  35:13 62:7
  103:4 129:25
**testimony** 13:5
  54:5 72:9,24
  74:4,12 92:2
  93:6 130:8,9
  145:9
**texas** 1:2 2:2
  6:21
**text** 30:24
  134:17
**thank** 7:13
  11:24 23:17
  24:17 35:5
  41:10 61:24
  70:8 101:24
  102:21,22
  105:8 128:21
  129:19 130:4
  143:15,24
**theoretically**
  99:18
**theory** 97:23
  121:5
**thing** 77:9
**things** 26:20
  35:18 37:17
  48:12 58:6
  59:20,22,23

60:25 63:9
68:3 76:4 77:5
84:24 87:3,5
88:2,14 89:13
98:10 123:10
125:21 132:13
**think** 10:11
  11:4 12:2
  14:17 16:24
  23:16 26:18
  32:13 35:18
  52:8 53:7 54:6
  56:3 58:3 68:7
  72:6,22 80:8
  82:2,16 86:14
  88:22 94:13
  99:7 100:7
  103:10 108:12
  108:15 116:10
  119:20 120:23
  121:5 122:15
  131:8,10
  139:15,22
**thinking** 47:8
  47:18 48:12,16
  49:5 53:3,20
  55:15,18 56:16
  56:18,20 58:25
  60:16,18 63:8
  63:12,13,21,22
  63:24,25 67:21
  68:3,4
**third** 42:20
**thought** 16:14
  47:11 53:9,9

53:21,23 54:16
56:25 57:4,5
60:17 72:15
73:22 74:8
75:7 79:11
94:11 111:24
119:14 123:15
**thoughts** 48:4
**three** 10:8,12
  15:7 58:3,18
  58:20 69:15
  94:7 106:18
**ticker** 50:6,10
  50:16,25 51:10
  51:13,18
  132:17,20
**time** 6:6 7:8
  8:18 21:21
  25:8,21 26:7
  30:14 34:15,19
  39:3,3,6 44:4
  45:5 46:8
  56:14 61:11,13
  69:21,22,23
  76:16 101:3,17
  106:18 119:21
  129:5 132:4
  134:13,14
  140:6 143:25
  144:12 145:5
**times** 8:11
  41:24 59:21
**title** 136:1
**today** 8:19 9:1
  9:22 11:21

13:21 14:2
20:3 23:6
25:21 32:17,19
44:19 47:21
48:6 50:18
54:10 55:17,24
56:2 58:15
64:2,8,18,21
65:10 72:16
73:24 79:11,22
82:1,19,25
83:13 90:16
91:16 98:6
121:7 125:12
125:16 139:14
142:21
**today's** 144:9
**together** 17:12
**told** 82:15,21
82:23 83:12
116:21
**took** 101:17
**top** 15:12
104:13
**total** 97:11,18
121:16 138:3
144:10
**track** 52:20
101:16
**transcribed**
145:8
**transcript**
145:9,11,13
**transcription**
146:6

**trouble** 110:7
**true** 52:7,24
53:2 55:6,8
61:4 82:3,4
84:5 85:2,19
86:10,15
123:11 145:9
**truth** 35:13
62:7 84:12
103:4 129:24
**truthful** 14:15
**truthfully** 48:7
**try** 8:25 41:16
44:7 53:16
88:20 108:6
118:8
**trying** 14:9
18:19 58:7
63:16 80:18
85:11 115:12
116:12 131:14
136:24 140:12
**tune** 98:16
101:8
**turn** 31:13
42:17 48:18
51:21 65:4
83:18 89:2
91:22 96:15
141:6 142:16
**turned** 134:4
**two** 12:11
22:22 57:25
67:22 127:3,20
128:7 136:18

138:3 139:8
**type** 90:8 111:6
**typed** 90:13
91:3
**tzenova** 19:4

**u**

**u** 16:4
**umbrella** 12:4
19:25 47:13
53:4 55:16
63:9
**unclear** 8:24
**uncomfortable**
28:6
**under** 8:14
12:4 19:24
24:24 25:10,13
35:9 47:5,12
47:18 52:18
53:4,20 55:4
55:15,25 58:7
62:3,9 63:9
84:13,17 85:1
85:6,18 86:14
103:1 108:23
118:21 120:23
123:4 129:21
137:15 145:8
**underlying**
54:13 90:22
113:6
**understand** 8:7
8:16 10:18,21
14:18 19:12
20:21 30:23

35:6,9 43:12
46:15 47:1,3,4
49:6 51:12
53:24 57:15
60:11,24 61:25
62:3 68:7
74:20 79:1
80:18 83:22
84:7,12 85:11
87:16,22,25
96:22 99:9
102:25 114:22
115:13,23
118:5,6,23
119:20 129:20
129:23
**understanding**
30:10 39:2
40:12,15 43:20
44:16 50:9
51:15 54:24
56:24 57:2,7
57:12,12,17
60:21 61:2
62:5,9 84:11
84:14 87:6,9
88:8,11 97:5
98:2 104:2
107:12 115:3
**understood**
22:4 24:16
**undertake**
33:12,18 36:23
**unfortunately**
15:15

