# Exhibit G




**Quanta Services**
**November 19, 2020**
**3rd Quarter 2020 Investment Committee Meeting**

| | | |
|---|---|---|
| **Attendees:** | **Derrick Jensen** | **Quanta Services** |
| | **Steven Wilhelm** | **Quanta Services** |
| | **Libby Apostol** | **Quanta Services** |
| | **Carolyn Campbell** | **Quanta Services** |
| | **Eric Ferguson** | **Quanta Services** |
| | **Kip Rupp** | **Quanta Services** |
| | **Nick Grindstaff** | **Quanta Services** |
| | **Kim Riddle** | **Quanta Services** |
| | **Shahzad Sadiq** | **Quanta Services** |
| | **Ted Albright** | **Fidelity** |
| | **Dallas Dendy** | **Fidelity** |
| | **Brian Gault** | **Fidelity** |
| | **Rich Eagar** | **Qualified Plan Advisors** |
| | **Kartik Jambulapati** | **Qualified Plan Advisors** |
| **Absent:** | **Redgie Probst** | **Quanta Services** |
| | **Sharon Miller** | **Quanta Services** |
| **Location:** | **Video Conference** | |
| **Time:** | **2:00 P.M.** | |

**I. Welcome & Introductions**
After introductions, the meeting began promptly.

**II. Fidelity Cyber Security Discussion**
During the prior Committee meeting, a discussion was had on cyber security. Upon conclusion of the conversation, a request was made to have a representative from Fidelity review and update the Committee regarding Fidelity's cyber security policies. Brian Gault joined the meeting to review this topic.



Your Comprehensive Fiduciary Partner

Brian discussed Fidelity's commitment to protecting participant data and maintaining comprehensive cyber security policies. Though not in place just yet, he indicated that the Department of Labor is in process of issuing guidance regarding cyber security. Fidelity maintains 1,100 employees dedicated to cyber security and spends $3B annually on information technology. Brian also reviewed the various ISO certifications that Fidelity maintains in cyber security and how Fidelity has implemented proactive solutions to block participant accounts when under threat. Shahzad, a representative from Quanta's information technology team, asked questions to Fidelity surrounding password resets and multi-factor authentication being a default for the plan. These items were discussed more in detail.

**III. Plan Administration Update**

The Quanta Services human resources and benefits team provided updates regarding several items. Testing for the plan has been completed with no major findings and the 5500 has been filed for the 2019 plan year. Notices were mailed to participants on November 16. Lastly, an update was provided regarding the non-qualified plan enrollment.

**IV. Review of Prior Meeting Minutes**

Minutes from the September 1, 2020 Committee meeting were reviewed and approved.

**V. Investment Fees Conversation Update**

Rich continued conversation with the Committee surrounding the options available to lower the investment costs for participants. An overview was provided surrounding the various options available within the core fund lineup to move to a lower share class of investment. These options were reviewed covering fee differences and performance.

Additionally, a thorough conversation was held regarding the target date fund options. Rich, with the aid of Ted and Dallas from Fidelity, reviewed the current actively managed Fidelity Freedom target date options within the plan. As was requested at the prior meeting, Rich and the Fidelity team provided an overview of the FIAM Blend target date options. This target date suite from Fidelity maintains a part actively managed, part passively managed approach to lower costs while keeping the same glidepath as the actively managed Fidelity target date funds. Two share classes were reviewed: The X share class that has an expense ratio of 0.36% per fund (contains 10bps of revenue sharing), and the S share class that has an expense ratio of 0.26% (contains 0 revenue sharing). The Committee discussed these two options and Rich and the Fidelity team answered questions on performance, fees, glidepath, and comparisons to other target date suites.

After thorough review, the Committee elected to make the following changes:

QUALIFIED PLAN ADVISORS
Your Comprehensive Fiduciary Partner

| Current Fund Name | Expense | → | New Fund Name | Expense |
|---|---|---|---|---|
| Fidelity Total Bond | 0.45% | → | Fidelity Total Bond K6 | 0.30% |
| Fidelity Balanced K | 0.45% | → | Fidelity Balanced K6 | 0.32% |
| Fidelity Diversified International K | 0.63% | → | Fidelity Diversified International K6 | 0.60% |
| *Fidelity Low-Priced Stock K | 0.69% | → | Fidelity Low-Priced Stock K6 | 0.50% |
| American Beacon Small Cap Value R5 | 0.83% | → | American Beacon Small Cap Value R6 | 0.80% |
| Fidelity Freedom Funds K | 0.42% - 0.65% | → | FIAM Blend Target Date Class S | 0.26% |

*Subsequent to initial conversation, the expense ratio of Fidelity Low-Priced Stock K increased from 0.43% to 0.69%. This made the K6 share class at 0.50% less expensive and was included in the fund changes.

