UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **MARY LALIBERTE and MARIE MCKNIGHT, individually and as representatives of a class of similarly situated persons, on behalf of the QUANTA SERVICES, INC. 401(K) SAVINGS PLAN,**<br><br>　　　　**Plaintiffs,**<br><br>　　v.<br><br>**QUANTA SERVICES, INC.,**<br><br>　　　　**Defendant.** | **Case No: 4:22-cv-03290 (AHB)** |

### DECLARATION OF JEREMY P. BLUMENFELD IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS UNDER FED. R. CIV. P.

I, Jeremy P. Blumenfeld, declare as follows:

1. I am an attorney with the law firm Morgan, Lewis & Bockius LLP, admitted to practice *pro hac vice* before this Court as counsel for Defendant Quanta Services, Inc. I submit this declaration in connection with Defendant's Motion to Dismiss the Complaint for Lack of Article III Standing under Fed. R. Civ. P. 12(b)(1). I have personal knowledge of the information stated in this declaration.

2. Attached as **Exhibit A** is a true and correct copy of the 2020 Quanta Services, Inc. 401(k) Savings Plan Form 5500.

3. Attached as **Exhibit B** is a true and correct copy of the non-confidential portions of the transcript of the deposition of Plaintiff Marie McKnight taken on September 5, 2024.

4. Attached as **Exhibit C** is a true and correct copy of the transcript of the deposition of Plaintiff Mary Laliberte taken on August 27, 2024.

5. Attached as **Exhibit D** is a true and correct copy of Plaintiff Marie McKnight's Confidential Severance Agreement and Release of All Claims, dated June 7, 2019.

6. Attached as **Exhibit E** is a true and correct copy of Plaintiff Mary Laliberte's Confidential Severance Agreement and Release of All Claims, dated May 5, 2020.

7. Attached as **Exhibit F** is a true and correct copy of the Expert Report of Dr. Adam Werner dated August 1, 2024, submitted by Plaintiffs in connection with this litigation.

8. Attached as **Exhibit G** is a true and correct copy of the transcript of the deposition of Dr. Adam Werner taken on September 9, 2024.

9. Attached as **Exhibit H** is a true and correct copy of the backup materials to Dr. Adam Werner's Report, provided by Dr. Werner, dated August 1, 2024.

10. Attached as **Exhibit I** is a true and correct copy of the order issued on November 8, 2024, in *Esquivel v. Whataburger Restaurants, LLC*, No. SA-24-CV-00310-XR (W.D. Tex.).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 20 day of December, 2024, in Philadelphia, PA.

*/s/ Jeremy P. Blumenfeld*
Jeremy P. Blumenfeld