# Exhibit A

## Form 5500

Department of the Treasury
Internal Revenue Service

Department of Labor
Employee Benefits Security
Administration

Pension Benefit Guaranty Corporation

## Annual Return/Report of Employee Benefit Plan

This form is required to be filed for employee benefit plans under sections 104
and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and
sections 6057(b) and 6058(a) of the Internal Revenue Code (the Code).

▶ **Complete all entries in accordance with
the instructions to the Form 5500.**

OMB Nos. 1210-0110
1210-0089

**2020**

**This Form is Open to Public
Inspection**

| Part I | Annual Report Identification Information |
|---|---|

For calendar plan year 2020 or fiscal plan year beginning  01/01/2020  and ending  12/31/2020

**A** This return/report is for:   ☐ a multiemployer plan    ☒ a multiple-employer plan (Filers checking this box must attach a list of participating employer information in accordance with the form instructions.)

☐ a single-employer plan    ☐ a DFE (specify) ____

**B** This return/report is:   ☐ the first return/report    ☐ the final return/report

☐ an amended return/report    ☐ a short plan year return/report (less than 12 months)

**C** If the plan is a collectively-bargained plan, check here. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**D** Check box if filing under:   ☒ Form 5558    ☐ automatic extension    ☐ the DFVC program

☐ special extension (enter description)

| Part II | Basic Plan Information—enter all requested information |
|---|---|

**1a** Name of plan

QUANTA SERVICES, INC. 401(K) SAVINGS PLAN

**1b** Three-digit plan number (PN) ▶  001

**1c** Effective date of plan
01/01/1999

**2a** Plan sponsor's name (employer, if for a single-employer plan)
Mailing address (include room, apt., suite no. and street, or P.O. Box)
City or town, state or province, country, and ZIP or foreign postal code (if foreign, see instructions)

QUANTA SERVICES INC.

2800 POST OAK BLVD STE 2600
HOUSTON, TX 77056

**2b** Employer Identification Number (EIN)
74-2851603

**2c** Plan Sponsor's telephone number
713-629-7600

**2d** Business code (see instructions)
238210

---

**Caution: A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.**

Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements and attachments, as well as the electronic version of this return/report, and to the best of my knowledge and belief, it is true, correct, and complete.

| SIGN HERE | Filed with authorized/valid electronic signature. | 10/12/2021 | KIM RIDDLE |
|---|---|---|---|
| | Signature of plan administrator | Date | Enter name of individual signing as plan administrator |
| SIGN HERE | | | |
| | Signature of employer/plan sponsor | Date | Enter name of individual signing as employer or plan sponsor |
| SIGN HERE | | | |
| | Signature of DFE | Date | Enter name of individual signing as DFE |

**For Paperwork Reduction Act Notice, see the Instructions for Form 5500.**

**Form 5500 (2020)
v. 200204**

Form 5500 (2020)                                                                Page **2**

| | | |
|---|---|---|
| **3a** Plan administrator's name and address ☒ Same as Plan Sponsor | **3b** Administrator's EIN | |
| | **3c** Administrator's telephone number | |

| | | |
|---|---|---|
| **4** If the name and/or EIN of the plan sponsor or the plan name has changed since the last return/report filed for this plan, enter the plan sponsor's name, EIN, the plan name and the plan number from the last return/report: | **4b** EIN | 74-2851603 |
| **a** Sponsor's name QUANTA SERVICES, INC. | **4d** PN | 001 |
| **c** Plan Name QUANTA SERVICES, INC. 401(K) SAVINGS PLAN | | |

| | | | |
|---|---|---|---|
| **5** Total number of participants at the beginning of the plan year | **5** | 34789 |
| **6** Number of participants as of the end of the plan year unless otherwise stated (welfare plans complete only lines **6a(1)**, **6a(2)**, **6b**, **6c**, and **6d**). | | |
| **a(1)** Total number of active participants at the beginning of the plan year............................... | **6a(1)** | 30557 |
| **a(2)** Total number of active participants at the end of the plan year ..................................... | **6a(2)** | 20373 |
| **b** Retired or separated participants receiving benefits......................................................... | **6b** | 29 |
| **c** Other retired or separated participants entitled to future benefits .................................... | **6c** | 4683 |
| **d** Subtotal. Add lines **6a(2)**, **6b**, and **6c**. | **6d** | 25085 |
| **e** Deceased participants whose beneficiaries are receiving or are entitled to receive benefits. ............. | **6e** | 50 |
| **f** Total. Add lines **6d** and **6e**. | **6f** | 25135 |
| **g** Number of participants with account balances as of the end of the plan year (only defined contribution plans complete this item) ................................ | **6g** | 16317 |
| **h** Number of participants who terminated employment during the plan year with accrued benefits that were less than 100% vested ................................ | **6h** | 2 |
| **7** Enter the total number of employers obligated to contribute to the plan (only multiemployer plans complete this item)........ | **7** | |

**8a** If the plan provides pension benefits, enter the applicable pension feature codes from the List of Plan Characteristics Codes in the instructions:

3H  2E  2F  2G  2J  2K  2T  3D

**b** If the plan provides welfare benefits, enter the applicable welfare feature codes from the List of Plan Characteristics Codes in the instructions:

| **9a** Plan funding arrangement (check all that apply) | | **9b** Plan benefit arrangement (check all that apply) | |
|---|---|---|---|
| **(1)** ☐ Insurance | | **(1)** ☐ Insurance | |
| **(2)** ☐ Code section 412(e)(3) insurance contracts | | **(2)** ☐ Code section 412(e)(3) insurance contracts | |
| **(3)** ☒ Trust | | **(3)** ☒ Trust | |
| **(4)** ☐ General assets of the sponsor | | **(4)** ☐ General assets of the sponsor | |

**10** Check all applicable boxes in 10a and 10b to indicate which schedules are attached, and, where indicated, enter the number attached. (See instructions)

**a** Pension Schedules

**(1)** ☒ **R** (Retirement Plan Information)

**(2)** ☐ **MB** (Multiemployer Defined Benefit Plan and Certain Money Purchase Plan Actuarial Information) - signed by the plan actuary

**(3)** ☐ **SB** (Single-Employer Defined Benefit Plan Actuarial Information) - signed by the plan actuary

**b** General Schedules

**(1)** ☒ **H** (Financial Information)

**(2)** ☐ **I** (Financial Information – Small Plan)

**(3)** ☐ 0 **A** (Insurance Information)

**(4)** ☒ **C** (Service Provider Information)

**(5)** ☒ **D** (DFE/Participating Plan Information)

**(6)** ☐ **G** (Financial Transaction Schedules)

QUANTA_001756

Form 5500 (2020)                                                                                                Page **3**

| Part III | Form M-1 Compliance Information (to be completed by welfare benefit plans) |
|---|---|

**11a** If the plan provides welfare benefits, was the plan subject to the Form M-1 filing requirements during the plan year? (See instructions and 29 CFR 2520.101-2.) .............................……..…… ☐ Yes   ☐ No

If "Yes" is checked, complete lines 11b and 11c.

**11b** Is the plan currently in compliance with the Form M-1 filing requirements? (See instructions and 29 CFR 2520.101-2.) ………... ☐ Yes   ☐ No

**11c** Enter the Receipt Confirmation Code for the 2020 Form M-1 annual report.  If the plan was not required to file the 2020 Form M-1 annual report, enter the Receipt Confirmation Code for the most recent Form M-1 that was required to be filed under the Form M-1 filing requirements. (Failure to enter a valid Receipt Confirmation Code will subject the Form 5500 filing to rejection as incomplete.)

Receipt Confirmation Code_____

| **SCHEDULE C**<br>**(Form 5500)**<br><br>Department of the Treasury<br>Internal Revenue Service<br><br>Department of Labor<br>Employee Benefits Security Administration<br><br>Pension Benefit Guaranty Corporation | **Service Provider Information**<br><br>This schedule is required to be filed under section 104 of the Employee Retirement Income Security Act of 1974 (ERISA).<br><br>▶ **File as an attachment to Form 5500.** | OMB No. 1210-0110<br><br>**2020**<br><br>**This Form is Open to Public Inspection.** |
|---|---|---|

| For calendar plan year 2020 or fiscal plan year beginning | 01/01/2020 | and ending | 12/31/2020 |
|---|---|---|---|

| **A** Name of plan<br>QUANTA SERVICES, INC. 401(K) SAVINGS PLAN | **B** Three-digit<br>plan number (PN)   ▶ | 001 |
|---|---|---|

| **C** Plan sponsor's name as shown on line 2a of Form 5500<br>QUANTA SERVICES INC. | **D** Employer Identification Number (EIN)<br>74-2851603 |
|---|---|

---

| **Part I** | **Service Provider Information (see instructions)** |
|---|---|

You must complete this Part, in accordance with the instructions, to report the information required for **each person** who received, directly or indirectly, $5,000 or more in total compensation (i.e., money or anything else of monetary value) in connection with services rendered to the plan or the person's position with the plan during the plan year. If a person received **only** eligible indirect compensation for which the plan received the required disclosures, you are required to answer line 1 but are not required to include that person when completing the remainder of this Part.

## 1  Information on Persons Receiving Only Eligible Indirect Compensation

**a** Check "Yes" or "No" to indicate whether you are excluding a person from the remainder of this Part because they received only eligible indirect compensation for which the plan received the required disclosures (see instructions for definitions and conditions)................ ☒ Yes ☐ No

**b** If you answered line 1a "Yes," enter the name and EIN or address of each person providing the required disclosures for the service providers who received only eligible indirect compensation.  Complete as many entries as needed (see instructions).

---

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

FIDELITY INVESTMENTS INSTITUTIONAL

04-2647786

---

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

---

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

---

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

---

**For Paperwork Reduction Act Notice, see the Instructions for Form 5500.**

**Schedule C (Form 5500) 2020**
**v. 200204**

QUANTA_001758

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

QUANTA_001759

Schedule C (Form 5500) 2020                                    Page **3** - 1

**2. Information on Other Service Providers Receiving Direct or Indirect Compensation.** Except for those persons for whom you answered "Yes" to line 1a above, complete as many entries as needed to list each person receiving, directly or indirectly, $5,000 or more in total compensation (i.e., money or anything else of value) in connection with services rendered to the plan or their position with the plan during the plan year. (See instructions).

**(a)** Enter name and EIN or address (see instructions)

STRATEGIC ADVISORS, INC.

04-2654524

| (b)<br>Service Code(s) | (c)<br>Relationship to employer, employee organization, or person known to be a party-in-interest | (d)<br>Enter direct compensation paid by the plan. If none, enter -0-. | (e)<br>Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | (f)<br>Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | (g)<br>Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f). If none, enter -0-. | (h)<br>Did the service provider give you a formula instead of an amount or estimated amount? |
|---|---|---|---|---|---|---|
| 27 | ADVISOR | 366572 | Yes ☐ No ☒ | Yes ☐ No ☐ | | Yes ☐ No ☐ |

**(a)** Enter name and EIN or address (see instructions)

PRIME CAPITAL INVESTMENT ADVISORS

82-1364595

| (b)<br>Service Code(s) | (c)<br>Relationship to employer, employee organization, or person known to be a party-in-interest | (d)<br>Enter direct compensation paid by the plan. If none, enter -0-. | (e)<br>Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | (f)<br>Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | (g)<br>Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f). If none, enter -0-. | (h)<br>Did the service provider give you a formula instead of an amount or estimated amount? |
|---|---|---|---|---|---|---|
| 16 | CONSULTANT | 66250 | Yes ☐ No ☒ | Yes ☐ No ☐ | | Yes ☐ No ☐ |

**(a)** Enter name and EIN or address (see instructions)

WEINSTEIN SPIRA

74-2181616

| (b)<br>Service Code(s) | (c)<br>Relationship to employer, employee organization, or person known to be a party-in-interest | (d)<br>Enter direct compensation paid by the plan. If none, enter -0-. | (e)<br>Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | (f)<br>Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | (g)<br>Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f). If none, enter -0-. | (h)<br>Did the service provider give you a formula instead of an amount or estimated amount? |
|---|---|---|---|---|---|---|
| 10 | ACCOUNTANT/AUDITOR | 50000 | Yes ☐ No ☒ | Yes ☐ No ☐ | | Yes ☐ No ☐ |

Schedule C (Form 5500) 2020

Page **3 -** 2

**2. Information on Other Service Providers Receiving Direct or Indirect Compensation.** Except for those persons for whom you answered "Yes" to line 1a above, complete as many entries as needed to list each person receiving, directly or indirectly, $5,000 or more in total compensation (i.e., money or anything else of value) in connection with services rendered to the plan or their position with the plan during the plan year. (See instructions).

**(a)** Enter name and EIN or address (see instructions)

FIDELITY INVESTMENTS INSTITUTIONAL

04-2647786

| (b) Service Code(s) | (c) Relationship to employer, employee organization, or person known to be a party-in-interest | (d) Enter direct compensation paid by the plan. If none, enter -0-. | (e) Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | (f) Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | (g) Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f). If none, enter -0-. | (h) Did the service provider give you a formula instead of an amount or estimated amount? |
|---|---|---|---|---|---|---|
| 37 60 64 65 | RECORDKEEPER | -342876 | Yes ☒  No ☐ | Yes ☒  No ☐ | 0 | Yes ☒  No ☐ |

**(a)** Enter name and EIN or address (see instructions)

| (b) Service Code(s) | (c) Relationship to employer, employee organization, or person known to be a party-in-interest | (d) Enter direct compensation paid by the plan. If none, enter -0-. | (e) Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | (f) Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | (g) Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f). If none, enter -0-. | (h) Did the service provider give you a formula instead of an amount or estimated amount? |
|---|---|---|---|---|---|---|
| | | | Yes ☐  No ☐ | Yes ☐  No ☐ | | Yes ☐  No ☐ |

**(a)** Enter name and EIN or address (see instructions)

| (b) Service Code(s) | (c) Relationship to employer, employee organization, or person known to be a party-in-interest | (d) Enter direct compensation paid by the plan. If none, enter -0-. | (e) Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | (f) Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | (g) Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f). If none, enter -0-. | (h) Did the service provider give you a formula instead of an amount or estimated amount? |
|---|---|---|---|---|---|---|
| | | | Yes ☐  No ☐ | Yes ☐  No ☐ | | Yes ☐  No ☐ |

QUANTA_001761

Schedule C (Form 5500) 2020                                    Page **4** - ☐ 1

| **Part I** | **Service Provider Information (continued)** |

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation. Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| FIDELITY INVESTMENTS INSTITUTIONAL | 60 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| ABF SM CAP VAL R5 - DST ASSET MANA        430 W 7TH STREET STE 219432 KANSAS CITY, MO 64105 | 0.04% |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| FIDELITY INVESTMENTS INSTITUTIONAL | 60 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| DODGE & COX STOCK - DST ASSET MANA        430 W 7TH STREET STE 219432 KANSAS CITY, MO 64105 | 0.10% |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
|  |  |  |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
|  |  |

Page **5** - [ 1 ]

| Part II | Service Providers Who Fail or Refuse to Provide Information |
|---------|-----------------------------------------------------------------|

**4**  Provide, to the extent possible, the following information for each service provider who failed or refused to provide the information necessary to complete this Schedule.

| (a) Enter name and EIN or address of service provider (see instructions) | (b) Nature of Service Code(s) | (c) Describe the information that the service provider failed or refused to provide |
|---|---|---|
|  |  |  |
| (a) Enter name and EIN or address of service provider (see instructions) | (b) Nature of Service Code(s) | (c) Describe the information that the service provider failed or refused to provide |
|  |  |  |
| (a) Enter name and EIN or address of service provider (see instructions) | (b) Nature of Service Code(s) | (c) Describe the information that the service provider failed or refused to provide |
|  |  |  |
| (a) Enter name and EIN or address of service provider (see instructions) | (b) Nature of Service Code(s) | (c) Describe the information that the service provider failed or refused to provide |
|  |  |  |
| (a) Enter name and EIN or address of service provider (see instructions) | (b) Nature of Service Code(s) | (c) Describe the information that the service provider failed or refused to provide |
|  |  |  |
| (a) Enter name and EIN or address of service provider (see instructions) | (b) Nature of Service Code(s) | (c) Describe the information that the service provider failed or refused to provide |
|  |  |  |

Schedule C (Form 5500) 2020            Page **6 -**   1

| Part III | **Termination Information on Accountants and Enrolled Actuaries (see instructions)**<br>(complete as many entries as needed) |
|---|---|

| **a** Name: | | **b** EIN: |
|---|---|---|
| **c** Position: | | |
| **d** Address: | | **e** Telephone: |

Explanation:

| **a** Name: | | **b** EIN: |
|---|---|---|
| **c** Position: | | |
| **d** Address: | | **e** Telephone: |

Explanation:

| **a** Name: | | **b** EIN: |
|---|---|---|
| **c** Position: | | |
| **d** Address: | | **e** Telephone: |

