# Exhibit H

**Exhibit 3. Fidelity Freedom TDFs - Quarterly Balances (in Dollars)**
*4Q2016 through 2Q2024*

| | [a]<br>Quarter Ended | [b]<br>Income | [c]<br>2005 | [d]<br>2010 | [e]<br>2015 | [f]<br>2020 | [g]<br>2025 | [h]<br>2030 | [i]<br>2035 | [j]<br>2040 | [k]<br>2045 | [l]<br>2050 | [m]<br>2055 | [n]<br>2060 | [o]<br>2065 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [1] | 12/31/2016 | $3,319,477 | $21,907 | $18,712,519 | $474,056 | $62,070,825 | $3,533,411 | $49,087,985 | $1,600,924 | $43,711,411 | $1,954,919 | $22,671,868 | $1,013,311 | $438,862 | - |
| [2] | 3/31/2017 | $3,384,041 | $28,769 | $19,236,325 | $605,834 | $65,691,317 | $5,877,554 | $53,513,754 | $2,431,125 | $47,958,115 | $2,453,881 | $25,707,055 | $1,470,706 | $632,032 | - |
| [3] | 6/30/2017 | $3,737,305 | $33,735 | $19,007,270 | $771,573 | $68,920,640 | $6,628,295 | $57,945,597 | $3,054,033 | $51,896,890 | $3,177,402 | $28,552,792 | $2,211,182 | $947,583 | - |
| [4] | 9/30/2017 | $3,903,131 | $28,398 | $19,211,089 | $1,597,175 | $69,904,447 | $7,082,488 | $61,392,169 | $3,924,518 | $54,944,370 | $4,763,281 | $31,308,815 | $2,968,139 | $1,276,978 | - |
| [5] | 12/31/2017 | $4,006,501 | $242,293 | $17,740,221 | $1,783,916 | $71,251,182 | $7,827,203 | $65,332,451 | $5,691,993 | $59,076,823 | $5,867,139 | $34,587,591 | $3,802,193 | $1,672,400 | - |
| [6] | 3/31/2018 | $4,052,521 | $248,165 | $16,267,001 | $2,844,980 | $69,385,784 | $11,189,026 | $68,426,386 | $10,289,403 | $63,589,968 | $10,081,351 | $37,614,372 | $5,548,027 | $2,276,458 | - |
| [7] | 6/30/2018 | $3,855,974 | $242,706 | $15,636,238 | $2,814,719 | $69,884,271 | $12,329,130 | $70,185,439 | $11,157,224 | $65,500,318 | $11,200,495 | $39,127,488 | $6,702,439 | $2,916,385 | - |
| [8] | 9/30/2018 | $3,879,364 | $1,043,968 | $15,855,654 | $2,008,477 | $70,547,863 | $12,579,094 | $72,664,887 | $12,787,101 | $67,614,429 | $12,477,351 | $41,670,683 | $7,925,815 | $4,036,440 | - |
| [9] | 12/31/2018 | $3,896,960 | $1,346,323 | $15,016,424 | $2,072,688 | $63,849,999 | $13,646,884 | $66,799,606 | $12,531,774 | $60,435,749 | $11,836,471 | $37,979,092 | $8,524,208 | $4,578,672 | - |
| [10] | 3/31/2019 | $4,128,260 | $1,358,900 | $15,119,834 | $2,425,346 | $70,256,959 | $16,780,695 | $75,226,968 | $15,831,765 | $69,856,074 | $15,358,909 | $44,449,041 | $10,849,551 | $6,166,819 | - |
| [11] | 6/30/2019 | $3,985,228 | $1,769,194 | $14,966,009 | $2,685,655 | $72,241,619 | $20,030,909 | $78,835,737 | $18,109,265 | $73,287,585 | $17,356,058 | $48,236,754 | $12,904,538 | $7,851,689 | - |
| [12] | 9/30/2019 | $4,748,647 | $1,012,243 | $14,934,527 | $2,920,918 | $70,380,259 | $21,526,974 | $79,294,779 | $19,162,579 | $73,782,151 | $19,013,335 | $50,171,510 | $14,450,423 | $9,334,515 | - |
| [13] | 12/31/2019 | $4,965,736 | $1,064,042 | $15,196,690 | $3,334,471 | $75,053,404 | $24,190,798 | $86,189,131 | $27,613,840 | $82,943,977 | $22,799,709 | $57,463,343 | $17,813,688 | $11,910,955 | $68,589 |
| [14] | 3/31/2020 | $4,671,228 | $600,820 | $13,437,487 | $3,037,275 | $63,488,117 | $22,886,858 | $73,612,957 | $24,090,870 | $67,086,063 | $19,182,985 | $47,077,459 | $15,814,964 | $10,786,401 | $225,721 |
| [15] | 6/30/2020 | $5,266,385 | $608,418 | $14,231,760 | $3,154,444 | $71,229,622 | $26,233,690 | $84,850,217 | $27,877,679 | $80,612,166 | $23,518,778 | $56,327,030 | $19,400,287 | $14,080,689 | $720,047 |
| [16] | 9/30/2020 | $4,270,153 | $802,957 | $14,463,763 | $3,413,476 | $72,954,543 | $29,250,135 | $91,278,874 | $31,283,057 | $87,351,191 | $26,439,507 | $61,567,046 | $21,585,536 | $16,736,062 | $1,180,011 |
| [17] | 12/31/2020 | $4,384,794 | $927,803 | $14,000,479 | $3,684,712 | $76,350,682 | $35,407,589 | $104,637,344 | $36,872,598 | $102,610,188 | $32,577,559 | $73,612,463 | $27,111,699 | $21,197,991 | $1,738,424 |
| [18] | 3/31/2021 | $4,257,581 | $910,154 | $14,556,903 | $3,404,584 | $75,692,121 | $38,004,258 | $108,238,749 | $42,698,425 | $109,778,639 | $36,504,370 | $79,817,890 | $30,975,161 | $24,025,621 | $2,425,353 |
| [19] | 6/30/2021 | $4,106,116 | $815,189 | $14,618,763 | $3,564,771 | $77,702,047 | $41,771,045 | $116,567,957 | $47,780,033 | $118,751,055 | $40,874,887 | $88,872,038 | $35,765,711 | $27,955,903 | $3,230,550 |
| [20] | 9/30/2021 | $4,203,388 | $1,192,270 | $14,160,990 | $3,389,697 | $76,063,482 | $42,147,834 | $116,761,972 | $48,843,210 | $117,528,987 | $42,215,266 | $89,472,912 | $37,072,638 | $29,176,179 | $3,985,661 |
| [21] | 12/31/2021 | $4,166,690 | $1,743,823 | $14,392,863 | $3,494,377 | $76,090,298 | $42,866,406 | $118,300,868 | $51,875,564 | $126,965,949 | $45,751,052 | $97,095,500 | $41,262,179 | $31,969,676 | $5,035,700 |
| [22] | 3/31/2022 | $4,271,855 | $1,679,675 | $13,309,429 | $2,913,431 | $67,748,415 | $40,089,671 | $112,911,506 | $52,514,862 | $119,655,678 | $44,797,851 | $93,193,763 | $40,512,760 | $31,593,326 | $6,432,129 |
| [23] | 6/30/2022 | $4,008,603 | $1,758,244 | $11,626,474 | $2,691,435 | $58,428,369 | $36,399,036 | $100,048,785 | $47,502,862 | $103,745,303 | $40,483,177 | $80,798,072 | $37,100,196 | $29,166,261 | $6,972,920 |
| [24] | 9/30/2022 | $3,855,097 | $1,661,669 | $10,790,224 | $2,551,445 | $53,548,619 | $33,955,807 | $95,581,903 | $46,832,870 | $97,230,065 | $39,735,338 | $77,451,957 | $36,382,875 | $29,345,121 | $7,585,112 |
| [25] | 12/31/2022 | $3,952,103 | $1,760,774 | $11,201,382 | $2,622,017 | $54,789,685 | $38,010,175 | $105,095,780 | $54,022,533 | $111,171,257 | $48,389,127 | $89,325,730 | $44,436,481 | $36,756,285 | $10,772,181 |
| [26] | 3/31/2023 | $3,863,105 | $1,249,045 | $11,687,490 | $2,870,335 | $56,112,377 | $42,633,447 | $114,553,007 | $60,113,273 | $123,620,696 | $56,597,476 | $98,718,402 | $51,193,761 | $42,270,843 | $13,231,078 |
| [27] | 6/30/2023 | $4,061,140 | $1,496,071 | $11,663,108 | $3,034,874 | $55,132,772 | $42,435,563 | $118,079,502 | $64,788,100 | $133,172,241 | $62,143,543 | $106,122,467 | $56,763,344 | $47,384,593 | $16,307,031 |
| [28] | 9/30/2023 | $3,618,702 | $1,076,225 | $11,284,625 | $2,910,926 | $51,732,224 | $42,857,426 | $115,906,210 | $65,652,200 | $131,949,166 | $62,817,757 | $104,642,074 | $57,688,433 | $48,983,515 | $18,270,451 |
| [29] | 12/31/2023 | $3,770,099 | $1,166,324 | $11,711,718 | $3,034,188 | $55,064,202 | $46,822,339 | $128,884,345 | $74,825,544 | $146,556,789 | $72,877,596 | $118,430,214 | $68,108,078 | $57,541,333 | $23,533,497 |
| [30] | 3/31/2024 | $3,734,179 | $1,206,032 | $10,622,184 | $3,187,206 | $55,106,459 | $49,016,404 | $135,054,752 | $81,655,816 | $158,418,480 | $82,163,761 | $131,622,578 | $76,042,282 | $64,601,259 | $27,294,476 |
| [31] | 6/30/2024 | $3,734,179 | $1,206,032 | $10,622,184 | $3,187,206 | $55,106,459 | $49,016,404 | $135,054,752 | $81,655,816 | $158,418,480 | $82,163,761 | $131,622,578 | $76,042,282 | $64,601,259 | $27,294,476 |

