# Exhibit A

Page 1

1           IN THE UNITED STATES DISTRICT COURT

2        FOR THE SOUTHERN DISTRICT OF DISTRICT OF TEXAS

3

     MARY LALIBERTE, et al.,        )

4                                   )

                    Plaintiffs,     )

5                                   )

         vs.                        )  No. 4:22-cv-03290(AHB)

6                                   )

     QUANTA SERVICES, INC.,         )

7    et al.,                        )

                                    )

8                    Defendants.    )

     _____)

9

10

11

12           DEPOSITION VIA VIDEOCONFERENCE OF

13           RICHARD A. MARIN, an expert witness

14           herein, taken by Morgan, Lewis &

15           Bockius, LLP, at Escondido, California,

16           at 9:01 a.m., Friday, October 18, 2024,

17           before Bonnie Ann Grose, CSR 11703.

18

19

20

21

22

23

24

25           Job No. CS6946843

Page 2

```
 1     APPEARANCES OF COUNSEL:

 2

 3     For Plaintiff and Witness:

 4     MILLER SHAH, LLP

 5     BY ALEC J. BERIN (Via videoconference)

 6     1845 Walnut Street, Suite 806

 7     Philadelphia, Pennsylvania 19103

 8     (610) 891-9880

 9

10     For Defendant:

11     MORGAN, LEWIS & BOCKIUS, LLP

12     BY JEREMY P. BLUMENFELD  (Via videoconference)

13        KERI L. ENGELMAN (Via videoconference)

14        MARIA DeCASTRO (Via videoconference)

15        MATTHEW McKENNA (Via videoconference)

16     1701 Market Street

17     Philadelphia, Pennsylvania 19103

18     (215) 963-5000

19     Jeremy.blumenfeld@morganlewis.com

20

21

22

23

24

25
```

Page 3

1       APPEARANCES OF COUNSEL (Continued):

2

3       For Defendant:

4       QUANTA SERVICES LEGAL COUNSEL

5       BY CAROLYN CAMPBELL (Via videoconference)

6       2727 North Loop West

7       Houston, Texas 77008

8       (713) 629-7600

9

10      Also Present:  JASON CHAROUS (Via videoconference)

11                     JEFF NICHOLS, Videographer

                                    (Via videoconference)

12

13

14                      I N D E X

15      WITNESS:  RICHARD A. MARIN

16      EXAMINATION BY:                    PAGE

17      MR. BLUMENFELD                       6

18

19

20

21

22

23

24

25

Page 4

1                    E X H I B I T S

| | DEFENSE | DESCRIPTION | IDENTIFIED | MARKED |
|---|---|---|---|---|
| 3 | Exhibit 1 | Expert report | 7 | 232 |
| 4 | Exhibit 2 | Investment Policy Statement | 37 | 232 |
| | Exhibit 3 | Dr. Wermers' report | 78 | 232 |
| | Exhibit 4 | 2016 Q4 Investment report | 90 | 232 |
| 8 | Exhibit 5 | Marin SP vs. Potential Alternative Funds, Q4 2016, 3 year | 150 | 232 |
| 10 | Exhibit 6 | Daily Pricing Returns, Asset Allocation | 172 | 232 |
| | Exhibit 7 | Complaint | 185 | 232 |
| | Exhibit 8 | Rebuttal report | 207 | 232 |
| | Exhibit 9 | Bear Stearns Profit Sharing Plan 2005, Form 5500 | 221 | 232 |
| | Exhibit 10 | Bear Stearns Profit Sharing Plan 2006, Form 5500 | 221 | 232 |
| | Exhibit 11 | Bear Stearns Profit Sharing Plan 2007, Form 5500 | 221 | 232 |

19
20
21
22
23
24
25

Page 5

```
 1      ESCONDIDO, CALIFORNIA          FRIDAY, OCTOBER 18, 2024

 2                       8:59 A.M.

 3                          ***

 4          THE VIDEOGRAPHER:  Good morning.  We are going on

 5      the record at 8:59 a.m. on October 18th, 2024.  This is

 6      Media Unit 1 of the video-recorded deposition of          08:59:58

 7      Richard Marin taken by Counsel for Defendant in the

 8      matter of Mary Laliberte, et al. versus Quanta Services,

 9      Inc., et al. filed in the United States District Court

10      for the Southern District of Texas.  The case number is

11      4:22-cv-03290(AHB).

12          This deposition is being conducted remotely using

13      virtual technology.  My name is Jeff Nichols            09:00:29

14      representing Veritext Legal Solutions, and I'm the

15      videographer.  The court reporter is Bonnie Ann Grose

16      from the firm Veritext Legal Solutions.

17          Counsel will now please state their appearances and

18      affiliations for the record starting with the noticing

19      attorney, please.

20          MR. BLUMENFELD:  Good morning.  Hi.  This is

21      Jeremy Blumenfeld from Morgan Lewis on behalf of the

22      defendants.  We also have on behalf of defendants

23      Matthew McKenna from Morgan Lewis, Keri Engelman from     09:00:57

24      Morgan Lewis, Maria DeCastro from Morgan Lewis,

25      Carolyn Campbell, in-house Counsel at Quanta, and
```

Page 6

1      Jason Charous, consultant, helping us in connection with

2      the matter.

3          MR. BERIN:  Good morning.  Alec Berin from Miller

4      Shah representing the plaintiff and the witness in

5      today's proceeding, Mr. Richard Marin.

6          THE VIDEOGRAPHER:  Thank you.  Will the court

7      reporter please swear in the witness, and then Counsel,

8      you may proceed.                                    09:01:24

9

10                       RICHARD A. MARIN,

11      an expert witness herein, having been sworn, testifies

12      as follows:

13

14                       -EXAMINATION-

15

16          BY MR. BLUMENFELD:

17          Q.  Thanks, Mr. Marin.

18          Can you see me okay?

19          A.  I can, yes.

20          Q.  And you can hear me okay?

21          A.  Yes, I can.

22          Q.  Terrific.

23          I know you've been deposed many times, so I'm not

24      really going to go through the ground rules you might

25      typically hear at the beginning of the deposition.

Page 7

```
 1      There's a lot of stuff I want to cover, but I also      09:01:59
 2      recognize there are technology issues that sometimes
 3      arise.  If you have a problem, and you have trouble
 4      either hearing me or seeing me or looking at a document
 5      or what have you, please just let me know, and we'll
 6      either take a break or figure out a way to solve that.
 7          Okay?
 8          A.  Very good.
 9          Q.  Great.  We can take a break approximately every
10      hour or so.  Just let me know, and we'll find a good
11      time to do so at your leisure.
12          A.  Okay.  Thank you.
13          Q.  Sure.                                           09:02:30
14          You were recently an expert in connection with the
15      Genworth ERISA class action; correct?
16          A.  Correct.
17          Q.  And you were also an expert in connection with
18      the Prudential ERISA class action?
19          A.  Correct.
20          Q.  Any other ERISA class actions in which you have
21      provided an expert report?
22          A.  Yes.
23          Q.  What cases?
24          A.  I think they were all attached to my report, if  09:02:59
25      I may reference that.
```

Page 8

1          Q.   Sure.  If you need to do that, that's fine.  So

2     let's start by marking that as an exhibit so it's

3     formally in the record.

4          A.   Okay.

5          Q.   Exhibit 1 to your deposition is a copy of your

6     August 1, 2021 expert report.

7          A.   Correct.

8          Q.   I see you have a hard copy of that document.

9          A.   I do.  The only thing I didn't bother to do is

10    print off exactly what you're asking me to reference      09:03:30

11    right now, which is my own resume and my own listing of

12    cases.  But to the best of my recollection, there have

13    been several other ERISA cases.  One was the DST case

14    several years ago and --

15         Q.   Mr. Marin, it's important to me that I get a

16    truthful and complete answer, so if you want to look at

17    your expert report that you were able to download a       09:03:57

18    couple of minutes ago just to make sure we get them all.

19         A.   Okay.  Will do.  I'm referencing this right

20    now.  Okay.  Okay.  Let me just -- Let's see here.        09:04:14

21    Okay.  Those were foreign pension funds, so not that.

22         The DST systems I mentioned already.

23         Iowa Public Employees Retirement System case, which

24    was a securities lending class action brought against     09:04:55

25    where I represented the plaintiff against mostly all of

Page 9

```
1        the prime brokerage firms in the country representing

2        Iowa Public Employee Retirement Systems.

3             Los Angeles County Employee Retirement System,

4        Orange County, Sonoma County Retirement, so that was

5        another case.  Let's see.  I don't believe that's an --   09:05:27

6        we said Prudential, we said Genworth, and that would be

7        it.

8             Q.  Great.   Thank you.

9             The Iowa Public Employees Retirement System versus   09:05:57

10       Bank of America et al. case?

11            A.  Yes.

12            Q.  Do you know what that case was about?

13            A.  Yes.  It was basically about securities lending

14       and the transparency or lack thereof that prime brokers

15       use when they represent -- when they borrow securities

16       from major ERISA funds like Iowa Public Retirement

17       System.

18            Q.  Okay.

19            And are you confident that the claims in that case   09:06:28

20       were, in fact, ERISA claims?  And I ask because the Iowa

21       Public Retirement System is a public entity.

22            A.  Yes, yes.  Okay.  The answer -- the answer

23       is -- no, you're correct.  It may not have been ERISA

24       claims.  Thank you for reminding me of that.  They were

25       indeed retirement systems.  They're non-retirement-based
```

Page 10

```
 1        ERISA claims because they're public funds.  You are     09:06:59

 2        correct.

 3             Q.  Got it.

 4             And did anything in that case involve evaluating

 5        investment options in any retirement systems?

 6             A.  No.

 7             Q.  What was the DST case about?

 8             A.  The DST case was a case involving a 401K plan

 9        of DST systems, and it had to do with -- it was an

10        arbitration, and it had to do with the excess           09:07:29

11        concentration in one particular stock that basically

12        harmed the participants through over-concentration, and

13        it was a case initially brought against both the

14        committee of the plan sponsor as well as the investment

15        manager involved.  Investment manager settled early, and 09:07:59

16        then it continued as an arbitration against the

17        committee of the plan sponsor and was heard on the basis

18        of five to seven individual participants of the

19        400-some-odd participants in the plan.  So we basically

20        had individual arbitrations representing groupings of    09:08:27

21        those participants over the course of 18 months, so sort

22        of one set of arbitration hearings every week for 18

23        months or so.

24             Q.  You testified in one arbitration hearing a week

25        for 18 months?
```

Page 11

1          A.   Yes.

2          Q.   And how long was your testimony in each of

3     these arbitrations?

4          A.   Well, they used an agreed-upon technique for    09:08:54

5     the expert testimony of having one question and

6     cross-examination session recorded.  They played the

7     recorded expert sessions for those arbitrators during

8     the week, and then on Fridays of each week, literally

9     each week, I was asked, as were the other experts, to be   09:09:29

10    available for questions from the arbitration panel or

11    questions from either of the two opposing Counsels, so

12    it was -- I didn't have to repeat myself every week.

13    They used the recordings for that, but I almost always

14    had to answer some questions each week from the

15    different arbitration panels.

16         Q.   Okay.

17         And the stock that was at issue in the DST systems

18    case was Valient Pharmaceuticals; correct?

19         A.   That's correct.

20         Q.   And the mutual fund that was being challenged

21    the in the DST Systems case, what was the concentration

22    of that fund in Valient Pharmaceuticals?

23         A.   It ranges over the referenced period from,

24    let's say, 20 percent of the fund to 47 percent of the

25    fund.                                                      09:10:30

Page 12

1          Q.   And your opinions in that case was that that

2     was an excessive concentration in a single security and

3     made the fund an imprudent investment choice?

4          A.   Yes.

5          Q.   Did you employ a methodology looking at

6     three-year performance and five-year performance similar

7     to what you did in this case in the DST Systems case?

8          A.   Well, this is going back three or four years

9     now.  I would have to go back and reference that          09:10:57

10     information, but it wouldn't surprise me if I used -- we

11     used three- and five-year averaging.  I just don't

12     recall offhand.

13          Q.   Okay.

14          And do you have copies of any arbitration decisions

15     involving the DST systems case?

16          A.   No, I don't.

17          Q.   Do you know if there were written explanations

18     with opinions?

19          A.   I do not, but I'm sure that's available through  09:11:29

20     the system.  I was just told in general the outcome by

21     the attorneys involved, and they were generally fairly

22     pleased with the outcome of those arbitrations, and they

23     felt that they had received adequate compensation for

24     their participants in the order of magnitude of hundreds

25     of millions of dollars, is what I was told.  I didn't

Page 13

1     see it in writing.  I was merely told that.          09:11:57

2          Q.  Okay.

3          DST Systems didn't involve any target date funds;

4     correct?

5          A.  No.

6          Q.  The Iowa Public Employees Retirement System

7     case didn't service any target date funds; correct?

8          A.  Correct.

9          Q.  And the Prudential case didn't involve any

10    target date funds?

11         A.  No, I don't believe it did.

12         Q.  The Genworth case did involve target date

13    funds, specifically the BlackRock target date funds;     09:12:26

14    right?

15         A.  That's correct.

16         Q.  Are there any other cases on your CV in which

17    you have testified as an expert that involve target date

18    funds whether it's an ERISA case or not?

19         A.  Not that were of issue.  In other words, for

20    all I know the DST fund may have had a target fund

21    sleeve, but it wasn't at issue, so it wasn't a focus of

22    mine.

23         Q.  Thank you.  I appreciate the clarification.

24         Mr. Marin, are you a participant in any 401K plans    09:12:59

25    today?

```
                                                        Page 14
 1            A.  No.

 2            Q.  Have you been in the last 20 years?

 3            A.  Yes.

 4            Q.  What plans?

 5            A.  Last 20 years?  Well, I was -- Slightly more

 6       than 20 years ago I was in the Bankers Trust Company.

 7       Had a 401K plan.  I was in the Bear Stearns 401K plan, I  09:13:24

 8       was in the Deutsche Bank 401K plan, and have been in

 9       several others with some smaller businesses that I

10       became affiliated with.  All of them have been put into

11       rollover IRAs at this point, so I'm not still in any

12       401K plans at this point.

13            Q.  Got it.

14            Do you still have the rollover IRAs?               09:13:58

15            A.  Yes.

16            Q.  How many do you have?

17            A.  I have two.

18            Q.  Okay.

19            I don't need to know the amounts that are invested

20       in the rollover IRAs, but can you tell me what they are

21       invested in?

22            A.  I was raised -- because I was the senior       09:14:26

23       fiduciary at Bankers Trust Company for many years and

24       was always cognizant of the need to be careful about

25       conflict of interest, so I never managed my own funds.
```

Page 15

1      I always either had them managed by other people,

2      outside managers, so my IRA funds are managed by JP

3      Morgan Asset Management.                              09:14:59

4           Q.  Both of them, both of the rollover IRAs?

5           A.  Yes.

6           Q.  Okay.

7           Are they invested in mutual funds?

8           A.  Well, I have to be honest with you.  I don't

9      look at them very often, but I imagine there are some.

10          Q.  Can you identify for me what mutual funds you

11     are invested in?

12          A.  No, I cannot.  I literally take a hands-off   09:15:26

13     approach to my own investments.

14          Q.  You don't monitor your own investment on a

15     quarterly basis?

16          A.  Oh, I monitor them, but I don't, let's say, get

17     involved in the grand detail.  I have

18     investment-management people that I've had for over 20

19     years, and I put my trust and faith in them, because

20     like I said, for my entirety of my professional career I

21     have taken a hands-off approach to avoid any potential   09:15:58

22     semblance of conflict of interest.

23          Q.  Okay.

24          Do you know if you're invested in any target date

25     funds today?

Page 16

1        A.  I don't believe I am, no.

2        Q.  Okay.

3        But you don't know what you are invested in?

4        A.  I am -- I cannot recite my investments, no.

5        Q.  Okay.

6        And you don't review your current investments

7   against some sort of benchmark on a quarterly basis?

8        MR. BERIN:  Object to form.                      09:16:29

9        THE WITNESS:  I have regular meetings with my

10   investment managers, and we discuss performance in

11   general.

12        MR. BLUMENFELD:

13        Q.  You don't discuss performance against the

14   benchmarks of the investments that you are invested in

15   on a quarterly basis or annual basis or on any sort of

16   basis?

17        A.  No, not very often.

18        Q.  Okay.

19        When was the last time you had such a meeting?

20        A.  Well, I used to be -- My accounts used to be    09:17:00

21   handled at First Republic Bank, and there was a

22   transition bringing them all into JP Morgan, so that all

23   occurred in May of this year.

24        Q.  So you had a meeting with the folks at JP

25   Morgan in May of this year?

Page 17

1          A.   Well, I talk to them more regularly than that,

2     but we had a specific discussion about them -- the          09:17:29

3     accounts when they transferred over in May of this year,

4     and I probably talked to my investment manager there.

5     And I met with him once since then probably in August,

6     and I've probably talked to him about it on the phone on

7     one issue or another a half a dozen times.

8          Q.   Okay.

9          You don't remember from your meeting in August of

10    this year what investments you hold?                         09:18:00

11         A.   No.

12         MR. BERIN:   Object to form.

13         MR. BLUMENFELD:

14         Q.   Okay.

15         And when your funds were managed by First Republic,

16    do you know what you were invested in during that time

17    period?

18         A.   No, but I know that there hasn't been much

19    change as it's transitioned from First Republic to JP

20    Morgan other than normal portfolio rebalancing.

21         Q.   How long was your money managed by First        09:18:29

22    Republic?

23         A.   I'm going to say 20 to 25 years.

24         Q.   And as you sit here today, you can't identify a

25    single mutual fund that you are invested in during that

Page 18

1      20-to-25-year time period?

2           A.  You know, let me just repeat it for you,

3      Jeremy.  I was brought up to stay hands-off on my own      09:18:58

4      personal investments, so I don't review them in

5      specificity.  I leave that to my investment managers who

6      are trusted advisors for me.

7           Q.  Do you know what criteria First Republic used

8      to monitor the investment options -- excuse me, not the

9      investment options.

10          Do you know what criteria First Republic used to

11     monitor the investments that it was managing in your      09:19:29

12     account?

13          A.  No.

14          Q.  Do you know the criteria that JP Morgan

15     currently uses to monitor the investments that it is

16     managing for you?

17          A.  Not specifically, no.

18          Q.  Do you know generally?

19          A.  I'm familiar with JP Morgan's

20     investment-management area because they were a

21     competitor of ours for many, many years, but I don't

22     know specifically what methodologies they use in          09:19:56

23     managing their investments, no.

24          Q.  So you don't know what criteria JP Morgan

25     currently used to select investments for you; correct?

1          A.  I know -- I know my investment manager very

2     well, and I know that his approach hasn't changed from

3     First Republic to JP Morgan.

4          Q.  Okay.

5          Can you answer my question?

6          A.  Would you repeat it, please?

7          Q.  Do you know what criteria JP Morgan uses to

8     select investments for your account?

9          A.  Not that I can recite to you and specify to

10    you, no.

11         Q.  Okay.

12         Do you know what criteria JP Morgan uses to monitor

13    the investments that are in your account?

14         A.  They use normal monitoring methodologies used    09:20:59

15    by major money-management firms.

16         Q.  Can you be more specific than that?

17         A.  No, I cannot.

18         Q.  Okay.

19         And do you know what criteria First Republic used

20    to select the investments that it was including in your

21    account?

22         A.  It has been done over many years, so the answer

23    is no.

24         Q.  Okay.

25         And do you know what criteria First Republic used    09:21:28

Page 20

1    to monitor the investments that were in your account?

2         A.  Not specifically, no.

3         Q.  Does SEDA Experts have a defined contribution

4    plan?

5         A.  I'm not an employee of SEDA.  I am -- meaning a

6    W-2 employee.  I do, I guess you'd call it, gig work in    09:22:00

7    terms of doing expert witness work.  I'm a 1099

8    recipient, so I'm not familiar with their retirement

9    plans because I don't participate in them.

10        Q.  Do you know if they have one?

11        A.  No, I don't.  I don't know specifically.

12        Q.  Okay.

13        And I take it, then, you're not a fiduciary of the

14   SEDA Experts' 401K plan?                                   09:22:27

15        You're not involved at all in the SEDA Experts'

16   401K plan if such a plan exists?

17        A.  No.

18        Q.  And if the SEDA Experts' 401 plan has target

19   date funds in it?

20        A.  No, I don't.

21        Q.  Aside from your work as an expert in the

22   Genworth case and in this case, do you have any other

23   experience in connection with your work at SEDA that

24   relates to target date funds?

25        A.  No.

```
                                                          Page 21
 1              Q.   You also list in your CV that you did work for    09:23:01

 2      Low Emissions Resource Corporation?

 3              A.   Yes.

 4              Q.   Does that have a defined contribution plan?

 5              A.   They did not have a defined contribution plan,

 6      no.

 7              Q.   Did Low Emissions Resource Corporation have    09:23:34

 8      anything to do with target date funds?

 9              A.   No.

10              Q.   When you were at Low Emission Resource

11      Corporation, did you do any work on defined contribution

12      plan investment and monitoring, whether it's target date

13      funds or anything else?

14              A.   For that company, no.

15              Q.   For anybody?

16              A.   Well, you're talking about a period of time

17      when I was teaching, and because I teach courses in the    09:23:59

18      investment area and in the pension area, and indeed it

19      was during those years I was doing expert witness work,

20      the answer is yes, I had involvement to the extent that

21      it came into the issues of expert witness work or my

22      teaching.

23              Q.   Was your teaching done in connection with

24      anything from Low Emissions Research Corporation?    09:24:30

25              A.   No.
```

Page 22

1          Q.   And your testifying work was also not in

2     connection with Low Emissions Research Corporation;

3     correct?

4          A.   No.

5          Q.   Okay.

6          Do you know the name of the textbooks you used to

7     teach?

8          A.   I generally didn't use textbooks because I

9     teach the practicum generally, and therefore I pulled

10    together materials.  I had sort of reading packages of    09:24:58

11    different excerpts from books and different excerpts

12    from articles and other information available to teach

13    from, not a specific textbook.

14         Q.   You would pull together portions of certain

15    books and portions of certain articles?

16         A.   Yes.

17         Q.   Do you remember the names of any of them?       09:25:29

18         A.   No, not offhand.

19         Q.   Okay.

20         You also list on your CV work you did for New York

21    Wheel, LLC?

22         A.   Correct.

23         Q.   Did that have a defined contribution plan?

24         A.   Yes.  I believe it did for a short period of

25    time, and that plan was managed by our payroll company.

Page 23

1    This was a small company, and I had since been rolled    09:25:52

2    over into my overall rollover IRA.

3         Q.  Do you recall what investment options were in

4    the New York Wheel, LLC defined contribution plan?

5         A.  No, I don't recall.

6         Q.  Do you recall if there were any target date

7    funds in it?

8         A.  I don't recall.

9         Q.  And did you play any role with regard to the

10   defined contribution plan at New York Wheel?

11        A.  Well, I was the CEO, and as such I was involved    09:26:29

12   in approving the use of the plan.  But no, I wasn't

13   involved on a regular basis at that point.

14        Q.  Were you a fiduciary for the New York Wheel

15   plan?

16        A.  No.

17        Q.  This says on your CV that you were there from

18   2011 to 2018; correct?

19        A.  Correct.                                          09:27:00

20        Q.  And I just want to be clear about this.

21        You don't remember now whether that plan offered

22   any target date funds?

23        A.  Well, the plan wasn't available the whole time

24   of my employment.  It was just available for a period of

25   time, and the answer is no, I don't remember.

Page 24

```
1          Q.  Okay.

2          What period of time was it available?

3          A.  I -- I don't have the dates on the top of my

4     fingers.  I'm going to guess that out of those six or      09:27:29

5     seven years it was probably available for three.

6          Q.  You think it was the last three?

7          A.  No.  I think it was probably the middle three.

8          Q.  Okay.  Thank you.

9          Approximately how many employees did New York Wheel

10    have?

11         A.  Direct employees, because we tended to use

12    contractors a lot, direct employees probably as many as     09:27:56

13    ten.

14         Q.  And who was the payroll company that you said

15    managed that 401K plan?

16         A.  I've forgotten the name.

17         Q.  Did Ironwood Global have a defined contribution     09:28:26

18    plan?

19         A.  No.

20         Q.  Does Ironwood Global have anything to do with

21    target date funds?

22         A.  No.

23         Q.  Did Ironwood Global evaluate mutual funds?

24         A.  No.

25         Q.  You also worked for a company called Africa        09:28:57
```

Page 25

```
1        Israel Investments?

2             A.  Correct.

3             Q.  Did that have a defined contribution plan?

4             A.  No, they did not.

5             Q.  Did Africa Israel Investments have anything to

6        do with target date funds?

7             A.  No.

8             Q.  Did it have anything to do with mutual funds?

9             A.  No.

10            Q.  What's Duff Capital?                    09:29:32

11            A.  Duff Capital was a startup hedge fund platform

12       that was, you know, highly funded by a private equity or

13       venture capital firm, and I acted as a consultant to

14       them for about a year.

15            Q.  What did you do for Duff Capital?

16            A.  I worked specifically on securities-lending    09:29:59

17       platforms and overall pension marketing plans for how to

18       market the fund into defined benefit and eventually

19       defined contribution plans.

20            Q.  Was Duff Capital operating a mutual fund?    09:30:27

21            A.  No.

22            Q.  What kind of investment was it?

23            A.  It was a multi-strategy hedge fund.

24            Q.  That you were trying to sell to defined benefit

25       and defined contribution plans?
```

Page 26

1        A.  Well, during the year when I acted as a

2     consultant to them they were in the formative stages.

3     This was, as I said, an extremely well funded,

4     400 million-some dollars as I recall, a hedge fund          09:31:00

5     platform to go after a very large universe of investors,

6     and as such they were looking to figure out how to

7     position their hedge fund to take advantage of issues

8     like platform-based institutional securities lending and

9     also how to position themselves to go after defined --     09:31:28

10    large blocks of defined benefit money, eventually --

11    didn't get to this point but eventually then how to

12    create sleeves that would have qualified as mutual

13    fund-type sleeves for defined contribution.

14        Q.  Do you know if that ever happened?

15        A.  I don't believe the last part ever happened.

16    Duff Capital basically went into extinction when the       09:31:56

17    markets collapsed hard in 2008 and 2009.

18        Q.  Do you know when Duff Capital was formed?

19        A.  Well, I believe it would have been the middle

20    or the end of 2007.

21        Q.  Did it have any pension fund investors?

22        A.  At that point, no.                                  09:32:30

23        Q.  Sorry.

24        When you say "at that point," do you mean --

25        A.  At the point when I was involved with it, which

Page 27

1    was basically from the beginning of 2008 until the end

2    of 2008.  October or so of 2008 they did not have any

3    pension fund investors.  They were merely in the

4    preparation, platform-building stage during that year.     09:32:56

5         Q.  On your CV you also identify that you worked

6    for Bear Stearns Assets Management from 2003 to 2007; is

7    that correct?

8         A.  That's correct.

9         Q.  Bear Stearns did have a 401K plan?

10        A.  They did.

11        Q.  You were a participant in it?

12        A.  I was.

13        Q.  Do you recall any of the investments that you

14   invested in within the Bear Stearns 401K plan?

15        A.  No.  That's too long ago.  I don't remember.

16        Q.  Okay.

17        Did you play a role in connection with the Bear     09:33:29

18   Stearns 401K plan aside from as a participant in it?

19        A.  No.

20        Q.  You weren't a fiduciary for the plan?

21        A.  Well, I was effectively the senior fiduciary

22   for the buy side of the business since I was chairman

23   and CEO of Bear Stearns Asset Management, so that had

24   less -- That did not have anything to do with managing     09:33:57

25   the defined contribution plan of the firm overall, but I

Page 28

1     was senior fiduciary for the 50 to 60 billion dollars

2     that we managed for others including defined benefit and

3     defined contribution plans.

4          Q.   Okay.

5          A.   And there were a number of mutual funds there,

6     yes.

7          Q.   There were a number of Bear Stearns mutual

8     funds?

9          A.   Correct.

10         Q.   That Bear Stearns offered to third-party        09:34:29

11    defined contribution plans that might want to invest in

12    them or other investors that might want to invest in

13    them?

14         A.   Correct.

15         Q.   Do you know if the Bear Stearns 401K plan

16    invested in any of them?

17         A.   I believe they did, yes.

18         Q.   Do you recall which ones?

19         A.   No.

20         Q.   Am I right that your experience with respect to

21    investments really derives from your time at Bear        09:34:59

22    Stearns and Beehive Ventures and Deutsche and Bankers

23    Trust?

24         A.   Yes, that and teaching.

25         Q.   And teaching and your expert testimony?

Page 29

1        A.  Correct.

2        Q.  But you stopped working at Bear Stearns in

3    2007; correct?

4        A.  That's correct.

5        Q.  So aside from your teaching work that you do

6    and your testifying work, you haven't been involved in

7    the asset-management business really since 2007?        09:35:28

8        A.  Not directly working for the asset-management

9    business, but in almost every position that I worked in

10   we had generally received funding in one form or another

11   from people in the investment-management business.  As

12   an example, in the Africa Israel case many co-investors

13   in transactions that we were involved in; therefore, I

14   had to negotiate with, were indeed defined benefit        09:35:59

15   pension plans, not so much defined contribution but

16   defined pension plans.  So my involvement with the

17   pension community and pension market was extensive

18   during those years even without being actually employed

19   by the asset-management industry.

20       Q.  You resigned your employment with Bear Stearns;  09:36:28

21   correct?

22       A.  I did, yes.

23       Q.  Were you told that you either needed to resign

24   or that your employment would be terminated?

25       A.  No, no.  They specifically wanted me to stay,

Page 30

1    reasons for which might be an interesting issue, but I

2    chose to leave on my own accord.  I was not asked to

3    leave.

4         Q.  And you were the chairman and chief executive

5    of the asset management that lost billions of dollars in    09:36:59

6    connection with some of the specific funds that Bear

7    Stearns was managing; correct?

8         A.  They were two specific hedge funds that, as

9    they say, hit the wall in the beginning of the, let's

10   call it, liquidity crisis, mortgage bank security

11   crisis.  It took large losses.  When I left the firm, I

12   would say the losses were in the range of about         09:37:27

13   $1.5 billion.

14        Q.  And while you were still there, both of those

15   funds actually had to file for bankruptcy; correct?

16        A.  I don't remember the exact date of the filing

17   for bankruptcy, but my guess is they filed at some point

18   after I left my position because I stayed with Bear

19   Stearns for several months, call it six months after I

20   left as head of asset management.  So I believe the

21   filing took place while I was still employed by Bear     09:38:00

22   Stearns, yes.

23        Q.  Did Bear Stearns manage any target date funds?

24        A.  No.

25        Q.  Did it offer any target date funds in the

Page 31

1    marketplace generally?

2        A.  No.

3        Q.  And am I correct that you while you were at       09:38:28

4    Bear Stearns you had no experience with any target date

5    funds?

6        A.  No.  That's not true.  We -- As part of the

7    ongoing mutual fund effort, we spent a lot of time

8    looking into different areas, target date funding one,

9    ETFs being another.  We spent a lot of time in our -- in

10   our sort of planning purposes looking at different ideas  09:38:58

11   of getting involved, but we did not ultimately offer

12   any.

13       Q.  And so when you were at Bear Stearns, you

14   didn't spend any time evaluating the performance of any

15   target date funds to see whether they were reasonable

16   investments or not reasonable investments?

17       A.  Well, as part of the process of deciding

18   whether to go into the market, we looked at competitive

19   funds on a regular basis and examined their performance  09:39:28

20   and how people were building those products to offer

21   into the defined contribution market, so I would say

22   there was an element of evaluation involved, yes.

23       Q.  Do you recall evaluating the Fidelity Freedom

24   Funds?

25       A.  Not specifically, no.

Page 32

1          Q.   Do you recall evaluating any target date funds?

2          A.   Again, the specificity eludes me at this point

3     in time.  That was too long ago, but we did indeed look      09:39:59

4     at a number of different funds.

5          Q.   And do you recall how many target date fund

6     families existed at the time?

7          A.   No, not specifically.

8          Q.   And do you recall what criteria you were using

9     to evaluate the target date funds that you looked at

10    when you were at Bear Stearns?

11         A.   I recall looking at these funds using a series   09:40:28

12    of different methodologies, yes.

13         Q.   Do you recall what the methodologies were?

14         A.   Sure.  I mean, I recall looking at the -- Let's

15    call it the various risk characteristics.  I recall

16    looking at the glide path issues of the different

17    vintages.  I recall looking at the various blends of      09:41:01

18    instruments to be used in those funds.  I recall looking

19    at different Sharpe ratios, Alpha calculations,

20    information ratios, Sortino ratios, all different sort    09:41:26

21    of measurement criteria.

22         Q.   Do you remember specifically looking at with

23    respect to target date funds in the 2003 to 2007 time

24    frame, looking at Sharpe ratios, Alpha, Sortino ratios;

25    correct?

```
                                                        Page 33
 1          A.  Yes.

 2          Q.  And you recall looking at glide path issues

 3     with respect to target date funds in the 2003 to 2007

 4     time period?                                        09:41:59

 5          A.  Yes.  I think one of the -- one of the things I

 6     will mention is that, you know, lifestyle funds was

 7     something that was very similar to target date funds, so

 8     I guess I would throw lifestyle funds into the same

 9     category as target date funds.  These were different

10     versions of the same fundamental product in terms of

11     offering PC participants mechanisms in terms of         09:42:27

12     glide-path-driven investment approach.

13          Q.  Do you know who the consultant was, if there

14     was one, for the Bear Stearns 401K plan?

15          A.  I don't recall.

16          Q.  Do you know if there was one?

17          A.  I'm sure there was, but I don't recall who it

18     was.

19          Q.  And do you know who was on the committee for     09:42:56

20     the Bear Stearns 401K plan to evaluate the investment

21     options in that plan?

22          A.  I don't know specifically.  But again, I knew

23     all of the senior people in the firm, so I could

24     probably make an educated guess.

25          Q.  I don't need you to guess.
```

Page 34

1          I understand you might know from amongst whom those

2     people might be, but you don't know who was on the

3     committee for the 401K plan for Bear Stearns to evaluate    09:43:28

4     the investment options in that plan?

5          A.  No.

6          Q.  The people that you know who were the leaders

7     of Bear Stearns you know were smart, thoughtful, and

8     thorough people?

9          A.  Yes.

10         Q.  Knowledgeable about investments?

11         A.  Yes.

12         Q.  And do you know the criteria that they utilized

13    when evaluating the funds that were in the Bear Stearns

14    401K plan?

15         A.  Not specifically, no.                            09:43:59

16         Q.  Do you know generally?

17         A.  Yes, generally.

18         Q.  Tell me.

19         A.  Well, they would look at risk-return issues.

20    They would look at different ratios.  They would look at

21    different benchmark performance tracking.  They would

22    look at tracking error issues when it comes to passive

23    sums.  They would look at the array that was being

24    offered to make sure it was a fulsome array.  They would    09:44:30

25    look at all of what I would call normal monitoring and

Page 35

1       tracking processes that one would use to track a

2       portfolio of investments.

3           Q.  Do you think the Bear Stearns fiduciaries would

4       have looked at all of -- did you say normal things?

5           A.  Normal investment criteria.                    09:44:59

6           Q.  And did you understand that the Bear Stearns

7       fiduciaries would remove investment options from that

8       plan if they thought they were no longer appropriate

9       choices for plan participants?

10          A.  Yes.

11          Q.  In paragraph 31 of your report, you articulate

12      a set of criteria to use when evaluating investment

13      options; correct?

14          A.  Can I look at my report?                        09:45:29

15          Q.  Yeah.

16          A.  Anywhere specifically in 31?

17          Q.  Paragraph A, B, C, and D and then E.            09:45:58

18          A.  Okay.  Would you like me to read through these?

19          Q.  I mean, you could read through them yourself.

20      You don't need to read them out loud.

21          A.  Yeah.  That's what I meant.

22          Q.  Sure.                                           09:46:21

23          (Pause in the proceedings.)

24          THE WITNESS:  Okay.  I've reviewed it.

25          MR. BLUMENFELD:

Page 36

1          Q.  My question was, in paragraph 31 you describe

2     the monitoring criteria for investment options in a

3     defined contribution plan; correct?

4          A.  I do.  And this is specifically referencing

5     this plan, and it specifically references the criteria    09:46:58

6     that are described in the IPS.

7          Q.  Okay.

8          That's a good segue.

9          Is it your opinion in paragraph 31 that these are

10    criteria that apply to the Quanta plan but that don't

11    apply to other defined contribution plans?

12         A.  I know they apply to the Quanta plan.  Each

13    plan is different, so I can't respond as to whether they    09:47:26

14    applied to other plans or not.  They're fairly generic,

15    in my opinion.  There's nothing about them that makes

16    them 100 percent unique to the Quanta plan.  They're

17    similar to other criteria I have seen applied to similar

18    plans.  I mean, they all have benchmarks.  They all have

19    the same kind of ratio examination, the Alphas and the    09:47:55

20    information ratios, and the Sharpe ratios and asset size

21    and that sort of thing and peer group rankings.  So it's

22    similar to other plans, but I can't state specifically

23    if they should be applied to every other plan.  Every

24    plan is unique.

25         Q.  Okay.

Page 37

1          And so you're saying that you applied the

2     monitoring criteria you described in paragraph 31 based     09:48:27

3     on the "Investment Policy Statement" that Quanta had in

4     connection with their plan; correct?

5          A.   Correct.

6          Q.   Okay.

7          You also say, though, in your report that -- in

8     paragraph 29 that these are monitoring criteria that you

9     have used and applied throughout your career.

10         A.   That's correct.

11         Q.   Okay.

12         So it's not just specific to the Quanta plan.

13     These are the criteria that you have seen and used

14     throughout your career at least?                          09:48:58

15         A.   Yes.

16         MR. BERIN:  Object to the form.

17         MR. BLUMENFELD:

18         Q.   And in paragraph 31-E you also define the

19     framework that you're talking about as being customary

20     in the retirement industry.

21         A.   That's correct.

22         Q.   So is it your opinion that plan fiduciaries     09:49:30

23     customarily use the same monitoring criteria that you're

24     describing in paragraph 31?

25         A.   Well, as I said, every plan is unique.  I do

Page 38

```
 1        believe that this is not an unusual framework and that

 2        it is more typical than not to what you see in the

 3        investment area.                                    09:49:58

 4             Q.  Okay.

 5             Are you aware of any other plans that used the

 6        criteria that you talk about in paragraph 31 in the way

 7        you described it in paragraph 31 aside from the Quanta

 8        plan?

 9             A.  Well, this is not dissimilar.  Just to take one

10        that you've already mentioned, it's not totally

11        dissimilar to what is used at Genworth.

12             Q.  When you say "not dissimilar from what was used  09:50:26

13        at Genworth," is that the only one you can think of?

14             A.  I have worked with so many different defined

15        contribution plans over my career, all I'm going to do

16        is specify that this is similar to what I've seen in

17        many plans.

18             Q.  Okay.

19             When you say it's similar to what you saw in

20        Genworth, are you talking about your opinions in

21        Genworth or what the plan fiduciaries for the Genworth  09:50:56

22        plan were doing?

23             A.  I'm talking about the framework used for

24        evaluating funds in the Genworth plan.

25             Q.  What Genworth used or what you say Genworth
```

1     should have used?

2          A.   What -- what Genworth used and -- and what my

3     experience tells me is normal to be used.

4          Q.   Okay.

5          So you believe that the plan fiduciaries of the        09:51:29

6     Genworth plan used the same framework that you describe

7     as a reasonable framework in paragraph 31 of your

8     report?

9          MR. BERIN:  Object to the form of the question.

10         THE WITNESS:  They're -- I don't want to

11    characterize it as exactly the same.  My sort of

12    overriding comment is that every plan is different.

13    What I'm saying is that this framework is not dissimilar  09:51:56

14    to what is used elsewhere like in Genworth.

15         MR. BLUMENFELD:

16         Q.   And I just want to be clear.

17         When you say "used elsewhere as in Genworth," you

18    offered opinions in the Genworth case; correct?

19         A.   Yes.

20         Q.   And you said the Genworth plan fiduciaries

21    essentially made bad investment decisions by maintaining

22    the BlackRock target date funds in that plan; correct?

23         A.   Yes.

24         Q.   Are you saying that what you described in        09:52:28

25    paragraph 31 of your report in this case here is similar

Page 40

1    to what you described in the Genworth case or similar to

2    what the Genworth plan fiduciaries actually did in the

3    Genworth case?

4         MR. BERIN:  Object to the form.

5         THE WITNESS:  You're getting into an area of

6    specificity in comparing the situations that I'm not

7    comfortable agreeing with.  What I'm saying is that the

8    general framework used to evaluate -- meaning, using        09:52:56

9    benchmarks, using ratio analysis over a period of time,

10   using three- and five-year averaging, those are all

11   similar from what I've seen elsewhere and what I saw in

12   Genworth.

13        MR. BLUMENFELD:

14        Q.  Okay.

15        We'll come back to this.

16        Did Beehive Ventures offer a defined contribution    09:53:30

17   plan?

18        A.  No.

19        Q.  Did it offer any target date funds?

20        A.  No.

21        Q.  Did Deutsche Asset Management have a 401K plan?

22        A.  Yes.

23        Q.  Were you in it?

24        A.  Yes.

25        Q.  Were you a fiduciary of the Deutsche Asset 401K

Page 41

1      plan?

2           A.  Yes.

3           Q.  You were responsible for selecting the         09:53:58

4      investment options for the Deutsche 401K plan?

5           A.  No, I wasn't involved.  But because I ran

6      Deutsche Asset Management, I was, I believe, an

7      ex officio member of that committee.

8           Q.  What does it mean that you were an ex officio

9      member, but you weren't involved?

10          A.  No, I didn't say that.  I never used those      09:54:29

11     words.  What I said was I was an ex officio member.  I

12     think you know what an "ex officio member" is; right?

13          Q.  Tell me.

14          A.  It means that you sit in on the committee

15     meetings and are there to advise the committee on

16     various issues having to do with the investments.

17          Q.  Were you a voting member?

18          A.  No.

19          Q.  Okay.

20          Do you recall what investment options Deutsche --  09:54:59

21     Deutsche Asset Management is part of Deutsche Bank;

22     correct?

23          A.  Correct.

24          Q.  And the 401K plan actually was the Deutsche

25     Bank 401K plan; right?

Page 42

1          A.  Correct.

2          Q.  And do you remember the investment options that

3     were available in the Deutsche Bank 401K plan when you

4     were there?

5          A.  No, not specifically.

6          Q.  You were there for less than two years;

7     correct?

8          A.  Correct.

9          Q.  How many meetings did you go to of the Deutsche  09:55:26

10     Bank 401K plan committee?

11          A.  I don't remember.

12          Q.  Do you remember if it was more than one?

13          A.  Yes.

14          Q.  But you don't remember any of the investment

15     options?

16          A.  No.  We were -- we were merging the investment

17     operations of four major investment companies in the US.

18     We had the Bankers Trust Company plans and funds, which

19     had the Alex Brown plans and funds.  We had the          09:55:57

20     Morgan Greenfell and Deutsche Bank plans and funds.  So

21     it was a rather complicated integration exercise, so I

22     don't remember the specific funds.

23          Q.  You don't remember any of them at all for any

24     of those plans?

25          A.  Not specifically to reference at this moment in

```
                                                        Page 43
 1      time, no.

 2           Q.  Did the Deutsche Bank plan have target date

 3      funds?                                          09:56:29

 4           A.  We had lifestyle funds.

 5           Q.  And what's a "lifestyle fund"?

 6           A.  It's like a target date fund.  Like I said,

 7      lifestyle funds have generally evolved into target date

 8      funds, but the lifestyle funds were basically very

 9      similar except not specifically linked to a retirement

10      date the way target date funds are.  They were sort of

11      stage-of-life funds.                            09:56:59

12           Q.  More conservative, more aggressive, but they

13      stayed that way; correct?

14           A.  They were to be used by participants who were

15      in the various stages of their life, the early stage,

16      the middle stage, the later stage, the post retirement

17      stage.  That's what lifestyle funds generally provided.

18      And again, they're very similar, the concept is very    09:57:26

19      similar in glide path construction to target date funds,

20      but the industry has evolved.  And sort of it's like

21      Betamax versus the VHS; right?  Betamax was a perfectly

22      valid technology, but VHS won the marketing battle, and

23      everybody became VHS oriented.  Well, everybody became

24      target date fund oriented.  There may still be some    09:57:57

25      residual lifestyle funds out there, but again, I'm not
```

Page 44

1    aware of them.

2        Q.  Do you remember what lifestyle funds the

3    Deutsche Bank 401K plan offered?

4        A.  We offered a full suite of 401 plans for the

5    entire lifestyle parade that was available.  These were

6    the ones that came out of Bankers Trust.

7        Q.  Were they Bankers Trust lifestyle funds?

8        A.  Well, I think they started as Bankers Trust      09:58:29

9    lifestyle funds.  But again, we're talking about a

10   series of mergers that occurred and the first merger

11   that occurred with Alex Brown.  We picked up a lot of

12   mutual funds in the Alex Brown merger.  That was sort of

13   between '97 and '99.  And then from '99 to 2001 we went

14   through the merger with Deutsche Bank who had also

15   recently merged with Morgan Greenfell just as we had      09:58:59

16   merged with Alex Brown.  So it's a collage of four

17   different investment managers that I was responsible for

18   integrating.

19       Q.  So I thought you left Deutsche in December of

20   2000.

21       A.  I stayed on as a consultant for a period of

22   time.  I said 2001.  I believe it went into the early

23   part of 2001.

24       Q.  Okay.

25           Did Bankers Trust offer any target date funds?   09:59:30

Page 45

```
1            A.  No.  We had lifestyle funds.

2            Q.  Aside from your time at Deutsche Bank, have you

3     ever attended a 401K defined contribution committee

4     meeting to review, monitor, select investment options?

5            A.  Did you say "except" for my time?

6            Q.  Correct.

7            A.  I attended them while at Bankers Trust and

8     while at Deutsche Asset Management.  I did not attend    09:59:59

9     any when I was running Bear Stearns Asset Management.

10           Q.  Okay.

11           So am I correct that you haven't attended any

12    committee meetings since early 2001?

13           A.  Yes.  You're correct.

14           Q.  Okay.

15           Have you ever served as a consultant for a defined

16    contribution plan?

17           A.  We had consultants in all of my              10:00:27

18    investment-management operations.  I was not at

19    consultant level, but I had teams of consultants who

20    worked for me, including at Bear Stearns Asset

21    Management.

22           Q.  Did the consultants that were at Bear Stearns

23    Asset Management serve as consultants for defined

24    contribution plans making recommendations about what

25    mutual funds to include in their plans?            10:00:59
```

Page 46

1          A.   I believe so, yes.

2          Q.   When you say you "believe," so you're not sure

3      because you weren't in the role?

4          A.   I was responsible for it.  They reported to me.

5      I monitored their performance.  I knew generally what

6      they were doing, who their clients were at the time, and

7      I just don't recall whether or not they had defined

8      contribution plans, but I believe they did.

9          Q.   The consultants that you're describing, was it    10:01:27

10     their job to try to sell Deutsche Bank mutual funds?

11         A.   Everything that we were -- well, you said

12     Deutsche Bank -- right? -- as opposed to Bear Stearns.

13     Everything that we did in the asset-management area was

14     to serve our institutional or client base, and as such

15     the consultants had to maintain somewhat of an           10:02:01

16     arm's-length approach in providing objective

17     consultation and advice that did not push proprietary

18     product.  So we maintained our own sort of version of

19     walls such that their compensation and their evaluation

20     was based on the satisfaction of their clients in        10:02:28

21     providing objective advice, not on their pushing or

22     selling proprietary products.

23         Q.   All right.

24         Let's go back to paragraph 31 of your report, if

25     you would.                                                10:02:55

Page 47

```
1            A.  Okay.

2            Q.  In paragraph 31-B of your report, could you

3       look at that?

4            A.  Okay.

5            Q.  You say that you were going to "Review the

6       Freedom Funds returns both by vintage and in the

7       aggregate versus the S&P indices such that when more     10:03:28

8       than half of the vintages with a performance history

9       generated three and/or five year returns that failed to

10      beat the relative vintages of the S&P indices, the suite

11      is flagged and placed on watch for greater scrutiny."

12           Do you see that?

13           A.  Yes.

14           Q.  So first question I have, you say in there

15      "and," slash, "or."

16           Do you see that?

17           A.  "And/or," yes.                                   10:03:59

18           Q.  And now, it's not clear to me whether you mean

19      that if more than half of the vintages on a three-year

20      basis fail to beat the relevant indices for five years

21      the suite is flagged and placed on watch or whether you

22      require underperformance on a three-year basis and a

23      five-year basis before a fund is placed on watch.

24           A.  Okay.  What's your question?

25           Q.  Which is it?                                     10:04:30
```

Page 48

```
1          A.  The way the IPS is written, I believe, is to

2     say that it's, you know, three years or longer, so I

3     guess the correct interpretation would be "or," but, you

4     know, we looked at that issue in all the analysis we

5     did.  We looked at how the three-year and the five-year

6     returns differed, and in some cases both three- and          10:04:58

7     five-year returns indicated failure and in some

8     instances one or the other, three- or five-years

9     indicated failure.  Both of them, I believe, constitute

10    a failure for the IPS.

11         Q.  And so three-year underperformance or five-year

12    underperformance in your mind constitutes a failure and

13    therefore requires putting it on watch?                       10:05:29

14         A.  Yes.

15         Q.  Okay.

16         It's not limited to circumstances where both the

17    three-year and the five-year underperformed?

18         A.  I don't believe it is, no.

19         Q.  Okay.

20         Now, you mentioned the "Investment Policy

21    Statement" for Quanta, and we'll look at that in a few

22    minutes.

23         But aside from the "Investment Policy Statement,"

24    is there some other basis for the opinion you expressed

25    in paragraph 31-B?
```

Page 49

1        A.   The other basis for that opinion would be, like    10:06:00

2    I said, my experience over the years of working with

3    defined contribution plans.

4        Q.   So that's good, and I'm not surprised to hear

5    you say that.

6        Can you identify for me any plans that utilize the

7    framework that you described in paragraph 31-B for

8    deciding whether a fund needs to be placed on watch

9    list?                                                      10:06:28

10       A.   I can -- no, I can't -- I can't give you

11    specific plans.  I know that three- and five-year

12    averaging is used in many plans.  I believe that's the

13    case with Genworth, and I believe that's the case even

14    with Prudential.  Those are the most recent ones I've

15    been looking at and working with, but I've seen many

16    plans over the years that use three- and five-year       10:06:59

17    averaging because it's a prudent way to evaluate a

18    performance over a longer period of time than looking at

19    it on a quarterly basis.

20       Q.   Okay.

21       You understand there's a difference between saying

22    that a plan fiduciary should look at three-year

23    performance and looking at five-year performance.

24    There's a difference between that and saying that if a

25    fund underperforms on a three-year basis or a five-year  10:07:27

```
                                                      Page 50
 1        basis it has to be put on watch.

 2             Correct?

 3             A.  Well, the IPS in this instance, you know, has a

 4        separate one or two pages in it dedicated to the process

 5        for putting things on monitor, alert, or watch.  We can

 6        call it similar phraseology.  That would then have to be

 7        carefully monitored and eventually terminated if they      10:07:55

 8        did not improve.  So that procedure is usually spelled

 9        out in the IPS as it certainly is here in the case of

10        Quanta.

11             Q.  Mr. Marin, my question was not about the

12        "Investment Policy Statement."  My question was about

13        your opinion.

14             You know lots of plans look at three-year

15        performance, and lots of plans look at five-year

16        performance, but you can't identify any plans that put a   10:08:28

17        fund on watch because of underperformance against a

18        benchmark over a three-year time period or against a

19        benchmark over a five-year time period; correct?

20             MR. BERIN:  Object to form.

21             THE WITNESS:  What I'm telling you is that I've

22        seen many plans that do that.  I can't name the plans

23        for you.

24             MR. BLUMENFELD:

25             Q.  Okay.
```

Page 51

1           Can you name the time period?

2           A.  The three- and five-year time period?

3           Q.  No, the time period you're talking about when

4      you are aware of a plan that you can't identify that did   10:09:00

5      this.

6           A.  Anytime in the last 30 years.

7           Q.  Okay.

8           Can you identify a plan in the last ten years that

9      did this?

10          A.  I can't identify a specific plan.

11          Q.  Okay.

12          Can you identify a plan in last 20 years that did

13     this?

14          A.  No.

15          Q.  Okay.

16          You also say that you're benchmarking the           10:09:27

17     performance here against the S&P indices; correct?

18          A.  I'm benchmarking it against the benchmarks that

19     the IPS has specified, yes.

20          Q.  And is the reason that you did that because the

21     IPS specified it?

22          A.  Well, that is the primary reason.

23          The secondary reason is that it is very normal in

24     the industry to use the S&P index for any number of

25     evaluations as a benchmark, especially obviously one       10:09:58

Page 52

```
1          that involves heavy component of equities, all cap

2          equities.

3               Q.  What S&P indices do you think you're using in

4          paragraph 31-B of your report?

5               A.  I'm using the S&P index that was provided by

6          the investment consultant quarterly reports.

7               Q.  Okay.

8               You believe that the quarterly reports that were    10:10:28

9          being provided to the folks at Quanta contained useful

10         information in evaluating the investment options?

11              MR. BERIN:  Object to the form of the question.

12              THE WITNESS:  I'm -- I'm presuming that the

13         consultant reports from Ascend during the time period

14         that I'm talking about here contained accurate

15         information that was used to monitor these

16         investments.

17              MR. BLUMENFELD:

18              Q.  Okay.                                            10:11:00

19              Do you remember the S&P index that you're

20         describing in paragraph 31-B and that you use in your

21         report?

22              A.  What -- I don't know what you mean by do I

23         remember.  Do I remember that it was the S&P index?  I

24         remember it's the one that's used in the Ascend

25         quarterly report, and that is the index that was used
```

Page 53

1    for this comparison because that's what the IPS        10:11:27

2    indicated.

3        Q.  Okay.

4        Is the only reason that you used the S&P index that

5    you described in paragraph 31-B because it was disclosed

6    in the "Investment Policy Statement"?

7        MR. BERIN:  Object to form.

8        THE WITNESS:  Well, I guess I have to repeat what I

9    said before.  What I said before was that that was the

10   primary reason we used it, but I also said that that is

11   a very normal index to use as a benchmark, and therefore  10:11:55

12   it strikes me as the appropriate benchmark to use.  But

13   it was specified in the IPS, and that was the driving

14   criteria.

15       MR. BLUMENFELD:

16       Q.  So in paragraph 31-B you're describing the S&P

17   index for target date funds; correct?

18       A.  Yes.

19       Q.  How prevalent is the S&P target date index for

20   evaluating target date funds?                           10:12:28

21       A.  I've seen it many times.

22       Q.  Okay.

23       Can you identify any plans that have used it?

24       A.  Well, I guess I'm going to say Genworth because

25   I believe they used it.

Page 54

1          Q.  Okay.

2          Any others?

3          A.  Not off the top of my head, no.

4          Q.  Am I right, Mr. Marin, that the criteria you     10:13:08

5     articulate in 31-B of your report doesn't depend on

6     whether a fund underperforms the benchmark by one basis

7     point or a hundred basis points or a thousand basis

8     points, they all constitute a failure?

9          A.  The IPS in Quanta does not quantify a threshold  10:13:30

10    amount.  Other plan IPSes do.  In this case they don't,

11    so it would certainly be in the qualitative factors that

12    one would evaluate when looking at these reports to see

13    the magnitude.  But the more quantitative aspect of this  10:13:52

14    is just to see if it breached the levels by failing to

15    equal or exceed the benchmark level, so a negative

16    number, whether it was one basis point or a hundred

17    basis points, would get recorded, and it would be shown

18    as a negative number.  It certainly is reasonable and

19    expected that when you're evaluating that that if it

20    was -- if it underperformed by one basis point that may   10:14:29

21    not be considered material enough to warrant an action,

22    but that wasn't the case here.

23         Q.  I'm sorry.

24         What wasn't the case here?

25         A.  That it was that low.

Page 55

1        Q.  Okay.

2        Did you evaluate whether the difference in

3    performance between the Freedom Funds which charge fees

4    and the S&P target date index which didn't have fees was

5    based on the amount of the fees?

6        A.  We did every analysis, net of fees as was        10:14:59

7    indicated in the IPS, and we used the numbers in the

8    quarterly reports provided by the consultant to do their

9    comparisons as provided to the committee, so we mimicked

10   the approach used by the consultant to do the

11   evaluation.

12       Q.  The S&P target date index that you utilized and  10:15:26

13   that the consultant utilized doesn't account for fees

14   because there are no fees on the index; correct?

15       A.  You know, I'd have to look and see the

16   specificities of the target date fund indices, but my

17   understanding was that it was a net of fees number,

18   whether fees were charged on the index or not.

19       Q.  What's the basis for your understanding that     10:16:00

20   that was a net of fees number on the S&P target date

21   index?

22       A.  The fact that my analyst team told me that was

23   the case, and the consultant used it to do the

24   comparison.

25       Q.  Okay.

Page 56

1           Who on your analyst team told you that that was the

2      case?

3           A.  I have a team of people that work with me to do    10:16:27

4      the analytics underlying these reports.

5           Q.  Right.  I'm asking who.

6           A.  Oh, there are several, but specifically

7      Julio -- I want to say Sanchomonte.  It's an Italian

8      name.

9           Q.  Is he an employee of SEDA?

10          A.  Yes.

11          Q.  Does that matter to your opinions whether the    10:17:00

12     S&P target date index that you utilized accounted for

13     fees or not?

14          A.  It certainly matters, and we saw some reference

15     to that in the rebuttal that the opposing witness,

16     expert witness, provided us.  So we did go back and

17     check all of our numbers to see whether or not they had

18     been done in conformity with with the IPS standards and    10:17:29

19     that they were indeed net of fees.

20          Q.  Before we go on to paragraph 31-C, why don't we

21     go look at the "Investment Policy Statement."

22          MR. BLUMENFELD:  Mat, can you upload that?

23          MR. McKENNA:  Yes.  One moment.

24          MR. BLUMENFELD:

25          Q.  Mr. Marin, we're going to switch in a minute to

Page 57

```
 1        the "Investment Policy Statement."  We've been going    10:17:59

 2        over after hour.

 3             Would you like to take a break now?

 4             A.  I'm fine doing whatever you and my attorney

 5        prefer.

 6             MR. BERIN:  I'm more concerned about Mr. Marin's

 7        comfort, so I'm happy to press on a bit longer.

 8             MR. BLUMENFELD:  Bonnie, you're okay?

 9             THE REPORTER:  Okay.

10             THE WITNESS:  I guess I'm trying to figure out --

11        oh, there it is.

12             Is this Exhibit 002?                              10:18:29

13             MR. BLUMENFELD:

14             Q.  It is.

15             A.  Okay.  So I'm going to download this, and then

16        I've got to go find it.  Okay.  I think I've got it.

17        Okay.  I have it in front of me.

18             Q.  Great.

19             Mr. Marin you should have in front of you what's

20        been marked as Marin Deposition Exhibit 2; correct?

21             A.  Correct.

22             Q.  And this is the October 2015 "Investment Policy  10:18:57

23        Statement" from Quanta?

24             A.  Correct.

25             Q.  It's the "Investment Policy Statement" you just
```

Page 58

1          referred to and that you utilized in preparing your

2          report?

3               A.  Yes.

4               Q.  Can you go to -- It's page, I believe, 13 of 18

5          of the PDF.  Sorry.  I was mistaken.  It's page 14 of 18  10:19:30

6          of the PDF.

7               A.  Is this the one that says "Investment

8          Objectives, Criteria for Review and Review Processes,

9          Investment Watch List Process"?

10              Q.  That's the one.

11              A.  Okay.  I have it up.

12              Q.  And this is the provision you were talking

13         about in the IPS that describes when an investment would

14         be placed on the watch list; correct?                    10:19:57

15              A.  Correct.

16              Q.  And I want to be clear.  So if you can go back

17         to paragraph 31-B of your report, you say that a suite

18         is flagged and placed on watch for greater scrutiny.

19              That's in conformity with the "Investment Policy

20         Statement"; correct?

21              A.  Yes.

22              Q.  Okay.

23              Now, so first am I correct that you evaluated the

24         "Investment Policy Statement" and determined that the

25         criteria that's articulated in it are reasonable

Page 59

1    criteria?

2         MR. BERIN:  Object to the form.                    10:20:30

3         THE WITNESS:  I have no reason to find them

4    unreasonable.

5         MR. BLUMENFELD:

6         Q.  Okay.  Thank you.

7         So can you point to me the criteria that talked

8    about performance against a benchmark as being criteria

9    for putting a fund on the watch list?

10        A.  Okay.  Well, let's take a quick look here.  I    10:20:55

11   can't just look at this one slide.  I have to look back

12   at the quantitative factors.

13        So on page -- Let's see what number is that page,

14   11 -- "Competitive and Consistent Performance Measured

15   Against the Appropriate Benchmark."              10:21:29

16        Q.  Mr. Marin, let me just pause you for a minute.

17   If you want to read something to yourself, that's fine.

18   If you want to read something out loud, that's okay, but

19   just direct us to the right page number so we can follow

20   along.

21        A.  That's why I said page 11.

22        Q.  Is that internal page 11?

23        A.  No.  It's 11-18.

24        Q.  Okay.

25        That's under the heading "Selection of Investment

Page 60

1      Options"; correct?

2          A.  Correct.  This lists the quantitative factors,    10:21:58

3      "Based on the investment's --" the second bullet point,

4      "Based on the investment's objective, investment style,

5      growth versus value, and market capitalization, large

6      market versus small market, an appropriate benchmark

7      should be used for relative investment performance

8      evaluation.  A list of the benchmarks to be used for the

9      comparison to the plan's investment options may be found

10     in Appendix A."

11         Q.  This page, sir, is the page about describing

12     how they select investment options; correct?    10:22:27

13         A.  That is correct.

14         Q.  Okay.

15         A.  But I consider that relevant to monitoring as

16     well --

17         Q.  Okay.

18         A.  -- because this is the only place -- I mean, we

19     can all sort of question why Ascend chose to organize

20     its IPS the way it did, but they have the listing of the

21     qualitative and quantitative factors on pages 11 and 12

22     of 18 are shown under "Selection," and then page 13 says    10:22:59

23     "Performance Evaluation Criteria" and then the watch

24     list.

25         So if we look at "Performance Evaluation Criteria,"

Page 61

1      that certainly could apply to both selection and

2      monitoring since monitoring has everything to do with

3      the performance evaluation criteria.

4          So let's see.  I guess I'm losing sight of your      10:23:28

5      question.  Why don't you give me your question again.

6          Q.  My question, sir, was, you describe in

7      paragraph 31-B of your report that a fund should be

8      placed on watch for greater scrutiny if it underperforms

9      the S&P target date index benchmark on a three-year or

10     five-year basis.

11         My question, sir, was, where in the IPS does it say

12     that a fund is supposed to be placed on watch list if      10:23:57

13     that happens?

14         A.  Okay.  Very good.  Let's see.  Okay.  So

15     under -- on page 13, third paragraph down, it talks

16     about the way in which performance is measured and that

17     the performance will be measured net of fees.      10:24:27

18         And then we move up to the next page, it says that

19     the "option's net performance falls below the median of

20     its peer group's three, five.  Adjusted Alpha falls

21     below the peer group's median.  The information

22     ratio --" which is indeed a comparison against the

23     benchmark, so "consistency of performance as measured by  10:24:59

24     the fund's information ratio is negative as measured on

25     a three-, five-, and ten-year basis."

Page 62

1          So effectively the capturing of the benchmark

2     analysis takes place in the third bullet point of

3     page 14 of 18.

4          Q.  Is that it?

5          A.  Yes, I believe so.

6          Q.  Okay.  Thank you.                    10:25:29

7     Now let's go back to your report.

8          A.  Correct.

9          Q.  Do you have that in front of you?

10         A.  I do.

11         Q.  Paragraph 31-C is where you describe the test

12    related to the information ratio; correct?

13         A.  Correct.

14         Q.  So are you saying that 31-B and 31-C are

15    essentially the same thing?

16         A.  They're not entirely the same.  There's a

17    slight difference.  The information ratio tracks the     10:25:57

18    differential in the fund's performance against the

19    benchmark as referenced by the tracking error, so it

20    looks at effectively active risk, but the tracking

21    against the benchmark, which is what's covered in "B,"

22    is a subset, if you will, of what happens in "C."      10:26:28

23         Q.  Okay.

24         So what you describe in paragraph 31-B isn't

25    actually called for in the "Investment Policy Statement"

Page 63

```
 1        at all when it comes to the watch list criteria;

 2        correct?

 3             A.  I believe it is called for, yes.

 4             Q.  Okay.

 5             Let's go back to the paragraph we just looked at or

 6        the page we just looked at in the "Investment Policy

 7        Statement."  You said it was in the bullet point under

 8        the information ratio.                              10:26:56

 9             A.  Well, you can't calculate the information ratio

10        without doing the comparison of the fund performance

11        against the benchmark.  So like I said, "B" is a subset;

12        of what has to be done for the calculation of the

13        information ratio, and it is therefore implied in this

14        watch list process that one needs to do the relative

15        tracking of the performance against the benchmark.     10:27:29

16             Q.  Okay.

17             What if a fund passed the criteria that you

18        described in paragraph 31-C?

19             A.  Well, that's a hypothetical, and I guess what I

20        would say is that is not what occurred here.  The

21        information ratio produced results that were negative,

22        and they produced that negative result predominantly    10:27:59

23        because of the failure against the performance against

24        the benchmark.

25             Q.  Okay.
```

Page 64

1        Would you agree with me at least that the criteria

2    you described in paragraph 31-B is not expressly

3    included in the monitoring criteria that's set forth in

4    the "Investment Policy Statement"?

5        A.  No.  I would say it's -- it's absolutely        10:28:30

6    imbedded in what's shown as the watch list process.

7    My -- I am sure that if you -- if you asked any

8    investment professional is it normal to measure

9    performance against the benchmark and track

10    underperformance, my answer is yes.  The best evidence

11    of that is that the quarterly reports from Ascend        10:28:58

12    displayed in exactly that way.

13        Q.  You're changing your answer from the question

14    that I asked you, though, Mr. Marin.  I'm talking about

15    the criteria that you say you relied upon from the

16    "Investment Policy Statement."  If you want to say,

17    Mr. Marin, that you think it's appropriate to do because

18    it's what everybody does, that's fine, but you said you

19    think it's appropriate to do because it's in the

20    "Investment Policy Statement."

21        A.  Yes.                                            10:29:27

22        MR. BERIN:  Object to the form of the question.

23        THE WITNESS:  And the reason I say it's in the

24    "Investment Policy Statement" is, as I said, the

25    "Investment Policy Statement" incorporates the

Page 65

```
1        evaluation against the benchmark in the indication of

2        the use of the information ratio, and because they

3        mandate in this -- in this IPS that the investment      10:29:56

4        consultant is to track this, and the investment

5        consultant provides quarterly reports that specifically

6        track the performance against the benchmark, I think QED

7        that says quite clearly that the IPS is intended to say  10:30:23

8        that performance against the benchmark is to be

9        tracked.

10            MR. BLUMENFELD:

11            Q.  You understand, Mr. Marin, there's a difference

12       between saying that performance against the benchmark

13       should be tracked and what you articulate in

14       paragraph 31-B, which is if you underperform the

15       benchmark on a three-year basis or a five-year basis the

16       fund is placed on watch; correct?

17            MR. BERIN:  Object to the form.

18            THE WITNESS:  I believe the IPS instructs the        10:30:57

19       committee and its consultants to do exactly what I say

20       in Section B.

21            MR. BLUMENFELD:

22            Q.  Okay.

23            And that's based on the third bullet point in the

24       investment watch list process provision of the

25       "Investment Policy Statement"?
```

Page 66

1          A.  It's based on the entire "Investment Policy

2     Statement," which is why if read in its entirety it is    10:31:24

3     very clear that performance measurements and monitoring

4     against the benchmark, which is indeed the industry

5     norm, is called for.

6          Q.  Paragraph 31-C of your report --

7          A.  Yes.

8          Q.  -- you say that if an investment has a negative    10:32:02

9     information ratio sign, it's supposed to be placed on

10    the watch list according to the "Investment Policy

11    Statement."

12         A.  Well, let's just -- May I read it aloud?

13         Q.  Paragraph 31-C?

14         A.  Yes.

15         Q.  If that's what you feel you need to do.

16         A.  Well, you're characterizing 31-C.  I'd rather    10:32:27

17    just read it, and then we can go with what it says.  Is

18    that all right?

19         Q.  Go ahead.  Read it.

20         A.  "Review of the Freedom Funds' information ratio

21    by vintage, such that when more than half of the

22    vintages with a sufficient performance history generated

23    a negative three- and/or five-year information ratio,

24    the suite is flagged and placed on watch for greater

25    scrutiny.  The quality -- this quality, the information

Page 67

1      ratio bearing a negative sign, is recognized as a watch   10:32:59

2      list standard in the IPS."

3           So what was your question?

4           Q.  I guess my next question is, can you identify

5      any plans that apply that criteria for putting a fund on

6      watch?

7           A.  Yeah, this one.

8           Q.  Any others?

9           A.  I'm not focused on others at this moment in

10     time, so I can't tell you without having the IPSes of     10:33:28

11     other funds in front of me, which ones have it.  I can

12     tell you that this one has it.

13          Q.  Okay.

14          Now let's go back to the "Investment Policy

15     Statement."

16          A.  Okay.

17          Q.  You have it in front of you?

18          A.  I do.

19          Q.  Let's go back to the investment watch list

20     process.

21          A.  Okay.  That's 14 of 18.

22          Q.  Page 14 of 18.

23          A.  I've got it up.

24          Q.  In the first paragraph there it says, "The       10:33:58

25     committee may place an investment option on a," quote,

Page 68

1        "monitor," closed quote, "or," quote, "alert," closed

2        quote, "status and conduct a thorough review and

3        analysis of the investment option."

4            Did I read that correctly?

5            A.  Yes.

6            Q.  The next sentence says, "The committee may

7        consider the following criteria when placing a fund on

8        monitor or alert status"; correct?

9            A.  Correct.

10           Q.  It doesn't say that a fund is automatically       10:34:26

11       placed on monitor or alert status or subject to watch if

12       it hits on any of these criteria; correct?

13           A.  That's correct.

14           Q.  Okay.

15           And how many criteria are listed on this page?

16           A.  Three, four, five -- nine.

17           Q.  Okay.

18           How many did you evaluate in your report?

19           A.  All nine.

20           Q.  You evaluated all nine?

21           A.  I evaluated all nine to prepare my report, yes.

22           Q.  Do you discuss all nine of them in your report?  10:34:59

23           A.  No, because some of them I either didn't come

24       up as breaches, or there wasn't enough information to

25       determine if there was a breach.

Page 69

1      Q.  So the fourth bullet point down on the

2   monitoring criteria says, "There is a change in the

3   professionals managing the portfolio."

4      A.  That's correct.

5      Q.  You don't discuss that in your report at all?

6      A.  I look at that information as part of the          10:35:28

7   review process, but I don't discuss it, no.

8      Q.  Okay.

9      And you didn't conclude that there were any issues

10  with respect to the Fidelity Freedom Funds and the

11  change in the professionals managing the portfolio;

12  correct?

13     A.  I don't discuss it, but I would have been aware

14  that that had occurred if it had come up.  For instance,

15  when we did the review of alternative funds for          10:35:59

16  replacement, we had on our matrix information about how

17  long the managers had been running those funds.  It was

18  also something that is visible on the deep dive reports

19  that were provided by Ascend to the committee, so that's

20  all an element or criteria that I was aware of when we    10:36:26

21  were evaluating this issue to put it on monitor or

22  alert.

23     Q.  And you don't identify in your materials

24  considered any information about you looking at changes

25  in the professionals managing the portfolio for the

Page 70

1       Fidelity Freedom Funds aside from the target date deep

2       dives that the Quanta plan fiduciaries received;

3       correct?

4            A.   I identify all of the relevant materials that    10:36:57

5       we used.  The only exception to that is that when you

6       review Morningstar data you're looking at a lot of data,

7       but again, it's all consistent.  I would have been aware

8       had there been incremental breach due to a change of

9       portfolio manager, and none of them appear to have

10      happened with regard to the Fidelity Freedom Funds.

11           Q.   And just so I understand -- meaning, you looked   10:37:27

12      at all nine criteria when you evaluated the Fidelity

13      Freedom Funds, and six of those criteria did not leave

14      you to conclude that there was any reason to put the

15      Fidelity Freedom Funds on a watch list, but three of

16      them did?

17           A.   The ones that I viewed as in breach were

18      included in the report.  The ones that I didn't view or

19      I didn't have any information to indicate there was a     10:37:58

20      breach were not put into that.

21           Q.   You understand that the "Investment Policy

22      Statement" doesn't say if any of these happen the fund

23      should be placed on watch but says the committee is

24      supposed to consider all of these; correct?

25           MR. BERIN:  Object to the form.

Page 71

```
 1            THE WITNESS:  Considering them is exactly the way I
 2       approached the exercise.
 3            MR. BLUMENFELD:
 4            Q.  And you think it's reasonable to consider all
 5       nine of these factors when you're evaluating investment
 6       options like the Fidelity Freedom Funds and the Quanta      10:38:28
 7       401K plan?
 8            MR. BERIN:  Object to the form.
 9            THE WITNESS:  Well, the way I would answer that is
10       to use the very one that you highlight, a change in the
11       professional managing the portfolio.  That's a sort of a
12       one-way binary issue.  If there was a change in
13       professionals, that might have been flagged as an issue.
14       If there wasn't, it wasn't flagged as an issue.
15            So if I didn't see any flags on six of these, and I   10:38:59
16       did on three of them, my view is those three, which
17       happen to be the first three, which happen to be the
18       first three on the list, not that it specifies that
19       those are in rank order of importance, but it's
20       certainly implied that they are in rank order of
21       importance because the quantitative ones listed first,
22       just like the quantitative are listed first in the IPS,   10:39:27
23       those are pretty darn important.  And from my experience
24       and history in this industry, those are the ones that
25       cannot be ignored if they're breached.
```

Page 72

1          Q.   You're not offering the opinion in your report

2     that the Quanta plan fiduciaries were ignoring any of

3     these criteria, are you?

4          A.   I am not, no.

5          Q.   Okay.

6          Let's go to the fifth one down.   The fifth criteria

7     says, "There is a significant decrease in the investment    10:39:57

8     options.   Assets for the investment options have not had

9     at least 75 million under management."

10         Do you see that?

11         A.   Yes.

12         Q.   And that again was a criteria that was in the

13    "Investment Policy Statement" but that did not give you

14    any cause for concern with respect to the Fidelity

15    Freedom Funds; correct?

16         MR. BERIN:   Object to form.

17         THE WITNESS:   Correct.

18         MR. BLUMENFELD:

19         Q.   Okay.

20         The next one down is, "There is an indication that

21    the investment manager of the funds is deviating from

22    that manager's stated style and/or strategy."           10:40:27

23         Did I read that correctly?

24         A.   You did.

25         Q.   Okay.

Page 73

1          And that's a criteria that you considered in

2     evaluating the Fidelity Freedom Funds and concluded

3     there was no basis for saying that that would be a

4     reason for concern with respect to the Fidelity Freedom

5     Funds?

6          A.  Well, I knew there had been some deviation in

7     the style.  My sense from what we saw in the context the

8     several years prior to the referenced period was that

9     there were adjustments being made to the -- to the        10:41:00

10    investment strategy that were reflective of overall

11    changes in the market but not anything that would cause

12    a particular, let's say, negative red flag.

13         Q.  Okay.

14         Next one down is, "There is a significant increase

15    in expense ratio," slash, "fees of the investment

16    option, and the expense ratio falls into the bottom      10:41:27

17    half," open parentheses, "most expensive of the peer

18    group."

19         Did I read that correctly?

20         A.  You did.

21         Q.  And that's a criteria that's part of the watch

22    list process for Quanta and that you looked at but

23    concluded did not give you any concern with respect to

24    the Fidelity Freedom funds?

25         A.  No, because I didn't view the fee levels as

Page 74

1      dramatically different than the industry norm, and since

2      the evaluations were being done net of fees, I have          10:42:00

3      indeed lower concern about that.

4          Q.   Okay.

5          The next one that's described here is "an

6      extraordinary event that interferes with the investment

7      option's ability to fulfill its role into the future."

8          Do you see that?

9          A.   Yes.

10         Q.   And again, that's something you looked at in

11     connection with evaluating the Fidelity Freedom Funds

12     and concluded that was not a reason to put the funds on   10:42:27

13     watch or monitor or alert status?

14         A.   That's correct.

15         Q.   And the last one is, "There's instability of

16     the organization managing the investment option"?

17         A.   Yes.

18         Q.   And again, you looked at that in connection

19     with your report and concluded there was no basis using

20     that criteria for any cause or concern with respect to

21     the Fidelity Freedom Funds?

22         A.   That's correct.

23         Q.   Okay.

24         Let's go to the first one on the "Investment Policy

25     Statement" which talks about an "investment option's net

Page 75

```
1        performance falls below the median of its peer groups

2        three-, five-, or ten-year cumulative returns."

3            Do you see that?

4            A.  Yes.

5            Q.  You testified earlier that you utilized the S&P

6        index for evaluating the performance of the Freedom

7        Funds because that's what Quanta was using.            10:43:29

8            Do you remember that?

9            A.  I said that's what Quanta testifies in their

10       Appendix A of the IPS, and that's what Ascend uses in

11       their quarterly reports provided to the committee.

12           Q.  You know that when Ascend prepared reports on

13       the performance of the Fidelity Freedom Funds, Ascend

14       provided to Quanta performance against the Lipper peer

15       group; correct?

16           A.  I am aware of that, yes.                       10:43:59

17           Q.  You didn't use the Lipper peer group when

18       evaluating the performance against peer groups; correct?

19           A.  That is correct.

20           Q.  Did you look at the Lipper peer groups when you

21       were preparing your report?

22           A.  I looked at it.  We did not have the

23       specificity available to us of how they constituted

24       their peer group, but we looked at it, yes.

25           Q.  And you've heard of Lipper before?
```

Page 76

1          A.  Yes.

2          Q.  You've used Lipper peer groups in connection      10:44:30

3      with other work that you've done with respect to

4      investment monitoring?

5          A.  Yes.

6          (Pause in the proceedings.)

7          MR. BLUMENFELD:

8          Q.  In preparing your report, Mr. Marin, did you

9      consider any other benchmarks for the Fidelity Freedom

10     Funds aside from the S&P target date index?

11         A.  Those were the only ones we used.

12         Q.  I know those were the only ones you used.  I

13     was asking if you considered any others.

14         A.  We didn't feel it was appropriate given that      10:45:58

15     they specified the benchmark.

16         Q.  And you just said "we," and you've done that a

17     few times.  I just want to make sure.

18          This is your report, and these are your opinions;

19     correct?

20         A.  This is 100 percent my report and 100 percent

21     my opinion.  I have a team of two or three analysts who

22     did a lot of data gathering as you noted, or as you may      10:46:26

23     have noticed in my report there was some 150 pages of

24     numerical exhibits.  That's, given my billing hour cost,

25     the cost effective way to do that is to have our

```
 1    analysts on our team see that experts do the data

 2    gathering from Morningstar, Lipper, or whatever sources,

 3    Bloomberg or whatever is available, to put them into the

 4    analytical frameworks that I indicate, and then they and    10:47:00

 5    I go over them and evaluate them.  That's why I use the

 6    word "we."

 7         Q.  I don't have a problem obviously with you using

 8    people to help support you in your opinions.  I just

 9    want to make sure that when you say "we," you're talking

10    about your personal opinions as an expert that

11    Plaintiffs are bringing to the court in connection with

12    this case, not somebody else's conclusions but yours.

13         A.  100 percent my own opinions.  I read the        10:47:29

14    evidence in the case.  I formulate the opinions.  I

15    generate and write all of my own reports.  What I use my

16    support team for are two things, to help me with some of

17    the specificity of the citations.  I do many of the      10:47:58

18    citations myself, but sometimes I have them do the

19    legwork to finalize the citations.  I have them do

20    specific research for me if there's research called for.

21    I do have them do data gathering, and I have them do the

22    data analysis work to generate the data that is used to

23    formulate the opinions.  I formulate the opinions, and I

24    write the reports.                                       10:48:29

25         Q.  You wrote a rebuttal report to Dr. Wermers'
```

Page 78

1          report; correct?

2                  A.  I did.

3                  Q.  Okay.

4                  You saw in Dr. Wermers' report that he compared the

5          Fidelity Freedom's performance to three different

6          indices?

7                  A.  I did.

8                  Q.  You don't disagree with any of his conclusions

9          in his report about those three different indices;

10         correct?

11                 A.  I disagree.

12                 MR. BERIN:  Object to form.

13                 THE WITNESS:  I emphasized the IPS and the stated

14         benchmark that's called for in the IPS.  Generally        10:49:00

15         that's my -- one of my two big concerns about

16         Dr. Wermers' report, that he did not comply with what

17         the IPS says that he should have complied with.

18                 MR. BLUMENFELD:

19                 Q.  And you think it's important to comply with the

20         IPS?

21                 A.  I do.

22                 Q.  Separate and apart from the IPS portion of it,

23         though, you didn't disagree with his conclusions based

24         on comparing the performance of the Fidelity Freedom

25         Funds to the Morningstar US category average or the      10:49:29

Page 79

```
1       Morningstar lifetime moderate index or the S&P target

2       date index?

3           A.  I didn't comment about it because to me that is

4       a secondary approach.  And there's no harm in doing

5       that, but the information that is most relevant to

6       deciding whether to retain or terminate a fund choice is

7       based on what is indicated in the IPS, in my opinion.    10:49:59

8           Q.  Got it.

9           And you think -- okay.  Let's do this.

10          MR. BLUMENFELD:  Mat, can you add Dr. Wermers'

11      report?

12          MR. McKENNA:  Yes.  One moment.

13          THE WITNESS:  You want me to reference it?

14          MR. BLUMENFELD:

15          Q.  Yes.  And it will take a moment to upload it.

16      Technology is fast but not as fast as we would all like

17      it.

18          MR. BLUMENFELD:  And you'll have to refresh that

19      folder.

20          MR. McKENNA:  Yeah.  I see that.

21          THE WITNESS:  I have it.  So I'm going to download   10:50:47

22      it and close this one and pull that one up.  Okay.  I

23      have it in front of me.  I'm getting pretty good at

24      this.

25          MR. BLUMENFELD:
```

Page 80

1        Q.  All right.

2        A.  The technology that is.

3        Q.  I'm glad that it's working, and we're not

4    having any hiccups.  That happens sometimes.           10:51:25

5        You have it in front of you?

6        A.  I do.

7        Q.  Could you turn to -- I'll give you the PDF page

8    number.  It's 179 of 200.

9        A.  He's prolific, isn't he?  Let's see here.

10   Those page numbers are on the appendix, I believe.  You   10:51:55

11   said page 179?

12       Q.  Yes.

13       A.  Okay.  I'm sorry.  I flipped too far forward

14   into the appendices.  Oh, you mean 179 out of 200?

15       Q.  Yes.  I think that's what I said, but --

16       A.  Oh, I'm sorry.  I was looking for page numbers.

17   179.  Okay.  Hold on.  I'm getting there.  177, 178,      10:52:30

18   179.  Is this the one that says "Fidelity Freedom Funds

19   versus S&P target date TDFs, Morningstar moderate TDFs

20   and Morningstar US category average 5-year rolling

21   return"?

22       Q.  September 30, 2016 to March 31, 2021?

23       A.  Yes.                                             10:53:00

24       Q.  You have it in front of you?  Great.  I would

25   like you to just focus on the December 31, 2016 date

Page 81

1          which is the second one in from the left.

2                 A.   Second column, got it.

3                 Q.   Yes.

4                 And just to orient ourselves, your conclusion is

5          that as of the December 31, 2016, the Fidelity Freedom

6          Funds failed the removal criteria and should be removed

7          as investment options from the plan; correct?

8                 A.   Yes.

9                 Q.   And Dr. Wermers concludes that as of that date,   10:53:29

10         seven of the 12 Freedom funds outperformed the

11         Morningstar lifetime moderate index, five of 12

12         outperformed the S&P target date index, and 11 of 12

13         outperformed the Morningstar US category average;

14         correct?

15                A.   That's what he indicates.

16                Q.   And what I want to make clear is, you don't

17         disagree with his conclusions about those?              10:53:57

18                A.   Well, may I reference my report just because I

19         can sort of triangulate the S&P target date number

20         against this?

21                Q.   Sure.

22                A.   We're looking at the last quarter.  Let me just

23         make sure that there's the numbers.  And this is the   10:54:23

24         five year, is it not?

25                Q.   I believe that page is five years.

```
                                                          Page 82
 1          A.  Yeah.  So what -- This is out of 12.  I would
 2      show that 83 percent of the -- of the -- of the      10:54:46
 3      individual funds, 83 percent of them or one, two, three,
 4      four, five, six, seven, eight, nine, ten -- one, two --
 5      I -- instead -- He shows five out of 12.  I would show
 6      ten out of 12.                                        10:55:30
 7          Q.  On the S&P target date?
 8          A.  On the S&P target date index.
 9          Q.  Do you think that's because you're using a
10      different S&P target date index than he would be using?
11          A.  I would have to assume so because I used the
12      ones provided in the Ascend quarterly reports, and he
13      may have taken his from another source.
14          Q.  And with respect to the Morningstar lifetime
15      moderate index, you don't offer any opinion about that  10:55:57
16      at all; correct?
17          A.  No, I don't.
18          Q.  So you don't disagree with his conclusion with
19      respect to the Morningstar lifetime moderate index?
20          A.  I have no way of agreeing or disagreeing
21      because I didn't look at the Morningstar lifetime
22      moderate or the US category average.  So in the same way
23      that five out of 12 does not comport with what I'm
24      showing on my report, which is ten out of 12 that fail,
25      I have no way of knowing whether or not 11 of 12 or    10:56:27
```

Page 83

```
1        seven of 12 are the correct indications because I did

2        not independently gather this data.  I do not have a

3        team of people that looked at that data and verified it,

4        so I can't speak to whether his report is right or not.

5        I can only speak to the one issue which I can verify

6        which I have is which is that it's wrong, which is the

7        S&P target date.

8               Q.  And you didn't look at the Morningstar lifetime  10:56:59

9        moderate or US category benchmarks, so you don't have a

10       basis for agreeing with him or disagreeing with him?

11              A.  That's correct.

12              Q.  So can you go to page 174 out of 200?

13              A.  This is the three-year --

14              Q.  It is.

15              A.  -- period and the same basic analysis.  Should  10:57:26

16       I be looking at the same column?

17              Q.  You should.

18              A.  And this is one that said six out of 12 for the

19       S&P target date?

20              Q.  Correct.

21              A.  And I would say that 100 percent or 12 of 12

22       fail.

23              Q.  And with respect to the Morningstar lifetime

24       moderate?

25              A.  I have the same opinion that I mentioned with
```

Page 84

1    five-year.  I didn't look at those, so I have no way of     10:57:59

2    knowing if they're right or wrong.

3         Q.  Dr. Wermers concluded that 12 out of 12

4    outperformed the Morningstar lifetime moderate index,

5    and 12 out of 12 outperformed the Morningstar US

6    category average, and you don't have a basis for

7    agreeing with that or disagreeing with that?

8         A.  No, I don't.  The only basis I have is the

9    fundamental basis that I described with the five-year,

10   which is that if my results, which are consistent with     10:58:29

11   what the consultant provided the committee which are

12   dramatically different what he has from the S&P target

13   date, from a confidence level that undermines my

14   confidence in his analysis in general because that's a

15   fairly big breach of the most important number on this

16   page, which is the indicated benchmark in the IPS, the

17   S&P target date.                                           10:58:59

18        Q.  Mr. Marin, if you wanted to, you had his

19   report, and you could have done the analysis on the

20   Morningstar lifetime moderate or Morningstar US category

21   average indices if you believed there was information

22   that could shed light on that would be helpful; correct?

23        A.  I considered it largely irrelevant to the issue

24   at hand.

25        Q.  Got it.

Page 85

1           He mentions several times the "Investment Policy

2       Statement" and the materials that Ascend was providing

3       to the committee; correct?

4           A.   Correct.

5           MR. BLUMENFELD:  Mat, why don't we add the Q4, 2016

6       quarterly investment review.

7           MR. BERIN:  Jeremy, I don't want to interrupt.  If

8       there is a good stopping point, we've been going about      10:59:58

9       two hours.  It would be nice to take a short break.

10          MR. BLUMENFELD:  Why don't we do that now.

11          MR. BERIN:  Sorry.

12          THE VIDEOGRAPHER:  We are going off the record.

13      The time is 11:00 o'clock.

14          (A recess is taken.)

15          THE VIDEOGRAPHER:  We are back on the record.  The

16      time is 11:13.

17          MR. BLUMENFELD:

18          Q.  Mr. Marin, can you pull up the "Investment

19      Policy Statement"?  It should be Exhibit 2 to your          11:13:22

20      deposition.

21          A.  Got it.

22          Q.  Specifically page 14 of 18 that we've been

23      talking about before.

24          A.  Hold on.  Watch list process.  Got it.

25          Q.  Okay.

Page 86

1          The second sentence there says, "The committee may

2      consider the following criteria when placing a fund on,"

3      quote, "monitor," closed quote," or, "quote," alert,"    11:13:57

4      closed quote, "status"; correct?

5          A.  Yes.

6          Q.  And in paragraph 31 of your report you changed

7      the "may consider the following criteria" to essentially

8      "The committee will place a fund on monitor or alert

9      status if any of the following happen"; correct?

10         MR. BERIN:  Object to the form.

11         THE WITNESS:  Well, let me see.  Can you reference

12     exactly in "31" where I say that?

13         MR. BLUMENFELD:

14         Q.  Sure in "31-B," in "31-C," in "31-D."

15         A.  So let's just take "31-B."

16         Q.  You say at the end of "31-B, the suite is

17     flagged and placed on watch for greater scrutiny."

18         A.  Yes.  That is what I did.  I don't think I      11:14:58

19     specifically said that that's what the IPS says.  I just

20     said that's what we did based on what the IPS indicated.

21         Q.  Okay.

22         But in practical terms, you turned the sentence

23     that says, "The committee may consider the following

24     criteria when placing a fund on monitor or alert status"

25     into "The fund will be placed on monitor or alert status  11:15:26

Page 87

1    if any of the following happen."

2        MR. BERIN:  Object to the form.

3        THE WITNESS:  Yeah.  I'm not in the business of

4    rewriting their IPS form.  Okay?  So I was not

5    attempting to do anything to change what the IPS said.

6    The IPS says these are the criteria that they may

7    consider.  And of course the idea is that they're

8    establishing a process for monitoring and review and    11:15:59

9    removal if necessary, and it is normal and standard

10   industry practice to do that based on the criteria

11   indicated in the IPS.

12       So that is the approach that I used.  The IPS

13   provides the guidance.  I am supposed to do the

14   analysis.  I did the analysis based on that guidance of

15   the IPS.  To me it's very clear what should be          11:16:28

16   considered.  We considered it.  We then flagged it.  And

17   I had the benefit also of looking at the reports that

18   were provided by their consultant, and I don't believe

19   anything that I did was inconsistent with what they did

20   other than my choice of peer groups.

21       Q.  We'll get to the peer group choice in just a    11:16:57

22   minute.

23       But in paragraph 31-B you say, "The suite is

24   flagged and placed on watch for greater scrutiny."

25       But the IPS doesn't call for that.  It says that's

Page 88

1      a factor for the plan fiduciaries to consider.

2            MR. BERIN:  Object to the form.

3            THE WITNESS:  Like I said, paragraph B does not say

4      that the IPS says that.  Paragraph B says that.  I then

5      flagged it and placed it on watch for greater scrutiny    11:17:29

6      in my analysis.

7            MR. BLUMENFELD:

8            Q.  Okay.

9            And paragraph 31-C does the same thing with respect

10     to the information ratio?

11           A.  Yes.

12           MR. BERIN:  Object to the form.

13           MR. BLUMENFELD:

14           Q.  And in paragraph 31-C you're not relying on the

15     IPS to articulate the criteria for putting a fund on

16     watch list?

17           MR. BERIN:  Object to the form.

18           THE WITNESS:  Well, let's see.  This quality is

19     recognized as a watch list standard in the IPS.  The     11:17:58

20     suite flagged and placed on watch, yes.  My same comment

21     for "B" pertains to "C."

22           MR. BLUMENFELD:

23           Q.  The IPS says that it's something that can be

24     considered, and you said that's something that has to be

25     flagged for placement on watch?

Page 89

1          MR. BERIN:  Object to the form.

2          THE WITNESS:  I'm saying that the IPS does not put

3     these things up on its process list for them to be          11:18:26

4     ignored.  They need to be considered.  It's industry

5     standard that they be considered.  There's a number of

6     things that I've cited in my report that address the

7     fact that that's how they should be considered, and

8     that's how I considered them.

9          So I'm not quibbling that the IPS says "may

10    consider," but to me the implications of the IPS, given     11:19:00

11    its mandate, self-imposed mandate, is to consider those

12    issues and to take the actions of putting them on a

13    flagged or monitor basis or alert basis depending on the

14    outcome of that review.

15         Q.  Do you agree that the investment watch list

16    process that's described in the "Investment Policy

17    Statement" for Quanta is pretty typical of "Investment

18    Policy Statement"s for defined contribution plans?         11:19:30

19         A.  It's reasonably typical in the sense that I

20    mean the wording is different because different

21    consultants word these things a little differently, but

22    it's fairly typical in that it considers the

23    quantitative and the qualitative aspects that need to be

24    monitored and reviewed by the committee to evaluate the

25    ongoing appropriateness of these funds.                    11:19:57

Page 90

1          Q.  Great.  Let's go to Exhibit 4 to your

2      deposition.  It should be in the folder.

3          A.  Okay.  Let's see here.  Exhibit 4.  Okay.  I

4      see it there.  I'm downloading it.  It's downloading.

5      It's Exhibit 4.  I got to get out of this one.          11:20:30

6      Exhibit 4.  Okay.  This is the 4th quarter report by

7      Ascend as provided to the committee; is that correct?

8          Q.  That is what it is, and this is a document you

9      considered in preparing your report; correct?

10         A.  Yes.

11         MR. BLUMENFELD:  Okay.  Alec, were you able to    11:21:03

12     download it?

13         MR. BERIN:  I'm still working on it.

14         MR. BLUMENFELD:  Okay.

15         MR. BERIN:  I appreciate you asking.

16         MR. BLUMENFELD:  Sure.  We'll give you a minute.

17         MR. BERIN:  Thank you.  I just got it.

18         MR. BLUMENFELD:  Okay.  Great.

19         Q.  Mr. Marin, could you turn to page 50 of 68?   11:21:20

20     That's of the PDF pages.

21         A.  Is this the one that shows "Fidelity Freedom K

22     2005"?

23         Q.  That's the one.

24         A.  Okay.

25         Q.  And this is information that would have been

Page 91

1        provided to the committee about the performance of the

2        Fidelity Freedom K 2005 Fund as of the time period that    11:21:57

3        you say the fund should have been removed from the plan;

4        correct?

5              A.  That's correct.

6              Q.  Okay.

7              Could you look at "Manager Versus Benchmark

8        Performance," that sort of table that's in the middle of

9        the page?

10             A.  Yes.

11             Q.  Can you see right underneath there it shows

12       "Product name, Fidelity Freedom K 2005"?

13             A.  I'm just going to enlarge it here a little bit.

14       "Product name, Fidelity Freedom K 2005," yes.    11:22:26

15             Q.  And also has the "S&P Target Date Retirement

16       Income."

17             You see that?

18             A.  Yes.

19             Q.  And that's the benchmark; correct?

20             A.  Yes.

21             Q.  Okay.

22             If you look at three-year performance, just to

23       orient you and me, the Fidelity Freedom Fund K 2005 has

24       three-year performance of 3.41 percent; correct?

25             A.  3.41, correct.

Page 92

1          Q.  Okay.

2          Immediately to the right of that it shows the rank?  11:22:58

3          A.  It shows the Rank 32.

4          Q.  Yes.

5          Meaning that the Fidelity Freedom K Fund 2005 was

6      in the top 32nd percentile, essentially the top third of

7      all target date 2005 funds; correct?

8          A.  Correct.

9          Q.  Okay.

10         It also shows the ranking of the S&P Target Date

11     Retirement Income Fund; correct?

12         A.  Yes.

13         Q.  And it shows that that fund was ranked in the    11:23:29

14     top 28th?

15         A.  Correct.

16         Q.  On a three-year basis?

17         A.  Yes.

18         Q.  Meaning that the S&P Target Date Fund benchmark

19     outperformed 72 percent of target date funds?

20         A.  Yes.

21         Q.  Okay.

22         Then on a five-year basis it shows the Fidelity

23     Freedom Fund was ranked on the 75th percentile; correct?  11:24:00

24         A.  Yes.

25         Q.  Meaning that particular fund performed better

Page 93

1       than about 25 percent of other target date funds?

2              A.   That's correct.

3              Q.   And the S&P Target Date benchmark for that was

4       in the 85th percentile; correct?

5              A.   That's correct, meaning --

6              Q.   Meaning that vintage of the benchmark was in

7       the bottom 15 percent of target date funds?          11:24:26

8              A.   That's correct.

9              Q.   Okay.

10             Now, let's go to the Fidelity Freedom K 2010, next

11      page.

12             Do you have that in front of you?

13             A.   I do.

14             Q.   So as of December 31 of 2016, the committee

15      would have received this information about the Fidelity

16      Freedom K 2010 fund?

17             A.   That's correct.

18             Q.   And this would have shown -- and this shows the  11:24:56

19      Fidelity Freedom K 2010 Fund was ranked in the top 14

20      percent target date vintages that were 2010 vintages;

21      correct?

22             A.   It shows the rank as 14, and it shows the rank

23      as 11 for the target date.

24             Q.   For the S&P target date benchmark.  Let's break

25      those down so the record clear.

Page 94

1           The Fidelity Freedom K 2010 Fund was ranked in the   11:25:28

2      top 14 of target date funds according to Lipper;

3      correct?

4           A.  Yes.

5           Q.  Okay.

6           Meaning it was a better performer than about 86

7      percent of other target date 2010 funds?

8           A.  Yes.

9           Q.  And the S&P Target Date Index that is the

10     benchmark that you utilized was ranked in the 11th

11     percentile; correct?                                11:25:59

12          A.  Correct.

13          Q.  Meaning the S&P Target Date Index outperformed

14     89 percent of target date funds?

15          A.  Correct.

16          Q.  Okay.

17          And on a five-year basis, the Fidelity Freedom K

18     2010 fund was in the top 26th percentile?

19          A.  Yes.

20          Q.  Meaning it out performed 74 percent of target

21     date funds?

22          A.  Yes.

23          Q.  And on a five-year basis, the S&P Target Date

24     Index was in the 52nd percentile?                   11:26:28

25          A.  Correct.

Page 95

1          Q.  Meaning that it outperformed 48 percent of

2     other target date funds as of that time period?

3          A.  Correct.

4          Q.  Okay.

5          Let's go to the 2015, next page, which is page 52

6     of 68.

7          A.  Okay.

8          Q.  So this shows from Quanta's consultant to the

9     folks on the Quanta committee that the Fidelity Freedom    11:26:58

10    K 2015 Fund was ranked in the top 17 percent of target

11    date funds that were 2015 target date funds; correct?

12         A.  Yes.

13         Q.  On a three-year basis?

14         A.  Yes.

15         Q.  Okay.

16         And the S&P Target Date Index for 2015 was ranked

17    in the top 5 percent?

18         A.  Yes.

19         Q.  That means that 95 percent of target date funds

20    would have performed worse than the S&P Target Date 2015   11:27:27

21    Index; correct?

22         A.  Correct.

23         Q.  Okay.

24         Let's switch to the five-year.

25         The 2015 fund on a five-year basis was ranked in

Page 96

1         the top 41st percentile; correct?

2              A.  Correct.

3              Q.  Meaning it outperformed 59 percent of target

4         date funds?

5              A.  Correct.

6              Q.  And the benchmark of the 2015 fund outperformed

7         65 percent of target date funds?

8              A.  Correct.

9              Q.  Let's go to the next one, 2020.          11:28:00

10             The Quanta consultant provided to Quanta

11        information that the fiduciaries would have been aware

12        of as of December 31 or shortly thereafter December 31,

13        2016 or shortly thereafter this information about the

14        Fidelity Freedom K 2020 Fund; correct?

15             A.  Correct.

16             Q.  And this shows the Fidelity Freedom K 2020 fund  11:28:26

17        on a three-year basis was ranked 7th; correct?

18             A.  Correct.

19             Q.  Meaning the Fidelity Freedom K 2020 fund

20        outperformed 93 percent of target date funds in the

21        marketplace?

22             A.  Correct.

23             Q.  And the S&P Target Date Index in that

24        circumstance outperformed 98 percent of the target date

25        funds in the marketplace?

Page 97

1          A.   Correct.

2          Q.   Meaning 98 percent of target date funds would

3     have performed worse than the S&P Target Date 2020 Fund    11:28:59

4     on a three-year basis?

5          A.   Yes.

6          Q.   Okay.

7          And on a five-year basis, Fidelity Freedom 2020

8     Fund was in the 34th percentile?

9          A.   Correct.

10         Q.   Meaning that it outperformed 66 percent of

11    target date funds?

12         A.   Yes.

13         Q.   And on a five-year basis, the S&P Target Date

14    Index outperformed 84 percent of target date funds?

15         A.   Correct.

16         Q.   So I was under the impression maybe, or        11:29:30

17    misimpression, that the S&P Target Date Index would

18    actually be sort of right in the middle of where target

19    date funds would be, but that's not actually the case;

20    correct?

21         A.   Well, not in this particular period it's not.

22         Q.   Okay.

23         Let's go to the 2025 fund.  That's on page 54 of 68

24    of the PDF.                                               11:29:58

25         A.   Got it.

Page 98

1          Q.   The committee would have been told as of this

2     time period that the Fidelity Freedom K 2025 Fund was

3     ranked in the 7th percentile; correct?

4          A.   That is correct.

5          Q.   And that's on a three-year basis?

6          A.   Yes.

7          Q.   And that means it outperformed 93 percent of

8     target date funds?

9          A.   Yes.

10          Q.   And the S&P Target Date 2025 Index outperformed

11     97 percent of target date funds on a three-year basis?   11:30:26

12          A.   Correct.

13          Q.   And on a five-year basis the Fidelity Freedom

14     2025 Funds were ranked in the 32nd percentile; right?

15          A.   Yes.

16          Q.   Meaning it outperformed 68 percent of other

17     target date funds?

18          A.   Correct.

19          Q.   And the S&P Target Date Index that you used as

20     a benchmark outperformed 73 percent of target date

21     funds?

22          A.   Correct.

23          Q.   Meaning 73 percent of target date funds would   11:30:57

24     have performed worse than the S&P Target Date Index on a

25     five-year basis?

Page 99

1          A.  Correct.

2          Q.  Let's go to the 20 --

3          A.  You're trying to test my eyes and my simple

4    math skills?  You're doing a good job.

5          Q.  Testing my math skills.

6          A.  I got to agree with what you say.

7          Q.  So the S&P 2030 Fund -- excuse me, not S&P 2030    11:31:26

8    Fund -- the Fidelity Freedom K 2030 Fund on a three-year

9    basis was ranked 8th; correct?

10         A.  Correct.

11         Q.  Meaning it outperformed 92 percent of target

12   date funds?

13         A.  Correct.

14         Q.  And the S&P Target Date 2030 benchmark was in

15   the top 4 percent?

16         A.  Correct.

17         Q.  Meaning it outperformed 96 percent of target

18   date funds?

19         A.  Correct.

20         Q.  And on a five-year basis, the Fidelity Freedom    11:31:57

21   K Fund was in the top 32nd percentile?

22         A.  Correct.

23         Q.  Meaning it outperformed 68 percent of target

24   date funds?

25         A.  Correct.

Page 100

```
1           Q.  Let's skip to the 2035 Fund.  That is the next

2      page, 56 of 68 of the PDF.

3           A.  Got it.

4           Q.  The Fidelity 2035 Fund as of December 31, 2016

5      was in the top 8th percentile; correct?                11:32:29

6           A.  Yes.

7           Q.  Meaning it did better than 92 percent of target

8      date funds?

9           A.  Correct.

10          Q.  And the index that you use as the benchmark

11     ranked third, meaning it outperformed 97 percent of

12     target date funds?

13          A.  Correct.

14          Q.  And on a five-year basis, the Fidelity Freedom

15     K Funds were in the top 34th percentile?

16          A.  Correct.

17          Q.  And the S&P Target Date Index for the 2035      11:33:00

18     five-year basis was in the top 30th percentile?

19          A.  Correct.

20          Q.  Let's go to the 2040.  This is page 57 of 68.

21          A.  Got it.

22          Q.  The Fidelity Freedom K 2040 Fund was in the top

23     15th percentile?

24          A.  Correct.

25          Q.  Meaning that it outperformed 87 percent of
```

Page 101

1      other target date funds?

2          A.   Correct.                                    11:33:30

3          Q.   And the benchmark, the S&P Target Date 2040,

4      was in the top 6th percentile?

5          A.   Correct.

6          Q.   Meaning, 94 percent of target date funds

7      performed worse than the S&P Target Date 2040 Fund?

8          A.   Correct.

9          Q.   And on a five-year basis, the 2040 fund for the

10     Fidelity Freedom Fund was at the 35th percentile?

11         A.   Correct.

12         Q.   Meaning that it outperformed 65 percent of

13     other target date funds?                             11:33:59

14         A.   Correct.

15         Q.   Let's go to the 2045 fund.

16         A.   You're not going to bother with the S&P?

17         Q.   Oh, we can go do the S&P for that one too.

18              That was in the 20th percentile?

19         A.   Correct.

20         Q.   Meaning that benchmark outperformed 80 percent

21     of target date funds?

22         A.   Correct.

23         Q.   Meaning 80 percent of the target date funds in

24     the marketplace performed worse than that benchmark?

25         A.   Correct.

Page 102

1          Q.  Let's go to the 2045.                    11:34:29

2          The Fidelity Freedom K 2045 Fund was ranked in the

3     31st percentile; correct?

4          A.  No.

5          Q.  Well, my bad.  I was reading the one-year

6     ranking.

7          A.  I knew there was a reason I was paying

8     attention.

9          Q.  There you go.

10          On a three-year basis, the Fidelity Freedom K 2045

11     Fund was ranked in the 12th percentile?

12          A.  Correct.

13          Q.  Meaning that the Fidelity Freedom K 2045 Fund   11:34:57

14     did better than 88 percent of target date funds?

15          A.  Correct.

16          Q.  That's information that would have been

17     communicated to the folks on the committee after

18     December 31 of 2016?

19          A.  Correct.

20          Q.  And the S&P Target Date Index that's the

21     benchmark was in the 3rd percentile?

22          A.  Correct.

23          Q.  Meaning it performed better than 97 percent of

24     the 2045 target date funds?

25          A.  Correct.

Page 103

```
 1          Q.   And on a five-year basis, the Fidelity Freedom

 2     K 2045 Funds were ranked in the 41st percentile?          11:35:29

 3          A.   Correct.

 4          Q.   And the S&P target date benchmark was in the

 5     17th percentile?

 6          A.   Correct.

 7          Q.   And that means the Fidelity Freedom K 2045 Fund

 8     on a five-year basis did better than 59 percent of the

 9     other target date funds in the market?

10          A.   Correct.

11          Q.   And also that 83 percent of target date funds

12     would have failed -- that is, fallen below the target

13     date index on a five-year basis?                          11:35:58

14          A.   Correct.

15          Q.   Let's go to the 2050 fund, which is page 59 of

16     68.

17          A.   Got it.

18          Q.   On a three-year basis, the Fidelity Freedom

19     2050 Fund was in the 20th percentile; correct?

20          A.   Correct.

21          Q.   Meaning it did better than 80 percent of target

22     date funds?

23          A.   Correct.

24          Q.   And the benchmark is the 9th percentile?        11:36:24

25          A.   Correct.
```

Page 104

1          Q.  Meaning that 91 percent of target date funds

2     fell below the benchmark?

3          A.  Correct.

4          Q.  And on a five-year basis, the Fidelity Freedom

5     K 2050 Fund was in the 23rd percentile?

6          A.  Correct.

7          Q.  And the benchmark was in the 8th percentile?

8          A.  Correct.

9          Q.  Meaning over 90 percent of target date funds

10    performed worse than the benchmark as of December 31 of

11    2016?

12         A.  Correct.                              11:36:58

13         Q.  Okay.

14         Let's go to the 2055 Fund.

15         The Fidelity Freedom K 2055 Fund was ranked in the

16    15th percentile; correct?

17         A.  Correct.

18         Q.  Meaning it did better than 85 percent of target

19    date funds?

20         A.  Correct.

21         Q.  And the benchmark, the S&P Target Date Index

22    was in the 3rd percentile?

23         A.  Correct.

24         Q.  Meaning 97 percent of target date funds did

25    worse than that benchmark?                     11:37:29

Page 105

1          A.  Correct.

2          Q.  And on a five-year basis, the Fidelity Freedom

3     K 2055 Fund was ranked in the 41st percentile; correct?

4          A.  Correct.

5          Q.  And that means it did better than 59 percent of

6     target date funds?

7          A.  Correct.

8          Q.  But the S&P Target Date Index actually did

9     better than 90 percent of target date funds?

10         A.  Correct.

11         Q.  Meaning nine out of ten target date funds would

12    not have outperformed the S&P target date?

13         A.  Correct.                                11:37:59

14         Q.  Okay.

15         Let's go to the 2060.  There's not enough

16    information in order to be able to evaluate.

17         A.  Let's see here.  That's 2055.  This shows a

18    repeat of the 20 -- oh, the 2060.  It's done against the

19    2055 target date that doesn't otherwise exist.

20         Q.  And there's no 2065 fund with no three-year

21    performance as of this point in time either.        11:38:28

22         A.  Got it.  Yes.

23         Q.  How common is it for plans to use the Lipper

24    ranking when evaluating investment performance?

25         A.  I don't know specifically.  It's certainly one

Page 106

```
 1       of the known peer group rankings.                    11:38:47

 2            Q.  Let's go to paragraph 31-D of your report, sir.

 3            A.  Okay.

 4            Q.  Paragraph 31-D you describe evaluating the

 5       Fidelity Freedom Fund against the peer group; correct?   11:39:28

 6            A.  Correct.

 7            Q.  But you don't use the peer group that's set

 8       forth in the quarterly materials that were provided to

 9       the Quanta plan fiduciaries; correct?

10            A.  That's correct.

11            Q.  You create your own peer group?

12            A.  No.  I chose a peer group that was provided by

13       the consultant in their annual deep dive review of which

14       they considered an important part of the annual review

15       process of the target date funds as they state in their   11:40:00

16       report.

17            Q.  Okay.

18            Did you pick that just because the consultants used

19       it in their target date deep dives that they provided to

20       the committee or for any other reason?

21            A.  It's normal for peer group assessment to be

22       done by plan fiduciaries.  That is, relevant performance  11:40:25

23       is always an important measurement criteria.  There are

24       several peer group sort of providers, if you will, data

25       provider.  Morningstar is used.  Lipper is used.  Those
```

Page 107

```
 1       are the dominant ones.  The problem with those peer        11:40:51
 2       groups is that they are large in terms of they try very
 3       hard to be comprehensive in putting the entire universe
 4       of providers in without any filters.  It is normal in
 5       the analytical process in reviewing the performance of a
 6       particular fund to put filters on that represent some of
 7       the qualitative aspects of the process called for in the   11:41:29
 8       IPS.  In the case of this IPS, because of the size of
 9       the Quanta fund, the most particularly relevant criteria
10       is size, and that's a very pragmatic restriction, which
11       is to say that since TDFs are a reasonably new            11:41:56
12       phenomenon sort of in the last 20 years, 25 years, there
13       are -- there are many new funds that have not yet gained
14       what we would call sufficient critical AUM mass to be
15       fair representatives of funds that are investable by a
16       large plan like Quanta.  So in the same way that the IPS   11:42:28
17       references size of AUM as a key qualitative criteria,
18       it's my opinion based on my experience that the --
19       putting a size filter on a peer group is a very relevant
20       exercise, because otherwise you run into a problem of
21       trying to compete against funds which are not really       11:42:58
22       true peers because they are too small to be usable and
23       investable by the fund.  And I believe that is what
24       underlies the provision of the deep dive list, and I
25       believe it's why when Ascend provides the deep dive
```

Page 108

1    report every year to the committee, it does so based on    11:43:27

2    a significantly pared-down peer group, the most relevant

3    peer group, and I believe it is valuable information to

4    say that that was the peer group that Ascend thought

5    that at least annually the committee should review to

6    see how their chosen fund was performing against the    11:43:55

7    other peers available in the market.

8         So that is why I chose to use the peer group that

9    was provided.  I could have formulated my own peer

10   group, but that would have been somewhat arbitrary and

11   less linked to the experience of the committee.  This

12   was linked directly to the experience of the committee.

13   It was information provided to the committee by their

14   consultant, and therefore I thought the most relevant    11:44:32

15   peer group available at the time for the committee's

16   use.

17        Q.  Sir, do you know how many other plan fiduciary

18   committees do target date deep dives like the one you

19   are referencing that Quanta plan fiduciaries did?

20        A.  I don't.

21        Q.  Do you know if other plan fiduciaries evaluate    11:44:55

22   the performance of their target date funds against the

23   Lipper peer group?

24        A.  As I said before, I know it's a commonly used

25   peer group for all purposes.  I don't know specifically

Page 109

```
 1        which or how many funds used Lipper for their review
 2        purposes or even a modified Lipper.  Look, you can
 3        take -- My analysts are capable of taking the Lipper      11:45:27
 4        peer group, putting filters against it.  This is what
 5        Lipper does and Morningstar does when you buy their
 6        services and Bloomberg does when you buy its services.
 7        And so any consultant or any analyst who's reviewing
 8        performance data can take the universe and narrow the
 9        universe to be more applicable to the pragmatic
10        circumstance involved, and therefore when you make a      11:46:00
11        broad comment or broad question like who else uses
12        Lipper, they may use Lipper, or they may use a modified
13        Lipper, or they may use something else.  I'm sure it is
14        used by some, but I don't know how many or which.
15            Q.  The "Investment Policy Statement" does not call
16        for evaluating the performance of the funds against the
17        specific universe of funds that are identified in the     11:46:28
18        target date deep dive; correct?
19            A.  The IPS is unclear.  It says "relative peer
20        group," and my concern about the broader Lipper peer
21        group or even a Morningstar peer group, which I might
22        have constructed, was the concern I indicated which is
23        those would have to be narrowed considerably to be the    11:46:58
24        most relevant, and it did happen to be something that
25        was provided annually to the committee, so it did indeed
```

Page 110

1      represent, in my opinion, the best available peer group

2      to analyze this fund against.

3          Q.  And the peer group that if you had analyzed the

4      peer group against the Lipper peer group that was          11:47:28

5      provided to the committee on a quarterly basis, the

6      Fidelity Freedom Fund would have passed the test that

7      you articulate in your report in paragraph 31-D because

8      they performed better than the peer group median;

9      correct?

10         A.  I would have to look at it over all of the

11     quarters that I focused on for this purpose.  But I am

12     fairly certain just based on the reading of the 4th        11:47:54

13     quarter 2016 -- which by the way, was indeed the best of

14     the quarters in terms of the performance of Fidelity

15     Freedom.  As I indicated before, they were only, on a

16     relative basis, I think 83 percent in breach where most

17     of the other quarters were -- had a greater percentage

18     of breach indexes.  So I would imagine that the            11:48:23

19     Lipper -- brought up Lipper universe peer comparison

20     which is shown in these reports would show a better

21     outcome than the deep dive, more relevant peer group

22     index showed.  That would not surprise me.

23         Q.  Not just better.  I mean, we just went through

24     each of the target date funds and showed that, I think    11:49:00

25     with one exception, they performed better than the

Page 111

1     median on every one, and many of them were in the top 20

2     percent which means they would have passed the criteria

3     that you articulate in your report in paragraph 31-D.

4          A.  Again, I don't have a full analysis here.  I do

5     recall as we were going through them some that wouldn't    11:49:26

6     have met the criteria, but many more would have met the

7     criteria and not failed using the broader, less relevant

8     peer group.

9          Q.  And as you sit here today, you don't know how

10    prevalent it is for plan fiduciaries to use the Lipper

11    peer group for evaluating funds as opposed to some other

12    deep dive peer group that plan fiduciaries might look at   11:49:58

13    for further analysis?

14         A.  No.  I think I answered that question already.

15    I don't know specifically.  I'm not surprised that

16    Lipper is used, but they may be using modified Lipper

17    that are more narrowed down.  I believe the industry

18    standard is to try to use the most appropriate index

19    available, and I believe that's what induced Ascend --

20    who by the way, was indicating underperformance for much   11:50:30

21    of this period of time for these vintages on its

22    reports.  I presume it motivated them to say to the

23    committee, at least on an annual basis, hey, you best

24    look at this more relevant peer index, and you have

25    better choices available to you here.  That's what I

1        read into those reports.

2              Q.   That's a really good point, Mr. Marin.        11:50:57

3              You didn't look at any of the deposition testimony

4        from the consultant at Ascend or QPA; correct?

5              A.   Correct.

6              Q.   And you didn't look at any of the deposition

7        testimony from the actual committee members?

8              A.   I have not.

9              Q.   So you have no idea why the target date deep

10       dives were provided to the committee or what was

11       discussed by the folks on the committee or by the

12       consultants at Ascend related to the target date deep     11:51:26

13       dive or the performance of the Fidelity Freedom Fund in

14       the 4th quarter of 2016?

15             A.   Outside of my scope.

16             Q.   Got it.

17             Mr. Marin, I have I think a little bit of a simple

18       math question for you.

19             A.   Okay.

20             Q.   If you were to take the universe of target date

21       funds that exist and pick the ten best of those target

22       date funds -- So far so good?

23             A.   Got it.

24             Q.   Okay.

25             And then you were to say, I want to see if a target

Page 113

1       date fund is falling above or below the median of this

2       group of the top ten --                                    11:52:29

3            A.   Right.

4            Q.   -- you're going to get about half that fall

5       below the median; right?

6            A.   Correct.

7            Q.   And that's true even though these are the top

8       ten target date funds?

9            A.   Correct.

10            Q.   And if you were to say out of all of the target

11       date funds in the universe, I'm going to compare the top

12       two, you would have one that falls above the median and

13       one that falls below the median -- correct? -- unless     11:52:56

14       their performance was exactly the same?

15            A.   Yes.  But may I add something?

16            Q.   If it's an answer to my question, sure.

17            A.   Well, I believe that this, as you characterize

18       it, best performing list, which I'm presuming you're     11:53:25

19       equating in some way, shape, or form to the deep dive

20       list, also better fits the qualitative criteria of the

21       fund, then there is a much higher degree of relevance to

22       that median performance criteria hurdle that is

23       described in the IPS and that I used in my report.       11:53:58

24            Q.   Mr. Marin, have you done any analysis to see

25       whether a fund that performs above the benchmark on a

Page 114

1    three-year basis or a five-year basis over the last

2    three years or five years is likely to do better than a

3    fund that performed above or below the benchmark over

4    the last three or five years?

5         A.  Well, you're talking about an analysis of

6    reversion of mean effectively, and it's a hotly debated    11:54:30

7    issue in investment management in general.  The answer

8    is that all you have on a contemporaneous basis to look

9    at is historical performance as well as the qualitative

10   issues that are shown and listed and discussed.  And

11   while history is no predictor for future returns, the    11:54:59

12   best you can do as a performance analyst is to ask

13   whether or not the fund in question has underperformed,

14   and the IPS calls for underperformance to be -- to be a

15   criteria, one, for not selecting it, and two, for    11:55:27

16   putting it on monitor, alert, and removing it.

17        So as far as I'm concerned, trying to get into,

18   let's call it, advanced and theoretical approaches to

19   predictive methodologies is not something that is called

20   for in the IPS.  It's not something that is used on a

21   day-to-day basis in most of these performance    11:55:57

22   evaluations, and therefore, it's not something that I

23   used in this particular analysis.

24        Q.  My question was whether you did any studies on

25   it.

1          A.  I have read plenty of studies on it over my 47

2     years in the industry, so I've been aware of it.  But

3     I'm not a research analyst, so no, I didn't perform a

4     study.

5          Q.  And in connection with your report in this case

6     or in any other capacity, you haven't done any analysis

7     to see whether the tests that you articulate in          11:56:29

8     paragraph 31-B is likely to yield a better target date

9     fund over the next three or five or ten years or a worse

10    target date fund over the next three or five or ten

11    years; correct?

12         A.  I'm not sure anybody has that kind of crystal

13    ball or any particularly better ability to do that than

14    through, you know, analytics.  You can so some

15    problemistic assumptions, but there's no guarantees, and  11:56:58

16    there's no certainty of being able to be highly

17    predictive, no.

18         Q.  And you haven't done any sort of analysis like

19    that?

20         A.  For this exercise?  No.

21         Q.  Ever.

22         A.  Like I said, I've had up to 60 research

23    analysts doing work for me, and in my academic

24    experience as a professor of the practicum in investment 11:57:29

25    management at a major business school for over a decade,

Page 116

1       I've certainly seen the studies.  I've discussed those

2       studies with plenty of academics and practitioners, and

3       so I'm very aware of them.  I know that on a practical

4       basis in reviewing and doing the kind of assessment

5       that's called for in this case in this time frame based    11:57:59

6       on this IPS that it's not called for.

7            Q.  My question, sir, is whether you've ever done a

8       study.                                                     11:58:16

9            THE REPORTER:  I'm sorry.  I'm having a computer

10      problem.

11           (Pause in the proceedings.)

12           THE REPORTER:  "My question, sir, is whether you've

13      ever done a study --"

14           MR. BLUMENFELD:  That was the question.

15           THE REPORTER:  And the answer?

16           THE WITNESS:  You want me to give my answer again,

17      Jeremy?

18           MR. BLUMENFELD:

19           Q.  You said you're not a research scientist, so

20      no?

21           A.  I would have said, and if you'd let me finish,

22      was to say that I'm not a research scientist, so no, I     11:58:58

23      personally have not done it.

24           But as I said, I've had a number of people working

25      for me who have conducted those studies, and I have

```
                                                    Page 117
 1        participated in, you know, review and conversation of

 2        those as I have in the academic environment as well, so

 3        I rely on a research analyst who does them.  Though I

 4        haven't done them, but I have participated in doing          11:59:29

 5        them.

 6             Q.  And my question, sir, was specifically about

 7        target date funds.

 8             So you're saying you've participated in studies

 9        that have been done about the analysis that's contained

10        in paragraph 31-B of your report and whether it yields

11        better target date funds as opposed to worse target date

12        funds over the next three or five or ten years?

13             A.  Yes.

14             Q.  Okay.

15             What studies?

16             A.  I can't name the specific studies.  I'm saying     11:59:58

17        that I recall our people doing them at Bankers Trust and

18        Deutsche Asset Management in particular but also

19        reviewing them when I was at Bear Stearns Asset

20        Management.  And I didn't do the studies, as I said, but

21        I was involved in discussing and reviewing those

22        studies, and the same can be said of my work as a

23        clinical professor of investments at Cornell.

24             Q.  But you can't identify any of the studies that     12:00:29

25        you're describing?
```

1          A.  Not off the top of my head, no.

2          Q.  Okay.

3          And how many target date funds existed before 2003?

4          A.  I -- I don't know specifically.  I don't have

5      that information.  I'd have to look at the historical

6      records.

7          Q.  And am I right that you don't recall the names

8      of the studies that you're describing or the outcomes of   12:00:58

9      the studies that you're describing or any specifics of

10     the analyses that you're describing?

11         MR. BERIN:  I'll object to the form.

12         THE WITNESS:  Yeah.  I think, as I said, I'm not a

13     research analyst, so no, those are not on the tip of my

14     tongue.

15         MR. BLUMENFELD:

16         Q.  Okay.

17         So paragraph 31-C, have you conducted any studies

18     to evaluate whether information ratio analyses like what

19     you describe in paragraph 31-C yield better target date   12:01:25

20     funds or worse target date funds over the following

21     three or five or ten-year period?

22         A.  No.

23         Q.  And are you aware of any other studies that

24     anybody else has done?

25         A.  I have seen that.  I've seen studies over the

Page 119

1    years that incorporate a review of the content value of

2    information ratio analysis.  I just can't name the

3    studies.                                          12:02:00

4        Q.  Were any of those studies about target date

5    funds?

6        A.  Yes.

7        Q.  But you can't name the studies?

8        A.  I cannot.

9        Q.  Okay.

10    Do you remember the decade that the study was

11    published in or conducted?

12        A.  In the last 20 years.

13        Q.  Okay.

14    Would it have been in the last ten years?      12:02:26

15        A.  Probably.

16        Q.  And do you recall the outcome of the study that

17    you're describing whose name you don't know?

18        A.  I don't remember enough about the studies.

19    What I do remember is there is -- that no one technique

20    is totally predictive, and that indeed the methods used   12:02:55

21    in this particular IPS called for.  The criteria called

22    for in this IPS were standard industry practice, and

23    nothing that was being provided by the academy was being

24    used to supplant that at that moment in time, again

25    remembering that this -- the reference period is almost

Page 120

```
1        a decade ago.  So when you ask about what I've seen in
2        the last decade, I'm not sure how relevant that is to      12:03:29
3        the time period we're considering here.
4             Q.  When you say the "academy," what academy are
5        you referring to?
6             A.  I mean the academic community in the investment
7        management space.
8             Q.  Let's go back to the "Investment Policy           12:04:06
9        Statement."
10            A.  Okay.  Got it.
11            Q.  Just so the record is clear, this is Exhibit 2
12       to your deposition; correct?                               12:04:29
13            A.  Correct.
14            Q.  The investment watch list process document?
15            A.  So page 14 of 18?
16            Q.  Page 14 of 18.
17            You start your analysis of the Fidelity Freedom
18       Funds in the 4th quarter of 2015; correct?
19            A.  I do.
20            Q.  And so in that quarter you say the funds should
21       be put on monitor status in accordance with the terms of
22       the "Investment Policy Statement"; correct?
23            A.  Correct.                                          12:04:59
24            Q.  And then the second quarter will be Q1 of 2016;
25       correct?
```

Page 121

1          A.  Yes.

2          Q.  And you say they should stay on monitor status

3      then; correct?

4          A.  Correct.

5          Q.  That's their second quarter on monitor status;

6      correct?

7          A.  Right.

8          Q.  Then we get to Q2 of 2016, and you say they

9      should be on monitor status then too?

10         A.  Correct.

11         Q.  That's their third time period that they're on    12:05:27

12     monitor status?

13         A.  Correct.

14         Q.  And then we get to Q3 of 2016?

15         A.  Correct.

16         Q.  And you say they should be still on monitor

17     status; correct?

18         A.  Correct.

19         Q.  And that's their fourth quarter that they're on

20     monitor status; correct?

21         A.  Correct.

22         Q.  Q4 of 2016 performance you say again warrants    12:05:55

23     them staying on monitor status; correct?

24         A.  Well, after four quarters doesn't it switch to

25     alert?

Page 122

1          Q.  Good point.  Thank you for correcting me on

2     that.

3          So after four quarters they should move to alert

4     status; correct?

5          A.  I believe so, yes.

6          Q.  Okay.

7          So then as of January 1 of 2017, they're on alert

8     status as of the performance for the immediately          12:06:27

9     preceding quarter; correct?

10         A.  Say that one more time?

11         Q.  As of January 1 of 2017, they are on alert

12    status based on their performance as of the immediately

13    preceding quarter?

14         A.  Yes.

15         Q.  2016?

16         A.  Yes.

17         Q.  And that's based on your application in

18    paragraph 31 of your report of how you interpret the

19    criteria set forth on the watch list process; correct?

20         A.  Correct.                                         12:06:59

21         Q.  Okay.

22         Now, this says in the "Investment Policy Statement"

23    that an investment can remain on alert status for at

24    least two quarters, and then the committee will consider

25    alternative investments; correct?

Page 123

1          A.  It said it can, yes.

2          Q.  Okay.

3          And under the terms of the "Investment Policy

4    Statement" then, the investment wouldn't be removed as

5    of Q1 of 2017?

6          A.  Well, the "Investment Policy Statement" says          12:07:27

7    that after it's been on monitor for four quarters, and

8    after it's been put on alert, the way I interpret it is

9    that that effectively says that if it remains unimproved

10   at that point and continues to breach the criteria

11   standards that it can and should be removed.

12         Q.  So the "Investment Policy Statement" says that          12:08:00

13   "After two consecutive quarters on alert status, the

14   committee shall consider alternative investment options

15   and discuss the merits of replacing or continuing the

16   investment"; correct?

17         A.  Well, it says no later.

18         Q.  Right.

19         A.  I interpret that paragraph differently than

20   apparently you do.  I interpret that paragraph to mean

21   that worst case they could leave something on alert for          12:08:30

22   two quarters, but that if it's been on monitor for four

23   quarters, and the fifth quarter it goes on alert that

24   that is -- that is sufficient to indicate removal.

25         Q.  Okay.

Page 124

1          Did you ask -- did you -- not ask.              12:08:54

2          We already talked about the fact you didn't review

3     the deposition testimony from anybody at Quanta or from

4     the consultant about how they interpreted and applied

5     the monitoring list criteria; correct?

6          A.  No, I didn't.  I just used what was written in

7     the IPS.

8          Q.  Okay.

9          And if your interpretation of that IPS provision is

10    incorrect, then the funds wouldn't be subject to removal

11    as of Q1 of 2017; correct?                          12:09:29

12          MR. BERIN:  Objection as vague.

13          THE WITNESS:  My interpretation would suggest that

14    they are subject to removal, and my experience in the

15    industry would imply that that is grounds for removal,

16    and my citations of -- in my report of other literature

17    which indicates that that's a framework for removal are

18    all very consistent.                                12:10:00

19          MR. BLUMENFELD:

20          Q.  Right, but you're not answering my question.

21          A.  What is your question again then?

22          Q.  If your interpretation of the "Investment

23    Policy Statement" is not correct, then the funds would

24    not be subject to removal under the terms of the

25    "Investment Policy Statement" as of Q1 of 2017?

Page 125

1            MR. BERIN:  Object to the form.

2            THE WITNESS:  Well, so you're posing a hypothetical

3      to me; is that correct?

4            MR. BLUMENFELD:

5            Q.  I was asking a very simple question, sir.        12:10:29

6            A.  But isn't your question a hypothetical?

7            Q.  I'm asking if your interpretation of the

8      "Investment Policy Statement" is incorrect.

9            A.  Okay.  That's a hypothetical.

10           Q.  Okay.

11           Then yes, it's a hypothetical question.

12           A.  Okay.  So since I believe my interpretation is

13     correct, I believe there has to be removal.

14           Q.  Right.

15           And if your interpretation is not correct, then it   12:10:58

16     wouldn't be subject to removal as of Q1 of 2016;

17     correct?

18           MR. BERIN:  Object to the form.

19           THE WITNESS:  If my interpretation is incorrect,

20     then I would want to figure out what the criteria is

21     supposed to be for removal, because to me showing five

22     quarters using three and five-year averaging of           12:11:28

23     breach-of-performance standards or underperformance as

24     is characterized by Ascend is, by all standards I've

25     ever seen for 47 years in the industry, a clear

Page 126

```
 1        indicator for removal.

 2             So if you're telling me that somehow I'm wrong

 3        hypothetically, then I would first start by saying,

 4        well, then what is the criteria for removal?  And if    12:11:56

 5        that isn't, what is?  And I would start by asking that

 6        question.

 7             MR. BLUMENFELD:

 8             Q.  Okay.

 9             Can you answer my question?

10             A.  Well, rephrase it one more time.

11             Q.  Mr. Marin, you just have to listen to it.

12             A.  Well, I'm trying to listen to it, but you're

13        posing a hypothetical that doesn't make sense to me.

14             Q.  You said, Mr. Marin, that you're interpreting

15        the "Investment Policy Statement" to call for a fund    12:12:29

16        that has been on alert status for one quarter to be

17        subject to removal.

18             A.  And I believe that the committee has the

19        discretion under the IPS to do that, yes.

20             Q.  Okay.

21             And that's fine.  That's your hypothetical

22        interpretation of the "Investment Policy Statement."  I

23        was asking you about the contrary hypothetical --

24        meaning, your interpretation is not correct, and the    12:12:58

25        investment option is supposed to be on alert status for
```

Page 127

1    two quarters after being on monitor status for four

2    quarters.

3        And if that's true, then under the terms of the

4    "Investment Policy Statement," this investment would not

5    be subject to removal as of Q1 of 2017; correct?

6        A.  If all what you state hypothetically is true,

7    then I'm presuming that one would look at this for one

8    more quarter, which is the first quarter of 2017, and    12:13:29

9    judge it accordingly at that point for removal.

10        Q.  Okay.  Good.

11        Now, you mentioned that you cited some other

12    studies or analysis about this idea of four consecutive

13    review periods.

14        A.  Correct.

15        Q.  So where do you do that?

16        A.  Well, I thought I had that in the -- in one of

17    my footnotes where I reference some of the studies.    12:13:59

18    Take a look --

19        Q.  Take your time.    12:14:23

20        A.  If you look at Footnote 16 on page 11 --    12:14:46

21        Q.  Footnote 16?

22        A.  Yes.  Oh no, no, no, no, no.  Footnote 11 on

23    page 9.    12:15:25

24        Q.  Is that it?

25        A.  Yes.

Page 128

```
 1           Q.  Okay.

 2           And what you cite in Footnote 11 says that a watch

 3      list can be based on underperformance against an index

 4      for three consecutive quarters, among other things.      12:15:58

 5      Actually, what you cite in Footnote 11, let me read the

 6      entire thing, quote, "Trustees should define changes to

 7      a fund by designating the fund to a watch list or to

 8      terminate that fund as an option under the plan.  The

 9      watch list may be based on performance," comma,

10      "three-year peer ranking below the median for three

11      consecutive quarters," comma, "three-year index under

12      performance for three consecutive quarters, violating    12:16:29

13      risk guidelines, style drift for three quarters, or loss

14      of key investment people."

15           That's the first cite; correct?

16           A.  Correct.

17           Q.  And that doesn't say anything about a fund

18      getting removed after four or five quarters of being on

19      a watch list?

20           A.  It says designating the funds to a watch list

21      or to terminate the funds.

22           Q.  It says that, but then the next sentence says,

23      "The watch list can be based on --" and then it          12:16:59

24      articulates all of these criteria.

25           A.  Well, I believe that captures the essence of my
```

Page 129

```
1        choice to terminate after five quarters of

2        underperformance, and I think the next reference does

3        the same.

4            "If at any time any of the following criteria are

5        triggered, the investment manager shall be notified of

6        the board's concerns and shall be terminated at the       12:17:26

7        discretion of the board in consultation with the

8        investment performance consultant.  Four consecutive

9        quarters of performance below the 'X' percentile in

10       performance rankings for the investment manager's

11       specified numbers."

12           Q.  Well, the first one doesn't actually address

13       removal after four quarters or five quarters or six

14       quarters at all; correct?

15           A.  The first one says that "The trustee should

16       define responses to changes in a fund by designating the  12:17:57

17       fund to a watch list or to terminate that fund."

18           Q.  Right.  Keep reading.

19           A.  "As an option under the plan --"

20           Q.  Keep reading.

21           A.  "-- the watch list --" okay.  Now it's talking

22       specifically about the watch list -- "may be based upon

23       performance in the three-year rankings, median of three

24       years."  It's just going through the specificity of the

25       criteria.
```

Page 130

1        Q.  For the watch list?

2        A.  Right.  And they're talking about even a        12:18:28

3    shorter time frame there, three quarters.

4        Q.  No, Mr. Marin.  What this says is after three

5    consecutive quarters, the fund can be placed on a watch

6    list.

7        A.  Or to terminate that fund.

8        Q.  You're taking part of the sentence that is in

9    one place in the document --

10       A.  Then tell me what -- what the "or terminate the

11   fund" refers to in this instance?        12:18:58

12       Q.  That's fine.  I don't need to argue with you.

13   The document that you cite speaks for itself on that

14   one.

15       Let's look at the next one.

16       What's the title of the second document?

17       A.  "State and Local Government Retirement Law, a

18   Guide for Lawyers, Trustees, and Plan Administrators."

19       Q.  Okay.

20       And the blank about the percentile is a blank;

21   correct?

22       A.  Yes.

23       Q.  What criteria -- what criteria did you apply in  12:19:27

24   that category?

25       A.  50th percentile based on the peer group that I

Page 131

1        thought was most relevant.

2            Q.  Can you, sir, identify any plans in the last

3        ten years that remove a fund after being on a watch list

4        for four quarters?

5            A.  You continue to ask me to reference specific      12:19:59

6        funds, and my answer is no, not specifically, but I

7        believe that is an industry standard.

8            Q.  Okay.

9            What about five quarters?

10           A.  Well, I say that it's -- it's a little

11       different for target date funds, and four or five

12       quarters is an appropriate period of time for

13       underperformance leading to termination when it comes to   12:20:28

14       target date funds, and it's even shorter for individual

15       funds, in my opinion, using three and five-year average.

16           Q.  Can you identify any other plans that remove a

17       target date fund based on being on a watch list for five

18       quarters?

19           A.  I haven't done a study of the plans that have

20       removed funds for performance, so the answer is no, I       12:20:58

21       can't do that.

22           Q.  Okay.

23           Do you know what percentage of target date funds

24       would fail the criteria that you articulate in

25       paragraph 31-A, B, C, and D of your report?

Page 132

1          A.  Well, I'm not sure --

2          MR. BERIN:  Object to the form.

3          THE WITNESS:  Yeah.  I'm not sure I consider it      12:21:29

4     relevant how many target date funds.  That was outside

5     my scope to do that.  What I would tell you is that I

6     believe under a smaller, more appropriately defined peer

7     universe there would most likely be several that

8     underperformed and didn't meet the criteria.

9          But like you said yourself, that's the nature of

10    using the median as the bar that needs to be -- that      12:21:59

11    needs to be covered.  Half of them will fail.

12         MR. BLUMENFELD:

13         Q.  And as against the benchmark that you

14    articulate in paragraph 31-B, we saw from the 4th

15    quarter 2016 report 97 percent of some of the target

16    date funds would fail?

17         A.  It's 97 percent --

18         MR. BERIN:  I'll object to the form.

19         THE WITNESS:  It's 97 percent of what I would      12:22:29

20    consider the entire peer universe.

21         MR. BLUMENFELD:

22         Q.  Okay.

23         A.  An inappropriate peer universe.  And by the

24    way, one other observation.  You can't pick out one      12:22:58

25    vintage, because as we know, these target date funds are

Page 133

```
 1      sold as a suite, so you have to do what I did in my

 2      analysis which is to say how many of those vintages have

 3      breached that standard, and you have to look at sort of

 4      the percentage of the vintages, not one that happened to

 5      hit 97 percent against a peer universe that isn't         12:23:27

 6      appropriate.  So I'm not sure your numerical comment is

 7      particularly useful.

 8           Q.  Mr. Marin, you raise a good point.

 9           The "Investment Policy Statement" doesn't indicate

10      this notion of half of the vintages performing below the

11      median or half of the vintages performing below the

12      benchmark at all; right?

13           That's something that you made up in connection

14      with this case?

15           MR. BERIN:  Object to the form.                      12:23:58

16           THE WITNESS:  That's something that has to be done

17      to analyze this type of investment.

18           MR. BLUMENFELD:

19           Q.  Do you know if other plans utilized that type

20      of methodology when it comes to evaluating your target

21      date funds?

22           A.  Well, I can tell you that Ascend, because it

23      lists every individual vintage, it's implied that they

24      look at that information across all vintages.            12:24:24

25           Q.  Okay.
```

1          So you've got this plan that does it.

2          Can you identify any other plans that apply the

3     methodology you're describing?

4          A.  No.

5          Q.  Okay.

6          Can you go to page 24 of your report where it

7     starts?

8          A.  On Section 47?

9          Q.  What's that?

10         A.  Section 47 on page 24?

11         Q.  Sorry, Mr. Marin.  I'm trying to go to your        12:25:27

12    report.

13         A.  I'm looking at my report in hard copy.

14         Q.  I got you.  I was looking at the PDF pages.

15         A.  Sorry.

16         Q.  Paragraph 42?

17         A.  Okay.  All right.  Yes.

18         Q.  This is where you describe the selection of an

19    alternative investment to the Fidelity Freedom Funds;

20    correct?

21         A.  Section 42?                                        12:25:58

22         Q.  Paragraph 42.

23         A.  Yeah.  I'm looking at paragraph 42.

24         Q.  Okay.

25         A.  I'm just looking at it for a moment.  Give me a

Page 135

```
1        moment.

2             Q.  Yeah.  Take your time.

3             A.  Yes.  Go ahead.

4             Q.  This is the beginning of the section where you

5        describe selecting an alternative investment to the

6        Fidelity Freedom Funds; correct?                    12:26:28

7             A.  Correct.

8             Q.  And you engage in a numerical scoring

9        methodology?

10            A.  I do, yes.

11            Q.  Where you rank some target date funds on

12       different criteria?

13            A.  Correct.

14            Q.  And for this analysis, you used some of the

15       funds from the target date deep dive but some other

16       funds that you selected; correct?

17            A.  I treated the analysis as a two-pronged

18       analysis.  The first prong was to determine whether or   12:26:58

19       not the Freedom Funds should be terminated, and that was

20       the first prong of the analysis.  Once I had determined

21       that they should be terminated in the time frame I

22       indicated, I looked on a contemporary basis at the

23       entire universe of TDF funds using the Morningstar      12:27:23

24       database, then narrowed down for the criteria called for

25       in the IPS, and that led to an array of funds, a dozen
```

Page 136

1     funds which met that criteria.  And there was meaningful

2     overlap with the deep dive list, but I did not use the

3     deep dive list because the deep dive list was a peer        12:27:59

4     group used for assessment in the first prong.  The

5     bottoms-up approach of looking at the full universe with

6     filters on it was what we used for the choice of an

7     alternative, so that's why the difference.

8          Q.  Got it.  Okay.

9          In paragraph 44 at the end of that paragraph --      12:28:29

10         A.  Uh-huh.

11         Q.  -- you say that you "further refined the set by

12    choosing the lowest-cost share class and the oldest

13    share class by inception date among those available for

14    the relevant vintages."

15         Do you see that?

16         A.  Yes.

17         Q.  I don't understand that.

18         Can you explain?

19         A.  Well, you can understand using the lowest cost

20    class; correct?  That's not challenging to understand.      12:28:59

21    We wanted to make the assumption that we would -- that

22    the committee would choose the least expensive share

23    class because of the scale of the plan.  Okay?

24         Q.  All right.

25         A.  And then we wanted to make sure that the --

Page 137

1    because you have so many different vintages involved in    12:29:25

2    a TDF, we wanted to make sure that the particular share

3    class we were choosing was in existence long enough and

4    therefore met the criteria, the qualitative criteria of

5    the IPS of having been in existence for three years.

6    So, you know, those were two sort of, let's just say,

7    final refinements to what we included in the selection    12:29:57

8    criteria.

9        Q.  So -- so what happens if one fund is the lowest

10   cost share class, and a different one is older?

11       A.  We will use the lowest cost share class first

12   so long as it has been in existence long enough to

13   capture the vintages we need to capture the bulk of the

14   assets in the TDF.                                        12:30:28

15       Q.  What does that mean, the "bulk of the assets in

16   the TDF"?

17       A.  Well, every vintage has a different amount of

18   assets associated with it, and when you get to some of

19   the older or in certain cases depending on the funds

20   being used, the further out into the future vintages,

21   like the 60 or 2065, whatever, different TDFs add new     12:30:52

22   sleeves or new vintages at different times, and

23   different TDFs treat expiring target date funds --

24   meaning, you've past the target date -- differently.

25   Some of them terminate, and the funds automatically roll

Page 138

1     into a retirement sleeve or a sleeve that is intended to

2     capture the post retirement, I guess I'll call it,          12:31:27

3     experience, and so you have to, you know, carefully look

4     at those issues to make sure that we're looking at

5     apples and apples, and we're looking at comparability

6     between TDFs.  So the aging is a secondary concern that

7     we try to filter for.  But the share class cost --         12:31:54

8     meaning, the lowest share cost -- was the primary driver

9     of that final filter.

10         Q.  And why was it important to use the lowest cost

11    share class?

12         A.  Because fees reduce the net return to

13    participants.

14         Q.  And am I right that a higher fee fund will not    12:32:28

15    only have higher fees but as a result will have lower

16    performance and will have worse other metrics,

17    information ratio, Sharpe ratio?

18         MR. BERIN:  Object to the form.

19         THE WITNESS:  It will have lower net performance,

20    correct.

21         MR. BLUMENFELD:

22         Q.  In paragraph 47 of your report --                 12:33:00

23         A.  Yes.

24         Q.  -- you describe methodology that yields your

25    conclusion that the American Funds Target Date

Page 139

1       Retirement Fund Series R6 share class should replace the

2       Freedom Funds as of the first quarter of 2017; correct?

3              A.   Correct.

4              Q.   Okay.

5              And you described this ranked scoring analysis that

6       you utilized?

7              A.   Yes.                                          12:33:30

8              Q.   Can you identify any plans in the last 20 years

9       that have used that ranked scoring methodology that you

10      described?

11             A.   No.

12             Q.   The factors that you considered in your        12:34:00

13      analysis are the expense ratio, yes?

14             A.   Yes.

15             Q.   Standard deviation on a three-year and

16      five-year basis?

17             A.   Yes.

18             Q.   Maximum drawdown on a three-year and five-year

19      basis?

20             A.   Yes.

21             Q.   Analyze the total return on a three-year,

22      five-year basis?

23             A.   Yes.

24             Q.   Sharpe ratio on a three-year, five-year basis?

25             A.   Yes.

Page 140

1          Q.   Alpha on a three-year and five-year basis?

2          A.   Yes.

3          Q.   Information ratio on a three-year and five-year  12:34:30

4      basis?

5          A.   Yes.

6          Q.   And the time period that you evaluated was

7      essentially ending as of Q4 2016; correct?

8          A.   Correct.

9          Q.   Okay.

10         Did you do any analysis of these -- and the funds

11     that you list are the funds that are contained on

12     Table 6 of your report; correct?

13         A.   Yes.

14         Q.   Okay.

15         Did you do any analysis of the holdings of any of    12:34:57

16     these target date funds?

17         A.   No.  We didn't dive down into the sort of

18     individual holdings.

19         Q.   Okay.

20         Did you look at the glide paths of any of these

21     target date funds?

22         A.   We had information from Morningstar that

23     implied what the glide paths were from a to or through

24     standpoint, yes.

25         Q.   To or through, but did you look at the glide    12:35:28

Page 141

1          path as it changed over time for the different funds?

2                A.  The answer is yes, in general.  It wasn't a

3          major criteria, because as you can tell by looking at

4          the deep dive report, these glide paths are all -- you

5          know, there's no major outliers to them among certainly

6          the deep dive peer group listing, and the same would be

7          true of these.  They are more or less similar.  They're   12:35:58

8          not exactly the same, but they're more or less similar.

9                Q.  You didn't actually include any analysis in

10         your report of the glide path of any of the target date

11         funds that are listed here?

12               A.  I didn't include it, but I considered it.

13               Q.  Okay.

14               You didn't identify it as materials that you

15         considered in your report either?

16               A.  It's not -- it's something that falls into the

17         qualitative considerations of the fund, but it's not a   12:36:29

18         hard output that you can measure easily against

19         different alternative funds.  So the answer is so long

20         as it fell within the range of reasonableness for funds

21         of this type, then we considered that sufficient for

22         this exercise of picking the best alternative.          12:36:55

23               Q.  Okay.

24               You didn't evaluate the holdings in stocks and

25         bonds of the different target date funds in your

Page 142

1      analysis that you contain in Table 6 of your report?

2            A.  No.  That was beyond the scope of what I was

3      asked to do.

4            Q.  And you didn't consider holdings in domestic

5      equities versus international equities; correct?

6            A.  Correct, correct.

7            Q.  And you didn't consider the allocation to large

8      cap stocks or small cap stocks or value stocks or world    12:37:26

9      stocks in your analysis of selecting an appropriate

10     target date fund for the Quanta plan?

11           A.  Well, not at a granular level.  But keep in

12     mind that the fundamental risk reward characteristics of

13     those different elements that you're quoting will indeed

14     become reflected in all these metrics that we looked at

15     in aggregate.  So this type of exercise of selecting

16     among target date funds given the number of vintages      12:37:58

17     involved and given the robustness of the amount of data

18     involved is best done through capturing the aggregate

19     characteristics of risk and reward as evidenced by these

20     criteria that we used in our score card.

21           So I believe all of the most critical elements are   12:38:26

22     captured because I'm not sure that any analyst could

23     look at 12 different funds, as an example, for, you

24     know, 12 different vintages of those funds and the

25     holdings in each of those and come up with a

Page 143

```
1        multi-variant conclusion that was any better than using

2        aggregate data.  That's why aggregate data is used.

3            Q.  And that's why you used aggregate data?        12:39:03

4            A.  No.  That's why the industry uses aggregate

5        data, and I use aggregate data.

6            Q.  Okay.

7            Did you look at the underlying funds in which the

8        various target date funds are invested in?

9            A.  No, for the same reason.

10           Q.  Okay.

11           So you didn't look to see -- you didn't look to see

12       if any of these target date funds had underlying funds    12:39:28

13       that had underperformed their benchmark on a three-year

14       or five-year basis?

15           A.  Not specifically because that would, if they

16       were significant holdings, reflect itself in the numbers

17       that we did look at.

18           Q.  Okay.

19           A.  Like I said, the aggregate data when you're

20       looking at 12 different vintages across 12 different

21       funds is best done on an aggregated basis using the        12:39:56

22       criteria that we used.

23           Q.  And you didn't evaluate how many of the

24       underlying sub-funds in which any of the target date

25       funds are invested did not even have a five-year track
```

Page 144

1    record?

2        A.  We did not look at track record at that level.

3    We looked at track record for the funds overall.

4        Q.  Okay.

5        Did you evaluate the funds that you include as

6    potential alternative funds against the removal criteria    12:40:29

7    that you described in paragraph 31-A, B, C, D, and E?

8        A.  No.

9        Q.  Just to stick with the American Funds as an

10   example, did you evaluate to see whether the American

11   Funds would have failed the removal criteria you    12:40:58

12   articulate in paragraph 31-A, B, C, D, and E in 2012 or

13   2013 or 2014 or 2015 or 2016?

14       A.  No.

15       Q.  And you didn't do that for any of the other

16   funds either?

17       A.  No.  Like I said, it was a two-pronged

18   analysis.  We dealt with them separately, and there was

19   no reason for our analysis to do that.

20       Q.  Got it.    12:41:29

21       Did you evaluate any of these target date funds

22   with respect to their performance in the second quarter

23   of 2017 or the third quarter of 2017 or the fourth

24   quarter of 2017?

25       A.  No.  This was a contemporaneous exercise, and

Page 145

1      we evaluated this right up to the point where we thought

2      we had to make decisions as though we were the committee

3      at that contemporaneous moment.

4           Q.  And did you evaluate any of the criteria that       12:41:59

5      you contain in Table 6 with regard to the target date

6      funds in 2018, 2019, 2020, or 2021?

7           A.  No.

8           Q.  Or '22, '23, '24?

9           A.  No.  That would be -- that would be biasing the

10     analysis, wouldn't it?  How do you make it -- how do you

11     put yourself in the position of a contemporaneous

12     analyst as though the committee had to deal with it in

13     the first quarter of 2017 if you're looking at          12:42:29

14     nonexistent data in the future?

15          Q.  Why is it important to focus on the

16     contemporaneous information that would be available as

17     opposed to looking at the information that would be

18     available, say, in 2021 or 2022 or 2023 or 2024?

19          A.  It has to do with the purity of the exercise, I

20     believe, and the exercise is to look at this without

21     hindsight bias.  And obviously I disagree tremendously   12:42:58

22     with using hindsight bias when you're selecting

23     alternative funds.  That would invalidate the exercise,

24     as far as I'm concerned.

25          Q.  Did you evaluate the American Funds target date

Page 146

```
1       funds to see if in the second quarter of 2017, for        12:43:27

2       example, they would be subject to removal under the

3       removal criteria that you articulate in paragraph 31-A,

4       B, C, D, and E of your report?

5            A.  No.

6            Q.  Okay.

7            And so as far as you know, the American Funds, if

8       they were added as of Q1 of 2017, could have been

9       subject to removal under the criteria you articulate in

10      paragraph 31 just a few quarters later?

11           A.  Like I said, I didn't do analysis.  There are     12:43:59

12      two types of analysis I did not do.  I did not run the

13      alternative list against the removal criteria because

14      that was a separate exercise.  And I did not use

15      forward-looking data beyond the first quarter of 2017 to

16      analyze any of the alternatives that we selected because

17      that would have introduced hindsight bias, which I think  12:44:24

18      is one of the most invalidating things you can do in

19      this sort of analysis.

20           Q.  What if you only use it a little bit?

21           A.  I don't think you should --

22           MR. BERIN:  Object to form.

23           THE WITNESS:  I don't think you should use it at

24      all, period.

25           MR. BLUMENFELD:
```

1          Q.  And if you use it a little bit it ruins the

2     whole analysis?

3          MR. BERIN:  Object to the form.

4          THE WITNESS:  Yes, it does, actually.  It does

5     indeed because you're supposed to be putting yourself

6     into the shoes of the committee at that point in time,    12:44:56

7     and they didn't have access to that information.  So

8     yes, you can't cherry-pick information in the future and

9     include it in an analysis and have it be valid on a

10    contemporaneous basis.  I believe I called out

11    Mr. Wermers' report for that very issue in my

12    rebuttal.

13         MR. BLUMENFELD:

14         Q.  We've been going for a little while, and I'm

15    going to switch to a different document in a minute.

16         Do you want to take a break?

17         A.  Well, I wouldn't mind breaking for lunch.  I

18    don't care if we do it now or in 15, 30 minutes from     12:45:55

19    now.  That doesn't bother me.

20         Q.  Why don't we do that now.  I forgot, Mr. Marin,

21    you're on the West Coast.  Everybody else can stretch

22    their legs a little bit, if that's okay with you, Mat.

23         MR. BERIN:  Sure.

24         THE VIDEOGRAPHER:  We're going off the record at

25    12:46.

Page 148

1        (Lunch recess was taken.)

2        THE VIDEOGRAPHER:  We are back on the record.  The

3    time is 1:17.

4        MR. BLUMENFELD:

5        Q.  Mr. Marin, you understand you're still under

6    oath; correct?

7        A.  Yes.

8        Q.  And you have the same obligation to tell the

9    truth as if you were testifying live in front of a        13:17:58

10    judge?

11        A.  Yes.

12        Q.  Wonderful.

13        Do you know what "survivorship bias" is?

14        A.  Yes.

15        Q.  What is it in the context of investments?

16        A.   It means that when you're looking at a universe

17    of funds, since some funds drop out for various reasons,

18    performance reasons or because they don't track enough

19    assets, that your collective or aggregate analysis of      13:18:27

20    those funds will always be biased by the funds that

21    stick around, and your historical information about

22    those that perhaps didn't, you know, gets excluded at

23    some point.  So it has to do with the way in which the     13:18:58

24    funds are analyzed mathematically and whether they stay

25    in the universe of being analyzed or get removed from

Page 149

1    the universe.

2         Q.  Because, for example, if you're sitting in 2024

3    and looking at investments in 2016 or 2017, if you

4    ignore investments that used to exist in 2016 and 2017

5    but no longer exist now, you're going to skew the

6    results of your analysis because you're not including    13:19:30

7    all of the information that was available at the time;

8    correct?

9         A.  Correct.

10         Q.  Did you do anything to ensure that the

11    comparator target date funds that you looked at were not

12    subject to concerns about survivorship bias?

13         A.  I don't know that we specifically looked at any

14    analysis to indicate levels of survivorship bias, but    13:19:54

15    I'm not aware of any survivorship bias that came up in

16    regard to those funds.

17         Q.  You're saying you didn't see any survivorship

18    bias issues, but you didn't look for it either?

19         A.  We didn't see any, but I don't believe we had a

20    specific test for survivorship bias, because normally

21    this isn't the type of fund, or these aren't the types

22    of funds when survivorship bias tends to come into play    13:20:28

23    most often.

24         Q.  Did you look to see whether there were target

25    date funds in 2016, 2017 that existed then but that

Page 150

```
 1      don't exist now?

 2          A.  No.

 3          MR. BLUMENFELD:  Okay.  Mat, could you load up the

 4      three-year?                                          13:20:58

 5          Q.  While Mat's doing that, and it's getting loaded

 6      up, Mr. Marin, in your list of potential alternative

 7      funds, you don't include the Freedom Index Funds;

 8      correct?

 9          A.  No, we don't, because we considered them in the

10      broader universe, and they did not meet the criteria for  13:21:27

11      the -- for the filtering process.  I've forgotten

12      exactly which filter they triggered, but basically they

13      got filtered out.

14          Q.  So your conclusion was they would not be a

15      suitable replacement for the Freedom Funds that were in

16      the plan?

17          A.  That was the conclusion we reached.

18          Q.  Okay.

19          Mr. Marin, could you look at what's been marked and

20      uploaded as Exhibit 5?  Let me know when you have it in  13:21:57

21      front of you.

22          A.  I will.  I have it up in front of me.          13:22:23

23          Q.  Okay.

24          So I want to be clear, this is not a document that

25      you have seen before, but it has data from your report,
```

Page 151

1       and I'm going to -- I'm not asking really a question

2       now, but I want to orient you to what this document is.

3       We looked at the S&P Target Date Fund returns that you

4       include in your report specifically with respect to the

5       removal criteria for the Fidelity Freedom Funds in         13:22:58

6       paragraph 31-B.

7               A.  Uh-huh.

8               Q.  And we looked at the performance of the

9       comparator target date funds that you identify in

10      Table 6 of your report --

11              A.  Okay.

12              Q.  -- as of December 31 of 2016, and this chart is

13      the three-year annualized returns.

14              A.  Okay.

15              Q.  Following me so far?

16              A.  I am, sure.

17              Q.  So this showed that the Allspring target date    13:23:29

18      funds that you consider as potential alternatives to the

19      Fidelity Freedom Funds at 11 of 11 vintages that

20      performed below the S&P Target Date Index as of a

21      three-year basis as of December 31st of 2016.

22              Do you see that?

23              A.  Yes.

24              Q.  And this shows that the American Century One

25      Choice target date funds that you considered as

Page 152

1     potential alternative target date funds for the Freedom

2     Funds had eight out of nine target date funds -- that      13:23:59

3     is, 89 percent that performed below the target date

4     funds index.

5          Do you see that?

6          A.  Yes.

7          Q.  And it shows the American Funds, and it shows

8     that none of them underperformed on a three-year basis

9     compared to the S&P Target Date Index; right?

10         A.  Yes.

11         Q.  And then you look at the BlackRock Life target

12    date funds, and you see that eight out of nine performed

13    below the index?

14         A.  Yes.

15         Q.  And just so I'm clear, that means the Allspring  13:24:29

16    target date funds would have been subject to monitoring

17    or removal as of December 31 of 2016 using the criteria

18    that you articulate in paragraph 31-B of your report;

19    correct?

20         A.  Well, this is only covering one quarter.

21         Q.  Right, it is.  That's why I said either

22    monitoring or removal depending whether it's one quarter

23    or five quarters.                                          13:24:59

24         A.  Okay.  So for this quarter you're correct.

25         Q.  And same with the American Century One Choice?

Page 153

1          A.  Yes.

2          Q.  And the same with the BlackRock target date

3     funds?

4          A.  Yes.

5          Q.  And the Fidelity Freedom Funds are listed there

6     as well and the John Hancock Multi-Manager Funds?

7          A.  Correct.

8          Q.  Nine out of nine performed below the S&P Target   13:25:27

9     Date Index?

10         A.  Correct.

11         Q.  And the JP Morgan SmartRetirement Funds, nine

12    out of nine performed below the S&P target date index?

13         A.  Yes.

14         Q.  And the Nuveen Lifecycle Fund, ten out of ten

15    performed below the S&P Target Date Index?

16         A.  Correct.

17         Q.  And the Principal LifeTime target date funds,

18    12 out of 12 performed below the S&P Target Date Index?

19         A.  Yes.

20         Q.  And the Schwab, ten out of ten performed below   13:25:57

21    the S&P Target Date Index?

22         A.  Correct.

23         Q.  And the T. Rowe Price Retirement, ten out of 11

24    performed below the S&P target date index?

25         A.  Yes.

Page 154

1          Q.   And the Vanguard Retirement Funds, 11 out of 12

2     performed below the S&P Target Date Index?

3          A.   Correct.

4          Q.   Did I miss any of the ones you included in your

5     report as potential target date funds to the Fidelity

6     Funds?

7          A.   One, two, three, four, five, six, eight, nine,   13:26:25

8     ten, 11, 12.  Let me read them off to you, and you tell

9     me if they're all here.

10          Q.   Hold on one second, Mr. Marin.  I just want to

11     make sure that you're reading off which document so I

12     can look at the other document.

13          A.   I'm reading off Table 6 of my report.

14          Q.   Very good, and I will look at Exhibit 5 to your   13:26:59

15     deposition.

16          A.   Okay.  So American Funds, that's on there, yes.

17          Q.   Yes.

18          A.   Vanguard TDFs are on there.  American Century

19     is on there.  T. Rowe Price is on there.  BlackRock is

20     on there.  Schwab is on there.  Allspring is on there.

21     JP Morgan is on there.  Fidelity Freedom suite is on

22     there.  Principal, did we have Principal on there?

23          Q.   Principal is on there.                            13:27:30

24          A.   Yes, it is.  And John Hancock and Nuveen.

25          Q.   So that's all of them?

Page 155

1        A.  Yes.  That's correct.  It covers all of them.

2        Q.  Great.  Let's go back to Table 6 of your

3     report.

4        The American Funds that you include in Table 6 of    13:27:58

5     your report is a different share class of the American

6     Funds than you include as part of the peer review when

7     you're comparing the performance to the Fidelity Freedom

8     Funds; correct?

9        A.  Oh, as I said, the two are different analyses,

10    so if they are different -- if there were different

11    share class, if it was not the lowest price share class,

12    that's not what we included in our alternative review.    13:28:26

13       Q.  Okay.

14       And that means that you didn't do a comparison of

15    the Fidelity Freedom Funds in terms of the replacement

16    fund analysis as against the American Funds that were

17    part of the target date deep dive; correct?

18       A.  Correct.

19       Q.  And you don't know if the Fidelity Freedom    13:29:00

20    Funds that were in the plan actually would have scored

21    better than the American Funds target date funds that

22    were the subject of the target date deep dive; correct?

23       A.  Correct.

24       Q.  If one of the target date funds that you

25    identify in Table 6 had a collective investment trust

Page 156

1         that was available, did you guys analyze that?          13:29:25

2              A.  Let me just parse your question again.  If

3         you -- Say it one more time.  I'll listen more

4         carefully.

5              Q.  Let me ask it a little more differently.

6              You said you were looking for the cheapest share

7         class, generally speaking; correct?

8              A.  Yes.

9              Q.  If there was a cheaper version of a fund in a

10        CIT, did you consider that, or did you limit your

11        analysis to just mutual funds?

12             A.  Well, the data gathering was the province of my  13:29:57

13        associates, but my guess is that they would have not

14        considered CITs.

15             Q.  Okay.

16             Let's look at the JP Morgan Smart Retirement Funds

17        that you included in your analysis.

18             You included the R6 suite; correct?          13:30:25

19             A.  Hold on.  If I could find my magnifying glass.

20        This printing is very small.

21             Q.  Take your time.

22             A.  Yes, R6 suite.

23             Q.  Can you go to page 72 of your report, 72 of the  13:30:53

24        PDF?

25             A.  All right.

1          Q.  So if you're looking at the physical pages,

2     it's page 11 of 86.

3          A.  It's in the -- Is it in the data tables or in

4     the pros?

5          Q.  It is in Exhibit 3 to your report.

6          A.  Sorry.  Okay.  So I have to go to the online --    13:31:26

7     the online version.  One second.  I didn't print off 150

8     pages of data tables.  So I'm going to go here and go to

9     Exhibit 01.  Correct?

10         Q.  It is Exhibit 3.

11         A.  Okay.  Hold on.                                    13:31:58

12         Q.  But if you're looking at the PDF page numbers,

13    it should be page 72 --

14         A.  Wait.  You say it's Number 3.  Isn't it

15    Number 1?

16         Q.  Exhibit 3.

17         A.  Oh yes, but it's -- it's Exhibit 0001.  Okay.

18    That's the document.

19         Q.  Correct.

20         A.  And now it's Exhibit 3 of that document.

21         Q.  You are correct.  Sorry.  I misunderstood your

22    question.

23         A.  And what page of the 204 are we looking at?       13:32:27

24         Q.  72.

25         A.  Okay.  One moment.  Okay.  I've got it.  It's

Page 158

1       listed as Exhibit 3, and it's on page 11 of 86.  Is that   13:32:57

2       the right page?

3           Q.  It is.

4           A.  Okay.  And what am I looking at?

5           Q.  Line 626.

6           A.  626, JP Morgan Retirement Fund 2015 R6.

7           Q.  This is the one you included in your analysis

8       in Table 6; correct?

9           A.  Yes, I believe it is.

10          Q.  What's the inception date of that fund?       13:33:27

11          A.  11-3-14.

12          Q.  That means it didn't pass the criteria that you

13      articulated a little while ago about how you selected

14      the share classes of the funds; correct?

15          A.  It does not appear to meet the three-year

16      threshold, so I would have to talk to my analyst as to

17      why that one was selected.                            13:33:58

18          Q.  And just to be clear about it, let's go back to

19      Table 6.

20          A.  In my report?

21          Q.  In your report.

22          A.  Okay.  Okay.                                  13:34:26

23          Q.  The information that you include in Table 6 for

24      the JP Morgan SmartRetirement Fund is not any of the

25      actual metrics for the JP Morgan SmartRetirement R6

Page 159

1       suite.  It's just how you ranked them.       13:34:58

2          Correct?

3          A.  That is what I show in this Table 6, yes.

4          Q.  Right.

5          The underlying data is in Exhibit 5 to your report

6       as you indicate in paragraph -- excuse me, not

7       paragraph -- Footnote 44?

8          A.  Correct.

9          Q.  But because the JP Morgan SmartRetirement R6

10      suite didn't satisfy the three-year test, all of the

11      data that's in Exhibit 5 with respect to the JP Morgan   13:35:29

12      SmartRetirement Fund is going to be the wrong data

13      because it's the data for the wrong share class of the

14      fund; correct?

15          A.  Well, like I said, I would have to check with

16      my analyst as to why that passed the test and why it was

17      at the three-year history it was included as the

18      analytical choice for the score card.      13:36:00

19          So my only point is, you're showing me a table that

20      shows an inception date of 11-4-13.  Presumably that's

21      correct, but I would want to check with them as to why

22      he included this if that is, in fact, the correct

23      inception date, and therefore it didn't meet the

24      three-year criteria.  It might be a reason because

25      there's a lot of data here, and there's a lot of    13:36:28

1    information that I would have to validate or verify with

2    him.

3         Q.  Oh, but didn't you do that in preparing your

4    report?

5         A.  Yes, we certainly did.  We went through

6    everything.  But as you can imagine with 150 pages of

7    details, there may have been an error or not, but I

8    don't know without checking with him.

9         Q.  Okay.

10        I don't have the chance to depose him.  My

11   opportunity is to depose you.

12        So as you sit here today, you don't know if the        13:36:58

13   information that's regarding the JP Morgan

14   SmartRetirement Funds that you include in Table 6 and in

15   Exhibit 5 to your report is right or not?

16        A.  I don't know.  And if it was -- What I will say

17   is that if it was highlighted and brought up in the

18   rebuttal from Mr. Wermers, then it would have been

19   double-checked by my analyst team, and my analyst team        13:37:27

20   has verified to me, and we have gone over the fact that

21   all of the exceptions that were noted were -- did not

22   change the ultimate outcome of the analysis or my

23   opinions.

24        Q.  I'm sorry.  You're saying after -- in response

25   to Mr. -- Dr. Wermers' rebuttal report, you did some        13:37:56

Page 161

1      additional checking?

2          A.  Certainly we did.  We looked at his report very

3      carefully, and we analyzed all of his criticisms of my

4      report, and this was one of his criticisms or something

5      that he pulled out or said we made a mistake.  We

6      checked to see, Number 1, if we had indeed made a

7      mistake, or there was some interpretational difference.

8      And we went through doing the analysis to see if indeed    13:38:28

9      there was a minor error, that that error in any way

10     changed the outcome of the analysis or was significant

11     enough to alter the opinions, and we found none.

12         Q.  Okay.

13         But if this wasn't in Dr. Wermers' report, rebuttal

14     report, you don't have any recollection of looking at

15     this question?

16         A.  I do not at this moment.

17         Q.  Okay.

18         And you don't recall as you sit here today this       13:39:00

19     being an issue that was raised in Dr. Wermers' report?

20         A.  He had a 73-page report, so the answer is no, I

21     don't remember.  He had many exceptions and many

22     footnotes.

23         Q.  Okay.

24         And the exhibit that we looked at before that

25     showed the 2014 inception date for the JP Morgan

Page 162

1    SmartRetirement R6 class, that was your original report

2    in this case; correct?

3        A.   Yes.

4        Q.   Okay.                                    13:39:28

5        Mr. Marin, can you go to Exhibit 5 to your report?

6    I believe that's one of those things you'll need to look

7    at electronically because it's in approximately page 153  13:39:58

8    of the PDF.

9        A.   Okay.  I'm going to look for page 153 of the

10   PDF.  This is Exhibit 5, yes.

11       Q.   Can you turn to specifically page 154?      13:40:27

12       A.   Okay.

13       Q.   At the top of the page has all of the details

14   that led to the rankings that you include in Table 6 of

15   your report with respect to the JP Morgan

16   SmartRetirement R6 share class; correct?

17       A.   Correct.

18       Q.   And if you shouldn't have used the R6 share

19   class because it didn't meet the criteria that you

20   articulated to me, then that means the expense ratio     13:41:00

21   information that you included in your analysis would be

22   incorrect?

23       A.   Well, it might not be incorrect for the R6 --

24   for the R6 series.  What we'd have to do is check to see

25   whether or not the -- There's no reason from this chart,  13:41:25

Page 163

```
 1        there's no reason to assume that the expense ratios are

 2        not the expense ratios for the JP Morgan SmartRetirement

 3        R6, the R6 funds.  They may -- they should be for that

 4        fund.  There's no reason to assume they're not for this

 5        fund.

 6              Q.  I understand.

 7              But if the JP Morgan SmartRetirement R6 shouldn't    13:41:59

 8        have been included in your analysis, then you would pick

 9        a different share class of the JP Morgan SmartRetirement

10        target date funds; correct?

11              A.  Correct.

12              Q.  And the different share class of the JP Morgan

13        SmartRetirement Fund would have a different expense

14        ratio?

15              A.  That's correct.

16              Q.  And would have different standard deviation?

17              A.  Yes.  They would have different numbers

18        altogether.  I mean, they might be the same, but that

19        would be a coincidence.  But generally if it was a       13:42:28

20        different fund, it would have different numbers across

21        the board.

22              Q.  And have a different max drawdown?

23              A.  Yes.

24              Q.  And have a different annualized total return?

25              A.  Yes.
```

Page 164

```
1            Q.  And have a different Sharpe ratio?

2            A.  Yes.

3            Q.  And have a different Alpha?

4            A.  Yes.

5            Q.  And have a different information ratio?

6            A.  Yes.

7            Q.  Going back up to Table 6.  And Mr. Marin, I'll   13:42:50

8      just -- to preview for you, if we go back to Exhibit 5,

9      so if you want to look at Table 6 in the hard copy and

10     then have Exhibit 5 available to you on the screen, that

11     might make things a little easier.

12           A.  I have it.

13           Q.  Great.

14           As part of your analysis in Table 6, do you do any   13:43:24

15     accounting as to whether one of these target date funds

16     is actively managed versus passively managed?

17           A.  No.

18           Q.  Do you do any analysis or accounting or factor

19     in how long the management has been associated with any

20     one of these particular target date funds?

21           A.  Not in this score card, no.

22           Q.  And what about Morningstar ratings?

23           A.  No.

24           Q.  What about whether there are investor inflows   13:43:57

25     or outflows from any of those target date funds?
```

Page 165

1          A.  No.

2          Q.  And am I right that this scoring methodology

3     doesn't really bring any judgment to bear.  It just

4     spits out the number, and the funds with the highest

5     number is the one that you believe should be the

6     alternative?

7          A.  Yes, with an exception.  The exception is that    13:44:26

8     we looked at qualitative issues that were readily

9     identified in the IPS and considered them for all of

10    these alternative funds.  We merely did not quantify

11    them into this score card.  If we saw anything that was

12    disqualifying, we would have eliminated it.                13:44:57

13         Obviously the target date exception you've made on

14    the R6 JP Morgan fund has to be checked, but generally

15    speaking there was nothing about any these funds that

16    would have disqualified them from inclusion in this

17    score card listing.

18         Q.  And do you articulate anywhere in your report

19    what qualitative issues you looked at to evaluate that

20    all of these funds were ones that didn't present any

21    qualitative concerns?                                      13:45:30

22         A.  I discussed the qualitative review aspects in a

23    couple of places in the report, in the pros, yes.

24         Q.  Show me where.

25         A.  Well, you can easily do it if you just submit a

Page 166

1    word search using the word "qualitative," and it will

2    pop right up, and it's going to be a little harder for

3    me to pluck it out without that.

4        Q.  One place is paragraph 50.                    13:46:00

5        A.  Okay.  So you have them.  So you're saying

6    paragraph 50.  Okay.  Yes.

7        Q.  But all you say there is that the American     13:46:30

8    Funds have an absence of qualitative concerns.

9        A.  Correct.

10       Q.  You don't articulate what concerns you looked

11   at or evaluated or what about them was not concerning.

12       A.  Well, like I said earlier in the report, in the

13   pros, I discuss the qualitative issues.  If you give me

14   a moment, I will find it.

15       Q.  Sure.                                          13:46:56

16       A.  Okay.  So in paragraph 25 I say that "The

17   enumerated qualitative relate to the regulatory context

18   and reputation of the investment manager, the degree of

19   diversification, the scale of the fund, assets under

20   management, and its general usefulness to participants."

21       Q.  That's what you're talking about?              13:47:27

22       A.  Well, that's the qualitative elements that are

23   called out in the IPS, I believe.

24       Q.  And that's fine.

25       But you're saying you looked at all of those issues

Page 167

1      for every one of the target date funds that you identify

2      in Table 6?

3           A.  That was the approach that we used, yes.

4           Q.  And I want to be clear on this because you have

5      said "we" sometimes, and I understand you had people

6      doing data checking.

7           Did you look at the qualitative criteria that you      13:47:58

8      list in paragraph 25 for all of the target date funds?

9           A.  Yes, we did.

10          Q.  Did you, Mr. Marin?

11          A.  Well, "we" includes me, doesn't it?

12          Q.  I don't know.  I want to know what you did, not

13     what somebody on your team did, because if somebody on

14     your team did it and just reported to you thumbs up,

15     we're all good, that's different than if you looked at

16     these criteria for all of the target date funds.

17          A.  I looked at all of the qualitative criteria      13:48:26

18     that was available to me for these individual funds that

19     we reviewed, yes.

20          Q.  Including the reputation of each investment

21     manager?

22          A.  Yes.

23          Q.  And your conclusion was that all of the

24     investment managers had a good reputation?

25          A.  Yes.

Page 168

1          Q.  The degree of diversification you also looked

2      at?

3          A.  Yes.

4          Q.  And you concluded that all of these target date

5      funds had a good degree of diversification?

6          A.  Yes.

7          Q.  And you also looked at general usefulness to      13:48:58

8      participants?

9          A.  Yes.

10         Q.  And you concluded that all of these target date

11     funds had general usefulness to participants?

12         A.  Yes.

13         Q.  Could you go, sir, back to Exhibit 5 to your      13:49:47

14     report?  Sorry, Mr. Marin.  It's your Deposition

15     Exhibit 1.                                               13:49:56

16         A.  Deposition Exhibit 1.  Okay, and Exhibit 5 of

17     that report?

18         Q.  Correct, which starts on page 152.

19         A.  I have it in front of me.

20         Q.  Great.

21         This is again the analysis that you did that you

22     report the outcome of in Table 6; correct?

23         A.  Correct.

24         Q.  I didn't see the underlying math.              13:50:28

25         How did you get from the Exhibit 5 to the results

Page 169

1          in Table 6?

2                 A.  It was -- Table 6 is a ranking.

3                 Q.  I know.

4                 A.  So I'm not sure I understand your question.

5                 Q.  Did you use a program?

6                 Did somebody eyeball it and say this one looks like

7          the best in this category, so I'm going to give it the

8          highest rank, a 12?

9                 A.  I believe that was done through an Excel

10         spreadsheet that had an optimization model built into      13:51:00

11         it.

12                Q.  Got it.

13                Can you read Footnote 1?

14                A.  Okay.

15                Q.  I'm sorry.  I'm looking at page 153 of the PDF.

16                A.  I -- You're saying the Footnote 1 annotation      13:51:28

17         under "Expense Ratio"?

18                Q.  Correct.

19                A.  Okay.  I'm looking for where the footnote shows

20         up.  I'm just going to keep flipping down in Exhibit 5.

21         There it is.  "Expense ratio figures for the potential

22         alternative funds is the prospective gross expense ratio  13:51:58

23         as of July 2024 provided by Morningstar direct."

24                Q.  And what page are you looking at?

25                A.  That would be your page 164 of 204.

Page 170

1          Q.  It's internal page 12 of 12 to Exhibit 5.

2          A.  12 to 12, yes.

3          Q.  Okay.

4          And this is the methodology you used to evaluate

5     the expense ratios of the different funds?          13:52:28

6          A.  The data on the expense ratios on a historical

7     basis was not available to us, so for the purposes of

8     this exercise, as we annotate it here in the report, we

9     use the gross expense ratios as of July 2024 because

10    that was what was available to us.  We could not extract

11    the historical expense ratios.

12         Q.  Got it.

13         Can you go to -- Let's go to the first one, I

14    guess, back to page 153 of 204.          13:53:19

15         A.  Okay.

16         Q.  You see the Fidelity Freedom Funds that are

17    listed there in the middle of that page?

18         A.  Yes.

19         Q.  All right.

20         You know, sir, that these are not the Fidelity

21    Freedom Funds that's were actually in the Quanta plan;

22    correct?

23         A.  Correct.

24         Q.  And you used the investor share class of the

25    Fidelity Freedom Funds in your analysis here instead of    13:53:57

Page 171

1      the cheapest share class of the Fidelity Freedom Funds

2      in the analysis in Exhibit 5 and Table 6?

3           A.  Yes, we did.  We used -- well, we indicate

4      exactly which ones we used because the ticker symbols

5      are right there.

6           Q.  Right.

7           And the ticker symbols are not the one in the plan

8      and not the cheapest share class of the Fidelity Freedom

9      Funds either?

10          A.  It was not intended to be the one in the plan

11     because the one in the plan we already determined needed  13:54:29

12     to be terminated.

13          And as far as being the cheapest one, this is why I

14     wonder about that JP Morgan situation.  It was the

15     cheapest one available that had a track record that

16     needed to meet the criteria.

17          Q.  Okay.

18          So you didn't do an analysis to see, using your      13:54:59

19     ranking methodology that you described in your report,

20     to see whether the Fidelity Freedom Funds that were in

21     the plan actually would have scored higher than any of

22     the other target date funds that you were considering as

23     potential alternatives?

24          A.  No.  That was a separate exercise.  We did not

25     include the Freedom Fidelity Funds that were in the plan

```
                                                   Page 172
 1       in this ranking.  This was a ranking of alternatives.

 2            Q.  Got it.

 3            MR. BLUMENFELD:  Mat, can we upload the document

 4       that starts "FISS" in the name?

 5            MR. McKENNA:  Yeah, one second.  I'll put it now.   13:55:53

 6            MR. BLUMENFELD:

 7            Q.  Yeah.  It should be uploading now, Mr. Marin.

 8            A.  So I'm going to a new document?

 9            Q.  Yes.

10            A.  Hold on.  This is document 0006?          13:56:23

11            Q.  It is.

12            A.  Okay.  Downloading it.  All right.  I have

13       this.

14            Q.  Great.

15            So before you look at this specific document, could

16       you go back to your paper copy of your report,        13:56:57

17       specifically paragraph 2-A?

18            A.  Paragraph 2-A.  All right.

19            Q.  You see in paragraph 2-A you say that you were

20       asked to "review and evaluate the Fidelity Freedom

21       Funds," open parentheses, open quote, "Freedom Funds,"

22       closed quote, closed parentheses, "a suite of 14 target   13:57:28

23       date funds" with a footnote?

24            A.  Yes.

25            Q.  Okay.
```

Page 173

1          That footnote is citing to a Fidelity website;

2     correct?

3          A.  Correct.

4          Q.  We downloaded that website and printed it.

5     That's what this exhibit is.

6          A.  Okay.

7          Q.  Do you have it in front of you?

8          A.  I do.

9          Q.  Can you identify for me on this document which   13:57:54

10    Fidelity Freedom Funds you include in your analysis in

11    Table 6 of your report?

12         A.  My answer to that is I would need to check with

13    my analyst, but I can probably go through this and look

14    for the symbols and find the ones that I included.  You

15    want me to go through that?  That will take some time by   13:58:25

16    the size of this report.

17         Q.  I suspect you could do it pretty quickly,

18    because if you could find one, the others will probably

19    be pretty close by.

20         A.  Okay.  Then I got to get out of this exhibit,

21    go to the other exhibit, get the reference number, so

22    hold on.

23         Q.  Tell you what, Mr. Marin.  I'll make it easier

24    for you.  Let me go to Exhibit 5 of your report --

25         A.  Okay.

Page 174

1      Q.  -- and I'll give you the Fidelity Freedom 2030

2   Fund that you include in your analysis in Exhibit 5 and   13:59:00

3   in Table 6 to your report.  That ticker symbol is

4   "FFFEX."

5      A.  "FFFEX."  Okay.  So -- and I'm looking for a

6   2030; correct?

7      Q.  Correct.

8      A.  I don't see it.  Could it be "FFKEX"?   13:59:56

9      Q.  No.  I can give you the 2050 fund.  I can give

10  you the 2015 fund.                                        14:00:28

11     A.  So again, I would have to talk to my analyst,

12  but I don't see it here unless it is mistyped as

13  "FFKEX," in which case I see it.

14     Q.  Okay.

15     Let's -- Sticking with this document that you're   14:01:00

16  looking at now, could you turn to PDF page 5 of 10?

17     A.  Got it.

18     Q.  You see there's a Fidelity Freedom 2015 Fund

19  Class K6, for example?

20     A.  Yes.

21     Q.  And the inception date on that fund is 2003?

22     A.  Yes.

23     Q.  And the fees on that fund are 26 basis points   14:01:29

24  as of June 30th of 2024?

25     A.  Well, let's just see.  Does it say the date of

Page 175

```
 1      the fees in the footnote?

 2           Q.  It's the date of the document.

 3           A.  Okay.  Fine.  Then that's what it is, sure.

 4           Q.  That was for the 2015 fund -- correct? -- 26    14:02:00

 5      basis points?

 6           A.  If the Freedom Fidelity -- Fidelity Freedom

 7      2015 Fund Class K6 shows 26 basis points, yes.

 8           Q.  Okay.

 9           Now, could you go back to Exhibit 5 of your report?

10      This is -- sorry, Mr. Marin.  You have to use the

11      electronic version.

12           A.  Got it.

13           Q.  Okay.                                           14:02:32

14           A.  So I'm going back to Exhibit -- give me the

15      page number again of 204.

16           Q.  153.

17           A.  Okay.  I've got 153.  I've got Fidelity, yes.   14:02:53

18           Q.  Fidelity Freedom 2015 Fund that you utilized in

19      your report had an expense ratio of 52 basis points;

20      correct?

21           A.  Yes.

22           Q.  Okay.

23           I want to switch gears now a little bit, Mr. Marin.  14:03:26

24           MR. BLUMENFELD:  Alec, I don't remember how long

25      we've been going, if you want to take a break;
```

1      otherwise, we can keep going.

2           MR. BERIN:  Why don't we take a short break now.  I

3      think we've been going 50 minutes or so.

4           THE VIDEOGRAPHER:  Going off the record.  The time

5      is 2:03.

6           (A recess is taken.)

7           THE VIDEOGRAPHER:  We are back on the record.  The    14:12:31

8      time is 2:12.

9           MR. BLUMENFELD:

10          Q.  Mr. Marin, you understand you're still under

11     oath?

12          A.  Yes.

13          Q.  And you have the same obligation to tell the

14     truth as if you were testifying live in front of a judge

15     or a jury?

16          A.  Yes.

17          Q.  Great.

18          Mr. Marin, do you know what "revenue sharing" is?

19          A.  Yes.

20          Q.  In connection with mutual funds and retirement

21     plans?                                                     14:12:59

22          A.  Yes.

23          Q.  Okay.  Great.

24          So I want you to assume that the Fidelity Freedom

25     Funds that were in the plan paid revenue sharing that

1    covered all of the plan's recordkeeping fees.

2         A.  Okay.

3         Q.  And if the plan switches or had switched to the

4    American Funds, the plan would have to pay for those

5    recordkeeping fees separately.

6         Do you understand what I'm asking you to assume?

7         A.  Yes.

8         Q.  Okay.

9         How would you factor that into your analysis in

10   either paragraphs 31 or in the fund-selection criteria

11   that's reflected in Table 6 of your report?

12        A.  Well, my general sense about revenue-sharing

13   plans is that they are very murky, and they come up        14:13:54

14   mostly because of 12b-1 fees which are distribution fees

15   which don't really apply in the case of retirement plans

16   in the same way they do for other distributors.  That's

17   what gives rise to this, quote unquote, rebate that's

18   received.

19        There is only one reference in the IPS to revenue

20   sharing, and it basically just makes the statement that   14:14:26

21   revenue sharing has to be fully disclosed, and there is

22   no disclosure that I have seen anywhere in the IPS as to

23   how they should be handled, and there's no disclosure in

24   any of the quarterly reports from the consultants as to

25   how they would be incorporated.

Page 178

1           So for purposes of this analysis and to do the

2      monitoring work, I see no way to incorporate them fairly  14:14:59

3      because it is a murky area, and I don't know what's

4      happened to the fees.  They may or may not have been

5      applied to the benefit of participants.  They may or may

6      not have been disclosed adequately to the committee.

7      Therefore, for purposes of this analysis, there was no

8      way they should have been or could have been included in

9      the analysis.                                           14:15:30

10          Q.  Okay.

11          When you say you don't know how the revenue sharing

12     was applied here, why don't you know?

13          MR. BERIN:  Object to the form.

14          THE WITNESS:  Because there's no indication of it

15     on the documentation evidence that has been shared with

16     me.

17          MR. BLUMENFELD:

18          Q.  And so if you looked at the deposition

19     testimony, you might know how the revenue sharing was    14:15:57

20     handled?

21          MR. BERIN:  Object to form.

22          THE WITNESS:  I didn't look at the depositions, so

23     I can't say.

24          MR. BLUMENFELD:

25          Q.  Okay.

Page 179

1           And if you looked at the recordkeeping agreement,

2     you might know how the revenue sharing was handled?

3           MR. BERIN:  Object to form.

4           THE WITNESS:  Again, I don't know because I haven't

5     looked at the recordkeeping agreement.

6           MR. BLUMENFELD:

7           Q.  Okay.

8           Do you have an understanding as to how other plans

9     address the concept of revenue sharing might pay for

10    recordkeeping fees that would have to be paid for

11    elsewhere?                                            14:16:29

12          MR. BERIN:  Object to form.

13          THE WITNESS:  Not necessarily.  I think that varies

14    from fund to fund, so I don't know.  And more

15    importantly, I don't know how they would or wouldn't

16    incorporate that into the performance analysis.

17          What I do know is that in this instance, the

18    quarterly reports which are provided by the investment

19    manager or the investment consultant don't incorporate

20    them or call them out in any way to tell whether they    14:16:56

21    are or not, you know, blended in somehow into the

22    overall picture, so I don't know how they could be

23    utilized for this analysis.

24          MR. BLUMENFELD:

25          Q.  Okay.

Page 180

1               What about in Table 6?

2               A.  What about Table 6?

3               Q.  Where you're identifying a suitable replacement

4      investment option instead of the Fidelity Freedom Funds.

5               A.  Once again, I don't know.  Like I said, those        14:17:29

6      are individually negotiated and individually arranged,

7      like I said, some murky arrangements.

8               Q.  You know there are entire lawsuits about how

9      plans utilize revenue sharing; correct?

10              A.  No, I don't know.  That's not something I'm

11     aware of.

12              Q.  Oh, okay.

13              You know that plans can select different share

14     classes of investment options that pay different amounts

15     of revenue sharing?                                            14:17:59

16              A.  I know that plans can pick different amounts,

17     different share classes for sure.  I don't know how much

18     relevance the revenue share has or hasn't because that

19     would depend on the individual discussions.

20              Q.  What does that mean, "individual discussions"?

21              A.  Meaning the discussions when the plan is making

22     its selection.

23              Q.  Right.

24              But you are, in Table 6, are purporting to make the

25     selection that the Quanta plan fiduciaries should have        14:18:26

Page 181

1      made as of January 1 of 2017; correct?

2          A.  I -- yes, and I can only use the information

3      that is available to me in this case through Morningstar

4      to make those determinations, and that information is

5      not made available in a quantitative way.

6          Q.  Got it.

7          And so to be more maybe blunt about it, if the

8      Fidelity Freedom Funds had received revenue sharing that

9      equaled $5 million per year -- and I'm not saying they    14:19:00

10     did, but if they did, and the American Funds target date

11     funds didn't receive any revenue sharing at all, that

12     would be something that would need to be accounted for

13     in any analysis as to whether the plan was better off in

14     the American Funds or the Fidelity Freedom Funds;

15     correct?

16         MR. BERIN:  Object to the form.

17         THE WITNESS:  If there's an arrangement that is

18     negotiated individually for a given fund to provide some  14:19:28

19     incremental rebate to the -- that changes the expense

20     ratio of the fund on a net basis, that should be a

21     relevant factor to be included.  But again, I question

22     whether or not it can be included, and if so, why isn't   14:19:55

23     it included in the numerical assessment being used by

24     all the people that evaluate universes of funds and that

25     consultants use to make advisory reports to their

Page 182

1          clients like Quanta.

2              MR. BLUMENFELD:

3              Q.  I want to make sure, Mr. Marin.  You said, I

4          think, that if there is revenue sharing it is something

5          that should be considered, and that is relevant, but you  14:20:27

6          don't understand why consultants don't do so?

7              MR. BERIN:  Object to the form.

8              THE WITNESS:  That's not exactly what I said.  What

9          I said was it's hard to tell how revenue sharing is

10         handled.  And the reason it's called out the way it is

11         in the IPS is that this qualifies as what I characterize

12         as a murky arrangement, and it's murky in several ways.  14:20:58

13         It's murky about exactly how it's handled, where the

14         funds go, what it offsets, who gets the benefit of it.

15         That's why it's called out that way, and then what

16         effect it has on the decision-making process.

17             And it is so confused and potentially arbitrary and

18         potentially inconsistent from one time period to the

19         next because it's governed by contract law here with the  14:21:30

20         funds not governed by their requirement to report their

21         results in a way that's consistent with what the

22         consultant uses to do its evaluation.  I think it's very

23         challenging to include it in an analysis and falls

24         almost more as a qualitative issue than a quantitative

25         issue, and that's why it's not included in the            14:21:59

Page 183

```
1     quantitative analysis.

2          MR. BLUMENFELD:

3          Q.  And did you include that in the quantitative

4     analysis?

5          A.  No, because there wasn't sufficient information

6     to do that on these funds.

7          Q.  When you say "there wasn't sufficient

8     information to do that on these funds," are you

9     referring to funds that you include in Table 6?

10         A.  Yes.

11         Q.  You know there was sufficient information with

12    respect to the Fidelity Freedom Funds that were in the

13    plan?

14         MR. BERIN:  Object to the form.

15         THE WITNESS:  The information I was given to do my

16    analysis did not include revenue-sharing information.

17         MR. BLUMENFELD:

18         Q.  Got it.

19         And you know that Dr. Wermers included information

20    about revenue sharing on the Fidelity Freedom Funds and

21    on the American Funds and on the T. Rowe Price Funds and

22    on the JP Morgan Funds; correct?

23         A.  I saw in his rebuttal that he included more      14:22:57

24    revenue-sharing information than I was aware of, and I

25    again hadn't identified it as an issue because it didn't
```

Page 184

1        appear in anything other than that one statement in the

2        IPS that I referenced.

3            Q.  You know that Dr. Wermers also included

4        revenue-sharing discussion related to the American

5        Funds, the T. Rowe Price Funds, JP Morgan Funds, and the  14:23:30

6        Freedom Funds in his initial report?

7            A.  I would have to go back and look at his initial

8        report.  I read it, reviewed it quite a while ago.

9            Q.  Why don't you do that?  That's Exhibit 3 to

10       your deposition.                                          14:23:49

11           MR. BERIN:  You're looking at a particular page?

12           MR. BLUMENFELD:  Yeah.  I'm just waiting for

13       Mr. Marin to pull it down.  Sorry, Alec.  It's PDF

14       page 41.

15           THE WITNESS:  Is it Exhibit 003, did you say?

16           MR. BLUMENFELD:

17           Q.  It is.

18           A.  Okay.  I have that up right now.  Which page am  14:24:27

19       I looking at?

20           Q.  Page 41 of 200 of the PDF.

21           A.  Okay.  I'm on page 41.

22           Q.  Do you see Table 3?

23           A.  I do.

24           Q.  And that's Dr. Wermers' discussion of revenue

25       sharing; correct?

Page 185

1          A.   Oh yes.

2          Q.   Part of it?

3          A.   Very good.  I see it.

4          Q.   You didn't respond to that or disagree with any

5     of that in your rebuttal report; correct?            14:24:59

6          A.   That's correct.

7          MR. BLUMENFELD:  Okay.  Mat, can we load up the

8     Complaint?

9          MR. McKENNA:  Yeah.  Just one second.  Should be    14:25:11

10    available now.

11         MR. BLUMENFELD:

12         Q.   Mr. Marin, can you download or open the

13    complaint which has been marked as Exhibit 7 to your

14    deposition?                                           14:25:53

15         A.   I've got it.

16         Q.   Great.  The Complaint is a document that you

17    considered in forming the opinions that you express in    14:26:28

18    your report; correct?

19         A.   Yes.

20         Q.   Can you turn to paragraph 24?

21         A.   Okay.

22         Q.   In the middle of that paragraph there's a

23    sentence that says, "All TDFs are inherently actively    14:26:56

24    managed because managers make changes to the allocations

25    to stocks, bonds, and cash over time."

Page 186

1          Do you see that?

2          A.  Yes.

3          Q.  You don't in your report express an opinion on

4     that issue at all; correct?

5          A.  Correct.

6          Q.  Paragraph 25, could you turn to that, please?

7          A.  I've got it.

8          Q.  The second sentence of that paragraph says that

9     "Fidelity Management & Research Company, Fidelity, is     14:27:26

10    the second largest TDF provider by total assets."

11         Do you see that?

12         A.  Yes.

13         Q.  And you know, in fact, that that's true?

14         A.  Again, I don't have the data in front of me,

15    but it sounds true, yes.

16         Q.  And you also know that the Fidelity Freedom

17    Funds are the largest target date funds that Fidelity

18    offered during this time period --

19         A.  Yes.

20         Q.  -- correct?  Okay.

21         The next sentence says that "Among its target date

22    offerings, Fidelity offers the riskier and more costly

23    Freedom Funds -- which it calls the active suite."

24         Do you see that?

25         A.  Yes.

Page 187

1          Q.  And then it goes on to say "the less risky and

2     less costly Freedom Index Funds --" which the Complaint

3     calls the index suite.

4          Do you see that?

5          A.  Yes.

6          Q.  And you did not compare the risk or the cost of

7     the Fidelity Freedom Funds, which the Complaint called     14:28:30

8     the active suite, against the Fidelity Index suite;

9     correct?

10          A.  That's correct.  That was outside my scope.

11          Q.  Well, it was outside your scope because you

12     decided not to include the Freedom Index Funds in any of

13     your analyses?

14          A.  There were reasons why the Freedom Index Fund

15     didn't qualify.  That would be the only reason why they     14:28:59

16     weren't considered in my analysis.

17          Q.  What I'm asking, sir, that was a decision, a

18     judgment call that you made, not something that

19     Plaintiff's Counsel told you to do?

20          A.  That's correct.

21          Q.  Okay.

22          Towards the bottom of paragraph 25, I think it's

23     the last sentence, the Complaint alleges "Defendants     14:29:28

24     should have considered the merits and features of all

25     available TDF options, but they instead failed to

Page 188

```
1      compare the active and index suites as well as other

2      available TDFs, including actively managed TDFs that

3      offer expected returns sufficient to justify the

4      associated costs and risk."

5           Do you see that?

6           A.  Yes.

7           Q.  You saw in the target date deep dive that      14:29:56

8      Quanta did consider the merits and features of a bunch

9      of different TDF options; correct?

10          A.  Yes.  Well, when you say "considered," they

11     looked at them angly.  I don't know if they considered

12     them as in purchasing them or adopting them, but they

13     certainly had that data made available to them by

14     Ascend.

15          Q.  And -- That's fine.  Good.

16          And then the Complaint also says, "they instead     14:30:27

17     failed to compare the active and index suites."

18          Do you see that?

19          A.  Are we still on "25"?

20          Q.  We are.

21          A.  Oh yes, "but they instead failed to compare the

22     active --" okay.  Yes, I see it.

23          Q.  And you also did not compare the active and

24     index suites; correct?

25          A.  I did not.
```

Page 189

1           Q.  Okay.

2           And this paragraph says, "Defendants should have

3      considered the merits and features of all available TDF

4      options."

5           But you actually didn't consider all TDF options      14:30:59

6      either; correct?

7           A.  For purposes of the alternative selection?

8           Q.  Correct.

9           A.  We looked at the full universe available on

10     Morningstar and then eliminated them using those filters

11     that I mentioned before.

12          Q.  The only ones whose performance you looked at

13     was 12 of them; correct?

14          A.  Only those which made it through the filtering      14:31:29

15     process, correct.  What I'm saying is, that was not

16     arbitrary decision.  It was, you know, a data-management

17     decision.

18          Q.  Can we go to paragraph 29?                         14:31:55

19          A.  Okay.

20          Q.  The first sentence of paragraph 29 says, "The

21     active suite and the index suite are sponsored by the

22     same investment management company and share a

23     management team."

24          Do you see that?

25          A.  Yes.

Page 190

1          Q.   You know that that's true; correct?

2          A.   Yes.

3          Q.   Okay.

4          The next sentence says, "But while the active suite

5     invests predominantly in actively managed Fidelity

6     mutual funds, the index suite places no assets under          14:32:26

7     active management and instead invests in Fidelity funds

8     that simply track market indices."

9          Do you see that?

10         A.   Yes.

11         Q.   And there's a Footnote 4 there too; correct?

12         A.   Yes.   "Per Morningstar, the active suite's

13    underlying holdings are 88.8 percent actively managed by

14    asset weight."

15         Q.   Paragraph 29 also said, "The active suite is

16    also dramatically more expensive than the index suite";

17    correct?

18         A.   Correct.

19         Q.   And you didn't evaluate that; right?          14:32:57

20         A.   Well, we did not look at the index suite

21    because it didn't meet the criteria.

22         Q.   Right.

23         So you didn't look to see whether the active suite

24    was dramatically more expensive than the index suite?

25         A.   I did not analyze that statement, no.

Page 191

1        Q.  Okay.

2        You didn't analyze whether it's true or not?

3        A.  Correct.

4        Q.  Okay.

5        And you also didn't analyze whether the American

6    Funds target date funds were also dramatically more        14:33:27

7    expensive than the index suite?

8        A.  Say that one one more time.

9        Q.  You didn't evaluate whether the American Funds

10   target date funds were also dramatically more expensive

11   than the index suite?

12       A.  No, I did not.

13       Q.  You didn't analyze whether any of the target

14   date funds that you evaluated in your Table 6 were

15   dramatically more expensive than the index suite?

16       A.  If for some reason the index suite did not make  14:33:58

17   it through the filters, then that did not occur.

18       Q.  As you sit here today, you don't know why the

19   index suite didn't make it through the filters?

20       A.  I would have to talk to my analyst, but I don't

21   know of any reason why other than one of the mechanical

22   filters kicked it out of the system.

23       Q.  The next sentence -- the next part of the

24   sentence, "the active suite is riskier in both its

25   underlying holdings and its asset-allocation strategy."  14:34:26

Page 192

1      Do you see that?

2      A.  Yes.

3      Q.  You did not evaluate that issue either;

4  correct?

5      A.  No.

6      Q.  No, you did not?

7      A.  No, I did not.

8      Q.  And you also didn't evaluate whether the

9  American Funds target date funds, for example, had

10  underlying holdings in an asset-allocation strategy that

11  were riskier than the Fidelity Index target date funds?

12      A.  No, I did not.                         14:35:00

13      Q.  Okay.

14      Paragraph 30 says that "The active suite chases

15  returns by taking levels of risk that render it

16  unsuitable for the average retirement investor including

17  plan participants."

18      Do you see that?

19      A.  Yes.

20      Q.  Did you evaluate whether that was true?

21      A.  No.  Wasn't relevant to my analyses.      14:35:29

22      Q.  The next sentence says, "At first glance the

23  equity glide paths of the active suite and index suite

24  appear nearly identical."

25      Do you see that?

Page 193

1      A.  Yes.

2      Q.  You didn't evaluate that either; correct?

3      A.  No.

4      Q.  And you didn't evaluate whether the American

5   Funds target date funds also had a glide path that was

6   nearly identical to the Fidelity target date funds?

7      A.  I did not.                              14:35:59

8      Q.  Okay.

9      The next sentence says, "But the active suite

10  subjects its assets to significantly more risk than the

11  index suite through multiple avenues."

12      Do you see that?

13      A.  Yes.

14      Q.  Okay.

15      You didn't evaluate whether that was true either;

16  correct?

17      A.  Correct.

18      Q.  The next sentence says, "At the underlying fund

19  level, where the index suite invests only in index funds

20  that track market indices, the active suite primarily     14:36:30

21  features funds with a manager deciding what securities

22  to buy and sell and in what quantities."

23      And again, you didn't evaluate that?

24      A.  No.

25      Q.  No, you did not?

Page 194

1          A.  No, I did not.

2          Q.  Mr. Marin, could you look at paragraph 33?     14:36:45

3          A.  Okay.

4          Q.  In paragraph 33 the Complaint alleges, "At all    14:37:32

5     times across the glide path, the activity suite's top

6     four domestic equity positions were and are in Fidelity

7     Series Funds created for exclusive use in the Freedom

8     Funds."

9          Do you see that?

10          A.  Yes.

11          Q.  And then it goes on to say that "three of which

12     have dramatically trailed their respective indices over

13     their entire expected lifetimes."

14          Do you see that?

15          A.  Yes.                                            14:38:00

16          Q.  You didn't analyze that in your report;

17     correct?

18          A.  No.

19          Q.  No, you did not?

20          A.  No, I did not.

21          Q.  Okay.

22          The next sentence specifically talks about the

23     large cap stock Fund.

24          Do you see that?

25          A.  Hold on a second.  Is this still on page 14?

Page 195

1        Q.  Yeah.

2        A.  The stock, large cap value funds.

3        Q.  Not that one yet.  The first one was the large    14:38:29

4   cap stock funds.

5        A.  Oh yes.  Okay.  Go ahead.

6        Q.  You didn't evaluate whether the sentence that

7   is contained there about the large cap stock funds was

8   true or not?

9        A.  I did not.

10        Q.  And it didn't matter to your analysis?

11        A.  No, it did not.

12        Q.  It didn't matter to your analysis about whether

13   the Freedom Funds should be removed from the plan, and

14   it didn't matter to your analysis about which would be

15   the most appropriate target date funds to offer for plan    14:38:58

16   participants?

17        A.  No, it did not.

18        Q.  The next one is the Stock Selector Large Cap

19   Value Fund.

20        And again, you didn't evaluate the allegations that

21   are in that sentence either; correct?

22        A.  No, I did not.

23        Q.  Because it didn't matter to your opinions about

24   whether the Freedom Funds should be removed from the

25   plan or what the most appropriate Freedom -- excuse

Page 196

1    me -- what the most appropriate target date funds should

2    be for the plan?

3        A.  No, it did not.                                    14:39:29

4        Q.  The next one is the Intrinsic Opportunities

5    Fund.

6        Do you see that?

7        A.  Yes.

8        Q.  And again, same thing, you didn't evaluate that

9    either in connection with evaluating whether the Freedom

10   Funds should be removed from the plan or what the best

11   investment option would be for plan participants?

12       A.  No, I did not.

13       Q.  Sorry.  Did somebody say something?  I know I   14:40:01

14   coughed, so I didn't hear what it was.  All right.

15   We'll press ahead.

16       The next sentence says that "While the portfolio of

17   the active suite is diversified among 32 underlying

18   investment vehicles, the three aforementioned funds

19   represent over 19 percent of the 2040 through 2065

20   vintages."

21       Do you see that?

22       A.  Yes.

23       Q.  You didn't evaluate that issue at all either;

24   correct?

25       A.  No, I did not.                                    14:40:29

Page 197

1          Q.   Paragraph 34 says, "Poor performance of the

2     underlying funds in the active suite is not limited to

3     the largest positions.  Of the 25 actively managed

4     Fidelity Series Funds in the active suite portfolio, 11

5     have failed to beat their respective benchmarks over

6     their lifetime."

7          Do you see that?

8          A.   Yes.

9          Q.   You did not evaluate whether that was true or

10    not?

11         A.   No, I did not.                          14:40:59

12         Q.   Because it wasn't relevant to your opinions

13    about whether the Fidelity Freedom Funds should be

14    removed from the plan, and it wasn't relevant as to what

15    target date options should be offered as investment

16    options?

17         A.   That's correct.

18         Q.   You also did not evaluate any of the underlying

19    funds for any of the other target date funds that you

20    evaluate in Table 6; correct?

21         A.   Say that one more time?

22         Q.   I'm going to ask it slightly differently.

23         You also, in Table 6 of your report, identify a

24    number of other target date funds; correct?          14:41:30

25         A.   Correct.

Page 198

1           Q.  You didn't evaluate the performance of any of

2       the underlying funds in any of those target date funds

3       to see how many of them underperformed their benchmarks

4       over their lifetimes or over three years or five years

5       or any other time period?

6           A.  No, I did not.

7           Q.  Paragraph 35 says that "As of the start of the

8       class period, several of the underlying funds used

9       within the active suite portfolio lacked performance        14:42:00

10      history sufficient to support a meaningful analysis."

11          Do you see that?

12          A.  Yes, I do.

13          Q.  You didn't evaluate whether that was true

14      either?

15          A.  No, I did not.

16          Q.  And then it goes on to say, "Accordingly, no

17      prudent fiduciary could have appropriately evaluated

18      these funds."

19          You didn't evaluate that either?

20          A.  No, I did not.

21          Q.  The next sentence continuing into the chart

22      says, "Indeed, as illustrated in the table below, 13 of     14:42:27

23      24 funds --" and then there's Footnote 7 -- "failed to

24      meet the basic criteria of at least a five-year

25      performance history -- meaning, almost two thirds of the

Page 199

```
1          funds in the active suite portfolio would have failed

2          one of the most basic fiduciary requirements."

3               Do you see that?

4               A.   I do.

5               Q.   You didn't evaluate whether any of that was

6          true?

7               A.   I did not.

8               Q.   And none of that matters to the opinions that

9          you expressed in your report about whether the Fidelity

10         Freedom Funds should be removed as investment options or   14:43:00

11         what target date options should be offered to plan

12         participants; correct?

13              A.   No, I did not.

14              Q.   And you also did not evaluate, for example,

15         whether the American Funds had a lot of underlying funds

16         that lacked a five-year performance history?

17              A.   No, I do not.

18              Q.   And the same with the other target date funds

19         that you include in table 6 of your report, you didn't

20         evaluate whether all of them had underlying funds that   14:43:27

21         had less than a five-year performance history?

22              MR. BERIN:   Object to the form.

23              THE WITNESS:   I did not do that analysis.

24              MR. BLUMENFELD:

25              Q.   Okay.   Excuse me.
```

1          Can you go to paragraph 36?

2          A.  Okay.

3          Q.  Do you see that in front of you?              14:43:58

4          A.  I do.

5          Q.  This shows a comparison of the glide path of

6     the Fidelity Freedom Funds against the Freedom Index

7     Funds -- that is, the active suite against the index

8     suite; correct?

9          A.  Correct.

10         Q.  You didn't do an analysis to see whether this

11    chart that's contained in paragraph 36 was true or not?

12         A.  I did not.

13         Q.  Paragraph 37 says, "This chart considers only

14    the mix of stocks, bonds, and cash"; right?              14:44:28

15         A.  Yes.

16         Q.  And then it goes on to say, "A deeper

17    examination of the sub-asset classes of the active

18    suite's portfolio, however, exposes the significant

19    risks its managers take to boost returns."

20         Do you see that?

21         A.  I do.

22         Q.  And again, you didn't evaluate whether that

23    sentence in paragraph 37 is true or not?

24         A.  No, I did not.

25         Q.  And you didn't consider or evaluate whether all

Page 201

1      of the allegations in paragraph 37 were true or not?

2          A.  Just reading it through quickly.          14:45:02

3          Q.  Take your time.

4          A.  No, I did not.

5          Q.  Okay.

6          The next sentence in here says, "Across the glide

7      path, the active suite allocates approximately 1.5

8      percent more of its assets to riskier international

9      equities than the index suite and also has a higher

10     exposure to riskier asset classes like emerging markets  14:45:29

11     and high yield bonds."

12         A.  Yes.

13         Q.  I'm sorry.  Say that again?

14         A.  Yes.

15         Q.  Okay.  Great.

16         Do you need a drink of water, Mr. Marin?

17         A.  Let me take a drink.

18         Q.  I'm going to do the same.  You and I have been

19     talking a lot.  Alec had it easy.

20         A.  Okay.  I'm ready.

21         Q.  You didn't evaluate whether the active suite    14:45:57

22     had 1.5 percent more of its assets to riskier

23     international equities than the index suite; right?

24         A.  No, I did not.

25         Q.  And you didn't evaluate whether the active

```
                                                    Page 202
1        suite had higher exposure to riskier asset classes like

2        emerging markets and high yield bonds?

3             A.  No, I did not.

4             Q.  And you also didn't evaluate whether the

5        American Funds had 1.5 percent more of its assets to

6        riskier international equities than the Fidelity Freedom

7        Funds?

8             A.  No, I did not.                      14:46:29

9             Q.  And you also didn't evaluate whether the

10       American Funds target date funds had a higher exposure

11       to riskier asset classes like emerging classes and high

12       yield bonds than the Fidelity Freedom Funds?

13            A.  No, I did not.

14            Q.  Paragraph 38 of the Complaint says that the   14:47:00

15       active suite managers were encouraged to participate in

16       active asset allocation.

17            Do you see that?

18            A.  Yes.

19            Q.  Did you evaluate whether that was true?

20            A.  No, I did not.

21            Q.  Did you evaluate whether all of the other

22       target date funds that you include in Table 6 of your   14:47:29

23       report also engaged in the same asset allocation as the

24       Fidelity Freedom Funds?

25            A.  Not to the way -- to the extent it's indicated
```

Page 203

1          here in Number 38.

2               Q.  Did you do it at all?

3               A.  Well, we're talking about glide path now, and

4          evaluating the glide path is something, as I said          14:47:56

5          before, we looked at to see what the glide paths looked

6          like relative to one another.  And therefore, there was

7          some assessment made that they did not create any

8          outlier glide paths that would have created a problem or

9          disqualified them from consideration.

10              Q.  As far as you were concerned, the glide paths

11         on all of the target date funds were close enough that    14:48:26

12         it didn't signal that one was any better or worse than

13         any other?

14              A.  Not in a meaningful way, correct.

15              Q.  Okay.

16              The next sentence in paragraph 38 describes a March

17         2018 Reuters report.

18              Do you see that?

19              A.  Yes, "Fidelity freedom, investors, lost

20         confidence in the active suite."  Yes, I see that.         14:49:00

21              Q.  And you don't discuss or rely on or consider

22         that March 2018 Reuters report in your analysis at all;

23         correct?

24              A.  No.  No, I did not.

25              Q.  And that's because it didn't affect your

Page 204

1           opinions about whether the Fidelity Freedom Funds should

2           be removed from the plan or what the best target date

3           funds would be to offer to plan participants would be?

4                A.  No.  So long as the amount of the asset change    14:49:28

5           was -- would not disqualify the funds in any way from

6           the size criteria, the answer is no.

7                Q.  One sentence down says, "While many TDF

8           managers increase their exposure to riskier investments

9           in an effort to improve returns, the president of

10          research firm Target Date Solutions cautions that the    14:49:57

11          active suite has gone further down this path than its

12          peers."

13               A.  I do.

14               Q.  Did you relate whether that was true or not?

15               A.  No, I did not.

16               Q.  And it didn't matter to the opinions that you

17          expressed in this case; correct?

18               A.  Correct.

19               Q.  You also didn't evaluate whether the American

20          Funds increased their exposure to riskier investments

21          even more than the Fidelity Freedom Funds; correct?

22               A.  Correct.

23               Q.  Paragraph 39 of the Complaint, could you turn    14:50:39

24          to that, sir?

25               A.  I have it.

Page 205

1        Q.  Great.

2            In paragraph 39 Plaintiffs allege that, "Far from

3       being the," quote, "lifetime saving solution Fidelity

4       promotes, because its funds assume more risk, the active

5       suite exposes investors to significant losses in the       14:50:59

6       event of market volatility like the downturn experienced

7       during the COVID-19 pandemic."

8            Do you see that?

9        A.  I do.

10       Q.  Did you evaluate that?

11       A.  No, I did not.

12       Q.  Can you turn to paragraph 44?               14:51:17

13       A.  Okay.

14       Q.  Paragraph 44 alleges that "The flow of funds to

15      or from target date families is one indicator of the      14:51:57

16      preferences of investors at large."

17           Do you see that?

18       A.  Yes.

19       Q.  Did you offer an opinion on that in your

20      report?

21       A.  I did not.

22       Q.  Did you evaluate that issue either with respect

23      to the Fidelity Freedom Funds or any of the comparative

24      target date funds?

25       A.  No, I did not.

Page 206

1      Q.  Lower down in paragraph 44 there's a sentence    14:52:33

2      that says, "At the same time, investor confidence in the

3      active suite has deteriorated from 2016 to 2020 while

4      the index suite gained approximately 40 billion in net

5      inflows.  The active suite lost an estimated 35 billion

6      in net outflows."

7          Do you see that?

8      A.  Yes.

9      Q.  You didn't evaluate whether that was true or

10     not; correct?

11     A.  I did not.

12     Q.  And it didn't matter to your opinion whether    14:52:59

13     the Fidelity Freedom Funds should be removed or what

14     investments would be appropriate for plan participants?

15     A.  No, it did not.

16     Q.  Mr. Marin, do you have an understanding, sir,    14:53:55

17     as to how many defined contribution retirement plans    14:53:57

18     offer more than one target date suite to participants?

19     A.  No, I don't.  No.

20     Q.  Okay.

21         So you don't know if it's -- if any of them do or

22     if half of them do or if 1 percent of them do?

23     A.  I do not.

24     Q.  Okay.

25         (Pause in the proceedings.)

Page 207

1          MR. BLUMENFELD:

2          Q.  Mr. Marin, you didn't evaluate any other target  14:56:00

3     date funds except for the ones that are specifically

4     identified in your report; correct?

5          A.  Correct.

6          MR. BLUMENFELD:  Mat, can we mark the rebuttal

7     report?

8          MR. McKENNA:  Yes.  One second.                     14:56:26

9          THE WITNESS:  You want me to call up another

10    report?

11         MR. BLUMENFELD:

12         Q.  Yeah.  This will be Exhibit 8 to your

13    deposition, Mr. Marin.

14         MR. McKENNA:  Should be available now.               14:56:55

15         (Pause in the proceedings.)

16         THE WITNESS:  Okay.

17         MR. BLUMENFELD:

18         Q.  Can you turn to paragraph 24 of your rebuttal

19    report?                                                  14:57:27

20         MR. BLUMENFELD:  Sorry, Alec.  Do you have it?

21         MR. BERIN:  I do.  Thanks for asking.

22         THE WITNESS:  I have it.

23         MR. BLUMENFELD:

24         Q.  Okay.

25         In paragraph 24 you criticize Dr. Wermers' report

Page 208

1          for pointing to favorable Morningstar medalist ratings;

2     correct?

3          A.  Correct.

4          Q.  And you say they "represent the projections of

5     Morningstar's analyst team and analyst commentary on the    14:57:57

6     Freedom Funds"; correct?

7          A.  Correct.

8          Q.  First of all, do you understand that other plan

9     fiduciaries also use Morningstar medalist ratings in

10    evaluating the investment options that they are

11    including as investment options or considering to

12    include as investment options?

13         A.  I don't know that for a fact, but it wouldn't

14    surprise me that somebody else does look at it.

15         Q.  Actually, let me ask it the other way.          14:58:29

16         You can't identify any plans that don't use

17    Morningstar as part of their analysis in selecting funds

18    or in monitoring their forms?

19         MR. BERIN:  Object to form.

20         THE WITNESS:  I cannot.

21         MR. BLUMENFELD:

22         Q.  Okay.

23         The second sentence here says that "The medalist

24    ratings are forward-looking projections."

25         Do you see that?

Page 209

1          A.   Yes.

2          Q.   What does that mean?

3          A.   They are an attempt to predict how a fund will     14:58:55

4    do based on their assessment of the fund.  They're

5    projections.

6          Q.   Meaning it's how Morningstar believes the fund

7    is likely to do in the future, not based necessarily on

8    how the funds had done in the past?

9          A.   Well, presumably they don't have anything but

10   the past or the positioning of the funds to make that

11   consideration.  But yes, they are forward-looking

12   projections.                                              14:59:30

13         Q.   And then you go on to say that those medalist

14   ratings "do not necessarily portend good performance";

15   right?

16         A.   That's correct.

17         Q.   What's the significance of that?

18         A.   That's my way of saying that referencing the

19   medalist reports from Morningstar is not a good way to

20   assess the performance, the actual performance that has

21   been incurred by the plan from a given fund that's in     15:00:00

22   the plan.

23         Q.   You switched tenses on me there, Mr. Marin, and

24   so I apologize if I'm being dense, but these are

25   forward-looking projections, so of course they're not

Page 210

1    going to reflect past performance.

2         A.  Well, not necessarily so.  They're

3    forward-looking projections which are based on

4    something; right?  And what they're based on, since no    15:00:30

5    one has a crystal bail, they're based on the prior

6    performance and the structure of the funds as perceived

7    by Morningstar's analyst team that would lead them to

8    conclude what they conclude about the forward-looking

9    possibilities of that fund.

10        Q.  Okay.

11        A.  I don't think I changed tenses there.    15:00:58

12        Q.  When you say they "don't necessarily portend

13   good performance," you cite to the Kiplinger's report;

14   correct?

15        A.  Correct.

16        Q.  Which says that "the medalist ratings --" at

17   least according to your interpretation of that

18   publication -- "the medalist ratings have been unable to

19   consistently identify funds that outperform"?

20        A.  That's what it says, yes.

21        Q.  And what's the basis of that?

22        A.  Well, the Wermers report is trying to say that    15:01:30

23   the Morningstar medalist ratings are good predictive

24   tools, and the Kiplinger publication would say that

25   hasn't been the case.

Page 211

1          Q.   And what's the significance of that?

2          A.   The significance of that is I'm not sure that

3     the use of the Morningstar medalist reports are

4     necessarily helpful to evaluating whether to retain a

5     fund or not, especially since that's not something          15:02:00

6     that's specified in the IPS.

7          Q.   Okay.

8          Putting aside the IPS aspect of it, do you have any

9     analysis that said that the medalist ratings that

10    Morningstar uses were worse predictors of future

11    performance than the analysis that you go through in

12    paragraph 31-A through E of your report or in Table 6 of  15:02:27

13    your report?

14         A.   Well, "31" does not portend to be a predictive

15    framework.  It's an evaluative framework; correct?  And

16    so the answer is no, I don't know how to make that

17    comparison you're asking me to make because that's not      15:02:59

18    what I do in the first prong of this analysis.

19         Q.   Let's come back to that then.  Let's talk about

20    the second part of the analysis.

21         Is the medalist rating better or worse or the same

22    as the analysis that you go through in Table 6 to

23    identify a suitable target date fund for the plan?

24         A.   I have not done that assessment, so I have no

25    way of knowing.                                             15:03:29

Page 212

1           Q.  And more generally, you haven't done an

2      assessment as to whether the methodology that you

3      describe and utilize in Table 6 is actually good at all

4      in predicting which funds are going to be the best funds

5      over a subsequent time period?

6           MR. BERIN:  Object to the form.

7           THE WITNESS:  I did not -- I did not do a research

8      study that would give me strong empirical evidence as to

9      predictive quality, so the answer is no.              15:03:58

10          MR. BLUMENFELD:

11          Q.  Did you do any analysis that would give you any

12     predictive analysis or results?

13          A.  Well, I -- What I've said before is that these

14     are time-honored ways in the industry to evaluate the

15     selection process in funds, and they're very consistent

16     with the selection methodology that the IPS calls out,   15:04:25

17     so in that sense I do believe they're a valid way of

18     going about making a selection of alternative fund.  And

19     there's no guarantee that they will produce the best or

20     perfect result, but they are well respected ways of

21     evaluating funds for selection.

22          Q.  Much like the Morningstar medalist ratings;

23     correct?

24          A.  I have no reason to believe that the          15:04:59

25     Morningstar medalist ratings are better or worse than my

Page 213

1       methodology.  All I know is that Kiplinger calls that

2       out as not being particularly valuable as a way of

3       predicting future performance.

4            Q.  Got it.

5            Mr. Marin, you did not conclude in your report that

6       the Fidelity Freedom Funds should have been replaced by

7       the Vanguard target date funds; correct?

8            A.  That was not our conclusion.

9            Q.  And you did not conclude in your report that     15:05:59

10      the Fidelity Freedom Funds should have been replaced by

11      the T. Rowe Price target date funds?

12           A.  That was not our conclusion.  Again, if you

13      look at the -- well, let me just take a quick look at

14      the score card to see what it produces.

15           Q.  The only one that you concluded that should

16      replace the Fidelity Freedom Funds was the American      15:06:27

17      Funds target date funds.

18           A.  Yeah, but I was just looking to see where those

19      two stacked up against the American Funds.  Okay.  But

20      you're right.  I did not recommend.

21           Q.  And the same with the JP Morgan target date

22      funds; correct?

23           A.  I did not recommend.

24           Q.  I forget if I asked this already, Mr. Marin, or  15:06:45

25      not.

Page 214

```
 1          Did you evaluate whether any of the other target

 2     date funds that you described in Table 6 had any

 3     outflows of investors or inflows from investors?        15:07:27

 4          A.  No, unless they like I said were disqualified

 5     for overall size, no.

 6          Q.  Great.

 7          Can you turn to paragraph 27 of your report?

 8          A.  Which report?

 9          Q.  Sorry.  Good question.  Your rebuttal report

10     which I believe has been marked as Exhibit 8.

11          A.  So the one that we're already on here?

12          Q.  Yeah.                                           15:07:59

13          A.  Which paragraph, "26"?

14          Q.  "27."

15          A.  "27," sorry.  Okay.  I've got it.

16          Q.  In paragraph 27 you criticize Dr. Wermers;

17     correct?

18          A.  Yes.

19          Q.  I guess you do that in a lot of places in this

20     report, but in paragraph 27 --

21          A.  Not as much as he did of mine, but okay.        15:08:29

22          Q.  You say that in the last sentence, "More

23     germane to those decisions is Exhibit 7 to the Wermers

24     report which shows a year-over-year decrease in large

25     plans offering the Freedom Funds from 2016 to 2018."
```

Page 215

1          Do you see that?

2          A.  That's at the very end.

3          Q.  Yeah.  You can read the whole thing to

4     yourself.                                        15:09:00

5          A.  Whole thing to myself first, so give me a

6     moment.

7          Q.  Sure.

8          (Pause in the proceedings.)

9          THE WITNESS:  Okay.  I've read it.  What was your   15:09:43

10    question?

11         MR. BLUMENFELD:

12         Q.  Bear with me one second.  I lost something on

13    my end that I need to find.

14         A.  Uh-huh.

15         Q.  In paragraph 27 at the end you say, "More       15:10:06

16    germane to those decisions is Exhibit 7 to the Wermers

17    report which shows a year-over-year decrease in large

18    plans offering the Fidelity Freedom Funds from 2016 to

19    2018."

20         A.  Yes.

21         Q.  What do you mean "more germane"?

22         A.  Well, I think it's more relevant to the issue

23    that he's bringing up because he's using flows as some   15:10:28

24    sort of an indicator of whether or not the Freedom Funds

25    should or shouldn't have been retained, which as we know

Page 216

1      is not really part of my analytical framework.  But

2      since he brought it up in his report, I chose to rebut

3      it in this section, and what I've said is that I think    15:10:55

4      that Exhibit 7 showing the year-over-year decrease in

5      large plan offerings of Freedom Funds from '16 to '18

6      was more important than the other references he made to

7      flows.

8           Q.  Okay.

9           More important in evaluating whether the Freedom

10     Funds should be removed from the plan and what the best

11     investment option would be for participants?           15:11:27

12          A.  Yes.

13          Q.  Okay.

14          Let's turn to Exhibit 7 to Dr. Wermers' report.

15     That would be, Mr. Marin, Exhibit 3 to your deposition.

16     We looked at it earlier.

17          A.  Okay.  I'm in Exhibit 3.  What page?

18          Q.  Page 115 of 200, which is Exhibit 7 to

19     Dr. Wermers' report that you were just citing and

20     referring to in your rebuttal report.                  15:12:00

21          A.  Page 115 you said?

22          Q.  Page 115 of 200, yes.

23          A.  All right.  I have Exhibit 7.

24          Q.  Okay.

25          And this is the exhibit that you were just

Page 217

1       referring to in your rebuttal report; correct?

2            A.  Yes.

3            Q.  And I want to make sure that we avoid any     15:12:30

4       hindsight, because as you said, that's important in the

5       analysis.

6            And what you see as of 2015, according to

7       Dr. Wermers' report, there were 145 large plans that

8       offered the Fidelity Freedom Funds; correct?

9            A.  Correct.

10           Q.  And in 2016, did that number go up or down?     15:12:55

11           A.  That went up by six.

12           Q.  So there were six more plans that invested in

13      the Fidelity Freedom Plans as of 2016 than had been as

14      of 2015?

15           A.  Correct.

16           Q.  And then when you get to 2017, that number

17      drops to 150; correct?

18           A.  Correct.

19           Q.  Meaning between 2016 and the end of 2017, there

20      was only one plan that removed its investment in the

21      Fidelity Freedom Funds?                                 15:13:29

22           MR. BERIN:  Object to form.

23           THE WITNESS:  Only one plan shown on this report,

24      yes.

25           MR. BLUMENFELD:

Page 218

1        Q.  Yes.

2        And then if you look at the American Funds target

3   date funds, in 2016 how many plans were there?

4        A.  Let me find the American Fund.  In which year?

5        Q.  2016.

6        A.  Fifteen.

7        Q.  And when you get to 2017, how many were there?   15:13:57

8        A.  Twenty-nine.

9        Q.  Okay.

10       And obviously that increase of 14 plans did not all

11   or mostly come from plans that were invested in the

12   Fidelity Freedom Funds; correct?

13       MR. BERIN:  Object to form.

14       THE WITNESS:  Well, the numerical analysis would

15   indicate that at most one of those 14 plans, and I don't

16   know if that's even the case.                    15:14:29

17       MR. BLUMENFELD:

18       Q.  You and I agree on that.

19       And the time period that you say the Fidelity

20   Freedom Funds should have been removed is at the

21   beginning of 2017; correct?

22       A.  That's correct.

23       Q.  So what happens after that really would be

24   irrelevant to your analysis of whether the Freedom Funds

25   should have been removed from the plan or what

Page 219

1        investment options should have been offered instead?

2              MR. BERIN:  Object to form.                          15:14:59

3              THE WITNESS:  Yes.  I would just point out one

4        thing, and that is I'm responding here, rebutting

5        Mr. Wermers' assessment, which indeed did cover a longer

6        period of time than my analytical framework for my first

7        prong of the removal analysis covered.  So in my

8        response to him I referenced a period that was longer

9        than I would have in my framework analysis because I'm    15:15:25

10       responding to his observations.

11             MR. BLUMENFELD:

12             Q.  Understood.

13             You didn't look at anything starting essentially Q1

14       of 2017 or thereafter, so in your analysis you wouldn't

15       have looked at any information about other investors in

16       that time period just like you wouldn't look at any

17       other information from that time period?

18             A.  That is correct.

19             Q.  Okay.

20             If we could have, I'm going to say, 20 minutes or

21       so?  We are close to being finished, but I'd like to be   15:15:58

22       able to circle up with my team, if that's okay with you,

23       Alec, and Mr. Marin?

24             A.  It's fine with me.

25             THE VIDEOGRAPHER:  We are going off the record.

Page 220

1          The time is 3:16.

2               (A recess is taken.)

3               THE VIDEOGRAPHER:  We are back on the record.  The

4          time is 3:36.

5               MR. BLUMENFELD:

6               Q.  Mr. Marin, welcome back.

7               A.  Thank you.

8               Q.  You understand you're still under oath?

9               A.  I do.

10              Q.  And you have the same obligation to tell the

11         truth as if you were testifying live in front of a

12         judge?

13              A.  Yes.

14              Q.  Great.                              15:36:30

15              So I think I asked you this question earlier today,

16         but I just want to make sure, and I don't get another

17         chance, so I want to make sure I ask it now.

18              When it comes to the alternative investments that

19         you evaluated, the only ones that you concluded would

20         potentially be appropriate for the Quanta plan are the

21         ones that you include in Table 6; correct?

22              A.  Correct.

23              Q.  And so the Freedom Index Funds, you don't know   15:36:56

24         why, what criteria of yours they didn't satisfy, but you

25         know they didn't satisfy some criteria, so they wouldn't

```
                                                  Page 221
 1        be appropriate for the Quanta plan as an investment

 2        option, in your opinion; correct?

 3             A.  Correct.

 4             Q.  Okay.

 5             Let's switch gears.

 6             MR. BLUMENFELD:  Mat, can you upload those 5500s?

 7             MR. McKENNA:  Yes.  I'll get them up in a second.

 8             (Pause in the proceedings.)

 9             MR. McKENNA:  They're all up now as Exhibits 9, 10,

10        and 11.

11             MR. BLUMENFELD:  Thank you.

12             Q.  So Mr. Marin, just to orient you, we've        15:38:27

13        uploaded exhibits to your deposition 9, 10, and 11 which

14        are Form 5500s.  That's the plan annual report for the

15        Bear Stearns profit sharing plan --

16             A.  Got it.

17             Q.  -- from 2005, 2006, 2007.

18             A.  Okay.

19             Q.  You were in this plan during this time period;

20        correct?

21             A.  Yes.

22             Q.  And the reason we included the 2005, -6, and -7

23        ones is just to show you that the investment options     15:39:00

24        essentially were the same during that time period.

25             A.  Okay.
```

Page 222

1        Q.  But if you go back to the back of the 5500,

2    you'll see the investment options.

3        A.  Which one do you want me to click on?

4        Q.  The 2005 one.

5        A.  That's 0009?

6        Q.  It is Exhibit 9 to your deposition, correct.

7    And I'm going to have to get you to the right page.

8        A.  Okay.  Hold on.  Okay.  I've got it.  What      15:39:29

9    page?

10       Q.  I'm working on it.  It starts on page 27 of

11    125.

12       A.  This says it's 50 pages.  What page of the 50?

13       Q.  Oh, I'm sorry.  I opened the wrong one so bear   15:39:59

14    with me.  I'll find the right one.  Okay.  Page 18 of

15    50.

16       A.  Okay.  I've got it.                              15:40:28

17       Q.  This lists several investment options in the

18    Bear Stearns defined contribution plan; correct?

19       A.  It does.

20       Q.  The first one is the Dreyfus Premier S&P STARS

21    Fund.

22       Do you see that?

23       A.  Wait a minute.

24       Q.  In the middle of the page.

25       A.  Yes, Dreyfus Premier S&P STARS Fund.

```
                                                    Page 223
 1            Q.  And there's the Dreyfus Premier Intrinsic Value

 2       Fund?

 3            A.  Correct.

 4            Q.  The Pacific Investment Management Company Total  15:40:59

 5       Return Fund?

 6            A.  Yes.

 7            Q.  The Columbia Acorn Fund?

 8            A.  Yes.

 9            Q.  The Royce Low-Priced Stock Fund?

10            A.  Yes.

11            Q.  The American EuroPacific Growth Fund?

12            A.  That's the next page.

13            Q.  It is.

14            A.  Got it.

15            Q.  The Vanguard PRIMECAP Fund?

16            A.  Yes.

17            Q.  The Dreyfus Premier Alpha Growth Fund?

18            A.  Yes.

19            Q.  The Longleaf Partners Fund?

20            A.  Yes.

21            Q.  The Putnam Asset Allocation Balanced Portfolio?  15:41:27

22            A.  Yes.

23            Q.  The Dreyfus Premier International Value Fund?

24            A.  Yes.

25            Q.  The Ostein Financial Alert Fund?
```

Page 224

1           A.  Yes.

2           Q.  The Dreyfus Premier Core Bond Fund?

3           A.  Yes.

4           Q.  The Massachusetts Financial Services -- that's

5     MFS -- Value Fund?

6           A.  Yes.

7           Q.  The Dreyfus Premier Limited Firm High Yield

8     Fund?

9           A.  Yes.

10          Q.  The Fidelity Advisor Growth Opportunities Fund?

11          A.  Yes.

12          Q.  The Dreyfus Premier High Income Fund?          15:41:57

13          A.  Yes.

14          Q.  The Barclays Global Investors Equity Index

15    Fund?

16          A.  Yes.

17          Q.  The State Street Global Advisors Aggressive

18    Strategic Balanced Fund?

19          A.  Yes.

20          Q.  The State Street Global Advisors Moderate

21    Strategic Balanced Fund?

22          A.  Yes.

23          Q.  And the State Street Global Advisors

24    Conservative Balanced Fund?

25          A.  Yes.

Page 225

1      Q.   And then on the next page the BlackRock Large

2   Cap Core Equity Fund?

3      A.   Yes.

4      Q.   So first of all, at the bottom of page 19 of 50  15:42:28

5   it identifies the aggressive, moderate, and conservative

6   funds.

7      Do you see that?

8      A.   Yes.

9      Q.   Those are what you were describing as lifestyle

10  funds; correct?

11     A.   They seem like they might be, yes.

12     Q.   But they don't actually adjust their allocation

13  over time.  A participant just gets to decide if they

14  want to invest more aggressively or moderately or

15  conservatively.                                      15:43:00

16     Correct?

17     A.   Correct.

18     Q.   Do you recall, having seen the list of these

19  funds, which ones you were invested in?

20     A.   No.

21     Q.   Okay.

22     But there was no target date funds offered in this

23  plan; correct?

24     A.   Right.

25     Q.   And would it surprise you to know that many of

Page 226

1       these funds would fail the monitoring criteria that you

2       articulate in paragraph 31-A, B, C, D, E of your report

3       in this case?

4           MR. BERIN:  Object to the form.                    15:43:27

5           THE WITNESS:  I have no way of knowing.

6           MR. BLUMENFELD:

7           Q.  I know.

8           I'm asking, would it surprise you to know that?

9           MR. BERIN:  Same objection.

10          THE WITNESS:  You know, would it surprise me to

11      know that?  No.  It wouldn't surprise me because I --

12      This, one, was a long time ago, and two, I was not

13      paying particular attention to these funds, and I

14      certainly wasn't applying this framework against them in  15:43:58

15      my assessment of those funds at the time.

16          MR. BLUMENFELD:

17          Q.  What difference does it make that it was a long

18      time ago?

19          A.  Well, the difference it makes is that I'm just

20      saying I'm not familiar enough with these funds to tell

21      you whether it would surprise me.  The State Street

22      Global Advisors is a reputable firm.  They're balanced   15:44:25

23      funds.  As shown here, I'm sure were reasonably well

24      managed, but that's all I know about them from just

25      looking at this list.  I could not have picked these out

Page 227

1        if you'd asked me to name funds that were in the Bear

2        Stearns funds.

3               So that's why the issue of responding the way you

4        have asked me about whether I would be surprised is hard

5        to answer.  I don't have any reason to be surprised or        15:44:58

6        not surprised, to be honest with you.

7               Q.  Well, I guess I'm a little confused then

8        because I thought the criteria that you were using and

9        applying in your report is the criteria that retirement

10       plan individuals utilize on a regular basis.

11              MR. BERIN:  Object to the form.

12              THE WITNESS:  What I'm saying is that that is a

13       mechanism which -- and that is a framework that is

14       typically used in the industry.                               15:45:30

15              MR. BLUMENFELD:

16              Q.  Right.

17              And so why would not -- why would not that

18       mechanism be used at the firm that you were the head of?

19              MR. BERIN:  Object to the form of the question.

20              THE WITNESS:  As we've established, I was not the

21       head of Bear Stearns.  I was the head of the buy side

22       operation, which is Bear Stearns Asset Management, and

23       this 401K plan was not one that I was involved with as a     15:45:58

24       fiduciary.  I was involved as a participant.  And there

25       is simply no way for me to recall what was going on with

Page 228

1    these individual funds and how they were assessed at the

2    time because I was not part of that assessment group.

3        MR. BLUMENFELD:

4        Q.  You weren't the ex officio member at the Bear

5    Stearns committee?                                15:46:30

6        A.  No.  I said I was the ex officio at the

7    Deutsche Bank, Deutsche Asset Management Funds.

8        Q.  Okay.

9        And if we looked at the Deutsche 401K plan, would

10   it surprise you to know that the Deutsche 401K plan also

11   had investment options that would fail the criteria you

12   articulate in 31-A, B, C, D, E?

13       MR. BERIN:  Object to the form of the question.    15:46:58

14       THE WITNESS:  I have no way of answering that

15   question because it's -- I have -- Number 1, I have

16   nothing in front of me to talk to on those issues, and

17   then I would have to look at the performance back in

18   that time frame, so I can't answer your question.

19       MR. BLUMENFELD:

20       Q.  But you know what criteria Deutsche would have

21   applied to monitoring the investment options?

22       A.  I know the sorts of criteria they would apply.    15:47:29

23   I'm not -- I don't recall their IPS.  I would have to

24   review their IPS to refresh my understanding of their

25   IPS and the criteria that they enforced upon theirselves

Page 229

1      for their review process and monitoring process.

2          Q.  And as you sit here today, you don't know if

3      the monitoring criteria that Deutsche applied or that    15:47:56

4      Bear Stearns applied was similar or different from the

5      monitoring criteria that you described in

6      paragraphs 31-A, B, C, D, and E of your report?

7          MR. BERIN:  Object to the form of the question.

8          THE WITNESS:  What I'm comfortable saying, since I

9      am familiar with those firms and how they managed their

10     affairs, I'm comfortable saying that most of the

11     criteria that I used to evaluate the performance and do    15:48:27

12     the monitoring of the funds in my report are similar to

13     the criteria that were used by those two firms.

14         Again, I have to account for a difference in time

15     frames.  This would have been '05 to '07 for Bear

16     Stearns.  For Deutsche Bank it would have been '99,

17     2000, 2001, but I can't respond more specifically than    15:48:58

18     that.

19         MR. BLUMENFELD:

20         Q.  I'm confused again when you referenced time

21     period, because my understanding was that your opinion

22     about the appropriate monitoring criteria doesn't change

23     with what time period we're talking about or what year

24     we're talking about, does it?

25         A.  Actually, you misinterpreted what I said.  What

Page 230

```
 1        I would say is that the fundamentals that are listed        15:49:25

 2        here were fundamentals that would be applied in any time

 3        frame.  The specifics of the IPS and what mechanisms the

 4        committee was charged to use to look at might change

 5        over time because there certainly is some change in a

 6        company's perspective about how to evaluate their plan      15:49:56

 7        participants' funds, or participant funds, and that

 8        would have to be incorporated in the review.  The

 9        fundamentals of tracking against the benchmark, the

10        fundamentals of doing peer review and looking at the

11        median of the peer results, the fundamentals of using

12        the type of analysis of Sharpe ratio, Alpha, information   15:50:25

13        ratio, those would not change.  Those are fairly

14        consistent.  But what's called for in the IPS might

15        change over time just as we've seen it does in the case

16        of Quanta.  It gets refined and tweaked at the ends, and

17        the approach is dictated.  And what is important is what

18        is called for in the IPS and then, like I've said,

19        overlaid with what is the practice in the industry at      15:50:59

20        the time.

21             Q.  So I want to make sure that I understand this

22        correctly.

23             You said that you were confident that at Deutsche

24        Bank and at Bear Stearns they would have looked at

25        performance versus peer groups.  They would have looked
```

Page 231

1       at Sharpe ratios, they would have looked at information

2       ratios, and they would have looked at performance versus

3       benchmarks but maybe not in the same way that you look    15:51:27

4       at them in paragraph A, B, C, D, E; is that right?

5            A.  There might have been some subtle differences

6       called for in the IPS based on the thinking of the

7       committee at the time.

8            Q.  Got it.

9            And the way that Bear Stearns and Deutsche Bank

10      might have looked at investment options by looking at

11      peer groups and ratios might have been the way that

12      Quanta looked at performance against benchmarks and peer

13      groups and Sharpe ratios and information ratios;          15:51:59

14      correct?

15           A.  It may have been, yes.

16           Q.  Okay.

17           I don't think I have any further questions for you,

18      Mr. Marin.

19           A.  Okay.  Thank you.

20           MR. BLUMENFELD:  Are you done, Alec?

21           MR. BERIN:  I attempted since you told me I had it

22      easy earlier, but I do not have any questions for

23      Mr. Marin.  Thank you.

24           THE VIDEOGRAPHER:  We are going off the record at

25      3:52 p.m., and this concludes today's testimony given by  15:52:25

Page 232

1       Richard A. Marin.  The total number of media units used

2       was five and will be retained by Veritext Legal

3       Solutions.

4           THE REPORTER:  Mr. Berin, do you want a copy?

5           MR. BERIN:  Yes, and standard delivery is fine.

6       But if you have a rough to send around, that would be

7       great too.

8           MR. BLUMENFELD:

9           Q.  Mr. Marin, thank you for your time and have a

10      good weekend.

11          A.  You too.  Bye-bye.

12          THE REPORTER:  Do you want a rough too,

13      Mr. Blumenfeld?

14          MR. BLUMENFELD:  Yes.  And thank you for your time

15      and help today.

16          (Whereupon the documents referred to are marked by

17      the reporter as Defense Exhibits 1 through 11 for

18      identification.)

19          (The proceedings concluded at 3:52 p.m.)

20          (Signature on following page.)

21

22

23

24

25

Page 233

1                            ***

2        I declare under penalty of perjury under the laws

3    of the State of California that the foregoing is true

4    and correct.

5

6        Executed at _____, California,

7    on _____.

8

9

10

11        _____

12                    RICHARD A. MARIN

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 234

1      STATE OF CALIFORNIA ) ss

2

3           I, BONNIE ANN GROSE, CSR 11703, do hereby declare:

4

5           That, prior to being examined, the witness named in

6      the foregoing deposition was by me duly sworn pursuant

7      to Section 2093(b) and 2094 of the Code of Civil

8      Procedure;

9

10          That said deposition was taken down by me in

11     shorthand remotely and thereafter reduced to text under

12     my direction.

13

14          I further declare that I have no interest in the

15     event of the action.

16

17          I declare under penalty of perjury under the laws

18     of the State of California that the foregoing is true

19     and correct.

20

21          WITNESS my hand this 1st day of November, 2024.

22

23          *Bonnie Ann Grose*

24          BONNIE ANN GROSE, CSR 11703

25

Page 235

1    ALEC J. BERIN, ESQUIRE

2    ajberin@millershah.com

3                                November 1, 2024

4    RE:    Laliberte, Mary Et Al v. Quanta Services Inc Et Al

5         10/18/2024, Richard A. Marin (#6946843)

6         The above-referenced transcript is available for

7    review.

8         Within the applicable timeframe, the witness should

9    read the testimony to verify its accuracy. If there are

10   any changes, the witness should note those with the

11   reason, on the attached Errata Sheet.

12        The witness should sign the Acknowledgment of

13   Deponent and Errata and return to the deposing attorney.

14   Copies should be sent to all counsel, and to Veritext at

15   erratas-cs@veritext.com

16    Return completed errata within 30 days from

17   receipt of testimony.

18     If the witness fails to do so within the time

19   allotted, the transcript may be used as if signed.

20

21

22             Yours,

23             Veritext Legal Solutions

24

25

Page 236

1   Laliberte, Mary Et Al v. Quanta Services Inc Et Al

2   Richard A. Marin (#6946843)

3                  E R R A T A   S H E E T

4   PAGE_____ LINE_____ CHANGE_____

5   _____

6   REASON_____

7   PAGE_____ LINE_____ CHANGE_____

8   _____

9   REASON_____

10  PAGE_____ LINE_____ CHANGE_____

11  _____

12  REASON_____

13  PAGE_____ LINE_____ CHANGE_____

14  _____

15  REASON_____

16  PAGE_____ LINE_____ CHANGE_____

17  _____

18  REASON_____

19  PAGE_____ LINE_____ CHANGE_____

20  _____

21  REASON_____

22

23  _____    _____

24  Richard A. Marin                            Date

25

[& - 2003]                                                                Page 1

**&**

**&** 1:14 2:11
  186:9

**0**

**0001** 157:17
**0006** 172:10
**0009** 222:5
**002** 57:12
**003** 184:15
**01** 157:9
**03290** 1:5 5:11
**05** 229:15
**07** 229:15

**1**

**1** 4:3 5:6 8:5,6
  122:7,11
  157:15 161:6
  168:15,16
  169:13,16
  177:14 181:1
  206:22 228:15
  232:17 235:3
**1.5** 30:13 201:7
  201:22 202:5
**10** 4:15 174:16
  221:9,13
**10/18/2024**
  235:5
**100** 36:16
  76:20,20 77:13
  83:21
**1099** 20:7
**11** 4:17 59:14
  59:21,22 60:21

81:12 82:25
93:23 127:20
127:22 128:2,5
151:19,19
153:23 154:1,8
157:2 158:1
197:4 221:10
221:13 232:17
**11-18** 59:23
**11-3-14** 158:11
**11-4-13** 159:20
**115** 216:18,21
  216:22
**11703** 1:17
  234:3,24
**11:00** 85:13
**11:13** 85:16
**11th** 94:10
**12** 60:21 81:10
  81:11,12 82:1
  82:5,6,23,24,25
  83:1,18,21,21
  84:3,3,5,5
  142:23,24
  143:20,20
  153:18,18
  154:1,8 169:8
  170:1,1,2,2
  189:13
**125** 222:11
**12:46** 147:25
**12b** 177:14
**12th** 102:11
**13** 58:4 60:22
  61:15 198:22

**14** 58:5 62:3
  67:21,22 85:22
  93:19,22 94:2
  120:15,16
  172:22 194:25
  218:10,15
**145** 217:7
**15** 93:7 147:18
**150** 4:8 76:23
  157:7 160:6
  217:17
**152** 168:18
**153** 162:7,9
  169:15 170:14
  175:16,17
**154** 162:11
**15th** 100:23
  104:16
**16** 127:20,21
  216:5
**16165** 234:23
**164** 169:25
**17** 95:10
**1701** 2:16
**172** 4:10
**174** 83:12
**177** 80:17
**178** 80:17
**179** 80:8,11,14
  80:17,18
**17th** 103:5
**18** 1:16 5:1
  10:21,22,25
  58:4,5 60:22
  62:3 67:21,22

85:22 120:15
120:16 216:5
222:14
**1845** 2:6
**185** 4:11
**18th** 5:5
**19** 196:19
  205:7 225:4
**19103** 2:7,17
**1:17** 148:3
**1st** 234:21

**2**

**2** 4:4 20:6
  57:20 85:19
  120:11 172:17
  172:18,19
**20** 11:24 14:2,5
  14:6 15:18
  17:23 18:1
  51:12 99:2
  105:18 107:12
  111:1 119:12
  139:8 219:20
**200** 80:8,14
  83:12 184:20
  216:18,22
**2000** 44:20
  229:17
**2001** 44:13,22
  44:23 45:12
  229:17
**2003** 27:6
  32:23 33:3
  118:3 174:21

**[2005 - 3.41]**                                                              Page 2

| | | | |
|---|---|---|---|
| **2005**  4:14 | 110:13 112:14 | **2023**  145:18 | **221**  4:13,15,17 |
| 90:22 91:2,12 | 120:24 121:8 | **2024**  1:16 5:1,5 | **23**  145:8 |
| 91:14,23 92:5 | 121:14,22 | 145:18 149:2 | **232**  4:3,4,5,6,8 |
| 92:7 221:17,22 | 122:15 125:16 | 169:23 170:9 | 4:10,11,12,13 |
| 222:4 | 132:15 140:7 | 174:24 234:21 | 4:15,17 |
| **2006**  4:16 | 144:13 149:3,4 | 235:3 | **23rd**  104:5 |
| 221:17 | 149:25 151:12 | **2025**  97:23 | **24**  134:6,10 |
| **2007**  4:18 | 151:21 152:17 | 98:2,10,14 | 145:8 185:20 |
| 26:20 27:6 | 206:3 214:25 | **2030**  99:7,7,8 | 198:23 207:18 |
| 29:3,7 32:23 | 215:18 217:10 | 99:14 174:1,6 | 207:25 |
| 33:3 221:17 | 217:13,19 | **2035**  100:1,4,17 | **25**  17:23 18:1 |
| **2008**  26:17 | 218:3,5 | **204**  157:23 | 93:1 107:12 |
| 27:1,2,2 | **2017**  122:7,11 | 169:25 170:14 | 166:16 167:8 |
| **2009**  26:17 | 123:5 124:11 | 175:15 | 186:6 187:22 |
| **2010**  93:10,16 | 124:25 127:5,8 | **2040**  100:20,22 | 188:19 197:3 |
| 93:19,20 94:1 | 139:2 144:23 | 101:3,7,9 | **26**  174:23 |
| 94:7,18 | 144:23,24 | 196:19 | 175:4,7 214:13 |
| **2011**  23:18 | 145:13 146:1,8 | **2045**  101:15 | **26th**  94:18 |
| **2012**  144:12 | 146:15 149:3,4 | 102:1,2,10,13 | **27**  214:7,14,15 |
| **2013**  144:13 | 149:25 181:1 | 102:24 103:2,7 | 214:16,20 |
| **2014**  144:13 | 217:16,19 | **2050**  103:15,19 | 215:15 222:10 |
| 161:25 | 218:7,21 | 104:5 174:9 | **2727**  3:6 |
| **2015**  57:22 | 219:14 | **2055**  104:14,15 | **28th**  92:14 |
| 95:5,10,11,16 | **2018**  23:18 | 105:3,17,19 | **29**  37:8 189:18 |
| 95:20,25 96:6 | 145:6 203:17 | **2060**  105:15,18 | 189:20 190:15 |
| 120:18 144:13 | 203:22 214:25 | **2065**  105:20 | **2:03**  176:5 |
| 158:6 174:10 | 215:19 | 137:21 196:19 | **2:12**  176:8 |
| 174:18 175:4,7 | **2019**  145:6 | **207**  4:12 | **3** |
| 175:18 217:6 | **2020**  96:9,14,16 | **2093**  234:7 | **3**  4:5,9 157:5 |
| 217:14 | 96:19 97:3,7 | **2094**  234:7 | 157:10,14,16 |
| **2016**  4:6,9 | 145:6 206:3 | **20th**  101:18 | 157:20 158:1 |
| 80:22,25 81:5 | **2021**  8:6 80:22 | 103:19 | 184:9,22 |
| 85:5 93:14 | 145:6,18 | **215**  2:18 | 216:15,17 |
| 96:13 100:4 | **2022**  145:18 | **22**  145:8 | **3.41**  91:24,25 |
| 102:18 104:11 | | | |

[30 - 6]

**30**   51:6 80:22
147:18 192:14
235:16
**30th**   100:18
174:24
**31**   35:11,16
36:1,9 37:2,18
37:24 38:6,7
39:7,25 46:24
47:2 48:25
49:7 52:4,20
53:5,16 54:5
56:20 58:17
61:7 62:11,14
62:14,24 63:18
64:2 65:14
66:6,13,16
80:22,25 81:5
86:6,12,14,14
86:14,15,16
87:23 88:9,14
93:14 96:12,12
100:4 102:18
104:10 106:2,4
110:7 111:3
115:8 117:10
118:17,19
122:18 131:25
132:14 144:7
144:12 146:3
146:10 151:6
151:12 152:17
152:18 177:10
211:12,14
226:2 228:12

229:6
**31st**   102:3
151:21
**32**   92:3 196:17
**32nd**   92:6
98:14 99:21
**33**   194:2,4
**34**   197:1
**34th**   97:8
100:15
**35**   198:7 206:5
**35th**   101:10
**36**   200:1,11
**37**   4:4 200:13
200:23 201:1
**38**   202:14
203:1,16
**39**   204:23
205:2
**3:16**   220:1
**3:36**   220:4
**3:52**   231:25
232:19
**3rd**   102:21
104:22

**4**

**4**   4:6 90:1,3,5,6
99:15 190:11
**40**   206:4
**400**   10:19 26:4
**401**   20:18 44:4
**401k**   10:8
13:24 14:7,7,8
14:12 20:14,16
24:15 27:9,14

27:18 28:15
33:14,20 34:3
34:14 40:21,25
41:4,24,25
42:3,10 44:3
45:3 71:7
227:23 228:9
228:10
**41**   184:14,20,21
**41st**   96:1 103:2
105:3
**42**   134:16,21,22
134:23
**44**   136:9 159:7
205:12,14
206:1
**47**   11:24 115:1
125:25 134:8
134:10 138:22
**48**   95:1
**4:22**   1:5 5:11
**4th**   90:6 110:12
112:14 120:18
132:14

**5**

**5**   4:8 80:20
95:17 150:20
154:14 159:5
159:11 160:15
162:5,10 164:8
164:10 168:13
168:16,25
169:20 170:1
171:2 173:24
174:2,16 175:9

181:9
**50**   28:1 90:19
166:4,6 176:3
222:12,12,15
225:4
**50th**   130:25
**52**   95:5 175:19
**52nd**   94:24
**54**   97:23
**5500**   4:14,16,18
222:1
**5500s**   221:6,14
**56**   100:2
**57**   100:20
**59**   96:3 103:8
103:15 105:5

**6**

**6**   3:17 4:10
140:12 142:1
145:5 151:10
154:13 155:2,4
155:25 158:8
158:19,23
159:3 160:14
162:14 164:7,9
164:14 167:2
168:22 169:1,2
171:2 173:11
174:3 177:11
180:1,2,24
183:9 191:14
197:20,23
199:19 202:22
211:12,22
212:3 214:2

[6 - actively]

220:21 221:22
**60** 28:1 115:22
137:21
**610** 2:8
**626** 158:5,6
**629-7600** 3:8
**65** 96:7 101:12
**66** 97:10
**68** 90:19 95:6
97:23 98:16
99:23 100:2,20
103:16
**6946843** 235:5
236:2
**6th** 101:4

**7**

**7** 4:3,11 185:13
198:23 214:23
215:16 216:4
216:14,18,23
221:22
**713** 3:8
**72** 92:19
156:23,23
157:13,24
**73** 98:20,23
161:20
**74** 94:20
**75** 72:9
**75th** 92:23
**77008** 3:7
**78** 4:5
**7th** 96:17 98:3

**8**

**8** 4:12 207:12
214:10
**80** 101:20,23
103:21
**806** 2:6
**83** 82:2,3
103:11 110:16
**84** 97:14
**85** 104:18
**85th** 93:4
**86** 94:6 157:2
158:1
**87** 100:25
**88** 102:14
**88.8** 190:13
**89** 94:14 152:3
**891-9880** 2:8
**8:59** 5:2,5
**8th** 99:9 100:5
104:7

**9**

**9** 4:13 127:23
221:9,13 222:6
**90** 4:6 104:9
105:9
**91** 104:1
**92** 99:11 100:7
**93** 96:20 98:7
**94** 101:6
**95** 95:19
**96** 99:17
**963-5000** 2:18
**97** 44:13 98:11
100:11 102:23

104:24 132:15
132:17,19
133:5
**98** 96:24 97:2
**99** 44:13,13
229:16
**9:01** 1:16
**9th** 103:24

**a**

**a.m.** 1:16 5:2,5
**ability** 74:7
115:13
**able** 8:17 90:11
105:16 115:16
219:22
**above** 113:1,12
113:25 114:3
235:6
**absence** 166:8
**absolutely** 64:5
**academic**
115:23 117:2
120:6
**academics**
116:2
**academy**
119:23 120:4,4
**access** 147:7
**accord** 30:2
**accordance**
120:21
**account** 18:12
19:8,13,21
20:1 55:13
229:14

**accounted**
56:12 181:12
**accounting**
164:15,18
**accounts** 16:20
17:3
**accuracy** 235:9
**accurate** 52:14
**acknowledg...**
235:12
**acorn** 223:7
**acted** 25:13
26:1
**action** 7:15,18
8:24 54:21
234:15
**actions** 7:20
89:12
**active** 62:20
186:23 187:8
188:1,17,22,23
189:21 190:4,7
190:12,15,23
191:24 192:14
192:23 193:9
193:20 196:17
197:2,4 198:9
199:1 200:7,17
201:7,21,25
202:15,16
203:20 204:11
205:4 206:3,5
**actively** 164:16
185:23 188:2
190:5,13 197:3

[activity - alternatives]                                                    Page 5

activity 194:5
actual 112:7
  158:25 209:20
actually 29:18
  30:15 40:2
  41:24 62:25
  97:18,19 105:8
  128:5 129:12
  141:9 147:4
  155:20 170:21
  171:21 189:5
  208:15 212:3
  225:12 229:25
add 79:10 85:5
  113:15 137:21
added 146:8
additional
  161:1
address 89:6
  129:12 179:9
adequate 12:23
adequately
  178:6
adjust 225:12
adjusted 61:20
adjustments
  73:9
administrators
  130:18
adopting
  188:12
advanced
  114:18
advantage 26:7

advice 46:17,21
advise 41:15
advisor 224:10
advisors 18:6
  224:17,20,23
  226:22
advisory
  181:25
affairs 229:10
affect 203:25
affiliated 14:10
affiliations
  5:18
aforemention...
  196:18
africa 24:25
  25:5 29:12
aggregate 47:7
  142:15,18
  143:2,2,3,4,5
  143:19 148:19
aggregated
  143:21
aggressive
  43:12 224:17
  225:5
aggressively
  225:14
aging 138:6
ago 8:14,18
  14:6 27:15
  32:3 120:1
  158:13 184:8
  226:12,18

agree 64:1
  89:15 99:6
  218:18
agreed 11:4
agreeing 40:7
  82:20 83:10
  84:7
agreement
  179:1,5
ahb 1:5 5:11
ahead 66:19
  135:3 195:5
  196:15
ajberin 235:2
al 1:3,7 5:8,9
  9:10 235:4,4
  236:1,1
alec 2:5 6:3
  90:11 175:24
  184:13 201:19
  207:20 219:23
  231:20 235:1
alert 50:5 68:1
  68:8,11 69:22
  74:13 86:3,8
  86:24,25 89:13
  114:16 121:25
  122:3,7,11,23
  123:8,13,21,23
  126:16,25
  223:25
alex 42:19
  44:11,12,16
allegations
  195:20 201:1

allege 205:2
alleges 187:23
  194:4 205:14
allocates 201:7
allocation 4:10
  142:7 191:25
  192:10 202:16
  202:23 223:21
  225:12
allocations
  185:24
allotted 235:19
allspring
  151:17 152:15
  154:20
aloud 66:12
alpha 32:19,24
  61:20 140:1
  164:3 223:17
  230:12
alphas 36:19
alter 161:11
alternative 4:8
  69:15 122:25
  123:14 134:19
  135:5 136:7
  141:19,22
  144:6 145:23
  146:13 150:6
  152:1 155:12
  165:6,10
  169:22 189:7
  212:18 220:18
alternatives
  146:16 151:18

[alternatives - apparently]                                      Page 6

171:23 172:1
**altogether**
163:18
**america** 9:10
**american**
138:25 144:9
144:10 145:25
146:7 151:24
152:7,25
154:16,18
155:4,5,16,21
166:7 177:4
181:10,14
183:21 184:4
191:5,9 192:9
193:4 199:15
202:5,10
204:19 213:16
213:19 218:2,4
223:11
**amount** 54:10
55:5 137:17
142:17 204:4
**amounts** 14:19
180:14,16
**analyses**
118:10,18
155:9 187:13
192:21
**analysis** 40:9
48:4 55:6 62:2
68:3 77:22
83:15 84:14,19
87:14,14 88:6
111:4,13

113:24 114:5
114:23 115:6
115:18 117:9
119:2 120:17
127:12 133:2
135:14,17,18
135:20 139:5
139:13 140:10
140:15 141:9
142:1,9 144:18
144:19 145:10
146:11,12,19
147:2,9 148:19
149:6,14
155:16 156:11
156:17 158:7
160:22 161:8
161:10 162:21
163:8 164:14
164:18 168:21
170:25 171:2
171:18 173:10
174:2 177:9
178:1,7,9
179:16,23
181:13 182:23
183:1,4,16
187:16 195:10
195:12,14
198:10 199:23
200:10 203:22
208:17 211:9
211:11,18,20
211:22 212:11
212:12 217:5

218:14,24
219:7,9,14
230:12
**analyst** 55:22
56:1 109:7
114:12 115:3
117:3 118:13
142:22 145:12
158:16 159:16
160:19,19
173:13 174:11
191:20 208:5,5
210:7
**analysts** 76:21
77:1 109:3
115:23
**analytical** 77:4
107:5 159:18
216:1 219:6
**analytics** 56:4
115:14
**analyze** 110:2
133:17 139:21
146:16 156:1
190:25 191:2,5
191:13 194:16
**analyzed** 110:3
148:24,25
161:3
**angeles** 9:3
**angly** 188:11
**ann** 1:17 5:15
234:3,24
**annotate** 170:8

**annotation**
169:16
**annual** 16:15
106:13,14
111:23 221:14
**annualized**
151:13 163:24
**annually** 108:5
109:25
**answer** 8:16
9:22,22 11:14
19:5,22 21:20
23:25 64:10,13
71:9 113:16
114:7 116:15
116:16 126:9
131:6,20 141:2
141:19 161:20
173:12 204:6
211:16 212:9
227:5 228:18
**answered**
111:14
**answering**
124:20 228:14
**anybody** 21:15
115:12 118:24
124:3
**anytime** 51:6
**apart** 78:22
**apologize**
209:24
**apparently**
123:20

**appear** 70:9
158:15 184:1
192:24
**appearances**
2:1 3:1 5:17
**appendices**
80:14
**appendix** 60:10
75:10 80:10
**apples** 138:5,5
**applicable**
109:9 235:8
**application**
122:17
**applied** 36:14
36:17,23 37:1
37:9 124:4
178:5,12
228:21 229:3,4
230:2
**apply** 36:10,11
36:12 61:1
67:5 130:23
134:2 177:15
228:22
**applying**
226:14 227:9
**appreciate**
13:23 90:15
**approach**
15:13,21 19:2
33:12 46:16
55:10 79:4
87:12 136:5
167:3 230:17

**approached**
71:2
**approaches**
114:18
**appropriate**
35:8 53:12
59:15 60:6
64:17,19 76:14
111:18 131:12
133:6 142:9
195:15,25
196:1 206:14
220:20 221:1
229:22
**appropriately**
132:6 198:17
**appropriaten...**
89:25
**approving**
23:12
**approximately**
7:9 24:9 162:7
201:7 206:4
**arbitrary**
108:10 182:17
189:16
**arbitration**
10:10,16,22,24
11:10,15 12:14
**arbitrations**
10:20 11:3
12:22
**arbitrators**
11:7

**area** 18:20
21:18,18 38:3
40:5 46:13
178:3
**areas** 31:8
**argue** 130:12
**arm's** 46:16
**arranged** 180:6
**arrangement**
181:17 182:12
**arrangements**
180:7
**array** 34:23,24
135:25
**articles** 22:12
22:15
**articulate**
35:11 54:5
65:13 88:15
110:7 111:3
115:7 131:24
132:14 144:12
146:3,9 152:18
165:18 166:10
226:2 228:12
**articulated**
58:25 158:13
162:20
**articulates**
128:24
**ascend** 52:13
52:24 60:19
64:11 69:19
75:10,12,13
82:12 85:2

90:7 107:25
108:4 111:19
112:4,12
125:24 133:22
188:14
**aside** 20:21
27:18 29:5
38:7 45:2
48:23 70:1
76:10 211:8
**asked** 11:9 30:2
64:7,14 142:3
172:20 213:24
220:15 227:1,4
**asking** 8:10
56:5 76:13
90:15 125:5,7
126:5,23 151:1
177:6 187:17
207:21 211:17
226:8
**aspect** 54:13
211:8
**aspects** 89:23
107:7 165:22
**assess** 209:20
**assessed** 228:1
**assessment**
106:21 116:4
136:4 181:23
203:7 209:4
211:24 212:2
219:5 226:15
228:2

**asset** 4:10 15:3
27:23 29:7,8
29:19 30:5,20
36:20 40:21,25
41:6,21 45:8,9
45:20,23 46:13
117:18,19
190:14 191:25
192:10 200:17
201:10 202:1
202:11,16,23
204:4 223:21
227:22 228:7
**assets** 27:6 72:8
137:14,15,18
148:19 166:19
186:10 190:6
193:10 201:8
201:22 202:5
**associated**
137:18 164:19
188:4
**associates**
156:13
**assume** 82:11
163:1,4 176:24
177:6 205:4
**assumption**
136:21
**assumptions**
115:15
**attached** 7:24
235:11
**attempt** 209:3

**attempted**
231:21
**attempting**
87:5
**attend** 45:8
**attended** 45:3,7
45:11
**attention** 102:8
226:13
**attorney** 5:19
57:4 235:13
**attorneys** 12:21
**august** 8:6 17:5
17:9
**aum** 107:14,17
**automatically**
68:10 137:25
**available** 11:10
12:19 22:12
23:23,24 24:2
24:5 42:3 44:5
75:23 77:3
108:7,15 110:1
111:19,25
136:13 145:16
145:18 149:7
156:1 164:10
167:18 170:7
170:10 171:15
181:3,5 185:10
187:25 188:2
188:13 189:3,9
207:14 235:6
**avenues** 193:11

**average** 78:25
80:20 81:13
82:22 84:6,21
131:15 192:16
**averaging**
12:11 40:10
49:12,17
125:22
**avoid** 15:21
217:3
**aware** 38:5
44:1 51:4
69:13,20 70:7
75:16 96:11
115:2 116:3
118:23 149:15
180:11 183:24

**b**

**b** 4:1 35:17
47:2 48:25
49:7 52:4,20
53:5,16 54:5
58:17 61:7
62:14,21,24
63:11 64:2
65:14,20 86:14
86:15,16 87:23
88:3,4,21
115:8 117:10
131:25 132:14
144:7,12 146:4
151:6 152:18
226:2 228:12
229:6 231:4
234:7

**back** 12:8,9
40:15 46:24
56:16 58:16
59:11 62:7
63:5 67:14,19
85:15 120:8
148:2 155:2
158:18 164:7,8
168:13 170:14
172:16 175:9
175:14 176:7
184:7 211:19
220:3,6 222:1
222:1 228:17
**bad** 39:21
102:5
**bail** 210:5
**balanced**
223:21 224:18
224:21,24
226:22
**ball** 115:13
**bank** 9:10 14:8
16:21 30:10
41:21,25 42:3
42:10,20 43:2
44:3,14 45:2
46:10,12 228:7
229:16 230:24
231:9
**bankers** 14:6
14:23 28:22
42:18 44:6,7,8
44:25 45:7
117:17

**[bankruptcy - benchmarking]**                                    Page 9

| | | | |
|---|---|---|---|
| **bankruptcy** | 65:15,15 73:3 | 45:9,20,22 | 132:6 142:21 |
| 30:15,17 | 74:19 83:10 | 46:12 117:19 | 145:20 147:10 |
| **bar** 132:10 | 84:6,8,9 89:13 | 165:3 215:12 | 149:19 158:9 |
| **barclays** | 89:13 92:16,22 | 221:15 222:13 | 162:6 165:5 |
| 224:14 | 94:17,23 95:13 | 222:18 227:1 | 166:23 169:9 |
| **base** 46:14 | 95:25 96:17 | 227:21,22 | 212:17,24 |
| **based** 9:25 26:8 | 97:4,7,13 98:5 | 228:4 229:4,15 | 214:10 |
| 37:2 46:20 | 98:11,13,25 | 230:24 231:9 | **believed** 84:21 |
| 55:5 60:3,4 | 99:9,20 100:14 | **bearing** 67:1 | **believes** 209:6 |
| 65:23 66:1 | 100:18 101:9 | **beat** 47:10,20 | **benchmark** |
| 78:23 79:7 | 102:10 103:1,8 | 197:5 | 16:7 34:21 |
| 86:20 87:10,14 | 103:13,18 | **beehive** 28:22 | 50:18,19 51:25 |
| 107:18 108:1 | 104:4 105:2 | 40:16 | 53:11,12 54:6 |
| 110:12 116:5 | 110:5,16 | **beginning** 6:25 | 54:15 59:8,15 |
| 122:12,17 | 111:23 114:1,1 | 27:1 30:9 | 60:6 61:9,23 |
| 128:3,9,23 | 114:8,21 116:4 | 135:4 218:21 | 62:1,19,21 |
| 129:22 130:25 | 135:22 139:16 | **behalf** 5:21,22 | 63:11,15,24 |
| 131:17 209:4,7 | 139:19,22,24 | **believe** 9:5 | 64:9 65:1,6,8 |
| 210:3,4,5 | 140:1,4 143:14 | 13:11 16:1 | 65:12,15 66:4 |
| 231:6 | 143:21 147:10 | 22:24 26:15,19 | 76:15 78:14 |
| **basic** 83:15 | 151:21 152:8 | 28:17 30:20 | 84:16 91:7,19 |
| 198:24 199:2 | 170:7 174:23 | 38:1 39:5 41:6 | 92:18 93:3,6 |
| **basically** 9:13 | 175:5,7,19 | 44:22 46:1,2,8 | 93:24 94:10 |
| 10:11,19 26:16 | 181:20 210:21 | 48:1,9,18 | 96:6 98:20 |
| 27:1 43:8 | 227:10 | 49:12,13 52:8 | 99:14 100:10 |
| 150:12 177:20 | **battle** 43:22 | 53:25 58:4 | 101:3,20,24 |
| **basis** 10:17 | **bear** 4:13,15,17 | 62:5 63:3 | 102:21 103:4 |
| 15:15 16:7,15 | 14:7 27:6,9,14 | 65:18 80:10 | 103:24 104:2,7 |
| 16:15,16 23:13 | 27:17,23 28:7 | 81:25 87:18 | 104:10,21,25 |
| 31:19 47:20,22 | 28:10,15,21 | 107:23,25 | 113:25 114:3 |
| 47:23 48:24 | 29:2,20 30:6 | 108:3 111:17 | 132:13 133:12 |
| 49:1,19,25 | 30:18,21,23 | 111:19 113:17 | 143:13 230:9 |
| 50:1 54:6,7,7 | 31:4,13 32:10 | 122:5 125:12 | **benchmarking** |
| 54:16,17,20 | 33:14,20 34:3 | 125:13 126:18 | 51:16,18 |
| 55:19 61:10,25 | 34:7,13 35:3,6 | 128:25 131:7 | |

**benchmarks**
16:14 36:18
40:9 51:18
60:8 76:9 83:9
197:5 198:3
231:3,12
**benefit** 25:18
25:24 26:10
28:2 29:14
87:17 178:5
182:14
**berin** 2:5 6:3,3
16:8 17:12
37:16 39:9
40:4 50:20
52:11 53:7
57:6 59:2
64:22 65:17
70:25 71:8
72:16 78:12
85:7,11 86:10
87:2 88:2,12
88:17 89:1
90:13,15,17
118:11 124:12
125:1,18 132:2
132:18 133:15
138:18 146:22
147:3,23 176:2
178:13,21
179:3,12
181:16 182:7
183:14 184:11
199:22 207:21
208:19 212:6

217:22 218:13
219:2 226:4,9
227:11,19
228:13 229:7
231:21 232:4,5
235:1
**best** 8:12 64:10
110:1,13
111:23 112:21
113:18 114:12
141:22 142:18
143:21 169:7
196:10 204:2
212:4,19
216:10
**betamax** 43:21
43:21
**better** 92:25
94:6 100:7
102:14,23
103:8,21
104:18 105:5,9
110:8,20,23,25
111:25 113:20
114:2 115:8,13
117:11 118:19
143:1 155:21
181:13 203:12
211:21 212:25
**beyond** 142:2
146:15
**bias** 145:21,22
146:17 148:13
149:12,14,15
149:18,20,22

**biased** 148:20
**biasing** 145:9
**big** 78:15 84:15
**billing** 76:24
**billion** 28:1
30:13 206:4,5
**billions** 30:5
**binary** 71:12
**bit** 57:7 91:13
112:17 146:20
147:1,22
175:23
**blackrock**
13:13 39:22
152:11 153:2
154:19 225:1
**blank** 130:20
130:20
**blended** 179:21
**blends** 32:17
**blocks** 26:10
**bloomberg**
77:3 109:6
**blumenfeld**
2:12 3:17 5:20
5:21 6:16
16:12 17:13
35:25 37:17
39:15 40:13
50:24 52:17
53:15 56:22,24
57:8,13 59:5
65:10,21 71:3
72:18 76:7
78:18 79:10,14

79:18,25 85:5
85:10,17 86:13
88:7,13,22
90:11,14,16,18
116:14,18
118:15 124:19
125:4 126:7
132:12,21
133:18 138:21
146:25 147:13
148:4 150:3
172:3,6 175:24
176:9 178:17
178:24 179:6
179:24 182:2
183:2,17
184:12,16
185:7,11
199:24 207:1,6
207:11,17,20
207:23 208:21
212:10 215:11
217:25 218:17
219:11 220:5
221:6,11 226:6
226:16 227:15
228:3,19
229:19 231:20
232:8,13,14
**blunt** 181:7
**board** 129:7
163:21
**board's** 129:6
**bockius** 1:15
2:11

bond  224:2
bonds  141:25
  185:25 200:14
  201:11 202:2
  202:12
bonnie  1:17
  5:15 57:8
  234:3,24
books  22:11,15
boost  200:19
borrow  9:15
bother  8:9
  101:16 147:19
bottom  73:16
  93:7 187:22
  225:4
bottoms  136:5
breach  68:25
  70:8,17,20
  84:15 110:16
  110:18 123:10
  125:23
breached  54:14
  71:25 133:3
breaches  68:24
break  7:6,9
  57:3 85:9
  93:24 147:16
  175:25 176:2
breaking
  147:17
bring  165:3
bringing  16:22
  77:11 215:23

broad  109:11
  109:11
broader  109:20
  111:7 150:10
brokerage  9:1
brokers  9:14
brought  8:24
  10:13 18:3
  110:19 160:17
  216:2
brown  42:19
  44:11,12,16
building  27:4
  31:20
built  169:10
bulk  137:13,15
bullet  60:3 62:2
  63:7 65:23
  69:1
bunch  188:8
business  27:22
  29:7,9,11 87:3
  115:25
businesses  14:9
buy  27:22
  109:5,6 193:22
  227:21
bye  232:11,11

c

c  35:17 56:20
  62:11,14,22
  63:18 66:6,13
  66:16 86:14
  88:9,14,21
  118:17,19

131:25 144:7
  144:12 146:4
  226:2 228:12
  229:6 231:4
calculate  63:9
calculation
  63:12
calculations
  32:19
california  1:15
  5:1 233:3,6
  234:1,18
call  20:6 30:10
  30:19 32:15
  34:25 50:6
  87:25 107:14
  109:15 114:18
  126:15 138:2
  179:20 187:18
  207:9
called  24:25
  62:25 63:3
  66:5 77:20
  78:14 107:7
  114:19 116:5,6
  119:21,21
  135:24 147:10
  166:23 182:10
  182:15 187:7
  230:14,18
  231:6
calls  114:14
  186:23 187:3
  212:16 213:1

campbell  3:5
  5:25
cap  52:1 142:8
  142:8 194:23
  195:2,4,7,18
  225:2
capable  109:3
capacity  115:6
capital  25:10
  25:11,13,15,20
  26:16,18
capitalization
  60:5
capture  137:13
  137:13 138:2
captured
  142:22
captures
  128:25
capturing  62:1
  142:18
card  142:20
  159:18 164:21
  165:11,17
  213:14
care  147:18
career  15:20
  37:9,14 38:15
careful  14:24
carefully  50:7
  138:3 156:4
  161:3
carolyn  3:5
  5:25

case  5:10 8:13
8:23 9:5,10,12
9:19 10:4,7,8,8
10:13 11:18,21
12:1,7,7,15
13:7,9,12,18
20:22,22 29:12
39:18,25 40:1
40:3 49:13,13
50:9 54:10,22
54:24 55:23
56:2 77:12,14
97:19 107:8
115:5 116:5
123:21 133:14
162:2 174:13
177:15 181:3
204:17 210:25
218:16 226:3
230:15
cases  7:23 8:12
8:13 13:16
48:6 137:19
cash  185:25
200:14
category  33:9
78:25 80:20
81:13 82:22
83:9 84:6,20
130:24 169:7
cause  72:14
73:11 74:20
cautions
204:10

century  151:24
152:25 154:18
ceo  23:11 27:23
certain  22:14
22:15 110:12
137:19
certainly  50:9
54:11,18 56:14
61:1 71:20
105:25 116:1
141:5 160:5
161:2 188:13
226:14 230:5
certainty
115:16
chairman
27:22 30:4
challenged
11:20
challenging
136:20 182:23
chance  160:10
220:17
change  17:19
69:2,11 70:8
71:10,12 87:5
160:22 204:4
229:22 230:4,5
230:13,15
236:4,7,10,13
236:16,19
changed  19:2
86:6 141:1
161:10 210:11

changes  69:24
73:11 128:6
129:16 181:19
185:24 235:10
changing  64:13
characteristics
32:15 142:12
142:19
characterize
39:11 113:17
182:11
characterized
125:24
characterizing
66:16
charge  55:3
charged  55:18
230:4
charous  3:10
6:1
chart  151:12
162:25 198:21
200:11,13
chases  192:14
cheaper  156:9
cheapest  156:6
171:1,8,13,15
check  56:17
159:15,21
162:24 173:12
checked  160:19
161:6 165:14
checking  160:8
161:1 167:6

cherry  147:8
chief  30:4
choice  12:3
79:6 87:20,21
129:1 136:6
151:25 152:25
159:18
choices  35:9
111:25
choose  136:22
choosing
136:12 137:3
chose  30:2
60:19 106:12
108:8 216:2
chosen  108:6
circle  219:22
circumstance
96:24 109:10
circumstances
48:16
cit  156:10
citations  77:17
77:18,19
124:16
cite  128:2,5,15
130:13 210:13
cited  89:6
127:11
citing  173:1
216:19
cits  156:14
civil  234:7
claims  9:19,20
9:24 10:1

[clarification - compensation]                                      Page 13

**clarification**
  13:23
**class**   7:15,18,20
  8:24 136:12,13
  136:20,23
  137:3,10,11
  138:7,11 139:1
  155:5,11,11
  156:7 159:13
  162:1,16,19
  163:9,12
  170:24 171:1,8
  174:19 175:7
  198:8
**classes**   158:14
  180:14,17
  200:17 201:10
  202:1,11,11
**clear**   23:20
  39:16 47:18
  58:16 66:3
  81:16 87:15
  93:25 120:11
  125:25 150:24
  152:15 158:18
  167:4
**clearly**   65:7
**click**   222:3
**client**   46:14
**clients**   46:6,20
  182:1
**clinical**   117:23
**close**   79:22
  173:19 203:11
  219:21

**closed**   68:1,1
  86:3,4 172:22
  172:22
**coast**   147:21
**code**   234:7
**cognizant**
  14:24
**coincidence**
  163:19
**collage**   44:16
**collapsed**   26:17
**collective**
  148:19 155:25
**columbia**   223:7
**column**   81:2
  83:16
**come**   40:15
  68:23 69:14
  142:25 149:22
  177:13 211:19
  218:11
**comes**   34:22
  63:1 131:13
  133:20 220:18
**comfort**   57:7
**comfortable**
  40:7 229:8,10
**comma**   128:9
  128:11
**comment**   39:12
  79:3 88:20
  109:11 133:6
**commentary**
  208:5

**committee**
  10:14,17 33:19
  34:3 41:7,14
  41:15 42:10
  45:3,12 55:9
  65:19 67:25
  68:6 69:19
  70:23 75:11
  84:11 85:3
  86:1,8,23
  89:24 90:7
  91:1 93:14
  95:9 98:1
  102:17 106:20
  108:1,5,11,12
  108:13 109:25
  110:5 111:23
  112:7,10,11
  122:24 123:14
  126:18 136:22
  145:2,12 147:6
  178:6 228:5
  230:4 231:7
**committee's**
  108:15
**committees**
  108:18
**common**
  105:23
**commonly**
  108:24
**communicated**
  102:17
**community**
  29:17 120:6

**companies**
  42:17
**company**   14:6
  14:23 21:14
  22:25 23:1
  24:14,25 42:18
  186:9 189:22
  223:4
**company's**
  230:6
**comparability**
  138:5
**comparative**
  205:23
**comparator**
  149:11 151:9
**compare**
  113:11 187:6
  188:1,17,21,23
**compared**   78:4
  152:9
**comparing**
  40:6 78:24
  155:7
**comparison**
  53:1 55:24
  60:9 61:22
  63:10 110:19
  155:14 200:5
  211:17
**comparisons**
  55:9
**compensation**
  12:23 46:19

compete 107:21
competitive
  31:18 59:14
competitor
  18:21
complaint 4:11
  185:8,13,16
  187:2,7,23
  188:16 194:4
  202:14 204:23
complete 8:16
completed
  235:16
complicated
  42:21
complied 78:17
comply 78:16
  78:19
component
  52:1
comport 82:23
comprehensive
  107:3
computer
  116:9
concentration
  10:11,12 11:21
  12:2
concept 43:18
  179:9
concern 72:14
  73:4,23 74:3
  74:20 109:20
  109:22 138:6

concerned 57:6
  114:17 145:24
  203:10
concerning
  166:11
concerns 78:15
  129:6 149:12
  165:21 166:8
  166:10
conclude 69:9
  70:14 210:8,8
  213:5,9
concluded 73:2
  73:23 74:12,19
  84:3 168:4,10
  213:15 220:19
  232:19
concludes 81:9
  231:25
conclusion 81:4
  82:18 138:25
  143:1 150:14
  150:17 167:23
  213:8,12
conclusions
  77:12 78:8,23
  81:17
conduct 68:2
conducted 5:12
  116:25 118:17
  119:11
confidence
  84:13,14
  203:20 206:2

confident 9:19
  230:23
conflict 14:25
  15:22
conformity
  56:18 58:19
confused
  182:17 227:7
  229:20
connection 6:1
  7:14,17 20:23
  21:23 22:2
  27:17 30:6
  37:4 74:11,18
  76:2 77:11
  115:5 133:13
  176:20 196:9
consecutive
  123:13 127:12
  128:4,11,12
  129:8 130:5
conservative
  43:12 224:24
  225:5
conservatively
  225:15
consider 60:15
  68:7 70:24
  71:4 76:9 86:2
  86:7,23 87:7
  88:1 89:10,11
  122:24 123:14
  132:3,20 142:4
  142:7 151:18
  156:10 188:8

189:5 200:25
  203:21
considerably
  109:23
consideration
  203:9 209:11
considerations
  141:17
considered
  54:21 69:24
  73:1 76:13
  84:23 87:16,16
  88:24 89:4,5,7
  89:8 90:9
  106:14 139:12
  141:12,15,21
  150:9 151:25
  156:14 165:9
  182:5 185:17
  187:16,24
  188:10,11
  189:3
considering
  71:1 120:3
  171:22 208:11
considers 89:22
  200:13
consistency
  61:23
consistent
  59:14 70:7
  84:10 124:18
  182:21 212:15
  230:14

**[consistently - correct]** Page 15

| | | | |
|---|---|---|---|
| **consistently** 210:19 | **contained** 52:9 52:14 117:9 140:11 195:7 200:11 | 45:24 46:8 49:3 89:18 206:17 222:18 | 58:20,23 60:1 60:2,12,13 62:8,12,13 63:2 65:16 |
| **constitute** 48:9 54:8 | | **conversation** 117:1 | 68:8,9,12,13 69:4,12 70:3 |
| **constituted** 75:23 | **contemporan...** 114:8 144:25 145:3,11,16 147:10 | **copies** 12:14 235:14 | 70:24 72:15,17 74:14,22 75:15 |
| **constitutes** 48:12 | | **copy** 8:5,8 134:13 164:9 172:16 232:4 | 75:18,19 76:19 78:1,10 81:7 |
| **constructed** 109:22 | **contemporary** 135:22 | **core** 224:2 225:2 | 81:14 82:16 83:1,11,20 |
| **construction** 43:19 | **content** 119:1 | **cornell** 117:23 | 84:22 85:3,4 |
| **consultant** 6:1 25:13 26:2 33:13 44:21 45:15,19 52:6 52:13 55:8,10 55:13,23 65:4 65:5 84:11 87:18 95:8 96:10 106:13 108:14 109:7 112:4 124:4 129:8 179:19 182:22 | **context** 73:7 148:15 166:17 | **corporation** 21:2,7,11,24 22:2 | 86:4,9 90:7,9 91:4,5,19,24,25 92:7,8,11,15,23 93:2,4,5,8,17 93:21 94:3,11 94:12,15,25 95:3,11,21,22 96:1,2,5,8,14 96:15,17,18,22 97:1,9,15,20 98:3,4,12,18,22 99:1,9,10,13,16 99:19,22,25 |
| | **continue** 131:5 | | |
| | **continued** 3:1 10:16 | **correct** 7:15,16 7:19 8:7 9:23 10:2 11:18,19 13:4,7,8,15 18:25 22:3,22 23:18,19 25:2 27:7,8 28:9,14 29:1,3,4,21 30:7,15 31:3 32:25 35:13 36:3 37:4,5,10 37:21 39:18,22 41:22,23 42:1 42:7,8 43:13 45:6,11,13 48:3 50:2,19 51:17 53:17 55:14 57:20,21 57:24 58:14,15 | |
| | **continues** 123:10 | | |
| | **continuing** 123:15 198:21 | | |
| | **contract** 182:19 | | |
| | **contractors** 24:12 | | |
| | **contrary** 126:23 | | 100:5,9,13,16 100:19,24 101:2,5,8,11,14 101:19,22,25 102:3,12,15,19 102:22,25 103:3,6,10,14 103:19,20,23 103:25 104:3,6 |
| **consultants** 45:17,19,22,23 46:9,15 65:19 89:21 106:18 112:12 177:24 181:25 182:6 | **contribution** 20:3 21:4,5,11 22:23 23:4,10 24:17 25:3,19 25:25 26:13 27:25 28:3,11 29:15 31:21 36:3,11 38:15 40:16 45:3,16 | | |
| **consultation** 46:17 129:7 | | | |
| **contain** 142:1 145:5 | | | |

[correct - criteria]                                    Page 16

| | | | |
|---|---|---|---|
| 104:8,12,16,17 | 158:8,14 159:2 | 218:21,22 | **courses** 21:17 |
| 104:20,23 | 159:8,14,21,22 | 219:18 220:21 | **court** 1:1 5:9 |
| 105:1,3,4,7,10 | 162:2,16,17 | 220:22 221:2,3 | 5:15 6:6 77:11 |
| 105:13 106:5,6 | 163:10,11,15 | 221:20 222:6 | **cover** 7:1 219:5 |
| 106:9,10 | 166:9 168:18 | 222:18 223:3 | **covered** 62:21 |
| 109:18 110:9 | 168:22,23 | 225:10,16,17 | 132:11 177:1 |
| 112:4,5 113:6 | 169:18 170:22 | 225:23 231:14 | 219:7 |
| 113:9,13 | 170:23 173:2,3 | 233:4 234:19 | **covering** |
| 115:11 120:12 | 174:6,7 175:4 | **correcting** | 152:20 |
| 120:13,18,22 | 175:20 180:9 | 122:1 | **covers** 155:1 |
| 120:23,25 | 181:1,15 | **correctly** 68:4 | **covid** 205:7 |
| 121:3,4,6,10,13 | 183:22 184:25 | 72:23 73:19 | **create** 26:12 |
| 121:15,17,18 | 185:5,6,18 | 230:22 | 106:11 203:7 |
| 121:20,21,23 | 186:4,5,20 | **cost** 76:24,25 | **created** 194:7 |
| 122:4,9,19,20 | 187:9,10,20 | 136:12,19 | 203:8 |
| 122:25 123:16 | 188:9,24 189:6 | 137:10,11 | **crisis** 30:10,11 |
| 124:5,11,23 | 189:8,13,15 | 138:7,8,10 | **criteria** 18:7,10 |
| 125:3,13,15,17 | 190:1,11,17,18 | 187:6 | 18:14,24 19:7 |
| 126:24 127:5 | 191:3 192:4 | **costly** 186:22 | 19:12,19,25 |
| 127:14 128:15 | 193:2,16,17 | 187:2 | 32:8,21 34:12 |
| 128:16 129:14 | 194:17 195:21 | **costs** 188:4 | 35:5,12 36:2,5 |
| 130:21 134:20 | 196:24 197:17 | **coughed** | 36:10,17 37:2 |
| 135:6,7,13,16 | 197:20,24,25 | 196:14 | 37:8,13,23 |
| 136:20 138:20 | 199:12 200:8,9 | **counsel** 2:1 3:1 | 38:6 53:14 |
| 139:2,3 140:7 | 203:14,23 | 3:4 5:7,17,25 | 54:4 58:8,25 |
| 140:8,12 142:5 | 204:17,18,21 | 6:7 187:19 | 59:1,7,8 60:23 |
| 142:6,6 148:6 | 204:22 206:10 | 235:14 | 60:25 61:3 |
| 149:8,9 150:8 | 207:4,5 208:2 | **counsels** 11:11 | 63:1,17 64:1,3 |
| 152:19,24 | 208:3,6,7 | **country** 9:1 | 64:15 67:5 |
| 153:7,10,16,22 | 209:16 210:14 | **county** 9:3,4,4 | 68:7,12,15 |
| 154:3 155:1,8 | 210:15 211:15 | **couple** 8:18 | 69:2,20 70:12 |
| 155:17,18,22 | 212:23 213:7 | 165:23 | 70:13 72:3,6 |
| 155:23 156:7 | 213:22 214:17 | **course** 10:21 | 72:12 73:1,21 |
| 156:18 157:9 | 217:1,8,9,15,17 | 87:7 209:25 | 74:20 81:6 |
| 157:19,21 | 217:18 218:12 | | 86:2,7,24 87:6 |

[criteria - date]                                                    Page 17

87:10 88:15
106:23 107:9
107:17 111:2,6
111:7 113:20
113:22 114:15
119:21 122:19
123:10 124:5
125:20 126:4
128:24 129:4
129:25 130:23
130:23 131:24
132:8 135:12
135:24 136:1
137:4,4,8
141:3 142:20
143:22 144:6
144:11 145:4
146:3,9,13
150:10 151:5
152:17 158:12
159:24 162:19
167:7,16,17
171:16 177:10
190:21 198:24
204:6 220:24
220:25 226:1
227:8,9 228:11
228:20,22,25
229:3,5,11,13
229:22
**critical**  107:14
142:21
**criticisms**
161:3,4

**criticize**  207:25
214:16
**cross**  11:6
**crystal**  115:12
210:5
**cs**  235:15
**cs6946843**  1:25
**csr**  1:17 234:3
234:24
**cumulative**
75:2
**current**  16:6
**currently**  18:15
18:25
**customarily**
37:23
**customary**
37:19
**cv**  1:5 5:11
13:16 21:1
22:20 23:17
27:5

---

**d**

**d**  3:14 35:17
86:14 106:2,4
110:7 111:3
131:25 144:7
144:12 146:4
226:2 228:12
229:6 231:4
**daily**  4:10
**darn**  71:23
**data**  70:6,6
76:22 77:1,21
77:22,22 83:2

83:3 106:24
109:8 142:17
143:2,2,3,5,5
143:19 145:14
146:15 150:25
156:12 157:3,8
159:5,11,12,13
159:25 167:6
170:6 186:14
188:13 189:16
**database**
135:24
**date**  13:3,7,10
13:12,13,17
15:24 20:19,24
21:8,12 23:6
23:22 24:21
25:6 30:16,23
30:25 31:4,8
31:15 32:1,5,9
32:23 33:3,7,9
39:22 40:19
43:2,6,7,10,10
43:19,24 44:25
53:17,19,20
55:4,12,16,20
56:12 61:9
70:1 76:10
79:2 80:19,25
81:9,12,19
82:7,8,10 83:7
83:19 84:13,17
91:15 92:7,10
92:18,19 93:1
93:3,7,20,23,24

94:2,7,9,13,14
94:21,23 95:2
95:11,11,16,19
95:20 96:4,7
96:20,23,24
97:2,3,11,13,14
97:17,19 98:8
98:10,11,17,19
98:20,23,24
99:12,14,18,24
100:8,12,17
101:1,3,6,7,13
101:21,23
102:14,20,24
103:4,9,11,13
103:22 104:1,9
104:19,21,24
105:6,8,9,11,12
105:19 106:15
106:19 108:18
108:22 109:18
110:24 112:9
112:12,20,22
113:1,8,11
115:8,10 117:7
117:11,11
118:3,19,20
119:4 131:11
131:14,17,23
132:4,16,25
133:21 135:11
135:15 136:13
137:23,24
138:25 140:16
140:21 141:10

141:25 142:10
142:16 143:8
143:12,24
144:21 145:5
145:25 149:11
149:25 151:3,9
151:17,20,25
152:1,2,3,9,12
152:16 153:2,9
153:12,15,17
153:18,21,24
154:2,5 155:17
155:21,22,24
158:10 159:20
159:23 161:25
163:10 164:15
164:20,25
165:13 167:1,8
167:16 168:4
168:10 171:22
172:23 174:21
174:25 175:2
181:10 186:17
186:21 188:7
191:6,10,14
192:9,11 193:5
193:6 195:15
196:1 197:15
197:19,24
198:2 199:11
199:18 202:10
202:22 203:11
204:2,10
205:15,24
206:18 207:3

211:23 213:7
213:11,17,21
214:2 218:3
225:22 236:24
**dates** 24:3
**day** 114:21,21
234:21
**days** 235:16
**deal** 145:12
**dealt** 144:18
**debated** 114:6
**decade** 115:25
119:10 120:1,2
**decastro** 2:14
5:24
**december**
44:19 80:25
81:5 93:14
96:12,12 100:4
102:18 104:10
151:12,21
152:17
**decide** 225:13
**decided** 187:12
**deciding** 31:17
49:8 79:6
193:21
**decision** 182:16
187:17 189:16
189:17
**decisions** 12:14
39:21 145:2
214:23 215:16
**declare** 233:2
234:3,14,17

**decrease** 72:7
214:24 215:17
216:4
**dedicated** 50:4
**deep** 69:18 70:1
106:13,19
107:24,25
108:18 109:18
110:21 111:12
112:9,12
113:19 135:15
136:2,3,3
141:4,6 155:17
155:22 188:7
**deeper** 200:16
**defendant** 2:10
3:3 5:7
**defendants** 1:8
5:22,22 187:23
189:2
**defense** 4:2
232:17
**define** 37:18
128:6 129:16
**defined** 20:3
21:4,5,11
22:23 23:4,10
24:17 25:3,18
25:19,24,25
26:9,10,13
27:25 28:2,3
28:11 29:14,15
29:16 31:21
36:3,11 38:14
40:16 45:3,15

45:23 46:7
49:3 89:18
132:6 206:17
222:18
**degree** 113:21
166:18 168:1,5
**delivery** 232:5
**dense** 209:24
**depend** 54:5
180:19
**depending**
89:13 137:19
152:22
**deponent**
235:13
**depose** 160:10
160:11
**deposed** 6:23
**deposing**
235:13
**deposition** 1:12
5:6,12 6:25 8:5
57:20 85:20
90:2 112:3,6
120:12 124:3
154:15 168:14
168:16 178:18
184:10 185:14
207:13 216:15
221:13 222:6
234:6,10
**depositions**
178:22
**derives** 28:21

describe  36:1
39:6 61:6
62:11,24 106:4
118:19 134:18
135:5 138:24
212:3
described  36:6
37:2 38:7
39:24 40:1
49:7 53:5
63:18 64:2
74:5 84:9
89:16 113:23
139:5,10 144:7
171:19 214:2
229:5
describes  58:13
203:16
describing
37:24 46:9
52:20 53:16
60:11 117:25
118:8,9,10
119:17 134:3
225:9
description  4:2
designating
128:7,20
129:16
detail  15:17
details  160:7
162:13
deteriorated
206:3

determinations
181:4
determine
68:25 135:18
determined
58:24 135:20
171:11
deutsche  14:8
28:22 40:21,25
41:4,6,20,21,21
41:24 42:3,9
42:20 43:2
44:3,14,19
45:2,8 46:10
46:12 117:18
228:7,7,9,10,20
229:3,16
230:23 231:9
deviating  72:21
deviation  73:6
139:15 163:16
dictated  230:17
differed  48:6
difference
49:21,24 55:2
62:17 65:11
136:7 161:7
226:17,19
229:14
differences
231:5
different  11:15
22:11,11 31:8
31:10 32:4,12
32:16,19,20

33:9 34:20,21
36:13 38:14
39:12 44:17
74:1 78:5,9
82:10 84:12
89:20,20
131:11 135:12
137:1,10,17,21
137:22,23
141:1,19,25
142:13,23,24
143:20,20
147:15 155:5,9
155:10,10
163:9,12,13,16
163:17,20,20
163:22,24
164:1,3,5
167:15 170:5
180:13,14,16
180:17 188:9
229:4
differential
62:18
differently
89:21 123:19
137:24 156:5
197:22
direct  24:11,12
59:19 169:23
direction
234:12
directly  29:8
108:12

disagree  78:8
78:11,23 81:17
82:18 145:21
185:4
disagreeing
82:20 83:10
84:7
disclosed  53:5
177:21 178:6
disclosure
177:22,23
discretion
126:19 129:7
discuss  16:10
16:13 68:22
69:5,7,13
123:15 166:13
203:21
discussed
112:11 114:10
116:1 165:22
discussing
117:21
discussion  17:2
184:4,24
discussions
180:19,20,21
displayed
64:12
disqualified
165:16 203:9
214:4
disqualify
204:5

**disqualifying**
165:12
**dissimilar** 38:9
38:11,12 39:13
**distribution**
177:14
**distributors**
177:16
**district** 1:1,2,2
5:9,10
**dive** 69:18
106:13 107:24
107:25 109:18
110:21 111:12
112:13 113:19
135:15 136:2,3
136:3 140:17
141:4,6 155:17
155:22 188:7
**diversification**
166:19 168:1,5
**diversified**
196:17
**dives** 70:2
106:19 108:18
112:10
**document** 7:4
8:8 90:8
120:14 130:9
130:13,16
147:15 150:24
151:2 154:11
154:12 157:18
157:20 172:3,8
172:10,15

173:9 174:15
175:2 185:16
**documentation**
178:15
**documents**
232:16
**doing** 20:7
21:19 38:22
46:6 57:4
63:10 79:4
99:4 115:23
116:4 117:4,17
150:5 161:8
167:6 230:10
**dollars** 12:25
26:4 28:1 30:5
**domestic** 142:4
194:6
**dominant**
107:1
**double** 160:19
**download** 8:17
57:15 79:21
90:12 185:12
**downloaded**
173:4
**downloading**
90:4,4 172:12
**downturn**
205:6
**dozen** 17:7
135:25
**dr** 4:5 77:25
78:4,16 79:10
81:9 84:3

160:25 161:13
161:19 183:19
184:3,24
207:25 214:16
216:14,19
217:7
**dramatically**
74:1 84:12
190:16,24
191:6,10,15
194:12
**drawdown**
139:18 163:22
**dreyfus** 222:20
222:25 223:1
223:17,23
224:2,7,12
**drift** 128:13
**drink** 201:16
201:17
**driven** 33:12
**driver** 138:8
**driving** 53:13
**drop** 148:17
**drops** 217:17
**dst** 8:13,22
10:7,8,9 11:17
11:21 12:7,15
13:3,20
**due** 70:8
**duff** 25:10,11
25:15,20 26:16
26:18
**duly** 234:6

**e**

**e** 3:14 4:1 35:17
37:18 144:7,12
146:4 211:12
226:2 228:12
229:6 231:4
236:3,3,3
**earlier** 75:5
166:12 216:16
220:15 231:22
**early** 10:15
43:15 44:22
45:12
**easier** 164:11
173:23
**easily** 141:18
165:25
**easy** 201:19
231:22
**educated** 33:24
**effect** 182:16
**effective** 76:25
**effectively**
27:21 62:1,20
114:6 123:9
**effort** 31:7
204:9
**eight** 82:4
152:2,12 154:7
**either** 7:4,6
11:11 15:1
29:23 68:23
105:21 141:15
144:16 149:18
152:21 171:9

**[either - evaluating]**                                            Page 21

| | | | |
|---|---|---|---|
| 177:10 189:6 | **employment** | **erisa** 7:15,18 | 34:3 40:8 |
| 192:3 193:2,15 | 23:24 29:20,24 | 7:20 8:13 9:16 | 49:17 54:12 |
| 195:21 196:9 | **encouraged** | 9:20,23 10:1 | 55:2 68:18 |
| 196:23 198:14 | 202:15 | 13:18 | 77:5 89:24 |
| 198:19 205:22 | **ends** 230:16 | **errata** 235:11 | 105:16 108:21 |
| **electronic** | **enforced** | 235:13,16 | 118:18 141:24 |
| 175:11 | 228:25 | **erratas** 235:15 | 143:23 144:5 |
| **electronically** | **engage** 135:8 | **error** 34:22 | 144:10,21 |
| 162:7 | **engaged** 202:23 | 62:19 160:7 | 145:4,25 |
| **element** 31:22 | **engelman** 2:13 | 161:9,9 | 165:19 170:4 |
| 69:20 | 5:23 | **escondido** 1:15 | 172:20 181:24 |
| **elements** | **enlarge** 91:13 | 5:1 | 190:19 191:9 |
| 142:13,21 | **ensure** 149:10 | **especially** | 192:3,8,20 |
| 166:22 | **entire** 44:5 66:1 | 51:25 211:5 | 193:2,4,15,23 |
| **eliminated** | 107:3 128:6 | **esquire** 235:1 | 195:6,20 196:8 |
| 165:12 189:10 | 132:20 135:23 | **essence** 128:25 | 196:23 197:9 |
| **else's** 77:12 | 180:8 194:13 | **essentially** | 197:18,20 |
| **eludes** 32:2 | **entirely** 62:16 | 39:21 62:15 | 198:1,13,19 |
| **emerging** | **entirety** 15:20 | 86:7 92:6 | 199:5,14,20 |
| 201:10 202:2 | 66:2 | 140:7 219:13 | 200:22,25 |
| 202:11 | **entity** 9:21 | 221:24 | 201:21,25 |
| **emission** 21:10 | **enumerated** | **established** | 202:4,9,19,21 |
| **emissions** 21:2 | 166:17 | 227:20 | 204:19 205:10 |
| 21:7,24 22:2 | **environment** | **establishing** | 205:22 206:9 |
| **emphasized** | 117:2 | 87:8 | 207:2 212:14 |
| 78:13 | **equal** 54:15 | **estimated** | 214:1 229:11 |
| **empirical** 212:8 | **equaled** 181:9 | 206:5 | 230:6 |
| **employ** 12:5 | **equating** | **et** 1:3,7 5:8,9 | **evaluated** |
| **employed** | 113:19 | 9:10 235:4,4 | 58:23 68:20,21 |
| 29:18 30:21 | **equities** 52:1,2 | 236:1,1 | 70:12 140:6 |
| **employee** 9:2,3 | 142:5,5 201:9 | **etfs** 31:9 | 145:1 166:11 |
| 20:5,6 56:9 | 201:23 202:6 | **europacific** | 191:14 198:17 |
| **employees** 8:23 | **equity** 25:12 | 223:11 | 220:19 |
| 9:9 13:6 24:9 | 192:23 194:6 | **evaluate** 24:23 | **evaluating** 10:4 |
| 24:11,12 | 224:14 225:2 | 32:9 33:20 | 31:14,23 32:1 |

34:13 35:12
38:24 52:10
53:20 54:19
69:21 71:5
73:2 74:11
75:6,18 105:24
106:4 109:16
111:11 133:20
196:9 203:4
208:10 211:4
212:21 216:9
**evaluation**
31:22 46:19
55:11 60:8,23
60:25 61:3
65:1 182:22
**evaluations**
51:25 74:2
114:22
**evaluative**
211:15
**event** 74:6
205:6 234:15
**eventually**
25:18 26:10,11
50:7
**everybody**
43:23,23 64:18
147:21
**evidence** 64:10
77:14 178:15
212:8
**evidenced**
142:19

**evolved** 43:7,20
**ex** 41:7,8,11,12
228:4,6
**exact** 30:16
**exactly** 8:10
39:11 64:12
65:19 71:1
86:12 113:14
141:8 150:12
171:4 182:8,13
**examination**
3:16 6:14 11:6
36:19 200:17
**examined**
31:19 234:5
**example** 29:12
142:23 144:10
146:2 149:2
174:19 192:9
199:14
**exceed** 54:15
**excel** 169:9
**except** 43:9
45:5 207:3
**exception** 70:5
110:25 165:7,7
165:13
**exceptions**
160:21 161:21
**excerpts** 22:11
22:11
**excess** 10:10
**excessive** 12:2
**excluded**
148:22

**exclusive** 194:7
**excuse** 18:8
99:7 159:6
195:25 199:25
**executed** 233:6
**executive** 30:4
**exercise** 42:21
71:2 107:20
115:20 141:22
142:15 144:25
145:19,20,23
146:14 170:8
171:24
**exhibit** 4:3,4,5
4:6,8,10,11,12
4:13,15,17 8:2
8:5 57:12,20
85:19 90:1,3,5
90:6 120:11
150:20 154:14
157:5,9,10,16
157:17,20
158:1 159:5,11
160:15 161:24
162:5,10 164:8
164:10 168:13
168:15,16,16
168:25 169:20
170:1 171:2
173:5,20,21,24
174:2 175:9,14
184:9,15
185:13 207:12
214:10,23
215:16 216:4

216:14,15,17
216:18,23,25
222:6
**exhibits** 76:24
221:9,13
232:17
**exist** 105:19
112:21 149:4,5
150:1
**existed** 32:6
118:3 149:25
**existence** 137:3
137:5,12
**exists** 20:16
**expected** 54:19
188:3 194:13
**expense** 73:15
73:16 139:13
162:20 163:1,2
163:13 169:17
169:21,22
170:5,6,9,11
175:19 181:19
**expensive**
73:17 136:22
190:16,24
191:7,10,15
**experience**
20:23 28:20
31:4 39:3 49:2
71:23 107:18
108:11,12
115:24 124:14
138:3

[experienced - fidelity]                                         Page 23

**experienced**
205:6
**expert** 1:13 4:3
6:11 7:14,17
7:21 8:6,17
11:5,7 13:17
20:7,21 21:19
21:21 28:25
56:16 77:10
**experts** 11:9
20:3,14,15,18
77:1
**expiring**
137:23
**explain** 136:18
**explanations**
12:17
**exposes** 200:18
205:5
**exposure**
201:10 202:1
202:10 204:8
204:20
**express** 185:17
186:3
**expressed**
48:24 199:9
204:17
**expressly** 64:2
**extensive** 29:17
**extent** 21:20
202:25
**extinction**
26:16

**extract** 170:10
**extraordinary**
74:6
**extremely** 26:3
**eyeball** 169:6
**eyes** 99:3

**f**

**fact** 9:20 55:22
89:7 124:2
159:22 160:20
186:13 208:13
**factor** 88:1
164:18 177:9
181:21
**factors** 54:11
59:12 60:2,21
71:5 139:12
**fail** 47:20 82:24
83:22 131:24
132:11,16
226:1 228:11
**failed** 47:9 81:6
103:12 111:7
144:11 187:25
188:17,21
197:5 198:23
199:1
**failing** 54:14
**fails** 235:18
**failure** 48:7,9
48:10,12 54:8
63:23
**fair** 107:15
**fairly** 12:21
36:14 84:15

89:22 110:12
178:2 230:13
**faith** 15:19
**fall** 113:4
**fallen** 103:12
**falling** 113:1
**falls** 61:19,20
73:16 75:1
113:12,13
141:16 182:23
**familiar** 18:19
20:8 226:20
229:9
**families** 32:6
205:15
**far** 80:13
112:22 114:17
145:24 146:7
151:15 171:13
203:10 205:2
**fast** 79:16,16
**favorable**
208:1
**features** 187:24
188:8 189:3
193:21
**fee** 73:25
138:14
**feel** 66:15 76:14
**fees** 55:3,4,5,6
55:13,14,17,18
55:20 56:13,19
61:17 73:15
74:2 138:12,15
174:23 175:1

177:1,5,14,14
178:4 179:10
**fell** 104:2
141:20
**felt** 12:23
**fffex** 174:4,5
**ffkex** 174:8,13
**fidelity** 31:23
69:10 70:1,10
70:12,15 71:6
72:14 73:2,4
73:24 74:11,21
75:13 76:9
78:5,24 80:18
81:5 90:21
91:2,12,14,23
92:5,22 93:10
93:15,19 94:1
94:17 95:9
96:14,16,19
97:7 98:2,13
99:8,20 100:4
100:14,22
101:10 102:2
102:10,13
103:1,7,18
104:4,15 105:2
106:5 110:6,14
112:13 120:17
134:19 135:6
151:5,19 153:5
154:5,21 155:7
155:15,19
170:16,20,25
171:1,8,20,25

**[fidelity - flagged]**                                          Page 24

172:20 173:1
173:10 174:1
174:18 175:6,6
175:17,18
176:24 180:4
181:8,14
183:12,20
186:9,9,16,17
186:22 187:7,8
190:5,7 192:11
193:6 194:6
197:4,13 199:9
200:6 202:6,12
202:24 203:19
204:1,21 205:3
205:23 206:13
213:6,10,16
215:18 217:8
217:13,21
218:12,19
224:10
**fiduciaries** 35:3
35:7 37:22
38:21 39:5,20
40:2 70:2 72:2
88:1 96:11
106:9,22
108:19,21
180:25 208:9
**fiduciary** 14:23
20:13 23:14
27:20,21 28:1
40:25 49:22
108:17 198:17

199:2 227:24
**fifteen** 218:6
**fifth** 72:6,6
123:23
**figure** 7:6 26:6
57:10 125:20
**figures** 169:21
**file** 30:15
**filed** 5:9 30:17
**filing** 30:16,21
**filter** 107:19
138:7,9 150:12
**filtered** 150:13
**filtering** 150:11
189:14
**filters** 107:4,6
109:4 136:6
189:10 191:17
191:19,22
**final** 137:7
138:9
**finalize** 77:19
**financial**
223:25 224:4
**find** 7:10 57:16
59:3 156:19
166:14 173:14
173:18 215:13
218:4 222:14
**fine** 8:1 57:4
59:17 64:18
126:21 130:12
166:24 175:3
188:15 219:24
232:5

**fingers** 24:4
**finish** 116:21
**finished** 219:21
**firm** 5:16 25:13
27:25 30:11
33:23 204:10
224:7 226:22
227:18
**firms** 9:1 19:15
229:9,13
**first** 16:21
17:15,19,21
18:7,10 19:3
19:19,25 44:10
47:14 58:23
67:24 71:17,18
71:21,22 74:24
126:3 127:8
128:15 129:12
129:15 135:18
135:20 136:4
137:11 139:2
145:13 146:15
170:13 189:20
192:22 195:3
208:8 211:18
215:5 219:6
222:20 225:4
**fiss** 172:4
**fits** 113:20
**five** 10:18 12:6
12:11 40:10
47:9,20,23
48:5,7,8,11,17
49:11,16,23,25

50:15,19 51:2
61:10,20,25
65:15 66:23
68:16 75:2
81:11,24,25
82:4,5,23 84:1
84:9 92:22
94:17,23 95:24
95:25 97:7,13
98:13,25 99:20
100:14,18
101:9 103:1,8
103:13 104:4
105:2 114:1,2
114:4 115:9,10
117:12 118:21
125:21,22
128:18 129:1
129:13 131:9
131:11,15,17
139:16,18,22
139:24 140:1,3
143:14,25
152:23 154:7
198:4,24
199:16,21
232:2
**flag** 73:12
**flagged** 47:11
47:21 58:18
66:24 71:13,14
86:17 87:16,24
88:5,20,25
89:13

**[flags - freedom]**

**flags**  71:15
**flipped**  80:13
**flipping**  169:20
**flow**  205:14
**flows**  215:23
  216:7
**focus**  13:21
  80:25 145:15
**focused**  67:9
  110:11
**folder**  79:19
  90:2
**folks**  16:24
  52:9 95:9
  102:17 112:11
**follow**  59:19
**following**  68:7
  86:2,7,9,23
  87:1 118:20
  129:4 151:15
  232:20
**follows**  6:12
**footnote**  127:20
  127:21,22
  128:2,5 159:7
  169:13,16,19
  172:23 173:1
  175:1 190:11
  198:23
**footnotes**
  127:17 161:22
**foregoing**
  233:3 234:6,18
**foreign**  8:21

**forget**  213:24
**forgot**  147:20
**forgotten**  24:16
  150:11
**form**  4:14,16
  4:18 16:8
  17:12 29:10
  37:16 39:9
  40:4 50:20
  52:11 53:7
  59:2 64:22
  65:17 70:25
  71:8 72:16
  78:12 86:10
  87:2,4 88:2,12
  88:17 89:1
  113:19 118:11
  125:1,18 132:2
  132:18 133:15
  138:18 146:22
  147:3 178:13
  178:21 179:3
  179:12 181:16
  182:7 183:14
  199:22 208:19
  212:6 217:22
  218:13 219:2
  221:14 226:4
  227:11,19
  228:13 229:7
**formally**  8:3
**formative**  26:2
**formed**  26:18
**forming**  185:17

**forms**  208:18
**formulate**
  77:14,23,23
**formulated**
  108:9
**forth**  64:3
  106:8 122:19
**forward**  80:13
  146:15 208:24
  209:11,25
  210:3,8
**found**  60:9
  161:11
**four**  12:8 42:17
  44:16 68:16
  82:4 121:24
  122:3 123:7,22
  127:1,12
  128:18 129:8
  129:13 131:4
  131:11 154:7
  194:6
**fourth**  69:1
  121:19 144:23
**frame**  32:24
  116:5 130:3
  135:21 228:18
  230:3
**frames**  229:15
**framework**
  37:19 38:1,23
  39:6,7,13 40:8
  49:7 124:17
  211:15,15
  216:1 219:6,9

226:14 227:13
**frameworks**
  77:4
**freedom**  31:23
  47:6 55:3
  66:20 69:10
  70:1,10,13,15
  71:6 72:15
  73:2,4,24
  74:11,21 75:6
  75:13 76:9
  78:24 80:18
  81:5,10 90:21
  91:2,12,14,23
  92:5,23 93:10
  93:16,19 94:1
  94:17 95:9
  96:14,16,19
  97:7 98:2,13
  99:8,20 100:14
  100:22 101:10
  102:2,10,13
  103:1,7,18
  104:4,15 105:2
  106:5 110:6,15
  112:13 120:17
  134:19 135:6
  135:19 139:2
  150:7,15 151:5
  151:19 152:1
  153:5 154:21
  155:7,15,19
  170:16,21,25
  171:1,8,20,25
  172:20,21

173:10 174:1
174:18 175:6,6
175:18 176:24
180:4 181:8,14
183:12,20
184:6 186:16
186:23 187:2,7
187:12,14
194:7 195:13
195:24,25
196:9 197:13
199:10 200:6,6
202:6,12,24
203:19 204:1
204:21 205:23
206:13 208:6
213:6,10,16
214:25 215:18
215:24 216:5,9
217:8,13,21
218:12,20,24
220:23
**freedom's** 78:5
**friday** 1:16 5:1
**fridays** 11:8
**front** 57:17,19
62:9 67:11,17
79:23 80:5,24
93:12 148:9
150:21,22
168:19 173:7
176:14 186:14
200:3 220:11
228:16

**fulfill** 74:7
**full** 44:4 111:4
136:5 189:9
**fully** 177:21
**fulsome** 34:24
**fund** 11:20,22
11:24,25 12:3
13:20,20 17:25
25:11,18,20,23
26:4,7,13,21
27:3 31:7 32:5
43:5,6,24
47:23 49:8,25
50:17 54:6
55:16 59:9
61:7,12 63:10
63:17 65:16
67:5 68:7,10
70:22 79:6
86:2,8,24,25
88:15 91:2,3
91:23 92:5,11
92:13,18,23,25
93:16,19 94:1
94:18 95:10,25
96:6,14,16,19
97:3,8,23 98:2
99:7,8,8,21
100:1,4,22
101:7,9,10,15
102:2,11,13
103:7,15,19
104:5,14,15
105:3,20 106:5
107:6,9,23

108:6 110:2,6
112:13 113:1
113:21,25
114:3,13 115:9
115:10 126:15
128:7,7,8,17
129:16,17,17
130:5,7,11
131:3,17 137:9
138:14 139:1
141:17 142:10
149:21 151:3
153:14 155:16
156:9 158:6,10
158:24 159:12
159:14 163:4,5
163:13,20
165:14 166:19
174:2,9,10,18
174:21,23
175:4,7,18
177:10 179:14
179:14 181:18
181:20 187:14
193:18 194:23
195:19 196:5
209:3,4,6,21
210:9 211:5,23
212:18 218:4
222:21,25
223:2,5,7,9,11
223:15,17,19
223:23,25
224:2,5,8,10,12
224:15,18,21

224:24 225:2
**fund's** 61:24
62:18
**fundamental**
33:10 84:9
142:12
**fundamentals**
230:1,2,9,10,11
**funded** 25:12
26:3
**funding** 29:10
31:8
**funds** 4:8 8:21
9:16 10:1 13:3
13:7,10,13,13
13:18 14:25
15:2,7,10,25
17:15 20:19,24
21:8,13 23:7
23:22 24:21,23
25:6,8 28:5,8
30:6,8,15,23,25
31:5,15,19,24
32:1,4,9,11,18
32:23 33:3,6,7
33:8,9 34:13
38:24 39:22
40:19 42:18,19
42:20,22 43:3
43:4,7,8,8,10
43:11,17,19,25
44:2,7,9,12,25
45:1,25 46:10
47:6 53:17,20
55:3 66:20

| | | | |
|---|---|---|---|
| 67:11 69:10,15 | 120:20 124:10 | 156:16 158:14 | 199:1,10,15,15 |
| 69:17 70:1,10 | 124:23 128:20 | 160:14 163:3 | 199:18,20 |
| 70:13,15 71:6 | 128:21 131:6 | 163:10 164:15 | 200:6,7 202:5 |
| 72:15,21 73:2 | 131:11,14,15 | 164:20,25 | 202:7,10,10,12 |
| 73:5,24 74:11 | 131:20,23 | 165:4,10,15,20 | 202:22,24 |
| 74:12,21 75:7 | 132:4,16,25 | 166:8 167:1,8 | 203:11 204:1,3 |
| 75:13 76:10 | 133:21 134:19 | 167:16,18 | 204:5,20,21 |
| 78:25 80:18 | 135:6,11,15,16 | 168:5,11 | 205:4,14,23,24 |
| 81:6,10 82:3 | 135:19,23,25 | 169:22 170:5 | 206:13 207:3 |
| 89:25 92:7,19 | 136:1 137:19 | 170:16,21,25 | 208:6,17 209:8 |
| 93:1,7 94:2,7 | 137:23,25 | 171:1,9,20,22 | 209:10 210:6 |
| 94:14,21 95:2 | 138:25 139:2 | 171:25 172:21 | 210:19 212:4,4 |
| 95:11,11,19 | 140:10,11,16 | 172:21,23 | 212:15,21 |
| 96:4,7,20,25 | 140:21 141:1 | 173:10 176:20 | 213:6,7,10,11 |
| 97:2,11,14,19 | 141:11,19,20 | 176:25 177:4 | 213:16,17,17 |
| 98:8,11,14,17 | 141:25 142:16 | 180:4 181:8,10 | 213:19,22 |
| 98:21,23 99:12 | 142:23,24 | 181:11,14,14 | 214:2,25 |
| 99:18,24 100:8 | 143:7,8,12,12 | 181:24 182:14 | 215:18,24 |
| 100:12,15 | 143:21,24,25 | 182:20 183:6,8 | 216:5,10 217:8 |
| 101:1,6,13,21 | 144:3,5,6,9,11 | 183:9,12,20,21 | 217:21 218:2,3 |
| 101:23 102:14 | 144:16,21 | 183:21,22 | 218:12,20,24 |
| 102:24 103:2,9 | 145:6,23,25 | 184:5,5,5,6 | 220:23 225:6 |
| 103:11,22 | 146:1,7 148:17 | 186:17,17,23 | 225:10,19,22 |
| 104:1,9,19,24 | 148:17,20,20 | 187:2,7,12 | 226:1,13,15,20 |
| 105:6,9,11 | 148:24 149:11 | 190:6,7 191:6 | 226:23 227:1,2 |
| 106:15 107:13 | 149:16,22,25 | 191:6,9,10,14 | 228:1,7 229:12 |
| 107:15,21 | 150:7,7,15 | 192:9,9,11 | 230:7,7 |
| 108:22 109:1 | 151:5,9,18,19 | 193:5,5,6,19,21 | **further**   111:13 |
| 109:16,17 | 151:25 152:1,2 | 194:7,8 195:2 | 136:11 137:20 |
| 110:24 111:11 | 152:2,4,7,12,16 | 195:4,7,13,15 | 204:11 231:17 |
| 112:21,22 | 153:3,5,6,11,17 | 195:24 196:1 | 234:14 |
| 113:8,11 117:7 | 154:1,5,6,16 | 196:10,18 | **future**   74:7 |
| 117:11,12 | 155:4,6,8,15,16 | 197:2,4,13,19 | 114:11 137:20 |
| 118:3,20,20 | 155:20,21,21 | 197:19,24 | 145:14 147:8 |
| 119:5 120:18 | 155:24 156:11 | 198:2,2,8,18,23 | 209:7 211:10 |

213:3

**g**

**gained** 107:13
206:4
**gather** 83:2
**gathering**
76:22 77:2,21
156:12
**gears** 175:23
221:5
**general** 12:20
16:11 40:8
84:14 114:7
141:2 166:20
168:7,11
177:12
**generally** 12:21
18:18 22:8,9
29:10 31:1
34:16,17 43:7
43:17 46:5
78:14 156:7
163:19 165:14
212:1
**generate** 77:15
77:22
**generated** 47:9
66:22
**generic** 36:14
**genworth** 7:15
9:6 13:12
20:22 38:11,13
38:20,21,21,24
38:25,25 39:2
39:6,14,17,18

39:20 40:1,2,3
40:12 49:13
53:24
**germane**
214:23 215:16
215:21
**getting** 31:11
40:5 79:23
80:17 128:18
150:5
**gig** 20:6
**give** 49:10 61:5
72:13 73:23
80:7 90:16
116:16 134:25
166:13 169:7
174:1,9,9
175:14 212:8
212:11 215:5
**given** 76:14,24
89:10 142:16
142:17 181:18
183:15 209:21
231:25
**gives** 177:17
**glad** 80:3
**glance** 192:22
**glass** 156:19
**glide** 32:16
33:2,12 43:19
140:20,23,25
141:4,10
192:23 193:5
194:5 200:5
201:6 203:3,4

203:5,8,10
**global** 24:17,20
24:23 224:14
224:17,20,23
226:22
**go** 6:24 12:9
26:5,9 31:18
42:9 46:24
56:16,20,21
57:16 58:4,16
62:7 63:5
66:17,19 67:14
67:19 72:6
74:24 77:5
83:12 90:1
93:10 95:5
96:9 97:23
99:2 100:20
101:15,17
102:1,9 103:15
104:14 105:15
106:2 120:8
134:6,11 135:3
155:2 156:23
157:6,8,8
158:18 162:5
164:8 168:13
170:13,13
172:16 173:13
173:15,21,24
175:9 182:14
184:7 189:18
195:5 200:1
209:13 211:11
211:22 217:10

222:1
**goes** 123:23
187:1 194:11
198:16 200:16
**going** 5:4 6:24
12:8 17:23
24:4 38:15
47:5 53:24
56:25 57:1,15
79:21 85:8,12
91:13 101:16
111:5 113:4,11
129:24 147:14
147:15,24
149:5 151:1
157:8 159:12
162:9 164:7
166:2 169:7,20
172:8 175:14
175:25 176:1,3
176:4 197:22
201:18 210:1
212:4,18
219:20,25
222:7 227:25
231:24
**good** 5:4,20 6:3
7:8,10 36:8
49:4 61:14
79:23 85:8
99:4 112:2,22
122:1 127:10
133:8 154:14
167:15,24
168:5 185:3

188:15 209:14
209:19 210:13
210:23 212:3
214:9 232:10
**governed**
182:19,20
**government**
130:17
**grand** 15:17
**granular**
142:11
**great** 7:9 9:8
57:18 80:24
90:1,18 155:2
164:13 168:20
172:14 176:17
176:23 185:16
201:15 205:1
214:6 220:14
232:7
**greater** 47:11
58:18 61:8
66:24 86:17
87:24 88:5
110:17
**greenfell** 42:20
44:15
**grose** 1:17 5:15
234:3,24
**gross** 169:22
170:9
**ground** 6:24
**grounds** 124:15
**group** 36:21
73:18 75:15,17

75:24 87:21
106:1,5,7,11,12
106:21,24
107:19 108:2,3
108:4,8,10,15
108:23,25
109:4,20,21,21
110:1,3,4,4,8
110:21 111:8
111:11,12
113:2 130:25
136:4 141:6
228:2
**group's** 61:20
61:21
**groupings**
10:20
**groups** 75:1,18
75:20 76:2
87:20 107:2
230:25 231:11
231:13
**growth** 60:5
223:11,17
224:10
**guarantee**
212:19
**guarantees**
115:15
**guess** 20:6 24:4
30:17 33:8,24
33:25 48:3
53:8,24 57:10
61:4 63:19
67:4 138:2

156:13 170:14
214:19 227:7
**guidance** 87:13
87:14
**guide** 130:18
**guidelines**
128:13
**guys** 156:1

**h**

**h** 4:1 236:3
**half** 17:7 47:8
47:19 66:21
73:17 113:4
132:11 133:10
133:11 206:22
**hancock** 153:6
154:24
**hand** 84:24
234:21
**handled** 16:21
177:23 178:20
179:2 182:10
182:13
**hands** 15:12,21
18:3
**happen** 70:22
71:17,17 86:9
87:1 109:24
**happened**
26:14,15 70:10
133:4 178:4
**happens** 61:13
62:22 80:4
137:9 218:23

**happy** 57:7
**hard** 8:8 26:17
107:3 134:13
141:18 164:9
182:9 227:4
**harder** 166:2
**harm** 79:4
**harmed** 10:12
**head** 30:20
54:3 118:1
227:18,21,21
**heading** 59:25
**hear** 6:20,25
49:4 196:14
**heard** 10:17
75:25
**hearing** 7:4
10:24
**hearings** 10:22
**heavy** 52:1
**hedge** 25:11,23
26:4,7 30:8
**help** 77:8,16
232:15
**helpful** 84:22
211:4
**helping** 6:1
**hey** 111:23
**hi** 5:20
**hiccups** 80:4
**high** 201:11
202:2,11 224:7
224:12
**higher** 113:21
138:14,15

171:21 201:9
202:1,10
**highest** 165:4
169:8
**highlight** 71:10
**highlighted**
160:17
**highly** 25:12
115:16
**hindsight**
145:21,22
146:17 217:4
**historical** 114:9
118:5 148:21
170:6,11
**history** 47:8
66:22 71:24
114:11 159:17
198:10,25
199:16,21
**hit** 30:9 133:5
**hits** 68:12
**hold** 17:10
80:17 85:24
154:10 156:19
157:11 172:10
173:22 194:25
222:8
**holdings**
140:15,18
141:24 142:4
142:25 143:16
190:13 191:25
192:10

**honest** 15:8
227:6
**honored**
212:14
**hotly** 114:6
**hour** 7:10 57:2
76:24
**hours** 85:9
**house** 5:25
**houston** 3:7
**huh** 136:10
151:7 215:14
**hundred** 54:7
54:16
**hundreds**
12:24
**hurdle** 113:22
**hypothetical**
63:19 125:2,6
125:9,11
126:13,21,23
**hypothetically**
126:3 127:6

**i**

**idea** 87:7 112:9
127:12
**ideas** 31:10
**identical**
192:24 193:6
**identification**
232:18
**identified** 4:2
109:17 165:9
183:25 207:4

**identifies** 225:5
**identify** 15:10
17:24 27:5
49:6 50:16
51:4,8,10,12
53:23 67:4
69:23 70:4
117:24 131:2
131:16 134:2
139:8 141:14
151:9 155:25
167:1 173:9
197:23 208:16
210:19 211:23
**identifying**
180:3
**ignore** 149:4
**ignored** 71:25
89:4
**ignoring** 72:2
**illustrated**
198:22
**imagine** 15:9
110:18 160:6
**imbedded** 64:6
**immediately**
92:2 122:8,12
**implications**
89:10
**implied** 63:13
71:20 133:23
140:23
**imply** 124:15
**importance**
71:19,21

**important** 8:15
71:23 78:19
84:15 106:14
106:23 138:10
145:15 216:6,9
217:4 230:17
**importantly**
179:15
**imposed** 89:11
**impression**
97:16
**improve** 50:8
204:9
**imprudent**
12:3
**inappropriate**
132:23
**inception**
136:13 158:10
159:20,23
161:25 174:21
**include** 45:25
141:9,12 144:5
147:9 150:7
151:4 155:4,6
158:23 160:14
162:14 171:25
173:10 174:2
182:23 183:3,9
183:16 187:12
199:19 202:22
208:12 220:21
**included** 64:3
70:18 137:7
154:4 155:12

156:17,18
158:7 159:17
159:22 162:21
163:8 173:14
178:8 181:21
181:22,23
182:25 183:19
183:23 184:3
221:22
**includes**  167:11
**including**  19:20
28:2 45:20
149:6 167:20
188:2 192:16
208:11
**inclusion**
165:16
**income**  91:16
92:11 224:12
**inconsistent**
87:19 182:18
**incorporate**
119:1 178:2
179:16,19
**incorporated**
177:25 230:8
**incorporates**
64:25
**incorrect**
124:10 125:8
125:19 162:22
162:23
**increase**  73:14
204:8 218:10

**increased**
204:20
**incremental**
70:8 181:19
**incurred**
209:21
**independently**
83:2
**index**  51:24
52:5,19,23,25
53:4,11,17,19
55:4,12,14,18
55:21 56:12
61:9 75:6
76:10 79:1,2
81:11,12 82:8
82:10,15,19
84:4 94:9,13
94:24 95:16,21
96:23 97:14,17
98:10,19,24
100:10,17
102:20 103:13
104:21 105:8
110:22 111:18
111:24 128:3
128:11 150:7
151:20 152:4,9
152:13 153:9
153:12,15,18
153:21,24
154:2 187:2,3
187:8,12,14
188:1,17,24
189:21 190:6

190:16,20,24
191:7,11,15,16
191:19 192:11
192:23 193:11
193:19,19
200:6,7 201:9
201:23 206:4
220:23 224:14
**indexes**  110:18
**indicate**  70:19
77:4 123:24
133:9 149:14
159:6 171:3
218:15
**indicated**  48:7
48:9 53:2 55:7
79:7 84:16
86:20 87:11
109:22 110:15
135:22 202:25
**indicates**  81:15
124:17
**indicating**
111:20
**indication**  65:1
72:20 178:14
**indications**
83:1
**indicator**  126:1
205:15 215:24
**indices**  47:7,10
47:20 51:17
52:3 55:16
78:6,9 84:21
190:8 193:20

194:12
**individual**
10:18,20 82:3
131:14 133:23
140:18 167:18
180:19,20
228:1
**individually**
180:6,6 181:18
**individuals**
227:10
**induced**  111:19
**industry**  29:19
37:20 43:20
51:24 66:4
71:24 74:1
87:10 89:4
111:17 115:2
119:22 124:15
125:25 131:7
143:4 212:14
227:14 230:19
**inflows**  164:24
206:5 214:3
**information**
12:10 22:12
32:20 36:20
52:10,15 61:21
61:24 62:12,17
63:8,9,13,21
65:2 66:9,20
66:23,25 68:24
69:6,16,24
70:19 79:5
84:21 88:10

[information - investment]                                    Page 32

90:25 93:15
96:11,13
102:16 105:16
108:3,13 118:5
118:18 119:2
133:24 138:17
140:3,22
145:16,17
147:7,8 148:21
149:7 158:23
160:1,13
162:21 164:5
181:2,4 183:5
183:8,11,15,16
183:19,24
219:15,17
230:12 231:1
231:13
**inherently**
185:23
**initial**  184:6,7
**initially**  10:13
**instability**
74:15
**instance**  50:3
69:14 130:11
179:17
**instances**  48:8
**institutional**
26:8 46:14
**instructs**  65:18
**instruments**
32:18
**integrating**
44:18

**integration**
42:21
**intended**  65:7
138:1 171:10
**interest**  14:25
15:22 234:14
**interesting**
30:1
**interferes**  74:6
**internal**  59:22
170:1
**international**
142:5 201:8,23
202:6 223:23
**interpret**
122:18 123:8
123:19,20
**interpretation**
48:3 124:9,13
124:22 125:7
125:12,15,19
126:22,24
210:17
**interpretational**
161:7
**interpreted**
124:4
**interpreting**
126:14
**interrupt**  85:7
**intrinsic**  196:4
223:1
**introduced**
146:17

**invalidate**
145:23
**invalidating**
146:18
**invest**  28:11,12
225:14
**investable**
107:15,23
**invested**  14:19
14:21 15:7,11
15:24 16:3,14
17:16,25 27:14
28:16 143:8,25
217:12 218:11
225:19
**investment**  4:4
4:6 10:5,14,15
12:3 15:14,18
16:10 17:4
18:5,8,9,20
19:1 21:12,18
23:3 25:22
29:11 33:12,20
34:4 35:5,7,12
36:2 37:3 38:3
39:21 41:4,20
42:2,14,16,17
44:17 45:4,18
48:20,23 50:12
52:6,10 53:6
56:21 57:1,22
57:25 58:7,9
58:13,19,24
59:25 60:4,7,9
60:12 62:25

63:6 64:4,8,16
64:20,24,25
65:3,4,24,25
66:1,8,10
67:14,19,25
68:3 70:21
71:5 72:7,8,13
72:21 73:10,15
74:6,16,24,25
76:4 81:7 85:1
85:6,18 89:15
89:16,17
105:24 109:15
114:7 115:24
120:6,8,14,22
122:22,23
123:3,4,6,12,14
123:16 124:22
124:25 125:8
126:15,22,25
127:4,4 128:14
129:5,8,10
133:9,17
134:19 135:5
155:25 166:18
167:20,24
179:18,19
180:4,14
189:22 196:11
196:18 197:15
199:10 208:10
208:11,12
216:11 217:20
219:1 221:1,23
222:2,17 223:4

228:11,21
231:10
**investment's**
60:3,4
**investments**
15:13 16:4,6
16:14 17:10
18:4,11,15,23
18:25 19:8,13
19:20 20:1
25:1,5 27:13
28:21 31:16,16
34:10 35:2
41:16 52:16
117:23 122:25
148:15 149:3,4
204:8,20
206:14 220:18
**investor** 164:24
170:24 192:16
206:2
**investors** 26:5
26:21 27:3
28:12 29:12
203:19 205:5
205:16 214:3,3
219:15 224:14
**invests** 190:5,7
193:19
**involve** 10:4
13:3,9,12,17
**involved** 10:15
12:21 15:17
20:15 23:11,13
26:25 29:6,13

31:11,22 41:5
41:9 109:10
117:21 137:1
142:17,18
227:23,24
**involvement**
21:20 29:16
**involves** 52:1
**involving** 10:8
12:15
**iowa** 8:23 9:2,9
9:16,20 13:6
**ips** 36:6 48:1,10
50:3,9 51:19
51:21 53:1,13
54:9 55:7
56:18 58:13
60:20 61:11
65:3,7,18 67:2
71:22 75:10
78:13,14,17,20
78:22 79:7
84:16 86:19,20
87:4,5,6,11,12
87:15,25 88:4
88:15,19,23
89:2,9,10
107:8,8,16
109:19 113:23
114:14,20
116:6 119:21
119:22 124:7,9
126:19 135:25
137:5 165:9
166:23 177:19

177:22 182:11
184:2 211:6,8
212:16 228:23
228:24,25
230:3,14,18
231:6
**ipses** 54:10
67:10
**ira** 15:2 23:2
**iras** 14:11,14
14:20 15:4
**ironwood**
24:17,20,23
**irrelevant**
84:23 218:24
**israel** 25:1,5
29:12
**issue** 11:17
13:19,21 17:7
30:1 48:4
69:21 71:12,13
71:14 83:5
84:23 114:7
147:11 161:19
182:24,25
183:25 186:4
192:3 196:23
205:22 215:22
227:3
**issues** 7:2 21:21
26:7 32:16
33:2 34:19,22
41:16 69:9
89:12 114:10
138:4 149:18

165:8,19
166:13,25
228:16
**italian** 56:7

**j**

**j** 2:5 235:1
**january** 122:7
122:11 181:1
**jason** 3:10 6:1
**jeff** 3:11 5:13
**jeremy** 2:12
5:21 18:3 85:7
116:17
**jeremy.blum...**
2:19
**job** 1:25 46:10
99:4
**john** 153:6
154:24
**jp** 15:2 16:22
16:24 17:19
18:14,19,24
19:3,7,12
153:11 154:21
156:16 158:6
158:24,25
159:9,11
160:13 161:25
162:15 163:2,7
163:9,12
165:14 171:14
183:22 184:5
213:21
**judge** 127:9
148:10 176:14

**[judge - legs]**                                    Page 34

220:12

**judgment**
165:3 187:18
**julio** 56:7
**july** 169:23
170:9
**june** 174:24
**jury** 176:15
**justify** 188:3

**k**

**k** 90:21 91:2,12
91:14,23 92:5
93:10,16,19
94:1,17 95:10
96:14,16,19
98:2 99:8,21
100:15,22
102:2,10,13
103:2,7 104:5
104:15 105:3
**k6** 174:19
175:7
**keep** 129:18,20
142:11 169:20
176:1
**keri** 2:13 5:23
**key** 107:17
128:14
**kicked** 191:22
**kind** 25:22
36:19 115:12
116:4
**kiplinger**
210:24 213:1

**kiplinger's**
210:13
**knew** 33:22
46:5 73:6
102:7
**know** 6:23 7:5
7:10 9:12
12:17 13:20
14:19 15:24
16:3 17:16,18
18:2,7,10,14,18
18:22,24 19:1
19:1,2,7,12,19
19:25 20:10,11
22:6 25:12
26:14,18 28:15
33:6,13,16,19
33:22 34:1,2,6
34:7,12,16
36:12 41:12
48:2,4 49:11
50:3,14 52:22
55:15 75:12
76:12 105:25
108:17,21,24
108:25 109:14
111:9,15
115:14 116:3
117:1 118:4
119:17 131:23
132:25 133:19
137:6 138:3
141:5 142:24
146:7 148:13
148:22 149:13

150:20 155:19
160:8,12,16
167:12,12
169:3 170:20
176:18 178:3
178:11,12,19
179:2,4,14,15
179:17,21,22
180:5,8,10,13
180:16,17
183:11,19
184:3 186:13
186:16 188:11
189:16 190:1
191:18,21
196:13 206:21
208:13 211:16
213:1 215:25
218:16 220:23
220:25 225:25
226:7,8,10,11
226:24 228:10
228:20,22
229:2
**knowing** 82:25
84:2 211:25
226:5
**knowledgeable**
34:10
**known** 106:1

**l**

**l** 2:13
**lack** 9:14
**lacked** 198:9
199:16

**laliberte** 1:3
5:8 235:4
236:1
**large** 26:5,10
30:11 60:5
107:2,16 142:7
194:23 195:2,3
195:7,18
205:16 214:24
215:17 216:5
217:7 225:1
**largely** 84:23
**largest** 186:10
186:17 197:3
**law** 130:17
182:19
**laws** 233:2
234:17
**lawsuits** 180:8
**lawyers** 130:18
**lead** 210:7
**leaders** 34:6
**leading** 131:13
**leave** 18:5 30:2
30:3 70:13
123:21
**led** 135:25
162:14
**left** 30:11,18,20
44:19 81:1
**legal** 3:4 5:14
5:16 232:2
235:23
**legs** 147:22

[legwork - look]                                                          Page 35

legwork  77:19
leisure  7:11
lending  8:24
  9:13 25:16
  26:8
length  46:16
level  45:19
  54:15 84:13
  142:11 144:2
  193:19
levels  54:14
  73:25 149:14
  192:15
lewis  1:14 2:11
  5:21,23,24,24
life  43:11,15
  152:11
lifecycle  153:14
lifestyle  33:6,8
  43:4,5,7,8,17
  43:25 44:2,5,7
  44:9 45:1
  225:9
lifetime  79:1
  81:11 82:14,19
  82:21 83:8,23
  84:4,20 153:17
  197:6 205:3
lifetimes
  194:13 198:4
light  84:22
likely  114:2
  115:8 132:7
  209:7

limit  156:10
limited  48:16
  197:2 224:7
line  158:5
  236:4,7,10,13
  236:16,19
linked  43:9
  108:11,12
lipper  75:14,17
  75:20,25 76:2
  77:2 94:2
  105:23 106:25
  108:23 109:1,2
  109:3,5,12,12
  109:13,20
  110:4,19,19
  111:10,16,16
liquidity  30:10
list  21:1 22:20
  49:9 58:9,14
  59:9 60:8,24
  61:12 63:1,14
  64:6 65:24
  66:10 67:2,19
  70:15 71:18
  73:22 85:24
  88:16,19 89:3
  89:15 107:24
  113:18,20
  120:14 122:19
  124:5 128:3,7
  128:9,19,20,23
  129:17,21,22
  130:1,6 131:3
  131:17 136:2,3

136:3 140:11
  146:13 150:6
  167:8 225:18
  226:25
listed  68:15
  71:21,22
  114:10 141:11
  153:5 158:1
  170:17 230:1
listen  126:11
  126:12 156:3
listing  8:11
  60:20 141:6
  165:17
lists  60:2
  133:23 222:17
literally  11:8
  15:12
literature
  124:16
little  89:21
  91:13 112:17
  131:10 146:20
  147:1,14,22
  156:5 158:13
  164:11 166:2
  175:23 227:7
live  148:9
  176:14 220:11
llc  22:21 23:4
llp  1:15 2:4,11
load  150:3
  185:7
loaded  150:5

local  130:17
long  11:2 17:21
  27:15 32:3
  69:17 137:3,12
  137:12 141:19
  164:19 175:24
  204:4 226:12
  226:17
longer  35:8
  48:2 49:18
  57:7 149:5
  219:5,8
longleaf  223:19
look  8:16 15:9
  32:3 34:19,20
  34:20,22,23,25
  35:14 47:3
  48:21 49:22
  50:14,15 55:15
  56:21 59:10,11
  59:11 60:25
  69:6 75:20
  82:21 83:8
  84:1 91:7,22
  109:2 110:10
  111:12,24
  112:3,6 114:8
  118:5 127:7,18
  127:20 130:15
  133:3,24 138:3
  140:20,25
  142:23 143:7
  143:11,11,17
  144:2 145:20
  149:18,24

**[look - managed]**

150:19 152:11
154:12,14
156:16 162:6,9
164:9 167:7
172:15 173:13
178:22 184:7
190:20,23
194:2 208:14
213:13,13
218:2 219:13
219:16 228:17
230:4 231:3
**looked**   31:18
32:9 35:4 48:4
48:5 63:5,6
70:11 73:22
74:10,18 75:22
75:24 83:3
135:22 142:14
144:3 149:11
149:13 151:3,8
161:2,24 165:8
165:19 166:10
166:25 167:15
167:17 168:1,7
178:18 179:1,5
188:11 189:9
189:12 203:5,5
216:16 219:15
228:9 230:24
230:25 231:1,2
231:10,12
**looking**   7:4
12:5 26:6 31:8
31:10 32:11,14

32:16,17,18,22
32:24 33:2
49:15,18,23
54:12 69:24
70:6 80:16
81:22 83:16
87:17 134:13
134:14,23,25
136:5 138:4,5
141:3 143:20
145:13,17
146:15 148:16
149:3 156:6
157:1,12,23
158:4 161:14
169:15,19,24
174:5,16
184:11,19
208:24 209:11
209:25 210:3,8
213:18 226:25
230:10 231:10
**looks**   62:20
169:6
**loop**   3:6
**los**   9:3
**losing**   61:4
**loss**   128:13
**losses**   30:11,12
205:5
**lost**   30:5
203:19 206:5
215:12
**lot**   7:1 24:12
31:7,9 44:11

70:6 76:22
159:25,25
199:15 201:19
214:19
**lots**   50:14,15
**loud**   35:20
59:18
**low**   21:2,7,10
21:24 22:2
54:25 223:9
**lower**   74:3
138:15,19
206:1
**lowest**   136:12
136:19 137:9
137:11 138:8
138:10 155:11
**lunch**   147:17
148:1

**m**

**made**   12:3
39:21 73:9
133:13 161:5,6
165:13 181:1,5
187:18 188:13
189:14 203:7
216:6
**magnifying**
156:19
**magnitude**
12:24 54:13
**maintain**   46:15
**maintained**
46:18

**maintaining**
39:21
**major**   9:16
19:15 42:17
115:25 141:3,5
**make**   8:18
33:24 34:24
76:17 77:9
81:16,23
109:10 126:13
136:21,25
137:2 138:4
145:2,10
154:11 164:11
173:23 180:24
181:4,25 182:3
185:24 191:16
191:19 209:10
211:16,17
217:3 220:16
220:17 226:17
230:21
**makes**   36:15
177:20 226:19
**making**   45:24
180:21 182:16
212:18
**manage**   30:23
**managed**   14:25
15:1,2 17:15
17:21 22:25
24:15 28:2
164:16,16
185:24 188:2
190:5,13 197:3

**management**
15:3,18 18:20
19:15 27:6,23
29:7,8,11,19
30:5,20 40:21
41:6,21 45:8,9
45:18,21,23
46:13 72:9
114:7 115:25
117:18,20
120:7 164:19
166:20 186:9
189:16,22,23
190:7 223:4
227:22 228:7
**manager**  10:15
10:15 17:4
19:1 70:9
72:21 91:7
129:5 153:6
166:18 167:21
179:19 193:21
**manager's**
72:22 129:10
**managers**  15:2
16:10 18:5
44:17 69:17
167:24 185:24
200:19 202:15
204:8
**managing**
18:11,16,23
27:24 30:7
69:3,11,25

226:24 229:9

71:11 74:16
**mandate**  65:3
89:11,11
**march**  80:22
203:16,22
**maria**  2:14
5:24
**marin**  1:13
3:15 4:8 5:7
6:5,10,17 8:15
13:24 50:11
54:4 56:25
57:19,20 59:16
64:14,17 65:11
76:8 84:18
85:18 90:19
112:2,17
113:24 126:11
126:14 130:4
133:8 134:11
147:20 148:5
150:6,19
154:10 162:5
164:7 167:10
168:14 172:7
173:23 175:10
175:23 176:10
176:18 182:3
184:13 185:12
194:2 201:16
206:16 207:2
207:13 209:23
213:5,24
216:15 219:23
220:6 221:12

231:18,23
232:1,9 233:12
235:5 236:2,24
**marin's**  57:6
**mark**  207:6
**marked**  4:2
57:20 150:19
185:13 214:10
232:16
**market**  2:16
25:18 29:17
31:18,21 60:5
60:6,6 73:11
103:9 108:7
190:8 193:20
205:6
**marketing**
25:17 43:22
**marketplace**
31:1 96:21,25
101:24
**markets**  26:17
201:10 202:2
**marking**  8:2
**mary**  1:3 5:8
235:4 236:1
**mass**  107:14
**massachusetts**
224:4
**mat**  56:22
79:10 85:5
147:22 150:3
172:3 185:7
207:6 221:6

**mat's**  150:5
**material**  54:21
**materials**  22:10
69:23 70:4
85:2 106:8
141:14
**math**  99:4,5
112:18 168:24
**mathematically**
148:24
**matrix**  69:16
**matter**  5:8 6:2
56:11 195:10
195:12,14,23
204:16 206:12
**matters**  56:14
199:8
**matthew**  2:15
5:23
**max**  163:22
**maximum**
139:18
**mckenna**  2:15
5:23 56:23
79:12,20 172:5
185:9 207:8,14
221:7,9
**mean**  26:24
32:14 35:19
36:18 41:8
47:18 52:22
60:18 80:14
89:20 110:23
114:6 120:6
123:20 137:15

163:18 180:20
209:2 215:21
**meaning** 20:5
40:8 70:11
92:5,18,25
93:5,6 94:6,13
94:20 95:1
96:3,19 97:2
97:10 98:16,23
99:11,17,23
100:7,11,25
101:6,12,20,23
102:13,23
103:21 104:1,9
104:18,24
105:11 126:24
137:24 138:8
180:21 198:25
209:6 217:19
**meaningful**
136:1 198:10
203:14
**means** 41:14
95:19 98:7
103:7 105:5
111:2 148:16
152:15 155:14
158:12 162:20
**meant** 35:21
**measure** 64:8
141:18
**measured**
59:14 61:16,17
61:23,24

**measurement**
32:21 106:23
**measurements**
66:3
**mechanical**
191:21
**mechanism**
227:13,18
**mechanisms**
33:11 230:3
**medalist** 208:1
208:9,23
209:13,19
210:16,18,23
211:3,9,21
212:22,25
**media** 5:6
232:1
**median** 61:19
61:21 75:1
110:8 111:1
113:1,5,12,13
113:22 128:10
129:23 132:10
133:11 230:11
**meet** 132:8
150:10 158:15
159:23 162:19
171:16 190:21
198:24
**meeting** 16:19
16:24 17:9
45:4
**meetings** 16:9
41:15 42:9

45:12
**member** 41:7,9
41:11,12,17
228:4
**members** 112:7
**mention** 33:6
**mentioned** 8:22
38:10 48:20
83:25 127:11
189:11
**mentions** 85:1
**merely** 13:1
27:3 165:10
**merged** 44:15
44:16
**merger** 44:10
44:12,14
**mergers** 44:10
**merging** 42:16
**merits** 123:15
187:24 188:8
189:3
**met** 17:5 111:6
111:6 136:1
137:4
**methodologies**
18:22 19:14
32:12,13
114:19
**methodology**
12:5 133:20
134:3 135:9
138:24 139:9
165:2 170:4
171:19 212:2

212:16 213:1
**methods**
119:20
**metrics** 138:16
142:14 158:25
**mfs** 224:5
**middle** 24:7
26:19 43:16
91:8 97:18
170:17 185:22
222:24
**miller** 2:4 6:3
**millershah.com**
235:2
**million** 26:4
72:9 181:9
**millions** 12:25
**mimicked** 55:9
**mind** 48:12
142:12 147:17
**mine** 13:22
214:21
**minor** 161:9
**minute** 56:25
59:16 87:22
90:16 147:15
222:23
**minutes** 8:18
48:22 147:18
176:3 219:20
**misimpression**
97:17
**misinterpreted**
229:25

mistake 161:5
161:7
mistaken 58:5
mistyped
174:12
misunderstood
157:21
mix 200:14
model 169:10
moderate 79:1
80:19 81:11
82:15,19,22
83:9,24 84:4
84:20 224:20
225:5
moderately
225:14
modified 109:2
109:12 111:16
moment 42:25
56:23 67:9
79:12,15
119:24 134:25
135:1 145:3
157:25 161:16
166:14 215:6
money 17:21
19:15 26:10
monitor 15:14
15:16 18:8,11
18:15 19:12
20:1 45:4 50:5
52:15 68:1,8
68:11 69:21
74:13 86:3,8

86:24,25 89:13
114:16 120:21
121:2,5,9,12,16
121:20,23
123:7,22 127:1
monitored 46:5
50:7 89:24
monitoring
19:14 21:12
34:25 36:2
37:2,8,23
60:15 61:2,2
64:3 66:3 69:2
76:4 87:8
124:5 152:16
152:22 178:2
208:18 226:1
228:21 229:1,3
229:5,12,22
months 10:21
10:23,25 30:19
30:19
morgan 1:14
2:11 5:21,23
5:24,24 15:3
16:22,25 17:20
18:14,24 19:3
19:7,12 42:20
44:15 153:11
154:21 156:16
158:6,24,25
159:9,11
160:13 161:25
162:15 163:2,7
163:9,12

165:14 171:14
183:22 184:5
213:21
morgan's 18:19
morganlewis....
2:19
morning 5:4,20
6:3
morningstar
70:6 77:2
78:25 79:1
80:19,20 81:11
81:13 82:14,19
82:21 83:8,23
84:4,5,20,20
106:25 109:5
109:21 135:23
140:22 164:22
169:23 181:3
189:10 190:12
208:1,9,17
209:6,19
210:23 211:3
211:10 212:22
212:25
morningstar's
208:5 210:7
mortgage
30:10
motivated
111:22
move 61:18
122:3
multi 25:23
143:1 153:6

multiple
193:11
murky 177:13
178:3 180:7
182:12,12,13
mutual 11:20
15:7,10 17:25
24:23 25:8,20
26:12 28:5,7
31:7 44:12
45:25 46:10
156:11 176:20
190:6

n

n 3:14
name 5:13 22:6
24:16 50:22
51:1 56:8
91:12,14
117:16 119:2,7
119:17 172:4
227:1
named 234:5
names 22:17
118:7
narrow 109:8
narrowed
109:23 111:17
135:24
nature 132:9
nearly 192:24
193:6
necessarily
179:13 209:7
209:14 210:2

210:12 211:4
**necessary** 87:9
**need** 8:1 14:19
14:24 33:25
35:20 66:15
89:4,23 130:12
137:13 162:6
173:12 181:12
201:16 215:13
**needed** 29:23
171:11,16
**needs** 49:8
63:14 132:10
132:11
**negative** 54:15
54:18 61:24
63:21,22 66:8
66:23 67:1
73:12
**negotiate** 29:14
**negotiated**
180:6 181:18
**net** 55:6,17,20
56:19 61:17,19
74:2,25 138:12
138:19 181:20
206:4,6
**never** 14:25
41:10
**new** 22:20 23:4
23:10,14 24:9
107:11,13
137:21,22
172:8

**nice** 85:9
**nichols** 3:11
5:13
**nine** 68:16,19
68:20,21,22
70:12 71:5
82:4 105:11
152:2,12 153:8
153:8,11,12
154:7 218:8
**non** 9:25
**nonexistent**
145:14
**norm** 66:5 74:1
**normal** 17:20
19:14 34:25
35:4,5 39:3
51:23 53:11
64:8 87:9
106:21 107:4
**normally**
149:20
**north** 3:6
**note** 235:10
**noted** 76:22
160:21
**noticed** 76:23
**noticing** 5:18
**notified** 129:5
**notion** 133:10
**november**
234:21 235:3
**number** 5:10
28:5,7 32:4
51:24 54:16,18

55:17,20 59:13
59:19 80:8
81:19 84:15
89:5 116:24
142:16 157:14
157:15 161:6
165:4,5 173:21
175:15 197:24
203:1 217:10
217:16 228:15
232:1
**numbers** 55:7
56:17 80:10,16
81:23 129:11
143:16 157:12
163:17,20
**numerical**
76:24 133:6
135:8 181:23
218:14
**nuveen** 153:14
154:24

**o**

**o'clock** 85:13
**oath** 148:6
176:11 220:8
**object** 16:8
17:12 37:16
39:9 40:4
50:20 52:11
53:7 59:2
64:22 65:17
70:25 71:8
72:16 78:12
86:10 87:2

88:2,12,17
89:1 118:11
125:1,18 132:2
132:18 133:15
138:18 146:22
147:3 178:13
178:21 179:3
179:12 181:16
182:7 183:14
199:22 208:19
212:6 217:22
218:13 219:2
226:4 227:11
227:19 228:13
229:7
**objection**
124:12 226:9
**objective** 46:16
46:21 60:4
**objectives** 58:8
**obligation**
148:8 176:13
220:10
**observation**
132:24
**observations**
219:10
**obviously**
51:25 77:7
145:21 165:13
218:10
**occur** 191:17
**occurred** 16:23
44:10,11 63:20
69:14

| | | | |
|---|---|---|---|
| **october**  1:16 | 222:13 | 80:17 85:25 | 158:22,22 |
| 5:1,5 27:2 | **okay**  6:18,20 | 86:21 87:4 | 160:9 161:12 |
| 57:22 | 7:7,12 8:4,19 | 88:8 90:3,3,6 | 161:17,23 |
| **odd**  10:19 | 8:20,20,21 | 90:11,14,18,24 | 162:4,9,12 |
| **offer**  30:25 | 9:18,22 11:16 | 91:6,21 92:1,9 | 166:5,6,16 |
| 31:11,20 40:16 | 12:13 13:2 | 92:21 93:9 | 168:16 169:14 |
| 40:19 44:25 | 14:18 15:6,23 | 94:5,16 95:4,7 | 169:19 170:3 |
| 82:15 188:3 | 16:2,5,18 17:8 | 95:15,23 97:6 | 170:15 171:17 |
| 195:15 204:3 | 17:14 19:4,11 | 97:22 104:13 | 172:12,25 |
| 205:19 206:18 | 19:18,24 20:12 | 105:14 106:3 | 173:6,20,25 |
| **offered**  23:21 | 22:5,19 24:1,8 | 106:17 112:19 | 174:5,14 175:3 |
| 28:10 34:24 | 27:16 28:4 | 112:24 117:14 | 175:8,13,17,22 |
| 39:18 44:3,4 | 35:18,24 36:7 | 118:2,16 119:9 | 176:23 177:2,8 |
| 186:18 197:15 | 36:25 37:6,11 | 119:13 120:10 | 178:10,25 |
| 199:11 217:8 | 38:4,18 39:4 | 122:6,21 123:2 | 179:7,25 |
| 219:1 225:22 | 40:14 41:19 | 123:25 124:8 | 180:12 184:18 |
| **offering**  33:11 | 44:24 45:10,14 | 125:9,10,12 | 184:21 185:7 |
| 72:1 214:25 | 47:1,4,24 | 126:8,20 | 185:21 186:20 |
| 215:18 | 48:15,19 49:20 | 127:10 128:1 | 187:21 188:22 |
| **offerings** | 50:25 51:7,11 | 129:21 130:19 | 189:1,19 190:3 |
| 186:22 216:5 | 51:15 52:7,18 | 131:8,22 | 191:1,4 192:13 |
| **offers**  186:22 | 53:3,22 54:1 | 132:22 133:25 | 193:8,14 194:3 |
| **offhand**  12:12 | 55:1,25 57:8,9 | 134:5,17,24 | 194:21 195:5 |
| 22:18 | 57:15,16,17 | 136:8,23 139:4 | 199:25 200:2 |
| **officio**  41:7,8 | 58:11,22 59:6 | 140:9,14,19 | 201:5,15,20 |
| 41:11,12 228:4 | 59:10,18,24 | 141:13,23 | 203:15 205:13 |
| 228:6 | 60:14,17 61:14 | 143:6,10,18 | 206:20,24 |
| **offsets**  182:14 | 61:14 62:6,23 | 144:4 146:6 | 207:16,24 |
| **oh**  15:16 56:6 | 63:4,16,25 | 147:22 150:3 | 208:22 210:10 |
| 57:11 80:14,16 | 65:22 67:13,16 | 150:18,23 | 211:7 213:19 |
| 101:17 105:18 | 67:21 68:14,17 | 151:11,14 | 214:15,21 |
| 127:22 155:9 | 69:8 72:5,19 | 152:24 154:16 | 215:9 216:8,13 |
| 157:17 160:3 | 72:25 73:13 | 155:13 156:15 | 216:17,24 |
| 180:12 185:1 | 74:4,23 78:3 | 157:6,11,17,25 | 218:9 219:19 |
| 188:21 195:5 | 79:9,22 80:13 | 157:25 158:4 | 219:22 221:4 |

221:18,25
222:8,8,14,16
225:21 228:8
231:16,19
**older** 137:10,19
**oldest** 136:12
**once** 17:5
135:20 180:5
**ones** 28:18 44:6
49:14 67:11
70:17,18 71:21
71:24 76:11,12
82:12 107:1
154:4 165:20
171:4 173:14
189:12 207:3
220:19,21
221:23 225:19
**ongoing** 31:7
89:25
**online** 157:6,7
**open** 73:17
172:21,21
185:12
**opened** 222:13
**operating**
25:20
**operation**
227:22
**operations**
42:17 45:18
**opinion** 36:9,15
37:22 48:24
49:1 50:13
72:1 76:21

79:7 82:15
83:25 107:18
110:1 131:15
186:3 205:19
206:12 221:2
229:21
**opinions** 12:1
12:18 38:20
39:18 56:11
76:18 77:8,10
77:13,14,23,23
160:23 161:11
185:17 195:23
197:12 199:8
204:1,16
**opportunities**
196:4 224:10
**opportunity**
160:11
**opposed** 46:12
111:11 117:11
145:17
**opposing** 11:11
56:15
**optimization**
169:10
**option** 67:25
68:3 73:16
74:16 126:25
128:8 129:19
180:4 196:11
216:11 221:2
**option's** 61:19
74:7,25

**options** 10:5
18:8,9 23:3
33:21 34:4
35:7,13 36:2
41:4,20 42:2
42:15 45:4
52:10 60:1,9
60:12 71:6
72:8,8 81:7
123:14 180:14
187:25 188:9
189:4,5 197:15
197:16 199:10
199:11 208:10
208:11,12
219:1 221:23
222:2,17
228:11,21
231:10
**orange** 9:4
**order** 12:24
71:19,20
105:16
**organization**
74:16
**organize** 60:19
**orient** 81:4
91:23 151:2
221:12
**oriented** 43:23
43:24
**original** 162:1
**ostein** 223:25
**outcome** 12:20
12:22 89:14

110:21 119:16
160:22 161:10
168:22
**outcomes** 118:8
**outflows**
164:25 206:6
214:3
**outlier** 203:8
**outliers** 141:5
**outperform**
210:19
**outperformed**
81:10,12,13
84:4,5 92:19
94:13 95:1
96:3,6,20,24
97:10,14 98:7
98:10,16,20
99:11,17,23
100:11,25
101:12,20
105:12
**output** 141:18
**outside** 15:2
112:15 132:4
187:10,11
**overall** 23:2
25:17 27:25
73:10 144:3
179:22 214:5
**overlaid** 230:19
**overlap** 136:2
**overriding**
39:12

**[own - particular]** Page 43

| | | | |
|---|---|---|---|
| **own** 8:11,11 14:25 15:13,14 18:3 30:2 46:18 77:13,15 106:11 108:9 | 184:11,14,18 184:20,21 194:25 216:17 216:18,21,22 222:7,9,10,12 222:14,24 | 67:24 86:6 87:23 88:3,4,9 88:14 106:2,4 110:7 111:3 115:8 117:10 118:17,19 | **pared** 108:2 **parentheses** 73:17 172:21 172:22 **parse** 156:2 **part** 26:15 31:6 |
| **p** | 223:12 225:1,4 232:20 236:4,7 236:10,13,16 | 122:18 123:19 123:20 131:25 132:14 134:16 | 31:17 41:21 44:23 69:6 73:21 106:14 |
| **p** 2:12 **p.m.** 231:25 232:19 **pacific** 223:4 **packages** 22:10 **page** 3:16 58:4 | 236:19 **pages** 50:4 60:21 76:23 90:20 134:14 157:1,8 160:6 222:12 | 134:22,23 136:9,9 138:22 144:7,12 146:3 146:10 151:6 152:18 159:6,7 166:4,6,16 | 130:8 155:6,17 164:14 185:2 191:23 208:17 211:20 216:1 228:2 **participant** 13:24 27:11,18 |
| 58:5 59:13,13 59:19,21,22 60:11,11,22 61:15,18 62:3 63:6 67:22 68:15 80:7,10 | **paid** 176:25 179:10 **pandemic** 205:7 **panel** 11:10 **panels** 11:15 | 167:8 172:17 172:18,19 185:20,22 186:6,8 187:22 189:2,18,20 190:15 192:14 | 225:13 227:24 230:7 **participants** 10:12,18,19,21 12:24 33:11 35:9 43:14 |
| 80:11,16 81:25 83:12 84:16 85:22 90:19 91:9 93:11 95:5,5 97:23 100:2,20 | **paper** 172:16 **parade** 44:5 **paragraph** 35:11,17 36:1 36:9 37:2,8,18 37:24 38:6,7 | 194:2,4 197:1 198:7 200:1,11 200:13,23 201:1 202:14 203:16 204:23 205:2,12,14 | 138:13 166:20 168:8,11 178:5 192:17 195:16 196:11 199:12 204:3 206:14 |
| 103:15 120:15 120:16 127:20 127:23 134:6 134:10 156:23 157:2,12,13,23 | 39:7,25 46:24 47:2 48:25 49:7 52:4,20 53:5,16 56:20 58:17 61:7,15 | 206:1 207:18 207:25 211:12 214:7,13,16,20 215:15 226:2 231:4 | 206:18 216:11 230:7 **participate** 20:9 202:15 **participated** 117:1,4,8 |
| 158:1,2 161:20 162:7,9,11,13 168:18 169:15 169:24,25 170:1,14,17 174:16 175:15 | 62:11,24 63:5 63:18 64:2 65:14 66:6,13 | **paragraphs** 177:10 229:6 | **particular** 10:11 73:12 |

92:25 97:21
107:6 114:23
117:18 119:21
137:2 164:20
184:11 226:13
**particularly**
107:9 115:13
133:7 213:2
**partners**
223:19
**party** 28:10
**pass** 158:12
**passed** 63:17
110:6 111:2
159:16
**passive** 34:22
**passively**
164:16
**past** 137:24
209:8,10 210:1
**path** 32:16 33:2
33:12 43:19
141:1,10 193:5
194:5 200:5
201:7 203:3,4
204:11
**paths** 140:20
140:23 141:4
192:23 203:5,8
203:10
**pause** 35:23
59:16 76:6
116:11 206:25
207:15 215:8
221:8

**pay** 177:4
179:9 180:14
**paying** 102:7
226:13
**payroll** 22:25
24:14
**pc** 33:11
**pdf** 58:5,6 80:7
90:20 97:24
100:2 134:14
156:24 157:12
162:8,10
169:15 174:16
184:13,20
**peer** 36:21
61:20,21 73:17
75:1,14,17,18
75:20,24 76:2
87:20,21 106:1
106:5,7,11,12
106:21,24
107:1,19 108:2
108:3,4,8,9,15
108:23,25
109:4,19,20,21
110:1,3,4,4,8
110:19,21
111:8,11,12,24
128:10 130:25
132:6,20,23
133:5 136:3
141:6 155:6
230:10,11,25
231:11,12

**peers** 107:22
108:7 204:12
**penalty** 233:2
234:17
**pennsylvania**
2:7,17
**pension** 8:21
21:18 25:17
26:21 27:3
29:15,16,17,17
**people** 15:1,18
29:11 31:20
33:23 34:2,6,8
56:3 77:8 83:3
116:24 117:17
128:14 167:5
181:24
**perceived**
210:6
**percent** 11:24
11:24 36:16
76:20,20 77:13
82:2,3 83:21
91:24 92:19
93:1,7,20 94:7
94:14,20 95:1
95:10,17,19
96:3,7,20,24
97:2,10,14
98:7,11,16,20
98:23 99:11,15
99:17,23 100:7
100:11,25
101:6,12,20,23
102:14,23

103:8,11,21
104:1,9,18,24
105:5,9 110:16
111:2 132:15
132:17,19
133:5 152:3
190:13 196:19
201:8,22 202:5
206:22
**percentage**
110:17 131:23
133:4
**percentile** 92:6
92:23 93:4
94:11,18,24
96:1 97:8 98:3
98:14 99:21
100:5,15,18,23
101:4,10,18
102:3,11,21
103:2,5,19,24
104:5,7,16,22
105:3 129:9
130:20,25
**perfect** 212:20
**perfectly** 43:21
**perform** 115:3
**performance**
12:6,6 16:10
16:13 31:14,19
34:21 46:5
47:8 49:18,23
49:23 50:15,16
51:17 55:3
59:8,14 60:7

60:23,25 61:3
61:16,17,19,23
62:18 63:10,15
63:23 64:9
65:6,8,12 66:3
66:22 75:1,6
75:13,14,18
78:5,24 91:1,8
91:22,24
105:21,24
106:22 107:5
108:22 109:8
109:16 110:14
112:13 113:14
113:22 114:9
114:12,21
121:22 122:8
122:12 125:23
128:9,12 129:8
129:9,10,23
131:20 138:16
138:19 144:22
148:18 151:8
155:7 179:16
189:12 197:1
198:1,9,25
199:16,21
209:14,20,20
210:1,6,13
211:11 213:3
228:17 229:11
230:25 231:2
231:12
**performed**
92:25 94:20

95:20 97:3
98:24 101:7,24
102:23 104:10
110:8,25 114:3
151:20 152:3
152:12 153:8
153:12,15,18
153:20,24
154:2
**performer** 94:6
**performing**
108:6 113:18
133:10,11
**performs**
113:25
**period** 11:23
17:17 18:1
21:16 22:24
23:24 24:2
33:4 40:9
44:21 49:18
50:18,19 51:1
51:2,3 52:13
73:8 83:15
91:2 95:2
97:21 98:2
111:21 118:21
119:25 120:3
121:11 131:12
140:6 146:24
182:18 186:18
198:5,8 212:5
218:19 219:6,8
219:16,17
221:19,24

229:21,23
**periods** 127:13
**perjury** 233:2
234:17
**personal** 18:4
77:10
**personally**
116:23
**perspective**
230:6
**pertains** 88:21
**pharmaceutic...**
11:18,22
**phenomenon**
107:12
**philadelphia**
2:7,17
**phone** 17:6
**phraseology**
50:6
**physical** 157:1
**pick** 106:18
112:21 132:24
147:8 163:8
180:16
**picked** 44:11
226:25
**picking** 141:22
**picture** 179:22
**place** 30:21
60:18 62:2
67:25 86:8
130:9 166:4
**placed** 47:11,21
47:23 49:8

58:14,18 61:8
61:12 65:16
66:9,24 68:11
70:23 86:17,25
87:24 88:5,20
130:5
**placement**
88:25
**places** 165:23
190:6 214:19
**placing** 68:7
86:2,24
**plaintiff** 2:3 6:4
8:25
**plaintiff's**
187:19
**plaintiffs** 1:4
77:11 205:2
**plan** 4:14,16,18
10:8,14,17,19
14:7,7,8 20:4
20:14,16,16,18
21:4,5,12
22:23,25 23:4
23:10,12,15,21
23:23 24:15,18
25:3 27:9,14
27:18,20,25
28:15 33:14,20
33:21 34:3,4
34:14 35:8,9
36:3,5,10,12,13
36:16,23,24
37:4,12,22,25
38:8,21,22,24

| | | | |
|---|---|---|---|
| 39:5,6,12,20,22 | 228:9,10 230:6 | played 11:6 | 85:1,19 89:16 |
| 40:2,17,21 | plan's 60:9 | please 5:17,19 | 89:18 109:15 |
| 41:1,4,24,25 | 177:1 | 6:7 7:5 19:6 | 120:8,22 |
| 42:3,10 43:2 | planning 31:10 | 186:6 | 122:22 123:3,6 |
| 44:3 45:16 | plans 13:24 | pleased 12:22 | 123:12 124:23 |
| 49:22 51:4,8 | 14:4,12 20:9 | plenty 115:1 | 124:25 125:8 |
| 51:10,12 54:10 | 25:17,19,25 | 116:2 | 126:15,22 |
| 70:2 71:7 72:2 | 28:3,11 29:15 | pluck 166:3 | 127:4 133:9 |
| 81:7 88:1 91:3 | 29:16 36:11,14 | point 14:11,12 | poor 197:1 |
| 106:9,22 | 36:18,22 38:5 | 23:13 26:11,22 | pop 166:2 |
| 107:16 108:17 | 38:15,17 42:18 | 26:24,25 30:17 | portend 209:14 |
| 108:19,21 | 42:19,20,24 | 32:2 54:7,16 | 210:12 211:14 |
| 111:10,12 | 44:4 45:24,25 | 54:20 59:7 | portfolio 17:20 |
| 128:8 129:19 | 46:8 49:3,6,11 | 60:3 62:2 63:7 | 35:2 69:3,11 |
| 130:18 134:1 | 49:12,16 50:14 | 65:23 69:1 | 69:25 70:9 |
| 136:23 142:10 | 50:15,16,22,22 | 85:8 105:21 | 71:11 196:16 |
| 150:16 155:20 | 53:23 67:5 | 112:2 122:1 | 197:4 198:9 |
| 170:21 171:7 | 89:18 105:23 | 123:10 127:9 | 199:1 200:18 |
| 171:10,11,21 | 131:2,16,19 | 133:8 145:1 | 223:21 |
| 171:25 176:25 | 133:19 134:2 | 147:6 148:23 | portion 78:22 |
| 177:3,4 180:21 | 139:8 176:21 | 159:19 219:3 | portions 22:14 |
| 180:25 181:13 | 177:13,15 | pointing 208:1 | 22:15 |
| 183:13 192:17 | 179:8 180:9,13 | points 54:7,8 | posing 125:2 |
| 195:13,15,25 | 180:16 206:17 | 54:17 174:23 | 126:13 |
| 196:2,10,11 | 208:16 214:25 | 175:5,7,19 | position 26:7,9 |
| 197:14 199:11 | 215:18 217:7 | policy 4:4 37:3 | 29:9 30:18 |
| 204:2,3 206:14 | 217:12,13 | 48:20,23 50:12 | 145:11 |
| 208:8 209:21 | 218:3,10,11,15 | 53:6 56:21 | positioning |
| 209:22 211:23 | platform 25:11 | 57:1,22,25 | 209:10 |
| 216:5,10 | 26:5,8 27:4 | 58:19,24 62:25 | positions 194:6 |
| 217:20,23 | platforms | 63:6 64:4,16 | 197:3 |
| 218:25 220:20 | 25:17 | 64:20,24,25 | possibilities |
| 221:1,14,15,19 | play 23:9 27:17 | 65:25 66:1,10 | 210:9 |
| 222:18 225:23 | 149:22 | 67:14 70:21 | post 43:16 |
| 227:10,23 | | 72:13 74:24 | 138:2 |

[potential - professor]

Page 47

potential   4:8
    15:21 144:6
    150:6 151:18
    152:1 154:5
    169:21 171:23
potentially
    182:17,18
    220:20
practical   86:22
    116:3
practice   87:10
    119:22 230:19
practicum   22:9
    115:24
practitioners
    116:2
pragmatic
    107:10 109:9
preceding
    122:9,13
predict   209:3
predicting
    212:4 213:3
predictive
    114:19 115:17
    119:20 210:23
    211:14 212:9
    212:12
predictor
    114:11
predictors
    211:10
predominantly
    63:22 190:5

prefer   57:5
preferences
    205:16
premier   222:20
    222:25 223:1
    223:17,23
    224:2,7,12
preparation
    27:4
prepare   68:21
prepared   75:12
preparing   58:1
    75:21 76:8
    90:9 160:3
present   3:10
    165:20
president   204:9
press   57:7
    196:15
presumably
    159:20 209:9
presume
    111:22
presuming
    52:12 113:18
    127:7
pretty   71:23
    79:23 89:17
    173:17,19
prevalent
    53:19 111:10
preview   164:8
price   153:23
    154:19 155:11
    183:21 184:5

    213:11
priced   223:9
pricing   4:10
primarily
    193:20
primary   51:22
    53:10 138:8
prime   9:1,14
primecap
    223:15
principal
    153:17 154:22
    154:22,23
print   8:10
    157:7
printed   173:4
printing   156:20
prior   73:8
    210:5 234:5
private   25:12
probably   17:4
    17:5,6 24:5,7
    24:12 33:24
    119:15 173:13
    173:18
problem   7:3
    77:7 107:1,20
    116:10 203:8
problemistic
    115:15
procedure   50:8
    234:8
proceed   6:8
proceeding   6:5

proceedings
    35:23 76:6
    116:11 206:25
    207:15 215:8
    221:8 232:19
process   31:17
    50:4 58:9
    63:14 64:6
    65:24 67:20
    69:7 73:22
    85:24 87:8
    89:3,16 106:15
    107:5,7 120:14
    122:19 150:11
    182:16 189:15
    212:15 229:1,1
processes   35:1
    58:8
produce   212:19
produced
    63:21,22
produces
    213:14
product   33:10
    46:18 91:12,14
products   31:20
    46:22
professional
    15:20 64:8
    71:11
professionals
    69:3,11,25
    71:13
professor
    115:24 117:23

**profit** 4:13,15
4:17 221:15
**program** 169:5
**projections**
208:4,24 209:5
209:12,25
210:3
**prolific** 80:9
**promotes** 205:4
**prong** 135:18
135:20 136:4
211:18 219:7
**pronged**
135:17 144:17
**proprietary**
46:17,22
**pros** 157:4
165:23 166:13
**prospective**
169:22
**provide** 181:18
**provided** 7:21
43:17 52:5,9
55:8,9 56:16
69:19 75:11,14
82:12 84:11
87:18 90:7
91:1 96:10
106:8,12,19
108:9,13
109:25 110:5
112:10 119:23
169:23 179:18
**provider**
106:25 186:10

**providers**
106:24 107:4
**provides** 65:5
87:13 107:25
**providing**
46:16,21 85:2
**province**
156:12
**provision** 58:12
65:24 107:24
124:9
**prudent** 49:17
198:17
**prudential** 7:18
9:6 13:9 49:14
**public** 8:23 9:2
9:9,16,21,21
10:1 13:6
**publication**
210:18,24
**published**
119:11
**pull** 22:14
79:22 85:18
184:13
**pulled** 22:9
161:5
**purchasing**
188:12
**purity** 145:19
**purporting**
180:24
**purpose** 110:11
**purposes** 31:10
108:25 109:2

170:7 178:1,7
189:7
**pursuant** 234:6
**push** 46:17
**pushing** 46:21
**put** 14:10 15:19
50:1,16 69:21
70:14,20 74:12
77:3 89:2
107:6 120:21
123:8 145:11
172:5
**putnam** 223:21
**putting** 48:13
50:5 59:9 67:5
88:15 89:12
107:3,19 109:4
114:16 147:5
211:8

**q**

**q1** 120:24
123:5 124:11
124:25 125:16
127:5 146:8
219:13
**q2** 121:8
**q3** 121:14
**q4** 4:6,9 85:5
121:22 140:7
**qed** 65:6
**qpa** 112:4
**qualified** 26:12
**qualifies**
182:11

**qualify** 187:15
**qualitative**
54:11 60:21
89:23 107:7,17
113:20 114:9
137:4 141:17
165:8,19,21,22
166:1,8,13,17
166:22 167:7
167:17 182:24
**quality** 66:25
66:25 88:18
212:9
**quanta** 1:6 3:4
5:8,25 36:10
36:12,16 37:3
37:12 38:7
48:21 50:10
52:9 54:9
57:23 70:2
71:6 72:2
73:22 75:7,9
75:14 89:17
95:9 96:10,10
106:9 107:9,16
108:19 124:3
142:10 170:21
180:25 182:1
188:8 220:20
221:1 230:16
231:12 235:4
236:1
**quanta's** 95:8
**quantify** 54:9
165:10

**quantitative**
54:13 59:12
60:2,21 71:21
71:22 89:23
181:5 182:24
183:1,3
**quantities**
193:22
**quarter** 81:22
90:6 110:13
112:14 120:18
120:20,24
121:5,19 122:9
122:13 123:23
126:16 127:8,8
132:15 139:2
144:22,23,24
145:13 146:1
146:15 152:20
152:22,24
**quarterly**
15:15 16:7,15
49:19 52:6,8
52:25 55:8
64:11 65:5
75:11 82:12
85:6 106:8
110:5 177:24
179:18
**quarters**
110:11,14,17
121:24 122:3
122:24 123:7
123:13,22,23
125:22 127:1,2

128:4,11,12,13
128:18 129:1,9
129:13,13,14
130:3,5 131:4
131:9,12,18
146:10 152:23
**question** 11:5
19:5 36:1 39:9
47:14,24 50:11
50:12 52:11
60:19 61:5,5,6
61:11 64:13,22
67:3,4 109:11
111:14 112:18
113:16 114:13
114:24 116:7
116:12,14
117:6 124:20
124:21 125:5,6
125:11 126:6,9
151:1 156:2
157:22 161:15
169:4 181:21
214:9 215:10
220:15 227:19
228:13,15,18
229:7
**questions** 11:10
11:11,14
231:17,22
**quibbling** 89:9
**quick** 59:10
213:13
**quickly** 173:17
201:2

**quite** 65:7
184:8
**quote** 67:25
68:1,1,2 86:3,3
86:3,4 128:6
172:21,22
177:17 205:3
**quoting** 142:13

**r**

**r** 236:3,3
**r6** 139:1 156:18
156:22 158:6
158:25 159:9
162:1,16,18,23
162:24 163:3,3
163:7 165:14
**raise** 133:8
**raised** 14:22
161:19
**ran** 41:5
**range** 30:12
141:20
**ranges** 11:23
**rank** 71:19,20
92:2,3 93:22
93:22 135:11
169:8
**ranked** 92:13
92:23 93:19
94:1,10 95:10
95:16,25 96:17
98:3,14 99:9
100:11 102:2
102:11 103:2
104:15 105:3

139:5,9 159:1
**ranking** 92:10
102:6 105:24
128:10 169:2
171:19 172:1,1
**rankings** 36:21
106:1 129:10
129:23 162:14
**rather** 42:21
66:16
**rating** 211:21
**ratings** 164:22
208:1,9,24
209:14 210:16
210:18,23
211:9 212:22
212:25
**ratio** 36:19
40:9 61:22,24
62:12,17 63:8
63:9,13,21
65:2 66:9,20
66:23 67:1
73:15,16 88:10
118:18 119:2
138:17,17
139:13,24
140:3 162:20
163:14 164:1,5
169:17,21,22
175:19 181:20
230:12,13
**ratios** 32:19,20
32:20,24,24
34:20 36:20,20

**[ratios - referencing]** Page 50

163:1,2 170:5
170:6,9,11
231:1,2,11,13
231:13
**reached** 150:17
**read** 35:18,19
35:20 59:17,18
66:2,12,17,19
68:4 72:23
73:19 77:13
112:1 115:1
128:5 154:8
169:13 184:8
215:3,9 235:9
**readily** 165:8
**reading** 22:10
102:5 110:12
129:18,20
154:11,13
201:2
**ready** 201:20
**really** 6:24
28:21 29:7
107:21 112:2
151:1 165:3
177:15 216:1
218:23
**reason** 51:20
51:22,23 53:4
53:10 59:3
64:23 70:14
73:4 74:12
102:7 106:20
143:9 144:19
159:24 162:25

163:1,4 182:10
187:15 191:16
191:21 212:24
221:22 227:5
235:11 236:6,9
236:12,15,18
236:21
**reasonable**
31:15,16 39:7
54:18 58:25
71:4
**reasonableness**
141:20
**reasonably**
89:19 107:11
226:23
**reasons** 30:1
148:17,18
187:14
**rebalancing**
17:20
**rebate** 177:17
181:19
**rebut** 216:2
**rebuttal** 4:12
56:15 77:25
147:12 160:18
160:25 161:13
183:23 185:5
207:6,18 214:9
216:20 217:1
**rebutting** 219:4
**recall** 12:12
23:3,5,6,8 26:4
27:13 28:18

31:23 32:1,5,8
32:11,13,14,15
32:17,18 33:2
33:15,17 41:20
46:7 111:5
117:17 118:7
119:16 161:18
225:18 227:25
228:23
**receipt** 235:17
**receive** 181:11
**received** 12:23
29:10 70:2
93:15 177:18
181:8
**recent** 49:14
**recently** 7:14
44:15
**recess** 85:14
148:1 176:6
220:2
**recipient** 20:8
**recite** 16:4 19:9
**recognize** 7:2
**recognized**
67:1 88:19
**recollection**
8:12 161:14
**recommend**
213:20,23
**recommendat...**
45:24
**record** 5:5,18
8:3 85:12,15
93:25 120:11

144:1,2,3
147:24 148:2
171:15 176:4,7
219:25 220:3
231:24
**recorded** 5:6
11:6,7 54:17
**recordings**
11:13
**recordkeeping**
177:1,5 179:1
179:5,10
**records** 118:6
**red** 73:12
**reduce** 138:12
**reduced** 234:11
**reference** 7:25
8:10 12:9
42:25 56:14
79:13 81:18
86:11 119:25
127:17 129:2
131:5 173:21
177:19
**referenced**
11:23 62:19
73:8 184:2
219:8 229:20
235:6
**references** 36:5
107:17 216:6
**referencing**
8:19 36:4
108:19 209:18

**referred** 58:1
232:16
**referring** 120:5
183:9 216:20
217:1
**refers** 130:11
**refined** 136:11
230:16
**refinements**
137:7
**reflect** 143:16
210:1
**reflected**
142:14 177:11
**reflective** 73:10
**refresh** 79:18
228:24
**regard** 23:9
70:10 145:5
149:16
**regarding**
160:13
**regular** 16:9
23:13 31:19
227:10
**regularly** 17:1
**regulatory**
166:17
**relate** 166:17
204:14
**related** 62:12
112:12 184:4
**relates** 20:24
**relative** 47:10
60:7 63:14

109:19 110:16
203:6
**relevance**
113:21 180:18
**relevant** 47:20
60:15 70:4
79:5 106:22
107:9,19 108:2
108:14 109:24
110:21 111:7
111:24 120:2
131:1 132:4
136:14 181:21
182:5 192:21
197:12,14
215:22
**relied** 64:15
**rely** 117:3
203:21
**relying** 88:14
**remain** 122:23
**remains** 123:9
**remember** 17:9
22:17 23:21,25
27:15 30:16
32:22 42:2,11
42:12,14,22,23
44:2 52:19,23
52:23,24 75:8
119:10,18,19
161:21 175:24
**remembering**
119:25
**reminding** 9:24

**remotely** 5:12
234:11
**removal** 81:6
87:9 123:24
124:10,14,15
124:17,24
125:13,16,21
126:1,4,17
127:5,9 129:13
144:6,11 146:2
146:3,9,13
151:5 152:17
152:22 219:7
**remove** 35:7
131:3,16
**removed** 81:6
91:3 123:4,11
128:18 131:20
148:25 195:13
195:24 196:10
197:14 199:10
204:2 206:13
216:10 217:20
218:20,25
**removing**
114:16
**render** 192:15
**repeat** 11:12
18:2 19:6 53:8
105:18
**rephrase**
126:10
**replace** 139:1
213:16

**replaced** 213:6
213:10
**replacement**
69:16 150:15
155:15 180:3
**replacing**
123:15
**report** 4:3,5,7
4:12 7:21,24
8:6,17 35:11
35:14 37:7
39:8,25 46:24
47:2 52:4,21
52:25 54:5
58:2,17 61:7
62:7 66:6
68:18,21,22
69:5 70:18
72:1 74:19
75:21 76:8,18
76:20,23 77:25
78:1,4,9,16
79:11 81:18
82:24 83:4
84:19 86:6
89:6 90:6,9
106:2,16 108:1
110:7 111:3
113:23 115:5
117:10 122:18
124:16 131:25
132:15 134:6
134:12,13
138:22 140:12
141:4,10,15

142:1 146:4
147:11 150:25
151:4,10
152:18 154:5
154:13 155:3,5
156:23 157:5
158:20,21
159:5 160:4,15
160:25 161:2,4
161:13,14,19
161:20 162:1,5
162:15 165:18
165:23 166:12
168:14,17,22
170:8 171:19
172:16 173:11
173:16,24
174:3 175:9,19
177:11 182:20
184:6,8 185:5
185:18 186:3
194:16 197:23
199:9,19
202:23 203:17
203:22 205:20
207:4,7,10,19
207:25 210:13
210:22 211:12
211:13 213:5,9
214:7,8,9,20,24
215:17 216:2
216:14,19,20
217:1,7,23
221:14 226:2
227:9 229:6,12

**reported**   46:4
  167:14
**reporter**   5:15
  6:7 57:9 116:9
  116:12,15
  232:4,12,17
**reports**   52:6,8
  52:13 54:12
  55:8 56:4
  64:11 65:5
  69:18 75:11,12
  77:15,24 82:12
  87:17 110:20
  111:22 112:1
  177:24 179:18
  181:25 209:19
  211:3
**represent**   9:15
  107:6 110:1
  196:19 208:4
**representatives**
  107:15
**represented**
  8:25
**representing**
  5:14 6:4 9:1
  10:20
**republic**   16:21
  17:15,19,22
  18:7,10 19:3
  19:19,25
**reputable**
  226:22
**reputation**
  166:18 167:20

167:24
**require**   47:22
**requirement**
  182:20
**requirements**
  199:2
**requires**   48:13
**research**   21:24
  22:2 77:20,20
  115:3,22
  116:19,22
  117:3 118:13
  186:9 204:10
  212:7
**residual**   43:25
**resign**   29:23
**resigned**   29:20
**resource**   21:2,7
  21:10
**respect**   28:20
  32:23 33:3
  69:10 72:14
  73:4,23 74:20
  76:3 82:14,19
  83:23 88:9
  144:22 151:4
  159:11 162:15
  183:12 205:22
**respected**
  212:20
**respective**
  194:12 197:5
**respond**   36:13
  185:4 229:17

**responding**
  219:4,10 227:3
**response**
  160:24 219:8
**responses**
  129:16
**responsible**
  41:3 44:17
  46:4
**restriction**
  107:10
**result**   63:22
  138:15 212:20
**results**   63:21
  84:10 149:6
  168:25 182:21
  212:12 230:11
**resume**   8:11
**retain**   79:6
  211:4
**retained**
  215:25 232:2
**retirement**   8:23
  9:2,3,4,9,16,21
  9:25,25 10:5
  13:6 20:8
  37:20 43:9,16
  91:15 92:11
  130:17 138:1,2
  139:1 153:23
  154:1 156:16
  158:6 176:20
  177:15 192:16
  206:17 227:9

**[return - s&p]**                                     Page 53

**return**  34:19
  80:21 138:12
  139:21 163:24
  223:5 235:13
  235:16
**returns**  4:10
  47:6,9 48:6,7
  75:2 114:11
  151:3,13 188:3
  192:15 200:19
  204:9
**reuters**  203:17
  203:22
**revenue**  176:18
  176:25 177:12
  177:19,21
  178:11,19
  179:2,9 180:9
  180:15,18
  181:8,11 182:4
  182:9 183:16
  183:20,24
  184:4,24
**reversion**  114:6
**review**  16:6
  18:4 45:4 47:5
  58:8,8 66:20
  68:2 69:7,15
  70:6 85:6 87:8
  89:14 106:13
  106:14 108:5
  109:1 117:1
  119:1 124:2
  127:13 155:6
  155:12 165:22

  172:20 228:24
  229:1 230:8,10
  235:7
**reviewed**  35:24
  89:24 167:19
  184:8
**reviewing**
  107:5 109:7
  116:4 117:19
  117:21
**reward**  142:12
  142:19
**rewriting**  87:4
**richard**  1:13
  3:15 5:7 6:5,10
  232:1 233:12
  235:5 236:2,24
**right**  8:11,19
  13:14 28:20
  41:12,25 43:21
  46:12,23 54:4
  56:5 59:19
  66:18 80:1
  83:4 84:2
  91:11 92:2
  97:18 98:14
  113:3,5 118:7
  121:7 123:18
  124:20 125:14
  129:18 130:2
  133:12 134:17
  136:24 138:14
  145:1 152:9,21
  156:25 158:2
  159:4 160:15

  165:2 166:2
  170:19 171:5,6
  172:12,18
  180:23 184:18
  190:19,22
  196:14 200:14
  201:23 209:15
  210:4 213:20
  216:23 222:7
  222:14 225:24
  227:16 231:4
**rise**  177:17
**risk**  32:15
  34:19 62:20
  128:13 142:12
  142:19 187:6
  188:4 192:15
  193:10 205:4
**riskier**  186:22
  191:24 192:11
  201:8,10,22
  202:1,6,11
  204:8,20
**risks**  200:19
**risky**  187:1
**robustness**
  142:17
**role**  23:9 27:17
  46:3 74:7
**roll**  137:25
**rolled**  23:1
**rolling**  80:20
**rollover**  14:11
  14:14,20 15:4
  23:2

**rough**  232:6,12
**rowe**  153:23
  154:19 183:21
  184:5 213:11
**royce**  223:9
**ruins**  147:1
**rules**  6:24
**run**  107:20
  146:12
**running**  45:9
  69:17

**s**

**s**  4:1 89:18
  236:3
**s&p**  47:7,10
  51:17,24 52:3
  52:5,19,23
  53:4,16,19
  55:4,12,20
  56:12 61:9
  75:5 76:10
  79:1 80:19
  81:12,19 82:7
  82:8,10 83:7
  83:19 84:12,17
  91:15 92:10,18
  93:3,24 94:9
  94:13,23 95:16
  95:20 96:23
  97:3,13,17
  98:10,19,24
  99:7,7,14
  100:17 101:3,7
  101:16,17
  102:20 103:4

**[s&p - see]** Page 54

104:21 105:8
105:12 151:3
151:20 152:9
153:8,12,15,18
153:21,24
154:2 222:20
222:25
**sanchomonte**
56:7
**satisfaction**
46:20
**satisfy** 159:10
220:24,25
**saving** 205:3
**saw** 38:19
40:11 56:14
73:7 78:4
132:14 165:11
183:23 188:7
**saying** 37:1
39:13,24 40:7
49:21,24 62:14
65:12 73:3
89:2 117:8,16
126:3 149:17
160:24 166:5
166:25 169:16
181:9 189:15
209:18 226:20
227:12 229:8
229:10
**says** 23:17 58:7
60:22 61:18
65:7 66:17
67:24 68:6

69:2 70:23
72:7 78:17
80:18 86:1,19
86:23 87:6,25
88:4,4,23 89:9
109:19 122:22
123:6,9,12,17
128:2,20,22,22
129:15 130:4
185:23 186:8
186:21 188:16
189:2,20 190:4
192:14,22
193:9,18
196:16 197:1
198:7,22
200:13 201:6
202:14 204:7
206:2 208:23
210:16,20
222:12
**scale** 136:23
166:19
**school** 115:25
**schwab** 153:20
154:20
**scientist** 116:19
116:22
**scope** 112:15
132:5 142:2
187:10,11
**score** 142:20
159:18 164:21
165:11,17
213:14

**scored** 155:20
171:21
**scoring** 135:8
139:5,9 165:2
**screen** 164:10
**scrutiny** 47:11
58:18 61:8
66:25 86:17
87:24 88:5
**search** 166:1
**second** 60:3
81:1,2 86:1
120:24 121:5
130:16 144:22
146:1 154:10
157:7 172:5
185:9 186:8,10
194:25 207:8
208:23 211:20
215:12 221:7
**secondary**
51:23 79:4
138:6
**section** 65:20
134:8,10,21
135:4 216:3
234:7
**securities** 8:24
9:13,15 25:16
26:8 193:21
**security** 12:2
30:10
**seda** 20:3,5,14
20:15,18,23
56:9

**see** 6:18 8:8,20
9:5 13:1 31:15
38:2 47:12,16
54:12,14 55:15
56:17 59:13
61:4,14 71:15
72:10 74:8
75:3 77:1
79:20 80:9
86:11 88:18
90:3,4 91:11
91:17 105:17
108:6 112:25
113:24 115:7
136:15 143:11
143:11 144:10
146:1 149:17
149:19,24
151:22 152:5
152:12 161:6,8
162:24 168:24
170:16 171:18
171:20 172:19
174:8,12,13,18
174:25 178:2
184:22 185:3
186:1,11,24
187:4 188:5,18
188:22 189:24
190:9,23 192:1
192:18,25
193:12 194:9
194:14,24
196:6,21 197:7
198:3,11 199:3

| | | | |
|---|---|---|---|
| 200:3,10,20 | 212:15,16,18 | **separately** | 137:2,10,11 |
| 202:17 203:5 | 212:21 | 144:18 177:5 | 138:7,8,11 |
| 203:18,20 | **selector** 195:18 | **september** | 139:1 155:5,11 |
| 205:8,17 206:7 | **self** 89:11 | 80:22 | 155:11 156:6 |
| 208:25 213:14 | **sell** 25:24 46:10 | **series** 32:11 | 158:14 159:13 |
| 213:18 215:1 | 193:22 | 44:10 139:1 | 162:16,18 |
| 217:6 222:2,22 | **selling** 46:22 | 162:24 194:7 | 163:9,12 |
| 225:7 | **semblance** | 197:4 | 170:24 171:1,8 |
| **seeing** 7:4 | 15:22 | **serve** 45:23 | 180:13,17,18 |
| **seem** 225:11 | **send** 232:6 | 46:14 | 189:22 |
| **seen** 36:17 | **senior** 14:22 | **served** 45:15 | **shared** 178:15 |
| 37:13 38:16 | 27:21 28:1 | **service** 13:7 | **sharing** 4:14,16 |
| 40:11 49:15 | 33:23 | **services** 1:6 3:4 | 4:18 176:18,25 |
| 50:22 53:21 | **sense** 73:7 | 5:8 109:6,6 | 177:12,20,21 |
| 116:1 118:25 | 89:19 126:13 | 224:4 235:4 | 178:11,19 |
| 118:25 120:1 | 177:12 212:17 | 236:1 | 179:2,9 180:9 |
| 125:25 150:25 | **sent** 235:14 | **session** 11:6 | 180:15 181:8 |
| 177:22 225:18 | **sentence** 68:6 | **sessions** 11:7 | 181:11 182:4,9 |
| 230:15 | 86:1,22 128:22 | **set** 10:22 35:12 | 183:16,20,24 |
| **segue** 36:8 | 130:8 185:23 | 64:3 106:7 | 184:4,25 |
| **select** 18:25 | 186:8,21 | 122:19 136:11 | 221:15 |
| 19:8,20 45:4 | 187:23 189:20 | **settled** 10:15 | **sharpe** 32:19 |
| 60:12 180:13 | 190:4 191:23 | **seven** 10:18 | 32:24 36:20 |
| **selected** 135:16 | 191:24 192:22 | 24:5 81:10 | 138:17 139:24 |
| 146:16 158:13 | 193:9,18 | 82:4 83:1 | 164:1 230:12 |
| 158:17 | 194:22 195:6 | **several** 8:13,14 | 231:1,13 |
| **selecting** 41:3 | 195:21 196:16 | 14:9 30:19 | **shed** 84:22 |
| 114:15 135:5 | 198:21 200:23 | 56:6 73:8 85:1 | **sheet** 235:11 |
| 142:9,15 | 201:6 203:16 | 106:24 132:7 | **shoes** 147:6 |
| 145:22 208:17 | 204:7 206:1 | 182:12 198:8 | **short** 22:24 |
| **selection** 59:25 | 208:23 214:22 | 222:17 | 85:9 176:2 |
| 60:22 61:1 | **separate** 50:4 | **shah** 2:4 6:4 | **shorter** 130:3 |
| 134:18 137:7 | 78:22 146:14 | **shape** 113:19 | 131:14 |
| 177:10 180:22 | 171:24 | **share** 136:12 | **shorthand** |
| 180:25 189:7 | | 136:13,22 | 234:11 |

**[shortly - sort]**                                                      Page 56

| | | | |
|---|---|---|---|
| **shortly** 96:12 | **signed** 235:19 | **sitting** 149:2 | 158:25 159:9 |
| 96:13 | **significance** | **situation** | 159:12 160:14 |
| **show** 82:2,5 | 209:17 211:1,2 | 171:14 | 162:1,16 163:2 |
| 110:20 159:3 | **significant** 72:7 | **situations** 40:6 | 163:7,9,13 |
| 165:24 221:23 | 73:14 143:16 | **six** 24:4 30:19 | **sold** 133:1 |
| **showed** 110:22 | 161:10 200:18 | 70:13 71:15 | **solution** 205:3 |
| 110:24 151:17 | 205:5 | 82:4 83:18 | **solutions** 5:14 |
| 161:25 | **significantly** | 129:13 154:7 | 5:16 204:10 |
| **showing** 82:24 | 108:2 193:10 | 217:11,12 | 232:3 235:23 |
| 125:21 159:19 | **similar** 12:6 | **size** 36:20 | **solve** 7:6 |
| 216:4 | 33:7 36:17,17 | 107:8,10,17,19 | **somebody** |
| **shown** 54:17 | 36:22 38:16,19 | 173:16 204:6 | 77:12 167:13 |
| 60:22 64:6 | 39:25 40:1,11 | 214:5 | 167:13 169:6 |
| 93:18 110:20 | 43:9,18,19 | **skew** 149:5 | 196:13 208:14 |
| 114:10 217:23 | 50:6 141:7,8 | **skills** 99:4,5 | **somewhat** |
| 226:23 | 229:4,12 | **skip** 100:1 | 46:15 108:10 |
| **shows** 82:5 | **simple** 99:3 | **slash** 47:15 | **sonoma** 9:4 |
| 90:21 91:11 | 112:17 125:5 | 73:15 | **sorry** 26:23 |
| 92:2,3,10,13,22 | **simply** 190:8 | **sleeve** 13:21 | 54:23 58:5 |
| 93:18,22,22 | 227:25 | 138:1,1 | 80:13,16 85:11 |
| 95:8 96:16 | **single** 12:2 | **sleeves** 26:12 | 116:9 134:11 |
| 105:17 151:24 | 17:25 | 26:13 137:22 | 134:15 157:6 |
| 152:7,7 159:20 | **sir** 60:11 61:6 | **slide** 59:11 | 157:21 160:24 |
| 169:19 175:7 | 61:11 106:2 | **slight** 62:17 | 168:14 169:15 |
| 200:5 214:24 | 108:17 116:7 | **slightly** 14:5 | 175:10 184:13 |
| 215:17 | 116:12 117:6 | 197:22 | 196:13 201:13 |
| **side** 27:22 | 125:5 131:2 | **small** 23:1 60:6 | 207:20 214:9 |
| 227:21 | 168:13 170:20 | 107:22 142:8 | 214:15 222:13 |
| **sight** 61:4 | 187:17 204:24 | 156:20 | **sort** 10:21 16:7 |
| **sign** 66:9 67:1 | 206:16 | **smaller** 14:9 | 16:15 22:10 |
| 235:12 | **sit** 17:24 41:14 | 132:6 | 31:10 32:20 |
| **signal** 203:12 | 111:9 160:12 | **smart** 34:7 | 36:21 39:11 |
| **signature** | 161:18 191:18 | 156:16 | 43:10,20 44:12 |
| 232:20 234:23 | 229:2 | **smartretirem...** | 46:18 60:19 |
| | | 153:11 158:24 | 71:11 81:19 |

91:8 97:18
106:24 107:12
115:18 133:3
137:6 140:17
146:19 215:24
**sortino** 32:20
32:24
**sorts** 228:22
**sounds** 186:15
**source** 82:13
**sources** 77:2
**southern** 1:2
5:10
**sp** 4:8
**space** 120:7
**speak** 83:4,5
**speaking** 156:7
165:15
**speaks** 130:13
**specific** 17:2
19:16 22:13
30:6,8 37:12
42:22 49:11
51:10 77:20
109:17 117:16
131:5 149:20
172:15
**specifically**
13:13 18:17,22
20:2,11 25:16
29:25 31:25
32:7,22 33:22
34:15 35:16
36:4,5,22 42:5
42:25 43:9

56:6 65:5
85:22 86:19
105:25 108:25
111:15 117:6
118:4 129:22
131:6 143:15
149:13 151:4
162:11 172:17
194:22 207:3
229:17
**specificities**
55:16
**specificity** 18:5
32:2 40:6
75:23 77:17
129:24
**specifics** 118:9
230:3
**specified** 51:19
51:21 53:13
76:15 129:11
211:6
**specifies** 71:18
**specify** 19:9
38:16
**spelled** 50:8
**spend** 31:14
**spent** 31:7,9
**spits** 165:4
**sponsor** 10:14
10:17
**sponsored**
189:21
**spreadsheet**
169:10

**ss** 234:1
**stacked** 213:19
**stage** 27:4
43:11,15,16,16
43:17
**stages** 26:2
43:15
**standard** 67:2
87:9 88:19
89:5 111:18
119:22 131:7
133:3 139:15
163:16 232:5
**standards**
56:18 123:11
125:23,24
**standpoint**
140:24
**stars** 222:20,25
**start** 8:2
120:17 126:3,5
198:7
**started** 44:8
**starting** 5:18
219:13
**starts** 134:7
168:18 172:4
222:10
**startup** 25:11
**state** 5:17
36:22 106:15
127:6 130:17
224:17,20,23
226:21 233:3
234:1,18

**stated** 72:22
78:13
**statement** 4:4
37:3 48:21,23
50:12 53:6
56:21 57:1,23
57:25 58:20,24
62:25 63:7
64:4,16,20,24
64:25 65:25
66:2,11 67:15
70:22 72:13
74:25 85:2,19
89:17,18
109:15 120:9
120:22 122:22
123:4,6,12
124:23,25
125:8 126:15
126:22 127:4
133:9 177:20
184:1 190:25
**states** 1:1 5:9
**status** 68:2,8,11
74:13 86:4,9
86:24,25
120:21 121:2,5
121:9,12,17,20
121:23 122:4,8
122:12,23
123:13 126:16
126:25 127:1
**stay** 18:3 29:25
121:2 148:24

[stayed - surprise]    Page 58

**stayed** 30:18
43:13 44:21
**staying** 121:23
**stearns** 4:13,15
4:17 14:7 27:6
27:9,14,18,23
28:7,10,15,22
29:2,20 30:7
30:19,22,23
31:4,13 32:10
33:14,20 34:3
34:7,13 35:3,6
45:9,20,22
46:12 117:19
221:15 222:18
227:2,21,22
228:5 229:4,16
230:24 231:9
**stick** 144:9
148:21
**sticking** 174:15
**stock** 10:11
11:17 194:23
195:2,4,7,18
223:9
**stocks** 141:24
142:8,8,8,9
185:25 200:14
**stopped** 29:2
**stopping** 85:8
**strategic**
224:18,21
**strategy** 25:23
72:22 73:10
191:25 192:10

**street** 2:6,16
224:17,20,23
226:21
**stretch** 147:21
**strikes** 53:12
**strong** 212:8
**structure** 210:6
**studies** 114:24
115:1 116:1,2
116:25 117:8
117:15,16,20
117:22,24
118:8,9,17,23
118:25 119:3,4
119:7,18
127:12,17
**study** 115:4
116:8,13
119:10,16
131:19 212:8
**stuff** 7:1
**style** 60:4 72:22
73:7 128:13
**sub** 143:24
200:17
**subject** 68:11
124:10,14,24
125:16 126:17
127:5 146:2,9
149:12 152:16
155:22
**subjects** 193:10
**submit** 165:25
**subsequent**
212:5

**subset** 62:22
63:11
**subtle** 231:5
**sufficient** 66:22
107:14 123:24
141:21 183:5,7
183:11 188:3
198:10
**suggest** 124:13
**suitable** 150:15
180:3 211:23
**suite** 2:6 44:4
47:10,21 58:17
66:24 86:16
87:23 88:20
133:1 154:21
156:18,22
159:1,10
172:22 186:23
187:3,8,8
189:21,21
190:4,6,15,16
190:20,23,24
191:7,11,15,16
191:19,24
192:14,23,23
193:9,11,19,20
196:17 197:2,4
198:9 199:1
200:7,8 201:7
201:9,21,23
202:1,15
203:20 204:11
205:5 206:3,4
206:5,18

**suite's** 190:12
194:5 200:18
**suites** 188:1,17
188:24
**sums** 34:23
**supplant**
119:24
**support** 77:8
77:16 198:10
**supposed** 61:12
66:9 70:24
87:13 125:21
126:25 147:5
**sure** 7:13 8:1
8:18 12:19
32:14 33:17
34:24 35:22
46:2 64:7
76:17 77:9
81:21,23 86:14
90:16 109:13
113:16 115:12
120:2 132:1,3
133:6 136:25
137:2 138:4
142:22 147:23
151:16 154:11
166:15 169:4
175:3 180:17
182:3 211:2
215:7 217:3
220:16,17
226:23 230:21
**surprise** 12:10
110:22 208:14

225:25 226:8
226:10,11,21
228:10
**surprised** 49:4
111:15 227:4,5
227:6
**survivorship**
148:13 149:12
149:14,15,17
149:20,22
**suspect** 173:17
**swear** 6:7
**switch** 56:25
95:24 121:24
147:15 175:23
221:5
**switched** 177:3
209:23
**switches** 177:3
**sworn** 6:11
234:6
**symbol** 174:3
**symbols** 171:4
171:7 173:14
**system** 8:23 9:3
9:9,17,21
12:20 13:6
191:22
**systems** 8:22
9:2,25 10:5,9
11:17,21 12:7
12:15 13:3

**t**

**t** 4:1 153:23
154:19 183:21
184:5 213:11
236:3,3
**table** 91:8
140:12 142:1
145:5 151:10
154:13 155:2,4
155:25 158:8
158:19,23
159:3,19
160:14 162:14
164:7,9,14
167:2 168:22
169:1,2 171:2
173:11 174:3
177:11 180:1,2
180:24 183:9
184:22 191:14
197:20,23
198:22 199:19
202:22 211:12
211:22 212:3
214:2 220:21
**tables** 157:3,8
**take** 7:6,9
15:12 20:13
26:7 38:9 57:3
59:10 79:15
85:9 86:15
89:12 109:3,8
112:20 127:18
127:19 135:2
147:16 156:21

173:15 175:25
176:2 200:19
201:3,17
213:13
**taken** 1:14 5:7
15:21 82:13
85:14 148:1
176:6 220:2
234:10
**takes** 62:2
**talk** 17:1 38:6
158:16 174:11
191:20 211:19
228:16
**talked** 17:4,6
59:7 124:2
**talking** 21:16
37:19 38:20,23
44:9 51:3
52:14 58:12
64:14 77:9
85:23 114:5
129:21 130:2
166:21 201:19
203:3 229:23
229:24
**talks** 61:15
74:25 194:22
**target** 13:3,7
13:10,12,13,17
13:20 15:24
20:18,24 21:8
21:12 23:6,22
24:21 25:6
30:23,25 31:4

31:8,15 32:1,5
32:9,23 33:3,7
33:9 39:22
40:19 43:2,6,7
43:10,19,24
44:25 53:17,19
53:20 55:4,12
55:16,20 56:12
61:9 70:1
76:10 79:1
80:19 81:12,19
82:7,8,10 83:7
83:19 84:12,17
91:15 92:7,10
92:18,19 93:1
93:3,7,20,23,24
94:2,7,9,13,14
94:20,23 95:2
95:10,11,16,19
95:20 96:3,7
96:20,23,24
97:2,3,11,13,14
97:17,18 98:8
98:10,11,17,19
98:20,23,24
99:11,14,17,23
100:7,12,17
101:1,3,6,7,13
101:21,23
102:14,20,24
103:4,9,11,12
103:21 104:1,9
104:18,21,24
105:6,8,9,11,12
105:19 106:15

**[target - tests]**                                                      Page 60

| | | | |
|---|---|---|---|
| 106:19 108:18 | 186:17,21 | 167:13,14 | **terminate** 79:6 |
| 108:22 109:18 | 188:7 191:6,10 | 189:23 208:5 | 128:8,21 129:1 |
| 110:24 112:9 | 191:13 192:9 | 210:7 219:22 | 129:17 130:7 |
| 112:12,20,21 | 192:11 193:5,6 | **teams** 45:19 | 130:10 137:25 |
| 112:25 113:8 | 195:15 196:1 | **technique** 11:4 | **terminated** |
| 113:10 115:8 | 197:15,19,24 | 119:19 | 29:24 50:7 |
| 115:10 117:7 | 198:2 199:11 | **technology** | 129:6 135:19 |
| 117:11,11 | 199:18 202:10 | 5:13 7:2 43:22 | 135:21 171:12 |
| 118:3,19,20 | 202:22 203:11 | 79:16 80:2 | **termination** |
| 119:4 131:11 | 204:2,10 | **tell** 14:20 34:18 | 131:13 |
| 131:14,17,23 | 205:15,24 | 41:13 67:10,12 | **terms** 20:7 |
| 132:4,15,25 | 206:18 207:2 | 130:10 132:5 | 33:10,11 86:22 |
| 133:20 135:11 | 211:23 213:7 | 133:22 141:3 | 107:2 110:14 |
| 135:15 137:23 | 213:11,17,21 | 148:8 154:8 | 120:21 123:3 |
| 137:24 138:25 | 214:1 218:2 | 173:23 176:13 | 124:24 127:3 |
| 140:16,21 | 225:22 | 179:20 182:9 | 155:15 |
| 141:10,25 | **tdf** 135:23 | 220:10 226:20 | **terrific** 6:22 |
| 142:10,16 | 137:2,14,16 | **telling** 50:21 | **test** 62:11 99:3 |
| 143:8,12,24 | 186:10 187:25 | 126:2 | 110:6 149:20 |
| 144:21 145:5 | 188:9 189:3,5 | **tells** 39:3 | 159:10,16 |
| 145:25 149:11 | 204:7 | **ten** 24:13 51:8 | **testified** 10:24 |
| 149:24 151:3,9 | **tdfs** 80:19,19 | 61:25 75:2 | 13:17 75:5 |
| 151:17,20,25 | 107:11 137:21 | 82:4,6,24 | **testifies** 6:11 |
| 152:1,2,3,9,11 | 137:23 138:6 | 105:11 112:21 | 75:9 |
| 152:16 153:2,8 | 154:18 185:23 | 113:2,8 115:9 | **testifying** 22:1 |
| 153:12,15,17 | 188:2,2 | 115:10 117:12 | 29:6 148:9 |
| 153:18,21,24 | **teach** 21:17 | 118:21 119:14 | 176:14 220:11 |
| 154:2,5 155:17 | 22:7,9,12 | 131:3 153:14 | **testimony** 11:2 |
| 155:21,22,24 | **teaching** 21:17 | 153:14,20,20 | 11:5 28:25 |
| 163:10 164:15 | 21:22,23 28:24 | 153:23 154:8 | 112:3,7 124:3 |
| 164:20,25 | 28:25 29:5 | **tended** 24:11 | 178:19 231:25 |
| 165:13 167:1,8 | **team** 55:22 | **tends** 149:22 | 235:9,17 |
| 167:16 168:4 | 56:1,3 76:21 | **tenses** 209:23 | **testing** 99:5 |
| 168:10 171:22 | 77:1,16 83:3 | 210:11 | **tests** 115:7 |
| 172:22 181:10 | 160:19,19 | | |

**texas**   1:2 3:7
  5:10
**text**   234:11
**textbook**   22:13
**textbooks**   22:6
  22:8
**thank**   6:6 7:12
  9:8,24 13:23
  24:8 59:6 62:6
  90:17 122:1
  220:7 221:11
  231:19,23
  232:9,14
**thanks**   6:17
  207:21
**theirselves**
  228:25
**theoretical**
  114:18
**thereof**   9:14
**thing**   8:9 36:21
  62:15 88:9
  128:6 196:8
  215:3,5 219:4
**things**   33:5
  35:4 50:5
  77:16 89:3,6
  89:21 128:4
  146:18 162:6
  164:11
**think**   7:24 24:6
  24:7 33:5 35:3
  38:13 41:12
  44:8 52:3
  57:16 64:17,19

65:6 71:4
78:19 79:9
80:15 82:9
86:18 110:16
110:24 111:14
112:17 118:12
129:2 146:17
146:21,23
176:3 179:13
182:4,22
187:22 210:11
215:22 216:3
220:15 231:17
**thinking**   231:6
**third**   28:10
  61:15 62:2
  65:23 92:6
  100:11 121:11
  144:23
**thirds**   198:25
**thorough**   34:8
  68:2
**thought**   35:8
  44:19 108:4,14
  127:16 131:1
  145:1 227:8
**thoughtful**   34:7
**thousand**   54:7
**three**   12:6,8,11
  24:5,6,7 40:10
  47:9,19,22
  48:2,5,6,8,11
  48:17 49:11,16
  49:22,25 50:14
  50:18 51:2

61:9,20,25
65:15 66:23
68:16 70:15
71:16,16,17,18
75:2 76:21
78:5,9 82:3
83:13 91:22,24
92:16 95:13
96:17 97:4
98:5,11 99:8
102:10 103:18
105:20 114:1,2
114:4 115:9,10
117:12 118:21
125:22 128:4
128:10,10,11
128:12,13
129:23,23
130:3,4 131:15
137:5 139:15
139:18,21,24
140:1,3 143:13
150:4 151:13
151:21 152:8
154:7 158:15
159:10,17,24
194:11 196:18
198:4
**threshold**   54:9
  158:16
**throw**   33:8
**thumbs**   167:14
**ticker**   171:4,7
  174:3

**time**   7:11 16:19
  17:16 18:1
  21:16 22:25
  23:23,25 24:2
  28:21 31:7,9
  31:14 32:3,6
  32:23 33:4
  40:9 43:1
  44:22 45:2,5
  46:6 49:18
  50:18,19 51:1
  51:2,3 52:13
  67:10 85:13,16
  91:2 95:2 98:2
  105:21 108:15
  111:21 116:5
  119:24 120:3
  121:11 122:10
  126:10 127:19
  129:4 130:3
  131:12 135:2
  135:21 140:6
  141:1 147:6
  148:3 149:7
  156:3,21
  173:15 176:4,8
  182:18 185:25
  186:18 191:8
  197:21 198:5
  201:3 206:2
  212:5,14
  218:19 219:6
  219:16,17
  220:1,4 221:19
  221:24 225:13

**[time - type]**

Page 62

226:12,15,18
228:2,18
229:14,20,23
230:2,5,15,20
231:7 232:9,14
235:18
**timeframe**
235:8
**times**  6:23 17:7
53:21 76:17
85:1 137:22
194:5
**tip**  118:13
**title**  130:16
**today**  13:25
15:25 17:24
111:9 160:12
161:18 191:18
220:15 229:2
232:15
**today's**  6:5
231:25
**together**  22:10
22:14
**told**  12:20,25
13:1 29:23
55:22 56:1
98:1 187:19
231:21
**tongue**  118:14
**took**  30:11,21
**tools**  210:24
**top**  24:3 54:3
92:6,6,14
93:19 94:2,18

95:10,17 96:1
99:15,21 100:5
100:15,18,22
101:4 111:1
113:2,7,11
118:1 162:13
194:5
**total**  139:21
163:24 186:10
223:4 232:1
**totally**  38:10
119:20
**towards**  187:22
**track**  35:1 64:9
65:4,6 143:25
144:2,3 148:18
171:15 190:8
193:20
**tracked**  65:9,13
**tracking**  34:21
34:22 35:1
62:19,20 63:15
230:9
**tracks**  62:17
**trailed**  194:12
**transactions**
29:13
**transcript**
235:6,19
**transferred**
17:3
**transition**
16:22
**transitioned**
17:19

**transparency**
9:14
**treat**  137:23
**treated**  135:17
**tremendously**
145:21
**triangulate**
81:19
**triggered**  129:5
150:12
**trouble**  7:3
**true**  31:6
107:22 113:7
127:3,6 141:7
186:13,15
190:1 191:2
192:20 193:15
195:8 197:9
198:13 199:6
200:11,23
201:1 202:19
204:14 206:9
233:3 234:18
**trust**  14:6,23
15:19 28:23
42:18 44:6,7,8
44:25 45:7
117:17 155:25
**trusted**  18:6
**trustee**  129:15
**trustees**  128:6
130:18
**truth**  148:9
176:14 220:11

**truthful**  8:16
**try**  46:10 107:2
111:18 138:7
**trying**  25:24
57:10 99:3
107:21 114:17
126:12 134:11
210:22
**turn**  80:7 90:19
162:11 174:16
185:20 186:6
204:23 205:12
207:18 214:7
216:14
**turned**  86:22
**tweaked**
230:16
**twenty**  218:8
**two**  11:11
14:17 30:8
42:6 50:4
76:21 77:16
78:15 82:3,4
85:9 113:12
114:15 122:24
123:13,22
127:1 135:17
137:6 144:17
146:12 154:7
155:9 198:25
213:19 226:12
229:13
**type**  26:13
133:17,19
141:21 142:15

[type - used]                                                           Page 63

| | | | |
|---|---|---|---|
| 149:21 230:12 | 193:18 196:17 | **understanding** | **uploading** |
| **types** 146:12 | 197:2,18 198:2 | 55:17,19 179:8 | 172:7 |
| 149:21 | 198:8 199:15 | 206:16 228:24 | **usable** 107:22 |
| **typical** 38:2 | 199:20 | 229:21 | **use** 9:15 18:22 |
| 89:17,19,22 | **undermines** | **understood** | 19:14 22:8 |
| **typically** 6:25 | 84:13 | 219:12 | 23:12 24:11 |
| 227:14 | **underneath** | **unimproved** | 35:1,12 37:23 |
| **u** | 91:11 | 123:9 | 49:16 51:24 |
| **uh** 136:10 | **underperform** | **unique** 36:16 | 52:20 53:11,12 |
| 151:7 215:14 | 65:14 | 36:24 37:25 | 65:2 71:10 |
| **ultimate** | **underperfor...** | **unit** 5:6 | 75:17 77:5,15 |
| 160:22 | 47:22 48:11,12 | **united** 1:1 5:9 | 100:10 105:23 |
| **ultimately** | 50:17 64:10 | **units** 232:1 | 106:7 108:8,16 |
| 31:11 | 111:20 114:14 | **universe** 26:5 | 109:12,12,13 |
| **unable** 210:18 | 125:23 128:3 | 107:3 109:8,9 | 111:10,18 |
| **unclear** 109:19 | 129:2 131:13 | 109:17 110:19 | 136:2 137:11 |
| **under** 59:25 | **underperfor...** | 112:20 113:11 | 138:10 143:5 |
| 60:22 61:15 | 48:17 54:20 | 132:7,20,23 | 146:14,20,23 |
| 63:7 72:9 | 114:13 132:8 | 133:5 135:23 | 147:1 169:5 |
| 97:16 123:3 | 143:13 152:8 | 136:5 148:16 | 170:9 175:10 |
| 124:24 126:19 | 198:3 | 148:25 149:1 | 181:2,25 194:7 |
| 127:3 128:8,11 | **underperforms** | 150:10 189:9 | 208:9,16 211:3 |
| 129:19 132:6 | 49:25 54:6 | **universes** | 230:4 |
| 146:2,9 148:5 | 61:8 | 181:24 | **used** 11:4,13 |
| 166:19 169:17 | **understand** | **unquote** 177:17 | 12:10,11 16:20 |
| 176:10 190:6 | 34:1 35:6 | **unreasonable** | 16:20 18:7,10 |
| 220:8 233:2,2 | 49:21 65:11 | 59:4 | 18:25 19:14,19 |
| 234:11,17,17 | 70:11,21 | **unsuitable** | 19:25 22:6 |
| **underlies** | 136:17,19,20 | 192:16 | 32:18 37:9,13 |
| 107:24 | 148:5 163:6 | **unusual** 38:1 | 38:5,11,12,23 |
| **underlying** | 167:5 169:4 | **upload** 56:22 | 38:25 39:1,2,3 |
| 56:4 143:7,12 | 176:10 177:6 | 79:15 172:3 | 39:6,14,17 |
| 143:24 159:5 | 182:6 208:8 | 221:6 | 40:8 41:10 |
| 168:24 190:13 | 220:8 230:21 | **uploaded** | 43:14 49:12 |
| 191:25 192:10 | | 150:20 221:13 | 52:15,24,25 |

**[used - vs]**

Page 64

53:4,10,23,25
55:7,10,23
60:7,8 70:5
76:2,11,12
77:22 82:11
87:12 98:19
106:18,25,25
108:24 109:1
109:14 111:16
113:23 114:20
114:23 119:20
119:24 124:6
135:14 136:4,6
137:20 139:9
142:20 143:2,3
143:22 149:4
162:18 167:3
170:4,24 171:3
171:4 181:23
198:8 227:14
227:18 229:11
229:13 232:1
235:19
**useful** 52:9
133:7
**usefulness**
166:20 168:7
168:11
**uses** 18:15 19:7
19:12 75:10
109:11 143:4
182:22 211:10
**using** 5:12 32:8
32:11 40:8,9
40:10 52:3,5

74:19 75:7
77:7 82:9,10
111:7,16
125:22 131:15
132:10 135:23
136:19 143:1
143:21 145:22
152:17 166:1
171:18 189:10
215:23 227:8
230:11
**usually** 50:8
**utilize** 49:6
180:9 212:3
227:10
**utilized** 34:12
55:12,13 56:12
58:1 75:5
94:10 133:19
139:6 175:18
179:23

**v**

**v** 235:4 236:1
**vague** 124:12
**valid** 43:22
147:9 212:17
**validate** 160:1
**valient** 11:18
11:22
**valuable** 108:3
213:2
**value** 60:5
119:1 142:8
195:2,19 223:1
223:23 224:5

**vanguard**
154:1,18 213:7
223:15
**variant** 143:1
**varies** 179:13
**various** 32:15
32:17 41:16
43:15 143:8
148:17
**vehicles** 196:18
**venture** 25:13
**ventures** 28:22
40:16
**verified** 83:3
160:20
**verify** 83:5
160:1 235:9
**veritext** 5:14,16
232:2 235:14
235:23
**veritext.com**
235:15
**version** 46:18
156:9 157:7
175:11
**versions** 33:10
**versus** 5:8 9:9
43:21 47:7
60:5,6 80:19
91:7 142:5
164:16 230:25
231:2
**vhs** 43:21,22,23
**video** 5:6

**videoconfere...**
1:12 2:5,12,13
2:14,15 3:5,10
3:11
**videographer**
3:11 5:4,15 6:6
85:12,15
147:24 148:2
176:4,7 219:25
220:3 231:24
**view** 70:18
71:16 73:25
**viewed** 70:17
**vintage** 47:6
66:21 93:6
132:25 133:23
137:17
**vintages** 32:17
47:8,10,19
66:22 93:20,20
111:21 133:2,4
133:10,11,24
136:14 137:1
137:13,20,22
142:16,24
143:20 151:19
196:20
**violating**
128:12
**virtual** 5:13
**visible** 69:18
**volatility** 205:6
**voting** 41:17
**vs** 1:5 4:8

| w |
| --- |

**w** 20:6
**wait** 157:14
    222:23
**waiting** 184:12
**wall** 30:9
**walls** 46:19
**walnut** 2:6
**want** 7:1 8:16
    23:20 28:11,12
    39:10,16 56:7
    58:16 59:17,18
    64:16 76:17
    77:9 79:13
    81:16 85:7
    112:25 116:16
    125:20 147:16
    150:24 151:2
    154:10 159:21
    164:9 167:4,12
    173:15 175:23
    175:25 176:24
    182:3 207:9
    217:3 220:16
    220:17 222:3
    225:14 230:21
    232:4,12
**wanted** 29:25
    84:18 136:21
    136:25 137:2
**warrant** 54:21
**warrants**
    121:22
**watch** 47:11,21
    47:23 48:13

49:8 50:1,5,17
58:9,14,18
59:9 60:23
61:8,12 63:1
63:14 64:6
65:16,24 66:10
66:24 67:1,6
67:19 68:11
70:15,23 73:21
74:13 85:24
86:17 87:24
88:5,16,19,20
88:25 89:15
120:14 122:19
128:2,7,9,19,20
128:23 129:17
129:21,22
130:1,5 131:3
131:17
**water** 201:16
**way** 7:6 38:6
    43:10,13 48:1
    49:17 60:20
    61:16 64:12
    71:1,9,12
    76:25 82:20,22
    82:25 84:1
    107:16 110:13
    111:20 113:19
    123:8 132:24
    148:23 161:9
    177:16 178:2,8
    179:20 181:5
    182:10,15,21
    202:25 203:14

204:5 208:15
209:18,19
211:25 212:17
213:2 226:5
227:3,25
228:14 231:3,9
231:11
**ways** 182:12
    212:14,20
**we've** 57:1 85:8
    85:22 147:14
    175:25 176:3
    221:12 227:20
    230:15
**website** 173:1,4
**week** 10:22,24
    11:8,8,9,12,14
**weekend**
    232:10
**weight** 190:14
**welcome** 220:6
**went** 26:16
    44:13,22
    110:23 160:5
    161:8 217:11
**wermers** 4:5
    77:25 78:4,16
    79:10 81:9
    84:3 147:11
    160:18,25
    161:13,19
    183:19 184:3
    184:24 207:25
    210:22 214:16
    214:23 215:16

216:14,19
217:7 219:5
**west** 3:6 147:21
**wheel** 22:21
    23:4,10,14
    24:9
**witness** 1:13
    2:3 3:15 6:4,7
    6:11 16:9 20:7
    21:19,21 35:24
    39:10 40:5
    50:21 52:12
    53:8 56:15,16
    57:10 59:3
    64:23 65:18
    71:1,9 72:17
    78:13 79:13,21
    86:11 87:3
    88:3,18 89:2
    116:16 118:12
    124:13 125:2
    125:19 132:3
    132:19 133:16
    138:19 146:23
    147:4 178:14
    178:22 179:4
    179:13 181:17
    182:8 183:15
    184:15 199:23
    207:9,16,22
    208:20 212:7
    215:9 217:23
    218:14 219:3
    226:5,10
    227:12,20

[witness - york]                                                    Page 66

228:14 229:8
234:5,21 235:8
235:10,12,18
**won** 43:22
**wonder** 171:14
**wonderful**
148:12
**word** 77:6
89:21 166:1,1
**wording** 89:20
**words** 13:19
41:11
**work** 20:6,7,21
20:23 21:1,11
21:19,21 22:1
22:20 29:5,6
56:3 76:3
77:22 115:23
117:22 178:2
**worked** 24:25
25:16 27:5
29:9 38:14
45:20
**working** 29:2,8
49:2,15 80:3
90:13 116:24
222:10
**world** 142:8
**worse** 95:20
97:3 98:24
101:7,24
104:10,25
115:9 117:11
118:20 138:16
203:12 211:10

211:21 212:25
**worst** 123:21
**write** 77:15,24
**writing** 13:1
**written** 12:17
48:1 124:6
**wrong** 83:6
84:2 126:2
159:12,13
222:13
**wrote** 77:25

**x**

**x** 3:14 4:1
129:9

**y**

**yeah** 35:15,21
67:7 79:20
82:1 87:3
118:12 132:3
134:23 135:2
172:5,7 184:12
185:9 195:1
207:12 213:18
214:12 215:3
**year** 4:9 12:6,6
12:11 16:23,25
17:3,10 18:1
25:14 26:1
27:4 40:10
47:9,19,22,23
48:5,5,7,11,11
48:17,17 49:11
49:16,22,23,25
49:25 50:14,15

50:18,19 51:2
61:9,10,25
65:15,15 66:23
75:2 80:20
81:24 83:13
84:1,9 91:22
91:24 92:16,22
94:17,23 95:13
95:24,25 96:17
97:4,7,13 98:5
98:11,13,25
99:8,20 100:14
100:18 101:9
102:5,10 103:1
103:8,13,18
104:4 105:2,20
108:1 114:1,1
118:21 125:22
128:10,11
129:23 131:15
139:15,16,18
139:18,21,22
139:24,24
140:1,1,3,3
143:13,14,25
150:4 151:13
151:21 152:8
158:15 159:10
159:17,24
181:9 198:24
199:16,21
214:24,24
215:17,17
216:4,4 218:4
229:23

**years** 8:14 12:8
14:2,5,6,23
15:19 17:23
18:21 19:22
21:19 24:5
29:18 42:6
47:20 48:2,8
49:2,16 51:6,8
51:12 73:8
81:25 107:12
107:12 114:2,2
114:4 115:2,9
115:11 117:12
119:1,12,14
125:25 129:24
131:3 137:5
139:8 198:4,4
**yield** 115:8
118:19 201:11
202:2,12 224:7
**yields** 117:10
138:24
**york** 22:20 23:4
23:10,14 24:9

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.