# Exhibit F
# (Part 1)



Quanta Services, Inc.

# 4th Quarter 2016 401(k) Investment Review

**March 31, 2017**



Copyright © 2016 Ascende, Inc. All rights reserved. No part of this document may be reproduced, stored in a retrieval system or transmitted in any form by any means, electronic, mechanical or otherwise without the prior written permission of Ascende, Inc.

# Quanta Services, Inc.

## Table of Contents

| | |
|---|---|
| Market Analysis | **I-1** |
| Current Regulatory, Judicial & Legislative Environment | **II-1** |
| Plan Asset Analysis | **III-1** |
| Portfolio Analysis | **IV-1** |
| Investment Fund Performance Tables | **V-1** |
| Investment Fund Data Tables | **VI-1** |

### Exhibits

A.  How to Read Investment Fund Data Tables

    I.A.1.  Investment Fund Performance Tables

    I.A.2.  Investment Fund Data Tables

    I.A.3.  Benchmark Resources



# Broad Asset Class Returns
### Returns Through 12/2016



Results displayed in US Dollar (USD)

| Index | 1 QTR | YTD | 1 Year | 3 Years | 5 Years | 10 Years |
|---|---|---|---|---|---|---|
| Bloomberg Barclays US Aggregate | -2.98 | 2.65 | 2.65 | 3.03 | 2.23 | 4.34 |
| Citigroup 3-Month T-Bill | 0.08 | 0.27 | 0.27 | 0.11 | 0.09 | 0.73 |
| MSCI EAFE-ND | -0.71 | 1.00 | 1.00 | -1.60 | 6.53 | 0.75 |
| MSCI EM-ND | -4.16 | 11.19 | 11.19 | -2.55 | 1.28 | 1.84 |
| Russell 3000 | 4.21 | 12.74 | 12.74 | 8.43 | 14.67 | 7.07 |

**I-1**

QUANTA_106672

# U.S. Equity Style Box Returns

Returns Through December 31, 2016

## U.S. Equity Style Box Returns

| | 4Q 2016 | | |
|---|---|---|---|
| | **Value** | **Blend** | **Growth** |
| **Large** | 6.7% | 3.8% | 1.0% |
| **Mid** | 5.5% | 3.2% | 0.5% |
| **Small** | 14.1% | 8.8% | 3.6% |

| | YTD | | |
|---|---|---|---|
| | **Value** | **Blend** | **Growth** |
| **Large** | 17.3% | 12.0% | 7.1% |
| **Mid** | 20.0% | 13.8% | 7.3% |
| **Small** | 31.7% | 21.3% | 11.3% |

Returns for all categories are based on the Russell-style indexes with the exception of the large cap blend category which is based on the S&P 500 Index.

**I-2**

QUANTA_106673

## Global Equity Markets

Returns Through December 31, 2016

### Equity Market Returns - Expressed in Local Currency and USD

| Region/Broad Indexes | 2016 YTD | | 2015 | |
| --- | --- | --- | --- | --- |
| | Local Terms | USD Terms | Local Terms | USD Terms |
| All Country World | 9.7% | 8.5% | 1.8% | -1.8% |
| US (S&P 500) | | 12.0% | | 1.4% |
| EAFE | 5.9% | 1.5% | 5.8% | -0.4% |
| Europe ex-U.K. | 3.2% | 0.3% | 9.1% | 0.1% |
| Pacific ex-Japan | 8.5% | 8.0% | -0.8% | -8.4% |
| Emerging Markets | 10.1% | 11.6% | -5.4% | -14.6% |

CONFIDENTIAL

QUANTA_106674



CONFIDENTIAL

# Current Regulatory, Judicial & Legislative Environment

♦ On October 21, 2016, the Internal Revenue Service released the 2017 plan limits applicable to defined contribution and defined benefit plans. Most major limits for qualified retirement plans remain unchanged for 2017 including the employee limit on elective deferrals remained at $18,000. The catch-up limit for those participants age 50 or over remained the same at $6,000. The annual compensation limit used to determine the maximum amount of contributions and benefits an employee may receive under qualified plans increased to $270,000 and the compensation limit for those classified as a highly compensated employee remained at $120,000.

♦ Plan participants in the Putnam Investments retirement plan are suing plan fiduciaries for loading the plan entirely with Putnam mutual funds and not deliberating if investments managed by unaffiliated companies would be better suited for their plan participants. Putnam Investments violated ERISA by endorsing their own mutual fund business and maximizing profits at the expense of the plan and its participants. In 2013, due to the proprietary mutual fund selection by Putnam, plan participants endured at least $1.7 million in fees when the plan had $589 million in assets. Total plan expenses were about 65% higher than the average retirement plan between $500 million and $1 billion in assets. The lawsuit claimed that plan fiduciaries failed to remove poorly performing investments from the plan but rather filled the plan exclusively with Putnam's own poor performing mutual funds without considering if investment choices from other mutual fund companies would've performed better. Furthermore, the lawsuit concluded stating that the plan fiduciaries added funds with little to no performance history and failed to remove poor performing funds from the plan in a timely fashion. The Plaintiffs are striving to recover the plan's financial losses and to gain equitable relief from the Defendants for their violations of ERISA.



CONFIDENTIAL

# Current Regulatory, Judicial & Legislative Environment

♦ Participants in Delta Airline's Savings Plan have filed a lawsuit against the company claiming violations of ERISA regarding excessive fees in their retirement plan. Plan officials had the ability to change their current investment options with lower cost investment options from providers but did not do so. Participants argued that a typical 401(k) plan offers fourteen investment options, and showed that Delta Airline's plan offered 200 investment options in 2011. The lawsuit stated that plan officials failed to monitor the investment options they offered, and instead allowed poorly performing investment options to remain in the plan. Additionally, the lawsuit showed that defendants allowed the plan to be charged costs and fees for administrative services such as recordkeeping which was immensely overpriced compared to what the plan should have paid. The lawsuit concluded by stating that plan officials failed to assume a competitive bidding process for recordkeeping services.

