UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **MARY LALIBERTE**, *et al*., § <br> § <br> **Plaintiffs,** § <br> § <br> v. § <br> § <br> **QUANTA SERVICES, INC.**, § <br> § <br> **Defendant.** § | Case No: 4:22-cv-03290 (AHB) |

# ORDER

This matter comes before the Court on Defendant's Motion to Exclude the Proposed Expert Testimony of Richard Marin. Upon careful consideration of Defendant's Motion and accompanying exhibits, and any further briefing and argument, the Court hereby **GRANTS** Defendant's Motion. Marin's opinions and proposed testimony are hereby excluded pursuant to Federal Rule of Evidence 702.

It is so **ORDERED**.

_____          _____
Date                                                         The Honorable Alfred H. Bennett
                                                                    United States District Judge