# Exhibit E



Quanta Services, Inc.

# Investment Policy Statement for Quanta Services, Inc. 401(k) Savings Plan

October 2015



Copyright © 2015 Ascende, Inc. All rights reserved. No part of this document may be reproduced, stored in a retrieval system or transmitted in any form by any means, electronic, mechanical or otherwise without the prior written permission of Ascende, Inc.

# Quanta Services, Inc. 401(k) Savings Plan

## Table of Contents

Investment Policy Statement ........................................................................................................................... 2
    Introduction ................................................................................................................................................ 2
    Purpose of the Plan and Investment Policy Statement ............................................................................ 2
    Section 404(c) Compliance ........................................................................................................................ 3
    Roles and Responsibilities of the Various Parties ..................................................................................... 4
    Governing Laws and Policies ..................................................................................................................... 6
    Investment Objectives, Criteria for Review, and Review Processes ........................................................ 7
    Qualified Default Investment Alternative .............................................................................................. 14
    Investment Information and Education ................................................................................................. 15
Summary ....................................................................................................................................................... 16

## Exhibit

Appendix A ................................................................................................................................................. A-1
    Asset Classes and Assigned Benchmarks .............................................................................................. A-1
Appendix B ................................................................................................................................................. B-1
    IPS Performance Evaluation Scorecard ................................................................................................. B-1



# Investment Policy Statement

## INTRODUCTION

Quanta Services, Inc. (the "Company") has previously adopted and maintains the Quanta Services, Inc. 401(k) Savings Plan (the "Plan"), a qualified defined contribution plan with an IRC Section 401(k) salary deferral feature. The plan is intended to comply with the Employee Retirement Income Security Act of 1974 (ERISA) and, as such, the 401(k) Committee ("Committee") is adopting an Investment Policy.

## PURPOSE OF THE PLAN AND INVESTMENT POLICY STATEMENT

The primary purpose of the Plan is to provide an opportunity for participants to accumulate funds for their retirement needs on a regular and long-term basis and secondarily to meet their other financial goals. The Plan is structured to take advantage of tax regulations that permit employee contributions to be made on a pretax basis and allows for the tax-deferred accumulation of earnings and asset growth.

The purpose of the Investment Policy Statement (the "IPS") is to provide the Plan and its fiduciaries with guidelines which will establish the Plan's investment objectives and the process for promoting those objectives. An IPS sets forth the process the Committee shall apply to select and monitor the investment options available under the Plan to enable participants to meet the goals of the Plan.



# Investment Policy Statement

## SECTION 404(C) COMPLIANCE

The IPS is intended to allow the Plan fiduciaries to rely on the relief from liability provided to qualified plans that meet the requirements of Section 404(c) of ERISA. The contents of the IPS have been established by the Committee after consideration of a wide range of policies, and they describe the prudent investment process the Committee deems appropriate. This process includes offering various asset classes and investment management styles that are expected to offer participants a sufficient level of overall diversification and total investment return over the long term. The objectives are to comply with the Department of Labor 404(c) safe-harbor provisions by:

- Notifying participants that the Plan is intended to be 404(c) compliant, including a statement that fiduciaries of the Plan may be relieved of certain liabilities;
- Providing participants at least three investment options that each have a different risk/return profile;
- Providing participants with sufficient information so each participant can make an informed decision about his or her selection of investment options; and,
- Permitting participants to change investment options on a daily basis. Because each plan participant shall make investment contribution and allocation decisions, the Committee shall refrain from giving what could be construed as investment advice.



# Investment Policy Statement

## ROLES AND RESPONSIBILITIES OF THE VARIOUS PARTIES

### 401(k) Committee

This Committee shall evaluate the performance of the investments against the targeted benchmarks on a periodic basis, but in no event less than annually. The Committee is responsible for the implementation of and compliance with this Policy. Accordingly, the Committee shall:

- Define the Plan's investment objectives;
- Prepare and maintain the IPS;
- Determine guidelines for selecting investment options;
- Provide sufficient asset classes with different and distinct risk/return profiles so each participant may prudently diversify his or her account;
- Control and account for all investment, record keeping and administrative expenses associated with the Plan;
- Establish procedures for continued monitoring and evaluating of investment options;
- Establish criteria used to determine when to retain, add, eliminate, etc. investment options;
- Avoid prohibited transactions and conflicts of interest; and
- Amend this Policy at such times and in such manner as the Committee determines necessary to meet the Plan's overall objectives.

