# Exhibit  F

**February 16, 2021**

Fidelity Investments
Attention: WI Implementations
100 Magellan KW23
Covington, KY 41015

**Re: Changes to the Investment Options with respect to the Plan(s) specified below (the "Plan(s)"):**

| Legal Plan Name | FPRS Plan Number | Plan Type*(reference only)* |
|---|---|---|
| Quanta Services, Inc. 401(k) Savings Plan | 34021 | Qualified Plan |

Dear WI Implementations:

This letter relates to plan investment options available in connection with each written agreement for services related to the Plan(s) entered into between Quanta Services, Inc. (hereinafter referred to as Sponsor for all purposes with regard to each Plans irrespective of the reference used in agreement) and Fidelity Investments Institutional Operations Company, Inc. and/or Fidelity Workplace Services LLC (formerly known as Fidelity Employer Services Company LLC) and/or Fidelity Management Trust Company (with the applicable contracting entity or entities hereafter referred to as Fidelity) (collectively, the Agreement(s)). The parties intend and agree that this letter shall constitute an amendment to the applicable Agreements to the extent the direction contained herein modifies the investment options available under the Plans and/or to the extent the directions modify the investment option(s) to be used for the investment of assets for which Fidelity has not received investment direction from the Sponsor or participants as applicable.

The Sponsor hereby directs Fidelity to implement the Plan investment option changes described in the attached **Direction to Change Investment Options** and subject to the terms thereof.

The parties acknowledge that the Sponsor is capable of evaluating investment risks independently. The Sponsor affirms that at all times all decisions concerning the plan's investment line-up or its investment strategies, including, but not limited to, evaluations of information provided by Fidelity or its affiliates, shall be made by exercising independent judgment.

To the extent Client, with respect to any Plan listed on Schedule A, selects as an investment option the FIAM Blend Target Date Commingled Pool Class S series, of the Group Trust for Employee Benefit Plans, a Group Trust established and maintained by Fidelity Institutional Asset Management Trust Company ("FIAMTC"), Client acknowledges that it has received from Fidelity a copy of the Group Trust, its Participation Agreement and the Declaration of Separate Fund for the FIAM Blend Target Date Commingled Pool Class S series of the Group Trust.

In lieu of receiving a printed copy of the prospectus for each Fidelity and Non-Fidelity Mutual Fund selected by the Named Fiduciary (for qualified ERISA plans) or the Sponsor (for non-ERISA and non-qualified plans) as a Plan investment option or short-term investment fund, the Named Fiduciary or Sponsor as applicable, hereby consents to receiving such documents electronically. The Named Fiduciary or Sponsor as applicable, shall access each prospectus as described below after receiving notice from Fidelity that a current version is available online at a website maintained by Fidelity or its affiliate. The Named Fiduciary or Sponsor as applicable, acknowledges that on the effective date of this Agreement, prospectuses are available in the Mutual Fund detail in the Plan's Investment Performance and Research section on Fidelity NetBenefits, and Fidelity Fund prospectuses are available at https://nb.fidelity.com/public/nb/401k/home/library. Fidelity may from time to time notify the Named Fiduciary or Sponsor as applicable that prospectuses are available at alternative website locations. The Named Fiduciary or Sponsor represents that by the effective date, it has accessed each such prospectus in the manner described above. In the event a prospectus for a Plan investment option cannot be accessed, the Named Fiduciary or Sponsor as applicable will contact Fidelity to receive the prospectus.

Fees paid directly to any Fidelity affiliate by non-Fidelity mutual fund vendors will be posted and updated quarterly on Plan Sponsor Webstation at http://psw.fidelity.com or a successor site.

**Timeframes:**

Fidelity will implement the fund change(s) directed by the Sponsor on the dates specified in the attached **Direction to Change Investment Options** and deliver communications in a timely manner as described herein, provided Fidelity is in receipt of this signed letter by March 1, 2021. The fund change(s) described herein will not be implemented and communications not delivered unless this signed letter is received by Fidelity by March 1, 2021.

