# Exhibit H

# Quanta Services Minutes
# May 12, 2016
# 1st Quarter Investment Committee Meeting

**ASCENDE**
Insight in Action

| Attendees: | Nick Grindstaff | Quanta Services – Committee Member |
|---|---|---|
| | Derrick Jensen | Quanta Services – Committee Member |
| | Steve Kemps | Quanta Services – Committee Member |
| | Traci McCready | Quanta Services – Committee Member |
| | Randall Wisenbaker | Quanta Services – Committee Member |
| | Maggie Muzikowski | Quanta Services |
| | Kim Milton | Quanta Services |
| | | |
| | Rich Eagar | Ascende, Inc. & Ascende Wealth Advisers, Inc. |
| | Jeff Dorfman | Ascende, Inc. & Ascende Wealth Advisers, Inc. |
| | Kartik Jambulapati | Ascende, Inc. |

**Location:** Quanta Services Houston Office

**Time:** 9:30 a.m. CST

## I. Review of Prior Meeting Minutes
Minutes from the February 15, 2016 Committee meeting were reviewed.

## II. Plan Administration Update
The Quanta HR team led a discussion with the Committee regarding a loan review and analysis. The Committee is interested in some potential loan changes to the plan. The Quanta HR team next updated the Committee that the plan document conversion with Fidelity is in progress. Lastly, the Committee discussed Quanta's Non-Qualified plan and deliberated on how to avoid potential errors in the plan going forward.

## III. AWAI Know Your Client Disclosure
AWAI presented to the committee the "Know Your Client" disclosure document. The Committee signed and returned the disclosure back to AWAI for their records.

## IV. 1st Quarter 2016 Market Review & Economic Outlook
AWAI provided a market overview of the 1st quarter of 2016 including relevant economic data. A copy of the report is attached to these minutes.

**V. Regulatory Environment Overview**
AWAI next presented the Regulatory Environment Overview. A copy of the report is attached to these minutes.

**VI. 401(k) Investment Portfolio Analysis**
AWAI next reviewed an analysis of the Plan, including a detailed review and discussion of the current fund lineup, its diversification, performance, benchmark analysis, fund fees and expenses, and asset allocation.

The Plan's average and weighted expense ratios both declined during the quarter as a result of new funds being added to the plan. The average expense ratio remained the same at 0.52% while the weighted expense ratio dropped from 0.53% to 0.52% at the end of the 1st quarter of 2016.

Analysis showed that 8 out of 29 (28%) investment options outperformed 3 year relative benchmarks at the end of the 1st quarter 2016. Seven out of 29 (24%) investment options outperformed 5 year relative benchmarks.

Analysis showed that 20 out of 29 (69%) investment options ranked in Lipper's 2nd Quintile or better (Fidelity Retirement Money Market Portfolio and Fidelity Managed Income Portfolio are not rated by Lipper).

Twenty six out of 29 (90%) investment options had a Morningstar Rating of 3 Stars or better. Eleven out of 29 (38%) investment options had a Morningstar Rating of 4 or 5 Stars. (Fidelity Retirement Money Market Portfolio and Fidelity Managed Income Portfolio are not rated by Morningstar.)

As of the 1st quarter 2016 results, the following investment options were discussed in depth to determine monitor status. The Committee will continue to specifically review the performance of these options on a quarterly basis to monitor their status.

**Dodge & Cox Stock:**
As of March 31, 2016, the fund has underperformed its best benchmark for YTD, 1, and 5 year performance periods. The fund is a large cap value fund and is rated 3 Stars by Morningstar. The YTD and 1 year performance periods have underperformed the Russell 1000 Value index has not beaten the Russell 1000 Value index in a calendar year since 2013. The fund is relatively concentrated with approximately 60 holdings, meaning that adverse stock selection may impact this fund more than others. For documentation, the Committee and AWAI agreed to place the fund on Monitor status.

CONFIDENTIAL

**Oak Ridge Small Cap Growth:**
As of March 31, 2016, the fund has underperformed its best benchmark for 1, 3, and 5 year performance periods. The fund is a small cap growth fund and is rated 3 Stars by Morningstar. While the fund struggled in 2015, during the first quarter of 2016 it beat the Russell 2000 Growth index by 25 basis points. This placed the fund in the top half versus its peers. As the 1 year performance of the fund trailed the index by 279 basis points, the Committee and AWAI agreed to keep the fund on Monitor status.

**VII. Target Date Fund Discussion**
As the meeting concluded, AWAI and the Committee discussed an overview of the Fidelity Freedom Funds. The Committee expressed interest in conducting a due diligence project to review the Freedom Funds versus some industry competitors. AWAI will come to the next meeting with alternate target date suite options to compare the Freedom Funds against.

**There being no further business the meeting adjourned at 11:00 a.m. CST.**