# Exhibit J



# Quanta Services Minutes
## May 10, 2017
## 4th Quarter 2016 & 1st Quarter 2017 Investment Committee Meeting

| | | |
|---|---|---|
| **Attendees:** | Nick Grindstaff | Quanta Services |
| | Derrick Jensen | Quanta Services |
| | Eric Ferguson | Quanta Services |
| | Carolyn Campbell | Quanta Services |
| | Kim Milton | Quanta Services |
| | Kim Riddle | Quanta Services |
| | | |
| | Rich Eagar | Ascende, Inc. & Ascende Wealth Advisers, Inc. |
| | Kartik Jambulapati | Ascende, Inc. |
| **Absent:** | Randall Wisenbaker | Quanta Services |
| | Jeff Dorfman | Ascende, Inc. & Ascende Wealth Advisers, Inc. |
| **Location:** | Quanta Services Houston Office | |
| **Time:** | 1:00 p.m. CST | |

### I. Review of Prior Meeting Minutes
Minutes from the November 18, 2016 Committee meeting were reviewed.

### II. Plan Administration Update
The Quanta HR team led a discussion with the Committee regarding adding a Roth contribution feature to the plan. Further discussion was had on how this will be useful for Quanta's younger population. The Committee decided to table this discussion for a later meeting when more information regarding Roth and Quanta's population were available.

### III. 1st Quarter 2017 Market Review & Economic Outlook
AWAI provided a market overview of the 1st Quarter of 2017 including relevant economic data. A copy of the report is attached to these minutes.

### IV. Regulatory Environment Overview
AWAI next presented the Regulatory Environment Overview. A copy of the report is attached to these minutes.

**V. 401(k) Investment Portfolio Analysis**
AWAI next reviewed an analysis of the Plan, including a detailed review and discussion of the current fund lineup, its diversification, performance, benchmark analysis, fund fees and expenses, and asset allocation.

The Plan's average expense ratio remained at 0.53% while the weighted expense ratio also remained 0.53% at the end of the 1st quarter of 2017.

Analysis showed that 19 out of 29 (66%) investment options outperformed 3 year relative benchmarks at the end of the 1st quarter 2017. Thirteen out of 29 (45%) investment options outperformed 5 year relative benchmarks.

Analysis showed that 21 out of 29 (72%) investment options ranked in Lipper's 2nd Quintile or better (Fidelity Retirement Money Market Portfolio and Fidelity Managed Income Portfolio are not rated by Lipper).

Twenty five out of 29 (86%) investment options had a Morningstar Rating of 3 Stars or better. Twenty two out of 29 (75%) investment options had a Morningstar Rating of 4 or 5 Stars. (Fidelity Retirement Money Market Portfolio and Fidelity Managed Income Portfolio are not rated by Morningstar.)

As of the 4th quarter 2016 & 1st quarter 2017 results, the following investment options were discussed in depth to determine monitor status. The Committee will continue to specifically review the performance of these options on a quarterly basis to monitor their status.

**Dodge & Cox Stock Fund**
The fund continued with great performance in the 4th quarter with returns in the 4th percentile compared to its peers. Dodge & Cox Stock Fund has outperformed its benchmark across the YTD, 1, 5, and 10 year time periods. The fund carries Morningstar's 4-Star rating and invests mostly in large cap, undervalued companies, and has seen some drift into the mid cap and growth/value blend spaces. After discussion, the fund was placed on No Alert status in the 4th quarter. Due to the continued improved performance in 2017, it was decided to leave the fund on No Alert status in the 1st quarter.

**Fidelity Low Priced Stock Fund**
The fund has underperformed its benchmark across the YTD, 1, 3, 5, and 10 year time periods. It invests in both growth and value mid cap companies and carries Morningstar's 3-Star rating. While the fund is classified as a mid-cap value, due to its investment philosophy it can drift into the growth space. After discussion of the 4th quarter performance, the fund remained on Monitor status and will continue to be monitored by the committee.

At the end of March 31, 2017, the fund has continued to underperform its benchmark across the YTD, 1, 3, 5, and 10 year time periods. Fidelity Low Priced Stock is rated 3 stars by Morningstar and is still classified as a mid-cap value even though the style drift consistently shows exposure in the

growth space. The fund trailed the index by 80 basis points for the 1st quarter of 2017 and 455 basis points on the 1 year performance period. After discussion of the continued underperformance in the 1st quarter, the fund was placed on Alert Status and will continue to be monitored by the committee or be replaced if performance keeps declining.

**Fidelity Diversified International**
In the 4th quarter of 2016 the fund has underperformed its benchmark across the YTD, 1, and 3 year time periods. It carries Morningstar's 4-Star rating and is classified as a Foreign Large Cap Growth fund. The fund has trailed the index by 398 basis points on its most recent quarter and 460 basis points on the 1 year performance period. After discussion of the 4th quarter performance, the fund was placed on Monitor status and will continue to be monitored by the committee.

As of March 31, 2017, the fund has rebounded a bit in the first quarter of 2017 and trails its benchmark on the 1 year performance period. Fidelity Diversified International carries a 4-star rating by Morningstar. The fund has trailed the index by 446 basis points on the 1 year performance period. After discussion of the 1st quarter performance, the fund remained on Monitor status and will continue to be monitored by the committee.

**Oak Ridge Small Cap Growth:**
As of December 31, 2016, the fund has underperformed its best benchmark for all performance periods. The fund is a small cap growth fund and is rated 2 Stars by Morningstar. As the 1 year performance of the fund trailed the index by 866 basis points. The Committee placed the fund on Alert status this quarter.

In the 1st quarter of 2017, Oak Ridge Small Cap Growth continued to underperform its best benchmark for all performance periods. The fund is a small cap growth fund and is rated 2 stars by Morningstar. Due to the continued underperformance and alert status in the 1st quarter of 2017, The Committee reviewed four alternate small cap growth options to compare with the current Oak Ridge investment: Fidelity Advisor Small Cap Growth, Goldman Sachs Small Cap Growth Insights, TIAA Small Cap Equity, DFA Small Cap Growth Portfolio. Each investment was screened and selected for consideration as each invests using differing methodologies. After thorough discussion and review, the Committee decided to replace Oak Ridge Small Cap Growth with Fidelity Advisor Small Cap Growth. Ascende will coordinate communicating this change with Fidelity.

*UPDATE: Upon communicating the fund change to Fidelity, AWAI was informed by Fidelity of the new Fidelity K6 share class of the small cap growth fund. It is a mirrored investment strategy of the selected fund, however the K6 share class of the fund has a net expense ratio of 0.60% versus 0.94% of the selected option. AWAI communicated the recommendation to move to this share class of the fund and will confirm the decision at the next committee meeting.*

**VI. Target Date Fund Suite Search Discussion**
The committee reviewed a target date fund comparison which analyzed the current Fidelity Freedom Funds versus leading industry competitors. Discussion covered the glide path construction and philosophy, terminal allocation point of the glide path, fees, and diversification. The Committee considered like-styled active managers, indexed managers, as well as blended

managers (using active and passive underlying investments in their target date strategies). Upon review, the committee remained pleased with the Fidelity Freedom funds and did not note sufficient reasoning to change target date fund providers at this time.

**There being no further business the meeting adjourned at 3:00 p.m. CST.**

CONFIDENTIAL

QUANTA_002218