| | | | |
|---|---|---|---|
| **unit** 6:16 | **v** | **videographer** | 122:4 126:11 |
| **united** 1:1 2:1 | | 3:24 6:4 7:1 | 127:10 128:24 |
| 6:20 | **vague** 10:6 | 34:21,25 61:15 | 134:22 135:8 |
| **unreasonable** | 14:10 48:9 | 61:19 102:2,6 | 137:23 |
| 28:15 | 63:6 | 102:13,18 | **wanted** 11:22 |
| **untrue** 131:9 | **valid** 27:8 | 111:21,25 | 83:2 107:4 |
| **untruthful** | **validate** 28:8 | 129:10,14 | 136:22 |
| 134:6,6 | 91:6 | 143:8,11,15,19 | **warning** 94:20 |
| **update** 30:16 | **validity** 26:23 | 144:2,8 | **wasted** 134:13 |
| 42:4 | 27:1 | **videotaped** | **way** 23:16 |
| **upload** 41:3 | **value** 29:15,16 | 1:14 2:14 | 54:17 55:7 |
| 94:21 111:19 | 71:16,21 72:2 | **view** 102:19 | 57:6 59:6 |
| 142:10 | 73:12 74:1 | **vintages** 120:4 | 64:17 69:4 |
| **uploaded** 41:6 | 75:4,11,15,19 | 126:5 130:25 | 80:6,22 83:14 |
| **uploading** | 75:23 76:20 | **virtual** 1:14 | 89:25 93:3 |
| 140:22 | 93:24 94:5,6 | 6:24 | 94:9 99:19 |
| **use** 9:21 22:1 | 95:10 98:13 | **virtually** 6:8 | 100:9 105:12 |
| 28:7 68:6 | 109:4 | **vitae** 9:18,23 | 108:19 109:25 |
| 80:22 81:12 | **vanguard** | 12:9 | 111:12 118:24 |
| 85:13 124:21 | 64:10 65:8,13 | **vs** 1:6 2:6 146:1 | 119:4 121:3 |
| **used** 33:16 71:4 | 65:19 66:10 | | 138:7,8 |
| 79:5,13,15,16 | 67:1 68:23 | **w** | **ways** 58:18 |
| 79:20,24,25 | 70:12,19 | | **we've** 34:14 |
| 80:23,25 81:2 | 117:14,21 | **w2** 12:17 15:25 | 134:12 |
| 81:5 89:19 | 118:19 | **waiting** 24:4 | **website** 23:12 |
| 114:8 131:10 | **verify** 52:9 | **walk** 97:6 | **weight** 54:15 |
| 134:5 139:21 | **veritext** 7:1,3 | **walnut** 3:7 | **went** 37:18,18 |
| 139:21 144:10 | 21:15 | **want** 8:19 10:1 | 90:13 111:15 |
| **using** 6:24 9:1 | **version** 89:21 | 10:6 12:3 | 117:5 |
| 87:14 88:11 | 134:8 | 14:10,15 17:4 | **wermers** 11:17 |
| 121:21 122:20 | **versus** 6:19 | 24:13 35:19 | **werner** 1:15 |
| 145:7 | 58:23 64:5 | 37:22 44:7 | 2:14 5:4,9 6:17 |
| **utilized** 70:25 | 134:3 | 45:19 55:14 | 7:21,23 8:2 |
| 120:13 | **video** 6:13,17 | 67:10,20 80:11 | 11:13,15 21:14 |
| | 9:3 102:17 | 84:23 85:7 | 24:19 32:20 |
| | | 92:21 99:6,9 | |
| | | 114:15 120:7 | |

34:19 35:3,6
41:5 43:19
45:9 48:5 56:3
59:7 60:1 61:4
61:13,22,25
62:11 64:2,25
65:23 68:6
70:4,23 78:24
82:18 94:25
99:5 100:23
101:16 102:9
102:22 107:7
112:2 114:15
115:1 117:12
119:5 124:8
129:6,17,20
130:7,18 131:8
136:12,23
140:13 142:21
143:22,25
144:10 146:3
**whereof** 145:17
**willing** 115:19
**witness** 6:11
7:12 10:19,21
13:6 14:24
21:19 24:16
27:25 28:13
34:14,20 36:21
41:11 42:7
54:6 57:21
72:10,25 74:5
74:10,13,19
82:12 83:22
92:3 93:8

102:14,19,23
114:19 118:4
119:13 128:22
129:2,7 140:17
140:19,23
141:2,4 145:17
146:3
**wonderful**
41:22
**word** 28:7
54:11 84:11
85:13 87:6
88:4 143:4
**words** 26:18
89:12 123:25
**work** 19:15
72:18 112:8
120:5 122:11
137:20
**worked** 19:11
138:7
**working** 12:6
21:13 23:1
**works** 12:25
59:6 105:12
109:25 111:6
**worksheet**
100:20 110:8
136:6 141:15
**world** 63:18
**worse** 98:16,17
101:8 110:25
**write** 99:6
**written** 57:14
137:14 138:7

**wrong** 39:4
98:25 99:3
117:1
**wrote** 85:9,12
137:13

**x**

**x** 1:3,10 2:3,10
4:1,1 5:1,1
132:22 145:13
**xylophone**
132:23
**xyz** 109:5,8,10

**y**

**year** 9:24 10:5
10:13 12:11
22:16 23:5
49:19 69:5,15
69:18
**years** 9:24,25
10:4,5,8,12
12:12 20:14
22:22
**yield** 103:16
**yields** 138:20
138:23 139:3

**z**

**zero** 97:21
111:15 120:10
121:9,12,12,12
**zoom** 1:14

Federal Rules of Civil Procedure

Rule 30

(e)  Review By the Witness; Changes.

(1)  Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A)  to review the transcript or recording; and

(B)  if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2)  Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.