Additionally, as a part of lowering the investment fees for participants, a detailed discussion was had surrounding the current amount that has accumulated within the plan's ERISA budget account (RCP account for excess revenue sharing). The Quanta human resources team, QPA, and Fidelity also provided detail on how this account balance accumulates, and the various options the Committee has to use these dollars. After thorough discussion, it was voted and approved by the Committee that a part of the account should be distributed to participants as additional earnings, and the remaining balance would be retained to pay for ERISA approved expenses until the account fully depletes. The Committee assigned the Quanta human resources team to determine the final amount to distribute to participants.

*After the conclusion of the meeting, the Quanta human resources team met and determined the amount of the ERISA budget to distribute to participant accounts. The remaining balance will be used to for ERISA approved expenses. The Quanta human resources team worked with Fidelity on this project and it was completed on December 9, 2020.

Quanta, Fidelity and QPA will work together to proceed with the changes.

**VI. 3rd Quarter 2020 Investment Results**

Discussion started with review of the current market conditions and continued positive returns rebounding from the March 2020 lows. Rich also reviewed the current regulatory and legal landscape. The recently released IRS guidance on the CARES Act provisions was discussed as well as lawsuits involving BTG International (revenue sharing) and Cornell (fiduciary oversight).

Rich presented an analysis of the Quanta Services 401(k) Plan (the "Plan") 3rd quarter 2020 results including a detailed review and discussion of the current fund line up covering diversification, investment performance, benchmark analysis, investment fees



Your Comprehensive Fiduciary Partner

and expenses, asset allocation, recommendations for diversification and / or replacement (if warranted), and ongoing monitoring. Below are the key findings of the analysis:

The Plan's average weighted expense ratio was 0.44%, down 1 basis point from the previous quarter, while the morning star benchmark category was 0.77%, also down 1 basis point. It was noted that this average weighted expense should decrease once the fund changes are put in place.

Analysis showed that the aggregate investment portfolio outperformed its blended benchmark over the trailing quarter, year-to-date, 1, 3, and 5-year performance periods. The plan continues to be well diversified offering 16 core investment options and a target date suite managed by Fidelity Investments.

The Fidelity Freedom target date funds comprise 44.8% of total plan assets as participants seek an option to have their retirement contributions professionally managed. The single largest investment holding in the plan remains the American Funds Growth Fund of America large cap growth fund with over $111.1M in plan assets (10.8%). The second largest core holding is the Fidelity 500 Index fund with over $77.4M in total assets (7.5%).

As of 3rd quarter 2020 results, the following investment options were discussed in depth to determine monitor status. The Committee will continue to specifically review the performance of these options on a quarterly basis to monitor their status.

**Dodge & Cox Stock**
The fund had market level performance over the most recent quarter, returning 4.28% compared with the peer group average of 4.73%. The funds slight overweight to energy and healthcare contributed to some slight underperformance. Overall, the fund performance continues to improve as the 1, 3, 5, and 10-year returns are all ranked in the top half versus large cap value peers and outperform the Russell 1000 Value index. The Committee elected to keep the fund on Monitor status and continue monitoring the improvement in performance.

**DFA International Small/Mid Cap Value**
While the funds peer group rankings fall in the 50th percentile and below for each time period, performance remains close with that of the index. Over the trailing quarter and 1-year periods it trailed the MSCI EAFE Small Value Index by 92 and 72 basis points respectively. The fund remains low cost at 0.64% and does provide exposure to the small cap international space for participants. It was determined to keep the fund on Watch status and continue to monitor its progress.

QUALIFIED PLAN ADVISORS

Your Comprehensive Fiduciary Partner

**Vanguard GNMA**
The Vanguard bond fund has underperformed the Intermediate Treasury Index over the trailing quarter, year-to-date, 1, and 3-year time periods. While the fund has returned 3.35% so far in 2020, it trails the peer group 182 basis points. The fund is very low cost at 0.11%. When mortgage refinance activity is high, the yield on the fund is likely to decrease. This has been the case so far in 2020 as rates have fallen to post financial crisis lows. The Committee placed the fund on Monitor status and will continue to monitor its performance.

**V. Fidelity Plan Review**
Ted and Dallas from Fidelity provided a review of the Quanta retirement plan. The majority of Fidelity discussion took place during the fund change and fees conversation. Total assets in the plan grew to $1.03B by the end of the third quarter off of strong market performance. Average deferral rates remain at 8.5%. Withdrawals are higher through the 3rd quarter due to CARES Act distributions taken by Quanta participants.

**There being no further business the meeting adjourned at 4:00 P.M.**