Explanation:

| **a** Name: | | **b** EIN: |
|---|---|---|
| **c** Position: | | |
| **d** Address: | | **e** Telephone: |

Explanation:

| **a** Name: | | **b** EIN: |
|---|---|---|
| **c** Position: | | |
| **d** Address: | | **e** Telephone: |

Explanation:

QUANTA_001764

| **SCHEDULE D**<br>**(Form 5500)**<br><br>Department of the Treasury<br>Internal Revenue Service<br><br>Department of Labor<br>Employee Benefits Security Administration | **DFE/Participating Plan Information**<br><br>This schedule is required to be filed under section 104 of the Employee Retirement Income Security Act of 1974 (ERISA).<br><br>▶ **File as an attachment to Form 5500.** | OMB No. 1210-0110<br><br>**2020**<br><br>**This Form is Open to Public Inspection.** |
|---|---|---|

| For calendar plan year 2020 or fiscal plan year beginning   01/01/2020 | and ending   12/31/2020 | |
|---|---|---|

| **A** Name of plan<br>QUANTA SERVICES, INC. 401(K) SAVINGS PLAN | **B** Three-digit plan number (PN)  ▶ | 001 |
|---|---|---|
| **C** Plan or DFE sponsor's name as shown on line 2a of Form 5500<br>QUANTA SERVICES INC. | **D** Employer Identification Number (EIN)<br>74-2851603 | |

| **Part I** | **Information on interests in MTIAs, CCTs, PSAs, and 103-12 IEs (to be completed by plans and DFEs)**<br>(Complete as many entries as needed to report all interests in DFEs) |
|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:   MIP CL 2

**b** Name of sponsor of entity listed in (a):   FIDELITY MANAGEMENT TRUST COMPANY

| **c** EIN-PN  04-3022712-024 | **d** Entity code   C | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions)       27349127 |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**For Paperwork Reduction Act Notice, see the Instructions for Form 5500.**        **Schedule D (Form 5500) 2020**<br>**v. 200204**

Schedule D (Form 5500) 2020                    Page **2** -    1

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

QUANTA_001766

Schedule D (Form 5500) 2020                          Page **3** - ☐1☐

| Part II | Information on Participating Plans (to be completed by DFEs) |
|---------|--------------------------------------------------------------|

(Complete as many entries as needed to report all participating plans)

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

| SCHEDULE H (Form 5500) | Financial Information | OMB No. 1210-0110 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service<br><br>Department of Labor<br>Employee Benefits Security Administration<br><br>Pension Benefit Guaranty Corporation | This schedule is required to be filed under section 104 of the Employee Retirement Income Security Act of 1974 (ERISA), and section 6058(a) of the Internal Revenue Code (the Code).<br><br>▶ **File as an attachment to Form 5500.** | **2020**<br><br>**This Form is Open to Public Inspection** |

For calendar plan year 2020 or fiscal plan year beginning  01/01/2020    and ending    12/31/2020

**A** Name of plan

QUANTA SERVICES, INC. 401(K) SAVINGS PLAN

**B** Three-digit plan number (PN)  ▶  001

**C** Plan sponsor's name as shown on line 2a of Form 5500

QUANTA SERVICES INC.

**D** Employer Identification Number (EIN)

74-2851603

---

| Part I | Asset and Liability Statement |
|---|---|

**1** Current value of plan assets and liabilities at the beginning and end of the plan year. Combine the value of plan assets held in more than one trust. Report the value of the plan's interest in a commingled fund containing the assets of more than one plan on a line-by-line basis unless the value is reportable on lines 1c(9) through 1c(14). Do not enter the value of that portion of an insurance contract which guarantees, during this plan year, to pay a specific dollar benefit at a future date. **Round off amounts to the nearest dollar.** MTIAs, CCTs, PSAs, and 103-12 IEs do not complete lines 1b(1), 1b(2), 1c(8), 1g, 1h, and 1i. CCTs, PSAs, and 103-12 IEs also do not complete lines 1d and 1e. See instructions.

| Assets | | (a) Beginning of Year | (b) End of Year |
|---|---|---|---|
| **a** Total noninterest-bearing cash | **1a** | 0 | 0 |
| **b** Receivables (less allowance for doubtful accounts): | | | |
| (1) Employer contributions | **1b(1)** | 3762875 | 4451205 |
| (2) Participant contributions | **1b(2)** | 2063576 | 1978417 |
| (3) Other | **1b(3)** | 0 | 0 |
| **c** General investments: | | | |
| (1) Interest-bearing cash (include money market accounts & certificates of deposit) | **1c(1)** | 23270203 | 36578008 |
| (2) U.S. Government securities | **1c(2)** | 0 | 0 |
| (3) Corporate debt instruments (other than employer securities): | | | |
| (A) Preferred | **1c(3)(A)** | 0 | 0 |
| (B) All other | **1c(3)(B)** | 0 | 0 |
| (4) Corporate stocks (other than employer securities): | | | |
| (A) Preferred | **1c(4)(A)** | 0 | 0 |
| (B) Common | **1c(4)(B)** | 0 | 0 |
| (5) Partnership/joint venture interests | **1c(5)** | 0 | 0 |
| (6) Real estate (other than employer real property) | **1c(6)** | 0 | 0 |
| (7) Loans (other than to participants) | **1c(7)** | 0 | 0 |
| (8) Participant loans | **1c(8)** | 20518720 | 29888781 |
| (9) Value of interest in common/collective trusts | **1c(9)** | 19679006 | 27349127 |
| (10) Value of interest in pooled separate accounts | **1c(10)** | 0 | 0 |
| (11) Value of interest in master trust investment accounts | **1c(11)** | 0 | 0 |
| (12) Value of interest in 103-12 investment entities | **1c(12)** | 0 | 0 |
| (13) Value of interest in registered investment companies (e.g., mutual funds) | **1c(13)** | 916032813 | 1114309887 |
| (14) Value of funds held in insurance company general account (unallocated contracts) | **1c(14)** | 0 | 0 |
| (15) Other | **1c(15)** | 0 | 0 |

For Paperwork Reduction Act Notice, see the Instructions for Form 5500.

Schedule H (Form 5500) 2020
v. 200204

Schedule H (Form 5500) 2020          Page **2**

| 1d Employer-related investments: | | **(a)** Beginning of Year | **(b)** End of Year |
|---|---|---|---|
| **(1)** Employer securities............................................................... | 1d(1) | 0 | 0 |
| **(2)** Employer real property......................................................... | 1d(2) | 0 | 0 |
| **e** Buildings and other property used in plan operation ..................................... | 1e | 0 | 0 |
| **f** Total assets (add all amounts in lines 1a through 1e) ............................ | 1f | 985327193 | 1214555425 |

### Liabilities

| | | | |
|---|---|---|---|
| **g** Benefit claims payable ............................................................................ | 1g | 0 | 0 |
| **h** Operating payables .................................................................................. | 1h | 0 | 0 |
| **i** Acquisition indebtedness.......................................................................... | 1i | 0 | 0 |
| **j** Other liabilities........................................................................................... | 1j | 0 | 0 |
| **k** Total liabilities (add all amounts in lines 1g through1j) .................................. | 1k | 0 | 0 |

### Net Assets

| | | | |
|---|---|---|---|
| **l** Net assets (subtract line 1k from line 1f)........................... | 1l | 985327193 | 1214555425 |

## Part II   Income and Expense Statement

**2** Plan income, expenses, and changes in net assets for the year. Include all income and expenses of the plan, including any trust(s) or separately maintained fund(s) and any payments/receipts to/from insurance carriers. Round off amounts to the nearest dollar. MTIAs, CCTs, PSAs, and 103-12 IEs do not complete lines 2a, 2b(1)(E), 2e, 2f, and 2g.

### Income

| | | **(a)** Amount | **(b)** Total |
|---|---|---|---|
| **a**   **Contributions:** | | | |
| **(1)** Received or receivable in cash from: **(A)** Employers ............................ | 2a(1)(A) | 49763882 | |
|     **(B)** Participants ........................................................ | 2a(1)(B) | 93812576 | |
|     **(C)** Others (including rollovers)........................................ | 2a(1)(C) | 30740992 | |
| **(2)** Noncash contributions ....................................................... | 2a(2) | 0 | |
| **(3)** Total contributions. Add lines **2a(1)(A), (B), (C)**, and line **2a(2)** ............ | 2a(3) | | 174317450 |
| **b**   **Earnings on investments:** | | | |
| **(1)** Interest: | | | |
|     **(A)** Interest-bearing cash (including money market accounts and certificates of deposit)........................................ | 2b(1)(A) | 94304 | |
|     **(B)** U.S. Government securities ....................................... | 2b(1)(B) | 0 | |
|     **(C)** Corporate debt instruments ...................................... | 2b(1)(C) | 0 | |
|     **(D)** Loans (other than to participants) .............................. | 2b(1)(D) | 0 | |
|     **(E)** Participant loans .................................................... | 2b(1)(E) | 1194249 | |
|     **(F)** Other .................................................................. | 2b(1)(F) | 0 | |
|     **(G)** Total interest. Add lines **2b(1)(A)** through **(F)**............................. | 2b(1)(G) | | 1288553 |
| **(2)** Dividends: **(A)** Preferred stock ................................................ | 2b(2)(A) | 0 | |
|     **(B)** Common stock ...................................................... | 2b(2)(B) | 0 | |
|     **(C)** Registered investment company shares (e.g. mutual funds).......... | 2b(2)(C) | 49249540 | |
|     **(D)** Total dividends. Add lines **2b(2)(A), (B)**, and **(C)** | 2b(2)(D) | | 49249540 |
| **(3)** Rents ................................................................................ | 2b(3) | | 0 |
| **(4)** Net gain (loss) on sale of assets: **(A)** Aggregate proceeds ................. | 2b(4)(A) | 0 | |
|     **(B)** Aggregate carrying amount (see instructions)........................... | 2b(4)(B) | 0 | |
|     **(C)** Subtract line **2b(4)(B)** from line **2b(4)(A)** and enter result ............ | 2b(4)(C) | | 0 |
| **(5)** Unrealized appreciation (depreciation) of assets: **(A)** Real estate ................. | 2b(5)(A) | 0 | |
|     **(B)** Other ................................................................................ | 2b(5)(B) | 0 | |
|     **(C)** Total unrealized appreciation of assets. Add lines **2b(5)(A)** and **(B)** | 2b(5)(C) | | 0 |

Schedule H (Form 5500) 2020                                                                 Page **3**

|  |  | (a) Amount | (b) Total |
|---|---|---|---|
| (6) Net investment gain (loss) from common/collective trusts...................... | 2b(6) |  | 384732 |
| (7) Net investment gain (loss) from pooled separate accounts ...................... | 2b(7) |  | 0 |
| (8) Net investment gain (loss) from master trust investment accounts ......... | 2b(8) |  | 0 |
| (9) Net investment gain (loss) from 103-12 investment entities ................... | 2b(9) |  | 0 |
| (10) Net investment gain (loss) from registered investment companies (e.g., mutual funds) ........................................... | 2b(10) |  | 127182874 |
| c Other income ................................................................. | 2c |  | 537515 |
| d Total income. Add all **income** amounts in column (b) and enter total................... | 2d |  | 352960664 |

### Expenses

| | | | |
|---|---|---|---|
| e Benefit payment and payments to provide benefits: | | | |
| (1) Directly to participants or beneficiaries, including direct rollovers............ | 2e(1) | 122784115 | |
| (2) To insurance carriers for the provision of benefits ............................... | 2e(2) | 0 | |
| (3) Other................................................................... | 2e(3) | 0 | |
| (4) Total benefit payments. Add lines **2e(1)** through **(3)** ...................... | 2e(4) | | 122784115 |
| f Corrective distributions (see instructions) ............................................ | 2f | | 30084 |
| g Certain deemed distributions of participant loans (see instructions).............. | 2g | | 240772 |
| h Interest expense............................................................... | 2h | | 0 |
| i Administrative expenses: (1) Professional fees ................................... | 2i(1) | 0 | |
| (2) Contract administrator fees ...................................... | 2i(2) | 0 | |
| (3) Investment advisory and management fees ............................. | 2i(3) | 366572 | |
| (4) Other............................................................ | 2i(4) | 310889 | |
| (5) Total administrative expenses. Add lines **2i(1)** through **(4)** ...................... | 2i(5) | | 677461 |
| i Total expenses. Add all **expense** amounts in column (b) and enter total ...... | 2j | | 123732432 |

### Net Income and Reconciliation

| | | | |
|---|---|---|---|
| k Net income (loss). Subtract line **2j** from line **2d**............................. | 2k | | 229228232 |
| l Transfers of assets: | | | |
| (1) To this plan......................................................... | 2l(1) | | 0 |
| (2) From this plan ....................................................... | 2l(2) | | 0 |

---

**Part III**   **Accountant's Opinion**

**3**  Complete lines 3a through 3c if the opinion of an independent qualified public accountant is attached to this Form 5500. Complete line 3d if an opinion is not attached.

**a** The attached opinion of an independent qualified public accountant for this plan is (see instructions):

(1) [X] Unmodified    (2) [ ] Qualified    (3) [ ] Disclaimer    (4) [ ] Adverse

**b** Check the appropriate box(es) to indicate whether the IQPA performed an ERISA section 103(a)(3)(C) audit. Check both boxes (1) and (2) if the audit was performed pursuant to both 29 CFR 2520.103-8 and 29 CFR 2520.103-12(d). Check box (3) if pursuant to neither.

(1) [X] DOL Regulation 2520.103-8   (2) [ ] DOL Regulation 2520.103-12(d)   (3) [ ] neither DOL Regulation 2520.103-8 nor DOL Regulation 2520.103-12(d).

**c** Enter the name and EIN of the accountant (or accounting firm) below:

(1) Name:  WEINSTEIN SPIRA & COMPANY                 (2) EIN:  74-2181616

**d** The opinion of an independent qualified public accountant is **not attached** because:

(1) [ ] This form is filed for a CCT, PSA, or MTIA.   (2) [ ] It will be attached to the next Form 5500 pursuant to 29 CFR 2520.104-50.

---

**Part IV**   **Compliance Questions**

**4**  CCTs and PSAs do not complete Part IV. MTIAs, 103-12 IEs, and GIAs do not complete lines 4a, 4e, 4f, 4g, 4h, 4k, 4m, 4n, or 5. 103-12 IEs also do not complete lines 4j and 4l. MTIAs also do not complete line 4l.

| During the plan year: | | Yes | No | Amount |
|---|---|---|---|---|
| **a** Was there a failure to transmit to the plan any participant contributions within the time period described in 29 CFR 2510.3-102? Continue to answer "Yes" for any prior year failures until fully corrected. (See instructions and DOL's Voluntary Fiduciary Correction Program.) ................. | 4a | X | | 792030 |

Schedule H (Form 5500) 2020     Page **4-** | 1 |

| | | | Yes | No | Amount |
|---|---|---|---|---|---|
| **b** | Were any loans by the plan or fixed income obligations due the plan in default as of the close of the plan year or classified during the year as uncollectible? Disregard participant loans secured by participant's account balance. (Attach Schedule G (Form 5500) Part I if "Yes" is checked.) ................................................ | 4b | | X | |
| **c** | Were any leases to which the plan was a party in default or classified during the year as uncollectible? (Attach Schedule G (Form 5500) Part II if "Yes" is checked.) ................................. | 4c | | X | |
| **d** | Were there any nonexempt transactions with any party-in-interest? (Do not include transactions reported on line 4a. Attach Schedule G (Form 5500) Part III if "Yes" is checked.) ................................................ | 4d | | X | |
| **e** | Was this plan covered by a fidelity bond?................................................ | 4e | X | | 50000000 |
| **f** | Did the plan have a loss, whether or not reimbursed by the plan's fidelity bond, that was caused by fraud or dishonesty? ................................................ | 4f | | X | |
| **g** | Did the plan hold any assets whose current value was neither readily determinable on an established market nor set by an independent third party appraiser? ................................. | 4g | | X | |
| **h** | Did the plan receive any noncash contributions whose value was neither readily determinable on an established market nor set by an independent third party appraiser? ................. | 4h | | X | |
| **i** | Did the plan have assets held for investment? (Attach schedule(s) of assets if "Yes" is checked, and see instructions for format requirements.)................................................ | 4i | X | | |
| **j** | Were any plan transactions or series of transactions in excess of 5% of the current value of plan assets? (Attach schedule of transactions if "Yes" is checked and see instructions for format requirements.)................................................ | 4j | | X | |
| **k** | Were all the plan assets either distributed to participants or beneficiaries, transferred to another plan, or brought under the control of the PBGC? ................................................ | 4k | | X | |
| **l** | Has the plan failed to provide any benefit when due under the plan? ................................. | 4l | X | | 261 |
| **m** | If this is an individual account plan, was there a blackout period? (See instructions and 29 CFR 2520.101-3.).................................................. | 4m | | X | |
| **n** | If 4m was answered "Yes," check the "Yes" box if you either provided the required notice or one of the exceptions to providing the notice applied under 29 CFR 2520.101-3.................................. | 4n | | X | |

**5a** Has a resolution to terminate the plan been adopted during the plan year or any prior plan year?........ ☐ Yes ☒ No
If "Yes," enter the amount of any plan assets that reverted to the employer this year _____.