**Notes:**

Quarterly Balance data up to 2Q2024 obtained from: [QUANTA_100812-878]; [QUANTA_120726-793]; [QUANTA_00219-286]; [QUANTA_002290-358]; [QUANTA_002430-553]; [QUANTA_002559-672]; [QUANTA_002674-804]; [QUANTA_002810-943]; [QUANTA_002950-3071]; [QUANTA_003084-197]; [QUANTA_003367-478]; [QUANTA_003585-695]; [QUANTA_003725-819]; [QUANTA_003960-4057]; [QUANTA_004153-242]; [QUANTA_004420-509]; [QUANTA_004631-721]; [QUANTA_004827-860]; [QUANTA_005002-041]; [QUANTA_005134-173]; [QUANTA_005279-317]; [QUANTA_005409-447]; [QUANTA_005592-631]; [QUANTA_005743-005787]; [QUANTA_005960-6002]; [QUANTA_006125-6168]; [QUANTA_006297-337]; [QUANTA_006452-493]; [QUANTA_006606-648]; [QUANTA_129016-067]; and [QUANTA_128821-871]

Quarterly Balance data for 2Q2024 is assumed to remain unchanged from 1Q2024 balances.

**Exhibit 4. Fidelity Freedom TDFs - Quarterly Returns**

*4Q2016 through 2Q2024*

| | [a] | [b] | [c] | [d] | [e] | [f] | [g] | [h] | [i] | [j] | [k] | [l] | [m] | [n] | [o] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | **Fidelity Freedom TDF Vintages** | | | | | | | | |
| | Quarter Ended | Income | 2005 | 2010 | 2015 | 2020 | 2025 | 2030 | 2035 | 2040 | 2045 | 2050 | 2055 | 2060 | 2065 |
| [1] | 12/31/2016 | -0.79% | -0.47% | -0.25% | 0.01% | 0.20% | 0.37% | 0.79% | 1.31% | 1.31% | 1.36% | 1.29% | 1.34% | 1.31% | - |
| [2] | 3/31/2017 | 2.57% | 3.24% | 3.80% | 4.40% | 4.73% | 5.07% | 5.91% | 6.49% | 6.54% | 6.47% | 6.49% | 6.47% | 6.53% | - |
| [3] | 6/30/2017 | 1.84% | 2.23% | 2.64% | 2.97% | 3.18% | 3.43% | 3.98% | 4.27% | 4.31% | 4.35% | 4.35% | 4.31% | 4.22% | - |
| [4] | 9/30/2017 | 1.97% | 2.44% | 2.86% | 3.23% | 3.45% | 3.71% | 4.33% | 4.70% | 4.80% | 4.77% | 4.75% | 4.85% | 4.75% | - |
| [5] | 12/31/2017 | 1.64% | 2.16% | 2.70% | 3.08% | 3.45% | 3.77% | 4.38% | 5.00% | 5.16% | 5.12% | 5.10% | 5.09% | 5.11% | - |
| [6] | 3/31/2018 | -0.51% | -0.40% | -0.44% | -0.37% | -0.36% | -0.35% | -0.28% | -0.20% | -0.28% | -0.25% | -0.25% | -0.22% | -0.25% | - |
| [7] | 6/30/2018 | 0.19% | 0.31% | 0.44% | 0.56% | 0.58% | 0.68% | 0.85% | 1.07% | 1.03% | 1.06% | 1.11% | 1.05% | 1.06% | - |
| [8] | 9/30/2018 | 0.58% | 0.89% | 1.28% | 1.61% | 1.98% | 2.20% | 2.66% | 3.21% | 3.53% | 3.45% | 3.43% | 3.48% | 3.48% | - |
| [9] | 12/31/2018 | -2.00% | -3.24% | -4.74% | -6.06% | -7.20% | -8.14% | -9.84% | -11.91% | -12.65% | -12.65% | -12.62% | -12.65% | -12.61% | - |
| [10] | 3/31/2019 | 4.33% | 5.18% | 6.23% | 7.11% | 7.92% | 8.56% | 9.71% | 10.94% | 11.50% | 11.51% | 11.43% | 11.50% | 11.39% | - |
| [11] | 6/30/2019 | 2.56% | 2.65% | 2.77% | 2.88% | 2.98% | 3.10% | 3.22% | 3.24% | 3.15% | 3.16% | 3.22% | 3.16% | 3.21% | - |
| [12] | 9/30/2019 | 1.09% | 0.98% | 0.84% | 0.71% | 0.51% | 0.36% | 0.23% | -0.14% | -0.40% | -0.44% | -0.44% | -0.46% | -0.43% | -0.40% |
| [13] | 12/31/2019 | 2.37% | 3.03% | 3.92% | 4.86% | 5.77% | 6.44% | 7.37% | 8.90% | 9.54% | 9.61% | 9.57% | 9.68% | 9.58% | 9.54% |
| [14] | 3/31/2020 | -4.73% | -6.19% | -8.27% | -10.42% | -12.35% | -13.85% | -15.90% | -19.11% | -20.70% | -20.72% | -20.66% | -20.71% | -20.68% | -20.74% |
| [15] | 6/30/2020 | 6.41% | 7.53% | 9.21% | 10.83% | 12.41% | 13.64% | 15.41% | 17.85% | 19.11% | 19.15% | 19.12% | 19.10% | 19.00% | 19.13% |
| [16] | 9/30/2020 | 2.82% | 3.24% | 3.87% | 4.60% | 5.23% | 5.71% | 6.32% | 7.39% | 8.05% | 7.98% | 7.92% | 7.95% | 8.03% | 7.94% |
| [17] | 12/31/2020 | 4.57% | 5.38% | 6.86% | 8.33% | 9.72% | 10.81% | 12.17% | 14.54% | 15.97% | 15.95% | 16.05% | 16.02% | 15.95% | 16.01% |
| [18] | 3/31/2021 | -0.34% | 0.00% | 0.74% | 1.48% | 2.22% | 2.72% | 3.32% | 4.71% | 5.70% | 5.81% | 5.76% | 5.72% | 5.76% | 5.73% |
| [19] | 6/30/2021 | 2.82% | 3.02% | 3.59% | 4.10% | 4.66% | 5.04% | 5.51% | 6.31% | 6.85% | 6.86% | 6.84% | 6.86% | 6.89% | 6.92% |
| [20] | 9/30/2021 | -0.18% | -0.22% | -0.39% | -0.50% | -0.68% | -0.80% | -0.90% | -1.21% | -1.38% | -1.37% | -1.36% | -1.37% | -1.36% | -1.38% |
| [21] | 12/31/2021 | 0.90% | 1.09% | 1.60% | 2.12% | 2.67% | 3.01% | 3.36% | 4.21% | 4.84% | 4.85% | 4.85% | 4.84% | 4.83% | 4.82% |
| [22] | 3/31/2022 | -4.26% | -4.41% | -4.81% | -5.23% | -5.65% | -5.85% | -6.02% | -6.28% | -6.34% | -6.35% | -6.33% | -6.35% | -6.33% | -6.33% |
| [23] | 6/30/2022 | -6.06% | -6.47% | -7.95% | -9.42% | -10.90% | -11.68% | -12.21% | -13.67% | -14.97% | -15.09% | -15.08% | -15.08% | -15.09% | -15.08% |
| [24] | 9/30/2022 | -4.74% | -4.75% | -5.22% | -5.72% | -6.19% | -6.44% | -6.47% | -6.67% | -6.93% | -6.99% | -7.00% | -7.00% | -7.01% | -6.95% |
| [25] | 12/31/2022 | 3.25% | 3.35% | 4.24% | 5.12% | 5.93% | 6.57% | 7.07% | 8.26% | 9.39% | 9.60% | 9.55% | 9.59% | 9.59% | 9.54% |
| [26] | 3/31/2023 | 3.61% | 3.67% | 4.18% | 4.77% | 5.34% | 5.72% | 5.93% | 6.51% | 7.07% | 7.12% | 7.19% | 7.16% | 7.19% | 7.15% |
| [27] | 6/30/2023 | 0.39% | 0.47% | 1.00% | 1.52% | 2.06% | 2.54% | 3.07% | 3.96% | 4.90% | 5.12% | 5.11% | 5.12% | 5.13% | 5.14% |
| [28] | 9/30/2023 | -2.38% | -2.40% | -2.77% | -3.19% | -3.59% | -3.85% | -3.78% | -3.69% | -3.76% | -3.77% | -3.79% | -3.79% | -3.77% | -3.79% |
| [29] | 12/31/2023 | 6.46% | 6.49% | 7.20% | 8.02% | 8.82% | 9.44% | 9.80% | 10.36% | 11.02% | 11.19% | 11.19% | 11.21% | 11.18% | 11.22% |
| [30] | 3/31/2024 | 1.24% | 1.24% | 1.91% | 2.62% | 3.37% | 4.01% | 4.63% | 5.76% | 7.11% | 7.64% | 7.64% | 7.61% | 7.62% | 7.57% |
| [31] | 6/30/2024 | 0.86% | 0.00% | 0.89% | 1.02% | 1.09% | 1.17% | 1.29% | 1.48% | 1.76% | 1.88% | 1.87% | 1.91% | 1.88% | 1.90% |