♦ The Department of Labor has filed a complaint against Central Security Communications Inc. Robert Millikin (CEO) and plan fiduciary Howard Klinger are ordered to restore more than $82,000 to the company's retirement and health plans. The lawsuit emphasizes that Millikin and Klinger violated ERISA by not making employee retirement contributions and health insurance premium payments on behalf of the employee retirement and health plans. Also, the lawsuit contends that the defendants did not collect outstanding loan repayments owed to the retirement plan. The Department of Labor is seeking a court order that would require Central Security Communications Inc., Robert Millikin, and Howard Klinger to reinstate all plan losses with interest, hire an independent fiduciary to administer the plans, and bar both Robert Millikin and Howard Klinger from serving as fiduciaries to any employee benefit plan.



CONFIDENTIAL

# Plan Asset Analysis

## QUARTERLY HIGHLIGHTS

| QUANTA SERVICES, INC. 401(K) SAVINGS PLAN | 4Q 2015 | 3Q 2016 | 4Q 2016 |
|---|---|---|---|
| **Total Plan Assets** | $471,813,861 | $542,818,972 | $560,318,542 |
| **Revenue Credit Assets** | $149,468 | $252,620 | $58,942 |
| **Total Weighted Portfolio Return** | 3.84% | 5.01% | 2.00% |
| **Total Weighted Core Holdings Return** | 3.98% | 5.05% | 2.83% |
| **Total Weighted Target Date Fund Return** | 3.57% | 4.95% | 0.66% |
| **Average Expense Ratio** | 0.52% | 0.53% | 0.53% |
| **Weighted Expense Ratio** | 0.53% | 0.53% | 0.53% |
| **Percentage of Assets in Target Date Retirement Funds** | 36.24% | 37.92% | 37.23% |
| **Loan Balance** | $9,246,971 (1.96%) | $10,240,363 (1.89%) | $10,800,869 (1.93%) |
| **# of Core Funds on Monitor** | 1 | 3 | To be discussed |
| **# of Core Funds on Alert** | 0 | 0 | To be discussed |
| **Target Date Suite Status** | No Alert | No Alert | To be discussed |

*Portfolio Notes:*

**Funds to be discussed for alert status:** Dodge & Cox Stock, Fidelity Low Priced Stock, Oak Ridge Small Cap Growth, Fidelity Diversified International

**Fidelity Freedom K Target Date Funds:** The net expense ratios for the Fidelity Freedom K Funds range from 44 basis points to 67 basis points with the average being 61 basis points. The weighted expense ratio of the Fidelity Freedom K Funds for the Quanta Services, Inc. 401(k) Plan is 62 basis points.



III-1

QUANTA_106678

# Plan Asset Analysis

## QUARTERLY INVESTMENT RETURNS

*Absolute Fund Returns*

| Investment Vehicle | Morningstar Investment Category | 12/31/2016 Asset Allocation | 3 Month 12/31/2016 Fund Return | 12/31/2016 Weighted Fund Return |
|---|---|---|---|---|
| Fidelity Money Market Trust Retirement Government Mney Market II Portfolio | Money Market | $ 23,923,975 | 0.03% | 0.00% |
| Fidelity Managed Income Portfolio | Stable Value | $ 17,342,967 | 0.30% | 0.02% |
| Fidelity Total Bond | Intermediate Term Bond | $ 33,803,463 | -2.11% | -0.21% |
| Vanguard GNMA Adm | Intermediate Term Bond | $ 4,169,189 | -1.82% | -0.02% |
| Dodge & Cox Stock Fund | Large Value | $ 52,916,197 | 10.71% | 1.66% |
| Vanguard Value Index Admiral | Large Value | $ 5,013,774 | 7.51% | 0.11% |
| Fidelity 500 Index Institutional | Large Blend | $ 40,472,027 | 3.82% | 0.45% |
| American Funds Growth Fund of America R6 | Large Growth | $ 68,356,738 | 1.68% | 0.34% |
| Vanguard Growth Index Admiral | Large Growth | $ 4,096,146 | -0.42% | -0.01% |
| Fidelity Low-Priced Stock K | Mid Blend | $ 21,700,763 | 3.34% | 0.21% |
| Fidelity Extended Market Index Premium | Mid Blend | $ 9,794,790 | 5.65% | 0.16% |
| American Beacon Small Cap Value Fund Institutional | Small Value | $ 13,181,149 | 13.79% | 0.53% |
| Oak Ridge Small Cap Growth K | Small Growth | $ 14,734,610 | -2.23% | -0.10% |
| Fidelity Diversified International K | Foreign Large Blend | $ 25,102,569 | -4.69% | -0.35% |
| DFA International Small Cap Value I | Foreign Small Value | $ 587,041 | 1.71% | 0.00% |
| TOTAL | | $ 335,195,397 | | |

**4Q 2016 Performance Notes:**

Weighted Fund Return
2.81%

Weighted Benchmark Return
2.50%

Net Difference
0.31%

| Key |
|---|
| Best Fund |
| 2nd Best Fund |
| 2nd Worst Fund |
| Worst Fund |

*Difference From Benchmark*

| Investment Vehicle | Benchmark Index Used | 3 Month 12/31/2016 Fund Return | 3 Month 12/31/2016 Benchmark Return | 12/31/2016 Difference From Benchmark |
|---|---|---|---|---|
| Fidelity Money Market Trust Retirement Government Mney Market II Portfolio | US Treasury Bill 3-Month | 0.03% | 0.08% | -0.05% |
| Fidelity Managed Income Portfolio | BAML 1-3 Year Corp/Gov't | 0.30% | 0.45% | -0.15% |
| Fidelity Total Bond | BarCap Aggregate Bond Index | -2.11% | -2.98% | 0.87% |
| Vanguard GNMA Adm | Barclays US GNMA Bond Index | -1.82% | -2.18% | 0.36% |
| Dodge & Cox Stock Fund | Russell 1000 Value | 10.71% | 6.68% | 4.04% |
| Vanguard Value Index Admiral | MSCI U.S. Prime Market Value | 7.51% | 7.53% | -0.02% |
| Fidelity 500 Index Institutional | S&P 500 | 3.82% | 3.82% | -0.01% |
| American Funds Growth Fund of America R6 | Russell 1000 Growth | 1.68% | 1.01% | 0.67% |
| Vanguard Growth Index Admiral | MSCI U.S. Prime Market Growth | -0.42% | -0.42% | 0.00% |
| Fidelity Low-Priced Stock K | Russell MidCap | 3.34% | 3.21% | 0.13% |
| Fidelity Extended Market Index Premium | DJ US Completion Total Stock Index | 5.65% | 5.54% | 0.11% |
| American Beacon Small Cap Value Fund Institutional | Russell 2000 Value | 13.79% | 14.07% | -0.29% |
| Oak Ridge Small Cap Growth K | Russell 2000 Growth | -2.23% | 3.57% | -5.80% |
| Fidelity Diversified International K | MSCI EAFE (net) | -4.69% | -0.71% | -3.98% |
| DFA International Small Cap Value I | MSCI EAFE Small Cap Value Index | 1.71% | -2.74% | 4.45% |