The Committee will comply with ERISA in implementing, maintaining and modifying the IPS as needed. The Committee also has the authority to obtain the services of any third parties, as it deems necessary.



# Investment Policy Statement

## ROLES AND RESPONSIBILITIES OF THE VARIOUS PARTIES

### Investment Adviser

The Committee may retain an objective, third-party Adviser to assist the Committee in managing the overall investment process. The Adviser will be responsible for guiding the Committee through a disciplined and rigorous investment process to enable the Committee to meet the fiduciary responsibilities outlined above.

### Recordkeeping Administrator

The Recordkeeping Administrator is responsible for recording Plan contributions and distributions, accepting and recording participant investment elections, maintaining and updating individual account balances, production and delivery of participant account statements and assisting the Plan in compliance with nondiscrimination testing and annual reporting requirements.

### Trustee/Custodian

The Plan Trustee/Custodian will be responsible for the custody and investment of Plan assets in accordance with the Trust Agreement. The specific duties and responsibilities of the Trustee/Custodian may include, but not be limited solely to:

- Maintain separate accounts by legal registration;
- Routinely value the Plan holdings;
- Collect all income and dividends owed to the Plan;
- Settle all Plan and participant transactions for the purchase, sale and liquidation of investment options; and,
- Provide regular reports that detail transactions, cash flows, investment options held with their current value, the change in value of each investment option, and the overall Plan portfolio value since the previous report.



# Investment Policy Statement

## ROLES AND RESPONSIBILITIES OF THE VARIOUS PARTIES

### Plan Participants

Plan Participants will direct the investment of their accounts among one or more of the available investment options. Participants may transfer among the investment options subject to any restrictions applicable to the Plan or investment options. Each participant is responsible for reviewing the available material/prospectus related to each investment options' characteristics before participating in the Plan.

## GOVERNING LAWS AND POLICIES

### ERISA Fiduciary Standards

Parties involved in the administration of the Plan and management of Plan assets who are defined as fiduciaries under ERISA shall discharge their respective responsibilities "solely in the interests of the Plan Participants and Beneficiaries"; "with the care, skill, prudence, and diligence under the circumstances then prevailing that a prudent person acting in like capacity and familiar with such matters would use in the conduct of an enterprise of a like character and of like aims"; and otherwise in compliance with all applicable fiduciary standards set forth in ERISA §404(a)(1)(B). This standard is known as the "prudent man" standard of fiduciary governance.

### Written Records

The investment adviser has agreed to prepare written quarterly reports for the Committee to assist it in both the selection and monitoring of the investment options offered under the Plan including specific investment option recommendations for consideration by the Committee. The Committee shall create and maintain written records of all decisions relating to the choice and ongoing monitoring of the investment options under the Plan. Minutes shall be taken of all meetings, noting time and place, attendees, matters discussed, and decisions reached. The minutes shall document investigation, facts, and the reasoning that went into the making of such decisions. Relevant documents or materials used by the Committee in its decision-making process shall be included in or annexed to such minutes.



# Investment Policy Statement

## INVESTMENT OBJECTIVES, CRITERIA FOR REVIEW, AND REVIEW PROCESSES

### Investment Objectives

The Plan is intended to provide participants and their beneficiaries with income during retirement. As a qualified plan, the Plan provides an opportunity for employees to save toward their retirement on a tax-deferred basis. The Plan also offers a company match feature to help employees accumulate for retirement.

Modern Portfolio Theory indicates that the asset allocation decision among a broad range of investment alternatives is the most critical determinant of a portfolio's long-term success or failure. Investment options offered should represent a broad range of different asset classes, with different risk and return characteristics to minimize the risk of large losses.

Both passive and actively managed alternatives may be offered by the Plan. Passively managed investments, which typically track an established index, are generally the least expensive way of achieving the unique risk and return characteristics of a given asset class. Actively managed investments generally charge higher investment expenses for the goal of offering either better performance or lower risk, or a combination thereof, than a given market index.