This letter (including any attachments hereto, each of which is incorporated herein by reference) constitutes the entire agreement between the parties with respect to the subject matter hereof and supersedes all prior and contemporaneous agreements and understandings, whether written or oral, between the parties with respect to the subject matter hereof. There are no representations, understandings or agreements relating to the directions given in this letter that are not fully expressed herein. The Sponsor recognizes the importance of changes to a Plan's investment choices and the significant risks (financial and otherwise) associated with any incorrect actions in this regard and therefore confirms that it has read this letter fully, understands and confirms the accuracy of the directions being provided herein.

By signing below, the undersigned represent that they are authorized to execute this document on behalf of the respective parties. Notwithstanding any contradictory provision of any Agreement, each party may rely without duty of inquiry on the foregoing representation.

**Quanta Services, Inc.**

By: Kim Riddle EF

(Signature of Authorized Individual)

Name: Kim Riddle

(Printed Name)

Title: Vice President Human Resources

Date: 03.09.2021

A copy of this letter will be returned to Sponsor after it has been countersigned by Fidelity.

***Agreed to and accepted by:***

**Fidelity Investments Institutional Operations Company, Inc. and/or Fidelity Workplace Services LLC (formerly known as Fidelity Employer Services Company LLC) and/or Fidelity Management Trust Company, as applicable:)**

By: DocuSigned by: Jonathan Gallagher DD6D7F67A744437...

(Signature of Fidelity Authorized Individual)

Name: Jonathan Gallagher

(Printed Name)

Title: Director- Implementations

Date: 3/19/2021 | 9:28 AM EDT

**Direction to Change Investment Options**

## Fund Additions

The Plan(s) specified below will be adding the fund(s) listed below after 4:00 PM ET on the day before the live date indicated below:

| Plan # | Live Date | Ticker | Legal Fund Name | FPRS Code | VRS Code | Redemption/Short-Term Trading Fees |
|---|---|---|---|---|---|---|
| 34021 | 4/16/2021 | FTKFX | Fidelity® Total Bond K6 Fund | 2944 | 002944 | N/A |
| 34021 | 4/16/2021 | FKIDX | Fidelity® Diversified International K6 Fund | 2947 | 002947 | N/A |
| 34021 | 4/16/2021 | FLKSX | Fidelity® Low-Priced Stock K6 Fund | 2955 | 002955 | N/A |
| 34021 | 4/16/2021 | FBKFX | Fidelity® Balanced K6 Fund | 3460 | 003460 | N/A |
| 34021 | 4/16/2021 | N/A | FIAM Blend Target Date Income Commingled Pool Class S | 5865 | 005865 | N/A |
| 34021 | 4/16/2021 | N/A | FIAM Blend Target Date 2005 Commingled Pool Class S | 5875 | 005875 | N/A |
| 34021 | 4/16/2021 | N/A | FIAM Blend Target Date 2010 Commingled Pool Class S | 5885 | 005885 | N/A |
| 34021 | 4/16/2021 | N/A | FIAM Blend Target Date 2015 Commingled Pool Class S | 5895 | 005895 | N/A |
| 34021 | 4/16/2021 | N/A | FIAM Blend Target Date 2020 Commingled Pool Class S | 5905 | 005905 | N/A |
| 34021 | 4/16/2021 | N/A | FIAM Blend Target Date 2025 Commingled Pool Class S | 5915 | 005915 | N/A |
| 34021 | 4/16/2021 | N/A | FIAM Blend Target Date 2030 Commingled Pool Class S | 5925 | 005925 | N/A |
| 34021 | 4/16/2021 | N/A | FIAM Blend Target Date 2035 Commingled Pool Class S | 5935 | 005935 | N/A |
| 34021 | 4/16/2021 | N/A | FIAM Blend Target Date 2040 Commingled Pool Class S | 5945 | 005945 | N/A |
| 34021 | 4/16/2021 | N/A | FIAM Blend Target Date 2045 Commingled Pool Class S | 5955 | 005955 | N/A |
| 34021 | 4/16/2021 | N/A | FIAM Blend Target Date 2050 Commingled Pool Class S | 5965 | 005965 | N/A |
| 34021 | 4/16/2021 | N/A | FIAM Blend Target Date 2055 Commingled Pool Class S | 3582 | 003582 | N/A |
| 34021 | 4/16/2021 | N/A | FIAM Blend Target Date 2060 Commingled Pool Class S | 3763 | 003763 | N/A |
| 34021 | 4/16/2021 | N/A | FIAM Blend Target Date 2065 Commingled Pool Class S | 3439 | 003439 | N/A |
| 34021 | 4/16/2021 | AASRX | American Beacon Small Cap Value Fund R6 Class | OVYP | 867949 | N/A |