**5b** If, during this plan year, any assets or liabilities were transferred from this plan to another plan(s), identify the plan(s) to which assets or liabilities were transferred. (See instructions.)

| **5b(1)** Name of plan(s) | **5b(2)** EIN(s) | **5b(3)** PN(s) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**5c** Was the plan a defined benefit plan covered under the PBGC insurance program at any time during this plan year? (See ERISA section 4021 and instructions.) ................................................ ☐ Yes ☐ No ☐ Not determined
If "Yes" is checked, enter the My PAA confirmation number from the PBGC premium filing for this plan year _____.

| **SCHEDULE R**<br>**(Form 5500)**<br><br>Department of the Treasury<br>Internal Revenue Service<br><br>Department of Labor<br>Employee Benefits Security Administration<br><br>Pension Benefit Guaranty Corporation | **Retirement Plan Information**<br><br>This schedule is required to be filed under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and section 6058(a) of the Internal Revenue Code (the Code).<br><br>▶ **File as an attachment to Form 5500.** | OMB No. 1210-0110<br><br>**2020**<br><br>**This Form is Open to Public Inspection.** |

For calendar plan year 2020 or fiscal plan year beginning    01/01/2020    and ending    12/31/2020

| **A** Name of plan<br>QUANTA SERVICES, INC. 401(K) SAVINGS PLAN | **B** Three-digit plan number (PN)  ▶ | 001 |
|---|---|---|
| **C** Plan sponsor's name as shown on line 2a of Form 5500<br>QUANTA SERVICES INC. | **D** Employer Identification Number (EIN)<br>74-2851603 | |

| **Part I** | **Distributions** |
|---|---|

All references to distributions relate only to payments of benefits during the plan year.

**1** Total value of distributions paid in property other than in cash or the forms of property specified in the instructions……………………………………………………………………………………………… | **1** |

**2** Enter the EIN(s) of payor(s) who paid benefits on behalf of the plan to participants or beneficiaries during the year (if more than two, enter EINs of the two payors who paid the greatest dollar amounts of benefits):

EIN(s):    04-6568107    _____    _____

**Profit-sharing plans, ESOPs, and stock bonus plans, skip line 3.**

**3** Number of participants (living or deceased) whose benefits were distributed in a single sum, during the plan year…………………………………………………………………………………… | **3** |

| **Part II** | **Funding Information** (If the plan is not subject to the minimum funding requirements of section 412 of the Internal Revenue Code or ERISA section 302, skip this Part.) |
|---|---|

**4** Is the plan administrator making an election under Code section 412(d)(2) or ERISA section 302(d)(2)? ....................... ☐ Yes ☐ No ☐ N/A

**If the plan is a defined benefit plan, go to line 8.**

**5** If a waiver of the minimum funding standard for a prior year is being amortized in this plan year, see instructions and enter the date of the ruling letter granting the waiver. **Date:** Month _____ Day _____ Year _____

**If you completed line 5, complete lines 3, 9, and 10 of Schedule MB and do not complete the remainder of this schedule.**

**6 a** Enter the minimum required contribution for this plan year (include any prior year accumulated funding deficiency not waived) .......................................................... | **6a** |

**b** Enter the amount contributed by the employer to the plan for this plan year ................................ | **6b** |

**c** Subtract the amount in line 6b from the amount in line 6a. Enter the result (enter a minus sign to the left of a negative amount)............................. | **6c** |

**If you completed line 6c, skip lines 8 and 9.**

**7** Will the minimum funding amount reported on line 6c be met by the funding deadline?........................................ ☐ Yes ☐ No ☐ N/A

**8** If a change in actuarial cost method was made for this plan year pursuant to a revenue procedure or other authority providing automatic approval for the change or a class ruling letter, does the plan sponsor or plan administrator agree with the change? ............................................................................................ ☐ Yes ☐ No ☐ N/A

| **Part III** | **Amendments** |
|---|---|

**9** If this is a defined benefit pension plan, were any amendments adopted during this plan year that increased or decreased the value of benefits? If yes, check the appropriate box. If no, check the "No" box.................................................................................... ☐ Increase ☐ Decrease ☐ Both ☐ No

| **Part IV** | **ESOPs** (see instructions). If this is not a plan described under section 409(a) or 4975(e)(7) of the Internal Revenue Code, skip this Part. |
|---|---|

**10** Were unallocated employer securities or proceeds from the sale of unallocated securities used to repay any exempt loan? ............ ☐ Yes ☐ No

**11 a** Does the ESOP hold any preferred stock? ......................................................................................... ☐ Yes ☐ No

**b** If the ESOP has an outstanding exempt loan with the employer as lender, is such loan part of a "back-to-back" loan? (See instructions for definition of "back-to-back" loan.) ............................................... ☐ Yes ☐ No

**12** Does the ESOP hold any stock that is not readily tradable on an established securities market?........................................ ☐ Yes ☐ No

**For Paperwork Reduction Act Notice, see the Instructions for Form 5500.**     Schedule R (Form 5500) 2020
v. 200204

QUANTA_001772

Schedule R (Form 5500) 2020        Page **2** - [ 1 ]

| **Part V** | **Additional Information for Multiemployer Defined Benefit Pension Plans** |
|---|---|

**13**   Enter the following information for each employer that contributed more than 5% of total contributions to the plan during the plan year (measured in dollars). See instructions. *Complete as many entries as needed to report all applicable employers.*

**a**   Name of contributing employer

**b**   EIN        **c**   Dollar amount contributed by employer

**d**   Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box ☐ and see instructions regarding required attachment. Otherwise, enter the applicable date.)*   Month _____   Day _____   Year _____

**e**   Contribution rate information *(If more than one rate applies, check this box ☐ and see instructions regarding required attachment. Otherwise, complete lines 13e(1) and 13e(2).)*
     (1)   Contribution rate (in dollars and cents) _____
     (2)   Base unit measure: ☐ Hourly    ☐ Weekly    ☐ Unit of production    ☐ Other (specify):

**a**   Name of contributing employer

**b**   EIN        **c**   Dollar amount contributed by employer

**d**   Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box ☐ and see instructions regarding required attachment. Otherwise, enter the applicable date.)*   Month _____   Day _____   Year _____

**e**   Contribution rate information *(If more than one rate applies, check this box ☐ and see instructions regarding required attachment. Otherwise, complete lines 13e(1) and 13e(2).)*
     (1)   Contribution rate (in dollars and cents) _____
     (2)   Base unit measure: ☐ Hourly    ☐ Weekly    ☐ Unit of production    ☐ Other (specify): _____

**a**   Name of contributing employer

**b**   EIN        **c**   Dollar amount contributed by employer

**d**   Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box ☐ and see instructions regarding required attachment. Otherwise, enter the applicable date.)*   Month _____   Day _____   Year _____

**e**   Contribution rate information *(If more than one rate applies, check this box ☐ and see instructions regarding required attachment. Otherwise, complete lines 13e(1) and 13e(2).)*
     (1)   Contribution rate (in dollars and cents) _____
     (2)   Base unit measure: ☐ Hourly    ☐ Weekly    ☐ Unit of production    ☐ Other (specify): _____

**a**   Name of contributing employer

**b**   EIN        **c**   Dollar amount contributed by employer

**d**   Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box ☐ and see instructions regarding required attachment. Otherwise, enter the applicable date.)*   Month _____   Day _____   Year _____

**e**   Contribution rate information *(If more than one rate applies, check this box ☐ and see instructions regarding required attachment. Otherwise, complete lines 13e(1) and 13e(2).)*
     (1)   Contribution rate (in dollars and cents) _____
     (2)   Base unit measure: ☐ Hourly    ☐ Weekly    ☐ Unit of production    ☐ Other (specify): _____

**a**   Name of contributing employer

**b**   EIN        **c**   Dollar amount contributed by employer

**d**   Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box ☐ and see instructions regarding required attachment. Otherwise, enter the applicable date.)*   Month _____   Day _____   Year _____

**e**   Contribution rate information *(If more than one rate applies, check this box ☐ and see instructions regarding required attachment. Otherwise, complete lines 13e(1) and 13e(2).)*
     (1)   Contribution rate (in dollars and cents) _____
     (2)   Base unit measure: ☐ Hourly    ☐ Weekly    ☐ Unit of production    ☐ Other (specify): _____

**a**   Name of contributing employer

**b**   EIN        **c**   Dollar amount contributed by employer

**d**   Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box ☐ and see instructions regarding required attachment. Otherwise, enter the applicable date.)*   Month _____   Day _____   Year _____

**e**   Contribution rate information *(If more than one rate applies, check this box ☐ and see instructions regarding required attachment. Otherwise, complete lines 13e(1) and 13e(2).)*
     (1)   Contribution rate (in dollars and cents) _____
     (2)   Base unit measure: ☐ Hourly    ☐ Weekly    ☐ Unit of production    ☐ Other (specify): _____

Schedule R (Form 5500) 2020                                                    Page **3**

| | | |
|---|---|---|
| **14** | Enter the number of deferred vested and retired participants (inactive participants), as of the beginning of the plan year, whose contributing employer is no longer making contributions to the plan for: | |
| | **a** The current plan year. Check the box to indicate the counting method used to determine the number of inactive participants: ☐ last contributing employer ☐ alternative ☐ reasonable approximation (see instructions for required attachment)........................................................................................... | **14a** | |
| | **b** The plan year immediately preceding the current plan year. ☐ Check the box if the number reported is a change from what was previously reported (see instructions for required attachment)............................... | **14b** | |
| | **c** The second preceding plan year. ☐ Check the box if the number reported is a change from what was previously reported (see instructions for required attachment)................................................... | **14c** | |

| | | | |
|---|---|---|---|
| **15** | Enter the ratio of the number of participants under the plan on whose behalf no employer had an obligation to make an employer contribution during the current plan year to: | | |
| | **a** The corresponding number for the plan year immediately preceding the current plan year............................ | **15a** | |
| | **b** The corresponding number for the second preceding plan year ...................................................... | **15b** | |

| | | | |
|---|---|---|---|
| **16** | Information with respect to any employers who withdrew from the plan during the preceding plan year: | | |
| | **a** Enter the number of employers who withdrew during the preceding plan year  ............................................ | **16a** | |
| | **b** If line 16a is greater than 0, enter the aggregate amount of withdrawal liability assessed or estimated to be assessed against such withdrawn employers ...................................................................... | **16b** | |

**17** If assets and liabilities from another plan have been transferred to or merged with this plan during the plan year, check box and see instructions regarding supplemental information to be included as an attachment. ...................................................................................................................................................... ☐

---

### Part VI    Additional Information for Single-Employer and Multiemployer Defined Benefit Pension Plans

**18** If any liabilities to participants or their beneficiaries under the plan as of the end of the plan year consist (in whole or in part) of liabilities to such participants and beneficiaries under two or more pension plans as of immediately before such plan year, check box and see instructions regarding supplemental information to be included as an attachment........................................................................................................................... ☐

**19** If the total number of participants is 1,000 or more, complete lines (a) through (c)
    **a** Enter the percentage of plan assets held as:
        Stock: _____%   Investment-Grade Debt: _____%   High-Yield Debt: _____%   Real Estate: _____%   Other: _____%
    **b** Provide the average duration of the combined investment-grade and high-yield debt:
        ☐ 0-3 years ☐ 3-6 years ☐ 6-9 years ☐ 9-12 years ☐ 12-15 years ☐ 15-18 years ☐ 18-21 years ☐ 21 years or more
    **c** What duration measure was used to calculate line 19(b)?
        ☐ Effective duration ☐ Macaulay duration ☐ Modified duration ☐ Other (specify):

---

**20 PBGC missed contribution reporting requirements.** If this is a multiemployer plan or a single-employer plan that is not covered by PBGC, skip line 20.
    **a** Is the amount of unpaid minimum required contributions for all years from Schedule SB (Form 5500) line 40 greater than zero? ☐ Yes ☐ No
    **b** If line 20a is "Yes," has PBGC been notified as required by ERISA sections 4043(c)(5) and/or 303(k)(4)? Check the applicable box:
      ☐ Yes.
      ☐ No. Reporting was waived under 29 CFR 4043.25(c)(2) because contributions equal to or exceeding the unpaid minimum required contribution were made by the 30th day after the due date.
      ☐ No. The 30-day period referenced in 29 CFR 4043.25(c)(2) has not yet ended, and the sponsor intends to make a contribution equal to or exceeding the unpaid minimum required contribution by the 30th day after the due date.
      ☐ No. Other. Provide explanation_____

QUANTA_001774

# Quanta Services, Inc. 401(k) Savings Plan

Financial Statements and Supplemental Schedules

December 31, 2020 and 2019

(With Independent Auditors' Report Thereon)



**QUANTA SERVICES, INC. 401(k) SAVINGS PLAN**

**TABLE OF CONTENTS**

|  | Page Number |
|---|---|
| Independent Auditors' Report | 1 |
| Statements of Net Assets Available for Benefits, December 31, 2020 and 2019 | 3 |
| Statements of Changes in Net Assets Available for Benefits, Years Ended December 31, 2020 and 2019 | 4 |
| Notes to Financial Statements | 5 |
| Supplementary Information: | |
| Schedule 1 - Schedule H, Line 4a - Schedule of Delinquent Participant Contributions, Year Ended December 31, 2020 | 14 |
| Schedule 2 - Schedule H, Line 4i - Schedule of Assets (Held at End of Year), December 31, 2020 | 15 |

All other supplemental schedules listed by the Department of Labor's Rules and Regulations for Reporting and Disclosure under the Employee Retirement Income Security Act of 1974 have been omitted because they are not applicable.

QUANTA_001776



**Independent Auditors' Report**

October 11, 2021

The Plan Committee
Quanta Services, Inc. 401(k) Savings Plan
Houston, Texas

***Report on the Financial Statements***

We were engaged to audit the accompanying financial statements of the Quanta Services, Inc. 401(k) Savings Plan (the Plan), which comprise the statements of net assets available for benefits as of December 31, 2020 and 2019, the related statements of changes in net assets available for benefits for the years then ended, and the related notes to the financial statements.

***Management's Responsibility for the Financial Statements***

Management is responsible for the preparation and fair presentation of these financial statements in accordance with accounting principles generally accepted in the United States of America; this includes the design, implementation, and maintenance of internal control relevant to the preparation and fair presentation of financial statements that are free from material misstatement, whether due to fraud or error.

***Auditors' Responsibility***

Our responsibility is to express an opinion on these financial statements based on conducting the audits in accordance with auditing standards generally accepted in the United States of America. Because of the matter described in the Basis for Disclaimer of Opinion paragraph, however, we were not able to obtain sufficient appropriate audit evidence to provide a basis for an audit opinion.

***Basis for Disclaimer of Opinion***

As permitted by 29 CFR 2520.103-8 of the Department of Labor's (DOL) Rules and Regulations for Reporting and Disclosure under the Employee Retirement Income Security Act of 1974, the plan administrator instructed us not to perform, and we did not perform, any auditing procedures with respect to the information summarized in Note 4, which was certified by Fidelity Management Trust Company, the trustee of the Plan, except for comparing such information with the related information included in the financial statements. We have been informed by the plan administrator that the trustee holds the Plan's investment assets and executes investment transactions. The plan administrator has obtained certifications from the trustee as of and for the years ended December 31, 2020 and 2019, that the information provided to the plan administrator by the trustee is complete and accurate.

QUANTA_001777

October 11, 2021
Quanta Services, Inc. 401(k) Savings Plan

**_Disclaimer of Opinion_**

Because of the significance of the matter described in the Basis for Disclaimer of Opinion paragraph, we have not been able to obtain sufficient appropriate audit evidence to provide a basis for an audit opinion.  Accordingly, we do not express an opinion on these financial statements.

**_Other Matter_**

The supplemental Schedule H, Line 4a - Schedule of Delinquent Participant Contributions for the year ended December 31, 2020, and the supplemental Schedule H, Line 4i - Schedule of Assets (Held at End of Year) as of December 31, 2020, are required by the DOL's Rules and Regulations for Reporting and Disclosure under the Employee Retirement Income Security Act of 1974, and are presented for the purpose of additional analysis and are not a required part of the financial statements.  Because of the significance of the matter described in the Basis for Disclaimer of Opinion paragraph, we do not express an opinion on these supplemental schedules.

**_Report on Form and Content in Compliance With DOL Rules and Regulations_**

The form and content of the information included in the financial statements and supplemental schedules, other than that derived from the information certified by the trustee, have been audited by us in accordance with auditing standards generally accepted in the United States of America and, in our opinion, are presented in compliance with the DOL's Rules and Regulations for Reporting and Disclosure under the Employee Retirement Income Security Act of 1974.