**Notes:**

Quarterly Return data up to 2Q2024 obtained from: [QUANTA_100812-878]; [QUANTA_120726-793]; [QUANTA_00219-286]; [QUANTA_002290-358]; [QUANTA_002430-553]; [QUANTA_002559-672]; [QUANTA_002674-804]; [QUANTA_002810-943]; [QUANTA_002950-3071]; [QUANTA_003084-197]; [QUANTA_003367-478]; [QUANTA_003585-695]; [QUANTA_003725-819]; [QUANTA_003960-4057]; [QUANTA_004153-242]; [QUANTA_004420-509]; [QUANTA_004631-721]; [QUANTA_004827-860]; [QUANTA_005002-041]; [QUANTA_005134-173]; [QUANTA_005279-317]; [QUANTA_005409-447]; [QUANTA_005592-631]; [QUANTA_005743-005787]; [QUANTA_005960-6002]; [QUANTA_006125-6168]; [QUANTA_006297-337]; [QUANTA_006452-493]; [QUANTA_006606-648]; [QUANTA_129016-067]; and [QUANTA_128821-871].

Quarterly Return data for 2Q2024 obtained from Morningstar Direct.

**Exhibit 5. Fidelity Freedom TDFs - Quarterly Cash Flows**
*4Q2016 through 2Q2024*

### Fidelity Freedom TDF Vintages

| | [a] | [b] | [c] | [d] | [e] | [f] | [g] | [h] | [i] | [j] | [k] | [l] | [m] | [n] | [o] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Quarter Ended | Income | 2005 | 2010 | 2015 | 2020 | 2025 | 2030 | 2035 | 2040 | 2045 | 2050 | 2055 | 2060 | 2065 |
| [1] | 12/31/2016 | $3,319,477 | $21,907 | $18,712,519 | $474,056 | $62,070,825 | $3,533,411 | $49,087,985 | $1,600,924 | $43,711,411 | $1,954,919 | $22,671,868 | $1,013,311 | $438,862 | - |
| [2] | 3/31/2017 | ($20,705) | $6,153 | ($187,923) | $110,901 | $685,911 | $2,164,930 | $1,522,721 | $726,380 | $1,387,345 | $372,402 | $1,564,273 | $391,883 | $164,530 | - |
| [3] | 6/30/2017 | $290,854 | $4,323 | ($736,226) | $147,722 | $1,137,329 | $549,239 | $2,300,889 | $519,056 | $1,870,212 | $616,850 | $1,726,520 | $677,146 | $288,872 | - |
| [4] | 9/30/2017 | $92,244 | ($6,160) | ($340,282) | $800,655 | ($1,393,597) | $208,343 | $937,515 | $726,892 | $556,433 | $1,434,172 | $1,399,954 | $649,769 | $284,391 | - |
| [5] | 12/31/2017 | $39,255 | $213,283 | ($1,988,866) | $137,474 | ($1,066,810) | $477,796 | $1,251,032 | $1,571,302 | $1,299,350 | $860,096 | $1,682,725 | $683,061 | $330,204 | - |
| [6] | 3/31/2018 | $66,475 | $6,838 | ($1,395,799) | $1,067,740 | ($1,607,091) | $3,389,039 | $3,275,115 | $4,608,637 | $4,678,933 | $4,228,747 | $3,112,043 | $1,754,148 | $608,164 | - |
| [7] | 6/30/2018 | ($204,363) | ($6,240) | ($702,370) | ($46,055) | $95,635 | $1,064,376 | $1,178,120 | $757,599 | $1,256,687 | $1,011,949 | $1,096,293 | $1,096,372 | $615,784 | - |
| [8] | 9/30/2018 | $965 | $799,093 | $19,720 | ($851,571) | ($718,544) | ($21,102) | $611,544 | $1,271,412 | ($198,401) | $890,632 | $1,201,868 | $990,205 | $1,018,574 | - |
| [9] | 12/31/2018 | $95,042 | $336,218 | ($88,288) | $185,914 | ($1,621,474) | $2,091,410 | $1,286,971 | $1,267,415 | $1,374,895 | $937,666 | $1,567,467 | $1,600,848 | $1,051,071 | - |
| [10] | 3/31/2019 | $62,410 | ($57,181) | ($832,517) | $205,360 | $1,351,259 | $1,965,303 | $1,943,622 | $1,929,027 | $2,467,546 | $2,159,800 | $2,127,379 | $1,345,131 | $1,066,856 | - |
| [11] | 6/30/2019 | ($248,741) | $374,301 | ($572,828) | $190,347 | ($109,753) | $2,729,309 | $1,185,380 | $1,764,827 | $1,231,647 | $1,511,191 | $2,355,500 | $1,712,435 | $1,486,695 | - |
| [12] | 9/30/2019 | $719,980 | ($774,211) | ($157,329) | $216,246 | ($2,226,212) | $1,423,645 | $274,951 | $1,078,660 | $788,598 | $1,734,005 | $2,146,511 | $1,605,536 | $1,516,380 | - |
| [13] | 12/31/2019 | $104,402 | $21,097 | ($323,148) | $271,615 | $611,300 | $1,277,812 | $1,049,012 | $6,745,917 | $2,121,220 | $1,958,431 | $2,489,093 | $1,964,320 | $1,681,815 | $68,589 |
| [14] | 3/31/2020 | ($59,731) | ($397,308) | ($501,747) | $50,253 | ($2,299,428) | $2,045,554 | $1,126,928 | $1,754,259 | $1,311,018 | $1,106,346 | $1,486,707 | $1,690,424 | $1,338,129 | $171,360 |
| [15] | 6/30/2020 | $295,602 | ($37,648) | ($443,051) | ($211,745) | ($134,489) | $225,445 | ($102,973) | ($513,646) | $703,632 | $661,640 | $248,785 | $564,640 | $1,234,075 | $451,140 |
| [16] | 9/30/2020 | ($1,144,902) | $174,801 | ($319,326) | $113,795 | ($2,002,203) | $1,517,378 | $1,068,627 | $1,345,550 | $250,119 | $1,044,344 | $778,465 | $642,391 | $1,524,987 | $402,817 |
| [17] | 12/31/2020 | ($80,299) | $81,684 | ($1,455,614) | ($13,022) | ($3,695,214) | $2,996,555 | $2,248,490 | $1,039,476 | $1,306,728 | $1,920,162 | $2,164,519 | $2,068,347 | $1,793,080 | $369,462 |
| [18] | 3/31/2021 | ($112,091) | ($17,649) | $453,290 | ($334,838) | ($2,351,289) | $1,632,262 | $124,365 | $4,088,024 | $1,317,482 | $2,034,738 | $1,964,829 | $2,312,731 | $1,607,275 | $587,390 |
| [19] | 6/30/2021 | ($271,472) | ($122,422) | ($461,411) | $20,629 | ($1,519,832) | $1,850,629 | $2,368,027 | $2,388,311 | $1,452,741 | $1,867,412 | $3,596,007 | $2,664,311 | $2,275,648 | $637,314 |
| [20] | 9/30/2021 | $104,613 | $378,850 | ($401,407) | ($157,119) | ($1,114,034) | $711,007 | $1,248,066 | $1,640,987 | $415,636 | $1,901,359 | $1,805,459 | $1,796,507 | $1,601,024 | $799,607 |
| [21] | 12/31/2021 | ($74,338) | $538,594 | $5,793 | $32,923 | ($2,006,654) | ($551,596) | ($2,383,763) | $976,931 | $3,751,590 | $1,487,728 | $3,285,543 | $2,395,285 | $1,383,498 | $857,991 |
| [22] | 3/31/2022 | $282,681 | $12,731 | ($391,205) | ($398,271) | ($4,043,789) | ($268,696) | $1,731,437 | $3,895,799 | $745,246 | $1,951,403 | $2,248,456 | $1,869,752 | $1,648,055 | $1,715,145 |
| [23] | 6/30/2022 | ($4,510) | $187,210 | ($624,328) | $52,309 | ($1,936,793) | $993,785 | $925,811 | $2,166,919 | $2,005,685 | $2,445,307 | $1,657,551 | $2,695,907 | $2,340,113 | $1,510,644 |
| [24] | 9/30/2022 | $36,376 | ($13,049) | ($229,649) | $14,007 | ($1,260,586) | ($98,405) | $2,005,195 | $2,498,310 | $670,394 | $2,082,507 | $2,311,590 | $1,879,561 | $2,222,362 | $1,096,909 |
| [25] | 12/31/2022 | ($28,125) | $43,506 | ($46,684) | ($60,125) | ($1,935,325) | $1,824,224 | $2,754,119 | $3,319,212 | $4,814,030 | $4,838,279 | $4,479,318 | $4,563,908 | $4,597,240 | $2,463,377 |
| [26] | 3/31/2023 | ($231,746) | ($576,266) | $17,845 | $123,331 | ($1,600,598) | $2,450,727 | $3,230,129 | $2,573,283 | $4,589,806 | $4,761,679 | $2,972,106 | $3,575,298 | $2,872,687 | $1,688,829 |
| [27] | 6/30/2023 | $183,073 | $241,137 | ($141,639) | $121,005 | ($2,133,390) | ($1,280,284) | $7,325 | $2,292,611 | $3,493,650 | $2,647,271 | $2,356,525 | $2,948,894 | $2,944,754 | $2,396,136 |
| [28] | 9/30/2023 | ($345,809) | ($383,870) | ($55,354) | ($27,218) | ($1,422,768) | $2,056,239 | $2,291,463 | $3,254,921 | $3,785,373 | $3,018,278 | $2,539,357 | $3,077,441 | $3,386,066 | $2,581,911 |
| [29] | 12/31/2023 | ($82,220) | $20,248 | ($385,876) | ($110,331) | ($1,229,535) | ($81,745) | $1,617,948 | $2,373,105 | $61,052 | $3,031,634 | $2,079,374 | $3,955,371 | $3,080,706 | $3,212,995 |
| [30] | 3/31/2024 | ($82,579) | $25,228 | ($1,312,716) | $73,551 | ($1,814,679) | $317,096 | $200,970 | $2,519,460 | $1,436,032 | $3,719,327 | $4,143,516 | $2,751,535 | $2,674,933 | $1,980,327 |
| [31] | 6/30/2024 | ($31,953) | - | ($94,091) | ($32,538) | ($599,229) | ($575,000) | ($1,739,209) | ($1,207,855) | ($2,794,670) | ($1,541,759) | ($2,461,117) | ($1,448,716) | ($1,213,608) | ($518,903) |