III-2

QUANTA_106679

# Plan Asset Analysis



CONFIDENTIAL

# Plan Asset Analysis

## CURRENT ASSET ALLOCATION

| Investment Option | Morningstar Investment Category | 09/30/2016 Asset Allocation | 09/30/2016 % of Plan Assets | 12/31/2016 Asset Allocation | 12/31/2016 % of Plan Assets |
|---|---|---|---|---|---|
| Fidelity Money Market Trust Retirement Government Mney Market II Portfolio | Money Market | $ 21,180,010 | 4.27% | $ 23,923,975 | 4.27% |
| Fidelity Managed Income Portfolio | Stable Value | $ 17,032,114 | 3.43% | $ 17,342,967 | 3.10% |
| Fidelity Total Bond | Intermediate Term Bond | $ 34,634,303 | 6.46% | $ 33,803,463 | 6.03% |
| Vanguard GNMA Adm | Intermediate Term Bond | $ 4,214,403 | 0.13% | $ 4,169,189 | 0.74% |
| Fidelity Balanced K | Moderate Allocation | $ 6,205,473 | 0.03% | $ 5,651,858 | 1.01% |
| Dodge & Cox Stock Fund | Large Value | $ 45,472,048 | 9.14% | $ 52,916,197 | 9.44% |
| Vanguard Value Index Admiral | Large Value | $ 5,672,460 | 0.24% | $ 5,013,774 | 0.89% |
| Fidelity 500 Index Institutional | Large Blend | $ 38,591,182 | 6.56% | $ 40,472,027 | 7.22% |
| American Funds Growth Fund of America R6 | Large Growth | $ 69,691,907 | 14.48% | $ 68,356,738 | 12.20% |
| Vanguard Growth Index Admiral | Large Growth | $ 3,063,082 | 0.04% | $ 4,096,146 | 0.73% |
| Fidelity Low-Priced Stock K | Mid Blend | $ 21,779,000 | 4.75% | $ 21,700,763 | 3.87% |
| Fidelity Extended Market Index Premium | Mid Blend | $ 8,608,213 | 1.09% | $ 9,794,790 | 1.75% |
| American Beacon Small Cap Value Fund Institutional | Small Value | $ 10,681,359 | 2.17% | $ 13,181,149 | 2.35% |
| Oak Ridge Small Cap Growth K | Small Growth | $ 16,544,331 | 3.62% | $ 14,734,610 | 2.63% |
| Fidelity Diversified International K | Foreign Large Blend | $ 26,571,876 | 5.11% | $ 25,102,569 | 4.48% |
| DFA International Small Cap Value I | Foreign Small Value | $ 430,490 | 0.24% | $ 587,041 | 0.10% |
| Fidelity Freedom K Income | Target Date Fund | $ 3,543,559 | 0.88% | $ 3,319,477 | 0.59% |
| Fidelity Freedom K 2005 | Target Date Fund | $ 16,120 | 0.00% | $ 21,907 | 0.00% |
| Fidelity Freedom K 2010 | Target Date Fund | $ 19,080,132 | 4.13% | $ 18,712,519 | 3.34% |
| Fidelity Freedom K 2015 | Target Date Fund | $ 485,117 | 0.00% | $ 474,056 | 0.08% |
| Fidelity Freedom K 2020 | Target Date Fund | $ 62,584,156 | 12.05% | $ 62,070,825 | 11.08% |
| Fidelity Freedom K 2025 | Target Date Fund | $ 2,589,893 | 0.03% | $ 3,533,411 | 0.63% |
| Fidelity Freedom K 2030 | Target Date Fund | $ 46,929,903 | 8.48% | $ 49,087,985 | 8.76% |
| Fidelity Freedom K 2035 | Target Date Fund | $ 1,184,029 | 0.00% | $ 1,600,924 | 0.29% |
| Fidelity Freedom K 2040 | Target Date Fund | $ 42,293,778 | 7.43% | $ 43,711,411 | 7.80% |
| Fidelity Freedom K 2045 | Target Date Fund | $ 1,455,878 | 0.04% | $ 1,954,919 | 0.35% |
| Fidelity Freedom K 2050 | Target Date Fund | $ 20,893,633 | 3.20% | $ 22,671,868 | 4.05% |
| Fidelity Freedom K 2055 | Target Date Fund | $ 622,571 | 0.00% | $ 1,013,311 | 0.18% |
| Fidelity Freedom K 2060 | Target Date Fund | $ 274,971 | 0.00% | $ 438,862 | 0.08% |
| Loans | | $ 10,240,363 | 1.96% | $ 10,800,869 | 1.93% |
| Fidelity Retirement Gov't Money Market | Revenue Credit | $ 252,620 | 0.03% | $ 58,942 | 0.01% |
| **Total Plan Assets as of Quarter End** | | $ 542,818,972 | 100.00% | $ 560,318,542 | 100.00% |



III-4

QUANTA_106681

# Plan Asset Analysis

## ASSET ALLOCATION CHARTS

**Previous Allocation**
**As of 09/30/2016**

**Current Allocation**
**As of 12/31/2016**

**Previous Allocation**
**As of 09/30/2016**

**Current Allocation**
**of 12/31/2016**

# Plan Asset Analysis





CONFIDENTIAL

# Disclosure

Performance data represents past performance. Past performance is no guarantee of future results. Returns and principal value of an investment fluctuate so that shares, when redeemed, may be worth more or less than their original cost.

The information and statistical data contained herein have been obtained from sources, which we believe to be reliable, but in no way are warranted by us as to accuracy or completeness. Our sources include Morningstar, Value Line, Lipper and the individual fund management companies. Total returns are adjusted for management, administrative and 12b-1 fees, and other costs automatically deducted from fund assets.