Consistent with the ERISA "prudent man" standard described previously, the Plan's investment options will be selected with the intent to meet the following criteria:

- Maximization of return within reasonable and prudent levels of risk;
- Provision of returns comparable to returns for similar investment options;
- Provision of a wide range of investment opportunities in various asset classes, so as to allow for diversification and cover a wide risk/return spectrum; and
- Control of administrative and management costs.



# Investment Policy Statement

## INVESTMENT OBJECTIVES, CRITERIA FOR REVIEW, AND REVIEW PROCESSES

### Investment Criteria

The selection of each investment option will take into account the risk, return and other financial characteristics of the other investment options, so that individual participants may select among investment options that are materially different from one another. In addition, the Plan's overall investment program and individual investment options provided to the participants will seek to achieve the following objectives:

- **Long-term Horizon.** Objectives and strategies appropriate to the goals of the long-term investor.
- **Performance.** Long-term competitive rate of return on investments, net of expenses.
- **Flexibility.** Adequate flexibility to meet the varying needs of participants and their varying risk tolerances. Provide the ability to construct a portfolio that is diversified among different asset classes.
- **Suitability.** Investment options suitable for a 401(k) retirement plan that is valued everyday the New York Stock Exchange is open. For example, an investment holding one or more Limited Partnerships may be illiquid, subject to Unrelated Business Taxable Income (UBTI), cannot be valued each day, and therefore may not be a suitable investment for the Plan.



# Investment Policy Statement

## INVESTMENT OBJECTIVES, CRITERIA FOR REVIEW, AND REVIEW PROCESSES

### Allowable Asset Classes

All classes or categories of investments allowed by ERISA as acceptable investment choices may be considered by the Committee in determining the investment options to be made available to Plan participants. The following categories are among those deemed acceptable:

- Domestic stock investments of all sizes (large-cap, mid-cap, and small-cap) and all styles (value, growth, and blend). Such investments may be either actively managed or passively managed (indexed).
- International or foreign stock investments of all sizes (large-cap, mid-cap, and small-cap) and all styles (value, growth, and blend). Such investments may be either actively managed or passively managed (indexed).
- Fixed income investments of all quality ranges (high, medium, low) and all durations (short, intermediate, and long).
- Stable value investments, including money market funds, stable value funds, and guaranteed interest arrangements.
- Balanced investments, lifestyle and lifecycle investments where the portfolio includes significant proportions of both equities and fixed income investments.
- Additional asset classes may be offered under the Plan's investment menu at the discretion of the Committee. For each such investment, objective criteria will be based on the nature of the strategy of the investment fund.

A list of the asset classes to be offered under the Plan may be found in Appendix A. Appendix A is subject to updates and changes when benchmarks change or new asset classes are added. Such changes will not require the Committee to re-sign the IPS.



# Investment Policy Statement

## INVESTMENT OBJECTIVES, CRITERIA FOR REVIEW, AND REVIEW PROCESSES

### Selection of Investment Options

In selecting the investment options, the Committee will thoroughly examine the following:

#### Quantitative Factors

- **Long Term Performance, Volatility and Relative Risk as Measured by Alpha, Beta, R-squared, Sharpe Ratio and Standard Deviation Statistics.** Long-term will be defined as at least three years. When long-term data is not available, this factor should be considered in evaluating the investment.
- **Competitive and Consistent Performance Measured Against an Appropriate Benchmark.** Based on the investment's objective, investment style (growth vs. value) and market capitalization (large market vs. small market), an appropriate benchmark should be used for relative investment performance evaluation. A list of the benchmarks to be used for comparison to the Plan's investment options may be found in Appendix A.
- **Manager Performance Measured Against the Relative Peer Group.** Each investment should be evaluated against the peer group's median manager return for the annualized 1, 3, and 5 year periods ending on the most recent calendar quarter prior to the Committee's quarterly review meeting.
- **Consistency of Investment Objective and Investment Approach.** The fund manager should consistently manage the fund by the investment objectives stated in the prospectus or trust agreement.
- **Expense Ratios/Fees.** Investment options should have fees that are reasonable and competitive with similar investments offering similar ranges of services. If revenue sharing is used to offset administrative expenses, full disclosure should be made to the Plan fiduciaries.