**Restrictions:**

- Except to the extent specifically indicated otherwise herein with respect to a fund or funds, all of the new investment options will be opened for all money-in and money-out transactions, and will not be restricted from any transaction.
    - The Sponsor hereby directs Fidelity to follow the same excessive trading policies for the FIAM Blend Target Date Commingled Pool Class S series as those in effect for the Fidelity Mutual Funds, FIAM, or FMTC commingled pools.

**Performance:**

- Fund Performance will be made available on NetBenefits and Statements. Fund Performance is also available through a Customer Service Representative.
- Fidelity displays certain investment performance-related and holdings-based data for investment products on NetBenefits that may be based on data received from various third-party sources including but not limited to Morningstar, LLC, investment managers, trustees or plan sponsors. Depending on such source and type of underlying data and the particular investment product, information may not be available or updated on NetBenefits for several days after receipt; for custom investment options where past performance is not available, at least thirty days may be required for performance history to be generated and calculated.
- The following Standard Performance will be made available, where applicable:
    - 1, 3, 5, 10 Year Average Annual

- Life of Fund Average Annual
- 3 Month Cumulative
- Year-To-Date Cumulative
- 52 Week High
- 52 Week Low

**Distribution and Fee Redemption Methodology:**

- The new funds will be added to the redemption methods for all withdrawals, loans and/or fee processing, as currently provided in your agreement:
  - For redemption methods and/or fee processing using hierarchal method, the new funds will be added in the last position; and/or,
  - For redemption methods and/or fee processing using a pro-rata method, the new funds will be added to the list.

## Fund Closures

As indicated in the chart below, the Plans specified will be (i) freezing the funds indicated below and redirecting contributions effective as of the market close (generally 4:00 PM ET) on the live date listed below, and/or (ii) reallocating the balances in frozen funds in the Plans (whether frozen pursuant to this or a previous direction) effective as of the market close (generally 4:00 PM ET) on the dates specified below.

| Plan # | Request Type-Redirection/ Reallocation/ Both | Re-Direct Trade Date | Re-Allocate Trade Date | Fidelity (FROM) FPRS Code & Ticker | From Legal Name | ⇨ | To Legal Name | Fidelity (TO) FPRS Code & Ticker | Redemption/ Short-Term Trading Fees on From Fund |
|---|---|---|---|---|---|---|---|---|---|
| 34021 | Both | 4/16/2021 | 4/16/2021 | 0820 FTBFX | Fidelity® Total Bond Fund | ⇨ | Fidelity® Total Bond K6 Fund | 2944 FTKFX | N/A |
| 34021 | Both | 4/16/2021 | 4/16/2021 | 2077 FBAKX | Fidelity® Balanced Fund - Class K | ⇨ | Fidelity® Balanced K6 Fund | 3460 FBKFX | N/A |
| 34021 | Both | 4/16/2021 | 4/16/2021 | 2082 FDIKX | Fidelity® Diversified International Fund - Class K | ⇨ | Fidelity® Diversified International K6 Fund | 2947 FKIDX | N/A |
| 34021 | Both | 4/16/2021 | 4/16/2021 | 2095 FLPKX | Fidelity® Low-Priced Stock Fund - Class K | ⇨ | Fidelity® Low-Priced Stock K6 Fund | 2955 FLKSX | N/A |
| 34021 | Both | 4/16/2021 | 4/16/2021 | 3019 FNSHX | Fidelity Freedom® Income Fund - Class K | ⇨ | FIAM Blend Target Date Income Commingled Pool Class S | 5865 N/A | N/A |
| 34021 | Both | 4/16/2021 | 4/16/2021 | 3020 FSNJX | Fidelity Freedom® 2005 Fund - Class K | ⇨ | FIAM Blend Target Date 2005 Commingled Pool Class S | 5875 N/A | N/A |
| 34021 | Both | 4/16/2021 | 4/16/2021 | 3021 FSNKX | Fidelity Freedom® 2010 Fund - Class K | ⇨ | FIAM Blend Target Date 2010 Commingled Pool Class S | 5885 N/A | N/A |
| 34021 | Both | 4/16/2021 | 4/16/2021 | 3022 FSNLX | Fidelity Freedom® 2015 Fund - Class K | ⇨ | FIAM Blend Target Date 2015 Commingled Pool Class S | 5895 N/A | N/A |
| 34021 | Both | 4/16/2021 | 4/16/2021 | 3023 FSNOX | Fidelity Freedom® 2020 Fund - Class K | ⇨ | FIAM Blend Target Date 2020 | 5905 N/A | N/A |