*Weinstein Spira: Company P.C.*

WEINSTEIN SPIRA & COMPANY, P.C.
Houston, Texas

QUANTA_001778

**QUANTA SERVICES, INC. 401(k) SAVINGS PLAN**
**STATEMENTS OF NET ASSETS AVAILABLE FOR BENEFITS**
**December 31, 2020 and 2019**

|  | 2020 | 2019 |
|---|---|---|
| Assets: |  |  |
| Investments, at fair value | $ 1,178,237,022 | $ 958,982,022 |
|  |  |  |
| Receivables: |  |  |
| Notes receivable from participants | 29,888,781 | 20,518,720 |
| Employer contributions | 4,451,205 | 3,762,875 |
| Participant contributions | 1,978,417 | 2,063,576 |
|  | 36,318,403 | 26,345,171 |
|  |  |  |
| Net assets available for benefits | $ 1,214,555,425 | $ 985,327,193 |

See independent auditors' report and accompanying notes to financial statements.

QUANTA_001779

**QUANTA SERVICES, INC. 401(k) SAVINGS PLAN**
**STATEMENTS OF CHANGES IN NET ASSETS AVAILABLE FOR BENEFITS**
**Years Ended December 31, 2020 and 2019**

|  | 2020 | 2019 |
|---|---|---|
| Investment income: | | |
| Interest, dividends and other | $      50,266,091 | $      47,773,116 |
| Net appreciation in fair value of investments | 127,182,874 | 124,040,140 |
| Net investment income | 177,448,965 | 171,813,256 |
| Interest income on notes receivable from participants | 1,194,249 | 962,160 |
| Contributions: | | |
| Participant | 93,812,576 | 83,562,493 |
| Employer, net of forfeitures | 49,763,882 | 45,086,636 |
| Rollover | 30,740,992 | 30,108,844 |
| Total contributions | 174,317,450 | 158,757,973 |
| Benefit payments | (123,054,971) | (79,878,307) |
| Administrative expenses | (677,461) | (493,957) |
| Net increase | 229,228,232 | 251,161,125 |
| Net assets available for benefits, beginning of year | 985,327,193 | 734,166,068 |
| Net assets available for benefits, end of year | $   1,214,555,425 | $   985,327,193 |

See independent auditors' report and accompanying notes to financial statements.

QUANTA_001780

**QUANTA SERVICES, INC. 401(k) SAVINGS PLAN**
**NOTES TO FINANCIAL STATEMENTS**
**December 31, 2020 and 2019**

**Note 1 - Description of the Plan**

The following description of the Quanta Services, Inc. 401(k) Savings Plan (the Plan) is provided for general information purposes only.  Participants should refer to the plan document for a more complete description of the Plan's provisions.

**(a)  General**

The Plan is a defined contribution plan established by Quanta Services, Inc. (the plan administrator) and adopting affiliates (collectively the Company) on January 1, 1999. The Plan was established under the provisions of Section 401(a) of the Internal Revenue Code of 1986, as amended (the Code), which includes a qualified deferred arrangement, as described in Section 401(k) of the Code, for the benefit of eligible employees of the Company.  The Plan is subject to the provisions of the Employee Retirement Income Security Act of 1974, as amended (ERISA).

The Company, as plan administrator, established an administrative committee (the Plan Committee).  The Plan Committee is responsible for the general administration of the Plan.  The Plan Committee is given all powers necessary to enable it to carry out its duties including, but not limited to, the power to interpret the Plan.

**(b)  Trustee and Recordkeeper**

Fidelity Management Trust Company (Fidelity) serves as trustee to hold, manage, invest, and ultimately distribute the assets of the Plan to participants.  Fidelity Workplace Services, LLC serves as the recordkeeper.

**(c)  Eligibility**

Eligible employees, as defined in the plan document, may enter the Plan on the later of their date of hire or attainment of age 18.

**(d)  Contributions**

Participants may contribute (on a pretax basis) amounts from 1% to 75% of eligible compensation as defined in the plan document, subject to certain limitations under the Code ($19,500 for 2020 and $19,000 for 2019).  Eligible employees who have attained age fifty (50) before the end of the plan year shall be eligible to make catch-up contributions, subject to certain limitations under the Code ($6,500 for 2020 and $6,000 for 2019).

QUANTA_001781

**QUANTA SERVICES, INC. 401(k) SAVINGS PLAN**
**NOTES TO FINANCIAL STATEMENTS (Continued)**
**December 31, 2020 and 2019**

Participants may also contribute amounts representing distributions from former employers' qualified retirement plans (rollovers) and individual retirement accounts.

The Company makes safe harbor matching contributions to eligible participants in an amount equal to 100% of the first 3% of eligible compensation contributed to the Plan and 50% of the next 3% of the participant's eligible compensation contributed to the Plan. The Plan provides for an annual true-up matching contribution for eligible participants. For the years ended December 31, 2020 and 2019, the Company made year-end true-up contributions of approximately $3,032,000 and $2,600,000, respectively.

The Company may elect to make contributions on behalf of employees who perform services covered by the Davis-Bacon Act, as amended, irrespective to any age or service requirements. The Company is required to meet the required benefit levels under the applicable prevailing wage laws and takes this into consideration when determining what portion of the prevailing wages will be contributed to the Plan. For the years ended December 31, 2020 and 2019, the Company made prevailing wage contributions to the Plan of approximately $753,000 and $1,000,000, respectively.

Participants may elect to have their contributions and the Company's contributions allocated to one or more investment options offered by the Plan. Participants may transfer all or a portion of their account balance among any of the investment options daily, subject to respective funds' transfer restrictions. In the event investment instructions are not received from the participant, the investment of contributions are allocated to the default investment option, the Fidelity Freedom Funds designated based upon the year the participant would attain age 65.

**(e) Participant Accounts**

Each participant's account is credited with the participant's contributions, the Company's contributions, and the participant's share of earnings, losses, and any appreciation or depreciation of the funds invested, net of administrative expenses, as applicable. The benefit to which a participant is entitled is the benefit that can be provided from the participant's account.

**(f) Notes Receivable from Participants**

Participants may borrow from their account a minimum of $1,000 up to a maximum equal to the lesser of (a) $50,000 minus the largest outstanding loan balance in the last 12 months; or (b) 50% of their vested account balance. The loans are secured by the balance of the participant's account. A participant may not have more than one loan outstanding at any one time unless it is a grandfathered second loan from an acquired company. Interest rates are established by the Plan Committee. Notes must be repaid within five years unless used to acquire a principal residence, in which case the note must be repaid within fifteen years. Principal and interest are repaid through after-tax payroll deductions. Interest rates for outstanding notes ranged from 3.25% to 7.5% at December 31, 2020 and 3.25% to 9.25% at December 31, 2019.

QUANTA_001782

**QUANTA SERVICES, INC. 401(k) SAVINGS PLAN**
**NOTES TO FINANCIAL STATEMENTS (Continued)**
**December 31, 2020 and 2019**

During 2020, the Plan adopted certain provisions of the Coronavirus Aid, Relief, and Economic Security Act (the CARES Act) which provided the following benefits to eligible participants:

- The available loan amount was increased to the lesser of $100,000 or 100% of the participant's vested account balance for loans issued between March 27, 2020 to September 22, 2020.  For the year ended December 31, 2020, the Plan issued $7,232,274 of coronavirus-related loans.

- Loan repayments could be deferred through December 31, 2020 without causing the loan to become delinquent and go into default. In 2021, the participant's loan balance plus the interest accrued during the deferment period would reamortize over the remaining term beginning January 1.

**(g) Vesting and Forfeitures**

Participants are always 100% vested in their contributions plus actual earnings thereon. With the exception of certain grandfathered employer contributions and earnings thereon as further described in the plan document, participants are always 100% vested in the Company's safe harbor matching contributions, the Company's prevailing wage contributions, plus actual earnings thereon.

Forfeitures attributable to the nonvested grandfathered employer contributions may be used to pay administrative expenses of the Plan or to reduce future employer contributions to the Plan.  At December 31, 2020 and 2019, the forfeiture balance was approximately $360,000.  For the year ended December 31, 2020 no forfeitures were used to reduce Company contributions. For the year ended December 31, 2019 approximately $76,000 of forfeitures were used to reduce Company contributions, respectively.  No forfeitures were utilized to pay administrative expenses for the years ended December 31, 2020 and 2019.

**(h) Benefit Payments**

Unless otherwise stated in the plan document, an active participant may withdraw some or all of his or her account for reasons of financial hardship, upon the age of 59½ and for other such reasons.  Upon retirement, termination of employment, death or permanent disability, participants or their beneficiaries may receive a lump sum withdrawal equal to the vested value of their accounts.  Upon withdrawal from the Plan, participants may be subject to federal income tax on contributions and income earned.

Pursuant to the CARES Act, eligible plan participants were permitted to request up to $100,000 in coronavirus-related distributions, with a repayment option of up to three years. The ability to request these distributions ceased on December 30, 2020. For the year ended December 31, 2020, the Plan disbursed approximately $26,114,000 of coronavirus-related distributions.

**QUANTA SERVICES, INC. 401(k) SAVINGS PLAN**
**NOTES TO FINANCIAL STATEMENTS (Continued)**
**December 31, 2020 and 2019**

**(i)  Administrative Expenses**

The Plan's expenses are paid either by the Plan or the Company, at the Company's discretion.  Expenses that are paid directly by the Company are excluded from these financial statements.  Investment related expenses are included in net appreciation or depreciation in fair value of investments.  Transactional fees for withdrawals and loans are charged directly to the participant's account and are included in administrative expenses.

**Note 2 - Summary of Significant Accounting Policies**

**(a)  Basis of Accounting**

The financial statements of the Plan are presented on an accrual basis of accounting in accordance with accounting principles generally accepted in the United States of America (GAAP).

**(b)  Use of Estimates**

The preparation of financial statements in conformity with GAAP requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and changes therein and disclosures of contingent assets and liabilities.  Actual results could differ from those estimates.

**(c)  Investment Valuation**

Investments are reported at fair value.  Fair value is the price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date.  See Note 3 for discussion of fair value measurements.

**(d)  Notes Receivable from Participants**

Notes receivable from participants are measured at their unpaid principal balance plus any accrued but unpaid interest.  Interest is recorded on the accrual basis.  No allowance for credit losses has been recorded as of December 31, 2020 or 2019, as the notes are collateralized by the respective participant's account balance.  In general, notes receivable from participants are considered in default in the quarter following the quarter in which no payment is made.  Defaulted loans are treated as distributions based upon the terms of the plan document when a distributable event has occurred.

**(e)  Investment Income Recognition**

Realized gains or losses on the sale of investments and unrealized appreciation or depreciation in the market value of investments held at the end of the year are shown as net appreciation or depreciation in fair value of investments in the statements of changes in net assets available for benefits.  Interest is recorded on the accrual basis.

QUANTA_001784

**QUANTA SERVICES, INC. 401(k) SAVINGS PLAN**
**NOTES TO FINANCIAL STATEMENTS (Continued)**
**December 31, 2020 and 2019**

Dividends are recorded on the ex-dividend date.  Purchases and sales of investments are recorded on a trade date basis.

**(f)  Benefit Payments**

Benefits are recorded when paid.

**(g)  Subsequent Events**

The plan administrator evaluates events occurring subsequent to the date of the financial statements in determining the accounting for and disclosure of transactions and events that affect the financial statements.  Subsequent events have been evaluated through October 11, 2021, which is the date the financial statements were available to be issued.

**Note 3 - Fair Value Measurements**

GAAP provides a fair value hierarchy that prioritizes the inputs to valuation techniques used to measure fair value.  The hierarchy gives the highest priority to unadjusted quoted prices in active markets for identical assets or liabilities (Level 1) and the lowest priority to unobservable inputs (Level 3).  The three levels of the fair value hierarchy are described below:

Level 1 -   Inputs to the valuation methodology are unadjusted quoted prices for identical assets or liabilities in active markets that the Plan has the ability to access.

Level 2 -   Inputs to the valuation methodology include:

- Quoted prices for similar assets or liabilities in active markets;
- Quoted prices for identical or similar assets or liabilities in inactive markets;
- Inputs other than quoted prices that are observable for the asset or liability;
- Inputs that are derived principally from or corroborated by observable market data by correlation or other means.

If the asset or liability has a specified (contractual) term, the Level 2 input must be observable for substantially the full term of the asset or liability.

Level 3 -   Inputs to the valuation methodology are unobservable and significant to the fair value measurement.

The asset's or liability's fair value measurement level within the fair value hierarchy is based on the lowest level of any input that is significant to the fair value measurement.  Valuation techniques used should maximize the use of observable inputs and minimize the use of unobservable inputs.

QUANTA_001785

**QUANTA SERVICES, INC. 401(k) SAVINGS PLAN**
**NOTES TO FINANCIAL STATEMENTS (Continued)**
**December 31, 2020 and 2019**

The following is a description of the Plan's valuation methodologies for assets measured at fair value. There were no changes in methodologies used at December 31, 2020 and 2019.

**(a) Money Market Fund and Mutual Funds**

Valued at the daily closing price as reported by the fund, the money market fund and mutual funds held by the Plan are open-ended funds that are registered with the Securities and Exchange Commission. These funds are required to publish their daily net asset value (NAV) and to transact at that price. The money market fund and mutual funds held by the Plan are deemed to be actively traded.

**(b) Common/Collective Trust Fund**

The common/collective trust fund is valued at its NAV as determined by the issuer. The fair value of the fund is calculated on a daily basis by the issuer utilizing quoted market prices, most recent bid prices in the principal market in which the securities are normally traded, pricing services and dealer quotes, as applicable, for the underlying funds. The NAV is used as a practical expedient to estimate fair value. The practical expedient is not used when it is determined to be probable that the fund will sell the investment for an amount different than the reported NAV.

The method described above may produce a fair value calculation that may not be indicative of net realizable value or reflective of future fair values. Furthermore, while the Plan's valuation method is appropriate and consistent with other market participants, the use of different methodologies or assumptions to determine the fair value of the fund could result in a different estimate of fair value at the reporting date.

QUANTA_001786

**QUANTA SERVICES, INC. 401(k) SAVINGS PLAN**
**NOTES TO FINANCIAL STATEMENTS (Continued)**
**December 31, 2020 and 2019**

The following tables set forth, by level, a summary of the Plan's investments measured at fair value:

| | December 31, 2020 | | | |
| | Total | (Level 1) | (Level 2) | (Level 3) |
|---|---|---|---|---|
| Money market fund | $ 36,578,008 | $ 36,578,008 | $ - | $ - |
| Mutual funds | 1,114,309,887 | 1,114,309,887 | - | - |
| Total investments in the fair value hierarchy | 1,150,887,895 | $ 1,150,887,895 | $ - | $ - |
| Common/collective trust fund at NAV (practical expedient) | 27,349,127 | | | |
| Total investments at fair value | $1,178,237,022 | | | |

| | December 31, 2019 | | | |
| | Total | (Level 1) | (Level 2) | (Level 3) |
|---|---|---|---|---|
| Money market fund | $ 23,270,203 | $ 23,270,203 | $ - | $ - |
| Mutual funds | 916,032,813 | 916,032,813 | - | - |
| Total investments in the fair value hierarchy | 939,303,016 | $ 939,303,016 | $ - | $ - |
| Common/collective trust fund at NAV (practical expedient) | 19,679,006 | | | |
| Total investments at fair value | $ 958,982,022 | | | |

The following table provides additional information for the common/collective trust fund which is measured using NAV as a practical expedient as of December 31, 2020 and 2019. There are no participant redemption restrictions. The redemption notice period is applicable only to the Plan.

| | Fair Value | | Unfunded Commitments | Redemption Frequency | Redemption Notice Period |
|---|---|---|---|---|---|
| Investment Class | 2020 | 2019 | | | |
| Fixed Income Fund | $ 27,349,127 | $ 19,679,006 | None | Daily | Up to 12 months |

QUANTA_001787

**QUANTA SERVICES, INC. 401(k) SAVINGS PLAN**
**NOTES TO FINANCIAL STATEMENTS (Continued)**
**December 31, 2020 and 2019**

**Note 4 - Information Certified by the Plan's Trustee**

The plan administrator has elected the method of compliance permitted by 29 CFR 2520.103-8 of the DOL's Rules and Regulations for Reporting and Disclosure under ERISA. Accordingly, as permitted under such election, the plan administrator has obtained certifications from the trustee of the Plan that all of the information provided by them is complete and accurate. Information included in the financial statements and accompanying notes to financial statements as to investments, notes receivable from participants, investment income (loss), interest income on notes receivable from participants, and all the related information in the supplemental Schedule H, Line 4i - Schedule of Assets (Held at End of Year), is presented in reliance solely upon those certifications.

The Plan's independent auditors did not perform auditing procedures with respect to this information except for comparing such information to the related information included in the financial statements, the accompanying notes and the supplemental schedule mentioned above.