**Notes:**

[Row 1] The estimation of implied cash flows begins with the quarterly balances for 4Q2016.

[Rows 2 to 31] Quarterly cash flows are calculated as: [current quarterly balance] - [previous quarterly balance] x [1 + current quarterly return].

**Exhibit 6. American Funds TDFs - Quarterly Returns**

*4Q2016 through 2Q2024*

|  | [a] | [b] | [c] | [d] | [e] | [f] | [g] | [h] | [i] | [j] | [k] | [l] | [m] | [n] | [o] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  | **American Funds TDF Vintages** |  |  |  |  |  |  |  |  |
|  | Quarter Ended | Income | 2005 | 2010 | 2015 | 2020 | 2025 | 2030 | 2035 | 2040 | 2045 | 2050 | 2055 | 2060 | 2065 |
| [1] | 12/31/2016 | -0.03% | -0.03% | -0.03% | 0.01% | -0.07% | 0.10% | 0.32% | 0.47% | 0.58% | 0.67% | 0.71% | 0.64% | 0.67% | 0.67% |
| [2] | 3/31/2017 | 3.24% | 3.24% | 3.24% | 3.44% | 4.01% | 4.66% | 5.58% | 6.26% | 6.46% | 6.63% | 6.62% | 6.64% | 6.59% | 6.59% |
| [3] | 6/30/2017 | 2.00% | 2.00% | 2.00% | 2.07% | 2.43% | 2.78% | 3.32% | 3.80% | 3.95% | 3.97% | 3.99% | 4.03% | 4.00% | 4.00% |
| [4] | 9/30/2017 | 2.61% | 2.61% | 2.61% | 2.82% | 3.03% | 3.64% | 4.24% | 4.81% | 5.00% | 5.07% | 5.12% | 5.13% | 5.07% | 5.07% |
| [5] | 12/31/2017 | 2.18% | 2.18% | 2.18% | 2.43% | 2.83% | 3.44% | 4.12% | 4.69% | 4.97% | 5.11% | 5.20% | 5.15% | 5.17% | 5.17% |
| [6] | 3/31/2018 | -1.01% | -1.01% | -1.01% | -0.95% | -0.63% | -0.30% | 0.00% | 0.34% | 0.39% | 0.45% | 0.53% | 0.53% | 0.56% | 0.56% |
| [7] | 6/30/2018 | 0.55% | 0.55% | 0.55% | 0.70% | 0.96% | 1.12% | 1.38% | 1.67% | 1.83% | 1.86% | 1.90% | 1.94% | 1.92% | 1.92% |
| [8] | 9/30/2018 | 1.65% | 1.65% | 1.65% | 1.81% | 1.98% | 2.21% | 2.59% | 3.03% | 3.14% | 3.28% | 3.35% | 3.30% | 3.30% | 3.30% |
| [9] | 12/31/2018 | -3.64% | -3.64% | -3.64% | -4.21% | -4.88% | -6.32% | -7.86% | -9.75% | -10.40% | -10.66% | -10.84% | -10.88% | -10.88% | -10.88% |
| [10] | 3/31/2019 | 5.96% | 5.96% | 5.96% | 6.49% | 6.82% | 7.86% | 9.01% | 10.66% | 11.18% | 11.29% | 11.46% | 11.50% | 11.43% | 11.43% |
| [11] | 6/30/2019 | 2.68% | 2.68% | 2.68% | 2.70% | 2.79% | 2.97% | 3.12% | 3.16% | 3.22% | 3.30% | 3.30% | 3.26% | 3.34% | 3.34% |
| [12] | 9/30/2019 | 0.81% | 0.81% | 0.81% | 0.85% | 0.70% | 0.43% | 0.27% | 0.00% | -0.13% | -0.19% | -0.26% | -0.20% | -0.23% | -0.23% |
| [13] | 12/31/2019 | 3.83% | 3.83% | 3.83% | 4.22% | 4.54% | 5.65% | 6.51% | 8.00% | 8.53% | 8.66% | 8.88% | 8.87% | 8.82% | 8.82% |
| [14] | 3/31/2020 | -7.75% | -7.75% | -7.75% | -8.67% | -8.85% | -10.26% | -12.56% | -15.67% | -17.03% | -17.31% | -17.62% | -17.59% | -17.53% | -17.53% |
| [15] | 6/30/2020 | 8.31% | 8.31% | 8.31% | 9.03% | 9.79% | 12.07% | 13.83% | 17.15% | 18.44% | 18.82% | 19.23% | 19.21% | 19.13% | 19.33% |
| [16] | 9/30/2020 | 3.21% | 3.21% | 3.21% | 3.47% | 3.77% | 4.50% | 5.42% | 6.33% | 6.94% | 7.06% | 7.19% | 7.11% | 7.09% | 7.11% |
| [17] | 12/31/2020 | 5.95% | 5.95% | 5.95% | 6.72% | 6.88% | 8.16% | 9.74% | 11.89% | 13.01% | 13.33% | 13.43% | 13.46% | 13.53% | 13.47% |
| [18] | 3/31/2021 | 2.12% | 2.12% | 2.12% | 2.40% | 2.39% | 2.39% | 2.91% | 3.57% | 3.97% | 4.08% | 4.20% | 4.18% | 4.11% | 4.18% |
| [19] | 6/30/2021 | 3.33% | 3.33% | 3.33% | 3.67% | 3.89% | 4.30% | 4.90% | 5.82% | 6.39% | 6.54% | 6.58% | 6.69% | 6.74% | 6.77% |
| [20] | 9/30/2021 | -0.24% | -0.24% | -0.24% | -0.23% | -0.27% | -0.18% | -0.27% | -0.36% | -0.48% | -0.52% | -0.43% | -0.46% | -0.40% | -0.43% |
| [21] | 12/31/2021 | 3.86% | 3.86% | 3.86% | 4.11% | 4.29% | 4.54% | 5.12% | 5.80% | 6.13% | 6.22% | 6.05% | 5.99% | 5.89% | 5.93% |
| [22] | 3/31/2022 | -3.23% | -3.23% | -3.23% | -3.59% | -3.91% | -4.76% | -5.48% | -6.27% | -6.85% | -7.12% | -7.49% | -7.82% | -7.89% | -7.94% |
| [23] | 6/30/2022 | -6.85% | -6.85% | -6.85% | -7.76% | -8.36% | -9.42% | -10.83% | -12.56% | -13.83% | -14.33% | -14.76% | -15.10% | -15.18% | -15.20% |
| [24] | 9/30/2022 | -5.20% | -5.20% | -5.20% | -5.41% | -5.47% | -5.59% | -5.64% | -5.60% | -5.59% | -5.59% | -5.53% | -5.48% | -5.44% | -5.39% |
| [25] | 12/31/2022 | 6.33% | 6.33% | 6.33% | 6.69% | 6.90% | 7.14% | 7.52% | 8.26% | 8.82% | 8.92% | 8.88% | 8.82% | 8.74% | 8.80% |
| [26] | 3/31/2023 | 2.59% | 2.59% | 2.59% | 2.83% | 3.11% | 3.70% | 4.52% | 5.08% | 5.68% | 5.89% | 6.15% | 6.36% | 6.38% | 6.37% |
| [27] | 6/30/2023 | 0.81% | 0.81% | 0.81% | 1.20% | 1.51% | 2.14% | 3.08% | 4.10% | 5.14% | 5.50% | 5.68% | 5.93% | 5.99% | 5.98% |
| [28] | 9/30/2023 | -2.41% | -2.41% | -2.41% | -2.55% | -2.74% | -3.00% | -3.18% | -3.29% | -3.49% | -3.57% | -3.58% | -3.64% | -3.62% | -3.61% |
| [29] | 12/31/2023 | 7.68% | 7.68% | 7.68% | 8.04% | 8.51% | 8.96% | 9.78% | 10.50% | 11.27% | 11.54% | 11.72% | 11.83% | 11.90% | 11.86% |
| [30] | 3/31/2024 | 2.82% | 2.82% | 2.82% | 3.02% | 3.38% | 3.82% | 4.81% | 6.01% | 7.21% | 7.50% | 7.68% | 7.86% | 7.87% | 7.85% |
| [31] | 6/30/2024 | 0.86% | 0.86% | 0.86% | 0.90% | 0.97% | 0.99% | 1.18% | 1.39% | 1.66% | 1.71% | 1.73% | 1.80% | 1.79% | 1.85% |