QUANTA_106684

# Portfolio Analysis

## MORNINGSTAR INVESTMENT STYLE GRID

**More Conservative**
Potentially less investment risk and more inflation risk

**More Aggressive**
Potentially more investment risk and less inflation risk

| Money Market/ Stable Value | Bond | Balanced/ Hybrid | Domestic Equities | | | International/ Global Equity | Specialty | Company Stock |
|---|---|---|---|---|---|---|---|---|
| Fidelity Retirement Money Market Fund | Fidelity Total Bond | Fidelity Balanced K | **Large Value** Dodge & Cox Stock | **Mid Value** | **Small Value** American Beacon Small Cap Value | Fidelity Diversified International | | |
| Fidelity Managed Income Portfolio | Vanguard GNMA Adm | | Vanguard Growth Index | | | DFA International Small Cap Value | | |

| | | |
|---|---|---|
| **Large Blend** Fidelity Spartan 500 Index | **Mid Blend** Fidelity Low Priced Stock | **Small Blend** |
| | Fidelity Spartan Extended Market Index | |
| **Large Growth** American Funds Growth Fund of America | **Mid Growth** | **Small Growth** Oakridge Small Cap Growth |
| Vanguard Value Index | | |

| Targeted Retirement | | |
|---|---|---|
| **Conservative Allocation** | **Moderate Allocation** | **Large Cap Blend** |
| Fidelity Freedom K Income | Fidelity Freedom K 2025 | Fidelity Freedom K 2045 |
| Fidelity Freedom K 2005 | Fidelity Freedom K 2030 | Fidelity Freedom K 2050 |
| Fidelity Freedom K 2010 | Fidelity Freedom K 2035 | Fidelity Freedom K 2055 |
| Fidelity Freedom K 2015 | Fidelity Freedom K 2040 | Fidelity Freedom K 2060 |
| Fidelity Freedom K 2020 | | |



**IV-1**

# Portfolio Analysis

## PORTFOLIO STATISTICS



| Statistics | | |
|---|---|---|
| Average Expense Ratio | 0.53% | |
| Weighted Expense Ratio | 0.53% | |
| Number of Options in Investment Line-Up | 29 | |
| | # of Funds | % of Funds |
| 36-Month Lipper Ranking of 2nd Quintile or | 23 | 79% |
| Overall Morningstar Rating of 3 Stars or Better | 25 | 86% |



CONFIDENTIAL

QUANTA_106686

## Portfolio Analysis

### 1-Year Performance Compared to "Best" Benchmark



Funds highlighted in green are index funds.

**Basis Point Differential from Benchmark**



IV-3

CONFIDENTIAL

## Portfolio Analysis



### 3-Year Performance Compared to "Best" Benchmark

Funds highlighted in green are index funds.

**Basis Point Differential from Benchmark**



IV-4

QUANTA_106688

## Portfolio Analysis



### 5-Year Performance Compared to "Best" Benchmark

Funds highlighted in green are index funds.

**Basis Point Differential from Benchmark**



IV-5

QUANTA_106689

## Portfolio Analysis



### Returns for Fidelity Freedom Target Retirement Funds



CONFIDENTIAL

QUANTA_106690

## Portfolio Analysis



### Equity/Bond Split of Target Date Funds

**Fidelity Freedom K Target Date Funds**



CONFIDENTIAL

IV-7

QUANTA_106691

## Portfolio Analysis





QUANTA_106692

# Portfolio Analysis

## EXPENSE RATIO MARKET COMPARISON

| Investment Option | Morningstar Investment Category | Net Expense Ratio | Low | Below Average | Average Expense Ratio [1] | Above Average | High | Difference From Average |
|---|---|---|---|---|---|---|---|---|
| Fidelity Money Market Trust Retirement Government Mney Market II Portfolio | Money Market | 0.42% | 0.12% | 0.42% | 0.42% | 0.45% | 0.55% | 0.00% |
| Fidelity Managed Income Portfolio | Stable Value | 0.78% | 0.10% | 0.25% | 0.44% | 0.62% | 0.78% | 0.34% |
| Fidelity Total Bond | Intermediate Term Bond | 0.45% | 0.43% | 0.46% | 0.46% | 0.58% | 0.71% | -0.01% |
| Vanguard GNMA Adm | Intermediate Term Bond | 0.11% | 0.73% | 0.73% | 0.74% | 0.74% | 0.74% | -0.63% |
| Fidelity Balanced K | Moderate Allocation | 0.46% | 0.21% | 0.50% | 0.67% | 0.68% | 0.79% | -0.21% |
| Dodge & Cox Stock Fund | Large Value | 0.52% | 0.21% | 0.50% | 0.67% | 0.68% | 0.79% | -0.15% |
| Vanguard Value Index Admiral | Large Value | 0.08% | 0.04% | 0.04% | 0.04% | 0.08% | 0.18% | 0.04% |
| Fidelity 500 Index Institutional | Large Blend | 0.04% | 0.33% | 0.56% | 0.68% | 0.74% | 0.93% | -0.65% |
| American Funds Growth Fund of America R6 | Large Growth | 0.33% | 0.33% | 0.56% | 0.68% | 0.74% | 0.93% | -0.35% |
| Vanguard Growth Index Admiral | Large Growth | 0.08% | 0.54% | 0.68% | 0.76% | 0.80% | 1.20% | -0.68% |
| Fidelity Low-Priced Stock K | Mid Blend | 0.78% | 0.54% | 0.68% | 0.76% | 0.80% | 1.20% | 0.02% |
| Fidelity Extended Market Index Premium | Mid Blend | 0.07% | 0.07% | 0.07% | 0.08% | 0.10% | 0.24% | -0.01% |
| American Beacon Small Cap Value Fund Institutional | Small Value | 0.82% | 0.68% | 0.78% | 0.86% | 1.05% | 1.29% | -0.04% |
| Oak Ridge Small Cap Growth K | Small Growth | 0.94% | 0.52% | 0.77% | 0.84% | 1.07% | 1.35% | 0.10% |
| Fidelity Diversified International K | Foreign Large Blend | 0.92% | 0.48% | 0.55% | 0.71% | 0.81% | 0.96% | 0.21% |
| DFA International Small Cap Value I | Foreign Small/Mid | 0.69% | 0.48% | 0.55% | 0.71% | 0.81% | 0.96% | -0.02% |
| Fidelity Freedom K Income | Target Date | 0.44% | 0.44% | 0.44% | 0.57% | 0.57% | 0.58% | -0.13% |
| Fidelity Freedom K 2005 | Target Date | 0.49% | 0.44% | 0.53% | 0.59% | 0.60% | 0.62% | -0.10% |
| Fidelity Freedom K 2010 | Target Date | 0.53% | 0.44% | 0.53% | 0.59% | 0.60% | 0.61% | -0.06% |
| Fidelity Freedom K 2015 | Target Date | 0.56% | 0.53% | 0.55% | 0.65% | 0.65% | 0.84% | -0.09% |
| Fidelity Freedom K 2020 | Target Date | 0.58% | 0.57% | 0.57% | 0.69% | 0.69% | 0.69% | -0.11% |
| Fidelity Freedom K 2025 | Target Date | 0.61% | 0.57% | 0.61% | 0.72% | 0.72% | 0.84% | -0.11% |
| Fidelity Freedom K 2030 | Target Date | 0.65% | 0.59% | 0.65% | 0.75% | 0.75% | 0.77% | -0.10% |
| Fidelity Freedom K 2035 | Target Date | 0.67% | 0.62% | 0.66% | 0.77% | 0.77% | 0.84% | -0.10% |
| Fidelity Freedom K 2040 | Target Date | 0.67% | 0.59% | 0.66% | 0.78% | 0.78% | 0.78% | -0.11% |
| Fidelity Freedom K 2045 | Target Date | 0.67% | 0.66% | 0.66% | 0.78% | 0.78% | 0.84% | -0.11% |
| Fidelity Freedom K 2050 | Target Date | 0.67% | 0.59% | 0.65% | 0.78% | 0.78% | 0.78% | -0.11% |
| Fidelity Freedom K 2055 | Target Date | 0.67% | 0.59% | 0.66% | 0.78% | 0.78% | 0.78% | -0.11% |
| Fidelity Freedom K 2060 | Target Date | 0.67% | 0.59% | 0.66% | 0.78% | 0.78% | 0.78% | -0.11% |
| Average | | 0.53% | 0.45% | 0.55% | 0.65% | 0.69% | 0.81% | |