# Investment Policy Statement

## INVESTMENT OBJECTIVES, CRITERIA FOR REVIEW, AND REVIEW PROCESSES

### *Selection of Investment Options*

#### Qualitative Factors

- **Regulatory Oversight.** Each investment option should be managed by:

  — A bank;

  — An insurance company;

  — A registered investment company; or,

  — Registered investment adviser.

- **Diversification.** Each fund's underlying securities should be comprised of a diverse group of securities.
- **Fund Reputation and Management.** The fund family, investment adviser(s), or both when appropriate, should have a reputation of reliability and sound financial backgrounds. The management of the investment adviser should demonstrate stability and quality and subscribe to a business strategy that is consistent with the prudence required of an ERISA governed plan. Generally, three years is the minimum time period against which a fund manager should be evaluated.
- **Assets Under Management.** Funds should have sufficient assets so that the portfolio manager can properly trade and maintain liquidity of the fund.
- **Participant Usefulness.** The funds and number of investment options should support and promote participant understanding and decision-making.



CONFIDENTIAL

QUANTA_001415

11

# Investment Policy Statement

## INVESTMENT OBJECTIVES, CRITERIA FOR REVIEW, AND REVIEW PROCESSES

### Performance Evaluation Criteria

The Committee recognizes that ongoing review and analysis of the investment options is just as important as the due diligence implemented in the manager selection process. To address this, the Committee will monitor the Plan's investment performance on at least an annual basis and evaluate each investment option pursuant to the guidelines detailed herein. Performance evaluation will include, but not be limited to, comparisons to appropriate market indexes and peer group comparisons.

The Committee recognizes that styles of investments go through cycles and that there will be periods of time in which the investment options may fail to meet their performance targets compared to indexes. Thus, when a fund fails to achieve its stated objectives, the reasons for the failure will be evaluated, and the Committee shall determine whether the option shall remain, be frozen, or be replaced.

Performance will be measured by comparing rates of return to appropriate market indexes and peer groups for the most recent quarter, year to date, one year and three year periods; and longer periods where available. Risk will be measured over a similar time frame as measured by volatility compared to the level of risk taken by the performance benchmarks.

Although performance will be evaluated utilizing performance net of fees, fees will also be evaluated by comparing costs to similar funds.

Material changes in the investment option's organization, investment philosophy, personnel or any legal or regulatory proceedings will also be monitored.

All performance evaluation categories and criteria are outlined in Appendix B.



# Investment Policy Statement

## INVESTMENT OBJECTIVES, CRITERIA FOR REVIEW, AND REVIEW PROCESSES

### Investment Watch List Process

The Committee may place an investment option on a "Monitor" or "Alert" status and conduct a thorough review and analysis of the investment option. The Committee may consider the following criteria when placing a fund on "Monitor" or "Alert" status:

- The investment option's net performance falls below the median of its peer group's 3-, 5- or 10-year cumulative returns;
- An investment option's risk-adjusted return (Alpha) falls below that of the peer group's median risk-adjusted return;
- The consistency of performance as measured by the fund's information ratio is negative as measured on a 3-, 5- or 10-year basis;
- There is a change in the professionals managing the portfolio;
- There is a significant decrease in the investment option's assets or the investment option does not have at least $75 million under management;
- There is an indication that the investment manager of the fund is deviating from that manager's stated style and/or strategy;
- There is a significant increase in expense ratio/fees of the investment option and the expense ratio falls into the bottom half (most expensive) of the peer group;
- An extraordinary event occurs that may interfere with the investment option's ability to fulfill its role in the future; or
- There is instability of the organization managing the investment option.

Once an investment option has been assigned a status of "Monitor", if it should remain with this status for up to four consecutive quarters, without documented improvement in the underlying criteria, it will be advanced to a status of "Alert" no later than the fifth consecutive quarter of underperformance. After two consecutive quarters on "Alert" status, the Committee shall consider alternative investment options and discuss the merits of replacing or continuing the investment. However, the Committee at its discretion may change an investment's status outside of these standards as each fund is separately evaluated. Any such change in investment status will be documented in the meeting minutes.