| | | | | | | | Commingled Pool Class S | | |
|---|---|---|---|---|---|---|---|---|---|
| 34021 | Both | 4/16/2021 | 4/16/2021 | 3024 FSNPX | Fidelity Freedom® 2025 Fund - Class K | ⇨ | FIAM Blend Target Date 2025 Commingled Pool Class S | 5915 N/A | N/A |
| 34021 | Both | 4/16/2021 | 4/16/2021 | 3025 FSNQX | Fidelity Freedom® 2030 Fund - Class K | ⇨ | FIAM Blend Target Date 2030 Commingled Pool Class S | 5925 N/A | N/A |
| 34021 | Both | 4/16/2021 | 4/16/2021 | 3026 FSNUX | Fidelity Freedom® 2035 Fund - Class K | ⇨ | FIAM Blend Target Date 2035 Commingled Pool Class S | 5935 N/A | N/A |
| 34021 | Both | 4/16/2021 | 4/16/2021 | 3027 FSNVX | Fidelity Freedom® 2040 Fund - Class K | ⇨ | FIAM Blend Target Date 2040 Commingled Pool Class S | 5945 N/A | N/A |
| 34021 | Both | 4/16/2021 | 4/16/2021 | 3028 FSNZX | Fidelity Freedom® 2045 Fund - Class K | ⇨ | FIAM Blend Target Date 2045 Commingled Pool Class S | 5955 N/A | N/A |
| 34021 | Both | 4/16/2021 | 4/16/2021 | 3029 FNSBX | Fidelity Freedom® 2050 Fund - Class K | ⇨ | FIAM Blend Target Date 2050 Commingled Pool Class S | 5965 N/A | N/A |
| 34021 | Both | 4/16/2021 | 4/16/2021 | 3030 FNSDX | Fidelity Freedom® 2055 Fund - Class K | ⇨ | FIAM Blend Target Date 2055 Commingled Pool Class S | 3582 N/A | N/A |
| 34021 | Both | 4/16/2021 | 4/16/2021 | 3031 FNSFX | Fidelity Freedom® 2060 Fund - Class K | ⇨ | FIAM Blend Target Date 2060 Commingled Pool Class S | 3763 N/A | N/A |
| 34021 | Both | 4/16/2021 | 4/16/2021 | 3416 FFSDX | Fidelity Freedom® 2065 Fund - Class K | ⇨ | FIAM Blend Target Date 2065 Commingled Pool Class S | 3439 N/A | N/A |
| 34021 | Both | 4/16/2021 | 4/16/2021 | OSHB AVFIX | American Beacon Small Cap Value Fund Class R5 | ⇨ | American Beacon Small Cap Value Fund R6 Class | OVYP AASRX | N/A |

**Transactional Details:**

- Except to the extent specifically indicated otherwise herein with respect to a fund or funds, all of the "From Fund" investment options will be closed for all money-in and money-out transactions, and will be restricted from all transactions.
- For Plan **34021**, which has Fidelity Personalized Planning & Advice, SAI, as manager, will (as soon as administratively feasible after the fund action effective date) rebalance participant account balances among the offerings in the new investment lineup, excluding any assets identified in the FPP&A terms and conditions as excluded from the advisory service.
- All assets will be liquidated and processed as a cash transaction, unless noted below:
    - The following assets will be moved In-Kind:
        - Fidelity® Balanced Fund - Class K to Fidelity® Balanced K6 Fund
        - Fidelity® Diversified International Fund - Class K to Fidelity® Diversified International K6 Fund
        - Fidelity® Low-Priced Stock Fund - Class K to Fidelity® Low-Priced Stock K6 Fund

**Auto Rebalance Notification (34021)**

- If participants have an investment option(s) included in an Automatic Rebalance mix that is subsequently replaced by another investment option(s), their Automatic Rebalance mix will automatically be updated to replace the old investment option(s) with the new investment option(s).
- If participants have an investment option included in Automatic Rebalance mix which no longer accepts new contributions (commonly known as a "Frozen Fund"), they will be unenrolled from the service at the time of the fund change. Participants can always re-enroll in the service in the future.