**Note 5 - Risks and Uncertainties**

The Plan provides for investments in various investment securities. Investment securities, in general, are exposed to various risks, such as interest rate, credit, and overall market volatility risks. Due to the level of risk associated with certain investment securities, it is reasonably possible that changes in the values of investment securities will occur in the near term and that such changes could materially affect participants' account balances.

**Note 6 - Tax Status**

The volume submitter defined contribution plan document adopted by the Company received its latest advisory letter from the IRS dated March 31, 2014, stating that it was in compliance with the applicable requirements of the IRC. The volume submitter defined contribution plan document has been amended since receiving the advisory letter; however, the plan administrator, through its adoption of the volume submitter defined contribution plan document, believes that the Plan continues to be designed and operated in compliance with the applicable requirements of the IRC. Therefore, no provision for income taxes has been included in the Plan's financial statements.

GAAP requires plan management to evaluate tax positions taken by the Plan and to recognize a tax liability if the Plan has taken an uncertain position that more likely than not would not be sustained upon examination by the IRS. The Plan is subject to routine audits by taxing jurisdictions; however, there are currently no audits for any tax periods in progress.

QUANTA_001788

**QUANTA SERVICES, INC. 401(k) SAVINGS PLAN**
**NOTES TO FINANCIAL STATEMENTS (Continued)**
**December 31, 2020 and 2019**

**Note 7 - Plan Termination**

Although it has not expressed any intent to do so, the Company has the right under the Plan to discontinue its contributions at any time and to terminate the Plan subject to the provisions of ERISA. In the event of plan termination, participants will become 100% vested in their employer contributions.

**Note 8 - Nonexempt Prohibited Transactions**

As reported on supplemental Schedule H, Line 4a - Schedule of Delinquent Participant Contributions, $792,030 consisting of $670,618 of participant contributions and $121,412 of participant loan repayments were not remitted to the Plan within the time frame specified by the DOL's Regulation 29 CFR 2510.3-102, thus constituting nonexempt prohibited transactions between the Plan and the Company for the year ended December 31, 2020. The participant contributions and the participant loan repayments were remitted to the Plan prior to December 31, 2020. Lost earnings on $107,953 of the untimely remittances were remitted to the Plan prior to December 31, 2020. The plan administrator is in the process of restoring lost earnings on the remaining $684,077 of untimely remittances and will remit the lost earnings to the Plan as soon as administratively possible.

**Note 9 - Party-in-Interest Transactions**

The Plan invests in a money market fund, mutual funds, and a common/collective trust fund managed by Fidelity or one of its affiliates. Therefore, these transactions qualify as party-in-interest transactions. These transactions are covered by an exemption from the "prohibited transaction" provisions of ERISA and the Code.

The Plan participates in a revenue credit program with Fidelity. Pursuant to the service agreement between Fidelity and the Company, Fidelity provides certain administrative services to the Plan. In situations where recordkeeping revenue earned in connection with plan services exceeds agreed upon compensation, Fidelity will deposit excess revenue in a suspense account in the Plan. The plan administrator can direct Fidelity to pay ERISA-qualified expenses and/or allocate unused revenue credits to eligible participants. The balance in the suspense account at December 31, 2020 and 2019, was approximately $400,000 and $660,000, respectively. For the years ended December 31, 2020 and 2019, approximately $160,000 and $25,000, was utilized to pay for Plan expenses. For the years ended December 31, 2020 and 2019, approximately $640,000 and $500,000 was reallocated to eligible participants.

QUANTA_001789

**SUPPLEMENTARY INFORMATION**

QUANTA_001790

**QUANTA SERVICES, INC. 401(k) SAVINGS PLAN**
**EIN: 74-2851603**
**Plan Number: 001**
**Schedule H, Line 4a - Schedule of Delinquent Participant Contributions**
**Year Ended December 31, 2020**

| Participant contributions transferred late to Plan | Total that constitute nonexempt prohibited transactions | | | Total fully corrected under VFCP and PTE 2002-51 |
|---|---|---|---|---|
| Check here if late participant loan repayments are included: X | Contributions not corrected | Contributions corrected outside VFCP | Contributions pending correction in VFCP | |
| $ 792,030 | $ 684,077 | $ 107,953 | $ - | $ - |

QUANTA_001791

**QUANTA SERVICES, INC. 401(k) SAVINGS PLAN**
**EIN: 74-2851603**
**Plan Number: 001**
**Schedule H, Line 4i - Schedule of Assets (Held at End of Year)**
**December 31, 2020**

| (a) (b) | (c) | Principal or number of shares | (e) Current value |
|---|---|---|---|
| Identity of issue | Description of investment | | |
| | **Money Market Fund** | | |
| * Fidelity Investments | Fidelity Investments Money Market Government Portfolio | 36,578,008 | $ 36,578,008 |
| | | | 36,578,008 |
| | **Mutual Funds** | | |
| American Beacon | American Beacon Small Cap Value Fund | 500,177 | 12,549,429 |
| American Funds | American Funds The Growth Fund of America | 1,830,165 | 123,700,833 |
| Dimensional Fund Advisors | International Small Cap Value Fund | 133,931 | 2,562,104 |
| Dodge & Cox | Dodge & Cox Stock Fund | 342,223 | 65,898,377 |
| * Fidelity Investments | Fidelity Balanced Fund | 504,339 | 14,257,660 |
| * Fidelity Investments | Fidelity Small Cap Growth Fund | 1,697,800 | 33,582,484 |
| * Fidelity Investments | Fidelity Diversified International Fund | 1,123,106 | 53,437,405 |
| * Fidelity Investments | Fidelity Freedom 2005 Fund | 71,151 | 927,803 |
| * Fidelity Investments | Fidelity Freedom 2010 Fund | 859,452 | 14,000,479 |
| * Fidelity Investments | Fidelity Freedom 2015 Fund | 273,550 | 3,684,712 |
| * Fidelity Investments | Fidelity Freedom 2020 Fund | 4,454,532 | 76,350,682 |
| * Fidelity Investments | Fidelity Freedom 2025 Fund | 2,296,212 | 35,407,589 |
| * Fidelity Investments | Fidelity Freedom 2030 Fund | 5,432,884 | 104,637,344 |
| * Fidelity Investments | Fidelity Freedom 2035 Fund | 2,227,952 | 36,872,597 |
| * Fidelity Investments | Fidelity Freedom 2040 Fund | 8,732,782 | 102,610,188 |
| * Fidelity Investments | Fidelity Freedom 2045 Fund | 2,425,730 | 32,577,559 |
| * Fidelity Investments | Fidelity Freedom 2050 Fund | 5,436,666 | 73,612,463 |
| * Fidelity Investments | Fidelity Freedom 2055 Fund | 1,742,397 | 27,111,698 |
| * Fidelity Investments | Fidelity Freedom 2060 Fund | 1,506,609 | 21,197,992 |
| * Fidelity Investments | Fidelity Freedom 2065 Fund | 140,195 | 1,738,424 |
| * Fidelity Investments | Fidelity Freedom Income Fund | 359,704 | 4,384,794 |
| * Fidelity Investments | Fidelity Low-Priced Stock Fund | 463,899 | 22,531,578 |
| * Fidelity Investments | Fidelity Total Bond Fund | 4,722,041 | 53,453,507 |
| * Fidelity Investments | Fidelity Extended Market Index Fund | 303,693 | 25,352,307 |
| * Fidelity Investments | Fidelity 500 Index Fund | 629,383 | 81,926,840 |
| Vanguard Group, Inc. | Vanguard GNMA Admiral Fund | 1,466,389 | 15,749,017 |
| Vanguard Group, Inc. | Vanguard Growth Index Institutional Fund | 420,491 | 54,861,500 |
| Vanguard Group, Inc. | Vanguard Value Index Institutional Fund | 416,559 | 19,332,520 |
| | | | 1,114,309,887 |
| | **Common/Collective Trust Fund** | | |
| * Fidelity Investments | Fidelity Managed Income Portfolio | 27,349,127 | 27,349,127 |
| | | | 27,349,127 |
| | **Participant Loans** | | |
| * Participant Loans | Interest rates ranging from 3.25% to 7.5% | | |
| | due at various dates through 2036 | | 29,888,781 |
| | Total assets (held at end of year) | | $ 1,208,125,802 |

* Indicates a party-in-interest

The information on this schedule has been summarized from information provided by Fidelity Management Trust Company, the trustee, as being complete and accurate.

See independent auditors' report.

QUANTA_001792

# Quanta Services, Inc. 401(k) Savings Plan

Financial Statements and Supplemental Schedules

December 31, 2020 and 2019

(With Independent Auditors' Report Thereon)



QUANTA_001793

**QUANTA SERVICES, INC. 401(k) SAVINGS PLAN**

**TABLE OF CONTENTS**

|  | Page Number |
|---|---|
| Independent Auditors' Report | 1 |
| Statements of Net Assets Available for Benefits, December 31, 2020 and 2019 | 3 |
| Statements of Changes in Net Assets Available for Benefits, Years Ended December 31, 2020 and 2019 | 4 |
| Notes to Financial Statements | 5 |
| Supplementary Information: | |
| Schedule 1 - Schedule H, Line 4a - Schedule of Delinquent Participant Contributions, Year Ended December 31, 2020 | 14 |
| Schedule 2 - Schedule H, Line 4i - Schedule of Assets (Held at End of Year), December 31, 2020 | 15 |

All other supplemental schedules listed by the Department of Labor's Rules and Regulations for Reporting and Disclosure under the Employee Retirement Income Security Act of 1974 have been omitted because they are not applicable.

QUANTA_001794



**Independent Auditors' Report**

October 11, 2021

The Plan Committee
Quanta Services, Inc. 401(k) Savings Plan
Houston, Texas

*Report on the Financial Statements*

We were engaged to audit the accompanying financial statements of the Quanta Services, Inc. 401(k) Savings Plan (the Plan), which comprise the statements of net assets available for benefits as of December 31, 2020 and 2019, the related statements of changes in net assets available for benefits for the years then ended, and the related notes to the financial statements.

*Management's Responsibility for the Financial Statements*

Management is responsible for the preparation and fair presentation of these financial statements in accordance with accounting principles generally accepted in the United States of America; this includes the design, implementation, and maintenance of internal control relevant to the preparation and fair presentation of financial statements that are free from material misstatement, whether due to fraud or error.

*Auditors' Responsibility*

Our responsibility is to express an opinion on these financial statements based on conducting the audits in accordance with auditing standards generally accepted in the United States of America. Because of the matter described in the Basis for Disclaimer of Opinion paragraph, however, we were not able to obtain sufficient appropriate audit evidence to provide a basis for an audit opinion.

*Basis for Disclaimer of Opinion*

As permitted by 29 CFR 2520.103-8 of the Department of Labor's (DOL) Rules and Regulations for Reporting and Disclosure under the Employee Retirement Income Security Act of 1974, the plan administrator instructed us not to perform, and we did not perform, any auditing procedures with respect to the information summarized in Note 4, which was certified by Fidelity Management Trust Company, the trustee of the Plan, except for comparing such information with the related information included in the financial statements. We have been informed by the plan administrator that the trustee holds the Plan's investment assets and executes investment transactions. The plan administrator has obtained certifications from the trustee as of and for the years ended December 31, 2020 and 2019, that the information provided to the plan administrator by the trustee is complete and accurate.

QUANTA_001795

October 11, 2021
Quanta Services, Inc. 401(k) Savings Plan

**Disclaimer of Opinion**

Because of the significance of the matter described in the Basis for Disclaimer of Opinion paragraph, we have not been able to obtain sufficient appropriate audit evidence to provide a basis for an audit opinion.  Accordingly, we do not express an opinion on these financial statements.

**Other Matter**

The supplemental Schedule H, Line 4a - Schedule of Delinquent Participant Contributions for the year ended December 31, 2020, and the supplemental Schedule H, Line 4i - Schedule of Assets (Held at End of Year) as of December 31, 2020, are required by the DOL's Rules and Regulations for Reporting and Disclosure under the Employee Retirement Income Security Act of 1974, and are presented for the purpose of additional analysis and are not a required part of the financial statements.  Because of the significance of the matter described in the Basis for Disclaimer of Opinion paragraph, we do not express an opinion on these supplemental schedules.

**Report on Form and Content in Compliance With DOL Rules and Regulations**

The form and content of the information included in the financial statements and supplemental schedules, other than that derived from the information certified by the trustee, have been audited by us in accordance with auditing standards generally accepted in the United States of America and, in our opinion, are presented in compliance with the DOL's Rules and Regulations for Reporting and Disclosure under the Employee Retirement Income Security Act of 1974.

*Weinstein Spira: Company P.C.*

WEINSTEIN SPIRA & COMPANY, P.C.
Houston, Texas

QUANTA_001796

**QUANTA SERVICES, INC. 401(k) SAVINGS PLAN**
**STATEMENTS OF NET ASSETS AVAILABLE FOR BENEFITS**
**December 31, 2020 and 2019**

|  | 2020 | 2019 |
|---|---|---|
| Assets: |  |  |
| Investments, at fair value | $ 1,178,237,022 | $ 958,982,022 |
| Receivables: |  |  |
| Notes receivable from participants | 29,888,781 | 20,518,720 |
| Employer contributions | 4,451,205 | 3,762,875 |
| Participant contributions | 1,978,417 | 2,063,576 |
|  | 36,318,403 | 26,345,171 |
| Net assets available for benefits | $ 1,214,555,425 | $ 985,327,193 |

See independent auditors' report and accompanying notes to financial statements.

QUANTA_001797

**QUANTA SERVICES, INC. 401(k) SAVINGS PLAN**
**STATEMENTS OF CHANGES IN NET ASSETS AVAILABLE FOR BENEFITS**
**Years Ended December 31, 2020 and 2019**

|  | 2020 | 2019 |
|---|---|---|
| Investment income: | | |
| Interest, dividends and other | $ 50,266,091 | $ 47,773,116 |
| Net appreciation in fair value of investments | 127,182,874 | 124,040,140 |
| Net investment income | 177,448,965 | 171,813,256 |
| Interest income on notes receivable from participants | 1,194,249 | 962,160 |
| Contributions: | | |
| Participant | 93,812,576 | 83,562,493 |
| Employer, net of forfeitures | 49,763,882 | 45,086,636 |
| Rollover | 30,740,992 | 30,108,844 |
| Total contributions | 174,317,450 | 158,757,973 |
| Benefit payments | (123,054,971) | (79,878,307) |
| Administrative expenses | (677,461) | (493,957) |
| Net increase | 229,228,232 | 251,161,125 |
| Net assets available for benefits, beginning of year | 985,327,193 | 734,166,068 |
| Net assets available for benefits, end of year | $ 1,214,555,425 | $ 985,327,193 |

See independent auditors' report and accompanying notes to financial statements.

QUANTA_001798

**QUANTA SERVICES, INC. 401(k) SAVINGS PLAN**
**NOTES TO FINANCIAL STATEMENTS**
**December 31, 2020 and 2019**

**Note 1 - Description of the Plan**

The following description of the Quanta Services, Inc. 401(k) Savings Plan (the Plan) is provided for general information purposes only.  Participants should refer to the plan document for a more complete description of the Plan's provisions.

**(a) General**

The Plan is a defined contribution plan established by Quanta Services, Inc. (the plan administrator) and adopting affiliates (collectively the Company) on January 1, 1999. The Plan was established under the provisions of Section 401(a) of the Internal Revenue Code of 1986, as amended (the Code), which includes a qualified deferred arrangement, as described in Section 401(k) of the Code, for the benefit of eligible employees of the Company.  The Plan is subject to the provisions of the Employee Retirement Income Security Act of 1974, as amended (ERISA).

The Company, as plan administrator, established an administrative committee (the Plan Committee).  The Plan Committee is responsible for the general administration of the Plan.  The Plan Committee is given all powers necessary to enable it to carry out its duties including, but not limited to, the power to interpret the Plan.

**(b) Trustee and Recordkeeper**

Fidelity Management Trust Company (Fidelity) serves as trustee to hold, manage, invest, and ultimately distribute the assets of the Plan to participants.  Fidelity Workplace Services, LLC serves as the recordkeeper.

**(c) Eligibility**

Eligible employees, as defined in the plan document, may enter the Plan on the later of their date of hire or attainment of age 18.

**(d) Contributions**

Participants may contribute (on a pretax basis) amounts from 1% to 75% of eligible compensation as defined in the plan document, subject to certain limitations under the Code ($19,500 for 2020 and $19,000 for 2019).  Eligible employees who have attained age fifty (50) before the end of the plan year shall be eligible to make catch-up contributions, subject to certain limitations under the Code ($6,500 for 2020 and $6,000 for 2019).

QUANTA_001799

**QUANTA SERVICES, INC. 401(k) SAVINGS PLAN**
**NOTES TO FINANCIAL STATEMENTS (Continued)**
**December 31, 2020 and 2019**

Participants may also contribute amounts representing distributions from former employers' qualified retirement plans (rollovers) and individual retirement accounts.