**Note:**

All data obtained from Morningstar Direct.

**Exhibit 7. Replacement Balances**
*4Q2016 through 2Q2024*

| | | | | | | | Replacement Fund Vintages | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | [a] | [b] | [c] | [d] | [e] | [f] | [g] | [h] | [i] | [j] | [k] | [l] | [m] | [n] | [o] |
| | Quarter Ended | Income | 2005 | 2010 | 2015 | 2020 | 2025 | 2030 | 2035 | 2040 | 2045 | 2050 | 2055 | 2060 | 2065 |
| [1] | 12/31/2016 | $3,319,477 | $21,907 | $18,712,519 | $474,056 | $62,070,825 | $3,533,411 | $49,087,985 | $1,600,924 | $43,711,411 | $1,954,919 | $22,671,868 | $1,013,311 | $438,862 | - |
| [2] | 3/31/2017 | $3,406,377 | $28,770 | $19,131,188 | $601,258 | $65,243,894 | $5,863,096 | $53,350,864 | $2,427,520 | $47,924,341 | $2,456,846 | $25,736,878 | $1,472,449 | $632,310 | - |
| [3] | 6/30/2017 | $3,765,294 | $33,668 | $18,777,221 | $761,405 | $67,965,870 | $6,575,587 | $57,424,744 | $3,038,898 | $51,687,686 | $3,171,330 | $28,490,593 | $2,208,947 | $946,474 | - |
| [4] | 9/30/2017 | $3,955,886 | $28,387 | $18,927,388 | $1,583,508 | $68,628,482 | $7,023,135 | $60,796,931 | $3,912,058 | $54,826,681 | $4,766,383 | $31,348,488 | $2,971,996 | $1,278,850 | - |
| [5] | 12/31/2017 | $4,081,342 | $242,289 | $17,350,965 | $1,759,471 | $69,506,777 | $7,742,482 | $64,551,679 | $5,666,952 | $58,851,159 | $5,869,974 | $34,660,764 | $3,808,058 | $1,675,132 | - |
| [6] | 3/31/2018 | $4,106,742 | $246,689 | $15,780,546 | $2,810,541 | $67,458,374 | $11,108,563 | $67,826,790 | $10,294,631 | $63,761,635 | $10,125,248 | $37,955,713 | $5,582,312 | $2,292,737 | - |
| [7] | 6/30/2018 | $3,925,153 | $241,817 | $15,165,684 | $2,784,038 | $68,200,574 | $12,296,827 | $69,943,693 | $11,224,610 | $66,184,442 | $11,325,908 | $39,774,259 | $6,787,164 | $2,952,576 | - |
| [8] | 9/30/2018 | $3,991,056 | $1,044,911 | $15,436,307 | $1,982,955 | $68,830,936 | $12,546,978 | $72,369,470 | $12,836,162 | $68,066,249 | $12,588,115 | $42,307,910 | $8,001,160 | $4,068,564 | - |
| [9] | 12/31/2018 | $3,940,807 | $1,343,090 | $14,786,075 | $2,085,407 | $63,852,093 | $13,845,359 | $67,971,791 | $12,851,922 | $62,363,137 | $12,184,071 | $39,288,801 | $8,731,812 | $4,677,032 | - |
| [10] | 3/31/2019 | $4,238,202 | $1,365,996 | $14,835,231 | $2,426,058 | $69,558,144 | $16,898,751 | $76,038,539 | $16,150,416 | $71,805,507 | $15,720,058 | $45,919,525 | $11,080,718 | $6,278,288 | - |
| [11] | 6/30/2019 | $4,102,845 | $1,776,841 | $14,659,287 | $2,681,861 | $71,391,358 | $20,130,626 | $79,600,123 | $18,426,401 | $75,350,419 | $17,749,493 | $49,788,523 | $13,154,544 | $7,974,591 | - |
| [12] | 9/30/2019 | $4,856,002 | $1,016,997 | $14,620,496 | $2,920,835 | $69,664,003 | $21,641,480 | $80,089,488 | $19,505,062 | $76,043,028 | $19,450,176 | $51,807,945 | $14,733,276 | $9,472,569 | - |
| [13] | 12/31/2019 | $5,146,326 | $1,077,033 | $14,857,127 | $3,315,699 | $73,434,780 | $24,142,483 | $86,353,095 | $27,811,650 | $84,652,344 | $23,092,800 | $58,898,061 | $18,004,032 | $11,989,947 | $68,589 |
| [14] | 3/31/2020 | $4,687,549 | $596,212 | $13,203,357 | $3,078,479 | $64,639,197 | $23,710,571 | $76,636,208 | $25,208,810 | $71,551,132 | $20,201,779 | $50,008,012 | $16,528,138 | $11,225,658 | $227,922 |
| [15] | 6/30/2020 | $5,372,648 | $608,104 | $13,857,398 | $3,144,791 | $70,832,258 | $26,796,990 | $87,135,541 | $29,019,371 | $85,451,974 | $24,665,066 | $59,870,859 | $20,267,123 | $14,606,988 | $723,119 |
| [16] | 9/30/2020 | $4,400,284 | $802,434 | $13,983,091 | $3,367,577 | $71,497,838 | $29,521,273 | $92,923,530 | $32,201,825 | $91,634,025 | $27,450,650 | $64,952,541 | $22,350,687 | $17,168,319 | $1,177,331 |
| [17] | 12/31/2020 | $4,581,696 | $931,843 | $13,359,133 | $3,580,985 | $72,721,627 | $34,926,453 | $104,226,673 | $37,070,809 | $104,859,822 | $33,030,171 | $75,843,342 | $27,427,871 | $21,284,128 | $1,705,366 |
| [18] | 3/31/2021 | $4,566,840 | $933,970 | $14,095,936 | $3,332,022 | $72,109,327 | $37,394,599 | $107,380,169 | $42,482,787 | $110,335,738 | $36,413,782 | $80,993,505 | $30,887,774 | $23,765,357 | $2,364,008 |
| [19] | 6/30/2021 | $4,447,216 | $842,603 | $14,103,218 | $3,474,902 | $73,396,299 | $40,851,567 | $115,008,893 | $47,343,156 | $118,840,873 | $40,662,376 | $89,920,206 | $35,618,785 | $27,641,707 | $3,161,409 |
| [20] | 9/30/2021 | $4,541,095 | $1,219,418 | $13,667,773 | $3,309,933 | $72,082,275 | $41,488,343 | $115,940,994 | $48,815,404 | $118,680,727 | $42,352,551 | $91,338,267 | $37,252,833 | $29,132,732 | $3,947,389 |
| [21] | 12/31/2021 | $4,641,853 | $1,805,031 | $14,200,569 | $3,478,841 | $73,166,998 | $42,819,584 | $119,487,938 | $52,621,719 | $129,711,690 | $46,475,602 | $100,148,476 | $41,880,249 | $32,231,304 | $5,039,583 |
| [22] | 3/31/2022 | $4,774,434 | $1,759,394 | $13,350,171 | $2,955,756 | $66,261,924 | $40,511,862 | $114,666,594 | $53,218,607 | $121,567,428 | $45,116,653 | $94,894,111 | $40,473,923 | $31,337,628 | $6,354,430 |
| [23] | 6/30/2022 | $4,442,853 | $1,826,077 | $11,811,294 | $2,778,719 | $58,787,254 | $37,691,217 | $103,168,493 | $48,700,640 | $106,755,231 | $41,097,216 | $82,543,710 | $37,059,937 | $28,920,968 | $6,899,430 |
| [24] | 9/30/2022 | $4,248,121 | $1,718,040 | $10,967,247 | $2,642,460 | $54,309,917 | $35,485,345 | $99,350,766 | $48,473,168 | $101,455,548 | $40,880,411 | $80,288,834 | $36,909,304 | $29,569,966 | $7,624,388 |
| [25] | 12/31/2022 | $4,488,697 | $1,870,215 | $11,614,259 | $2,759,246 | $56,123,839 | $39,843,428 | $109,571,825 | $55,794,845 | $115,216,399 | $49,364,253 | $91,898,070 | $44,729,375 | $36,752,396 | $10,758,537 |
| [26] | 3/31/2023 | $4,373,002 | $1,342,301 | $11,932,381 | $2,960,715 | $56,268,500 | $43,766,568 | $117,758,602 | $61,204,552 | $126,355,032 | $57,030,989 | $100,523,670 | $51,149,259 | $41,968,084 | $13,132,150 |
| [27] | 6/30/2023 | $4,591,501 | $1,594,312 | $11,887,404 | $3,117,390 | $54,983,602 | $43,422,135 | $121,395,202 | $66,008,307 | $136,345,658 | $62,815,457 | $108,587,038 | $57,132,435 | $47,427,999 | $16,314,131 |
| [28] | 9/30/2023 | $4,135,004 | $1,172,008 | $11,545,480 | $3,010,647 | $52,056,200 | $44,175,408 | $119,825,498 | $67,088,840 | $135,379,248 | $63,592,791 | $107,237,424 | $58,127,719 | $49,099,046 | $18,307,845 |
| [29] | 12/31/2023 | $4,370,286 | $1,282,247 | $12,046,112 | $3,142,490 | $55,256,291 | $48,053,978 | $133,159,942 | $76,506,432 | $150,691,874 | $73,961,087 | $121,879,847 | $68,958,721 | $58,024,967 | $23,691,678 |
| [30] | 3/31/2024 | $4,411,139 | $1,343,691 | $11,073,621 | $3,310,949 | $55,307,522 | $50,207,950 | $139,764,406 | $83,620,607 | $162,995,886 | $83,226,534 | $135,383,723 | $77,133,644 | $65,263,657 | $27,531,971 |
| [31] | 6/30/2024 | $4,417,050 | $1,355,225 | $11,074,583 | $3,308,070 | $55,242,068 | $50,128,095 | $139,669,491 | $83,574,776 | $162,901,441 | $83,105,709 | $135,269,530 | $77,075,818 | $65,220,868 | $27,522,310 |