[1] Data is provided by Fiduciary Benchmarks.



CONFIDENTIAL

# Portfolio Analysis

## EXPENSE RATIO MARKET COMPARISON

| National Survey Data ($50,000 Average Account Balance) | National Average Expense Ratio (2011) | National Average Expense Ratio (2012) | National Average Expense Ratio (2013) | National Average Expense Ratio (2014) | National Average Expense Ratio (2015) |
|---|---|---|---|---|---|
| 25 Participants and $1,250,000 in Assets | 1.41% | 1.40% | 1.38% | 1.38% | 1.38% |
| 50 Participants and $2,500,000 in Assets | 1.38% | 1.37% | 1.35% | 1.35% | 1.34% |
| 100 Participants and $5,000,000 in Assets | 1.24% | 1.22% | 1.22% | 1.22% | 1.21% |
| 200 Participants and $10,000,000 in Assets | 1.16% | 1.11% | 1.10% | 1.10% | 1.09% |
| 500 Participants and $25,000,000 in Assets | 1.09% | 1.04% | 1.04% | 1.04% | 1.02% |
| 1,000 Participants and $50,000,000 in Assets | 1.05% | 1.00% | 1.01% | 1.01% | 0.95% |
| 2,000 Participants and $100,000,000 in Assets | 0.93% | 0.86% | 0.89% | 0.89% | 0.86% |

| National Survey Data ($10,000 Average Account Balance) | National Average Expense Ratio (2011) | National Average Expense Ratio (2012) | National Average Expense Ratio (2013) | National Average Expense Ratio (2014) | National Average Expense Ratio (2015) |
|---|---|---|---|---|---|
| 25 Participants and $250,000 in Assets | 1.71% | 1.68% | 1.67% | 1.70% | 1.75% |
| 50 Participants and $500,000 in Assets | 1.69% | 1.67% | 1.67% | 1.67% | 1.66% |
| 100 Participants and $1,000,000 in Assets | 1.49% | 1.47% | 1.46% | 1.47% | 1.46% |
| 200 Participants and $2,000,000 in Assets | 1.36% | 1.34% | 1.34% | 1.34% | 1.33% |
| 500 Participants and $5,000,000 in Assets | 1.32% | 1.28% | 1.28% | 1.28% | 1.28% |
| 1,000 Participants and $10,000,000 in Assets | 1.23% | 1.20% | 1.20% | 1.19% | 1.17% |
| 2,000 Participants and $20,000,000 in Assets | 1.14% | 1.10% | 1.09% | 1.10% | 1.10% |

| Quanta Services, Inc. 401(k) Savings Plan | 0.53% |
|---|---|



CONFIDENTIAL

# Disclosure

Performance data represents past performance. Past performance is no guarantee of future results. Returns and principal value of an investment fluctuate so that shares, when redeemed, may be worth more or less than their original cost.

The information and statistical data contained herein have been obtained from sources, which we believe to be reliable, but in no way are warranted by us as to accuracy or completeness. Our sources include Morningstar, Value Line, Lipper and the individual fund management companies. Total returns are adjusted for management, administrative and 12b-1 fees, and other costs automatically deducted from fund assets.