# Investment Policy Statement

## QUALIFIED DEFAULT INVESTMENT ALTERNATIVE

It is the responsibility of the Committee to select an investment option or an investment methodology (collectively, the "default investment") for the contributions for which a participant has not given investment direction.

The Committee instructs the Plan's Recordkeeping Administrator to identify any participant for whom no investment direction is available and to allocate any contributions to that participant's account to the appropriate target-date portfolio. The Recordkeeping Administrator is directed to use the participant's Date of Birth (DOB) and apply this data to the target maturity date closest to the year in which the participant is projected to retire, based on the methodology set forth by the investment manager of the target date suite in the prospectus or other applicable disclosure materials of the investment option.

The Committee acknowledges that the designated default investment meets the criteria of a Qualified Default Investment Alternative (QDIA) as described in Pension Protection Act of 2006 and will be reviewed at least annually to reaffirm its qualified status.



# Investment Policy Statement

## INVESTMENT INFORMATION AND EDUCATION

In developing a continual participant investment education program, the Company (independently or through the service provider) will provide materials with the following goals:

- Provide general information about the characteristics of each of the options as part of the investment education program;
- Provide quarterly statements and shall have access to additional information from the Company and service provider upon request;
- Provide periodic enrollment and investment education;
- Provide ongoing education materials intended to assist participants in making informed investment decisions as deemed appropriate;
- Provide other investment tools including investor risk profiles, calculators and investment allocation modeling programs to assist employees in making educated and informed investment decisions;
- Encourage participants to select an appropriate asset allocation (based on risk tolerance, time until retirement and other factors relating to personal financial status) and avoid attempts to time the market; and,
- Educate participants on the relative risk and return of investing in different asset classes and how diversified investing may reduce this risk.
- Provide enhanced educational material to help participants understand the effects of various market conditions.



## Summary

A Summary of investment evaluation categories and criteria will be attached to this Investment Policy as Appendix B and will be updated and reviewed at least on an annual basis by the Committee.

This document is adopted as the Investment Policy for the Quanta Services, Inc. 401(k) Savings Plan this __19th__ day of __OCTOBER__, 2015.

**Quanta Services, Inc.**
**401(k) Committee Members**

By: _____     Date: 10/19/15
Nick Grindstaff

By: _____     Date: 10/19/15
Derrick Jensen

By: _____     Date: 10/19/15
Steve Kemps

By: _____     Date: 10.19.15
Traci McCready

By: _____     Date: 10/19/15
Randall Wisenbaker



CONFIDENTIAL

QUANTA_004420

# Appendix A

## ASSET CLASSES AND ASSIGNED BENCHMARKS

| Peer Group | Benchmark Index |
|---|---|
| Money Market | U.S. Treasury Bill 3 Month Index |
| Stable Value | U.S. Treasury Bill 3 Month Index / Hueler Pooled Fund Index |
| Intermediate Term Bond | Barclays Capital Aggregate Bond Index |
| Multi Sector Bond | Barclays Capital Aggregate Bond Index |
| Moderate Allocation / Balanced Fund | Dow Jones Moderate Portfolio |
| Large Cap Value | Russell 1000 Value / MSCI US Prime Market Value |
| Large Cap Blend | S&P 500 |
| Large Cap Growth | Russell 1000 Growth / MSCI US Prime Market Growth |
| Mid Cap Value | Russell Mid Cap Value |
| Mid Cap Growth | Russell Mid Cap Growth |
| Small Cap Value | Russell 2000 Value |
| Small Cap Growth | Russell 2000 Growth |
| International Large Cap | MSCI EAFE |
| Target-Date Retirement Income | S&P Target Date Retirement Income |
| Target-Date 2015 | S&P Target Date 2015 |
| Target-Date 2020 | S&P Target Date 2020 |
| Target-Date 2025 | S&P Target Date 2025 |
| Target Date 2030 | S&P Target Date 2030 |
| Target-Date 2035 | S&P Target Date 2035 |
| Target Date 2040 | S&P Target Date 2040 |
| Target-Date 2045 | S&P Target Date 2045 |
| Target Date 2050 | S&P Target Date 2050 |
| Target-Date 2055 | S&P Target Date 2050 |