**Direction to Change The Investment Option for Participant Contributions where direction has not been received by the participant.**

The Sponsor hereby directs that, for Plan assets allocated to a Plan participants account where Fidelity fails to receive a proper direction from the Plan participant, such Plan assets shall be invested in the age-appropriate FIAM Target Date Income Commingled Pool Class S determined according to the methodology set forth below and on the appropriate live date specified below.

**FIAM Target Date Income Commingled Pool Class S**
**Age Default Service**

Update the FIAM Target Date Income Commingled Pool Class S Age Default Service Methodology (i.e., Date Ranges) effective 04/16/2021 based on the tables below.

FIAM Target Date Income Commingled Pool Class S Age Default for Participants with a valid Date of Birth

The table below describes the methodology for applying the FIAM Target Date Income Commingled Pool Class S by DOB.

| Fund Name | Fund Code | DOB Range |
|---|---|---|
| FIAM Blend Target Date Income Commingled Pool Class S | 5865 | 1/1/1900 - 12/31/1937 |
| FIAM Blend Target Date 2005 Commingled Pool Class S | 5875 | 1/1/1938 - 12/31/1942 |
| FIAM Blend Target Date 2010 Commingled Pool Class S | 5885 | 1/1/1943 - 12/31/1947 |
| FIAM Blend Target Date 2015 Commingled Pool Class S | 5895 | 1/1/1948 - 12/31/1952 |
| FIAM Blend Target Date 2020 Commingled Pool Class S | 5905 | 1/1/1953 - 12/31/1957 |
| FIAM Blend Target Date 2025 Commingled Pool Class S | 5915 | 1/1/1958 - 12/31/1962 |
| FIAM Blend Target Date 2030 Commingled Pool Class S | 5925 | 1/1/1963 - 12/31/1967 |
| FIAM Blend Target Date 2035 Commingled Pool Class S | 5935 | 1/1/1968 - 12/31/1972 |
| FIAM Blend Target Date 2040 Commingled Pool Class S | 5945 | 1/1/1973 - 12/31/1977 |
| FIAM Blend Target Date 2045 Commingled Pool Class S | 5955 | 1/1/1978 - 12/31/1982 |
| FIAM Blend Target Date 2050 Commingled Pool Class S | 5965 | 1/1/1983 - 12/31/1987 |
| FIAM Blend Target Date 2055 Commingled Pool Class S | 3582 | 1/1/1988 - 12/31/1992 |
| FIAM Blend Target Date 2060 Commingled Pool Class S | 3763 | 1/1/1993 - 12/31/1997 |
| FIAM Blend Target Date 2065 Commingled Pool Class S | 3439 | 1/1/1998 - 12/31/2099 |

A. FIAM Target Date Income Commingled Pool Class S Default for Participants with an invalid Date of Birth will utilize the FIAM Target Date Income Commingled Pool Class S (5865)
B. FIAM Target Date Income Commingled Pool Class S Age Default will apply to all sources of money listed below:

No changes to previously included sources

**Communications Strategy**

The fund change notification for all Plan participants with a balance and eligible employees has and/or will be drafted by Fidelity, reviewed and approved by the Sponsor with a representative of Fidelity in advance to review the accuracy of the notification in order to meet the confirmed delivery date. Sponsor has confirmed for Fidelity that no status code should be omitted from the fund change notifications.

Fidelity will distribute the fund change notification electronically, via email and NetBenefits, with print distribution to participants who do not have a valid email address on file. Communications will be sent out at least 30 days prior to the earliest effective date unless otherwise directed by the Sponsor.

Sponsor has considered whether the directions herein implicate the Sarbanes-Oxley Act of 2002 (SOA) and to the extent implicated, has determined that any applicable SOA requirements have been or will be satisfied.