The Company makes safe harbor matching contributions to eligible participants in an amount equal to 100% of the first 3% of eligible compensation contributed to the Plan and 50% of the next 3% of the participant's eligible compensation contributed to the Plan. The Plan provides for an annual true-up matching contribution for eligible participants. For the years ended December 31, 2020 and 2019, the Company made year-end true-up contributions of approximately $3,032,000 and $2,600,000, respectively.

The Company may elect to make contributions on behalf of employees who perform services covered by the Davis-Bacon Act, as amended, irrespective to any age or service requirements. The Company is required to meet the required benefit levels under the applicable prevailing wage laws and takes this into consideration when determining what portion of the prevailing wages will be contributed to the Plan. For the years ended December 31, 2020 and 2019, the Company made prevailing wage contributions to the Plan of approximately $753,000 and $1,000,000, respectively.

Participants may elect to have their contributions and the Company's contributions allocated to one or more investment options offered by the Plan. Participants may transfer all or a portion of their account balance among any of the investment options daily, subject to respective funds' transfer restrictions. In the event investment instructions are not received from the participant, the investment of contributions are allocated to the default investment option, the Fidelity Freedom Funds designated based upon the year the participant would attain age 65.

**(e) Participant Accounts**

Each participant's account is credited with the participant's contributions, the Company's contributions, and the participant's share of earnings, losses, and any appreciation or depreciation of the funds invested, net of administrative expenses, as applicable. The benefit to which a participant is entitled is the benefit that can be provided from the participant's account.

**(f) Notes Receivable from Participants**

Participants may borrow from their account a minimum of $1,000 up to a maximum equal to the lesser of (a) $50,000 minus the largest outstanding loan balance in the last 12 months; or (b) 50% of their vested account balance. The loans are secured by the balance of the participant's account. A participant may not have more than one loan outstanding at any one time unless it is a grandfathered second loan from an acquired company. Interest rates are established by the Plan Committee. Notes must be repaid within five years unless used to acquire a principal residence, in which case the note must be repaid within fifteen years. Principal and interest are repaid through after-tax payroll deductions. Interest rates for outstanding notes ranged from 3.25% to 7.5% at December 31, 2020 and 3.25% to 9.25% at December 31, 2019.

QUANTA_001800

**QUANTA SERVICES, INC. 401(k) SAVINGS PLAN**
**NOTES TO FINANCIAL STATEMENTS (Continued)**
**December 31, 2020 and 2019**

During 2020, the Plan adopted certain provisions of the Coronavirus Aid, Relief, and Economic Security Act (the CARES Act) which provided the following benefits to eligible participants:

- The available loan amount was increased to the lesser of $100,000 or 100% of the participant's vested account balance for loans issued between March 27, 2020 to September 22, 2020.  For the year ended December 31, 2020, the Plan issued $7,232,274 of coronavirus-related loans.

- Loan repayments could be deferred through December 31, 2020 without causing the loan to become delinquent and go into default. In 2021, the participant's loan balance plus the interest accrued during the deferment period would reamortize over the remaining term beginning January 1.

**(g) Vesting and Forfeitures**

Participants are always 100% vested in their contributions plus actual earnings thereon. With the exception of certain grandfathered employer contributions and earnings thereon as further described in the plan document, participants are always 100% vested in the Company's safe harbor matching contributions, the Company's prevailing wage contributions, plus actual earnings thereon.

Forfeitures attributable to the nonvested grandfathered employer contributions may be used to pay administrative expenses of the Plan or to reduce future employer contributions to the Plan.  At December 31, 2020 and 2019, the forfeiture balance was approximately $360,000.  For the year ended December 31, 2020 no forfeitures were used to reduce Company contributions. For the year ended December 31, 2019 approximately $76,000 of forfeitures were used to reduce Company contributions, respectively.  No forfeitures were utilized to pay administrative expenses for the years ended December 31, 2020 and 2019.

**(h) Benefit Payments**

Unless otherwise stated in the plan document, an active participant may withdraw some or all of his or her account for reasons of financial hardship, upon the age of 59½ and for other such reasons.  Upon retirement, termination of employment, death or permanent disability, participants or their beneficiaries may receive a lump sum withdrawal equal to the vested value of their accounts.  Upon withdrawal from the Plan, participants may be subject to federal income tax on contributions and income earned.

Pursuant to the CARES Act, eligible plan participants were permitted to request up to $100,000 in coronavirus-related distributions, with a repayment option of up to three years. The ability to request these distributions ceased on December 30, 2020. For the year ended December 31, 2020, the Plan disbursed approximately $26,114,000 of coronavirus-related distributions.

QUANTA_001801

**QUANTA SERVICES, INC. 401(k) SAVINGS PLAN**
**NOTES TO FINANCIAL STATEMENTS (Continued)**
**December 31, 2020 and 2019**

**(i) Administrative Expenses**

The Plan's expenses are paid either by the Plan or the Company, at the Company's discretion. Expenses that are paid directly by the Company are excluded from these financial statements. Investment related expenses are included in net appreciation or depreciation in fair value of investments. Transactional fees for withdrawals and loans are charged directly to the participant's account and are included in administrative expenses.

**Note 2 - Summary of Significant Accounting Policies**

**(a) Basis of Accounting**

The financial statements of the Plan are presented on an accrual basis of accounting in accordance with accounting principles generally accepted in the United States of America (GAAP).

**(b) Use of Estimates**

The preparation of financial statements in conformity with GAAP requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and changes therein and disclosures of contingent assets and liabilities. Actual results could differ from those estimates.

**(c) Investment Valuation**

Investments are reported at fair value. Fair value is the price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date. See Note 3 for discussion of fair value measurements.

**(d) Notes Receivable from Participants**

Notes receivable from participants are measured at their unpaid principal balance plus any accrued but unpaid interest. Interest is recorded on the accrual basis. No allowance for credit losses has been recorded as of December 31, 2020 or 2019, as the notes are collateralized by the respective participant's account balance. In general, notes receivable from participants are considered in default in the quarter following the quarter in which no payment is made. Defaulted loans are treated as distributions based upon the terms of the plan document when a distributable event has occurred.

**(e) Investment Income Recognition**

Realized gains or losses on the sale of investments and unrealized appreciation or depreciation in the market value of investments held at the end of the year are shown as net appreciation or depreciation in fair value of investments in the statements of changes in net assets available for benefits. Interest is recorded on the accrual basis.

QUANTA_001802

**QUANTA SERVICES, INC. 401(k) SAVINGS PLAN**
**NOTES TO FINANCIAL STATEMENTS (Continued)**
**December 31, 2020 and 2019**

Dividends are recorded on the ex-dividend date.  Purchases and sales of investments are recorded on a trade date basis.

**(f)  Benefit Payments**

Benefits are recorded when paid.

**(g)  Subsequent Events**

The plan administrator evaluates events occurring subsequent to the date of the financial statements in determining the accounting for and disclosure of transactions and events that affect the financial statements.  Subsequent events have been evaluated through October 11, 2021, which is the date the financial statements were available to be issued.

**Note 3 - Fair Value Measurements**

GAAP provides a fair value hierarchy that prioritizes the inputs to valuation techniques used to measure fair value.  The hierarchy gives the highest priority to unadjusted quoted prices in active markets for identical assets or liabilities (Level 1) and the lowest priority to unobservable inputs (Level 3).  The three levels of the fair value hierarchy are described below:

Level 1 -   Inputs to the valuation methodology are unadjusted quoted prices for identical assets or liabilities in active markets that the Plan has the ability to access.

Level 2 -   Inputs to the valuation methodology include:

- Quoted prices for similar assets or liabilities in active markets;
- Quoted prices for identical or similar assets or liabilities in inactive markets;
- Inputs other than quoted prices that are observable for the asset or liability;
- Inputs that are derived principally from or corroborated by observable market data by correlation or other means.

    If the asset or liability has a specified (contractual) term, the Level 2 input must be observable for substantially the full term of the asset or liability.

Level 3 -   Inputs to the valuation methodology are unobservable and significant to the fair value measurement.

The asset's or liability's fair value measurement level within the fair value hierarchy is based on the lowest level of any input that is significant to the fair value measurement.  Valuation techniques used should maximize the use of observable inputs and minimize the use of unobservable inputs.

QUANTA_001803

**QUANTA SERVICES, INC. 401(k) SAVINGS PLAN**
**NOTES TO FINANCIAL STATEMENTS (Continued)**
**December 31, 2020 and 2019**

The following is a description of the Plan's valuation methodologies for assets measured at fair value. There were no changes in methodologies used at December 31, 2020 and 2019.

**(a) Money Market Fund and Mutual Funds**

Valued at the daily closing price as reported by the fund, the money market fund and mutual funds held by the Plan are open-ended funds that are registered with the Securities and Exchange Commission. These funds are required to publish their daily net asset value (NAV) and to transact at that price. The money market fund and mutual funds held by the Plan are deemed to be actively traded.

**(b) Common/Collective Trust Fund**

The common/collective trust fund is valued at its NAV as determined by the issuer. The fair value of the fund is calculated on a daily basis by the issuer utilizing quoted market prices, most recent bid prices in the principal market in which the securities are normally traded, pricing services and dealer quotes, as applicable, for the underlying funds. The NAV is used as a practical expedient to estimate fair value. The practical expedient is not used when it is determined to be probable that the fund will sell the investment for an amount different than the reported NAV.

The method described above may produce a fair value calculation that may not be indicative of net realizable value or reflective of future fair values. Furthermore, while the Plan's valuation method is appropriate and consistent with other market participants, the use of different methodologies or assumptions to determine the fair value of the fund could result in a different estimate of fair value at the reporting date.

QUANTA_001804

**QUANTA SERVICES, INC. 401(k) SAVINGS PLAN**
**NOTES TO FINANCIAL STATEMENTS (Continued)**
**December 31, 2020 and 2019**

The following tables set forth, by level, a summary of the Plan's investments measured at fair value:

|  | December 31, 2020 | | | |
|  | Total | (Level 1) | (Level 2) | (Level 3) |
|---|---|---|---|---|
| Money market fund | $ 36,578,008 | $ 36,578,008 | $ - | $ - |
| Mutual funds | 1,114,309,887 | 1,114,309,887 | - | - |
| Total investments in the fair value hierarchy | 1,150,887,895 | $ 1,150,887,895 | $ - | $ - |
| Common/collective trust fund at NAV (practical expedient) | 27,349,127 | | | |
| Total investments at fair value | $1,178,237,022 | | | |

|  | December 31, 2019 | | | |
|  | Total | (Level 1) | (Level 2) | (Level 3) |
|---|---|---|---|---|
| Money market fund | $ 23,270,203 | $ 23,270,203 | $ - | $ - |
| Mutual funds | 916,032,813 | 916,032,813 | - | - |
| Total investments in the fair value hierarchy | 939,303,016 | $ 939,303,016 | $ - | $ - |
| Common/collective trust fund at NAV (practical expedient) | 19,679,006 | | | |
| Total investments at fair value | $ 958,982,022 | | | |

The following table provides additional information for the common/collective trust fund which is measured using NAV as a practical expedient as of December 31, 2020 and 2019. There are no participant redemption restrictions. The redemption notice period is applicable only to the Plan.

| Investment Class | Fair Value | | Unfunded Commitments | Redemption Frequency | Redemption Notice Period |
|---|---|---|---|---|---|
|  | 2020 | 2019 |  |  |  |
| Fixed Income Fund | $ 27,349,127 | $ 19,679,006 | None | Daily | Up to 12 months |

QUANTA_001805

**QUANTA SERVICES, INC. 401(k) SAVINGS PLAN**
**NOTES TO FINANCIAL STATEMENTS (Continued)**
**December 31, 2020 and 2019**

**Note 4 - Information Certified by the Plan's Trustee**

The plan administrator has elected the method of compliance permitted by 29 CFR 2520.103-8 of the DOL's Rules and Regulations for Reporting and Disclosure under ERISA.  Accordingly, as permitted under such election, the plan administrator has obtained certifications from the trustee of the Plan that all of the information provided by them is complete and accurate. Information included in the financial statements and accompanying notes to financial statements as to investments, notes receivable from participants, investment income (loss), interest income on notes receivable from participants, and all the related information in the supplemental Schedule H, Line 4i - Schedule of Assets (Held at End of Year), is presented in reliance solely upon those certifications.

The Plan's independent auditors did not perform auditing procedures with respect to this information except for comparing such information to the related information included in the financial statements, the accompanying notes and the supplemental schedule mentioned above.

**Note 5 - Risks and Uncertainties**

The Plan provides for investments in various investment securities.  Investment securities, in general, are exposed to various risks, such as interest rate, credit, and overall market volatility risks.  Due to the level of risk associated with certain investment securities, it is reasonably possible that changes in the values of investment securities will occur in the near term and that such changes could materially affect participants' account balances.

**Note 6 - Tax Status**

The volume submitter defined contribution plan document adopted by the Company received its latest advisory letter from the IRS dated March 31, 2014, stating that it was in compliance with the applicable requirements of the IRC.  The volume submitter defined contribution plan document has been amended since receiving the advisory letter; however, the plan administrator, through its adoption of the volume submitter defined contribution plan document, believes that the Plan continues to be designed and operated in compliance with the applicable requirements of the IRC.  Therefore, no provision for income taxes has been included in the Plan's financial statements.

GAAP requires plan management to evaluate tax positions taken by the Plan and to recognize a tax liability if the Plan has taken an uncertain position that more likely than not would not be sustained upon examination by the IRS.  The Plan is subject to routine audits by taxing jurisdictions; however, there are currently no audits for any tax periods in progress.

QUANTA_001806

**QUANTA SERVICES, INC. 401(k) SAVINGS PLAN**
**NOTES TO FINANCIAL STATEMENTS (Continued)**
**December 31, 2020 and 2019**

**Note 7 - Plan Termination**

Although it has not expressed any intent to do so, the Company has the right under the Plan to discontinue its contributions at any time and to terminate the Plan subject to the provisions of ERISA. In the event of plan termination, participants will become 100% vested in their employer contributions.

**Note 8 - Nonexempt Prohibited Transactions**

As reported on supplemental Schedule H, Line 4a - Schedule of Delinquent Participant Contributions, $792,030 consisting of $670,618 of participant contributions and $121,412 of participant loan repayments were not remitted to the Plan within the time frame specified by the DOL's Regulation 29 CFR 2510.3-102, thus constituting nonexempt prohibited transactions between the Plan and the Company for the year ended December 31, 2020. The participant contributions and the participant loan repayments were remitted to the Plan prior to December 31, 2020. Lost earnings on $107,953 of the untimely remittances were remitted to the Plan prior to December 31, 2020. The plan administrator is in the process of restoring lost earnings on the remaining $684,077 of untimely remittances and will remit the lost earnings to the Plan as soon as administratively possible.

**Note 9 - Party-in-Interest Transactions**

The Plan invests in a money market fund, mutual funds, and a common/collective trust fund managed by Fidelity or one of its affiliates. Therefore, these transactions qualify as party-in-interest transactions. These transactions are covered by an exemption from the "prohibited transaction" provisions of ERISA and the Code.

The Plan participates in a revenue credit program with Fidelity. Pursuant to the service agreement between Fidelity and the Company, Fidelity provides certain administrative services to the Plan. In situations where recordkeeping revenue earned in connection with plan services exceeds agreed upon compensation, Fidelity will deposit excess revenue in a suspense account in the Plan. The plan administrator can direct Fidelity to pay ERISA-qualified expenses and/or allocate unused revenue credits to eligible participants. The balance in the suspense account at December 31, 2020 and 2019, was approximately $400,000 and $660,000, respectively. For the years ended December 31, 2020 and 2019, approximately $160,000 and $25,000, was utilized to pay for Plan expenses. For the years ended December 31, 2020 and 2019, approximately $640,000 and $500,000 was reallocated to eligible participants.