**Note:**

Row 1: Equal to the Fidelity Freedom TDF balances as of 4Q2016.

Rows 2 to 31: Replacement balances are calculated as: [Previous Quarter's Replacement Balance] x [1 + Current Quarter's Replacement Return (Exhibit-6)] + [Current Quarter's Cash Flow (Exhibit 5)].

**Exhibit 8. Cumulative Quarterly Losses and (Gains) Assuming Replacement of Fidelity Freedom TDFs with American Funds TDFs**
*4Q2016 through 2Q2024*

| | | | | | | | | Vintages[1] | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | [a] | [b] | [c] | [d] | [e] | [f] | [g] | [h] | [i] | [j] | [k] | [l] | [m] | [n] | [o] |
| | Quarter Ended | Income | 2005 | 2010 | 2015 | 2020 | 2025 | 2030 | 2035 | 2040 | 2045 | 2050 | 2055 | 2060 | 2065 |
| [1] | 12/31/2016 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| [2] | 3/31/2017 | $22,336 | $01 | ($105,137) | ($4,576) | ($447,423) | ($14,458) | ($162,890) | ($3,605) | ($33,774) | $2,965 | $29,823 | $1,743 | $278 | - |
| [3] | 6/30/2017 | $27,989 | ($67) | ($230,049) | ($10,168) | ($954,770) | ($52,708) | ($520,853) | ($15,135) | ($209,204) | ($6,072) | ($62,199) | ($2,235) | ($1,109) | - |
| [4] | 9/30/2017 | $52,755 | ($11) | ($283,701) | ($13,667) | ($1,275,965) | ($59,353) | ($595,238) | ($12,460) | ($117,689) | $3,102 | $39,673 | $3,857 | $1,872 | - |
| [5] | 12/31/2017 | $74,841 | ($04) | ($389,256) | ($24,445) | ($1,744,405) | ($84,721) | ($780,772) | ($25,041) | ($225,664) | $2,835 | $73,173 | $5,865 | $2,732 | - |
| [6] | 3/31/2018 | $54,221 | ($1,476) | ($486,455) | ($34,439) | ($1,927,410) | ($80,463) | ($599,596) | $5,228 | $171,667 | $43,897 | $341,341 | $34,285 | $16,279 | - |
| [7] | 6/30/2018 | $69,179 | ($889) | ($470,554) | ($30,681) | ($1,683,697) | ($32,303) | ($241,746) | $67,386 | $684,124 | $125,413 | $646,771 | $84,725 | $36,191 | - |
| [8] | 9/30/2018 | $111,692 | $943 | ($419,347) | ($25,522) | ($1,716,927) | ($32,116) | ($295,417) | $49,061 | $451,820 | $110,764 | $637,227 | $75,345 | $32,124 | - |
| [9] | 12/31/2018 | $43,847 | ($3,233) | ($230,349) | $12,719 | $2,094 | $198,475 | $1,172,185 | $320,148 | $1,927,388 | $347,600 | $1,309,709 | $207,604 | $98,360 | - |
| [10] | 3/31/2019 | $109,942 | $7,096 | ($284,603) | $712 | ($698,815) | $118,056 | $811,571 | $318,651 | $1,949,433 | $361,149 | $1,470,484 | $231,167 | $111,469 | - |
| [11] | 6/30/2019 | $117,617 | $7,647 | ($306,722) | ($3,794) | ($850,261) | $99,717 | $764,386 | $317,136 | $2,062,834 | $393,435 | $1,551,769 | $250,006 | $122,902 | - |
| [12] | 9/30/2019 | $107,355 | $4,754 | ($314,031) | ($83) | ($716,256) | $114,506 | $794,709 | $342,483 | $2,260,877 | $436,841 | $1,636,435 | $282,853 | $138,054 | - |
| [13] | 12/31/2019 | $180,590 | $12,991 | ($339,563) | ($18,772) | ($1,618,624) | ($48,315) | $163,964 | $197,810 | $1,708,367 | $293,091 | $1,434,718 | $190,344 | $78,992 | - |
| [14] | 3/31/2020 | $16,321 | ($4,608) | ($234,130) | $41,204 | $1,151,080 | $823,713 | $3,023,251 | $1,117,940 | $4,465,069 | $1,018,794 | $2,930,553 | $713,174 | $439,257 | $2,201 |
| [15] | 6/30/2020 | $106,263 | ($314) | ($374,362) | ($9,653) | ($397,364) | $563,300 | $2,285,324 | $1,141,692 | $4,839,808 | $1,146,288 | $3,543,829 | $866,836 | $526,299 | $3,072 |
| [16] | 9/30/2020 | $130,131 | ($523) | ($480,672) | ($45,899) | ($1,456,705) | $271,138 | $1,644,656 | $918,768 | $4,282,834 | $1,011,143 | $3,385,495 | $765,151 | $432,257 | ($2,680) |
| [17] | 12/31/2020 | $196,902 | $4,040 | ($641,346) | ($103,727) | ($3,629,055) | ($481,136) | ($410,671) | $198,211 | $2,249,634 | $452,612 | $2,230,879 | $316,172 | $86,137 | ($33,058) |
| [18] | 3/31/2021 | $309,259 | $23,816 | ($460,967) | ($72,562) | ($3,582,794) | ($609,659) | ($858,580) | ($215,638) | $557,099 | ($90,588) | $1,175,615 | ($87,387) | ($260,264) | ($61,345) |
| [19] | 6/30/2021 | $341,100 | $27,414 | ($515,545) | ($89,869) | ($4,305,748) | ($919,478) | ($1,559,064) | ($436,877) | $89,818 | ($212,511) | $1,048,168 | ($146,926) | ($314,196) | ($69,141) |
| [20] | 9/30/2021 | $337,707 | $27,148 | ($493,217) | ($79,764) | ($3,981,207) | ($659,491) | ($820,978) | ($27,806) | $1,151,740 | $137,285 | $1,865,355 | $180,195 | ($43,447) | ($38,272) |
| [21] | 12/31/2021 | $475,163 | $61,208 | ($192,294) | ($15,536) | ($2,923,300) | ($46,822) | $1,187,070 | $746,155 | $2,745,741 | $724,550 | $3,052,976 | $618,070 | $261,628 | $3,883 |
| [22] | 3/31/2022 | $502,579 | $79,719 | $40,742 | $42,325 | ($1,486,491) | $422,191 | $1,755,088 | $703,745 | $1,911,750 | $318,802 | $1,700,348 | ($38,837) | ($255,698) | ($77,699) |
| [23] | 6/30/2022 | $434,250 | $67,833 | $184,820 | $87,284 | $358,885 | $1,292,181 | $3,119,708 | $1,197,778 | $3,009,928 | $614,039 | $1,745,638 | ($40,259) | ($245,293) | ($73,490) |
| [24] | 9/30/2022 | $393,024 | $56,371 | $177,023 | $91,015 | $761,298 | $1,529,538 | $3,768,863 | $1,640,298 | $4,225,483 | $1,145,073 | $2,836,877 | $526,429 | $224,845 | $39,276 |
| [25] | 12/31/2022 | $536,594 | $109,441 | $412,877 | $137,229 | $1,334,154 | $1,833,253 | $4,476,045 | $1,772,312 | $4,045,142 | $975,126 | $2,572,340 | $292,894 | ($3,889) | ($13,644) |
| [26] | 3/31/2023 | $509,897 | $93,256 | $244,891 | $90,380 | $156,123 | $1,133,121 | $3,205,595 | $1,091,279 | $2,734,336 | $433,513 | $1,805,268 | ($44,502) | ($302,759) | ($98,928) |
| [27] | 6/30/2023 | $530,361 | $98,241 | $224,296 | $82,516 | ($149,170) | $986,572 | $3,315,700 | $1,220,207 | $3,173,417 | $671,914 | $2,464,571 | $369,091 | $43,406 | $7,100 |
| [28] | 9/30/2023 | $516,302 | $95,783 | $260,855 | $99,721 | $323,976 | $1,317,982 | $3,919,288 | $1,436,640 | $3,430,082 | $775,034 | $2,595,350 | $439,286 | $115,531 | $37,394 |
| [29] | 12/31/2023 | $600,187 | $115,923 | $334,394 | $108,302 | $192,089 | $1,231,639 | $4,275,597 | $1,680,888 | $4,135,085 | $1,083,491 | $3,449,633 | $850,643 | $483,634 | $158,181 |
| [30] | 3/31/2024 | $676,960 | $137,659 | $451,437 | $123,743 | $201,063 | $1,191,546 | $4,709,654 | $1,964,791 | $4,577,406 | $1,062,773 | $3,761,145 | $1,091,362 | $662,398 | $237,495 |
| [31] | 6/30/2024 | $682,871 | $149,193 | $452,399 | $120,864 | $135,609 | $1,111,691 | $4,614,739 | $1,918,960 | $4,482,961 | $941,948 | $3,646,952 | $1,033,536 | $619,609 | $227,834 |