QUANTA_106695

# Investment Fund Performance Tables

**Performance as of 12/31/2016**

| Average Expense Ratio |
| --- |
| 0.53% |

| Weighted Expense Ratio |
| --- |
| 0.53% |

| | Investment Option Category | Fund Name | Fund Ticker Symbol | 3 Year Performance Relative to Benchmark | 5 Year Performance Relative to Benchmark | Lipper Performance Ranking 36 Months | Morningstar Rating 1 to 5 Stars | YTD | Annualized 1 Year Return | Annualized 3 Year Return | Annualized 5 Year Return | Annualized 10 Year Return | Net Expense Ratio | Weighted Expense Ratio | Plan Assets as of 12/31/2016 | Manager Tenure |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Money Market/Stable Value** | *Benchmark* | *Citigroup 3-Month T-Bill* | | | | | | *0.27* | *0.27* | *0.11* | *0.09* | *0.73* | | | | |
| | Money Market | Fidelity Money Market Trust Retirement Government Mney Market II Portfolio | FRTXX | Under Perform | Under Perform | | | 0.05 | 0.05 | 0.02 | 0.02 | 0.86 | 0.42% | 0.02% | $  23,923,975 | Management Team |
| | *Benchmark* | *Hueler Pooled Fund Universe* | | | | | | *1.79* | *1.79* | *1.75* | *1.87* | *2.77* | | | | |
| | Stable Value | Fidelity Managed Income Portfolio | | Under Perform | Under Perform | | | 1.25 | 1.25 | 1.13 | 1.13 | 1.80 | 0.78% | 0.02% | $  17,342,967 | Management Team |
| **Fixed Income** | *Benchmark* | *Barclays Capital Aggregate Bond Index* | | | | | | *2.65* | *2.65* | *3.03* | *2.23* | *4.34* | | | | |
| | Intermediate Term | Fidelity Total Bond | FTBFX | Outperform | Outperform | 1st Quintile | 4 Stars | 5.86 | 5.86 | 3.62 | 3.26 | 4.89 | 0.45% | 0.03% | $  33,803,463 | 7 Years |
| | *Benchmark* | *Barclays US GNMA Bond Index* | | | | | | *1.05* | *1.05* | *1.58* | *1.04* | *3.42* | | | | |
| | Intermediate Government | Vanguard GNMA Adm | VFIJX | Outperform | #REF! | 1st Quintile | 5 Stars | 1.95 | 1.95 | 3.35 | 2.05 | 4.47 | 0.11% | 0.00% | $   4,169,189 | 10 Years |
| **Asset Allocation** | *Benchmark* | *Dow Jones Moderate Portfolio* | | | | | | *7.67* | *7.67* | *3.87* | *7.37* | *5.08* | | | | |
| | Moderate Allocation | Fidelity Balanced K | FBAKX | Outperform | Outperform | 1st Quintile | 5 Stars | 7.12 | 7.12 | 5.96 | 10.16 | 6.11 | 0.46% | 0.00% | $   5,651,858 | 5 Years |



CONFIDENTIAL

V-1

# Investment Fund Performance Tables

**Performance as of 12/31/2016**

| Average Expense Ratio |
| --- |
| 0.53% |

| Weighted Expense Ratio |
| --- |
| 0.53% |

| Investment Option Category | Fund Name | Fund Ticker Symbol | 3 Year Performance Relative to Benchmark | 5 Year Performance Relative to Benchmark | Lipper Performance Ranking 36 Months | Morningstar Rating 1 to 5 Stars | YTD | 1 Year Return | 3 Year Return | 5 Year Return | 10 Year Return | Net Expense Ratio | Weighted Expense Ratio | Plan Assets as of 12/31/2016 | Manager Tenure |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Annualized | | | | | |
| **Large Cap** | *Benchmark* | *Russell 1000 Value* | | | | | *17.34* | *17.34* | *8.59* | *14.80* | *5.72* | | | | |
| | Value | Dodge & Cox Stock Fund | DODGX | Under Perform | Outperform | 1st Quintile | 4 Stars | 21.28 | 21.28 | 8.55 | 17.01 | 5.93 | 0.52% | 0.05% | $ 52,916,197 | 13 Years |
| | *Benchmark* | *Spliced Index (CRSP US Large Cap Value/MSCI US Prime Market Value)* | | | | | | *16.93* | *16.93* | *9.51* | *15.04* | *6.00* | | | | |
| | Value | Vanguard Value Index Admiral | VVIAX | Under Perform | Under Perform | 1st Quintile | 4 Stars | 16.86 | 16.86 | 9.45 | 14.98 | 5.98 | 0.08% | 0.00% | $ 5,013,774 | 11 Years |
| | *Benchmark* | *S&P 500* | | | | | | *11.96* | *11.96* | *8.87* | *14.66* | *6.95* | | | | |
| | Blend | Fidelity 500 Index Institutional | FXSIX | Under Perform | Under Perform | 1st Quintile | 4 Stars | 11.93 | 11.93 | 8.84 | 14.63 | 6.91 | 0.04% | 0.00% | $ 40,472,027 | 6 Years |
| | *Benchmark* | *Russell 1000 Growth* | | | | | | *7.08* | *7.08* | *8.55* | *14.50* | *8.33* | | | | |
| | Growth | American Funds Growth Fund of America R6 | RGAGX | Under Perform | Outperform | 1st Quintile | 5 Stars | 8.82 | 8.82 | 8.04 | 15.42 | 7.22 | 0.33% | 0.04% | $ 68,356,738 | 9 Years |
| | *Benchmark* | *Spliced Index (CRSP US Large Cap Growth/MSCI US Prime Market Growth)* | | | | | | *6.16* | *6.16* | *7.66* | *14.13* | *8.20* | | | | |
| | Growth | Vanguard Growth Index Admiral | VIGAX | Under Perform | Under Perform | 1st Quintile | 4 Stars | 6.12 | 6.12 | 7.60 | 14.05 | 8.14 | 0.08% | 0.00% | $ 4,096,146 | 11 Years |
| **Mid Cap** | *Benchmark* | *Russell Mid Cap* | | | | | | *13.80* | *13.80* | *7.92* | *14.72* | *7.86* | | | | |
| | Blend | Fidelity Low-Priced Stock K | FLPKX | Under Perform | Under Perform | 4th Quintile | 3 Stars | 8.88 | 8.88 | 5.31 | 13.26 | 7.54 | 0.78% | 0.03% | $ 21,700,763 | 8 Years |
| | *Benchmark* | *DJ US Completion Stock Market Idx* | | | | | | *15.75* | *15.75* | *6.36* | *14.38* | *7.91* | | | | |
| | Blend | Fidelity Extended Market Index Premium | FSEVX | Outperform | Outperform | 3rd Quintile | 4 Stars | 16.10 | 16.10 | 6.53 | 14.56 | 8.04 | 0.07% | 0.00% | $ 9,794,790 | 6 Years |
| **Small Cap** | *Benchmark* | *Russell 2000 Value* | | | | | | *31.74* | *31.74* | *8.31* | *15.07* | *6.26* | | | | |
| | Value | American Beacon Small Cap Value Fund Institutional | AVFIX | Under Perform | Outperform | 2nd Quintile | 4 Stars | 26.77 | 26.77 | 8.02 | 15.52 | 7.94 | 0.82% | 0.02% | $ 13,181,149 | 9 Years |
| | *Benchmark* | *Russell 2000 Growth* | | | | | | *11.32* | *11.32* | *5.05* | *13.74* | *7.76* | | | | |
| | Growth | Oak Ridge Small Cap Growth K | ORIKX | Under Perform | Under Perform | 4th Quintile | 2 Stars | 2.66 | 2.66 | 0.88 | 9.66 | 7.26 | 0.94% | 0.03% | $ 14,734,610 | 23 Years |
| **International/Global** | *Benchmark* | *MSCI EAFE NDTR_D* | | | | | | *1.00* | *1.00* | *-1.60* | *6.53* | *0.75* | | | | |
| | Large Cap Blend | Fidelity Diversified International K | FDIKX | Outperform | Outperform | 2nd Quintile | 4 Stars | -3.60 | -3.60 | -1.18 | 7.66 | 1.45 | 0.92% | 0.04% | $ 25,102,569 | 16 Years |
| | *Benchmark* | *MSCI World Ex USA Small Cap* | | | | | | *4.32* | *4.32* | *1.36* | *8.96* | *2.69* | | | | |
| | Small/Mid Cap Value | DFA International Small Cap Value I | DISVX | Outperform | Outperform | 2nd Quintile | 4 Stars | 8.00 | 8.00 | 2.19 | 11.55 | 3.50 | 0.69% | 0.00% | $ 587,041 | 4 Years |