QUANTA_001807

**SUPPLEMENTARY INFORMATION**

QUANTA_001808

**QUANTA SERVICES, INC. 401(k) SAVINGS PLAN**
**EIN: 74-2851603**
**Plan Number: 001**
**Schedule H, Line 4a - Schedule of Delinquent Participant Contributions**
**Year Ended December 31, 2020**

| Participant contributions transferred late to Plan | Total that constitute nonexempt prohibited transactions | | | Total fully corrected under VFCP and PTE 2002-51 |
|---|---|---|---|---|
| Check here if late participant loan repayments are included: X | Contributions not corrected | Contributions corrected outside VFCP | Contributions pending correction in VFCP | |
| $           792,030 | $         684,077 | $         107,953 | $              - | $              - |

QUANTA_001809

**Schedule 2**

## QUANTA SERVICES, INC. 401(k) SAVINGS PLAN
### EIN: 74-2851603
### Plan Number: 001
### Schedule H, Line 4i - Schedule of Assets (Held at End of Year)
### December 31, 2020

| (a) (b) | (c) | Principal or number of shares | (e) Current value |
|---|---|---|---|
| **Identity of issue** | **Description of investment** | | |
| | **Money Market Fund** | | |
| * Fidelity Investments | Fidelity Investments Money Market Government Portfolio | 36,578,008 | $ 36,578,008 |
| | | | 36,578,008 |
| | **Mutual Funds** | | |
| American Beacon | American Beacon Small Cap Value Fund | 500,177 | 12,549,429 |
| American Funds | American Funds The Growth Fund of America | 1,830,165 | 123,700,833 |
| Dimensional Fund Advisors | International Small Cap Value Fund | 133,931 | 2,562,104 |
| Dodge & Cox | Dodge & Cox Stock Fund | 342,223 | 65,898,377 |
| * Fidelity Investments | Fidelity Balanced Fund | 504,339 | 14,257,660 |
| * Fidelity Investments | Fidelity Small Cap Growth Fund | 1,697,800 | 33,582,484 |
| * Fidelity Investments | Fidelity Diversified International Fund | 1,123,106 | 53,437,405 |
| * Fidelity Investments | Fidelity Freedom 2005 Fund | 71,151 | 927,803 |
| * Fidelity Investments | Fidelity Freedom 2010 Fund | 859,452 | 14,000,479 |
| * Fidelity Investments | Fidelity Freedom 2015 Fund | 273,550 | 3,684,712 |
| * Fidelity Investments | Fidelity Freedom 2020 Fund | 4,454,532 | 76,350,682 |
| * Fidelity Investments | Fidelity Freedom 2025 Fund | 2,296,212 | 35,407,589 |
| * Fidelity Investments | Fidelity Freedom 2030 Fund | 5,432,884 | 104,637,344 |
| * Fidelity Investments | Fidelity Freedom 2035 Fund | 2,227,952 | 36,872,597 |
| * Fidelity Investments | Fidelity Freedom 2040 Fund | 8,732,782 | 102,610,188 |
| * Fidelity Investments | Fidelity Freedom 2045 Fund | 2,425,730 | 32,577,559 |
| * Fidelity Investments | Fidelity Freedom 2050 Fund | 5,436,666 | 73,612,463 |
| * Fidelity Investments | Fidelity Freedom 2055 Fund | 1,742,397 | 27,111,698 |
| * Fidelity Investments | Fidelity Freedom 2060 Fund | 1,506,609 | 21,197,992 |
| * Fidelity Investments | Fidelity Freedom 2065 Fund | 140,195 | 1,738,424 |
| * Fidelity Investments | Fidelity Freedom Income Fund | 359,704 | 4,384,794 |
| * Fidelity Investments | Fidelity Low-Priced Stock Fund | 463,899 | 22,531,578 |
| * Fidelity Investments | Fidelity Total Bond Fund | 4,722,041 | 53,453,507 |
| * Fidelity Investments | Fidelity Extended Market Index Fund | 303,693 | 25,352,307 |
| * Fidelity Investments | Fidelity 500 Index Fund | 629,383 | 81,926,840 |
| Vanguard Group, Inc. | Vanguard GNMA Admiral Fund | 1,466,389 | 15,749,017 |
| Vanguard Group, Inc. | Vanguard Growth Index Institutional Fund | 420,491 | 54,861,500 |
| Vanguard Group, Inc. | Vanguard Value Index Institutional Fund | 416,559 | 19,332,520 |
| | | | 1,114,309,887 |
| | **Common/Collective Trust Fund** | | |
| * Fidelity Investments | Fidelity Managed Income Portfolio | 27,349,127 | 27,349,127 |
| | | | 27,349,127 |
| | **Participant Loans** | | |
| * Participant Loans | Interest rates ranging from 3.25% to 7.5% | | |
| | due at various dates through 2036 | | 29,888,781 |
| | Total assets (held at end of year) | | $ 1,208,125,802 |

\* Indicates a party-in-interest

The information on this schedule has been summarized from information provided by Fidelity Management Trust Company, the trustee, as being complete and accurate.

See independent auditors' report.

QUANTA_001810

# Quanta Services, Inc. 401(k) Savings Plan

Financial Statements and Supplemental Schedules

December 31, 2020 and 2019

(With Independent Auditors' Report Thereon)



**QUANTA SERVICES, INC. 401(k) SAVINGS PLAN**

**TABLE OF CONTENTS**

|  | Page Number |
|---|---|
| Independent Auditors' Report | 1 |
| Statements of Net Assets Available for Benefits, December 31, 2020 and 2019 | 3 |
| Statements of Changes in Net Assets Available for Benefits, Years Ended December 31, 2020 and 2019 | 4 |
| Notes to Financial Statements | 5 |
| Supplementary Information: | |
| Schedule 1 - Schedule H, Line 4a - Schedule of Delinquent Participant Contributions, Year Ended December 31, 2020 | 14 |
| Schedule 2 - Schedule H, Line 4i - Schedule of Assets (Held at End of Year), December 31, 2020 | 15 |

All other supplemental schedules listed by the Department of Labor's Rules and Regulations for Reporting and Disclosure under the Employee Retirement Income Security Act of 1974 have been omitted because they are not applicable.



certified public accountants
& business advisors

**Independent Auditors' Report**

October 11, 2021

The Plan Committee
Quanta Services, Inc. 401(k) Savings Plan
Houston, Texas

### Report on the Financial Statements

We were engaged to audit the accompanying financial statements of the Quanta Services, Inc. 401(k) Savings Plan (the Plan), which comprise the statements of net assets available for benefits as of December 31, 2020 and 2019, the related statements of changes in net assets available for benefits for the years then ended, and the related notes to the financial statements.

### Management's Responsibility for the Financial Statements

Management is responsible for the preparation and fair presentation of these financial statements in accordance with accounting principles generally accepted in the United States of America; this includes the design, implementation, and maintenance of internal control relevant to the preparation and fair presentation of financial statements that are free from material misstatement, whether due to fraud or error.

### Auditors' Responsibility

Our responsibility is to express an opinion on these financial statements based on conducting the audits in accordance with auditing standards generally accepted in the United States of America. Because of the matter described in the Basis for Disclaimer of Opinion paragraph, however, we were not able to obtain sufficient appropriate audit evidence to provide a basis for an audit opinion.

### Basis for Disclaimer of Opinion

As permitted by 29 CFR 2520.103-8 of the Department of Labor's (DOL) Rules and Regulations for Reporting and Disclosure under the Employee Retirement Income Security Act of 1974, the plan administrator instructed us not to perform, and we did not perform, any auditing procedures with respect to the information summarized in Note 4, which was certified by Fidelity Management Trust Company, the trustee of the Plan, except for comparing such information with the related information included in the financial statements. We have been informed by the plan administrator that the trustee holds the Plan's investment assets and executes investment transactions. The plan administrator has obtained certifications from the trustee as of and for the years ended December 31, 2020 and 2019, that the information provided to the plan administrator by the trustee is complete and accurate.

QUANTA_001813

October 11, 2021
Quanta Services, Inc. 401(k) Savings Plan

**Disclaimer of Opinion**

Because of the significance of the matter described in the Basis for Disclaimer of Opinion paragraph, we have not been able to obtain sufficient appropriate audit evidence to provide a basis for an audit opinion.  Accordingly, we do not express an opinion on these financial statements.

**Other Matter**

The supplemental Schedule H, Line 4a - Schedule of Delinquent Participant Contributions for the year ended December 31, 2020, and the supplemental Schedule H, Line 4i - Schedule of Assets (Held at End of Year) as of December 31, 2020, are required by the DOL's Rules and Regulations for Reporting and Disclosure under the Employee Retirement Income Security Act of 1974, and are presented for the purpose of additional analysis and are not a required part of the financial statements.  Because of the significance of the matter described in the Basis for Disclaimer of Opinion paragraph, we do not express an opinion on these supplemental schedules.

**Report on Form and Content in Compliance With DOL Rules and Regulations**

The form and content of the information included in the financial statements and supplemental schedules, other than that derived from the information certified by the trustee, have been audited by us in accordance with auditing standards generally accepted in the United States of America and, in our opinion, are presented in compliance with the DOL's Rules and Regulations for Reporting and Disclosure under the Employee Retirement Income Security Act of 1974.

*Weinstein Spira & Company P.C.*

WEINSTEIN SPIRA & COMPANY, P.C.
Houston, Texas

QUANTA_001814

**QUANTA SERVICES, INC. 401(k) SAVINGS PLAN**
**STATEMENTS OF NET ASSETS AVAILABLE FOR BENEFITS**
**December 31, 2020 and 2019**

|  | 2020 | 2019 |
|---|---|---|
| Assets: |  |  |
| Investments, at fair value | $ 1,178,237,022 | $ 958,982,022 |
|  |  |  |
| Receivables: |  |  |
| Notes receivable from participants | 29,888,781 | 20,518,720 |
| Employer contributions | 4,451,205 | 3,762,875 |
| Participant contributions | 1,978,417 | 2,063,576 |
|  |  |  |
|  | 36,318,403 | 26,345,171 |
|  |  |  |
| Net assets available for benefits | $ 1,214,555,425 | $ 985,327,193 |

See independent auditors' report and accompanying notes to financial statements.

QUANTA_001815

**QUANTA SERVICES, INC. 401(k) SAVINGS PLAN**
**STATEMENTS OF CHANGES IN NET ASSETS AVAILABLE FOR BENEFITS**
**Years Ended December 31, 2020 and 2019**

|  | 2020 | 2019 |
|---|---|---|
| Investment income: |  |  |
| Interest, dividends and other | $ 50,266,091 | $ 47,773,116 |
| Net appreciation in fair value of investments | 127,182,874 | 124,040,140 |
| Net investment income | 177,448,965 | 171,813,256 |
| Interest income on notes receivable from participants | 1,194,249 | 962,160 |
| Contributions: |  |  |
| Participant | 93,812,576 | 83,562,493 |
| Employer, net of forfeitures | 49,763,882 | 45,086,636 |
| Rollover | 30,740,992 | 30,108,844 |
| Total contributions | 174,317,450 | 158,757,973 |
| Benefit payments | (123,054,971) | (79,878,307) |
| Administrative expenses | (677,461) | (493,957) |
| Net increase | 229,228,232 | 251,161,125 |
| Net assets available for benefits, beginning of year | 985,327,193 | 734,166,068 |
| Net assets available for benefits, end of year | $ 1,214,555,425 | $ 985,327,193 |

See independent auditors' report and accompanying notes to financial statements.

QUANTA_001816

**QUANTA SERVICES, INC. 401(k) SAVINGS PLAN**
**NOTES TO FINANCIAL STATEMENTS**
**December 31, 2020 and 2019**

**Note 1 - Description of the Plan**

The following description of the Quanta Services, Inc. 401(k) Savings Plan (the Plan) is provided for general information purposes only.  Participants should refer to the plan document for a more complete description of the Plan's provisions.

**(a) General**

The Plan is a defined contribution plan established by Quanta Services, Inc. (the plan administrator) and adopting affiliates (collectively the Company) on January 1, 1999. The Plan was established under the provisions of Section 401(a) of the Internal Revenue Code of 1986, as amended (the Code), which includes a qualified deferred arrangement, as described in Section 401(k) of the Code, for the benefit of eligible employees of the Company.  The Plan is subject to the provisions of the Employee Retirement Income Security Act of 1974, as amended (ERISA).

The Company, as plan administrator, established an administrative committee (the Plan Committee).  The Plan Committee is responsible for the general administration of the Plan.  The Plan Committee is given all powers necessary to enable it to carry out its duties including, but not limited to, the power to interpret the Plan.

**(b) Trustee and Recordkeeper**

Fidelity Management Trust Company (Fidelity) serves as trustee to hold, manage, invest, and ultimately distribute the assets of the Plan to participants.  Fidelity Workplace Services, LLC serves as the recordkeeper.

**(c) Eligibility**

Eligible employees, as defined in the plan document, may enter the Plan on the later of their date of hire or attainment of age 18.

**(d) Contributions**

Participants may contribute (on a pretax basis) amounts from 1% to 75% of eligible compensation as defined in the plan document, subject to certain limitations under the Code ($19,500 for 2020 and $19,000 for 2019).  Eligible employees who have attained age fifty (50) before the end of the plan year shall be eligible to make catch-up contributions, subject to certain limitations under the Code ($6,500 for 2020 and $6,000 for 2019).

QUANTA_001817

**QUANTA SERVICES, INC. 401(k) SAVINGS PLAN**
**NOTES TO FINANCIAL STATEMENTS (Continued)**
**December 31, 2020 and 2019**

Participants may also contribute amounts representing distributions from former employers' qualified retirement plans (rollovers) and individual retirement accounts.

The Company makes safe harbor matching contributions to eligible participants in an amount equal to 100% of the first 3% of eligible compensation contributed to the Plan and 50% of the next 3% of the participant's eligible compensation contributed to the Plan. The Plan provides for an annual true-up matching contribution for eligible participants. For the years ended December 31, 2020 and 2019, the Company made year-end true-up contributions of approximately $3,032,000 and $2,600,000, respectively.

The Company may elect to make contributions on behalf of employees who perform services covered by the Davis-Bacon Act, as amended, irrespective to any age or service requirements. The Company is required to meet the required benefit levels under the applicable prevailing wage laws and takes this into consideration when determining what portion of the prevailing wages will be contributed to the Plan. For the years ended December 31, 2020 and 2019, the Company made prevailing wage contributions to the Plan of approximately $753,000 and $1,000,000, respectively.

Participants may elect to have their contributions and the Company's contributions allocated to one or more investment options offered by the Plan. Participants may transfer all or a portion of their account balance among any of the investment options daily, subject to respective funds' transfer restrictions. In the event investment instructions are not received from the participant, the investment of contributions are allocated to the default investment option, the Fidelity Freedom Funds designated based upon the year the participant would attain age 65.

**(e) Participant Accounts**

Each participant's account is credited with the participant's contributions, the Company's contributions, and the participant's share of earnings, losses, and any appreciation or depreciation of the funds invested, net of administrative expenses, as applicable. The benefit to which a participant is entitled is the benefit that can be provided from the participant's account.

**(f) Notes Receivable from Participants**

Participants may borrow from their account a minimum of $1,000 up to a maximum equal to the lesser of (a) $50,000 minus the largest outstanding loan balance in the last 12 months; or (b) 50% of their vested account balance. The loans are secured by the balance of the participant's account. A participant may not have more than one loan outstanding at any one time unless it is a grandfathered second loan from an acquired company. Interest rates are established by the Plan Committee. Notes must be repaid within five years unless used to acquire a principal residence, in which case the note must be repaid within fifteen years. Principal and interest are repaid through after-tax payroll deductions. Interest rates for outstanding notes ranged from 3.25% to 7.5% at December 31, 2020 and 3.25% to 9.25% at December 31, 2019.

QUANTA_001818

**QUANTA SERVICES, INC. 401(k) SAVINGS PLAN**
**NOTES TO FINANCIAL STATEMENTS (Continued)**
**December 31, 2020 and 2019**

During 2020, the Plan adopted certain provisions of the Coronavirus Aid, Relief, and Economic Security Act (the CARES Act) which provided the following benefits to eligible participants:

- The available loan amount was increased to the lesser of $100,000 or 100% of the participant's vested account balance for loans issued between March 27, 2020 to September 22, 2020.  For the year ended December 31, 2020, the Plan issued $7,232,274 of coronavirus-related loans.

- Loan repayments could be deferred through December 31, 2020 without causing the loan to become delinquent and go into default. In 2021, the participant's loan balance plus the interest accrued during the deferment period would reamortize over the remaining term beginning January 1.

**(g) Vesting and Forfeitures**

Participants are always 100% vested in their contributions plus actual earnings thereon. With the exception of certain grandfathered employer contributions and earnings thereon as further described in the plan document, participants are always 100% vested in the Company's safe harbor matching contributions, the Company's prevailing wage contributions, plus actual earnings thereon.

Forfeitures attributable to the nonvested grandfathered employer contributions may be used to pay administrative expenses of the Plan or to reduce future employer contributions to the Plan.  At December 31, 2020 and 2019, the forfeiture balance was approximately $360,000.  For the year ended December 31, 2020 no forfeitures were used to reduce Company contributions. For the year ended December 31, 2019 approximately $76,000 of forfeitures were used to reduce Company contributions, respectively.  No forfeitures were utilized to pay administrative expenses for the years ended December 31, 2020 and 2019.

**(h) Benefit Payments**

Unless otherwise stated in the plan document, an active participant may withdraw some or all of his or her account for reasons of financial hardship, upon the age of 59½ and for other such reasons.  Upon retirement, termination of employment, death or permanent disability, participants or their beneficiaries may receive a lump sum withdrawal equal to the vested value of their accounts.  Upon withdrawal from the Plan, participants may be subject to federal income tax on contributions and income earned.

Pursuant to the CARES Act, eligible plan participants were permitted to request up to $100,000 in coronavirus-related distributions, with a repayment option of up to three years. The ability to request these distributions ceased on December 30, 2020. For the year ended December 31, 2020, the Plan disbursed approximately $26,114,000 of coronavirus-related distributions.