**Total Losses to Plan Participants as of June 30, 2024: $20,139,166**

**Notes:**

[1] Quarterly Gains and Losses are calculated as the difference between the replacement quarterly balance presented in Exhibit-7 and the original quarterly balance presented in Exhibit-3.

## American Beacon - Quarterly Balances (in Dollars)
*4Q2019 through 2Q2024*

|      |                  | American Beacon |
|------|------------------|-----------------|
|      | [a]              | [b]             |
|      | **Quarter Ended**| **Vintage**     |
| [1]  | 12/31/2019       | $16,141,553     |
| [2]  | 3/31/2020        | $9,067,559      |
| [3]  | 6/30/2020        | $10,059,231     |
| [4]  | 9/30/2020        | $9,765,876      |
| [5]  | 12/31/2020       | $12,549,429     |
| [6]  | 3/31/2021        | $17,232,650     |
| [7]  | 6/30/2021        | $17,968,120     |
| [8]  | 9/30/2021        | $17,411,592     |
| [9]  | 12/31/2021       | $18,216,087     |
| [10] | 3/31/2022        | $17,981,036     |
| [11] | 6/30/2022        | $18,083,664     |
| [12] | 9/30/2022        | $17,514,531     |
| [13] | 12/31/2022       | $29,622,017     |
| [14] | 3/31/2023        | $30,744,148     |
| [15] | 6/30/2023        | $31,689,440     |
| [16] | 9/30/2023        | $23,515,604     |
| [17] | 12/31/2023       | $26,186,365     |
| [18] | 3/31/2024        | $23,717,236     |
| [19] | 6/30/2024        | $23,717,236     |

# American Beacon - Quarterly Returns
*4Q2019 through 2Q2024*

|      | [a]<br>Quarter Ended | American Beacon<br>[b]<br>Vintage |
|------|------------|---------|
| [1]  | 12/31/2019 | 9.29%   |
| [2]  | 3/31/2020  | -38.43% |
| [3]  | 6/30/2020  | 22.23%  |
| [4]  | 9/30/2020  | 3.28%   |
| [5]  | 12/31/2020 | 33.87%  |
| [6]  | 3/31/2021  | 19.61%  |
| [7]  | 6/30/2021  | 2.47%   |
| [8]  | 9/30/2021  | -2.08%  |
| [9]  | 12/31/2021 | 6.79%   |
| [10] | 3/31/2022  | -0.80%  |
| [11] | 6/30/2022  | -14.62% |
| [12] | 9/30/2022  | -4.24%  |
| [13] | 12/31/2022 | 13.71%  |
| [14] | 3/31/2023  | 1.92%   |
| [15] | 6/30/2023  | 4.33%   |
| [16] | 9/30/2023  | -1.80%  |
| [17] | 12/31/2023 | 11.75%  |
| [18] | 3/31/2024  | 4.49%   |
| [19] | 6/30/2024  | -4.07%  |

# American Beacon - Quarterly Cash Flows
*4Q2019 through 2Q2024*

|  | [a] | [b] |
|---|---|---|
|  |  | **American Beacon** |
|  | **Quarter Ended** | **Vintage** |
| [1] | 12/31/2019 | - |
| [2] | 3/31/2020 | ($870,808) |
| [3] | 6/30/2020 | ($1,024,013) |
| [4] | 9/30/2020 | ($622,985) |
| [5] | 12/31/2020 | ($524,022) |
| [6] | 3/31/2021 | $2,222,353 |
| [7] | 6/30/2021 | $310,540 |
| [8] | 9/30/2021 | ($182,558) |
| [9] | 12/31/2021 | ($377,475) |
| [10] | 3/31/2022 | ($88,967) |
| [11] | 6/30/2022 | $2,731,842 |
| [12] | 9/30/2022 | $197,692 |
| [13] | 12/31/2022 | $9,706,505 |
| [14] | 3/31/2023 | $554,255 |
| [15] | 6/30/2023 | ($386,147) |
| [16] | 9/30/2023 | ($7,602,496) |
| [17] | 12/31/2023 | ($92,590) |
| [18] | 3/31/2024 | ($3,645,100) |
| [19] | 6/30/2024 | $964,707 |

## Janus Henderson Small Cap Value N - Quarterly Returns
*4Q2019 through 2Q2024*

### Janus Henderson Small Cap Value N

|      | [a]<br>Quarter Ended | [b]<br>Vintage |
|------|-----------|---------|
| [1]  | 12/31/2019 | 7.01%   |
| [2]  | 3/31/2020  | -32.59% |
| [3]  | 6/30/2020  | 12.98%  |
| [4]  | 9/30/2020  | -2.40%  |
| [5]  | 12/31/2020 | 25.71%  |
| [6]  | 3/31/2021  | 15.32%  |
| [7]  | 6/30/2021  | 1.47%   |
| [8]  | 9/30/2021  | -2.14%  |
| [9]  | 12/31/2021 | 7.28%   |
| [10] | 3/31/2022  | -5.05%  |
| [11] | 6/30/2022  | -12.81% |
| [12] | 9/30/2022  | -1.75%  |
| [13] | 12/31/2022 | 11.03%  |
| [14] | 3/31/2023  | 0.77%   |
| [15] | 6/30/2023  | 2.62%   |
| [16] | 9/30/2023  | -3.22%  |
| [17] | 12/31/2023 | 13.31%  |
| [18] | 3/31/2024  | 6.21%   |
| [19] | 6/30/2024  | -2.88%  |

# American Beacon - Replacement Balances
*4Q2019 through 2Q2024*

|  | [a] | [b] |
|---|---|---|
|  |  | **Replacement Fund** |
|  | **Quarter Ended** | **Vintage** |
| [1] | 12/31/2019 | $16,141,553 |
| [2] | 3/31/2020 | $10,009,639 |
| [3] | 6/30/2020 | $10,284,488 |
| [4] | 9/30/2020 | $9,414,675 |
| [5] | 12/31/2020 | $11,310,935 |
| [6] | 3/31/2021 | $15,266,459 |
| [7] | 6/30/2021 | $15,801,689 |
| [8] | 9/30/2021 | $15,281,707 |
| [9] | 12/31/2021 | $16,016,183 |
| [10] | 3/31/2022 | $15,118,888 |
| [11] | 6/30/2022 | $15,913,370 |
| [12] | 9/30/2022 | $15,832,803 |
| [13] | 12/31/2022 | $27,284,955 |
| [14] | 3/31/2023 | $28,050,527 |
| [15] | 6/30/2023 | $28,399,883 |
| [16] | 9/30/2023 | $19,884,089 |
| [17] | 12/31/2023 | $22,439,029 |
| [18] | 3/31/2024 | $20,187,422 |
| [19] | 6/30/2024 | $20,570,033 |