CONFIDENTIAL

QUANTA_106697

# Investment Fund Performance Tables

**Performance as of 12/31/2016**

| Average Expense Ratio |
|---|
| 0.53% |

| Weighted Expense Ratio |
|---|
| 0.53% |

| | Investment Option Category | Fund Name | Fund Ticker Symbol | 3 Year Performance Relative to Benchmark | 5 Year Performance Relative to Benchmark | Lipper Performance Ranking 36 Months | Morningstar Rating 1 to 5 Stars | YTD | Annualized | | | | Net Expense Ratio | Weighted Expense Ratio | Plan Assets as of 12/31/2016 | Manager Tenure |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 1 Year Return | 3 Year Return | 5 Year Return | 10 Year Return | | | | |
| | *Benchmark* | *S&P Target Date Retirement Income* | | | | | | *5.27* | *5.27* | *3.46* | *4.92* | *4.15* | | | | |
| | Target Retirement | Fidelity Freedom K Income | FFKAX | Under Perform | Under Perform | 2nd Quintile | 3 Stars | 5.18 | 5.18 | 2.92 | 3.93 | N/A | 0.44% | 0.00% | $ 3,319,477 | 4 Years |
| | | Fidelity Freedom K 2005 | FFKVX | Under Perform | Outperform | 2nd Quintile | 3 Stars | 5.94 | 5.94 | 3.41 | 5.40 | N/A | 0.49% | 0.00% | $ 21,907 | 4 Years |
| | *Benchmark* | *S&P Target Date 2010* | | | | | | *6.08* | *6.08* | *3.78* | *6.01* | *4.47* | | | | |
| | Target Retirement | Fidelity Freedom K 2010 | FFKCX | Under Perform | Outperform | 1st Quintile | 4 Stars | 6.57 | 6.57 | 3.72 | 6.52 | N/A | 0.53% | 0.02% | $ 18,712,519 | 4 Years |
| | *Benchmark* | *S&P Target Date 2015* | | | | | | *6.82* | *6.82* | *4.18* | *7.05* | *4.76* | | | | |
| | Target Retirement | Fidelity Freedom K 2015 | FKVFX | Under Perform | Under Perform | 1st Quintile | 3 Stars | 7.10 | 7.10 | 3.99 | 6.89 | N/A | 0.56% | 0.00% | $ 474,056 | 4 Years |
| | *Benchmark* | *S&P Target Date 2020* | | | | | | *7.49* | *7.49* | *4.44* | *7.93* | *4.94* | | | | |
| | Target Retirement | Fidelity Freedom K 2020 | FFKDX | Under Perform | Under Perform | 1st Quintile | 4 Stars | 7.40 | 7.40 | 4.17 | 7.46 | N/A | 0.58% | 0.07% | $ 62,070,825 | 4 Years |
| | *Benchmark* | *S&P Target Date 2025* | | | | | | *8.09* | *8.09* | *4.58* | *8.64* | *5.04* | | | | |
| | Target Retirement | Fidelity Freedom K 2025 | FKTWX | Under Perform | Under Perform | 1st Quintile | 4 Stars | 7.59 | 7.59 | 4.34 | 8.46 | N/A | 0.61% | 0.00% | $ 3,533,411 | 4 Years |
| | *Benchmark* | *S&P Target Date 2030* | | | | | | *8.62* | *8.62* | *4.76* | *9.32* | *5.08* | | | | |
| Targeted Retirement | Target Retirement | Fidelity Freedom K 2030 | FFKEX | Under Perform | Under Perform | 1st Quintile | 3 Stars | 8.25 | 8.25 | 4.60 | 8.98 | N/A | 0.65% | 0.06% | $ 49,087,985 | 4 Years |
| | *Benchmark* | *S&P Target Date 2035* | | | | | | *9.12* | *9.12* | *4.92* | *9.87* | *5.12* | | | | |
| | Target Retirement | Fidelity Freedom K 2035 | FKTHX | Under Perform | Under Perform | 1st Quintile | 3 Stars | 8.72 | 8.72 | 4.76 | 9.75 | N/A | 0.67% | 0.00% | $ 1,600,924 | 4 Years |
| | *Benchmark* | *S&P Target Date 2040* | | | | | | *9.50* | *9.50* | *5.03* | *10.27* | *5.18* | | | | |
| | Target Retirement | Fidelity Freedom K 2040 | FFKFX | Under Perform | Under Perform | 1st Quintile | 3 Stars | 8.72 | 8.72 | 4.76 | 9.82 | N/A | 0.67% | 0.05% | $ 43,711,411 | 4 Years |
| | *Benchmark* | *S&P Target Date 2045* | | | | | | *9.81* | *9.81* | *5.10* | *10.59* | *5.15* | | | | |
| | Target Retirement | Fidelity Freedom K 2045 | FFKGX | Under Perform | Under Perform | 1st Quintile | 3 Stars | 8.79 | 8.79 | 4.78 | 10.02 | N/A | 0.67% | 0.00% | $ 1,954,919 | 4 Years |
| | *Benchmark* | *S&P Target Date 2050* | | | | | | *10.01* | *10.01* | *5.16* | *10.88* | *N/A* | | | | |
| | Target Retirement | Fidelity Freedom K 2050 | FFKHX | Under Perform | Under Perform | 1st Quintile | 3 Stars | 8.71 | 8.71 | 4.78 | 10.10 | N/A | 0.67% | 0.03% | $ 22,671,868 | 4 Years |
| | *Benchmark* | *S&P Target Date 2055* | | | | | | *10.21* | *10.21* | *5.19* | *11.10* | *N/A* | | | | |
| | Target Retirement | Fidelity Freedom K 2055 | FDENX | Under Perform | Under Perform | 1st Quintile | 3 Stars | 8.77 | 8.77 | 4.82 | 10.29 | N/A | 0.67% | 0.00% | $ 1,013,311 | 4 Years |
| | | Fidelity Freedom K 2060 | FDKNX | Outperform | Outperform | Not Rated | Not Rated | 8.74 | 8.74 | N/A | N/A | N/A | 0.67% | 0.00% | $ 438,862 | 2 Years |