QUANTA_001819

**QUANTA SERVICES, INC. 401(k) SAVINGS PLAN**
**NOTES TO FINANCIAL STATEMENTS (Continued)**
**December 31, 2020 and 2019**

**(i) Administrative Expenses**

The Plan's expenses are paid either by the Plan or the Company, at the Company's discretion. Expenses that are paid directly by the Company are excluded from these financial statements. Investment related expenses are included in net appreciation or depreciation in fair value of investments. Transactional fees for withdrawals and loans are charged directly to the participant's account and are included in administrative expenses.

**Note 2 - Summary of Significant Accounting Policies**

**(a) Basis of Accounting**

The financial statements of the Plan are presented on an accrual basis of accounting in accordance with accounting principles generally accepted in the United States of America (GAAP).

**(b) Use of Estimates**

The preparation of financial statements in conformity with GAAP requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and changes therein and disclosures of contingent assets and liabilities. Actual results could differ from those estimates.

**(c) Investment Valuation**

Investments are reported at fair value. Fair value is the price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date. See Note 3 for discussion of fair value measurements.

**(d) Notes Receivable from Participants**

Notes receivable from participants are measured at their unpaid principal balance plus any accrued but unpaid interest. Interest is recorded on the accrual basis. No allowance for credit losses has been recorded as of December 31, 2020 or 2019, as the notes are collateralized by the respective participant's account balance. In general, notes receivable from participants are considered in default in the quarter following the quarter in which no payment is made. Defaulted loans are treated as distributions based upon the terms of the plan document when a distributable event has occurred.

**(e) Investment Income Recognition**

Realized gains or losses on the sale of investments and unrealized appreciation or depreciation in the market value of investments held at the end of the year are shown as net appreciation or depreciation in fair value of investments in the statements of changes in net assets available for benefits. Interest is recorded on the accrual basis.

QUANTA_001820

**QUANTA SERVICES, INC. 401(k) SAVINGS PLAN**
**NOTES TO FINANCIAL STATEMENTS (Continued)**
**December 31, 2020 and 2019**

Dividends are recorded on the ex-dividend date.  Purchases and sales of investments are recorded on a trade date basis.

**(f)  Benefit Payments**

Benefits are recorded when paid.

**(g)  Subsequent Events**

The plan administrator evaluates events occurring subsequent to the date of the financial statements in determining the accounting for and disclosure of transactions and events that affect the financial statements.  Subsequent events have been evaluated through October 11, 2021, which is the date the financial statements were available to be issued.

**Note 3 - Fair Value Measurements**

GAAP provides a fair value hierarchy that prioritizes the inputs to valuation techniques used to measure fair value.  The hierarchy gives the highest priority to unadjusted quoted prices in active markets for identical assets or liabilities (Level 1) and the lowest priority to unobservable inputs (Level 3).  The three levels of the fair value hierarchy are described below:

Level 1 -   Inputs to the valuation methodology are unadjusted quoted prices for identical assets or liabilities in active markets that the Plan has the ability to access.

Level 2 -   Inputs to the valuation methodology include:

- Quoted prices for similar assets or liabilities in active markets;
- Quoted prices for identical or similar assets or liabilities in inactive markets;
- Inputs other than quoted prices that are observable for the asset or liability;
- Inputs that are derived principally from or corroborated by observable market data by correlation or other means.

If the asset or liability has a specified (contractual) term, the Level 2 input must be observable for substantially the full term of the asset or liability.

Level 3 -   Inputs to the valuation methodology are unobservable and significant to the fair value measurement.

The asset's or liability's fair value measurement level within the fair value hierarchy is based on the lowest level of any input that is significant to the fair value measurement.  Valuation techniques used should maximize the use of observable inputs and minimize the use of unobservable inputs.

QUANTA_001821

**QUANTA SERVICES, INC. 401(k) SAVINGS PLAN**
**NOTES TO FINANCIAL STATEMENTS (Continued)**
**December 31, 2020 and 2019**

The following is a description of the Plan's valuation methodologies for assets measured at fair value. There were no changes in methodologies used at December 31, 2020 and 2019.

**(a) Money Market Fund and Mutual Funds**

Valued at the daily closing price as reported by the fund, the money market fund and mutual funds held by the Plan are open-ended funds that are registered with the Securities and Exchange Commission.  These funds are required to publish their daily net asset value (NAV) and to transact at that price.  The money market fund and mutual funds held by the Plan are deemed to be actively traded.

**(b) Common/Collective Trust Fund**

The common/collective trust fund is valued at its NAV as determined by the issuer.  The fair value of the fund is calculated on a daily basis by the issuer utilizing quoted market prices, most recent bid prices in the principal market in which the securities are normally traded, pricing services and dealer quotes, as applicable, for the underlying funds. The NAV is used as a practical expedient to estimate fair value.  The practical expedient is not used when it is determined to be probable that the fund will sell the investment for an amount different than the reported NAV.

The method described above may produce a fair value calculation that may not be indicative of net realizable value or reflective of future fair values.  Furthermore, while the Plan's valuation method is appropriate and consistent with other market participants, the use of different methodologies or assumptions to determine the fair value of the fund could result in a different estimate of fair value at the reporting date.

QUANTA_001822

**QUANTA SERVICES, INC. 401(k) SAVINGS PLAN**
**NOTES TO FINANCIAL STATEMENTS (Continued)**
**December 31, 2020 and 2019**

The following tables set forth, by level, a summary of the Plan's investments measured at fair value:

|  | December 31, 2020 | | | |
|  | Total | (Level 1) | (Level 2) | (Level 3) |
|---|---|---|---|---|
| Money market fund | $    36,578,008 | $    36,578,008 | $        - | $        - |
| Mutual funds | 1,114,309,887 | 1,114,309,887 | - | - |
| Total investments in the fair value hierarchy | 1,150,887,895 | $ 1,150,887,895 | $        - | $        - |
| Common/collective trust fund at NAV (practical expedient) | 27,349,127 | | | |
| Total investments at fair value | $1,178,237,022 | | | |

|  | December 31, 2019 | | | |
|  | Total | (Level 1) | (Level 2) | (Level 3) |
|---|---|---|---|---|
| Money market fund | $   23,270,203 | $   23,270,203 | $        - | $        - |
| Mutual funds | 916,032,813 | 916,032,813 | - | - |
| Total investments in the fair value hierarchy | 939,303,016 | $ 939,303,016 | $        - | $        - |
| Common/collective trust fund at NAV (practical expedient) | 19,679,006 | | | |
| Total investments at fair value | $ 958,982,022 | | | |

The following table provides additional information for the common/collective trust fund which is measured using NAV as a practical expedient as of December 31, 2020 and 2019.  There are no participant redemption restrictions. The redemption notice period is applicable only to the Plan.

|  | Fair Value | | Unfunded Commitments | Redemption Frequency | Redemption Notice Period |
| Investment Class | 2020 | 2019 | | | |
|---|---|---|---|---|---|
| Fixed Income Fund | $ 27,349,127 | $ 19,679,006 | None | Daily | Up to 12 months |

QUANTA_001823

**QUANTA SERVICES, INC. 401(k) SAVINGS PLAN**
**NOTES TO FINANCIAL STATEMENTS (Continued)**
**December 31, 2020 and 2019**

**Note 4 - Information Certified by the Plan's Trustee**

The plan administrator has elected the method of compliance permitted by 29 CFR 2520.103-8 of the DOL's Rules and Regulations for Reporting and Disclosure under ERISA.  Accordingly, as permitted under such election, the plan administrator has obtained certifications from the trustee of the Plan that all of the information provided by them is complete and accurate. Information included in the financial statements and accompanying notes to financial statements as to investments, notes receivable from participants, investment income (loss), interest income on notes receivable from participants, and all the related information in the supplemental Schedule H, Line 4i - Schedule of Assets (Held at End of Year), is presented in reliance solely upon those certifications.

The Plan's independent auditors did not perform auditing procedures with respect to this information except for comparing such information to the related information included in the financial statements, the accompanying notes and the supplemental schedule mentioned above.

**Note 5 - Risks and Uncertainties**

The Plan provides for investments in various investment securities.  Investment securities, in general, are exposed to various risks, such as interest rate, credit, and overall market volatility risks.  Due to the level of risk associated with certain investment securities, it is reasonably possible that changes in the values of investment securities will occur in the near term and that such changes could materially affect participants' account balances.

**Note 6 - Tax Status**

The volume submitter defined contribution plan document adopted by the Company received its latest advisory letter from the IRS dated March 31, 2014, stating that it was in compliance with the applicable requirements of the IRC.  The volume submitter defined contribution plan document has been amended since receiving the advisory letter; however, the plan administrator, through its adoption of the volume submitter defined contribution plan document, believes that the Plan continues to be designed and operated in compliance with the applicable requirements of the IRC.  Therefore, no provision for income taxes has been included in the Plan's financial statements.

GAAP requires plan management to evaluate tax positions taken by the Plan and to recognize a tax liability if the Plan has taken an uncertain position that more likely than not would not be sustained upon examination by the IRS.  The Plan is subject to routine audits by taxing jurisdictions; however, there are currently no audits for any tax periods in progress.

QUANTA_001824

**QUANTA SERVICES, INC. 401(k) SAVINGS PLAN**
**NOTES TO FINANCIAL STATEMENTS (Continued)**
**December 31, 2020 and 2019**

**Note 7 - Plan Termination**

Although it has not expressed any intent to do so, the Company has the right under the Plan to discontinue its contributions at any time and to terminate the Plan subject to the provisions of ERISA. In the event of plan termination, participants will become 100% vested in their employer contributions.

**Note 8 - Nonexempt Prohibited Transactions**

As reported on supplemental Schedule H, Line 4a - Schedule of Delinquent Participant Contributions, $792,030 consisting of $670,618 of participant contributions and $121,412 of participant loan repayments were not remitted to the Plan within the time frame specified by the DOL's Regulation 29 CFR 2510.3-102, thus constituting nonexempt prohibited transactions between the Plan and the Company for the year ended December 31, 2020. The participant contributions and the participant loan repayments were remitted to the Plan prior to December 31, 2020. Lost earnings on $107,953 of the untimely remittances were remitted to the Plan prior to December 31, 2020. The plan administrator is in the process of restoring lost earnings on the remaining $684,077 of untimely remittances and will remit the lost earnings to the Plan as soon as administratively possible.

**Note 9 - Party-in-Interest Transactions**

The Plan invests in a money market fund, mutual funds, and a common/collective trust fund managed by Fidelity or one of its affiliates. Therefore, these transactions qualify as party-in-interest transactions. These transactions are covered by an exemption from the "prohibited transaction" provisions of ERISA and the Code.

The Plan participates in a revenue credit program with Fidelity. Pursuant to the service agreement between Fidelity and the Company, Fidelity provides certain administrative services to the Plan. In situations where recordkeeping revenue earned in connection with plan services exceeds agreed upon compensation, Fidelity will deposit excess revenue in a suspense account in the Plan. The plan administrator can direct Fidelity to pay ERISA-qualified expenses and/or allocate unused revenue credits to eligible participants. The balance in the suspense account at December 31, 2020 and 2019, was approximately $400,000 and $660,000, respectively. For the years ended December 31, 2020 and 2019, approximately $160,000 and $25,000, was utilized to pay for Plan expenses. For the years ended December 31, 2020 and 2019, approximately $640,000 and $500,000 was reallocated to eligible participants.

QUANTA_001825

**SUPPLEMENTARY INFORMATION**

QUANTA_001826

**Schedule 1**

**QUANTA SERVICES, INC. 401(k) SAVINGS PLAN**
**EIN: 74-2851603**
**Plan Number: 001**
**Schedule H, Line 4a - Schedule of Delinquent Participant Contributions**
**Year Ended December 31, 2020**

| Participant contributions transferred late to Plan | Total that constitute nonexempt prohibited transactions | | | Total fully corrected under VFCP and PTE 2002-51 |
|---|---|---|---|---|
| Check here if late participant loan repayments are included: X | Contributions not corrected | Contributions corrected outside VFCP | Contributions pending correction in VFCP | |
| $ 792,030 | $ 684,077 | $ 107,953 | $ - | $ - |

See independent auditors' report.

-14-

QUANTA_001827

**QUANTA SERVICES, INC. 401(k) SAVINGS PLAN**
**EIN: 74-2851603**
**Plan Number: 001**
**Schedule H, Line 4i - Schedule of Assets (Held at End of Year)**
**December 31, 2020**

| (a) (b) Identity of issue | (c) Description of investment | Principal or number of shares | (e) Current value |
|---|---|---|---|
| | **Money Market Fund** | | |
| * Fidelity Investments | Fidelity Investments Money Market Government Portfolio | 36,578,008 | $ 36,578,008 |
| | | | 36,578,008 |
| | **Mutual Funds** | | |
| American Beacon | American Beacon Small Cap Value Fund | 500,177 | 12,549,429 |
| American Funds | American Funds The Growth Fund of America | 1,830,165 | 123,700,833 |
| Dimensional Fund Advisors | International Small Cap Value Fund | 133,931 | 2,562,104 |
| Dodge & Cox | Dodge & Cox Stock Fund | 342,223 | 65,898,377 |
| * Fidelity Investments | Fidelity Balanced Fund | 504,339 | 14,257,660 |
| * Fidelity Investments | Fidelity Small Cap Growth Fund | 1,697,800 | 33,582,484 |
| * Fidelity Investments | Fidelity Diversified International Fund | 1,123,106 | 53,437,405 |
| * Fidelity Investments | Fidelity Freedom 2005 Fund | 71,151 | 927,803 |
| * Fidelity Investments | Fidelity Freedom 2010 Fund | 859,452 | 14,000,479 |
| * Fidelity Investments | Fidelity Freedom 2015 Fund | 273,550 | 3,684,712 |
| * Fidelity Investments | Fidelity Freedom 2020 Fund | 4,454,532 | 76,350,682 |
| * Fidelity Investments | Fidelity Freedom 2025 Fund | 2,296,212 | 35,407,589 |
| * Fidelity Investments | Fidelity Freedom 2030 Fund | 5,432,884 | 104,637,344 |
| * Fidelity Investments | Fidelity Freedom 2035 Fund | 2,227,952 | 36,872,597 |
| * Fidelity Investments | Fidelity Freedom 2040 Fund | 8,732,782 | 102,610,188 |
| * Fidelity Investments | Fidelity Freedom 2045 Fund | 2,425,730 | 32,577,559 |
| * Fidelity Investments | Fidelity Freedom 2050 Fund | 5,436,666 | 73,612,463 |
| * Fidelity Investments | Fidelity Freedom 2055 Fund | 1,742,397 | 27,111,698 |
| * Fidelity Investments | Fidelity Freedom 2060 Fund | 1,506,609 | 21,197,992 |
| * Fidelity Investments | Fidelity Freedom 2065 Fund | 140,195 | 1,738,424 |
| * Fidelity Investments | Fidelity Freedom Income Fund | 359,704 | 4,384,794 |
| * Fidelity Investments | Fidelity Low-Priced Stock Fund | 463,899 | 22,531,578 |
| * Fidelity Investments | Fidelity Total Bond Fund | 4,722,041 | 53,453,507 |
| * Fidelity Investments | Fidelity Extended Market Index Fund | 303,693 | 25,352,307 |
| * Fidelity Investments | Fidelity 500 Index Fund | 629,383 | 81,926,840 |
| Vanguard Group, Inc. | Vanguard GNMA Admiral Fund | 1,466,389 | 15,749,017 |
| Vanguard Group, Inc. | Vanguard Growth Index Institutional Fund | 420,491 | 54,861,520 |
| Vanguard Group, Inc. | Vanguard Value Index Institutional Fund | 416,559 | 19,332,520 |
| | | | 1,114,309,887 |
| | **Common/Collective Trust Fund** | | |
| * Fidelity Investments | Fidelity Managed Income Portfolio | 27,349,127 | 27,349,127 |
| | | | 27,349,127 |
| | **Participant Loans** | | |
| * Participant Loans | Interest rates ranging from 3.25% to 7.5% due at various dates through 2036 | | 29,888,781 |
| | Total assets (held at end of year) | | $ 1,208,125,802 |

* Indicates a party-in-interest

The information on this schedule has been summarized from information provided by Fidelity Management Trust Company, the trustee, as being complete and accurate.

See independent auditors' report.

QUANTA_001828

**Multiple-Employer Plan Participating Employer Information**
**Quanta Services, Inc. 401(K) Savings Plan, 74-2851603, 001**

| Participating Employer | EIN | Percent of Total Contributions |
| --- | --- | --- |
| Nova Shimmick | 80-0815825 | 0% |
| Quanta Services, Inc. | 74-2851603 | 99.778% |
| Stronghold Tower Group, Ltd. | 82-1025856 | .071% |
| Vector Force | 82-1789815 | .151% |

QUANTA_001829