# Quarterly Losses and (Gains) Assuming Replacement of American Beacon with Janus Henderson Small Cap Value N
*4Q2019 through 2Q2024*

|  | [a] | Replacement Fund [b] |
|---|---|---|
|  | **Quarter Ended** | **Vintage** |
| [1] | 12/31/2019 | - |
| [2] | 3/31/2020 | $942,080 |
| [3] | 6/30/2020 | $225,257 |
| [4] | 9/30/2020 | ($351,201) |
| [5] | 12/31/2020 | ($1,238,494) |
| [6] | 3/31/2021 | ($1,966,191) |
| [7] | 6/30/2021 | ($2,166,431) |
| [8] | 9/30/2021 | ($2,129,885) |
| [9] | 12/31/2021 | ($2,199,904) |
| [10] | 3/31/2022 | ($2,862,148) |
| [11] | 6/30/2022 | ($2,170,294) |
| [12] | 9/30/2022 | ($1,681,728) |
| [13] | 12/31/2022 | ($2,337,062) |
| [14] | 3/31/2023 | ($2,693,621) |
| [15] | 6/30/2023 | ($3,289,557) |
| [16] | 9/30/2023 | ($3,631,515) |
| [17] | 12/31/2023 | ($3,747,336) |
| [18] | 3/31/2024 | ($3,529,814) |
| [19] | 6/30/2024 | ($3,147,203) |

**Total Losses to Plan Participants as of June 30, 2024:**   -

## DFA Fund - Quarterly Balances (in Dollars)
*4Q2019 through 2Q2024*

|  | [a] | [b] |
|---|---|---|
|  | **Quarter Ended** | **Vintage** |
| [1] | 12/31/2019 | $2,478,293 |
| [2] | 3/31/2020 | $1,633,485 |
| [3] | 6/30/2020 | $1,993,682 |
| [4] | 9/30/2020 | $2,214,755 |
| [5] | 12/31/2020 | $2,562,104 |
| [6] | 3/31/2021 | $4,164,838 |
| [7] | 6/30/2021 | $4,401,242 |
| [8] | 9/30/2021 | $4,507,285 |
| [9] | 12/31/2021 | $4,697,143 |
| [10] | 3/31/2022 | $4,627,963 |
| [11] | 6/30/2022 | $4,128,855 |
| [12] | 9/30/2022 | $3,767,506 |
| [13] | 12/31/2022 | $4,691,150 |
| [14] | 3/31/2023 | $5,212,788 |
| [15] | 6/30/2023 | $5,562,215 |
| [16] | 9/30/2023 | $5,202,100 |
| [17] | 12/31/2023 | $5,862,862 |
| [18] | 3/31/2024 | $6,266,655 |
| [19] | 6/30/2024 | $6,266,655 |

# DFA Fund - Quarterly Returns
*4Q2019 through 2Q2024*

|  | [a] | [b] |
|---|---|---|
|  |  | **DFA Fund** |
|  | **Quarter Ended** | **Vintage** |
| [1] | 12/31/2019 | 11.81% |
| [2] | 3/31/2020 | -33.70% |
| [3] | 6/30/2020 | 19.38% |
| [4] | 9/30/2020 | 6.30% |
| [5] | 12/31/2020 | 19.81% |
| [6] | 3/31/2021 | 8.14% |
| [7] | 6/30/2021 | 4.49% |
| [8] | 9/30/2021 | 0.60% |
| [9] | 12/31/2021 | 1.96% |
| [10] | 3/31/2022 | -2.59% |
| [11] | 6/30/2022 | -13.65% |
| [12] | 9/30/2022 | -10.09% |
| [13] | 12/31/2022 | 19.29% |
| [14] | 3/31/2023 | 6.53% |
| [15] | 6/30/2023 | 0.87% |
| [16] | 9/30/2023 | 0.07% |
| [17] | 12/31/2023 | 9.34% |
| [18] | 3/31/2024 | 5.32% |
| [19] | 6/30/2024 | 0.98% |

## DFA Fund - Quarterly Cash Flows
*4Q2019 through 2Q2024*

|  | [a] | [b] |
|---|---|---|
|  |  | **DFA Fund** |
|  | **Quarter Ended** | **Vintage** |
| [1] | 12/31/2019 | - |
| [2] | 3/31/2020 | ($9,745) |
| [3] | 6/30/2020 | $43,547 |
| [4] | 9/30/2020 | $95,476 |
| [5] | 12/31/2020 | ($91,377) |
| [6] | 3/31/2021 | $1,394,206 |
| [7] | 6/30/2021 | $49,514 |
| [8] | 9/30/2021 | $79,710 |
| [9] | 12/31/2021 | $101,544 |
| [10] | 3/31/2022 | $52,291 |
| [11] | 6/30/2022 | $132,569 |
| [12] | 9/30/2022 | $55,244 |
| [13] | 12/31/2022 | $197,065 |
| [14] | 3/31/2023 | $215,316 |
| [15] | 6/30/2023 | $303,827 |
| [16] | 9/30/2023 | ($363,865) |
| [17] | 12/31/2023 | $174,876 |
| [18] | 3/31/2024 | $91,893 |
| [19] | 6/30/2024 | ($61,576) |

# Schwab Fundamental International Small Cap Equity Index Fund - Quarterly Returns
*4Q2019 through 2Q2024*

**Schwab Fundamental International Small Cap Equity Index Fund**

|  | [a] Quarter Ended | [b] Vintage |
|---|---|---|
| [1] | 12/31/2019 | 10.01% |
| [2] | 3/31/2020 | -28.91% |
| [3] | 6/30/2020 | 18.33% |
| [4] | 9/30/2020 | 8.07% |
| [5] | 12/31/2020 | 18.27% |
| [6] | 3/31/2021 | 6.80% |
| [7] | 6/30/2021 | 5.48% |
| [8] | 9/30/2021 | -1.23% |
| [9] | 12/31/2021 | -1.38% |
| [10] | 3/31/2022 | -5.45% |
| [11] | 6/30/2022 | -13.92% |
| [12] | 9/30/2022 | -10.52% |
| [13] | 12/31/2022 | 16.90% |
| [14] | 3/31/2023 | 5.93% |
| [15] | 6/30/2023 | 0.58% |
| [16] | 9/30/2023 | -2.95% |
| [17] | 12/31/2023 | 11.05% |
| [18] | 3/31/2024 | 1.41% |
| [19] | 6/30/2024 | -1.24% |

## DFA Fund - Replacement Balances
*4Q2019 through 2Q2024*

|  | Replacement Fund | |
|---|---|---|
|  | [a] | [b] |
|  | **Quarter Ended** | **Vintage** |
| [1] | 12/31/2019 | $2,478,293 |
| [2] | 3/31/2020 | $1,752,002 |
| [3] | 6/30/2020 | $2,116,686 |
| [4] | 9/30/2020 | $2,382,894 |
| [5] | 12/31/2020 | $2,726,887 |
| [6] | 3/31/2021 | $4,306,608 |
| [7] | 6/30/2021 | $4,592,101 |
| [8] | 9/30/2021 | $4,615,155 |
| [9] | 12/31/2021 | $4,653,222 |
| [10] | 3/31/2022 | $4,451,941 |
| [11] | 6/30/2022 | $3,964,703 |
| [12] | 9/30/2022 | $3,602,792 |
| [13] | 12/31/2022 | $4,408,593 |
| [14] | 3/31/2023 | $4,885,501 |
| [15] | 6/30/2023 | $5,217,498 |
| [16] | 9/30/2023 | $4,699,800 |
| [17] | 12/31/2023 | $5,394,044 |
| [18] | 3/31/2024 | $5,562,089 |
| [19] | 6/30/2024 | $5,431,686 |

# Quarterly Losses and (Gains) Assuming Replacement of DFA Fund with Schwab Fundamental International Small Cap Equity Index Fund

*4Q2019 through 2Q2024*

|  | [a] | Replacement Fund [b] |
|---|---|---|
|  | **Quarter Ended** | **Vintage** |
| [1] | 12/31/2019 | - |
| [2] | 3/31/2020 | $118,517 |
| [3] | 6/30/2020 | $123,004 |
| [4] | 9/30/2020 | $168,139 |
| [5] | 12/31/2020 | $164,783 |
| [6] | 3/31/2021 | $141,770 |
| [7] | 6/30/2021 | $190,859 |
| [8] | 9/30/2021 | $107,870 |
| [9] | 12/31/2021 | ($43,921) |
| [10] | 3/31/2022 | ($176,022) |
| [11] | 6/30/2022 | ($164,152) |
| [12] | 9/30/2022 | ($164,714) |
| [13] | 12/31/2022 | ($282,557) |
| [14] | 3/31/2023 | ($327,287) |
| [15] | 6/30/2023 | ($344,717) |
| [16] | 9/30/2023 | ($502,300) |
| [17] | 12/31/2023 | ($468,818) |
| [18] | 3/31/2024 | ($704,566) |
| [19] | 6/30/2024 | ($834,969) |

**Total Losses to Plan Participants as of June 30, 2024:** -