CONFIDENTIAL

V-3

# Investment Fund Performance Tables

## FUND DISCLOSURES

Unless otherwise noted, Morningstar Principia Advanced Mutual Funds Module is the source for all fund information with the exception of the fund expense ratio.  Unless otherwise noted, the fund's expense ratio is as reported in the most recent mutual fund prospectus.

Lipper, a Reuters Company, is the source for the Lipper Leaders scorecard, www.lipperleaders.com, as of 12/31/2016.
A Lipper custom report provides the 3-year Lipper quintile ranking as of 12/31/2016.

Value Line Mutual Fund Survey is the source for the Value Line Overall Ranking and Risk Ranking.

**Fidelity Managed Income Portfolio:**  Fund information was provided by Fidelity Investments, as of 12/31/2016.

**Fidelity Extended Market Index:** Fund has a redemption fee of 0.75% between 0 and 90 days.

**Fidelity Low Priced Stock:** Fund has a redemption fee of 1.50% between 0 and 90 days.

**Fidelity Diversified International:** Fund has a redemption fee of 1.00% between 0 and 30 days.



CONFIDENTIAL

# Disclosure

Performance data represents past performance. Past performance is no guarantee of future results. Returns and principal value of an investment fluctuate so that shares, when redeemed, may be worth more or less than their original cost.

The information and statistical data contained herein have been obtained from sources, which we believe to be reliable, but in no way are warranted by us as to accuracy or completeness. Our sources include Morningstar, Value Line, Lipper and the individual fund management companies. Total returns are adjusted for management, administrative and 12b-1 fees, and other costs automatically deducted from fund assets.



# Investment Fund Data Tables

## FUND WATCH STATUS

| Investment Option | 3rd Quarter 2015 | 4th Quarter 2015 | 1st Quarter 2016 | 2nd Quarter 2016 | 3rd Quarter 2016 | 4th Quarter 2016 |
|---|---|---|---|---|---|---|
| Fidelity Retirement Money Market | No Alert | No Alert | No Alert | No Alert | No Alert | No Alert |
| Fidelity Managed Income Portfolio | No Alert | No Alert | No Alert | No Alert | No Alert | No Alert |
| Fidelity Total Bond | No Alert | No Alert | No Alert | No Alert | No Alert | No Alert |
| T. Rowe Price High Yield | No Alert | | | | | |
| Vanguard GNMA Adm | | No Alert | No Alert | No Alert | No Alert | No Alert |
| Fidelity Balanced K | | No Alert | No Alert | No Alert | No Alert | No Alert |
| Dodge & Cox Stock | No Alert | No Alert | Monitor | Monitor | Monitor | To be discussed |
| Neuberger Berman Large Cap Value | Monitor | | | | | |
| Vanguard Value Index Admiral | | No Alert | No Alert | No Alert | No Alert | No Alert |
| Fidelity Spartan 500 Index | No Alert | No Alert | No Alert | No Alert | No Alert | No Alert |
| American Funds Growth Fund of America | No Alert | No Alert | No Alert | No Alert | No Alert | No Alert |
| Fidelity Contrafund | No Alert | | | | | |
| Vanguard Growth Index Admiral | | No Alert | No Alert | No Alert | No Alert | No Alert |
| Perkins Mid Cap Value | Alert | | | | | |
| Fidelity Low Priced Stock | No Alert | No Alert | No Alert | Monitor | Monitor | To be discussed |
| Fidelity Spartan Extended Market Index | No Alert | No Alert | No Alert | No Alert | No Alert | No Alert |
| Baron Growth | Monitor | | | | | |
| American Beacon Small Cap Value | No Alert | No Alert | No Alert | No Alert | No Alert | No Alert |
| Oak Ridge Small Cap Growth K | | Monitor | Monitor | Monitor | Monitor | To be discussed |
| Fidelity Diversified International | No Alert | No Alert | No Alert | No Alert | No Alert | To be discussed |
| Janus Overseas | Alert | | | | | |
| DFA International Small Cap Value I | | No Alert | No Alert | No Alert | No Alert | No Alert |
| Fidelity Freedom K Income | Monitor | No Alert | No Alert | No Alert | No Alert | No Alert |
| Fidelity Freedom K 2005 | | No Alert | No Alert | No Alert | No Alert | No Alert |
| Fidelity Freedom K 2010 | Monitor | No Alert | No Alert | No Alert | No Alert | No Alert |
| Fidelity Freedom K 2015 | | No Alert | No Alert | No Alert | No Alert | No Alert |
| Fidelity Freedom K 2020 | Monitor | No Alert | No Alert | No Alert | No Alert | No Alert |
| Fidelity Freedom K 2025 | | No Alert | No Alert | No Alert | No Alert | No Alert |
| Fidelity Freedom K 2030 | Monitor | No Alert | No Alert | No Alert | No Alert | No Alert |
| Fidelity Freedom K 2035 | | No Alert | No Alert | No Alert | No Alert | No Alert |
| Fidelity Freedom K 2040 | Monitor | No Alert | No Alert | No Alert | No Alert | No Alert |
| Fidelity Freedom K 2045 | | No Alert | No Alert | No Alert | No Alert | No Alert |
| Fidelity Freedom K 2050 | Monitor | No Alert | No Alert | No Alert | No Alert | No Alert |
| Fidelity Freedom K 2055 | | No Alert | No Alert | No Alert | No Alert | No Alert |
| Fidelity Freedom K 2060 | | No Alert | No Alert | No Alert | No Alert | No Alert |



**VI-1**

QUANTA_106701