# Exhibit K

Page 1

```
 1                    CAROLYN CAMPBELL
 2         IN THE UNITED STATES DISTRICT COURT
 3         FOR THE SOUTHERN DISTRICT OF TEXAS
 4                   HOUSTON DIVISION
 5                     -   -   -
 6   MARY LALIBERTE and MARIE  :  CIVIL ACTION NO.
     MCKNIGHT, individually    :  4:22-cv-03290
 7   and as representatives    :
     of the class of           :
 8   similarly situated        :
     persons, on behalf of     :
 9   the QUANTA SERVICES,       :
     INC., 401(K) SAVINGS      :
10   PLAN,                     :
                               :
11            PLAINTIFFS,      :
                               :
12        vs.                  :
                               :
13   QUANTA SERVICES, INC,.    :
     THE BOARD OF TRUSTEES OF  :
14   QUANTA SERVICES, INC.,    :
     THE QUANTA SERVICES,      :
15   INC., 401(K) SAVINGS      :
     PLAN COMMITTEE, and DOES  :
16   no> 1-20, whose names     :
     are currently unknown,    :
17                             :
             DEFENDANTS.       :
18
19
20
21                   -   -   -
22            REMOTE DEPOSITION OF
23              CAROLYN CAMPBELL
24                   -   -   -
25
```

Page 2

1                    CAROLYN CAMPBELL

2                         -   -   -

3          Taken remotely, via Zoom, on

4     Thursday, June 27th, 2024, beginning at

5     9:06 a.m. CST, before Beau Dillard, RPR, a

6     Notary Public in and for the Commonwealth of

7     Pennsylvania.

8                         -   -   -

9              VERITEXT LEGAL SOLUTIONS

                 MID-ATLANTIC REGION

10

                         -   -   -

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 3

```
 1                    CAROLYN CAMPBELL
 2   A P P E A R A N C E S :
 3                    MILLER SHAH LLP
                     BY:  JOHN ROBERTS, ESQ.
 4                    1845 Walnut Street
                     Suite 806
 5                    Philadelphia, Pennsylvania 19103
                     (866)540-5505
 6                    Jcroberts@millershah.com
                     Representing the Plaintiffs
 7
 8                    MORGAN LEWIS & BOCKIUS
                     BY:  JEREMY BLUMENFELD, ESQ.
 9                    BY:  KERRI L. ENGELMAN, ESQ.
                     BY:  MARIA DECASTRO, ESQ.
10                    One Federal Street
                     Boston, Massachusetts 02110
11                    Jeremy.blumenfeld@morganlewis
                     Keri.engelman@morganlewis.com
12                    Maria.decastro@morganlewis.com
                     Representing the Defendants
13
14
                         -   -   -
15
     A L S O   P R E S E N T :  CHRIS MCWILLIAMS
16                            VIDEOGRAPHER
17                            SHUPING LI
                             MILLER SHAH
18
                         -   -   -
19
20
21
22
23
24
25
```

Page 4

1                    CAROLYN CAMPBELL

2                      I N D E X

3                      -   -   -

4    EXAMINATION                              PAGE

5    CAROLYN CAMPBELL

6    BY MR. ROBERTS                            10

7                      -   -   -

8                    E X H I B I T S

9                      -   -   -

10   NUMBER                DESCRIPTION        PAGE

11   Exhibit 1    (Stamped) QUANTA001404      73

12

13   Exhibit 2    QUANTA112842               102

14

15   Exhibit 3    QUANTA116202               136

16

17   Exhibit 4    QUANTA000909               144

18

19   Exhibit 5    QUANTA114147               155

20

21   Exhibit 6    QUANTA109620               159

22

23   Exhibit 7    QUANTA120799               168

24

25   Exhibit 8    QUANTA106738               182

Page 5

1                    CAROLYN CAMPBELL

2   Exhibit 9       QUANTA129093                191

3

4   Exhibit 10      2024.06.10 Plaintiffs Notice of

5                   30(b)(6) Deposition of Quanta

6                                               201

7

8   Exhibit 10A     Laliberte v. Quanta - Defendants

9                   30(b)(6) Objections and Responses

10                                              228

11

12  Exhibit 11      QUANTA127947               227

13

14  Exhibit 12      QUANTA005936               233

15

16                         -   -   -

17

18

19

20

21

22

23

24

25

Page 6

1              CAROLYN CAMPBELL

2           DEPOSITION SUPPORT INDEX

3

4    DIRECTION TO WITNESS NOT TO ANSWER

5    Page    Line

6    None

7

8    REQUEST FOR PRODUCTION OF DOCUMENTS

9    Page    Line      Description

10   None

11

12   STIPULATIONS

13   Page    Line

14   7       1

15

16   QUESTIONS MARKED

17   Page    Line

18   None

19

20

21

22

23

24

25

Page 7

1                    CAROLYN CAMPBELL

2                         -   -   -

3               The attorneys participating in

4        this deposition acknowledge that the

5        court stenographer is not physically

6        present in the deposition room and that

7        he will be reporting this deposition

8        remotely.

9               They further acknowledge that,

10       in lieu of an oath administered in

11       person, the oath will be administered

12       remotely.  The parties and their counsel

13       consent to this arrangement and waive any

14       objections to this manner of reporting.

15               The attorneys have indicated

16       their agreement to the above stipulation

17       off the stenographic record.

18               It is stipulated and agreed to

19       by and between counsel for the respective

20       parties that all objections, except as to

21       form of the question, are reserved to the

22       time of trial.

23                       -   -   -

24

25

Page 8

1               CAROLYN CAMPBELL

2                    -   -   -

3               THE VIDEOGRAPHER:  Good morning.

4          We are going on the record at

5          9:06 a.m., on June 27th, 2024.

6               Please note that this deposition

7          is being conducted virtually.  Quality of

8          recording depends on the quality of

9          camera and internet connection of

10         participants.

11              What is the seen from the

12         Witness and heard on screen is what will

13         be recorded.

14              This is Media Unit 1 of the

15         video recorded deposition of

16         Carolyn Campbell taken by counsel in the

17         matter of Maria Laliberte, et al., v.

18         Quanta Services, Inc., et al., filed in

19         the United States District Court for the

20         Southern District of Texas, Houston

21         Division.  4:22-CV-03290.

22              My name is Chris McWilliams,

23         representing Veritext Legal Solutions,

24         and I'm the videographer.

25              The court reporter is

Page 9

1                    CAROLYN CAMPBELL

2        Beau Dillard, also from Veritext.

3                    I'm not authorized to administer

4        an oath.  I am not related to any party

5        in this action, nor am I financially

6        interested in the outcome.

7                    If there are any objections to

8        proceeding, please state them at the time

9        of your appearance.

10                   Counsel will now state their

11       appearances and affiliations for the

12       record, beginning with the noticing

13       attorney.

14                   MR. ROBERTS:  John Roberts,

15       Miller Shah, joined by my colleague,

16       Shuping Li, on behalf of Plaintiffs.

17                   MR. BLUMENFELD:  Good morning,

18       everybody.  This is Jeremy Blumenfeld

19       from Morgan Lewis on behalf of

20       Defendants.

21                   THE VIDEOGRAPHER:  Will the

22       Court Reporter please swear in the

23       Witness and then Counsel may proceed.

24                         -   -   -

25                   CAROLYN CAMPBELL, after having

Page 10

1                    CAROLYN CAMPBELL
2         been first duly sworn, was examined and
3         testified as follows:
4                        -   -   -
5                     EXAMINATION
6                        -   -   -
7    BY MR. ROBERTS:
8         Q.        Good morning, Ms. Campbell.
9                   I know we just made some
10   introductions off the record, but I actually
11   think we might have met briefly last week
12   during Mr. Jensen's deposition, but it's good
13   to see you again.  Thanks for being here.
14                   As I mentioned, I'm
15   John Roberts, I'll be taking your deposition
16   today.  Before we get started, I'm going to go
17   over a few ground rules for the deposition,
18   especially because it's by Zoom.
19                   Do you understand that all of
20   the testimony that you're about to give is
21   under oath with the same force and effect as if
22   you were testifying in a court of law?
23         A.        I do.
24         Q.        Okay.
25                   Have you been deposed before?

Page 11

1                    CAROLYN CAMPBELL

2        A.        I have.

3        Q.        How many times have you been

4   deposed?

5        A.        One time.

6        Q.        Okay.  I'll get to that a little

7   bit later.  When was the last time that you

8   were deposed?

9        A.        Probably about 30 years ago.

10       Q.        Okay.  So fair to say that the

11  Zoom landscape is probably a bit of a different

12  context than that, so I will just cover this

13  briefly, because today's deposition is by Zoom,

14  I think there might be a little bit of delay

15  between us hearing the question and answering.

16                 And to facilitate a clean

17  record, it's going to be really important that

18  we both listen carefully to the questions and

19  answer before proceeding.

20                 So if we can make sure to speak

21  loudly and clearly, and to wait until a

22  question is done being asked or -- for me, I'll

23  wait until you're done answering before moving

24  on to another question.  That will make

25  everyone's lives a lot easier today.

Page 12

```
 1               CAROLYN CAMPBELL
 2               Does that sound all right?
 3     A.        That's fine.
 4               Can you hear me adequately now?
 5     Q.        Yes.  Absolutely.
 6               It sounds like there might be a
 7   tad -- on my end, a bit of a delay between when
 8   you're speaking and the video on screen and the
 9   actual audible answer for me.  So I'll try to
10   give a pause to make sure that I'm not cutting
11   you off with your answer.
12               This is not an endurance
13   contest.  I'm going to endeavor to break
14   roughly every hour, but if you need a break
15   sooner than that, feel free to let me know.
16               I just ask that if there's a
17   question pending or, you know, we're towards
18   maybe the end of a document, that we finish the
19   question pending and I'll give you a break as
20   soon as possible.
21               Does that sound fair?
22     A.        That's fair.
23     Q.        Okay.  Can you describe, without
24   disclosing any communications you've had with
25   counsel, can you describe what steps you took
```

1                    CAROLYN CAMPBELL

2    to prepare for today's deposition, if any?

3         A.        I have reviewed some records

4    from the 401(k) Plan Committee, including

5    minutes and some presentations that would be

6    discussed and reviewed over the years.

7         Q.        Okay.

8         A.        I've spoken with some -- spoken

9    with some other members of the Committee, and

10   just to try, you know, refresh my recollection

11   as things happened over the years and went back

12   and looked at the records to support a lot of

13   our deliberations over those years.

14        Q.        Okay.  And just to establish

15   some terms at the beginning here.

16                  When you say the

17   401(k) Committee, are you referring to the

18   committee responsible for overseeing the

19   Quanta Services 401(k) Plan?

20        A.        That's correct.

21        Q.        Okay.  So if I refer to the

22   Committee, will you understand that's what I'm

23   referring to?

24        A.        Yes.  I will.

25        Q.        Okay.

Page 14

1                    CAROLYN CAMPBELL

2                    And, likewise, if I refer to the

3    Plan, will you understand that I'm referring to

4    the Quanta Services 401(k) Plan?

5         A.         Yes.  I will.

6         Q.         Okay.  And then when I refer to

7    Quanta, generally, you'll understand that I'm

8    referring to Quanta Services, Inc., correct?

9         A.         That's correct.  Yes.

10        Q.         Okay.  Great.

11                   Turning back to the documents,

12   were those all documents that were produced in

13   this litigation, if you know?

14        A.         Yes.  They were.

15        Q.         Okay.  And did those documents

16   refresh your recollection about the -- the

17   subjects of your anticipated testimony today?

18        A.         Yes.  They did.

19        Q.         Okay.  And you mentioned that

20   you had spoken with some of the other members

21   of the Committee in preparation for today's

22   deposition.  Which -- which individuals are

23   those?

24        A.         I spoke with Derrick Jensen, who

25   was on the Committee, who is no longer on the

1                    CAROLYN CAMPBELL

2    Committee now, but previously was on the

3    Committee.

4                    I spoke with Kip Rupp.  I spoke

5    with some members of our human resources

6    department that helped run the administration

7    of the Plan.  Again, just to sort of gather

8    some background information.

9          Q.        And when did you speak to

10    Mr. Jensen?

11          A.        A few days ago I spoke with him.

12    I mean, we work in the same office, so I -- I

13    speak to him, you know, many times a week

14    sometimes.

15          Q.        Okay.

16          A.        Most recently, day before

17    yesterday, I guess, is the answer, if that's

18    what you're looking for?

19          Q.        Okay.  When was the first time

20    that you spoke to -- that you recall speaking

21    to Mr. Jensen about today's deposition?

22          A.        About today's deposition?

23          Q.        Yes?

24          A.        I spoke to Mr. Jensen on Monday

25    of this week, that would be -- no, it was

                    CAROLYN CAMPBELL

1

2    Tuesday of this week, about some of the things

3    that happened on the Committee before I joined

4    the Committee.

5           Q.        Okay.  Had you spoken to

6    Mr. Jensen at all about today's deposition

7    before Monday or Tuesday of this week?

8           A.        We have spoken about the

9    litigation.  We have not spoken about

10   particularly my testimony.  No.

11          Q.        Okay.  Did you discuss with

12   Mr. Jensen his deposition prior to his -- his

13   June 19th deposition?

14                    MR. BLUMENFELD:  Objection.

15                    And, John, to be clear,

16        Ms. Campbell is counsel and so I'm going

17        to object on the grounds of

18        attorney-client privilege on the question

19        that you just asked and instruct the

20        Witness not to answer.

21   BY MR. ROBERTS:

22          Q.        So to the extent that you were

23   discussing Committee matters as a member of the

24   Committee with Mr. Jensen, that would not be

25   privileged, that would be subject to the

```
 1                    CAROLYN CAMPBELL
 2   fiduciary exception.
 3                    So, you know, to the extent that
 4   any of those communications were purely in your
 5   role as counsel, I'm not interested in that,
 6   but to the extent that you were communicating
 7   with Mr. Jensen about his deposition in your
 8   role as a committee member, I would ask you to
 9   provide those communications.
10                    MR. BLUMENFELD:  I'm going to
11            give the same objection and the same
12            instruction, and I'll distinguish for --
13            for the objection, and also for you,
14            Ms. Campbell.
15                    I think what John is trying to
16            get at is, if you're talking about
17            ongoing fiduciary matters, then that's
18            subject to arguably a fiduciary exception
19            to the attorney-client privilege.
20                    If you're talking about the
21            litigation, then there is attorney work
22            product protection and it's not subject
23            to the fiduciary exception to the
24            privilege.
25                    And I believe that, especially
```

Page 18

1                    CAROLYN CAMPBELL
2          because Mr. Jensen isn't on the Committee
3          anymore and I was participating in many
4          of those conversations you were talking
5          about, that was all attorney work product
6          and not about ongoing fiduciary matters.
7                    To the extent that what
8          Mr. Roberts is asking you about is your
9          conversations with Mr. Jensen about
10         ongoing fiduciary activities, you can
11         certainly testify about that.
12                   THE WITNESS:  Okay.  I do not
13         believe we were discussing any ongoing
14         fiduciary activities in the last few days
15         certainly.
16    BY MR. ROBERTS:
17         Q.       Okay.  And, you know, we'll
18    follow up with the Court on that and we can
19    discuss that on your second day of deposition
20    for this, but understanding that you've been
21    instructed not to answer, I'll move on from
22    that.
23                   MR. BLUMENFELD:  And, John, just
24         because you brought it up, I want to be
25         clear, we're not agreeing to any second

Page 19

```
 1                    CAROLYN CAMPBELL
 2        day of deposition.
 3                    MR. ROBERTS:  I know.  We'll
 4        move to the Court for that and we can
 5        discuss that outside of the deposition.
 6   BY MR. ROBERTS:
 7        Q.        With regard to your
 8   conversations with Mr. Rupp, when did those
 9   occur?
10        A.        I -- I really had no in-depth
11   conversations with Mr. Rupp.  It was more or
12   less passing in the hall.
13                    And I mean, it was -- I sat in
14   on the -- the preparation about Morgan Lewis,
15   worked with Mr. Rupp on, as I did with
16   Mr. Jensen.
17                    So it was just observing what
18   went on in -- in those sessions, and those --
19   those conversations were all, I guess, for
20   their benefit and were just something I
21   observed.
22        Q.        Okay.  And then you mentioned
23   speaking to individuals in the HR department in
24   preparation for today's deposition.
25                    When did those communications
```

Page 20

1                    CAROLYN CAMPBELL

2    happen?

3         A.        Well, I was preparing today to

4    be responsive to the 30(b)(6) witness

5    information, some of which is not ordinarily in

6    my realm of responsibility.

7                   So I was trying to get answers

8    to some of those -- some of that type of

9    information, that's why I went back to

10   Mr. Jensen with respect to some activities that

11   happened before I joined the Committee.

12                  So I went back to the HR team to

13   see if I could get some more information on a

14   couple of items that -- that I felt like I

15   needed some background on in order to be

16   responsive to your questions from the 30(b)(6)

17   list of topics.

18        Q.        Okay.  This is probably a good

19   segue.  So I know you're being deposed today in

20   both your individual capacity as a committee

21   member and then separately as a 30(b)(6)

22   witness for those designated topics.

23                  I think probably the easiest way

24   for us to approach this rather than me blending

25   the two would probably, and most inevitably

Page 21

                    CAROLYN CAMPBELL
1
2   happen inadvertently in which case I'm sure
3   your counsel will help me draw that
4   distinction, but I'm going to endeavor to
5   address, first, your testimony as an individual
6   committee member, and then later, separately
7   address your 30(b)(6) testimony.  Just to try
8   to keep that as clean of a distinction as
9   possible.
10                  But with regard to the 30(b)(6)
11  testimony, when did you first become aware that
12  you would be testifying on the assigned
13  30(b)(6) topics?
14                  MR. BLUMENFELD:  Objection.
15                  THE WITNESS:  That was about
16      maybe ten days ago.  I mean, I would have
17      to check my records, but maybe two weeks.
18  BY MR. ROBERTS:
19      Q.      Okay.  And you mentioned that
20  there were some topics that were not maybe
21  normally in your ordinary purview.
22                  What steps did you take to
23  educate yourself on any specific topics
24  relevant to this deposition that might not have
25  been in your ordinary purview?

Page 22

                    CAROLYN CAMPBELL
1
2        A.        I went to HR and asked for some
3   records concerning the employment and --
4   sensation of employment over the two main
5   Plaintiffs.  I reviewed some documentation that
6   would be responsive to some of the questions
7   about dispute resolution.
8                  I spoke with Derrick Jensen
9   about steps that were taken in connection with
10  engaging a -- an investment advisor on behalf
11  of the Committee, because those steps were
12  taken before I joined the Committee.
13                 So I was just trying to get a
14  background of -- of, you know, the situation
15  and circumstances that, you know, drove that --
16  drove that course of action.
17       Q.        Switching gears a little bit, in
18  preparation of today's deposition, did you
19  review the deposition transcript of
20  Derrick Jensen?
21       A.        I did not.
22       Q.        Okay.  And you attended
23  Mr. Jensen's deposition, correct?
24       A.        Yes.  I attended as an observer.
25       Q.        Okay.

Page 23

1                    CAROLYN CAMPBELL

2                    What was the purpose of you

3    attending as an observer?

4                    MR. BLUMENFELD:  Objection.

5                    THE WITNESS:  I'm counsel for

6         the Company.

7    BY MR. ROBERTS:

8         Q.       And a segue, switching gears to

9    professional background here.  So I understand

10   you're currently counsel for the Company.

11                   How long have you held that

12   role?

13        A.       I started with Quanta in 2010 as

14   deputy general counsel and corporate secretary.

15   At certain points during that time, I was

16   acting general counsel.

17                   I -- in 20 -- 2023, August of

18   2023, I went to an of-counsel role and I am

19   still employed.  I do not have the general

20   counsel -- deputy general counsel, corporate

21   secretary title role or responsibilities

22   anymore, a little bit of a step towards

23   retirement.

24        Q.       Okay.

25        A.       A soft retirement.

Page 24

1                    CAROLYN CAMPBELL

2                    I call it a soft retirement.

3        Q.         Fair enough.

4                    So would your current role then

5    be of counsel?

6        A.         That's right.

7        Q.         Okay.  Going back prior to

8    Quanta, can you give me a run-through of your

9    educational background after high school?

10       A.         Yes.  I have a bachelor's degree

11   in accounting, 1982 from LSU.  I have a JD law

12   degree from LSU law school, 1985.

13                   For the first 19 years of my

14   career, I practiced law with a firm in Houston,

15   a partner at a mid-sized law firm, I was there

16   a little over 15 years concentrating on mergers

17   and acquisitions, securities, corporate

18   finance.

19                   I subsequently was with

20   Akin Gump and King & Spalding.  In 2004, I went

21   in-house.  So from 2004 'til now, I have been

22   in-house with several companies.  I'm happy to

23   run through those if you need that or I've been

24   -- since 2010, with Quanta.

25       Q.         Okay.

Page 25

1                    CAROLYN CAMPBELL
2                    Prior to going in-house in 2004,
3   had you had any experience with 401(k) plans?
4          A.        I contributed to 401(k) plans.
5   I'm not an ERISA lawyer, so I -- my experience
6   is not focused in that area.
7          Q.        Okay.  Prior to becoming a
8   committee member for the Quanta Committee, have
9   you ever served on a 401(k) plan committee
10  before?
11         A.        I have not.
12         Q.        Have you received any fiduciary
13  training as it relates to 401(k) plans prior to
14  serving on the Committee for Quanta?
15                   MR. BLUMENFELD:  Objection.
16                   THE WITNESS:  I did receive
17         fiduciary training.  I am an officer of a
18         public company and advising boards on
19         fiduciary duties for the past 30-plus
20         years.
21                   I have some experience with
22         fiduciary duties, and before I joined
23         this Committee or was asked to join this
24         Committee, of course we talked a lot
25         about the duties and obligations of

Page 26

1                    CAROLYN CAMPBELL
2           fiduciaries and what -- what the
3           Committee's responsibilities would be.
4                    And that was also something that
5           we routinely addressed within the
6           committee meetings themselves, so --
7    BY MR. ROBERTS:
8           Q.       Okay.  Focusing on the pre --
9    pre, kind of, onboarding to the Quanta
10   Committee training that you mentioned.
11                   The other fiduciary training
12   that you had received, was that -- was that
13   fiduciary training related to ERISA?
14          A.       It would not be focused on
15   ERISA.  It was more fiduciary duties in the
16   context of a public company board of directors
17   role.
18          Q.       Understood.
19                   And you mentioned joining Quanta
20   in 2010.  When did you become a member of the
21   Committee for the Plan?
22          A.       Since late 2016.
23          Q.       Okay.  Do you recall what your
24   job title was at the time that you joined the
25   Committee?

Page 27

                     CAROLYN CAMPBELL
1
2          A.          I was deputy general counsel and
3    corporate secretary.  I believe I was also
4    acting general counsel at that point.
5          Q.          Okay.  And at that time, who did
6    you report to in your role as deputy general
7    counsel?
8          A.          I reported to the CEO.
9          Q.          Who was CEO at that time in
10   2016?
11         A.          It was -- let me think.
12                     Jim O'Neil.
13         Q.          Okay.  And did that change
14   between 2016 and the present?
15         A.          I'm going to take that back.
16   Jim O'Neil was done before that.  It was our
17   current CEO, Duke Austin.
18                     I'm just getting my timeline
19   mixed up in terms of --
20         Q.          No worries.  I know I'm asking
21   about things that happened a long time ago.
22                     So in that role in 2016, deputy
23   general counsel, did you have direct reports
24   who reported to you in that role?
25         A.          Yes.

Page 28

1                    CAROLYN CAMPBELL

2                    There were -- legal department

3    that reported to me.

4         Q.        How many -- approximately, how

5    many people were in that department at that

6    time?

7         A.        I don't remember how many, but I

8    will say it was -- the legal department had

9    more than 20.  I don't remember exactly how

10   many at that point.

11                  I would also say I was acting

12   general counsel.  So we did have a vacancy in

13   the general counsel role.  So my responsibility

14   in that role was temporary and intentionally

15   temporary, so --

16        Q.        Okay.  After -- after that

17   vacancy was filled, would you have then

18   reported to the general counsel?

19        A.        That's correct.

20        Q.        Okay.  Would -- understanding

21   that you would report to the general counsel,

22   would the number of direct reports that you had

23   have remained the same?

24        A.        No.  The direct reports on my

25   team were just a few lawyers and essentially

Page 29

1                    CAROLYN CAMPBELL

2    the corporate -- administration paralegal team.

3                    So I have securities lawyers and

4    general corporate lawyers, two, I believe

5    three, that report to me.

6                    And -- and I think it was two at

7    the time and a subsidiary administration team

8    that was -- I can't remember in that timeframe,

9    but somewhere between three and five

10   paralegals.

11        Q.        Okay.  And then specifically in

12   your role as deputy general counsel and

13   corporate secretary, what were your job

14   responsibilities?

15        A.        Well, I was responsible for the

16   disclosures and Quanta public filing, 10-K,

17   10-Q.  My team and myself worked regularly with

18   the executive leadership team, the accounting

19   department, public disclosures.

20                    As corporate secretary, I sort

21   of was the project manager, if you will, of all

22   the board meetings, all of the committees of

23   the board, all of the SEC and the New York

24   Stock Exchange requirements that apply to

25   public company board and committee activities.

Page 30

1                    CAROLYN CAMPBELL

2               So I was very focused in the

3   corporate governance regime.  And essentially,

4   I ran all of the board's in-meeting and between

5   meeting activities.

6               I also had, you know, a role as

7   administrative manager, if you will, of the

8   legal department, just working on budget and

9   personnel and handling more some internal

10  management responsibilities, so --

11        Q.     Okay.  Setting aside your role

12  on the Committee.  In your role as deputy

13  general counsel, corporate secretary, did your

14  day-to-day responsibilities include anything

15  related to Quanta's Employee Benefit Plan?

16        A.     Yes.  I was -- when -- when we

17  needed to have action taken that pertained to

18  the 401(k) plan that required parent company

19  board-level activity, I would become involved

20  then.

21              It was usually handled by our

22  Compensation Committee.  So I would prepare

23  resolutions that would appoint 401(K) Plan

24  committee members.

25              I would coordinate with the HR

Page 31

1                    CAROLYN CAMPBELL

2      team on presentations that would go to the

3      Board, reports that would go to the Board,

4      again, principally the Compensation Committee

5      of the Board, regarding employee benefits.

6                    So that was -- that was part of

7      my responsibility outside serving on the 401(K)

8      Plan Committee.

9          Q.        Okay.  And then do you have

10     any -- any education or training specifically

11     related to investments?

12         A.        I have an accounting degree.  I

13     have a personal interest in finance.  My

14     specialty over a 40-year career was securities,

15     mergers and acquisitions.

16                   So I -- I don't have, I think,

17     special training.  I have, I think, knowledge

18     and familiarity with investments and bring that

19     to bear from day-to-day activities.

20         Q.        Do you have any securities

21     licenses?

22         A.        I do not.

23         Q.        How about any certifications in

24     any investment-related areas?

25         A.        I do not.

Page 32

1                    CAROLYN CAMPBELL

2          Q.         And I know you mentioned that

3    you joined the Committee in approximately 2016.

4                    Have you remained on the

5    Committee from that point to the present?

6          A.         Yes.   That's correct.

7          Q.         Do you have a specific role on

8    the Committee?

9          A.         I do not have a designated role,

10   however, I think that the Company endeavors to

11   maintain a committee that is comprised of

12   several different disciplines.

13                    And I happen to have a

14   discipline that the Committee wants to have,

15   which is, you know, a background and knowledge

16   of fiduciary duties, governance, process and

17   structure.   So I -- I believe I bring that to

18   the Committee.

19                    And so, again, it's not a

20   designated role.   It is, I think, a desirable

21   discipline to bring to the Committee.

22         Q.         So does the Committee have

23   designated roles then?

24         A.         We do not.

25         Q.         Okay.

Page 33

                    CAROLYN CAMPBELL

1                    Do you recall the process that
2    you went through around you joining the
3    Committee?
4                    MR. BLUMENFELD:  Objection.
5                    THE WITNESS:  It's an informal
6         process.  It is -- it requires a formal
7         designation.  The process is that
8         management, executive leadership team,
9         senior leadership team, makes a
10        recommendation.
11                    They're trying to consider
12        who -- who has the skills and the
13        expertise to serve.  And they make a
14        determination and that recommendation is
15        presented to the Compensation Committee
16        and then the Compensation Committee is
17        the body that adopts formal resolution to
18        appoint the Committee, which has
19        delegated power to administer and oversee
20        the 401(k) Plan.
21                    But the members of the Committee
22        that have been selected by management and
23        presented to the Compensation Committee
24        for appointment have all been members of

Page 34

1                  CAROLYN CAMPBELL

2          the senior leadership team.

3                  The Compensation Committee is

4          very familiar with these individuals,

5          these are individuals who have presented

6          to the Board, interacted with the Board.

7                  The Board is aware of their

8          responsibilities and -- within the

9          Company, their -- you know, judgment and

10         capabilities, and -- I think the Board

11         has endorsed the individuals who are

12         recommended by management.

13    BY MR. ROBERTS:

14         Q.        Subsequent to your joining the

15    Committee, have you been involved in the

16    recommendation and selection of subsequent

17    committee members?

18         A.        I was involved in, yes,

19    considering who might be appropriate.  Again,

20    these -- these are informal discussions within

21    a senior leadership team group.

22                  It might have been committee

23    members getting together and saying, you know,

24    what -- what new perspective would we like to

25    bring to bear within the Committee?

Page 35

1                    CAROLYN CAMPBELL

2                    And we -- you know, for example,

3       know that we would like to have an HR

4       perspective on the Committee.  We decided we

5       would like to have an investor relations

6       perspective on the Committee.

7                    We've always wanted to have

8       financial expertise on the Committee.  We also

9       want to have an operating company executive on

10      the Committee.  So that has been the way that

11      we try to identify individuals who would bring

12      something new and ensure a rigorous process.

13          Q.      Okay.  Did you do anything to

14      prepare for your service on the Committee once

15      you found out that you would be serving as a

16      committee member?

17                    MR. BLUMENFELD:  Objection.

18                    THE WITNESS:  I believe I

19          reviewed materials from the prior -- then

20          prior committee meeting.  I -- I'm not

21          exactly sure that I recall everything

22          that was done at that time.

23                    Obviously, there was a

24          discussion of fiduciary responsibilities

25          and what the Committee obligation would

Page 36

1                    CAROLYN CAMPBELL
2        be or what my obligations to the
3        Committee would be in terms of time and
4        diligence.
5                    But I was -- I was aware of the
6        fiduciary responsibilities of serving on
7        the Committee, and agreed -- agreed to
8        serve on the Committee when I was asked
9        about it.
10   BY MR. ROBERTS:
11        Q.        Thank you.  I know there's a
12   lot -- a lot in that question, so I appreciate
13   the answer.  That's helpful.  I'll go over a
14   few kind of additional items.  I'll just ask if
15   these are things that you might have reviewed
16   prior to joining the Committee.
17                    Would you have looked at prior
18   meeting minutes?
19        A.        I believe that I would have
20   looked at the materials that were submitted at
21   the -- or prepared, and -- and distributed in
22   connection with the prior committee meeting,
23   just the background knowledge.
24                    So that would have included a
25   draft set of minutes associated with the

Page 37

```
1                    CAROLYN CAMPBELL
2    meeting prior to that.  I -- I don't have a
3    specific recollection of what that material
4    was.
5              I'm just suggesting that,
6    typically, every meeting has a set of materials
7    and they would have given me that before I
8    started for the prior meeting just so I could
9    walk into my first meeting, having had seen
10   what had gone on before.
11             Of course, for the first meeting
12   that I attended as a member, you know, a fresh
13   set of materials were circulated in advance of
14   that.  So there was -- there was opportunity to
15   prepare, both having a background of a prior
16   meeting and then having materials for -- in
17   advance to come into my first meeting.
18        Q.        Understood.
19             And when you mentioned that you
20   would have received draft meeting minutes, is
21   that because those meeting minutes would have
22   been then reviewed and discussed and ratified
23   by the Committee at a subsequent meeting?
24             MR. BLUMENFELD:  Objection.
25             THE WITNESS:  At every meeting,
```

Page 38

1                    CAROLYN CAMPBELL

2          the -- typically, the first item on the

3          agenda is reviewing a draft of minutes

4          from the prior meeting and we do not

5          review them in the room.

6                    We reviewed them in advance,

7          because the materials are circulated in

8          advance, but we come in the meeting and

9          if anyone has comments about the minutes,

10         that individual raises a comment and the

11         comment can be discussed.

12                   And then the minutes can be

13         revised or approved subject to revision

14         with that comment.  So that's the typical

15         process of the minutes, what is

16         circulated in the package is a draft and

17         it becomes final after it is approved.

18    BY MR. ROBERTS:

19         Q.        Understood.

20                   And so do you recall any

21    instance in which meeting minutes were revised

22    before being ratified at a meeting that you

23    attended?

24         A.        Yes.  Yes.  Many instances.

25         Q.        Any specific instances?

Page 39

1                    CAROLYN CAMPBELL

2       A.          I have a recollection of a

3    meeting two weeks, three weeks ago, where we

4    came in with comments, those were specifically

5    my comments and -- and the notes were revised

6    and recirculated.

7                    It -- it is -- when I say many

8    instances over the past few years, I would say

9    it's -- it's not every set of draft minutes.

10   It is certainly -- we all -- we all have

11   brought in comments, I would say.

12                   Multiple people.  It's not just

13   legal.  It's not just me.  It is -- comments

14   are taken from everyone, anyone who has a

15   question or, you know, wants -- wants to

16   clarify something in the minutes can bring --

17   can raise that question for the Committee and

18   as a Committee we say, yes, we agree, let's --

19   let's update the minutes and approve the

20   minutes with that revision.

21                   So I would say that is not an

22   unusual occurrence.

23      Q.          With regard to the comments and

24   revisions that you mentioned with regard to the

25   meeting that occurred a few weeks ago, do you

Page 40

                    CAROLYN CAMPBELL
1
2   recall specifically what those comments or
3   revisions were?
4       A.        Yes.  They were comments and
5   revisions that pertained to the Committee's
6   role with respect to -- I shouldn't use the
7   word sister plan, but it's a separate plan
8   under Puerto Rican law for our Puerto Rican
9   employees and several nonqualified plans.
10              So we just wanted to clarify
11  that some of the action that had been taken
12  broadly covered several of those plans, in
13  addition to the 401(K) Plan for
14  Quanta Services.
15      Q.        Okay.  Do you know whether the
16  process for onboarding new committee members,
17  if that is -- is similar now to what you went
18  through when you joined the Committee in terms
19  of receiving materials to review ahead of time
20  to familiar yourself -- familiarize yourself
21  with the Plan before attending a meeting?
22      A.        I believe it is similar.
23              I -- I know that we have
24  conducted, sort of, separate one-on-one
25  meetings with certain new committee members as

Page 41

```
1                    CAROLYN CAMPBELL
2    they were joining to provide, you know, a
3    one-on-one opportunity to go over things like
4    fiduciary responsibilities and, you know, the
5    role and purpose of the Committee and -- and
6    our objectives.
7                    So I -- I believe the process is
8    similar.  It may have become more structured,
9    more formalized, but I believe it's similar.
10        Q.        Okay.  Did you have a one-on-one
11   session with regard to fiduciary responsibility
12   when you joined the Committee?
13        A.        I do not specifically recall a
14   formal one-on-one session.  I recall
15   discussions with members of the Committee at
16   the time.  I recall a discussion about
17   fiduciary responsibilities.  I don't recall any
18   specific structured agenda.
19        Q.        Okay.  And do you recall whether
20   prior to joining the Committee, if you reviewed
21   the Plan's investment lineup?
22        A.        I did review the Plan's
23   investment lineup.  I reviewed that many times
24   often.
25        Q.        Would that have included a
```

Page 42

1                    CAROLYN CAMPBELL

2      review of previous quarterly investment reports

3      prepared by the Plan's advisor?

4              A.        I believe I saw a package of

5      prior meeting materials, which would have

6      included the quarterly investment review

7      assembled by our investment advisor.

8              Q.        Okay.  Do you recall whether you

9      reviewed any arrangements between the Plan and

10     any service providers or consultants?

11             A.        I do not recall reviewing any of

12     the engagement agreements with our service

13     providers.

14             Q.        Since you joined the Committee,

15     have you reviewed any arrangements between the

16     Plan and service providers or consultants?

17                     MR. BLUMENFELD:  Objection to

18            form.

19                     THE WITNESS:  I have reviewed

20            engagement agreements with our service

21            providers.

22     BY MR. ROBERTS:

23             Q.        Okay.  Including the Plan's

24     investment advisor?

25             A.        Yes.

Page 43

```
 1              CAROLYN CAMPBELL
 2              Including the Plan's investment
 3  advisor.
 4      Q.      Okay.  At the time that you
 5  joined the Committee, do you recall who served
 6  with you?
 7      A.      It was Derrick Jensen,
 8  Nick Grindstaff, Randall Wisenbaker, myself,
 9  and I believe it was Tracy McCready who would
10  have done-- from our HR, vice president of HR.
11      Q.      And since joining the Committee,
12  have you received any formal fiduciary
13  training?
14      A.      I'm going to go back.
15              MR. BLUMENFELD:  Objection.
16              THE WITNESS:  I'm going to go
17          back to the prior question.  It was not
18          Tracy McCready, I think she was already
19          gone.
20              It was Kim Riddle, who was vice
21          president of HR, and we were appointed in
22          the same timeframe.  So she had just
23          joined as our vice president of HR,
24          replacing Tracy McCready.
25              So I just need to clarify that
```

Page 44

                    CAROLYN CAMPBELL

1    prior answer.  Again, the timelines start

2    getting fuzzy.  I have a lot of years.

3  BY MR. ROBERTS:

4        Q.        I appreciate your foundation.

5        A.        Can you repeat the question that

6  you next asked, please?

7        Q.        Absolutely.

8                  Subsequent to joining the

9  Committee, have you ever received formal

10 fiduciary training with regards to ERISA?

11       A.        Yes.  The Committee engaged in

12 some formal training periodically.  Our

13 investment advisor was helpful in preparing

14 materials for that.

15                 We received those materials in

16 advance.  We'd come to the meeting, again, to

17 discuss our obligations and how best to fulfill

18 those obligations.  And so I think we reviewed

19 that pretty regularly.

20                 Informally, we -- we discussed

21 it, I would say, almost every meeting.

22       Q.        With regard to the more formal

23 one that you mentioned that happened

24 periodically, about how frequently would the

*Note: line numbers 1-25 as shown in original*

Page 45

                    CAROLYN CAMPBELL

1
2   formal fiduciary training or discussions occur?
3       A.       We would try to do something
4   annually.  I'm not certain that it occurred
5   every year on an -- on exactly an annual
6   schedule, but I recall multiple -- multiple
7   sessions of a -- you know, formal presentation,
8   if you will, and discussion, just to reground
9   everybody and make sure everyone is aware
10  and -- and reminded at all times.
11                And, in fact, we did a lot of
12  that informally at every meeting.  So I would
13  say that the training was very much an ongoing
14  process.  And -- and in some respects, I
15  hesitate to call it training.
16                We discussed it actively as an
17  ongoing responsibility and an ongoing effort to
18  be aware of those obligations.
19      Q.       Okay.  Do you know whether
20  instances where the Committee discussed formal
21  training materials, whether that would have
22  been something documented in meeting minutes?
23      A.       I believe it was included in
24  meeting minutes on multiple -- multiple
25  occasions.

Page 46

                    CAROLYN CAMPBELL

1

2        Q.        And how about with a more

3    informal ongoing discussions?

4                  Would those have been documented

5    in meeting minutes?

6        A.        In some cases, yes, and in some

7    cases, no.  Part of our -- part of our meetings

8    included a discussion of regulatory updates and

9    legal developments in the ERISA and Plan area.

10                 And so we would often engage in

11   a discussion of those developments and many

12   times that is in minutes as well.  So I would

13   say that it was more informal discussions are

14   very routine.

15                 Sometimes they are included

16   topically in the minutes.  Sometimes they're

17   addressed in a little more detail in the

18   minutes and sometimes they are not in the

19   minutes.  The minutes cover many other things.

20                 So I would say it was ongoing

21   and relatively routine.

22       Q.        Okay.  And in your review of

23   meeting minutes, say subsequent to a meeting,

24   but prior to discussing and potentially

25   ratifying in the next meeting, did you have an

Page 47

1                    CAROLYN CAMPBELL

2  instance where you felt that the meeting

3  minutes did not accurately capture the

4  substance of the Committee's discussions from a

5  prior meeting?

6          A.        I believe the minutes did a good

7  job of reflecting our meeting discussions.

8  Minutes are not intended to serve as a

9  transcript of a meeting.  They're not intended

10 to list every single topic or comment that is

11 addressed.

12                  They are designed to capture

13 some highlights that give a sense of the range

14 of discussions and deliberations that have

15 taken place.

16                  It is not intended to be an

17 exact replication of -- of comments, or

18 frankly, even discussion topics.  So it is just

19 to present a broad overview that serves to

20 document the Committee's structure --

21 structured process for deliberating and

22 reaching conclusions.

23         Q.        Okay.  Do you recall who was

24 responsible for taking meeting minutes?

25         A.        Our investment advisor team took

Page 48

CAROLYN CAMPBELL

1
2     the minutes of the meeting and prepared the
3     draft minutes that were circulated for our
4     review, and that was Rich Eager and Kartik
5     (phonetic) -- and I can't remember his last
6     name or pronounce his last name, so.
7          Q.          Okay.  And during the time
8     period that you've been on the Committee,
9     approximately how often did the Committee meet?
10         A.          The Committee meets four times a
11    year to review the investment results from the
12    prior -- or investment performance of the Plan
13    for the prior quarter.
14                     There have been one or two
15    occasions in the last six or eight years that
16    we have conducted a review of two quarterly
17    periods with one meeting due primarily to
18    schedule conflicts and the need to, you know --
19    wanting to bring -- make sure we have
20    everyone's availability.
21                     We needed to defer a committee
22    meeting here or there for so many weeks that we
23    decided to do two quarters review in one
24    meeting, but I believe that happened only once
25    or twice in the past, I don't know, eight

Page 49

1                    CAROLYN CAMPBELL

2    years, perhaps.

3                    But otherwise, we formally meet

4    every quarter to review quarterly investment

5    performance.

6         Q.        Do you know how the Committee

7    decided to meet on a quarterly basis?

8         A.        I believe it was because that's

9    a good opportunity to re-examine investment

10   performance.  Shorter periods are more

11   volatile.  We take a long-term view and

12   quarterly periods seem to be a convenient

13   measurement period and a convenient cadence, if

14   you will, to have a formal structured process.

15                   Now, we -- we did some things on

16   an annual cadence, we met quarterly, formally,

17   in-person quarterly scheduled to review the

18   investment performance.

19        Q.        Okay.  I know you mentioned that

20   the advisor would be responsible for preparing

21   meeting minutes for review by the Committee.

22                   Would the advisor also prepare

23   agendas for upcoming committee meetings?

24        A.        The advisor prepared agendas in

25   connection with input from our management team,

Page 50

1                    CAROLYN CAMPBELL
2    our HR team, any of us could add a topic or
3    propose a topic for discussion in advance of
4    the meeting and most of those items would
5    appear on the agenda.
6        Q.        So did the advisor typically
7    attend those quarterly meetings?
8        A.        Yes.  Our investment advisor
9    attended quarterly meetings.
10       Q.        Do you recall whether any other
11   service providers or advisors attended those
12   meetings?
13       A.        Our recordkeeper, Fidelity,
14   attended the meetings as well.
15       Q.        Okay.  And specifically, in the
16   context of the meetings themselves, what role
17   did the advisor play?
18       A.        The advisor is a facilitator for
19   the meeting, helps guide the Committee through
20   a rigorous process.  The advisor assembles a
21   compilation of materials to provide the
22   Committee in advance of the meeting.
23                 And we go through those
24   materials before we get to the meeting and come
25   to the meeting prepared to discuss the

Page 51

                    CAROLYN CAMPBELL

1

2    questions that we have, specific things we want

3    more information on, or -- or have questions

4    about.

5         Q.      Okay.

6                 MR. ROBERTS:  We've been going

7         just about an hour.

8                 Let's go off the record.

9                 THE VIDEOGRAPHER:  Going off the

10        record at 10:06.

11                This ends Media Unit 1.

12                      -   -   -

13                (Whereupon, a recess took place

14        from 10:06 a.m. to 10:18 a.m.)

15                      -   -   -

16                THE VIDEOGRAPHER:  We are back

17        on the record at 10:18.  This begins

18        Media Unit 2.

19   BY MR. ROBERTS:

20        Q.      Ms. Campbell, welcome back from

21   the break.  Did you speak to anyone on the

22   break?

23        A.      I did not.

24        Q.      Okay.

25                And you understand that you're

Page 52

```
 1                  CAROLYN CAMPBELL
 2   still under oath, correct?
 3        A.        I do.
 4        Q.        Great.
 5                  Before we took a break, I think
 6   we were discussing the role that the advisor,
 7   the Plan's advisor served in committee
 8   meetings, and I think you mentioned before that
 9   one of the representatives for the advisor was
10   Rich Eager.
11                  Do you recall as of the time you
12   joined the Committee, what entity -- what name
13   the advisor had at that time?
14        A.        Yes.
15                  It was Ascend Wealth Advisors.
16        Q.        Okay.  And did that change at
17   all during your time on the Committee?
18        A.        Yes.  It transitioned, and I'm
19   unfamiliar with whether Rich and his team moved
20   to a different firm, or whether Ascend was
21   acquired by a different firm.
22                  I don't really know the formal
23   structure that the transition took place, but I
24   know that our relationship was assigned by
25   Ascend to Prime Capital and Prime Capital is an
```

1                        CAROLYN CAMPBELL

2    entity that we now use.  It's QPA, Qualified

3    Plan Advisors, and it is Rich and his team.

4                    And from the Committee's

5    perspective, that transition process was

6    transparent and it was not much change at all,

7    other than a different logo and trademark

8    information on the cover page.

9                    So we felt like we had

10   continuity of advice, continuity of personnel,

11   and -- and no loss of continuity whatsoever

12   in -- in that transition, whatever form it

13   took.

14        Q.        Based on your conversations with

15   committee members, is it your understanding

16   that the Committee has been satisfied with --

17   now, QPA's performance in its different -- its

18   different names, its different forms over the

19   years since 2016?

20        A.        Yes.  The Committee is satisfied

21   with our investment advisor.  We believe that

22   they add value to our process.  They help us

23   with providing framework and structure, and

24   help us ensure that we have rigor in our

25   deliberations.

Page 54

1                    CAROLYN CAMPBELL

2                    And they bring a perspective

3    that is additive to each of the other

4    perspectives on the Committee, so we have been

5    pleased with what -- what they do for the

6    Committee and the value that they bring.

7         Q.        Do you recall during your time

8    on the Committee whether there's been any

9    requests for proposal with regard to the Plan's

10   investment advisor?

11        A.        I do not that believe we have

12   conducted a request for proposal to identify

13   any alternate investment advisor.

14        Q.        Okay.

15        A.        During my tenure.

16        Q.        Sorry.

17                  Is there a reason for that?

18        A.        I believe the Committee

19   regularly considers whether we're happy with

20   QPA, or whether we -- we think there is a

21   better alternative or might be a better

22   alternative, and to this point, we've been very

23   pleased with the service that we receive from

24   QPA.

25                  We believe it's comprehensive.

Page 55

CAROLYN CAMPBELL

1
2    We believe it is responsive.  And we believe
3    they have expertise that is valuable to us,
4    so --
5         Q.      Setting aside an RFP process,
6    has the Committee ever, during your tenure,
7    done anything else to compare the services
8    offered by QPA or Ascend, or anything in
9    that -- that interim period to the services
10   provided by any other potential advisors in the
11   market?
12                 MR. BLUMENFELD:  Objection.
13                 THE WITNESS:  I am not aware of
14        any specific discussions to consider an
15        alternative investment advisor.
16             I am aware of discussions that
17        we are pleased with the service that we
18        get from QPA and the materials that they
19        bring to us for our review.
20             So I -- I believe our -- our --
21   BY MR. ROBERTS:
22        Q.      Sorry.  You just cut out for me.
23             Can you hear me?
24                 MR. ROBERTS:  Is anyone else
25        having trouble hearing Ms. Campbell?

Page 56

1                    CAROLYN CAMPBELL

2                    THE VIDEOGRAPHER:  Yes.  She

3          just lost audio.  I'm not sure why.

4                    MR. BLUMENFELD:  Can you hear us

5          now?

6                    MR. ROBERTS:  I can hear you

7          now.

8     BY MR. ROBERTS:

9          Q.       Sorry, Ms. Campbell.  I believe

10    you got cut off in your answer.

11                    I think you were expressing that

12    the Committee was pleased with the materials

13    and the services provided by QPA?

14          A.       That's correct.

15                    And I think we just -- we

16    regularly discussed whether they were meeting

17    our expectation in terms of answering our

18    questions, bringing us the information that we

19    wanted to have before us.

20                    So I do not recall specifically,

21    though, any discussions where we said we'd like

22    to consider someone else other than QPA at this

23    point.

24          Q.       Okay.  With regard to those

25    conversations regarding the Committee's

Page 57

1                    CAROLYN CAMPBELL
2    satisfaction with the materials provided and
3    the advice given by the advisor, did -- did the
4    Committee ever have any formal evaluation
5    criteria that they used to monitor the Plan's
6    advisor?
7                        MR. BLUMENFELD:  Objection.
8                        THE WITNESS:  I think our
9         evaluation criteria was based on our own
10        experience, meeting to meeting.
11                        We believe we understood the
12        role that question was intended.
13                        MR. BLUMENFELD:  Hey, guys.  We
14        just heard a weird echo on our end.
15                        Did you guys also hear that?
16                        MR. ROBERTS:  I did hear that on
17        my end.  Yes.
18                        THE WITNESS:  We believe we
19        understood --
20    BY MR. ROBERTS:
21        Q.        Sorry.  Go ahead.
22        A.        We believe we understood the
23    role that QPA was expected to fill, and as --
24    as we met with them, we felt like they were
25    doing a very good job of fulfilling that role

Page 58

1                    CAROLYN CAMPBELL

2   and assisting the Committee in its review and

3   deliberation process.

4           Q.        Do you have an understanding as

5   to when Ascend first began serving as the

6   advisor to the Plan?

7           A.        Yes.  I believe they were

8   engaged in 2015.

9           Q.        During your time on the

10  Committee, has there been a point person for

11  communications with the advisor?

12          A.        I believe we've all communicated

13  with the advisor.  Different people have --

14  different people on the Committee have

15  questions about different things and any of us

16  are -- are free and invited to correspond with

17  the advisor when we feel it is appropriate.

18                    I know several members of our HR

19  team as well who are not on the Committee, that

20  support the Committee, also communicate with

21  our advisor.  I've had a number of phone calls

22  with our advisor, a number of em ails back and

23  forth with our advisor.  I know other members

24  of the Committee have done the same.

25                    So I believe we all have fulsome

Page 59

1                    CAROLYN CAMPBELL
2     access and they have been very responsive to
3     the requests that we've made.
4          Q.        Do you recall any instances in
5     which you, personally, reached out to the
6     advisor outside of committee meetings?
7          A.        I do recall instances where I've
8     communicated with our advisor outside the
9     committee meetings principally by email and
10    occasionally by phone, sometimes regarding the
11    investment policy statement, sometimes
12    regarding minutes, sometimes regarding
13    investment performance summary.
14         Q.        Okay.  And then with regard to
15    materials that circulated advance of meetings
16    over the years, did you have a practice of
17    maintaining any of those materials?
18         A.        I did not maintain those
19    materials.  Are you asking, did I keep them
20    over time?
21         Q.        Yes.  You, personally, did you,
22    upon receiving materials in advance of
23    meetings, did you keep those materials
24    somewhere, whether digital or hard copy?
25         A.        Well, the practice of

Page 60

1                    CAROLYN CAMPBELL

2    circulation of materials have evolved over

3    time.  When I first joined the Committee in

4    2016, materials were circulated in advance of

5    the meetings in hard copy.

6                    So we would receive, you know, a

7    deck -- a stack of paper with multiple

8    different parts and pieces, components,

9    supporting the different items on the agenda,

10   but those hard copies were delivered to us, I

11   would say, generally, in between three and five

12   days before the committee meeting.

13                   Our practice was to review

14   materials before we went into the meeting and

15   that was the expectation of the Committee, that

16   the materials had been reviewed so we were able

17   to come in prepared.

18                   Over time and, I guess,

19   particularly starting with COVID, the materials

20   were delivered electronically through either an

21   email or added into the calendar appointment as

22   documents for the meeting.

23                   Those would be -- those

24   materials would be distributed or circulated

25   electronically in advance of the meeting.

Page 61

```
                    CAROLYN CAMPBELL
 1
 2              Again, three, five days before
 3   the meeting.  We would have an opportunity to
 4   review those ourselves, again, either in hard
 5   copy -- if we wanted to print, we could print
 6   our own copies.  If we wanted to review
 7   electronically, we could do that.
 8              In every case, both during that
 9   early timeframe and during the later timeframe,
10   they also brought hard copies of the entire
11   deck to the meeting for anyone who wanted to
12   consult the hard copy while they were in the
13   meeting.
14              Many of us had printed our own
15   hard decks because we'd been reviewing paper
16   copies on our own, some of us printed out parts
17   and pieces of certain of the decks and brought
18   small subsets into the meeting in hard copy and
19   had our computers or iPads with us and reviewed
20   electronically during the meeting other parts
21   and pieces.
22              So there was kind of a variety
23   of methodologies in terms of how people
24   reviewed or -- or studied and then participated
25   during the meeting.
```

Page 62

1                    CAROLYN CAMPBELL

2                    But I can say in every case, the

3    materials were circulated in advance and we

4    were able to, and I believe we did, prepare in

5    advance before showing up in-person.

6         Q.        During your tenure on the

7    Committee, at any time you needed reference old

8    Committee materials, how would you go about

9    doing so?

10        A.         If the materials were

11   distributed electronically, I could go back

12   into my calendar or an email prior to that

13   meeting and locate old materials.

14                   And so that was -- there was

15   capability to do that pretty easily during the

16   electronic circulation time period.

17                   During the hard copy circulation

18   time period, we could go back to QPA, we could

19   go back to our HR team, who I'm assuming, you

20   know, maintained a little bit of a duplicate

21   set.

22                   Committee members could

23   maintain, I did not, I did not maintain

24   materials from meeting to meeting as a practice

25   because it's -- the materials do become

Page 63

                    CAROLYN CAMPBELL

1   outdated and they're replaced by more current

3   information.

4           So I -- I understood that if

5   there was a need to go back, we could ask for

6   the information and -- and get it.

7       Q.      And then, did you have,

8   throughout your tenure on the Committee, a

9   regular practice preparing for committee

10  meetings?

11      A.      Yes.  I would review -- I would

12  get the materials in advance, review the

13  agenda, the minutes, the investment

14  performance, presentation deck, the Plan

15  statistics deck.

16          I would print out either the

17  entire set of documents or parts and pieces of

18  various documents.  I reviewed every -- every

19  deck that was included, occasionally there was

20  a handout during a meeting.

21          If there was anything like that,

22  it was typically something that was very short

23  and something that was being supplemental to

24  the more comprehensive material that had

25  already been circulated.

Page 64

                    CAROLYN CAMPBELL

1

2              But I spent hours reviewing the

3    materials so that I could come in and have my

4    comments sort of highlighted or circled for

5    myself to bring to the Committee and see if

6    there were things that we wanted to address as

7    a group, or get an explanation from our

8    investment advisor, or just have a discussion

9    about it.

10        Q.        Okay.  As part of that

11   preparation, would you review the performance

12   of the investments in the Plan lineup?

13        A.        Yes.  I would review the menu of

14   options, Plan options.  I would review

15   investment performance results.  We looked at

16   multiple time periods.  We looked at multiple

17   metrics, a number of quantitative metrics.

18              We considered a lot of factors.

19   We considered performance against overall

20   market returns.  We considered performance

21   against benchmarks, indexes.

22              We considered quantitative risk

23   analysis ratios, if you will, risk-adjusted

24   returns, absolute returns.  We oftentimes got

25   additional information that would supplement

Page 65

1                    CAROLYN CAMPBELL
2    that quantitative information and it was sort
3    of a wholistic approach.
4                    We -- we used a lot of judgment
5    and discretion to have a fulsome approach.
6        Q.            In that answer, I think you
7    referenced we several times.
8                    So would that have been the
9    Committee's practice in reviewing the
10   performance of -- of investments during
11   meetings?
12                    MR. BLUMENFELD:  Objection.
13                    THE WITNESS:  During the
14            meetings, we would typically start with
15            an overview of the market generally, I
16            think, to provide context for the
17            discussion.
18                    And we would discuss any, I
19            guess, sort of macro factors, if you
20            will, that impact investment performance
21            overall, impact the market overall.
22                    We would look at our funds
23            lineup in the context of that overall
24            market and having reviewed the materials
25            in advance, we could hone in on any

Page 66

1                    CAROLYN CAMPBELL

2        specific inquires that we had about

3        specific fund performance metrics, and

4        anything that we wanted to focus on

5        with -- with a more -- you know, more

6        detailed or more -- a little more

7        scrutiny than otherwise would have come

8        about.

9                    So we -- we all kind of did our

10       own work independently, and then brought

11       just our discussion topics into the room

12       to discuss together.

13   BY MR. ROBERTS:

14       Q.        So as part of your own

15   preparation for those meetings, would you

16   review fund performance on a fund-by-fund

17   basis?

18       A.        Yes.  I reviewed the performance

19   metrics, compilations that QPA prepared.  I

20   reviewed the criteria that they used to -- or

21   that they presented across a number of

22   different metrics for every fund behind those

23   pages was more detail about each fund and

24   individual sector weightings within the fund.

25                    And many times, you know, there

1                        CAROLYN CAMPBELL

2    are extra pages with detail about each fund's

3    principal holdings, and files, and capital

4    allocation portfolio theory, I guess, would be

5    -- might be the right word to use.

6                        So we -- there was a lot of

7    detail, and I did review every -- every page of

8    it.  I flipped through every page of the deck

9    and would review things that, you know, would

10   appear to me to be an appropriate thing for us

11   to consider in looking out for the interests of

12   the Plan participants.

13        Q.        More generally, are you familiar

14   with what a target date fund is?

15        A.        I am familiar with target date

16   funds.

17        Q.        What is your understanding of

18   what a target date fund is?

19        A.        Target date funds, is generally

20   a group of funds with different vintages that

21   are labeled with a year, that is designed to

22   correspond with the year of retirement.

23                        So it enables some

24   diversification and allows for an allocation of

25   asset classes that is appropriate to different

Page 68

1                    CAROLYN CAMPBELL

2      people with different ages and different risk

3      tolerances based on age and other

4      characteristics.

5           Q.        Are you familiar with the

6      Fidelity Freedom funds?

7           A.        I am familiar with the

8      Fidelity Freedom funds.

9           Q.        Are those an investment that

10     were offered in the Plan during your tenure on

11     the Committee?

12          A.        Yes.  The Freedom funds were

13     offered as an investment alternative during

14     that tenure.

15          Q.        Are the Freedom funds, are those

16     still in the Plan today?

17          A.        No.  At some point, we elected

18     to move to a different set of target date

19     funds, a different suite that had a different

20     investment philosophy, a different portfolio

21     theory and that was in mid 2020.

22                    We -- we studied that for a

23     number of meetings, and decided that it was in

24     the best interests of our Plan participants to

25     move to a plan blend target date suite, which

Page 69

1                    CAROLYN CAMPBELL

2    have, again, different characteristics in terms

3    of active, passive, in terms of types of sub

4    funds, if you will, sub investments.

5         Q.        Do you know when the Fidelity

6    Freedom Funds were first offered as an

7    investment option in the Plan?

8         A.        I am aware that the Freedom

9    funds were offered as an investment option when

10   I joined the Committee in 2016.  I am aware

11   that we offered target date funds when I joined

12   the Company in 2010, but I don't remember at

13   that point if it was Freedom funds, target date

14   suite or not.  In 2010, I was not on the

15   Committee, but I was investor or a participant

16   in the 401(K) Plan.

17                  So during my tenure as a

18   committee member, 2016 forward, we did have the

19   Fidelity Freedom funds in 2016, is my

20   recollection.

21        Q.        Okay.  Are you familiar with the

22   term, qualified default investment alternative?

23        A.        Yes.  I am.

24        Q.        What is your understanding of

25   that term?

1                    CAROLYN CAMPBELL

2          A.          Our -- our Plan participants

3    have the option to invest their deferrals and

4    their match dollars as they see fit in a

5    variety of different options from our Plan

6    menu.

7                    If they do not make a -- an

8    investment election from among those options,

9    there is a default option.  And for Quanta's

10   401(k) plan, our qualified default investment

11   option is the target date fund that is

12   associated with that participant's retirement

13   age.

14         Q.          Okay.  Do you recall whether at

15   the time you joined the Committee in 2016,

16   whether the Fidelity Freedom funds were the

17   QDIA for the Plan?

18         A.          I believe the Freedom Funds,

19   target date funds, were the QDIA for our 401(k)

20   Plan.

21         Q.          During your tenure on the

22   Committee, have you generally been aware of the

23   percentage of Plan participants invested in the

24   QDIA at any given time?

25         A.          I am aware that 45 to

Page 71

1                    CAROLYN CAMPBELL

2    48 percent -- I mean, it fluctuates -- of the

3    total Plan assets are in the target date funds.

4    I'm aware of the percentage of participants

5    that are in the target date funds.

6         Q.        Okay.  And then going back to

7    more of your role as a committee member.

8                   Did you have an understanding

9    from 2016 to the present, as to whether there

10   were any documents governing your conduct as a

11   committee member?

12                   MR. BLUMENFELD:  Objection.

13                   THE WITNESS:  The documents, I

14        believe, that govern my conduct as a

15        committee member would be our investment

16        policy statement and our duties under

17        ERISA.

18   BY MR. ROBERTS:

19        Q.        Do you recall whether the

20   Committee ever had a charter?

21        A.        I believe the investment policy

22   statement serves as our charter.

23        Q.        Okay.

24                   And you mentioned investment

25   policy statement?

Page 72

1                    CAROLYN CAMPBELL

2                    What is your understanding as to

3    what an investment policy statement is?

4                         MR. BLUMENFELD:  Objection to

5         form.

6                         THE WITNESS:  I believe the

7         investment policy statement provides a

8         framework that outlines a structure for

9         the process of maintaining a 401(k) plan,

10        and it creates a framework for the

11        Committee to use to monitor Plan

12        performance, investment performance of

13        its fund's lineup, selection of the

14        investments that make up the fund's

15        lineup and benchmarking plan expenses and

16        fund expenses.

17                    So it's a tool.  It's provides a

18        structure that the Committee can use as a

19        tool in its deliberations, and in its

20        process for fulfilling its role.

21   BY MR. ROBERTS:

22        Q.      Did you utilize the -- an

23   investment policy statement in your day-to-day

24   monitoring as a committee member during your

25   time on the Committee?

Page 73

1                    CAROLYN CAMPBELL

2          A.        I think we relied on the

3    investment policy statement to provide the --

4    the context and framework for our -- our

5    Committee's activities.

6                    MR. ROBERTS:  I'm going to have

7          my colleague, Shuping, mark as Exhibit 1,

8          a document with the Bates stamp

9          Quanta_001004, which I'll represent is a

10         version of the 2015 investment policy

11         statement.

12                       -   -   -

13                    (Whereupon the document was

14         marked, for identification purposes, as

15         Exhibit Number 1.)

16                       -   -   -

17   BY MR. ROBERTS:

18         Q.        But I think --

19                    MR. BLUMENFELD:  John, just

20         before you go, you cut out on the

21         microphone.  You said 2000 and something

22         to the year?

23                    MR. ROBERTS:  Sorry.

24                    October 2015.

25                    MR. BLUMENFELD:  Thank you.

Page 74

1                    CAROLYN CAMPBELL
2    BY MR. ROBERTS:
3         Q.        And so you're probably familiar
4    with this from the other deposition, but he'll
5    put this on the screen and give you remote
6    control to scroll through the document and let
7    me know if you have any difficulties with that.
8                    We'll also upload this to
9    Exhibit Share.
10                   MR. BLUMENFELD:  Thank you.
11                   MR. ROBERTS:  Yeah.
12                   THE WITNESS:  I can see the
13        document.
14   BY MR. ROBERTS:
15        Q.        Okay.  So feel free to scroll
16   through and review and let me know when you've
17   had a chance to review and I'll ask my
18   questions.
19        A.        Okay.
20        Q.        And do you recognize this
21   document?
22        A.        I recognize the document.
23        Q.        Okay.
24                   And acknowledging that you
25   didn't join the Committee until 2016, do you

Page 75

CAROLYN CAMPBELL

1

2  recall whether this 2015 IPS would have been in

3  effect at the time that you joined the

4  Committee?

5       A.       I believe it was in effect at

6  the time I joined the Committee.

7       Q.       Okay.  Do you recall subsequent

8  to reviewing this IPS, if the IPS was ever

9  revised or amended during your time on the

10 Committee?

11      A.       Yes.  It was revised during my

12 time on the Committee.

13      Q.       What was the process for

14 revising the IPS?  Specifically, was that

15 something that was kind of done at the request

16 of the Committee or was it subject to a

17 periodic review?

18      A.       I don't recall reviewing it

19 several times over the years.  I don't remember

20 specifically whether there was a cadence of

21 annual review or not.

22               I do remember several iterations

23 going back and forth.  I remember commenting on

24 it several times.  I -- I don't remember the

25 specific -- the specific dates as of this

Page 76

1                    CAROLYN CAMPBELL

2    point, although, we could go back and look at

3    documents and figure that out.

4                    But this -- this version is

5    signed and I believe it was in effect.

6         Q.        Okay.  Do you recall whether

7    revisions to the IPS were required to be

8    approved by the Committee?

9         A.        Yes.  I believe they were

10   required to be approved by the Committee.

11        Q.        To the best of your

12   recollection, would changes to the IPS, would

13   those be reflected in meeting minutes?

14                    MR. BLUMENFELD:  Objection.

15                    THE WITNESS:  I believe we

16        reviewed the -- the IPS, and proposed

17        changes -- proposed changes were often

18        circulated with a deck of materials in

19        advance of the meeting.

20                    We would have an opportunity to

21        review those proposed changes in

22        preparation for the meeting.  We would

23        then come to the meeting and discuss

24        proposed changes and offer suggestions.

25                    And we would then communicate

Page 77

```
 1                    CAROLYN CAMPBELL
 2         with QPA, share drafts, go back and
 3         forth.  I was part of that process on
 4         several occasions over the years.
 5    BY MR. ROBERTS:
 6         Q.        Okay.  And do you recall any
 7    instance in which you or other committee
 8    members expressed concern that the guidance or
 9    criteria in the investment policy statement was
10    either not appropriate or not sufficient?
11         A.        I recall us addressing the
12    criteria for fund evaluation on several
13    occasions.  It was something that we studied.
14    We wanted, again, to provide structure for our
15    deliberations.
16                   We believed and wanted that
17    structure to be reflected as a -- a framework,
18    and to add some discipline to the process.
19    However, we wanted to also ensure that, as a
20    Committee, we had -- we had discretion.
21                   So we could evaluate qualitative
22    factors, quantitative factors, and -- and bring
23    together a fulsome set of opinions and
24    evaluations and perspectives to reach our
25    conclusions.
```

Page 78

1                    CAROLYN CAMPBELL

2              So I believe the investment

3    policy statement did that, and we -- to ensure

4    that it -- that, number one, we were following

5    the guidelines set forth in the investment

6    policy statement and that the investment policy

7    statement reflected what we actually did.

8         Q.       Scrolling down to the second

9    page of this, which is a table of contents,

10   Quanta 001405.

11              Are you there?

12        A.       Yes.  I'm there.

13        Q.       There's a number of items listed

14   here with page numbers.  At the bottom there's

15   exhibits -- it says Appendix A, asset classes

16   and assigned benchmarks.

17              Are you familiar with who was

18   responsible for selecting assigned benchmarks

19   for the funds offered in the Plan?

20        A.       I think it's the Committee's

21   responsibility to determine the benchmarks and

22   we consulted our investment advisor on that,

23   our investment advisor would propose

24   recommendations.

25              And we would assess our -- our

1                    CAROLYN CAMPBELL

2    tendency to agree with those or not, and we

3    debated, occasionally, whether one benchmark or

4    another was appropriate, but I think we relied

5    also on the expertise of our advisor and gave

6    his recommendations serious consideration.

7         Q.        Okay.  And then I'll have you

8    scroll down to Page 7 of the presentation of

9    the IPS, which is Bates stamped 001410.

10        A.        I'm there.

11        Q.        With the heading, Roles and

12   Responsibilities of the Various Parties.

13                  Do you see that slide?

14        A.        No.  Let me make sure I'm on the

15   same page as you.  Okay.  There we go.

16        Q.        So on this page, there's a

17   section that says, Governing Laws and Policies,

18   then there's a subheading labeled, Written

19   Records.

20        A.        Yes.

21        Q.        And here it says:  The

22   investment advisor has agreed to prepare

23   written quarterly reports for the Committee to

24   assist in both the selection and monitoring of

25   the investment options offered under the Plan,

Page 80

1                    CAROLYN CAMPBELL

2   including specific investment option

3   recommendations or consideration by the

4   Committee.

5                    The Committee shall create and

6   maintain written records of all decisions

7   relating to the choice and ongoing monitoring

8   of the investment options under the Plan.

9   Minutes shall be taken of all meetings noting

10  time and place, attendees, matters discussed,

11  and decisions reached.

12                    The minutes shall document

13  investigation, facts, and the reasoning that

14  went into the making of such decisions.

15  Relevant documents or materials used by the

16  Committee in its decision-making process shall

17  be included in or annexed to such minutes.

18                    Do you see that?

19        A.        I see that.

20        Q.        Is this consistent with your

21  understanding regarding the minuting practices

22  of the Quanta Committee?

23                    MR. BLUMENFELD:  Objection.

24                    THE WITNESS:  I believe it is.

25                    I believe the minutes reflect

Page 81

1                    CAROLYN CAMPBELL

2        that we received materials to evaluate.

3                We did evaluate fund

4        performance, investment lineup.  We

5        discussed our questions.  We engaged in

6        deliberations and we have minutes that

7        reflect that.

8    BY MR. ROBERTS:

9        Q.        Do you believe that the minutes

10   accurately document investigation, facts, and

11   reasoning that went into the making of

12   decisions?

13       A.        I believe that the minutes

14   reflect that the Committee engaged in a

15   thorough process.  And we do not include in

16   minutes every detailed comment, every detailed

17   question, because the -- the discussions were

18   thorough.

19                And the -- the details are

20   included in hundreds of pages of information,

21   so I believe the Committee minutes reflect that

22   an evaluation process occurred, a discussion

23   was encouraged, evaluation was based on

24   judgment of committee members.

25                Deliberations took place within

Page 82

                    CAROLYN CAMPBELL

1   the group to make decisions.  Again, I don't

2   believe the minutes reflect every comment or

3   every issue.  They reflect an overall process

4   that was conducted with very deliberate

5   intentions.

6       Q.      Do you believe that the meeting

7   minutes accurately reflect the reasoning that

8   went into decision-making?

9                   MR. BLUMENFELD:  Objection.

10                  THE WITNESS:  There were many

11          reasons that went into most decisions.

12          There -- we had a lot of factors to

13          consider.  We had a lot of information to

14          assimilate.

15                  We had quantitative metrics.  We

16          had performance results.  We had

17          benchmarking comparisons.  We had

18          qualitative information as well.

19                  We would often ask for

20          additional information about

21          circumstances that were outside of

22          quantitative metrics and those

23          qualitative factors would be taken into

24          account in our judgment, decisions.

Page 83

                    CAROLYN CAMPBELL

1                   Again, I think our minutes

2          reflect that we engaged in those

3          discussions, in robust discussions.

4                   And the minutes can't reflect

5          every single comment, so -- so I think

6          they're accurate.

7   BY MR. ROBERTS:

8       Q.      I think you listed kind of

9   numerous types of information that you received

10  and considered.  What I'm asking is the actual

11  reasoning for the decisions.

12                  Do you think the reasoning

13         behind decisions is reflected in the meeting

14         minutes?

15                  MR. BLUMENFELD:  Objection.

16                  THE WITNESS:  I think the

17         reasons are reflected in many instances

18         in the minutes.  I think we were often

19         trying to look into what might be driving

20         under perform or even overperformance as

21         well.

22                  We would want to understand that

23         as a Committee and say the minutes will

24         often reflect that.

Page 84

CAROLYN CAMPBELL

1

2          We acknowledge that a particular

3     fund may trail its benchmark.  It may

4     outperform its peer group at the same

5     time.  We may try to understand the

6     reason why and we would evaluate those

7     reasons in the context of, you know,

8     market dynamics and -- and get an

9     understanding as -- of how the portfolio

10    manager's outlook might be worthwhile or

11    not.

12         So there were -- there were a

13    lot of factors that we would try to bring

14    together and I think the minutes reflect

15    some of those things.

16 BY MR. ROBERTS:

17    Q.       Okay.  So throughout your tenure

18 on the Committee, during the time that you

19 served as deputy general counsel and corporate

20 secretary, did you attend meetings of the Board

21 of Directors of Quanta in that capacity?

22    A.       Yes.  I attended all meetings of

23 the Board and all meetings of all the

24 committees of the Board.

25    Q.       Okay.

Page 85

1                   CAROLYN CAMPBELL

2                   In that role, did you take

3    minutes of the Board of Directors' meetings or

4    any committees of the Board of Directors?

5         A.        Yes.  I did.  I took minutes of

6    all the meetings.

7         Q.        Were your minuting practices for

8    those meetings similar to the minuting

9    practices that the advisor followed with regard

10   to Investment Committee meetings?

11                  MR. BLUMENFELD:  Objection.

12                  THE WITNESS:  Yes.  My meeting

13        minutes are similar in some respect to

14        these and different in some respect to

15        these, similar in some respects to these

16        and they are not a transcript of the

17        meeting.

18                  They cover topics addressed and

19        indicate that the participants in the

20        meeting came to the meeting to -- or

21        with -- with preparation to discuss

22        issues pertaining to the matter at hand.

23                  They -- they did not reflect any

24        detailed conversations.  They did not

25        reflect each and every, you know,

Page 86

1                    CAROLYN CAMPBELL
2         comment, each and every discussion that
3         ensued.
4                    They reflect an overall process
5         to sort of document the fact that
6         deliberations occurred and that the
7         Committee was acting as a group with
8         individual perspectives to reach a
9         conclusion.
10                   I believe my meeting minutes
11        were similar to the style of meeting
12        minutes for the 401(K) Plan Committee.
13   BY MR. ROBERTS:
14        Q.        How are they different?
15        A.        The difference between the way I
16   prepared the minutes and circulated them is
17   associated primarily, what lawyers refer to as
18   version control.
19                   And I would include in the
20   advanced materials that went out to board and
21   committee members added Quanta Services would
22   include a draft stamp on the minutes.
23                   And the name of the document
24   would state draft.  And during the meeting,
25   when the minutes -- the draft minutes were

Page 87

1                     CAROLYN CAMPBELL

2    submitted for approval, the committee members

3    could and/or directors could offer their

4    comments and it would typically approve the

5    draft as presented.

6              Occasionally, directors or

7    committee members would suggest comments or a

8    revision and the minutes would be approved with

9    that revision.

10             And at that point, as -- as the

11   owner of the notes on behalf of the Board or

12   the Committee, I would relabel the document as

13   final, remove the final -- I mean, remove the

14   draft header stamp and actually sign the

15   minutes as secretary.

16             That's the difference to me, is

17   being a little more precise, if you will, about

18   reflecting whether this is a draft or a final.

19   And with the minutes that I maintained, it's

20   very clear both with a document name and the

21   absence of a draft header stamp, and then

22   second of all, a signature.

23        Q.        Okay.  Turning back to the

24   document, you can scroll down to Quanta 000414.

25        A.        Okay.

Page 88

1                    CAROLYN CAMPBELL

2          Q.          This slide is titled -- this

3     page is titled, Investment Objectives, Criteria

4     For Review, and Review Processes, the Selection

5     of Investment Options.

6                    There's a list of quantitative

7     factors here.  The first bullet point says,

8     long-term performance volatility and relative

9     risk as measured by Alpha, Beta, R-squared,

10    Sharpe Ratio and Standard Deviation Statistics.

11                   What is your understanding as to

12    what Alpha is?

13         A.          Alpha is a measurement of

14    investment performance relative to the market

15    and indicates the value provided by a manager.

16         Q.          Sorry.  You just cut out.

17         A.          I'm not sure I could get more

18    detailed than that.

19         Q.          I think -- I think I just lost

20    the second half of your answer.

21                   Could you just repeat that?

22         A.          I said I'm not sure I can get

23    much more detailed than that, but my

24    understanding of Alpha is a metric as

25    investment performance relative to the overall

Page 89

1                      CAROLYN CAMPBELL

2    market and it is indicative of the value of

3    having a manager.

4         Q.        How about with regard to Beta?

5                   What's your understanding of

6    what Beta is?

7         A.        Beta is a measure of risk or

8    volatility.

9         Q.        How about R-squared?

10        A.        R-squared is a -- I might be

11   confusing Sharpe Ratio and R-squared.  One, I

12   believe, tracks correlation with an index, the

13   other one is a -- is a risk-adjusted measure of

14   return.  I may have them backwards so I have to

15   cover them both together.

16        Q.        Okay.  And then how about

17   Standard Deviation Statistics?

18                  How -- how did you consider

19   Standard Deviation Statistics in selecting and

20   monitoring investments?

21                  MR. BLUMENFELD:  Objection.

22                  THE WITNESS:  Standard Deviation

23        Statistics would have been used to show

24        us whether certain investment options

25        were within acceptable ranges of peers

Page 90

1                CAROLYN CAMPBELL

2        and performance, market performance.

3    BY MR. ROBERTS:

4        Q.        Okay.  Then the next bullet

5    point says, Competitive and Consistent

6    Performance Measured Against an Appropriate

7    Benchmark.

8                 In this context, do you recall

9    how the Committee determined whether the

10   performance of an investment was competitive

11   against an appropriate benchmark?

12       A.        I believe we used those words in

13   a sort of a qualitative and quantitative

14   combination.  There was not a specific

15   quantitative assessment or threshold.

16                I think we viewed competitive in

17   the context of the overall market in terms of

18   an outlook and in the context of the investment

19   manager's portfolio theory.

20                So we -- we looked at that as

21   one of many evaluation criteria, and -- and

22   wanted to ensure that we did have competitive

23   performance metrics for our Plan.

24                We wanted to ensure that our

25   funds were competitive and had competitive

Page 91

1                    CAROLYN CAMPBELL

2     performance results.  And we reviewed

3     information to enable us to make that

4     assessment.

5          Q.        Okay.  Did you have any -- any

6     criteria when looking at performance to

7     determine kind of a threshold whether or not a

8     fund's performance would be deemed competitive

9     relative to benchmarks?

10          A.        We reviewed a number of

11     statistics that were quantitative.  There was

12     not a threshold that we viewed as competitive

13     or not competitive.

14                    We reviewed returns against

15     benchmarks.  We reviewed performance results

16     against peer groups, and -- and took that into

17     account as one piece of information that would

18     assist us in our overall, you know,

19     decision-making process.

20                    MR. ROBERTS:  Why don't we go

21          off the record?

22                    THE VIDEOGRAPHER:  Going off the

23          record at 11:18.

24                    This ends Media Unit 2.

25

Page 92

1                    CAROLYN CAMPBELL

2                         -   -   -

3                    (Whereupon, a recess took place

4              from 11:18 a.m. to 11:53 a.m.)

5                         -   -   -

6                    THE VIDEOGRAPHER:  We are back

7              on the record at 11:53.

8                    This begins Media Unit 3.

9     BY MR. ROBERTS:

10             Q.       Ms. Campbell, welcome back from

11    lunch.  While we were off the record, we marked

12    as Exhibit 1, a version of the document we were

13    just looking at, the 2015, now with a Bates

14    stamp, so that should be in Exhibit Share.

15                   We'll just strike the -- the

16    exhibit that does not have a stamp on that.

17             A.       I see it.

18             Q.       Okay.  And feel free to review.

19    I'll represent this is the same document we

20    were just looking at, but just now bearing a

21    exhibit number stamp on it.

22                   So my question, I'll take you

23    back down to Page 1414 that we were on before

24    the break.

25             A.       Okay.  I'm there.

Page 93

1                    CAROLYN CAMPBELL

2       Q.        Okay.  And before we went to

3    break, I think I was asking you some questions

4    about how the Committee considered whether an

5    investment was competitive against an

6    appropriate benchmark.

7                    Focusing on the other language

8    in this -- this bullet, it says consistent

9    performance measured against an appropriate

10   benchmark.

11                   Do you recall what, if any,

12   metrics the Committee considered in reviewing

13   what it defined as consistent performance

14   against the benchmark?

15                   MR. BLUMENFELD:  Objection.

16                   THE WITNESS:  I believe the

17        Committee looked at some quantitative

18        metrics over several different periods or

19        points in time, three-month returns,

20        one-year returns, three-year returns,

21        five-year returns.

22                   And we -- we looked at those

23        over time as well.  So we would examine

24        them every quarter as part of our

25        investment performance evaluation of the

Page 94

                    CAROLYN CAMPBELL

1                    funds.

2                        So I think consistent

3        performance would have been evaluated

4        from a qualitative point of view,

5        reviewing quantitative data and looking

6        historically over a period.

7   BY MR. ROBERTS:

8        Q.        Okay.  And the next bullet point

9   says manager performance measured against the

10  relative peer group.

11                   Do you recall how the relative

12  peer group for investments were selected?

13                   MR. BLUMENFELD:  Objection.

14                   THE WITNESS:  Our -- our peer

15       group information was typically related

16       to funds of similar styles, whether it be

17       large cap, small cap, or growth, or

18       value, or blend, or different asset

19       classes.

20                   And we would evaluate the return

21       performance of the fund against return

22       performance of a peer group average, and

23       assess whether our fund was -- was -- how

24       our fund was performing relative to the

Page 95

1                    CAROLYN CAMPBELL

2          average.

3     BY MR. ROBERTS:

4          Q.        Would the relative peer group

5     for each investment, would that have been

6     something that the investment advisor would

7     have initially identified, subject to

8     discussion and approval by the Committee?

9          A.        Yes.  That would be the typical

10    way we would identify or select the peer group.

11         Q.        I believe with regard to the

12    benchmark -- benchmarks, you had mentioned that

13    those discussions, there was some debate as to

14    whether or not to ultimately adopt certain

15    benchmarks initially recommended by the

16    advisor.

17                    Do you -- do you recall whether

18    that occurred with regard to the relative peer

19    groups proposed by the advisor?

20         A.        I -- I don't recall specific

21    conversations.  I do recall having over the

22    course of different meetings, discussions about

23    why we used this peer group versus a different

24    category or label, or why we used one index

25    over a different similar or -- or otherwise,

Page 96

1                    CAROLYN CAMPBELL

2    labeled index.

3                    But I don't have a recollection

4    of specific instances.

5         Q.        Okay.  I would now have you

6    scroll down to Page 1420, which I believe is

7    Page 17 of the PDF.

8         A.        Yes.  I see it.

9         Q.        Okay.  And this -- this page is

10   titled Summary.  It says:  A summary of

11   investment evaluation categories and criteria

12   will be attached to this investment policy as

13   Appendix B and will be updated and reviewed at

14   least on an annual basis by the Committee.

15                  Do you see that?

16        A.        Yes.  I see that.

17        Q.        Okay.  Scrolling down, the next

18   page is Appendix A.  There doesn't appear to be

19   an Appendix B attached to this document,

20   correct?

21        A.        I do not see an Appendix B

22   attached to this document.  I think that the

23   Committee did evaluate with a set of criteria,

24   the investment returns out of the plans of the

25   funds within our Plan, and that's reflected in

Page 97

1                CAROLYN CAMPBELL

2   our materials.

3                And we can -- we can go back and

4   see the criteria that we used.  I do not know

5   why the Appendix B is not attached to it.

6        Q.       Okay.  We can set -- we can

7   discuss that later.  I want to look at the

8   signatures on the previous page, the 1420, the

9   summary page.

10       A.       Yes.

11       Q.       Was it the Committee's practice

12   to have the acting committee members at a given

13   time sign an IPS to execute it?

14                MR. BLUMENFELD:  Objection.

15                THE WITNESS:  This was dated and

16        signed before I joined the Committee, so

17        I don't know if it is consistent with

18        practice or it was their practice from

19        that day and that's what they did.

20                In subsequent years, I believe

21        we had it signed by one person on behalf

22        of the Committee.  So, again, not -- not

23        all of our committee members officed in

24        the same city, so sometimes some of the

25        members participated in the meetings

Page 98

1                    CAROLYN CAMPBELL

2          electronically via teams, signatures are

3          just about a little bit less convenient

4          to circulate around and we had one

5          committee member sign on behalf of the

6          Committee in subsequent years.

7   BY MR. ROBERTS:

8          Q.        Okay.  And acknowledging that

9   Appendix B doesn't appear to be attached to

10  this document, you mentioned that you have a

11  recollection that the Committee did review

12  investment performance using a number of -- of

13  evaluation categories and criteria.

14                  Do you recall how those

15  categories and criteria used to evaluate the

16  performance of investments were selected?

17         A.        I remember that -- well, they

18  were selected -- they were recommended for the

19  Committee's use by our investment advisor.  And

20  we believed that they were appropriate, they

21  were helpful.

22                  They were all additive to our

23  process of review.  So there -- you know, a

24  number of quantitative measures and they change

25  slightly over time, but to a large degree they

Page 99

1                    CAROLYN CAMPBELL
2    stayed the same.
3                    For a number of years, we used
4    the same set of -- sort of, individual criteria
5    for all of the Plan investment options.  And as
6    the years went on, we ended up moving toward
7    separate criteria for active plan funds versus
8    passive index funds versus target date funds.
9                    And so over time, we moved to
10   three different -- three separate sets of
11   scoring rivets or criteria factors, if you
12   will.
13        Q.        Okay.  And going back to
14   Page 1417, the page titled Investment
15   Objectives, Criteria For Review, And Review
16   Process.
17        A.        Okay.
18        Q.        There's an investment watch list
19   process listed here.  And the first line says:
20   The Committee may place an investment on a
21   monitor or alert status and conduct thorough
22   review and analysis of the investment option.
23                    The Committee may consider the
24   following criteria with placing a fund on
25   monitor or alert status.

Page 100

1                    CAROLYN CAMPBELL

2                    And there's a number of criteria

3    listed here.  Feel free to review those.

4                    My question is, there's numerous

5    criteria here, as a committee member, how did

6    you use the criteria listed here to make

7    assessment on whether an investment should be

8    placed on monitor or alert status?

9        A.        The information that was

10   included in the advanced materials reflected a

11   lot of these statistics, certainly the

12   quantitative statistics.

13                   So they reflected performance

14   against median of peer group over multiple

15   periods.  They reflected performance against

16   benchmark.  They reflected risk adjusted

17   returns.

18                   They reflected the R-squared,

19   the information ratio, the sharpe ratio, a

20   number of different things, assets under

21   management, manager tenure, lots of different

22   things.

23                   We reviewed those in advance of

24   the meeting and -- and could bring our

25   questions into the meeting on cases seeking

Page 101

                        CAROLYN CAMPBELL
1
2    more information.
3               Other -- other cases just, you
4    know, asking, is this worthy of further
5    consideration or further discussion?  Does
6    anyone else have a concern about this?
7               Or -- so these were just -- I
8    mean, this was -- these were indicative of the
9    types of metrics that the Committee was looking
10   at and the wholistic approach.  I mean, we're
11   reviewing many different individual pieces of
12   information to come to a conclusion.
13       Q.      As of this time -- as of the
14   time of your start on the Committee, while this
15   particular version of the investment policy
16   statement was still in place, do you recall
17   whether there was any guidance or criteria in
18   terms of how to weigh the -- the different
19   performance data presented to you in the
20   materials that you received that conveyed
21   information on the criteria on the watch list
22   guidance in the IPS?
23       A.      I believe we took into account
24   multiple factors.  I don't think that any one
25   factor was conclusive, or determinative, or had

Page 102

1                    CAROLYN CAMPBELL

2    -- you know, a weighting that would override

3    all others.

4                    It was more of a -- we applied

5    discretion and judgment to look at the

6    circumstances overall to look at a number of

7    different things altogether.

8                    And I -- I don't think that

9    there was an arithmetic calculation that you

10   could just say, there's the answer, we don't

11   have to discuss it any further.  That's not the

12   way we did things.

13                   So there -- there were

14   measurements taken and reflected, and we

15   reviewed those measurements and decided based

16   on a compilation of information, how to

17   respond, and so I think there's not a specific

18   weight that we would give to any one or group

19   of factors.

20                   MR. ROBERTS:  Now we can mark as

21        Exhibit 2, a document with a Bates stamp

22        Quanta112842.

23                        -   -   -

24                   (Whereupon the document was

25        marked, for identification purposes, as

Page 103

```
 1                    CAROLYN CAMPBELL
 2          Exhibit Number 2.)
 3                    -   -   -
 4   BY MR. ROBERTS:
 5          Q.       And I'll represent this appears
 6   to be a draft of the 2017 investment policy
 7   statement.
 8                    MR. BLUMENFELD:  You got to give
 9          it a minute.
10                    THE WITNESS:  Okay.  I see it.
11   BY MR. ROBERTS:
12          Q.       Okay.  Feel free to look through
13   this and let me know when you've had a chance
14   to review it and I'll ask my questions.
15          A.       I see that it has the date,
16   November 2017, on the front.  It's not a signed
17   copy, so I -- I would have to -- this is a
18   draft.  I'm not sure it's final.
19          Q.       Yeah.  I believe -- I believe
20   that's correct.  This does appear to be a
21   draft.
22                    So my questions here, let me
23   scroll down to Appendix A at the bottom.  For
24   the record, this is Quanta 112860.
25                    This is Appendix A, it says:
```

Page 104

1                    CAROLYN CAMPBELL

2    Below represents the IPS scoring criteria used

3    for quantitative evaluation of the investments,

4    and there's a number of investment

5    characteristics listed here including total

6    return, one year, and the criteria says in the

7    highest 65 percent of peer group.

8                    Do you see that?

9         A.        Yes.  I do.

10        Q.        And this is given a weighting of

11   ten percent.

12                  Do you know how the criteria

13   that the total one-year return being in the

14   highest 65 percent peer group was selected for

15   inclusion on this IPS scoring criteria?

16                  MR. BLUMENFELD:  Objection.

17                  THE WITNESS:  I believe that

18            these criteria were selected with

19            recommendations and advice from our

20            investment advisor.

21                  And I believe this reflects the

22            information that we were seeing in our

23            quarterly investment review advanced

24            materials.

25   BY MR. ROBERTS:

Page 105

1                    CAROLYN CAMPBELL

2        Q.        Okay.

3                  Do you have an understanding as

4   to why specifically the criteria for one year

5   of returns is in the highest 65 percent of peer

6   group?

7        A.        If you are asking me why it is

8   different than the next several lines, which

9   refer to the highest 50 percent, I believe I

10  might understand the reason for that.

11                 And it's because we take a

12  long-term approach within the Committee, and

13  acknowledging that short-term performance is --

14  is variable and, perhaps, more variable than

15  performance over a longer term.

16                 So it may be appropriate to be a

17  bit more forgiving in the short term, given our

18  purpose as taking a long-term approach.

19       Q.        Thank you.  That's helpful.  I

20  actually wasn't asking about the differences.

21                 I just wanted to know, I guess,

22  for any of these criteria, if you have an

23  understanding as to why the specific criteria

24  listed in each piece rose for their

25  corresponding investment characteristics, why

                                        Page 106

1                    CAROLYN CAMPBELL
2    those specific criteria were selected at those
3    levels?
4                    MR. BLUMENFELD:  Objection.
5                    THE WITNESS:  I think we were
6         trying to find a -- a standard against
7         which we could operate consistently over
8         time.
9                    This is a framework.  It was,
10        again, not designed to be an algorithm
11        that you could calculate or anyone could
12        calculate a conclusion.
13                   So it was deemed by the
14        Committee to be an appropriate
15        methodology for a framework.
16                   And I believe we consulted with
17        our advisor and listened to their
18        perspective in terms of what other
19        fiduciary committees might look at and
20        would want to, you know, be in line with
21        customary practices in the fiduciary
22        committee arena.
23   BY MR. ROBERTS:
24        Q.         Okay.  Do you have an
25   understanding as to how the weighting for each

Page 107

1                    CAROLYN CAMPBELL

2  of these investment characteristic criteria

3  were selected for inclusion in the IPS scoring

4  criteria in Appendix A?

5                    MR. BLUMENFELD:  Objection.

6                    THE WITNESS:  I believe it's a

7           reflection of the fact that you want to

8           give consideration to many different

9           attributes.

10                    And, again, we didn't view any

11           one of these as conclusive.  In fact,

12           even the -- the amalgamation of all of

13           these isn't conclusive.

14                    We still have discretion and

15           judgment and an obligation to exercise

16           discretion and judgment with respect to

17           evaluating our Plan options and fund

18           lineup.

19                    So it was the framework for us

20           to use and -- and that is how we used it.

21           In terms of how we picked the ten percent

22           or the five percent or the 7.5 percent,

23           that is attributed to each individual

24           component on this list.

25                    I think -- I think it's just a

                    CAROLYN CAMPBELL

1          fair reflection of what, you know -- of

2          how we wanted to -- how much importance

3          we wanted to give each item in the

4          overall scope.

5                    And, again, we've applied our

6          discretion once we looked -- viewed the

7          results or viewed information through

8          this framework.

9   BY MR. ROBERTS:

10         Q.        Okay.  So understanding that

11  there was also a qualitative judgment component

12  that went in to your evaluation of the

13  performance of funds, is it your understanding

14  that your practice for reviewing and monitoring

15  the performance -- the quantitative performance

16  of investments mirrored the scoring criteria

17  set out in Appendix A?

18                    MR. BLUMENFELD:  Objection.

19                    THE WITNESS:  Can you repeat the

20         question, please?

21  BY MR. ROBERTS:

22         Q.        Sure.

23                    I know you mentioned there's a

24  qualitative component that you would use in

Page 109

1                    CAROLYN CAMPBELL
2   tandem with the quantitative evaluation of
3   these investments.
4                    What I'm asking, for your
5   personal quantitative evaluation of the
6   investments, was how you viewed the information
7   that you were given and considered that
8   consistent with the scoring criteria in
9   Appendix A?
10      A.        I believe Appendix A lists the
11  framework by which we evaluated our investment
12  options.  It was one -- it was one component of
13  our evaluation, one -- one aspect that we
14  looked at.  We also looked at qualitative
15  information in addition to the quantitative
16  information.
17                   And the qualitative information
18  was part of our effort in some respects to
19  understand what might drive -- what might have
20  driven the quantitative metrics that we were
21  seeing.
22                   We might try to understand
23  whether a particular fund had more exposure in
24  international than its peers or more exposure
25  in a particular sector, in the financial

                                                    Page 110

1                    CAROLYN CAMPBELL
2    sector --
3        Q.        I appreciate that.
4                  My question is specifically -- I
5    understand there's a whole other qualitative
6    component that goes into monitoring the funds.
7                  I'm just asking with regard --
8    you mentioned there's both a qualitative and a
9    quantitative component.
10                  Specifically with regard to the
11   qualitative component, did your process for
12   evaluating the quantitative performance of
13   funds, was that consistent with the scoring
14   criteria weighting in Appendix A?
15                  MR. BLUMENFELD:  And I'm going
16          to object to the question, and I'm going
17          to object to you interrupting the Witness
18          while she was providing the answer to
19          your question that she believed
20          appropriate.
21                  I think you should let her
22          finish her answer and the fact that you
23          interrupted her is not appropriate under
24          these circumstances.
25                  I also think you keep asking her

Page 111

1                    CAROLYN CAMPBELL

2          about a draft investment policy

3          statement, and asking her as if it's a

4          final investment policy statement and

5          that's inappropriate as well.

6                    MR. ROBERTS:  Jeremy, I'm going

7          to ask you to limit the speaking

8          objections.  Your answer was almost as

9          long as hers, so I'll ask you to refrain

10         from doing that in the future.  It's

11         disruptive and it's coaching the Witness.

12    BY MR. ROBERTS:

13         Q.       That being said, I didn't hear

14    an instruction not to answer, so, Ms. Campbell,

15    if you could please answer the question with

16    regard to whether your personal process for

17    evaluating the quantitative performance of

18    investments was consistent with the scoring

19    criteria in Exhibit A?

20                    MR. BLUMENFELD:  Objection.

21         Time period.  Hold on.

22                    Can you clarify the time period

23         you're talking about, John?

24                    MR. ROBERTS:  Sure.

25    BY MR. ROBERTS:

Page 112

1                     CAROLYN CAMPBELL

2          Q.          As I mentioned earlier when

3     discussing this IPS, which I believe was

4     effective when you joined the Committee until

5     another version of the IPS went into effect,

6     can you confirm whether your quantitative

7     evaluation of the performance of the

8     investments was consistent with the criteria

9     listed in Appendix A?

10                     MR. BLUMENFELD:  So now I'm

11          going to object because, John, you're --

12          you're now talking about the 2015

13          investment policy statement, but you're

14          showing the Witness the draft 2017

15          investment policy statement.

16                     MR. ROBERTS:  Fine.

17     BY MR. ROBERTS:

18          Q.          In 2017.  Sorry.  I misspoke.

19                     In 2017, was your monitoring

20     process for the quantitative evaluation of

21     performance consistent with the guidance set

22     forth in Appendix A to the 2017 IPS draft that

23     we're looking at now?

24                     MR. BLUMENFELD:  Objection.

25                     THE WITNESS:  I believe that

Page 113

CAROLYN CAMPBELL

1
2  during my tenure on the Committee, we
3  evaluated the fund lineup investment
4  options with these criteria that were --
5  that are reflected on Exhibit A of the
6  2017 draft, that was apparently not in
7  effect, in my opinion, this is not a
8  final document.
9           That is what we were looking at
10 in 2015 -- 2016, when I started the
11 Committee, those -- those items.
12          We subsequently moved to
13 five-year statistics on Alpha, Sharpe
14 Ratio, R-squared and Information Ratio.
15 This time we were reviewing three-year
16 metrics on those items.
17          In terms of how they were
18 weighted, I am -- do not have specific
19 recollection as whether these exact
20 weightings were used in 2016 when I
21 joined the Committee and through 2017.
22          One might presume that these are
23 the weightings that were used.  I do not
24 have a specific recollection of that.
25          It is possible.

Page 114

1                    CAROLYN CAMPBELL

2    BY MR. ROBERTS:

3         Q.        Ms. Campbell, are you aware that

4    you were designated as a 30(b)(6) witness for

5    the custodial source and the manner of

6    preservation of documents identified and

7    produced by Quanta in response to Plaintiff's

8    requests for production?

9         A.        Yes.  I -- I am aware of that.

10   And I should clarify something that I said

11   earlier.

12                  It was proposed or suggested

13   about ten weeks -- ten days ago, that I might

14   serve as the 30(b)(6) witness for several items

15   on the list and that was not determined until,

16   I believe, Friday of last week.

17                  And on Sunday of the weekend, I

18   sent some emails out to HR and -- and -- and

19   others trying to assemble some information that

20   would help me become informed of a couple of

21   those topics.

22                  So on Monday of this week is the

23   date that I started collecting some of that

24   information and reviewing it, and I mentioned

25   earlier that I spoke with Derrick Jensen about

Page 115

1                    CAROLYN CAMPBELL
2    it, that was on Tuesday of this week.
3                    So I -- I just wanted to clarify
4    the timeframe that I -- I had sort of spoke
5    generally about earlier.  It was a lot -- a lot
6    more vague earlier and when I went back and
7    thought about how it unfolded, I thought it
8    might be better to just be specific here.
9         Q.        Okay.
10                    Do you have any concerns that
11   you're not prepared to testify truthfully and
12   completely about the topics for which you've
13   been designated as a 30(b)(6) witness?
14        A.        I have no concerns.
15        Q.        Okay.  So then, based on your
16   understanding of Topic 1, the custodial source
17   and preservation of documents identified or
18   produced by Quanta, do you know whether an
19   executed version of the June 2017 IPS was
20   produced in this litigation?
21        A.        I am unaware of -- of a signed
22   2027 version.
23        Q.        How about a 2019 version?
24        A.        I'm unaware of a 2019 signed
25   version.

Page 116

                    CAROLYN CAMPBELL

1

2      Q.        Okay.

3      A.        I am aware of drafts that were

4   circulated in 2017, and drafts that were

5   circulated in 2019, and I believe some of those

6   comments resulted in a final that was adopted

7   in 2020.

8      Q.        Before the period 2017 until the

9   2020 executed IPS, would there be a document

10   that we could look at to see what -- what

11   Quanta's IPS -- executed IPS looked like during

12   that time?

13              MR. BLUMENFELD:  Objection.

14              THE WITNESS:  I believe we were

15          looking at it before.  It was the 2015

16          IPS.

17   BY MR. ROBERTS:

18      Q.        So is it your understanding that

19   the 2015 IPS was in effect until the 2020 IPS

20   was executed?

21      A.        I believe that's correct.

22      Q.        Okay.  All right.

23              Moving back, looking at

24   Appendix A again.

25              The criteria says in the high 65

Page 117

CAROLYN CAMPBELL

1
2    percent of peer group.  In evaluating a number
3    of these characteristics against a peer group,
4    do you recall whether -- that the measurement
5    versus a peer group included each vintage of an
6    investment that was included or would that have
7    been a single vintage selected for measurement
8    relative to peer group?
9                    MR. BLUMENFELD:  Objection.
10                    THE WITNESS:  I think I would
11        need to go to the materials to refresh my
12        recollection on that.
13    BY MR. ROBERTS:
14        Q.        Okay.  And acknowledging that
15    this is a draft document, one of the investment
16    characteristics here is assets managed and
17    product and it says 75 million or more.
18                    Do you see that?
19        A.        Yes.  I see it.
20        Q.        Do you know how the criteria of
21    75 million or more of assets under management
22    was selected for inclusion?
23        A.        I believe that was on the --
24                    MR. BLUMENFELD:  Objection.
25                    THE WITNESS:  I don't know the

                    CAROLYN CAMPBELL

1

2       specific reason it was 75 versus 80, or

3       65, or 70, or 100.  I don't -- I don't

4       know that reason, that specifically.

5              I assume this is here because we

6       want to make sure that it is an

7       investment manager that is recognized in

8       the community as legitimate and

9       customarily acceptable.

10  BY MR. ROBERTS:

11      Q.      From 2000 -- as of 2017, when at

12  least this draft would have potentially been

13  considered, would you have, as a committee

14  member, have selected for inclusion any new

15  funds that had less than 75 million in assets

16  under management?

17              MR. BLUMENFELD:  Objection.

18              THE WITNESS:  I think we could

19      have selected an asset manager with less

20      than 75 million under management.  This

21      is a framework to evaluate investment

22      performance.

23              And not every Plan fund will

24      score well or score highly on every

25      criteria.  Every Plan option will score

Page 119

```
 1                    CAROLYN CAMPBELL
 2        better on some of these criteria and less
 3        better on others.
 4                 And so I believe that we have
 5        the flexibility as a Committee to examine
 6        many factors and that there may be a
 7        reason to accept and include a -- a fund
 8        about less than 75 million assets under
 9        management.
10   BY MR. ROBERTS:
11        Q.       What reasons would there be --
12   sorry.  I didn't mean to cut you off.
13        A.       I think the Committee could
14   evaluate a variety of reasons.  I don't recall
15   ever needing to evaluate that, but we might
16   have if it had come up.  I don't recall
17   specific instances where that came up.
18                 The fact that it is listed here
19   as a criteria where you can have points
20   accumulated or not or partial points
21   accumulated or not indicates that the -- the
22   75 million is not a prerequisite.
23                 Again, it's a framework for
24   evaluation.  So -- and I believe that's the way
25   we treated this Appendix A.
```

                    CAROLYN CAMPBELL

1

2       Q.        And what circumstances would the

3    Committee consider for inclusion in the plan of

4    Quanta's size an investment option that did not

5    have 75 million or more in assets?

6                    MR. BLUMENFELD:  Objection.

7                    THE WITNESS:  Again, we're

8           looking at a draft here.  And so I -- I

9           might like to go back to the -- refer to

10          the materials that were delivered in

11          the -- in the timeframe that you're

12          talking about.

13                  And if my recollection is

14          correct, what we looked at was a -- a

15          number of -- I mean, a figure of assets

16          under management with respect to

17          particular funds.

18                  So in some cases, it might have

19          been 74 million and in some cases it

20          might have been billions.  I'm not --

21          I -- I can't -- I'm not sure I can be

22          more responsive to your inquiry unless I

23          just don't understand.

24                  Maybe if you can ask it again,

25          I'll understand better.

Page 121

1                    CAROLYN CAMPBELL

2    BY MR. ROBERTS:

3         Q.        It's all right.  We can move on.

4                   The last two investment

5    characteristics are three and five-year returns

6    versus benchmark with criterias greater than or

7    equal to zero percent.

8                   Do you see that?

9         A.        Yes.  I see that.

10        Q.        Would you agree that these

11   metrics are on a scale for performance,

12   correct, whether a fund was in the 100th

13   percentile, it would potentially be in the same

14   ranking as something in the 65th percentile,

15   correct?

16                  MR. BLUMENFELD:  Objection.

17                  THE WITNESS:  I think we looked

18        at the returns against the benchmark, and

19        we have the data -- the underlying data

20        in our materials and that's how we

21        approached it.

22                  It was one factor out of at

23        least 12, plus qualitative factors that

24        we were taking into account.

25                  So I can't say with specificity

Page 122

```
 1                     CAROLYN CAMPBELL
 2          how -- how it was graded under this
 3          grading schedule, that is not final.
 4                     So it -- I don't -- I don't
 5          think I can answer any further.
 6   BY MR. ROBERTS:
 7          Q.        Okay.  As you know, this isn't
 8   final.  The most recent to this point, final
 9   draft that we have, the final version is the
10   2015, which does not include the referenced IPS
11   scoring criteria.
12                     Do you recall what the scoring
13   criteria were as of 2015?
14          A.        Yes.  It is the scoring criteria
15   that the information reflected in our advanced
16   materials, and that -- those materials included
17   every one of these items, I believe.
18          Q.        Do you recall if the criteria
19   for those items was the same as in -- in 2015,
20   as in the draft that we're looking at
21   presently?
22                     MR. BLUMENFELD:  Objection.
23                     MR. ROBERTS:  Did we just lose,
24          Ms. Campbell?
25                     MR. BLUMENFELD:  Hold on a
```

Page 123

1                    CAROLYN CAMPBELL

2        second.  Can you hear us?

3                    MR. ROBERTS:  Yes.  I can hear

4        you now.

5                    MR. BLUMENFELD:  Okay.

6        Something went wrong here.

7                    THE VIDEOGRAPHER:  Do you want

8        to go off the record?

9                    MR. ROBERTS:  Sure.  Let's go

10       off the record.

11                   THE VIDEOGRAPHER:  We are going

12       off the record at 12:37.

13                         -  -  -

14                   (Whereupon, a recess took place

15       from 12:37 p.m. to 12:38 p.m.)

16                         -  -  -

17                   THE VIDEOGRAPHER:  We are back

18       on the record at 12:38.

19   BY MR. ROBERTS:

20        Q.       Ms. Campbell, I think -- I just

21   wanted to clarify.

22                   As written, these -- the

23   three-year and five-year return to benchmark

24   criteria that the performance be greater or

25   equal to zero percent, you would agree does not

Page 124

                        CAROLYN CAMPBELL

1   scale for performance, correct?

3               It's a binary -- it's either

4   above zero or it's less than zero, correct?

5               MR. BLUMENFELD:  Objection.

6               Objection.

7               THE WITNESS:  I'm not sure I

8          understand the question.

9   BY MR. ROBERTS:

10       Q.      Were the criteria for three and

11  five-year returns relative to benchmarks, you

12  see the criteria it says greater than or equal

13  to zero, correct?

14       A.      I see that.

15       Q.      And so for these metrics, an

16  investment's performance will either be greater

17  than zero or it will be less than zero,

18  correct?

19               MR. BLUMENFELD:  Objection.

20               THE WITNESS:  That is the way

21          the criteria is described here.  I'm not

22          sure I understand the question.

23  BY MR. ROBERTS:

24       Q.      Okay.

25               Do you recall whether the

Page 125

1                    CAROLYN CAMPBELL

2    weighting system in this draft of the 2017 IPS

3    was in place for the 2015 IPS?

4                    MR. BLUMENFELD:  Objection.

5                    Asked and answered.

6                    MR. ROBERTS:  I asked about the

7              criteria before.  I'm asking about the

8              weighting now.

9                    THE WITNESS:  I believe there

10              was a form of weighting that enabled QPA

11              to arrive at a score.  And we took the

12              score as one factor to evaluate.

13                    It was not conclusive.  We did

14              not feel that the score was

15              representative of a decision.

16                    In fact, we asked QPA to remove

17              its scoring conclusions from our report,

18              and because the Committee wanted to make

19              individual assessments on our own, bring

20              those perspectives into the meeting and

21              use our judgment and discretion and care

22              and prudence in reaching a conclusion.

23                    Again, we didn't feel like it

24              was an algorithmic score-type exercise.

25                    We felt like this was a tool,

Page 126

                    CAROLYN CAMPBELL

1

2           and the manner in which a score was

3           derived under a scoring metric system

4           such as this was valuable.

5                   It was a piece of information

6           that took into account, but we really

7           looked at the underlying data itself, and

8           did not intend for this to be

9           determinative or representative of a

10          conclusion without deliberation.

11   BY MR. ROBERTS:

12          Q.      Was there the request that the

13   advisor not include the scoring in future

14   presentations, was that documented somewhere?

15          A.      I believe the practice was

16   reflective of that.  I don't remember if it was

17   documented in minutes, if that's what you mean,

18   but we specifically or intentionally changed

19   the way that QPA's materials were presented to

20   us.

21                  We ask QPA to change its

22   materials before they were presented to us to

23   remove any specific score under this algorithm,

24   if you would call it that, or any other

25   specific criteria, because we didn't want a

Page 127

1                     CAROLYN CAMPBELL

2    conclusion to be delivered to us.

3                     We wanted the underlying

4    information to be delivered to us so that the

5    Committee could evaluate the underlying

6    information and using the information and this

7    framework as a tool, reach its own conclusions.

8         Q.          Do you recall when that request

9    that the advisor not include the specific

10   scoring scores or investments, when that

11   occurred?

12        A.          I do not recall exactly when

13   that occurred, but it was within the time

14   period that I was on the Committee and I

15   believe it -- reflected in the materials,

16   because we could see in the materials, how

17   those results were reflected there.

18        Q.          Do you know who was responsible

19   for designing the IPS scoring criteria listed

20   in Appendix A of this draft?

21                    MR. BLUMENFELD:  Objection.

22                    THE WITNESS:  I believe the

23        Committee is responsible for adopting the

24        criteria and the Committee has engaged an

25        investment advisor to assist us in that

                                                    Page 128

                              CAROLYN CAMPBELL
1
2        process.

3                And QPA was there to propose

4        these items.  We were able to look at the

5        list and evaluate whether, is this

6        representative?  Is this a -- a fair

7        reflection that we think are important to

8        consider?

9                And we would have discussed that

10       and taken some suggestions and advice

11       from QPA or Ascend at the time, and --

12       and discussed it.

13  BY MR. ROBERTS:

14       Q.      Okay.  Do you recall whether the

15  Committee ever received a presentation from the

16  advisor regarding the metrics in the IPS

17  scoring criteria?

18              MR. BLUMENFELD:  Objection.

19              THE WITNESS:  I'm not -- can you

20       repeat the question?

21  BY MR. ROBERTS:

22       Q.      Sure.

23              Did the advisor ever make a

24  presentation or -- or present data to the

25  Committee regarding the selection of the

Page 129

1                    CAROLYN CAMPBELL
2    metrics contained in the IPS scoring criteria
3    in Appendix A of this draft?
4                    MR. BLUMENFELD:  Objection.
5                    THE WITNESS:  I recall that the
6            IPS was presented to the Committee by QPA
7            and meeting materials and it included --
8            with respect to this draft, this
9            Appendix A, and that's when the Committee
10           would discuss these items.
11                   These are items that we had been
12           reviewing since -- since my tenure on the
13           Committee in 2016.  We were reviewing
14           these items quarterly in our investment
15           decks, investment return decks and at the
16           committee meetings.
17                   They are the items that were,
18           among others, listed and included in the
19           materials.  So we had every opportunity
20           to -- even before seeing this draft with
21           the materials that were submitted or
22           circulated before our meetings.
23                   We saw this information and we
24           could have asked for other information.
25                   And this is reflective of what

                        CAROLYN CAMPBELL

1
2      we were seeing and we asked to see and we

3      discussed this and -- this and other

4      items.

5             So I don't remember a

6      presentation dedicated to this.  I do

7      remember discussing the investment

8      criteria.  I.

9             Remember discussing when we

10     changed some of this criteria, and --

11     again, went from three-year statistical

12     information year, Alpha, Sharpe Ratio,

13     R-square information ratio, went from

14     three-year to five-year metrics on those.

15            I remember discussing it when we

16     adopted separate criteria for passive or

17     index fund options, and when we selected

18     different criteria for evaluation of

19     target date fund options.

20            So, I mean, I don't know if

21     you're referring to anything more

22     specific than that as to a presentation

23     on investment criteria.

24            We discussed it as often as we

25     needed to, we felt and we made changes as

Page 131

                        CAROLYN CAMPBELL

1

2       we felt were -- were prudent.

3              So I think that speaks for

4       itself.

5  BY MR. ROBERTS:

6       Q.      Okay.  And in preparation for

7  your deposition, talking to the other committee

8  members whose involvement predated, do you have

9  an understanding as to whether that process for

10 the review gratification of IPS scoring

11 criteria would have been the same for the 2015

12 IPS?

13              MR. BLUMENFELD:  Objection.

14              John, is this something that you

15       contend is within the scope of the

16       30(b)(6) topics?

17              MR. ROBERTS:  No.

18              MR. BLUMENFELD:  Okay.  Then I'm

19       going to object on attorney-client

20       privilege grounds, because she's counsel

21       in connection with the litigation and

22       that's the context in which these

23       communications would have come up.

24              If you're asking when she joined

25       the Committee in 2016 or 2017 or before

1                CAROLYN CAMPBELL

2        the litigation was filed, did she have

3        conversations with other committee

4        members about the scoring criteria you

5        were describing, that I will let you ask

6        and I'll let the Witness answer.

7                MR. ROBERTS:  Well, with regard

8        to the administration of the Plan and

9        details about the Plan, how that was

10       carried out prior to her joining the

11       Committee, that does not fall under

12       attorney-client privilege.

13                I'm going to state that you can

14       make the objection.  We're just going to

15       move the Court to reopen this deposition

16       to compel Ms. Campbell's testimony on

17       that if you're going to instruct her not

18       to answer, but anything of that --

19       anything about that -- was monitored with

20       how the Committee functions previously

21       that she asked information about,

22       that's -- you're drawing an arbitrary

23       distinction that that's her legal advice

24       rather than the fiduciary exception.

25                So if that's your objection,

Page 133

CAROLYN CAMPBELL

1
2          that's fine.  If that's your objection,
3          that's fine.  We're just going to move to
4          compel Ms. Campbell to return and answer
5          that question.
6                    MR. BLUMENFELD:  You can make
7          your motion, but I'm going to be clear
8          about what I said, which is once the
9          lawsuit was filed, Ms. Campbell is
10         counsel assisting us in the defense of
11         the litigation.
12                    The conversations that she has
13         with committee members, like the
14         conversations that I have with committee
15         members about this litigation, including
16         the fiduciary process that occurred that
17         bears on this litigation, is privileged
18         and work product.
19                    What I said was, if you're
20         trying to ask her if -- when she was on
21         the Committee before the litigation was
22         filed, she was having conversation with
23         other -- other committee members about
24         their practices before she joined, I
25         would let you ask that question and I

Page 134

                        CAROLYN CAMPBELL

1    would let her answer that question.

2              If you're not asking that

3         question, then I'm going to stand by the

4         objection.  If you're asking that

5         question, you should and the Witness will

6         answer it.

7         MR. ROBERTS:  Okay.

8    BY MR. ROBERTS:

9         Q.    At the time you joined the

10   Committee, did you have any conversations in

11   which you learned whether the process by which

12   the IPS was discussed, including the scoring

13   criteria and subsequently ratified, was similar

14   to what you just described for the 2017 draft

15   that we were just discussing?

16                   MR. BLUMENFELD:  Objection.

17                   THE WITNESS:  I don't recall

18        having any conversations prior to my

19        joining the Committee about how the

20        investment criteria were selected.

21   BY MR. ROBERTS:

22        Q.    Okay.  And to be clear, you're

23   being instructed not to answer by counsel with

24   regard to preparation for this deposition with

Page 135

                        CAROLYN CAMPBELL

1

2  regard to practices of the Committee prior to

3  you joining, correct?

4              MR. BLUMENFELD:  Hold on.

5              The question you just

6         answered -- asked her, John, that she

7         just answered was when she first joined

8         the Committee.  That was in 2016.

9              If you're asking a different

10         question now, you should ask your

11         question and I will make my objection and

12         we can go from there.

13              MR. ROBERTS:  I'm just

14         reiterating that's my prior question

15         about preparation for this deposition,

16         which your counsel objected to, you're

17         being instructed not to answer, correct?

18              MR. BLUMENFELD:  And so you

19         didn't ask in preparing for her

20         deposition, that's, again, a different

21         question.

22              You asked her if she had any

23         conversations, and I made clear that if

24         you're talking about since the litigation

25         was filed, she's counsel and so her

1                    CAROLYN CAMPBELL

2         conversations are privileged.

3                    MR. ROBERTS:  All right.  Thanks

4         for the objection.  We're just going to

5         move the Court and we'll see you guys

6         back here for another day on that one, so

7         -- but we can move ahead since you're not

8         going to answer that question.

9                    We can take this document down

10        and we can mark as Exhibit 3, a 2019

11        draft of the investment policy statement

12        Bates stamped Quanta 116202.

13                         -   -   -

14                    (Whereupon the document was

15        marked, for identification purposes, as

16        Exhibit Number 3.)

17                         -   -   -

18                    THE WITNESS:  Okay.  I see it.

19   BY MR. ROBERTS:

20        Q.        Feel free to review and then

21   I'll ask my questions here.

22        A.         Okay.  I see it is a draft IPS

23   that was in the 2019 timeframe that is not

24   signed.

25        Q.         Okay.  And my question, I'm

Page 137

1                    CAROLYN CAMPBELL

2     going to start on Quanta 116220.

3                    And so in this draft IPS, looks

4     like there's an Appendix A, Appendix B and

5     Appendix C, which break out the scoring

6     criteria based on actively managed, passively

7     managed and target date investments.

8                    Do you see that?

9          A.        Yes.  I see it.

10         Q.        And I know you mentioned this is

11    a draft.  So do you know whether, as of 2019,

12    when this IPS draft was being -- would have

13    been considered, whether the Committee's

14    monitoring and scoring criteria at that time

15    broke out the scoring criteria for investments

16    by investment type, be it actively managed or

17    passively managed or target date investments?

18         A.        I would like to refresh my

19    recollection by looking at the materials, the

20    advanced materials that were circulated for the

21    meeting during this time period before

22    responding.

23         Q.        Okay.  So you don't have a

24    recollection without looking at other

25    documents, whether, as of 2019, whether the

Page 138

1                    CAROLYN CAMPBELL
2    Committee had broken out the scoring criteria
3    for the different types of investments in the
4    plan, correct?
5                    MR. BLUMENFELD:  Objection.
6                    THE WITNESS:  I -- I do have a
7          recollection, but I would want to make
8          sure that it was accurate by reviewing
9          the materials.
10                   So I'm happy -- happy to take a
11         look at some documents in that timeframe.
12   BY MR. ROBERTS:
13         Q.       Yeah.  We'll get to that later.
14                   Going down to Appendix C, it's
15   the IPS scoring criteria for target date
16   investments.
17                   During the time period that the
18   draft 2019 IPS was being considered, do you
19   recall how the investment characteristics and
20   weighting in this draft were selected?
21                   MR. BLUMENFELD:  Objection.
22                   THE WITNESS:  I believe we
23         discussed the investment characteristics
24         that would be applicable in connection
25         with our evaluation because target date

1                   CAROLYN CAMPBELL
2        funds have different characteristics than
3        active -- actively managed funds or
4        passively -- passive indexes.
5                   And it's -- it's very difficult
6        to compare -- can be very difficult to
7        compare target date funds with other
8        types of investments -- other types of
9        funds.
10                  And, in fact, it can be
11       difficult to compare target date funds to
12       target date funds, because they have such
13       unique investment philosophies.
14                  But we talked about the
15       characteristics that would be appropriate
16       to evaluate target date investment funds
17       and QPA was, as our advisor, explained
18       and we discussed why we should consider,
19       you know, an independent set of criteria
20       for that type of fund in our Plan.
21                  And we began over time to arrive
22       at these investment characteristics.
23       And, again, I believe this is a draft.
24       We may have been using these
25       characteristics during this time period

                                                    Page 140

                        CAROLYN CAMPBELL

1
2          on QPA's recommendation.
3                   And these -- we would need to
4          get -- get to the final version of this
5          before, you know, it reflected a full
6          consensus of the Committee of what we
7          would all be -- what we would all adopt
8          on a formal basis as the updated IPS.
9    BY MR. ROBERTS:
10         Q.        Okay.
11                   MR. ROBERTS:  Let's go off the
12         record.
13                   THE VIDEOGRAPHER:  Going off the
14         record at 1 o'clock.
15                   This ends Media Unit 3.
16                        -   -   -
17                   (Whereupon, a recess took place
18         from 1:00 p.m. to 1:10 p.m.)
19                        -   -   -
20                   THE VIDEOGRAPHER:  Were back on
21         the record at 1:10.
22                   This begins Media Unit 4.
23    BY MR. ROBERTS:
24         Q.        Ms. Campbell, I'd like to direct
25    your attention back to Exhibit 2.  The 2017

Page 141

1                    CAROLYN CAMPBELL

2    draft IPS, specifically Appendix A, at the end

3    of the document.

4                    I believe you testified earlier

5    that in preparing to testify -- to testify on

6    Topic 1 of the 30(b)(6), the preservation of

7    documents identified and produced by Quanta in

8    response to Plaintiff's document requests that

9    you were unable to locate or are not aware of

10   executed IPSs between 2015 until 2020, correct?

11        A.        I believe the 2015 IPS was in

12   effect.  It was signed and until a new one was

13   signed, it remained in effect.  So I believe we

14   can locate an IPS that was in effect.

15        Q.        Okay.  That would be the 2025

16   IPS, correct?

17        A.        Yes.

18        Q.        Okay.  And the 2015 IPS, we

19   looked at earlier, did not have the scoring --

20   scoring criteria attached, correct?

21        A.        2015 IPS did not appear to have

22   an Exhibit B.  We did, however, have investment

23   criteria that we evaluated as a committee, that

24   consistent over multiple meetings and --

25   clearly shows that investment criteria had been

Page 142

1                      CAROLYN CAMPBELL

2     selected and were being utilized and were being

3     reviewed and evaluated and discussed by the

4     Committee in carrying out its duties.

5            Q.       But you -- you don't have any

6     knowledge as to what the specific investment

7     characteristics, criteria or weighting in that

8     scoring criteria for the 2015 IPS were,

9     correct?

10                    MR. BLUMENFELD:   Objection.

11                    THE WITNESS:   I believe the

12            investment criteria that we were using in

13            2016, when I joined the Committee, was

14            the criteria that was included in our --

15            in the advanced materials that were

16            circulated to the Committee in advance of

17            the meeting.

18                    And those metrics are consistent

19            with the -- along the same lines of the

20            metrics that are listed in Appendix A of

21            this -- this is the 2017 draft.

22                    So, I mean, we would have to

23            consult the materials for me to be

24            conclusive of to that, but it is clear

25            from the materials that the Committee had

Page 143

                        CAROLYN CAMPBELL

1

2          investment criteria and was evaluating

3          the line of funds and investments against

4          criteria.

5    BY MR. ROBERTS:

6          Q.        Sitting here today, you don't

7    have any idea as to whether the scoring

8    criteria in the 2015 IPS that was not attached

9    is the same or different than the scoring

10   criteria included in the 2017 draft, correct?

11                   MR. BLUMENFELD:  Objection.

12                   THE WITNESS:  I have no ability

13         to see what that scoring criteria was.

14         It listed on a page on -- as an exhibit

15         to this policy.

16                   I do believe that the criteria

17         existed and was being applied and was

18         being reviewed and considered and

19         evaluated and discussed.

20   BY MR. ROBERTS:

21         Q.        Okay.

22                   MR. ROBERTS:  We can now mark as

23         Exhibit 4, I believe, Quanta 000909.

24                   It should read as an executed

25         version of the 2020 IPS.

Page 144

                        CAROLYN CAMPBELL

 1                              -   -   -

 2                      (Whereupon the document was

 3         marked, for identification purposes, as

 4         Exhibit Number 4.)

 5                              -   -   -

 6                      MR. BLUMENFELD:  Give him a

 7         minute to upload it.

 8                      THE WITNESS:  I can see

 9         Exhibit 4.

10    BY MR. ROBERTS:

11         Q.        Okay.  Feel free to review the

12    document.  I'm going to be asking my questions

13    specifically about Appendix C on Quanta 000929,

14    second to the last page of the document.

15                      Are you on that page?

16         A.        Yes.  I see that page.

17         Q.        Okay.  So based on your review

18    of the document, was it your understanding that

19    as of 2020, when this IPS of executed, that

20    Appendix C listed the IPS criteria specifically

21    with regard to target date investments?

22         A.        That's correct.

23         Q.        Okay.

24                      And there's a number of metrics

1                    CAROLYN CAMPBELL

2    here.  The first two are three-year and

3    five-year sharpe ratios.

4                    Do you have an understanding as

5    to what -- what a three and five-year sharpe

6    ratios are intended to measure in this version

7    of the IPS?

8         A.         I believe that it is intended to

9    measure risk-adjusted returns.

10        Q.         Okay.  Do you see anything on

11   this list of investment characteristics that

12   provides an evaluation of absolute performance

13   against benchmarks for a peer group?

14                   MR. BLUMENFELD:  Objection.

15                   THE WITNESS:  I do not see those

16        attributes or characteristics listed on

17        this page.

18                   And this page represents, I

19        think, a group of several specific

20        criteria that are used to evaluate target

21        date options.

22                   It is not an exclusive list of

23        options and I think the Committee takes a

24        lot of different metrics and measurements

25        and information into account in reaching

Page 146

1                    CAROLYN CAMPBELL

2        its conclusions.

3    BY MR. ROBERTS:

4        Q.        So after the first chart,

5    there's a sentence that says:  A target date

6    investment option receives full credit to

7    characteristics if it ranks as the best in that

8    category when compared to other target date

9    investment options.

10                    The next sentence says:  The

11   target date score will decrease in each

12   characteristic as its peer group ranking

13   declines.

14                    Do you see that?

15        A.        I see that.

16        Q.        Okay.  And then there's a chart

17   here that provides an example using three-year

18   sharpe ratio.

19                    Do you see that?

20        A.        I see that.

21        Q.        And this scoring system, this

22   ranking system, this wasn't present in any of

23   the other executed or draft versions of the IPS

24   that we've reviewed so far, correct?

25                    MR. BLUMENFELD:  Objection.

Page 147

1              CAROLYN CAMPBELL

2              THE WITNESS:  It was -- it was

3      not in the 2017 draft version that we

4      looked at before.  Correct.

5  BY MR. ROBERTS:

6      Q.      Okay.  Do you recall whether it

7  was in the 2015 version that we looked at?

8      A.      I recall it was not in the 2015

9  version.

10      Q.      Okay.

11              MR. ROBERTS:  We can take this

12      document down.

13  BY MR. ROBERTS:

14      Q.      You talked a bit about Ascend/

15  Qualified Plan Advisors.  And I think you

16  testified that Ascend was the Plan's advisor at

17  the time that you joined the Committee, but

18  that possibly Ascend was first engaged around

19  2015.

20              Do you have an understanding as

21  to who was involved in the decision to

22  initially engage Ascend?

23      A.      I have an understanding of

24  having consulted some of my colleagues who were

25  responsible for that at the time in my capacity

Page 148

1                    CAROLYN CAMPBELL

2    as a 30(b)(6) witness in an effort to educate

3    myself about those facts and circumstances.

4         Q.        Okay.  As a 30(b)(6) witness,

5    can you provide your understanding as to who

6    was responsible -- who was involved in the

7    decision to initially engage Ascend?

8         A.        I think the Committee believed

9    it was appropriate to have an investment

10   advisor and on the Committee at the time,

11   Derrick Jensen was a major part of that effort,

12   and Derrick and the vice president of HR at the

13   time collected some names, and they did

14   interview Ascend and Rich Eager, and one other

15   gentleman from that firm, I believe, and made

16   the decision to engage Ascend as an advisor to

17   the Committee to assist the Committee in its

18   process.

19        Q.        Can you recall anytime when the

20   Committee did not follow a recommendation made

21   by Ascend for later Qualified Plan Advisors?

22        A.        I can recall many times where we

23   discussed recommendations and the merits of --

24   recommendations as a Committee.

25                  I can't recall a specific

1                    CAROLYN CAMPBELL

2    instance where we overrode the advice of our

3    investment advisor.  I can remember on occasion

4    our investment advisor presenting alternatives

5    and options and we would discuss pros and cons

6    of various options.

7                    I do not recall any specific

8    instances where we overrode or superceded a

9    direct recommendation.

10        Q.        Throughout your time on the

11    Committee, in monitoring the -- the Plan's

12    investments, did you ever consider the risk

13    tolerance of individual participants in the

14    Plan?

15        A.        Yes.  That was a definite focus

16    of the Committee, and we wanted to present a

17    manual of plan options that was diversified,

18    that would accommodate the risk tolerances

19    across -- you know, the broad spectrum of

20    employees, wide age ranges with wide investment

21    specification levels.

22                    And, you know, with wide degrees

23    of variation in terms of aggressive versus

24    conservative perspectives.

25        Q.        Did Quanta -- did the Committee

Page 150

1                    CAROLYN CAMPBELL

2    ever perform a survey to -- to measure

3    participant behavior at any point during your

4    tenure on the Committee?

5                    MR. BLUMENFELD:  Objection.

6                    John, you started at the

7            beginning by saying you were going to try

8            and be clear which topics were 30(b)(6)

9            topics and which are not.

10                   Am I correct that this is not

11           something you consider to be within the

12           30(b)(6) topics?

13                   MR. ROBERTS:  Correct.

14                   MR. BLUMENFELD:  Okay.

15                   THE WITNESS:  I'm not aware of

16           any surveys, employee surveys that were

17           conducted by Quanta.  We could see if

18           committee members, the participation

19           level within each fund option offered by

20           the Plan.

21                   So we had some sense of, you

22           know, that many employees leaned one --

23           in one area or more heavily in another

24           area and we could tell that by, you know,

25           the balance of Plan assets within

1                     CAROLYN CAMPBELL

2          different funds, fund status associated

3          with the performance of the fund.

4                     It's also associated with the

5          number of people who are directing their

6          investments to that fund.

7                     So we -- we had a number of

8          different tools within the materials to

9          see some employee preferences.  I do not

10         think it was in the form of -- of an

11         employee survey.

12    BY MR. ROBERTS:

13         Q.      Okay.  Based on those

14    observations from that data, do you recall any

15    specific choices being made with regard to

16    monitoring or the Plan lineup?

17                     MR. BLUMENFELD:  Objection.

18                     THE WITNESS:  I think we could

19         tell as a Committee that the target date

20         funds were, you know, a collected

21         investment option for many of our

22         employees, so we spent a lot of time

23         on -- on target date fund evaluation.

24                     We, in reviewing the minutes

25         from committee meetings during my tenure

Page 152

                    CAROLYN CAMPBELL

1        on the Committee, it was clear to me that

2        we looked at a number of different target

3        date suites.

4              We actually had a discussion

5        about the Vanguard target date suite at

6        the request, or not at the request, I

7        would say in response to an inquiry by an

8        employee about the Vanguard target date

9        suite.

10             So we discussed that as a

11       committee and reviewed information on

12       that, as well as the information on

13       Fidelity's target date suite.

14   BY MR. ROBERTS:

15       Q.       Do you recall when that

16   consideration of the Vanguard target date suite

17   occurred?

18       A.       I -- we can go back and look at

19   minutes to determine that.  My recollection is

20   that it was in the 2017 time period.  It might

21   have been late 2016, but I believe it was 2017.

22       Q.       Did you ever initiate

23   discussions about investments with other

24   committee members outside of regularly

Page 153

1                    CAROLYN CAMPBELL

2    scheduled committee meetings?

3         A.        Yes.  We were colleagues on the

4    senior leadership team at the Company, so we

5    had a lot of occasions to see each other

6    informally between meetings, day to day.

7                    And we would, you know, carry on

8    some of these, you know, discussions in --

9    inside and outside of formal meetings when --

10   when we had issues to discuss.

11        Q.        Can you recall any specific

12   topics that you recall having discussions with

13   other committee members about, outside of

14   formal committee meetings?

15        A.        I mean, I recall discussing

16   401(k) Plan Committee matters with other

17   committee members many times outside of

18   meetings.

19                   We talked about Plan

20   participation, fund -- our investment policy

21   statement, our advanced materials that were

22   circulated in advance of meetings, items that

23   might be focused on -- with a particular

24   portfolio manager coming in to, you know,

25   deliver some -- you know, more comprehensive

Page 154

```
 1                    CAROLYN CAMPBELL
 2   information in response to a question.
 3                    We had a lot of discussion and
 4   activity out of -- outside of meetings that
 5   sort of helped form the context for how we went
 6   into a meeting, you know, and how -- how the
 7   more formal structure framework in front of us.
 8        Q.        Anything else?
 9                    MR. BLUMENFELD:  Objection.
10                    THE WITNESS:  That's it.
11   BY MR. ROBERTS:
12        Q.        Okay.  Do you recall specific
13   committee members that you would have had these
14   conversations with outside of committee
15   meetings?
16        A.        I think it would have been many
17   of them, less so with the committee members who
18   did not office at the corporate headquarters in
19   Houston and two of our current committee
20   members do not office at the corporate
21   headquarters in Houston.
22                    So my opportunity to informally
23   engage with them in-person is not as
24   convenient.  We certainly have the capabilities
25   to do it, but in terms of the more informal
```

1                CAROLYN CAMPBELL

2    conversations, that's very easy and very

3    frequent with the people that you -- that work

4    around you.

5                So it was not unusual at all to

6    have some of those discussions with all of the

7    other committee members.

8         Q.       Okay.

9                MR. ROBERTS:  Now we can mark as

10         Exhibit 5, a document Quanta_114147,

11         which I believe is an agenda for a 2016

12         meeting, Q2.

13                   -   -   -

14         (Whereupon the document was

15         marked, for identification purposes, as

16         Exhibit Number 5.)

17                   -   -   -

18                THE WITNESS:  I see that.

19    BY MR. ROBERTS:

20         Q.       Do you recognize this document?

21         A.       Yes.  I recognize the document.

22         Q.       Does this look similar to

23    agendas that you would receive in advance of

24    meetings during your tenure on the Committee?

25         A.       Yes.

Page 156

                         CAROLYN CAMPBELL

1

2       Q.          And it looks like the date of

3  this meeting is August 15th, 2016.

4                   Do you recall whether the 2nd

5  Quarter 2016 meeting was the first meeting that

6  you attended?

7       A.          I believe it was.

8       Q.          Okay.  And there's a number of

9  discussion items here.  I see second, I think

10 you had mentioned earlier that one of the first

11 items would be the review and approval of prior

12 meeting minutes.

13                  And so we see that as Number 2

14 listed here, correct?

15      A.          That's correct.

16      Q.          Okay.  How many of the items

17 listed here, were these -- were these typical

18 items to be included in meetings that you

19 attended during your tenure on the Committee?

20      A.          Yes.  I think those are typical.

21 We typically started with a review and approval

22 of -- of minutes.

23                  We then often had administration

24 updates from our HR team that would cover Plan

25 administrative matters, and addition of

Page 157

CAROLYN CAMPBELL

1    CAROLYN CAMPBELL
2    subsidiaries merging into the plan, participant
3    communications, things like that.
4                    The next thing on the agenda
5    here is committee composition discussion and
6    that was likely due to the fact that Kim Riddle
7    and I came onto the Committee about this time.
8                    We would typically have then a
9    discussion of -- of investment review, and we
10   would have all of the investment evaluation
11   materials in front of us having received them
12   in advance, we kind of -- straight in the
13   discussion of those materials.
14                    We often covered legal and
15   regulatory updates, and -- and the overall
16   market outlook first and then we would go into
17   specific investment options.
18                    We then also had a report from
19   Fidelity about just the Plan statistics in
20   terms of number of participants and the
21   percentage of participants who were investing
22   in an age-appropriate manner, things like that,
23   number of loans outstanding, loan balances,
24   things like that.
25                    What is listed on this agenda is

                                        Page 158
                        CAROLYN CAMPBELL

1
2    a target date fund suite search discussion.  We
3    examined our target date fund offend, tried to
4    do it annually, at least annually, and -- and
5    evaluate -- and do a deep dive with assistance
6    from QPA on, you know, making sure that we were
7    providing appropriate selection as investments
8    for the participants.
9          Q.        And then this last item, open
10   discussion, would that have been just kind of
11   for something that's not designated as an
12   agenda item, the opportunity for committee
13   members to raise any additional questions or
14   concerns?
15         A.        Correct.  I mean, it was -- it
16   was -- committee members could bring any topic
17   that was -- they felt, you know, worthy of
18   committee consideration up to the group.
19                   And I think it's a catch-all
20   item for anything -- any development that
21   might -- might warrant, you know, some
22   attention.
23         Q.        Okay.  All right.
24                   MR. ROBERTS:  Now, we'll mark as
25          Exhibit 6, Quanta 109620, which I believe

Page 159

```
1                    CAROLYN CAMPBELL
2         is the corresponding meeting minutes.
3                         -  -  -
4                    (Whereupon the document was
5         marked, for identification purposes, as
6         Exhibit Number 6.)
7                         -  -  -
8  BY MR. ROBERTS:
9         Q.        Let me know when you've had a
10 chance had to review this document.
11        A.        Okay.  I see the document.
12        Q.        Okay.  And do you recognize this
13 document?
14        A.        Yes.  It's the minutes of the
15 2nd Quarter investment committee meeting held
16 August 15th, 2016.
17        Q.        And it looks like you are listed
18 as an attendee.
19                  Do you see that?
20        A.        Correct.
21        Q.        Along with a number of
22 individuals who are listed in attendance, but
23 not listed as committee members.
24                  Do you have an understanding as
25 to why that is?
```

Page 160

1                   CAROLYN CAMPBELL

2        A.          Yes.  I do.

3                    I believe that my appointment

4    was effective perhaps days after this meeting.

5    I would need to consult the Compensation

6    Committee minutes of the board of services to

7    know that specifically.

8                    I suspect that -- I believe

9    Kim Riddle and I came on at the same time and

10   so neither one of us are listed as members, and

11   I believe the compensation committee of the

12   Board -- well, our -- our meetings typically

13   occurred in the third week of August, so it

14   would have been right after this.

15                   And I think our meetings, let me

16   be clear, the meetings of the Compensation

17   Committee and the other committees and the

18   Board of Directors occurred in the third week

19   of August.

20                   So that would have been after

21   this 2nd Quarter, 2016 Investment Committee

22   meeting.  And so I believe that I was not

23   officially a committee member at this point.

24                   I was an invited guest and could

25   have the opportunity to observe and participate

Page 161

1                    CAROLYN CAMPBELL

2    in this meeting.

3         Q.        Okay.  Scrolling down to the

4    second page of this document, 109621, under

5    Roman Numeral VI, there's 401(k) investment

6    portfolio analysis.  There's a section -- a

7    section here.

8                    Take -- take a moment to read

9    through this.  My -- my question is really

10   just, is this a similar format to how the

11   401(k) investment portfolio analysis was

12   presented at meetings that you attended as a

13   committee member during the relevant period?

14                    MR. BLUMENFELD:  Objection.

15                    THE WITNESS:  I think this is

16          representative of how committee minutes

17          reflected our deliberations during my --

18          during the course of my tenure on the

19          Committee.

20   BY MR. ROBERTS:

21        Q.        The first paragraph of this

22   section says:  AWIA next reviewed and analysis

23   of Plan including a detailed review and

24   discussion of the current fund lineup.

25                    Do you -- sorry.

Page 162

1                    CAROLYN CAMPBELL

2            Do you recall whether during

3   meetings, whether Ascend would cover the review

4   performance of every fund on the Plan lineup?

5        A.        We could not specifically talk

6   about every fund in the Plan lineup at every

7   meeting.  We had the data for every plan in the

8   fund lineup in our pre-meeting materials.

9            And the committee members had

10  the opportunity to review and evaluate all of

11  that before the meeting and were expected to

12  have reviewed that before the meeting.

13            We discussed, during the

14  meeting, an overall outlook, market

15  performance, and -- and an overall result, and

16  we would dive into different funds and talk

17  about different metrics within the information

18  presented that seemed to warrant discussion and

19  attention by the Committee.

20            Some of those things that

21  warranted additional attention or extra

22  scrutiny from the Committee are called out in

23  the minutes and we discussed, you know,

24  qualitative factors in addition to the

25  quantitative factors.

Page 163

1                     CAROLYN CAMPBELL

2                     So the -- it -- it was never a

3    situation as, well, you know, half of our funds

4    are doing great, so let's just move on.  That's

5    not how it went.

6                     The minutes should reflect a

7    presentation, and a large compilation of data,

8    and try to point out a broad assessment of the

9    information in the materials that -- and the

10   materials here don't reflect every

11   conversation -- the minutes here don't reflect

12   all of the conversation that is -- that is --

13   that is conducted during the meetings, because

14   we do discuss many funds at every meeting.

15        Q.        Based your experience, how long

16   were typical meetings?

17        A.        We usually scheduled two hours

18   for the meeting.  Some of the meetings would

19   end sooner than that, some of the meetings

20   would go beyond that.

21                   So it really depended on how

22   much -- how much discussion the Committee felt

23   it needed to have on different -- different

24   matters.

25                   Sometimes we were asked

Page 164

CAROLYN CAMPBELL

1

2    questions, and we had lots of requests for more

3    information, and we would schedule a

4    supplemental meeting and bring -- you know, a

5    supplemental -- supplemental data in about one

6    particular thing or another.

7                    You know, we -- we took -- we

8    took the time we needed.  Sometimes it was less

9    than two hours, sometimes it was more than two

10   hours.  It was -- it was enough to say we need

11   to meet again and we'll do that, we'll schedule

12   that separately in a week, or two, or three.

13       Q.       We looked at the first page of

14   this document, it says:  Time, 1:30 p.m. CST.

15                    Do you see that?

16       A.       Yes.  I see that.

17       Q.       And then scrolling down to the

18   bottom, it says there being no further

19   business, the meeting was adjourned at

20   2:30 p.m. CST.

21                    Do you see that?

22       A.       Yes.  I see that.

23       Q.       Do you recall approximately -- I

24   know you had mentioned that some meetings went

25   less than two hours.

Page 165

1                    CAROLYN CAMPBELL

2              Do you recall what portion of

3    the meetings were either scheduled for or

4    lasted an hour as opposed to two, what

5    proportion?

6         A.       I -- I don't -- I can't speak

7    specifically to the proportion of meetings that

8    were short or long.  I mean, we could -- we

9    could go to the minutes and -- and ascertain

10   that.

11              I think the minutes accurately

12   reflect the start and end times of formal

13   meetings, and minutes do not reflect how much

14   time was spent on one piece of the meeting

15   versus another, or how in-depth one

16   conversation went versus another.

17              So it's -- I think the

18   minutes -- the minutes reflect the time we

19   officially convened and the time we officially

20   concluded.

21         Q.       Okay.

22              And then I know you mentioned

23   the meeting minutes wouldn't contain the start

24   and end time for each topic, but were there

25   topics which generally took up a greater

1                    CAROLYN CAMPBELL

2    proportion of the time that the Committee met

3    on an ongoing basis?

4         A.        I think the majority of our time

5    was spent on the investment fund lineup.  Are

6    we -- are we bringing to our participants a

7    fund lineup that is, Number 1, suitable for a

8    wide variety of risk tolerances and ages?

9                   Are we bringing diversity?  Are

10   we bringing asset classes that have different

11   risk characteristics and different return

12   opportunities?

13                  Are we bringing small cap, mid

14   cap, large cap value blend growth?  Passive,

15   active, target date, you know, we wanted the

16   fund's lineup to be broad, and diverse, and

17   enable individual -- individuals to select

18   their investments for their money in a way that

19   they were comfortable with.

20        Q.        Okay.  And the review of the

21   fund lineup, would that have been done as part

22   of -- strike that.

23                  During the review of the fund

24   lineup, would the Committee have in front of

25   them and be reviewing the quarterly investment

Page 167

1                    CAROLYN CAMPBELL

2       review that was circulated in advance of

3       meetings?

4            A.         Absolutely.  I mean, that's sort

5       of what I'm talking about.  We wanted -- we

6       wanted a broad group of funds and then each

7       fund that we selected, we wanted to make sure a

8       prudent selection, a reasonable option to

9       include in -- in the Plan.

10                      And we had criteria and a

11      framework to help guide us through that

12      process.  And so we benchmarked the fees.  We

13      evaluated the performance results.

14                      We considered qualitative

15      factors.  We took a lot of different things

16      into account in conducting the investment

17      review to make sure that our lineup was

18      appropriate.

19           Q.         Okay.

20                      MR. ROBERTS:  We can mark as

21           Exhibit 7, a document Bates stamped

22           Quanta 120799, which is a copy of the

23           2nd Quarter 2016 Investment Review, dated

24           August 15th, 2016.

25                              -  -  -

Page 168

1                    CAROLYN CAMPBELL

2                    (Whereupon the document was

3          marked, for identification purposes, as

4          Exhibit Number 7.)

5                         -   -   -

6    BY MR. ROBERTS:

7          Q.        And I'll apologize in advance,

8    this does not appear to be in color, so it

9    might be a little difficult to read.

10                   MR. BLUMENFELD:  John, can you

11         confirm that you guys got them in color?

12                   MR. ROBERTS:  I can confirm that

13         this document is -- is as it was produced

14         to us.  We have other versions for later

15         years that are in color, this one is not.

16                   MR. BLUMENFELD:  Got it.

17   BY MR. ROBERTS:

18         Q.        And this is a bit of a lengthy

19   document, as I'm sure you can appreciate after

20   reviewing these over the years.

21                   So please take time to review

22   and I can direct you to specific portions of

23   the document once you've had the chance to

24   review.

25         A.        I see the document.

Page 169

1                    CAROLYN CAMPBELL

2        Q.        Okay.

3                  Do you recognize this document?

4        A.        Yes.  This would be per the

5   investment review the Committee received in

6   connection with the 2nd Quarter 2016 committee

7   meeting.

8        Q.        Okay.  And does this document

9   look similar to the presentation, the quarterly

10  investment reviews that Ascend and then later,

11  Qualified Plan Advisors, would distribute in

12  advance of quarterly meetings to the Committee?

13       A.        Yes.  It is.

14       Q.        Okay.  I know that you mentioned

15  that you have a practice of reviewing the deck

16  in its entirety typically before meetings.

17                 Were there any sections of the

18  quarterly investment reviews that you focused

19  on more than others?

20                 MR. BLUMENFELD:  Objection.

21                 THE WITNESS:  I -- I focused on

22       the entire deck.  This is the most

23       important deck in the meeting, in every

24       meeting, in my view.

25                 And it is -- it presents things

Page 170

                          CAROLYN CAMPBELL

1

2        in the same way that I personally view

3        things, which is starting with the broad

4        context and an overall market for

5        information and then drills down into

6        more detailed information.

7                So we get a broad market

8        outlook, then we get some summary

9        information on our Plan assets and -- and

10       fund lineup, then we get detailed

11       information with regard to individual

12       funds within the Plan.

13               And we have a significant amount

14       of data that we peruse as long as we want

15       to spend to prepare for some of these

16       meetings and then go in and discuss, as a

17       committee.

18   BY MR. ROBERTS:

19       Q.      Okay.  Scrolling down now to --

20   it's Page 29 of the document, but

21   Quanta 120827, titled:  Investment Fund

22   Performance Tables.

23               Do you see that page?

24       A.      Yes.

25       Q.      Are you familiar with the

Page 171

                        CAROLYN CAMPBELL

1   general format of the information in this page?

2        A.        Yes.

3        Q.        Is this something that you would

4   review in preparation for committee meetings?

5        A.        Yes.  I would.

6        Q.        Okay.  It looks like this page

7   lists a number of the -- the vintages of the

8   Fidelity Freedom funds.

9                  Is that correct?

10       A.        That's correct.

11       Q.        And do you see the columns that

12  state three-year performance relative to

13  benchmark and five-year performance relative to

14  benchmark?

15       A.        I see that.

16       Q.        It looks like for all but the

17  Fidelity Freedom K -- 60, three-year

18  performance relative benchmark, that all of

19  these fields indicate under performance.

20                 Is that correct?  And sorry, and

21  the five year for the 2016 indicate an under

22  performance.

23                 Is that correct?

24       MR. BLUMENFELD:  Sorry, John.

```
                          CAROLYN CAMPBELL
```

1              CAROLYN CAMPBELL

2         Your correction at the end, or

3         clarification at the end confused me.

4                   Can you ask that question again?

5                   MR. ROBERTS:  Sure.

6    BY MR. ROBERTS:

7         Q.        With the exception of the

8    Fidelity Freedom Funds K 2016 vintage which

9    indicates outperformance on a three and

10   five-year basis relative to the benchmark, the

11   remaining vintages on this page indicate under

12   performance on both the three and five-year

13   time period relative to benchmarks, correct?

14        A.        That is correct.  But we can

15   also scroll over to the right and see the

16   magnitude and other factors that are also

17   considered, but you are correct in this column,

18   it is -- the choice is either under perform or

19   overperform.

20                   And, yes, they are -- there are

21   many that are under performing on the three and

22   five-year performance relative to benchmark.

23        Q.        Okay.

24                   Scrolling over to the section

25   that has annualized returns.  With respect to

Page 173

1                    CAROLYN CAMPBELL

2    one-year returns, do you see any -- any

3    vintages of the Freedom funds on a one-year

4    basis are outperforming their benchmark?

5           A.        I do not.

6           Q.        Okay.  How about for the three

7    and five-year annualized returns.

8                     Do you see anything there?

9                     MR. BLUMENFELD:  Objection.

10                    Asked and answered.

11                    MR. ROBERTS:  I'm asking about

12            the annualized returns.  The three and

13            five-year returns before were relative to

14            benchmark.

15                    MR. BLUMENFELD:  I'm sorry,

16            then, what is your question now?

17                    MR. ROBERTS:  Sure.  I'm in the

18            annualized returns section.  And I'm

19            asking --

20                    MR. BLUMENFELD:  Right --

21                    MR. ROBERTS:  Three and

22            five-year returns, if you see any vintage

23            of the Freedom funds, which outperform

24            their benchmarks.

25                    MR. BLUMENFELD:  Isn't the same

Page 174

CAROLYN CAMPBELL

1    question you asked before in the under
2    perform columns or overperform or
3    outperform columns?
4                MR. ROBERTS:  That was
5    three-year performance relative to
6    benchmark.  This is annualized
7    performance.
8                MR. BLUMENFELD:  But you're
9    asking about relative to benchmark.
10               MR. ROBERTS:  So I think the
11   Witness can answer this.
12               MR. BLUMENFELD:  That's true.
13   I'm trying to understand your question.
14               MR. ROBERTS:  Right.  And I
15   asked about just under perform and
16   overperform.
17               And now, she mentioned that
18   there's more data to the right and some
19   I'm asking about the data to the right.
20   We're on annualized returns.
21               THE WITNESS:  I do not see any
22   that outperform the benchmark in the
23   three or five-year annualized return
24   column.

Page 175

                    CAROLYN CAMPBELL

1

2    BY MR. ROBERTS:

3         Q.       Okay.  Then we can scroll down

4    to Page 32 of the document, which is

5    Quanta 120830.

6               Do you see that page labeled,

7    investment fund, data tables, fund watch

8    status?

9         A.       I see that.

10        Q.       Okay.  And in the bottom here,

11   it's admittedly hard to read, but it looks like

12   for a number of the Fidelity Freedom fund

13   vintages for the 1st Quarter of 2015 through

14   3rd Quarter of 2015, they're designated as

15   monitored.

16               Do you see that?

17        A.       Yes.  I see that.

18        Q.       And then for subsequent

19   quarters; 1st Quarter, 2015, 2nd Quarter, 2016,

20   and 2nd Quarter, 2016, they're designated no

21   alert.

22               Do you see that?

23        A.       I see that.

24        Q.       Do you have an understanding as

25   to why the Freedom funds were taken off of

Page 176

                            CAROLYN CAMPBELL

1
2    monitor status as of the 4th Quarter of 2015,
3    based on the conversations you had upon joining
4    the Committee?
5                    MR. BLUMENFELD:  Objection.
6                    THE WITNESS:  Okay.  This is the
7            2nd Quarter 2016 review.  I was not on
8            the Committee at this point.  This is the
9            deck that was presented at the
10           2nd Quarter 2016 meeting.  There is a
11           notation in that right-hand column.
12                   Were you asking me about the end
13           of 2015?  Remind me about the time period
14           that you're asking about.
15   BY MR. ROBERTS:
16           Q.      Sure.  I'm just asking, based on
17   any conversations you had when you joined the
18   Committee, did you have an understanding as to
19   why the Fidelity Freedom funds were taken off
20   of watch of monitor status in the previous --
21   at the end of -- sorry -- 2015?
22           A.      I did not have an understanding,
23   or conclusion, or the reasons that supported
24   that conclusion.
25           Q.      Okay.  And as I think you noted

Page 177

CAROLYN CAMPBELL

1

2    or alluded to, there's -- actually, never mind.

3                 Do you recall whether at your

4    first committee meeting, whether there was any

5    discussion regarding the under performance of

6    the Fidelity Freedom funds relative to

7    benchmarks on a three and five-year basis?

8         A.        I'm certain that we would have

9    discussed it, because, you know, there's a lot

10   of information in here that would warrant that

11   discussion.

12                I do not have a specific

13   recollection of any specific conversation at

14   this meeting.  So I can't provide details about

15   what might have been discussed.

16                I feel certain that it would

17   have been discussed as -- as it was at every

18   meeting, that there -- there was information

19   here, we could go back to the minutes and, you

20   know, also see what the minutes highlight as

21   having been considered.

22   BY MR. ROBERTS:

23        Q.        Sure.

24                Let's go back to those meeting

25   minutes.

Page 178

1                    CAROLYN CAMPBELL

2                    MR. BLUMENFELD:  What exhibit is

3          that, John?

4                    MR. ROBERTS:  I believe it's

5          Exhibit 5.

6                    THE WITNESS:  That's the agenda

7          for the meeting.

8                    MR. ROBERTS:  Sorry.

9                    Then Exhibit 6.

10    BY MR. ROBERTS:

11         Q.        And can you point me to where in

12    this document there's any discussion of the

13    under performance of the Fidelity Freedom funds

14    relative to benchmarks on three and five-year

15    basis?

16                    MR. BLUMENFELD:  Objection.

17                    THE WITNESS:  I don't see a

18          specific mention of the Freedom funds in

19          the minutes.  I did see within the agenda

20          that the Freedom funds -- target date

21          funds were listed as an agenda item.

22                    And we would have typically have

23          covered the items on the agenda that

24          warranted discussion.

25    BY MR. ROBERTS:

Page 179

1                    CAROLYN CAMPBELL

2        Q.        Do you see a reference to the

3    target date discussion referenced in the

4    agenda, do you see a reference to that on

5    target date suite discussion in these minutes?

6        A.        I do not see a reference to the

7    target date funds discussion in the minutes.

8        Q.        Okay.  And the last paragraph of

9    the 401(k) investment portfolio analysis

10   says -- says:  As of the 2nd Quarter 2016

11   result, the following investment options were

12   discussed in depth to determine monitor status.

13                  The Committee will continue to

14   specifically review the performance of these

15   options on a quarterly basis to monitor their

16   status.

17                  Do you see that?

18       A.        Yes.  I see that.

19       Q.        Okay.  And then there's a number

20   of funds listed here, but the Fidelity Freedom

21   funds are not listed, correct?

22       A.        They're not listed with -- with

23   a fulsome discussion.  No.

24       Q.        Okay.

25       A.        It does not mean -- it does not

Page 180

1                    CAROLYN CAMPBELL
2    mean that a discussion did not take place.
3    It -- the materials would have been the basis
4    of our discussion and the materials included a
5    lot of information, and it was our practice to
6    view target date funds with a pretty
7    comprehensive brush, if you will.
8                    And we may have been sort of
9    preparing for the deep dive that would be
10   upcoming within the next quarter or so, and
11   wanting to get that information before we had a
12   full stop change to, you know -- big scale
13   change in anything.
14                    I -- I, again, would just say
15   the fact that a specific item is not listed in
16   the minutes does not mean it was not addressed,
17   because we clearly were looking at the
18   materials that had information available for
19   evaluation and for the Committee to raise with
20   each other and our investment advisor.
21        Q.        Aside from the quarterly
22   investment reports, which we just went over,
23   and then the target date Freedom funds suite
24   discussion document referenced in the agenda,
25   can you point to anything for this specific

Page 181

1                   CAROLYN CAMPBELL

2    meeting that the Committee would have reviewed

3    in discussing the Freedom funds?

4          A.         I -- we would have looked at --

5    well, principally, the deck from Ascend, which

6    has the detailed information about each of the

7    funds.

8                   I can't recall specifically for

9    this meeting any other information.  We might

10   have gotten a deck from Fidelity.  We usually

11   got a deck from Fidelity about plan statistics,

12   some of which included some performance

13   information as well.

14                  We typically relied not on that,

15   but on Ascend's presentation of its investment

16   review.  So -- but I can't point to any

17   specific information at this time.

18         Q.        Okay.

19                  MR. ROBERTS:  Let's mark as

20           Exhibit 8, Quanta 106738, which is the

21           Fidelity Freedom Funds 2016 Target Date

22           Deep Dive.

23                         -   -   -

24                  (Whereupon the document was

25           marked, for identification purposes, as

Page 182

1                    CAROLYN CAMPBELL
2         Exhibit Number 8.)
3                    -  -  -
4    BY MR. ROBERTS:
5         Q.        Which I'll, again, represent
6    that was produced to us in the format that you
7    are viewing it.  Unfortunately, not in color.
8                   Let me know when you're done
9    reviewing this document and I'll ask my
10   questions.
11        A.        I see the document.
12        Q.        Are you familiar with this
13   document?
14        A.        Yes.  I'm familiar with it.
15        Q.        And is this the typical format
16   that the Freedom fund -- that the target date
17   deep dives would be presented in during your
18   time on the Committee?  Sorry.
19        A.        Yes.  It's representative of the
20   deep dive analysis performed by Ascend and QPA.
21        Q.        And I believe that we discussed
22   previously that the target date discussions
23   would be something else that you -- along with
24   the other committee members, would consider
25   with regard to monitoring the Freedom funds

Page 183

1                    CAROLYN CAMPBELL

2    specifically during committee meetings.

3                    Is that correct?

4         A.         That's correct.

5         Q.         Okay.  Scrolling down to Page 5

6    of the document, which is Quanta 106742.  This

7    has:  Target Date Deep Dive Fidelity Freedom

8    Funds Key Statistics.

9                    And this appears to be a chart

10   that has a number of metrics and a comparison

11   on the Fidelity Freedom funds to a number of

12   other target date suites.

13                   Do you see that?

14        A.         Yes.  I see that.

15        Q.         Do you recall, as of 2016 when

16   you joined the Committee, whether, through the

17   target date deep dives, whether the Committee

18   was actively comparing the Fidelity Freedom

19   funds to other suites of target date funds?

20        A.         We -- we did compare the target

21   date funds suite offered by Fidelity to target

22   date suites offered by other investment

23   managers.

24                   I don't know the exact date of

25   this presentation.  It is the 2016 target date

Page 184

1                    CAROLYN CAMPBELL

2     deep dive.  If it includes performance through

3     the end of 2016, it might have been dated in

4     January of 2017.

5                    So it does say as of

6     December 31st, 2016.  So I believe this came

7     in, you know, the following year, month, before

8     year-end results were available that, yes, the

9     Committee did consider, in connection with, I

10    believe, every target date deep dive fund

11    suites that were alternatives to the Fidelity

12    Freedom funds.

13         Q.        Okay.  And going down to the

14    page at which Glide Path ends.  Based on these

15    ages, do you have an understanding of the

16    distinction of a to versus a through glide

17    path?

18         A.        Yes.  I do.

19         Q.        And can you explain your

20    understanding of that distinction?

21         A.        Yes.  A to glide path reaches

22    its most conservative asset allocation strategy

23    at the age of retirement, at age 65.

24                    A through glide path reaches its

25    most conservative asset allocation strategy at

Page 185

CAROLYN CAMPBELL

1

2    an age beyond retirement, so typically above

3    65, and it would be these funds that --

4    American funds, age 95, or Vanguard -- at age

5    75 are examples of the through strategies.

6         Q.        Do you know whether the

7    Freedom funds were a to versus through

8    strategy?

9         A.        Freedom funds were a through

10   strategy.

11        Q.        Okay.  So it looks like, based

12   on our answer in looking at this chart, it

13   looks like, at least in this presentation, the

14   Committee was presented with data on

15   target date suites with both to and through

16   glide paths.

17                  Would you agree with that

18   statement?

19        A.        Yes.  That's correct.

20        Q.        Okay.  And it looks like there's

21   also kind of both active and index strategies

22   presented, correct?

23        A.        That's correct.

24        Q.        Okay.  As a result of any target

25   date deep dives that you reviewed during your

```
 1                   CAROLYN CAMPBELL
 2   time as a committee member, do you recall any
 3   instance where the Committee ever asked for a
 4   follow-up from the advisor regarding
 5   recommendations for any finalists to replace
 6   the Fidelity Freedom funds?
 7                   MR. BLUMENFELD:  Objection.
 8                   THE WITNESS:  Yes.  I believe we
 9        looked at a number of alternatives that
10        we considered replacing the
11        Fidelity Freedom funds.
12   BY MR. ROBERTS:
13        Q.        Did the Committee ever ask for
14   additional information or a deeper dive of a
15   limited universe of finalists to potentially
16   replace the Freedom funds?
17                   MR. BLUMENFELD:  Objection.
18                   THE WITNESS:  I believe the
19        Committee did ask for additional
20        information on a number of finalists.
21   BY MR. ROBERTS:
22        Q.        Do you recall if the advisor --
23   that presented that information to the
24   Committee?
25        A.        I recall the advisor did present
```

Page 187

1                    CAROLYN CAMPBELL
2    additional information to the Committee.
3         Q.       Do you recall whether that would
4    have been a report like this one or would that
5    have been through email?
6                    MR. BLUMENFELD:  Objection.
7                    THE WITNESS:  I recall that we
8              examined a number of different funds,
9              fund suites, with every target date deep
10             dive.
11                    I think they are reflected in
12             this deck.  I -- I can't recall if with
13             any specificity whether we asked for
14             additional information at this meeting as
15             a result of this 2016 target date deep
16             dive.
17                    We could go look in subsequent
18             minutes and ascertain that.  I do have a
19             specific recollection of that occurring
20             at subsequent meetings in the 2019 and
21             2020 timeframe.
22                    I don't have a specific
23             recollection as to 2016.
24    BY MR. ROBERTS:
25         Q.       Okay.  Do you have a specific

Page 188

                         CAROLYN CAMPBELL

1                        CAROLYN CAMPBELL

2    recollection anytime before 2019?

3                    MR. BLUMENFELD:  Objection.

4                    THE WITNESS:  I do recall

5             examining additional data with respect to

6             the Vanguard suite at one point.

7                    I know we examined information

8             with respect to all of these funds on

9             this date, I just -- I think what you're

10            asking is if we asked for supplemental

11            information beyond this deck.

12                   If that's what you're asking, I

13            don't have a specific recollection of

14            that and I would have to go back to

15            committee materials to, you know,

16            confirm.

17                   MR. ROBERTS:  Let's go off the

18            record.

19                   THE VIDEOGRAPHER:  Going off the

20            record at 2:21.  This ends Media Unit 4.

21                        -  -  -

22                   (Whereupon, a recess took place

23            from 2:21 p.m. to 2:32 p.m.)

24                        -  -  -

25                   THE VIDEOGRAPHER:  We are back

Page 189

CAROLYN CAMPBELL

1

2          on the record at 2:32.  This begins

3          Media Unit 5.

4                  MR. ROBERTS:  I just want to

5          confirm before we proceed, Beau, are you

6          back and ready to go back on the record?

7                  THE COURT REPORTER:  Yes, thank

8          you for asking.

9                  MR. ROBERTS:  All right.

10         Thanks.

11  BY MR. ROBERTS:

12         Q.       Ms. Campbell, we can mark now as

13  Exhibit 9, a document with the Bates stamp

14  Quanta 129093, which I'll represent is the

15  March 20th, 2024, 4th Quarter 2023 Investment

16  Committee Meeting Minutes.

17                  MS. LI:  Sorry, John.

18                  Can you repeat that, please?

19                  MR. ROBERTS:  Sure.

20                  It's Quanta 129093.  And it's

21         the 2023 Q4 meeting minutes.

22                  MS. LI:  Sorry.  I'm going to

23         need a minute to pull that up.

24                  MR. BLUMENFELD:  She's working

25         on it on her end.

Page 190

1                     CAROLYN CAMPBELL

2                     Just let us know when you have

3          it uploaded and then we'll pull it.

4                     MR. ROBERTS:  Will do.

5     BY MR. ROBERTS:

6          Q.          While we're waiting for that,

7     you know, this -- this meeting minute -- these

8     meeting minutes that we're about to go through

9     are a bit more recent than the ones we've been

10    covering.

11                    Can you think of any ways in

12    which the meetings of the Committee has changed

13    or evolved in any way from 2016 to the present

14    in terms of more generally who would start the

15    meeting, conduct the meeting, lead the meeting?

16                    MR. BLUMENFELD:  Objection.

17                    THE WITNESS:  I think the

18         meetings have proceeded in similar

19         fashion over the years.

20                    The topics we cover are similar

21         and at a high level, that the detail, of

22         course, depends on what's relevant at the

23         time and, you know, what warrants

24         discussion each quarter.

25                    And that changes over time, it

Page 191

1                    CAROLYN CAMPBELL

2        changes quarter to quarter, so -- but

3        overall, I think the process is very

4        similar.

5    BY MR. ROBERTS:

6        Q.        While we're waiting for the

7    meeting minutes to go up --

8                    MR. ROBERTS:  Sorry.

9                    What was that?

10                   MS. LI:  It's been introduced

11        into evidence.

12                   MR. ROBERTS:  Okay.  Great.

13                        -  -  -

14                   (Whereupon the document was

15        marked, for identification purposes, as

16        Exhibit Number 9.)

17                        -  -  -

18    BY MR. ROBERTS:

19        Q.        Do you see -- do you see the

20    document in front of you now?

21        A.        I see it.

22        Q.        Okay.

23                   Do you recognize this document?

24        A.        Yes.

25                   It's the minutes from the

1                    CAROLYN CAMPBELL
2    4th Quarter 2023 investment committee meeting.
3          Q.        Okay.  And do you recall this
4    meeting occurred on March 20th, 2024?
5          A.        Yes.  That's what the minutes
6    say.  And I presume that's an accurate date.
7          Q.        Yeah.  Sorry.  I should have
8    clarified.
9                    I'm asking, do you have a
10   recollection of attending this meeting?
11         A.        Yes.
12         Q.        Okay.  Can you just kind of walk
13   me through -- I know there's -- there's -- you
14   mentioned that the minutes aren't an exhaustive
15   list of everything that happened in the
16   meeting, and I know some of these are
17   summaries.
18                   If you could just kind of walk
19   me through, maybe, who started the meeting and
20   what as the discussion for these points listed
21   here looked like at the March 20th meeting?
22         A.        Okay.  Again, we received, you
23   know, a bunch of materials in advance, so the
24   meeting minutes were circulated with all of
25   that.

Page 193

1                    CAROLYN CAMPBELL

2                    A minor correction was made by

3     the Committee and the minutes were approved

4     pending the correction.  I don't have a

5     specific recollection about what that

6     correction was, but that's just an example of,

7     you know -- we -- we reviewed the minutes

8     before we get to the meeting, and so we'll --

9     we'll make -- make a comment here or there

10    to -- when we feel like we need to.  So that's

11    not unusual, but it's certainly not every set

12    of minutes.

13                   The next discussion here was an

14    unqualified Plan review, and we had, I guess,

15    Scott Seibel with CapAcuity there at the

16    meeting to go over some investment options in

17    our non-qualified plan.

18                   So I think that -- not the

19    401(k) savings plan, but a different plan

20    there.  So we move on to the administration

21    update.  Our HR team typically presents on this

22    item.  Is there anything you want me to address

23    here?

24                   I mean, we talked about a refund

25    for an allocation back to participants, excess

                      CAROLYN CAMPBELL

 1
 2    accumulation, float income.  We talked about --
 3         Q.        Yeah.  Sorry.  I didn't mean to
 4    cut you off.
 5                   For any of these, I'm not
 6    looking for anything in particular, just kind
 7    of more of -- I think you're already addressing
 8    it already, kind of who would present on each
 9    topic, what would that look like, maybe,
10    roughly, how long you recall the conversation
11    on each topic lasting?
12                   MR. BLUMENFELD:  Objection.
13    BY MR. ROBERTS:
14         Q.        Do you just want to pick up at
15    participant questions?  Do you recall who
16    presented on that topic?
17         A.        I do not have a specific
18    recollection of who presented on that topic.
19    It looks like the questions were -- went into
20    the HR team.
21                   And so it would have been the HR
22    team relying to the Committee some, you know,
23    participant interest in some of those topics.
24         Q.        Okay.  And then how about with
25    regard to the 4th Quarter 2023 investment

Page 195

                                CAROLYN CAMPBELL

1

2    results?

3         A.        I think QPA started this

4    discussion and as our investment advisor and

5    under our engagement agreement, you know, they

6    perform a variety of services for us.  And so

7    -- the fiduciary education opportunities and

8    they reviewed that.

9                   They also talked about the

10   market environment for us getting into the

11   investment review where we start with the broad

12   market outlook, market performance over the

13   last quarter, and -- what the investing

14   environment -- what's the current situation and

15   outlook in the investing arena.

16        Q.        Okay.

17        A.        We typically look at the -- this

18   material is presented in more detail in the

19   deck, but the regulatory update, he talks about

20   cases, not much really related to Quanta at

21   all, but just developments in ERISA regulation,

22   and ERISA-related litigation.

23                  And, you know, we also talk

24   about things like that so that we can make sure

25   that we adjust our practices to comport with

                    CAROLYN CAMPBELL
1
2  best practices, make sure we are conducting a
3  process that would be representative of a best
4  practice, and -- and just for our own education
5  and learning.
6        Q.        Okay.  And looks like --
7                  MR. BLUMENFELD:  John, I don't
8        think she was done.
9  BY MR. ROBERTS:
10       Q.        Oh, sorry.
11                 I didn't mean to cut you off.
12       A.        So we often ask questions
13 about -- about that, and QPA will give us more
14 details than what they -- even the detail that
15 was written in the book.
16                 We also looked at fees, cyber
17 security risks, that's become a big topic that,
18 I think, plan fiduciaries are looking at.
19                 We then did our investment
20 review with the Plan lineup, investment
21 performance, analyzing our funds against
22 benchmarks against peer groups against
23 quantitative metrics.
24                 Talked about expense ratios and
25 whether those remain in line with our

Page 197

                          CAROLYN CAMPBELL

1      expectations of providing reasonably priced

2      options.

3

4                  Talked about -- returns here,

5      talked about performance against benchmarks.

6      Some of -- some of those discussions are

7      reflected in these minutes.  There are a few

8      specific funds were more detailed information

9      included here.

10         Q.       Okay.  I don't want to cut you

11     off.  Are you still working through it?  Sorry.

12         A.       Well, we have the target date

13     deep dive at this meeting with sort of

14     supplementary deck that supports that review.

15                  And that is the time where we

16     routinely look at other target date fund suites

17     to see if -- if there are other suites that

18     might be preferable to the one we have, and --

19     and whether we should dig deeper, or go

20     further, or -- you know, we look at glide path

21     on this.

22                  We -- we try to understand the

23     differences or the things that drive different

24     performance amongst the different fund suites,

25     because their performance is very dependent

Page 198

1                    CAROLYN CAMPBELL

2    upon glide path.

3                 And as we saw in that -- that

4    chart back in the prior presentation, the glide

5    paths are very different for many of these

6    funds and it's difficult to compare them, but,

7    you know, we try to understand what is driving

8    the differences and make sure that we are aware

9    of some of those factors so that we can, you

10   know, reach a conclusion that's supported by

11   what we would like to do for the benefit of the

12   participants.

13                The last thing that we did at

14   this meeting was allow Fidelity to present on

15   the Plan participation statistics.  They will

16   typically, you know, address the position of

17   Plan loans.  It's a little bit more of

18   administrative matters associated with the Plan

19   and less info review.

20                So that's -- that's a little bit

21   more -- you know, how the Plan is being

22   utilized by our employees as -- as to

23   investment analysis.

24        Q.        Okay.  Thank you.

25                That was really helpful.

Page 199

1                    CAROLYN CAMPBELL

2                    And it looks like it says here

3    that the meeting concluded, adjourned at

4    4:00 p.m.

5                    Do you see that?

6         A.        Yes.

7         Q.        And scrolling back up to the

8    top, it looks like the time, the start time is

9    listed as 1:00 p.m.

10                    Do you see that?

11        A.        Yes.

12        Q.        So a three-hour meeting, do you

13   recall for the March 20th, 2024, meeting,

14   approximately, how -- how much of that three

15   hours was spent discussing the 4th Quarter 2023

16   investment results presented by Qualified Plan

17   Advisors?

18                    MR. BLUMENFELD:  Objection.

19                    THE WITNESS:  I can't recall

20        specifically how long we spent on -- on

21        any of these matters.  I think -- I know

22        that we discussed what we felt was useful

23        for the Committee.

24                    And the Committee drives this.

25        It's -- it's not, we're going to give the

```
 1                    CAROLYN CAMPBELL
 2         floor to a specific presenter and allow
 3         them to drum on.
 4                We're -- we're ready to discuss,
 5         you know, issues that -- that we want
 6         and, you know, to collaborate and
 7         deliberate on and get advice and
 8         information on.
 9                So -- but it's impossible for me
10         to say at this point how long we spent on
11         any of these.
12   BY MR. ROBERTS:
13         Q.      Do you have a best estimate?
14         A.      No.  I don't have a best
15   estimate.
16         Q.      Do you know whether it would
17   have been more than half of the meeting spent
18   on review of the investment performance?
19                MR. BLUMENFELD:  Objection.
20                THE WITNESS:  I -- I can tell
21         you that the Committee views its
22         investment review obligation duty on this
23         Committee as one of its most important
24         jobs, so I -- I think the Committee makes
25         a big effort to spend all the time that
```

Page 201

```
 1                    CAROLYN CAMPBELL
 2         the Committee needs.
 3                    And that includes the
 4         preparation that we do before we come
 5         into the meeting, the discussions we have
 6         in and outside and around the meeting as
 7         well, so I would presume that we spent a
 8         good amount of time on discussing the
 9         investment review.
10                    I can't say with any specificity
11         at any meeting how much time we spent,
12         but I feel like the Committee covers what
13         it feel like it needs to cover.
14    BY MR. ROBERTS:
15         Q.        Okay.  Let's move on from that
16    document.  I'm going to shift over now and
17    address the 30(b)(6) topics.
18                    So the next exhibit, this is
19    going to be Exhibit 10.
20                    -   -   -
21                    (Whereupon the document was
22         marked, for identification purposes, as
23         Exhibit Number 10.)
24                    -   -   -
25    BY MR. ROBERTS:
```

Page 202

                    CAROLYN CAMPBELL

1

2      Q.        I'll mark the 30(b)(6) notice.

3               MR. BLUMENFELD:  John, to make

4         it simpler, would you be willing to use

5         our objections to the 30(b)(6) notice?

6               MR. ROBERTS:  Sure.  We can do

7         that.  Let me grab those real quick.

8               MR. BLUMENFELD:  Thank you.

9   BY MR. ROBERTS:

10     Q.        And you can wait to answer until

11  the document is up on screen, so you can go

12  through, but I know we touched on it earlier.

13               So Topic 1, you know, you can

14  review this before answering of course, it

15  relates to the custodial source -- sources and

16  preservation policies relating to Quanta's

17  production in response to Plaintiff's requests

18  for production, Number 1.

19               Are you familiar with reviewing

20  that 30(b)(6) topic, subject to the objections?

21     A.        Yes.  I am.

22     Q.        Okay.  Can you describe for me

23  any specific procedures or protocols that

24  Quanta had in place for the preservation of

25  documents in response to this lawsuit and the

Page 203

1                    CAROLYN CAMPBELL

2    discovery requests?

3         A.         Yes.  One question.

4                    Am I supposed to get the

5    objection -- objections to the response?  I

6    don't think I have that yet.

7                    MR. BLUMENFELD:  Yes.  He's

8         working on putting them up.

9                    THE WITNESS:  Oh, okay.

10                    MR. BLUMENFELD:  He was asking

11        his question, but I think he said you can

12        wait until you have the objections before

13        you answer.

14                    THE WITNESS:  Oh, okay.

15                    MR. BLUMENFELD:  Did I get that

16        right, John?

17                    MR. ROBERTS:  Yes.  Absolutely.

18    BY MR. ROBERTS:

19         Q.         So looking at Subject Number 1

20    of this exhibit, and the response, there's some

21    objections and then it says subject to and

22    without waiving foregoing objections, Quanta

23    will provide a designee who is reasonably

24    prepared to provide non-privileged testimony

25    regarding the custodial sources and

Page 204

1                    CAROLYN CAMPBELL

2    preservation policies as it relates to

3    documents that Quanta produced in response to

4    plaintiffs' requests for productions Set

5    Number 1.

6                    Do you see that?

7        A.        Yes.  I see that.

8        Q.        Okay.  So my first question is,

9    can you identify the specific procedures or

10   protocols that Quanta had in place for the

11   preservation of documents responsive to this

12   lawsuit and the document requests?

13                    MR. BLUMENFELD:  Objection.

14                    THE WITNESS:  We have a code of

15        ethics and business conduct that provides

16        that we maintain documents and records

17        that are necessary to support our

18        business and to comply with applicable

19        laws.

20                    And to -- that are needed in

21        connection with litigation and

22        investigation matters.

23                    When this litigation arise, we

24        immediately engaged outside counsel and

25        one of the first things that we did with

Page 205

CAROLYN CAMPBELL

1

2       outside counsel with their advice, was to

3       circulate a whole notice to people who

4       were with the Company and had

5       relationship with the 401(k) Plan and the

6       Plan Committee and its activities.

7              So we distributed that notice

8       and -- and that's fairly routine, and we

9       made a list of people that it needed to

10      go to based on the activities of the

11      Committee and members of the Committee,

12      and during the timeframe that was

13      referenced in the lawsuit and proceeded

14      on that basis.

15             Subsequent to that, there was, I

16      think, some negotiation between your firm

17      and Quanta's outside counsel,

18      Morgan Lewis, about discovery and how

19      some of the records would be filtered and

20      isolated for production.

21             So that was a process that, I

22      guess, resulted in an agreement on search

23      parameters, and search terms, and

24      documents and records that would be

25      pulled from various custodians within the

Page 206

1                    CAROLYN CAMPBELL

2         Quanta universe.

3    BY MR. ROBERTS:

4         Q.        Are there any specific

5    individuals or departments within quantity that

6    were responsible for overseeing the

7    preservation and production to counsel,

8    Morgan Lewis, for documents relevant to this

9    litigation?

10        A.        I think several members of the

11   legal department assisted in the effort.  To a

12   large degree, it was a collection of -- of

13   documents from some of the HR group, some of my

14   records from Quanta parent company, Org, the

15   Compensation Committee, we went to the HR team

16   to get some of the records that pertain

17   specifically to Plan administration and more

18   administrative matters.

19               We went to -- you know, we

20   relied on QPA to produce the more official

21   Committee documents pertaining to, you know,

22   the -- the advanced materials, the meeting

23   minutes, the investment policy statement,

24   because they maintain all of that on our behalf

25   so that we have, you know, an comprehensive

Page 207

                              CAROLYN CAMPBELL

1

2   record through them.

3        Q.        Okay.  And are you aware of

4   whether Quanta utilized any third-party

5   services or software to assist in preserving

6   and producing documents relevant to this

7   litigation to counsel, Morgan Lewis?

8        A.        I think that was negotiated

9   between our -- some of our IT staff and -- and

10  some of the IT staff at Morgan Lewis and maybe

11  your team.

12       Q.        So I think the next topic that I

13  have in my notes that you were designated for

14  was Topic 3, the appointment and retention of

15  members of the Committee.

16                 I think we touched on this a bit

17  earlier, but are you aware of who within Quanta

18  is responsible for appointing members to the

19  Committee?

20       A.        Yes.  I'm aware.  The

21  Committee -- the 401(k) Plan Committee is

22  appointed by the Compensation Committee of the

23  Board of Directors of Quanta.

24                 And that appointment is made

25  after or based upon a recommendation from the

Page 208

CAROLYN CAMPBELL

1
2  senior leadership team at Quanta.  And the
3  senior leadership team sort of tries to ensure
4  that the Committee is comprised of a group of
5  people that have a variety of disciplinary
6  backgrounds or backgrounds in different
7  disciplines, may be a best way to say that, so
8  that we cover financial expertise, investment
9  expertise, human resources expertise, legal
10 expertise, operating company, you know,
11 participant expertise.
12            So we want -- we want an array
13 of backgrounds and views to bring, to bear good
14 information for the Committee to function.
15            If the management team -- the
16 senior leadership team, you know, tries to
17 ascertain which -- which people -- which
18 individuals in senior management might be a
19 good -- you know, a good candidate for meeting
20 the -- fulfilling the duties of the Committee.
21            At that point a recommendation
22 is made by the Compensation Committee.  These
23 are all individuals that are executive officers
24 of the Company.
25            They're high-ranking individuals

                    CAROLYN CAMPBELL

1

2    within the Company, so the Board knows they

3    will, the Committee knows them, and -- you

4    know, these are people who have regularly

5    presented to the Board or at several of its

6    committees, they regularly interact with Board

7    meetings at the parent company.

8                    So, you know, the Board is -- is

9    comfortable with these individuals and knows

10   their -- knows their backgrounds and

11   capabilities and -- and can assess, you know,

12   their ability to carry out, you know, judgment

13   and discretion on behalf of Plan participants.

14                   So I would say that that

15   appointment of Plan committee members is not

16   done on any particular specific cadence.

17                   It is done when -- when

18   necessary, when we feel we would like to have

19   an additional viewpoint that might expand the

20   Committee.

21                   When we feel like one person,

22   you know, when one person is leaving, we may

23   want to replace that person, we may want to

24   replace that person with a similar expertise.

25                   So it's -- it's done a little

Page 210

1                    CAROLYN CAMPBELL

2    bit -- the appointment of committee members for

3    the 401(K) Plan Committee is done more on an

4    as-needed basis rather than on a particular

5    cadence.

6         Q.        Okay.  Are there any specific

7    durations for which committee members are

8    appointed?

9         A.        No.  I mean, the committee

10   members are appointed until the Committee has

11   reconstituted.  And anytime -- if someone

12   leaves the Company, and is -- or is otherwise

13   rolling off for one reason or another, we might

14   choose to say, you know, maybe your roles and

15   responsibilities all throughout the Company

16   aren't going to allow you to dedicate time to

17   this.  It's time for you to roll off and get

18   somebody knew.

19                  We haven't necessarily done that

20   in my tenure, but that -- that could happen.

21   If someone leaves the Company, we would likely

22   pull them off of the Committee and replace

23   them.

24                  So when a circumstance arises

25   that -- that warrants a change, we would

Page 211

1                    CAROLYN CAMPBELL
2    reconstitute the Committee at that point.
3         Q.        And I know you mentioned kind of
4    a process for someone -- their job duties may
5    present an issue that there could be a
6    hypothetical scenario where someone might roll
7    off and I know you mentioned that you're not
8    aware of that happening.
9                    Are you aware of any instance
10   where a committee member was removed or
11   replaced in a different context?
12                    MR. BLUMENFELD:  Objection.
13                    THE WITNESS:  I'm -- I'm not
14        aware of any instance where anyone was
15        removed.
16   BY MR. ROBERTS:
17        Q.        Okay.  What responsibilities or
18   duties are assigned to committee members upon
19   joining the Committee?
20        A.        The responsibilities are to
21   serve as a fiduciary for the benefit of Plan
22   participants.  And that -- that involves a
23   couple things.
24                    I mean, respecting fiduciary
25   duties, the duty of loyalty, you know, just

Page 212

1                    CAROLYN CAMPBELL
2      acting in the best interests of Plan
3      participants and the beneficiaries.  The duty
4      of care, which requires due care and prudence.
5                         It requires committee members to
6      become informed of information reasonably
7      available to them and it will force them to
8      exercise judgment in a skillful and prudent
9      manner.
10                        In addition with respect to the
11     Plan, committee members have an obligation to
12     ensure that the Plan is operated in accordance
13     with the Plan governing documents.
14                        We have an obligation to monitor
15     the Plan's investment lineup and
16     diversification and investment results.  We
17     have an obligation to benchmark costs and fees.
18                        So I think all of those rollout
19     generally to, you know, exercising our best
20     judgment in connection with ensuring that
21     our -- our participants are looked after with
22     appropriate care.
23          Q.        Okay.
24                        Does the Committee have any
25     procedures in place to ensure continuity of

Page 213

                    CAROLYN CAMPBELL

1
2    knowledge, or institutional knowledge, or
3    knowledge of the deliberations of the Committee
4    among committee members over time?
5                    MR. BLUMENFELD:  Objection.
6                    Is -- is this -- is this a
7           30(b)(6) topic?
8                    MR. ROBERTS:  This is.  I think
9           this generally falls under the retention
10          of members of the Committee and the
11          appointment.
12                   I'm just asking about the
13          continuity of when one member leaves, if
14          another joins, the process for
15          maintaining continuity, if any?
16                   MR. BLUMENFELD:  I'm going to
17          object as beyond the scope of the
18          30(b)(6) topic because I don't think it's
19          fairly within it, but I'm not going to
20          stop the Witness from answering the
21          question.
22                   So you can go ahead and answer.
23                   THE WITNESS:  I don't think
24          there is any formal criteria to judge
25          continuity of the Committee.  I think as

Page 214

1                    CAROLYN CAMPBELL
2       an executive officers and senior leaders
3       within the Company, we certainly have
4       a -- a disposition to ensure that the
5       continuity would not be compromised for
6       the Committee.
7                    I don't think we've experienced
8       an occasion where we've lost numerous
9       members to where continuity could have
10      been compromised.
11                   You know, we -- we seek to cover
12      the disciplines with, again, a wide
13      variety of expertise and backgrounds,
14      and, I think, there's a reason we have
15      six members on the Committee and that
16      that is to ensure that we do have a
17      variety of viewpoints that can be
18      maintained, even though one or two
19      members may transition on and off over
20      time.
21  BY MR. ROBERTS:
22      Q.        And Topic Number 4, requests the
23  identity, that is the topic related to all
24  members of the Committee.
25                   For this one, I know the

Page 215

1                    CAROLYN CAMPBELL

2    objections state that Quanta produced documents

3    identifying members of the Committee during the

4    relevant period.

5                    I just wanted to read off a list

6    of names and for each of these, if you could,

7    just confirm the time period during which, if

8    you recall, each of these individuals served on

9    the Committee.

10                   So Kim Riddle?

11                   MR. BLUMENFELD:  Just before the

12         Witness answers -- no, that's okay.

13                   Before the Witness answers, I'm

14         going to object as being beyond the scope

15         of the 30(b)(6) because the identities

16         and their tenures of service are not the

17         same thing.

18                   So I don't think it's within the

19         scope, but obviously you can ask the

20         Witness the questions and she'll give you

21         her best recollection.

22                   MR. ROBERTS:  Okay.  Thanks.

23                   I appreciate that.

24    BY MR. ROBERTS:

25         Q.       So, sorry, with respect to

Page 216

                         CAROLYN CAMPBELL
1
2   Kim Riddle?

3        A.        Kim Riddle was appointed --
4   first appointed at the same time I was first
5   appointed, which would have been late August
6   2016 and she has continued to serve until the
7   present time and is continuing to serve.

8        Q.        Kip Rupp?

9        A.        I do not recall the date that
10  Kip Rupp was appointed to the Committee.  I
11  would have to consult Compensation Committee
12  minutes to get that date.  He is currently on
13  the Committee now.

14       Q.        Are you familiar with a
15  Randall Cassidy?

16       A.        Cassidy is currently on the
17  Committee.  I do not recall the date that he
18  was added to the Committee.

19                 I mean, I -- to get starting
20  dates of any of these people other than
21  Kim Riddle because she happened to start on the
22  same date that I did on the Committee, I won't
23  know the starting dates of any of them.

24                 I can just -- I mean, tell
25  you --

Page 217

                    CAROLYN CAMPBELL

1

2      Q.      Sure.  Sure.  Let me clarify.

3              So would those have been after

4  your appointment to the Committee though?

5      A.      Bo Cassidy, yes, would have been

6  after my appointment.

7      Q.      Okay.  What about

8  Steven Wilhelm?

9      A.      Yes.  After my appointment and

10  he currently serves on the Committee.

11     Q.      Okay.  And then I think you

12  mentioned earlier that Nick Grindstaff was on

13  the Committee prior to your joining, correct?

14     A.      Yes.

15     Q.      And is he a member of the

16  Committee today?

17     A.      He is not.  He left Quanta, I'm

18  not going to be able to recite the date of that

19  either, but he was an executive officer of

20  Quanta, a senior vice president of finance and

21  treasurer and he went off of the Committee when

22  he left to take another position at another

23  company.

24     Q.      Okay.  How about Redgie Probst?

25     A.      Redgie Probst came on the

Page 218

1                    CAROLYN CAMPBELL
2    Committee after I started.  He rolled off the
3    Committee when we decided to pick, I believe,
4    two other operating company executives on the
5    Committee.
6                    Redgie is our current chief
7    operating officer on a parent-company level,
8    and he -- I believe he held that title at the
9    time he was on the Committee, but there are
10   multiple positions and titles, so I would have
11   to consult the Quanta Board minutes so make
12   sure during that period he held that title, but
13   I believe he did.
14       Q.        Okay.
15       A.        And I believe when he came off,
16   about the point in time where we appointed
17   Steve Wilhelm and Bo Cassidy, and Bo Cassidy is
18   president of our south region.  He's CEO of
19   about 15 of our operating company's
20   subsidiaries.
21                  And Steve Wilhelm is executive
22   vice president of -- which is one of our
23   significant subsidiaries, and he is
24   president -- or executive vice president,
25   sorry, of eight or ten of those operating

Page 219

                    CAROLYN CAMPBELL

1
2   companies as well.

3                So it is executive leadership

4   people that the Board and the Compensation

5   Committee of the Board are very familiar with,

6   you know, at an executive level officer

7   responsibilities.

8        Q.        Okay.

9                And how about Jayshree Desai?

10       A.        Jayshree is our current

11  chief financial officer, and she came on the

12  Committee after I was on the Committee.  Again,

13  cannot remember the exact date.

14                When she rolled off the

15  Committee, I believe we replaced her with

16  Paul noble, who is our chief accounting

17  officer.

18       Q.        Okay.  And I think -- I think I

19  know about Mr. Jensen, so we can skip -- skip

20  that one.

21                Then Randall Wisenbaker?

22       A.        Randall Wisenbaker was on the

23  Committee early on.  I believe he was first

24  appointed back when Derrick Jensen was first

25  appointed in the, I believe it was the 2012

Page 220

1                    CAROLYN CAMPBELL

2    timeframe.

3                    And Randall Wisenbaker was an

4    executive in our operations group.  I think he

5    was EVP.  He might have been senior vice

6    president at the time, when he left he was an

7    executive vice president.  And he rolled off

8    the Committee when he left the Company to take

9    a position with another employer.

10         Q.        And how about Eric Ferguson?

11         A.        Eric Ferguson is not a committee

12   member, he attends all the meetings.  He is our

13   director of total -- total rewards.  He's the

14   director-level employee in our human resources

15   department and his area of responsibility is

16   compensation and benefits, which we call

17   total -- total rewards, I believe.

18         Q.        Okay.  And do you recall --

19   strike that.

20                    Switching gears from the

21   30(b)(6) capacity.  Do you recall whether

22   Mr. Ferguson attended committee meetings during

23   the time, going back to 2016, when you joined

24   the Committee to the present?

25                    MR. BLUMENFELD:  Just before you

Page 221

CAROLYN CAMPBELL

1

2      answer, John, I heard your question, but

3      I didn't hear what you said before that.

4              MR. ROBERTS:  Sure.  I said

5      switching gears from the 30(b)(6),

6      because I anticipate that this is

7      probably outside of the fair range, the

8      30(b)(6) topics.

9  BY MR. ROBERTS:

10      Q.      Just based on your individual

11  recollection, do you recall whether

12  Mr. Ferguson attended committee meetings from

13  the time that you joined through the present?

14      A.      I would have to consult the

15  minutes.  He generally attends meetings and

16  I -- I can't say that he was at every meeting.

17  I -- I believe he was at every meeting, but

18  I -- you know, I can't recall with specificity,

19  and that would really be the only way I could

20  confirm that is to look at every set of

21  minutes.

22              You know, it is something that

23  he was interested in and involved in as, you

24  know, a director-level employee in the human

25  resources department.  He reports directly to

Page 222

                    CAROLYN CAMPBELL

1    Kim Riddle, who was a member of the Committee.

2         Q.        Okay.  Switching gears, again,

3    back to 30(b)(6) mode.

4                       Are you familiar with

5    Kim Milton?

6         A.        Yes.  Kim Milton was for a

7    period of time a retirement plan manager at

8    Quanta.  And her successor was Libby Apostol,

9    who was a retirement plan's manager, and I

10   believe Libby's successor is

11   Patricia Brackendorff, the retirement plan

12   manager.

13                       And that position facilitates

14   the Committee on a little bit more of an

15   administrative -- you know, they are the ones

16   that do a lot of the day-to-day work with the

17   Plan recordkeeper, the auditor for the Plan,

18   with our different operating companies who are

19   uploading compensation data.

20                       They're the ones that sort of

21   manage a lot of the day-to-day activities of

22   our 401(k) Plan administration.

23        Q.        Okay.

24                       Were any of those three

Page 223

                    CAROLYN CAMPBELL

1    individuals, Kim Milton, Libby Apostol or

2    Patricia Brackendorff, were they ever members

3    of the Committee?

4         A.       They were not members of the

5    Committee.  They'd come to the meetings.

6         Q.       Okay.  And I know I mentioned

7    some names there that were not committee

8    members.

9                  Anyone that you can think of who

10   has served on the Committee that I did not --

11   who we did not cover going through that list?

12        A.       Did we mention Paul Noble?

13        Q.       We did.  Yeah.

14        A.       Okay.

15        Q.       Anyone else you can think of?

16        A.       There are six members of the

17   Committee now, I think we've discussed all of

18   those.  I believe we've discussed everyone

19   who's rolled off.

20        Q.       Okay.  We can move on to the

21   next topic, Topic 6, which subject to the

22   objections, relates to Quanta's monitoring of

23   the Committee during the relevant period.

24                 Can you generally describe for

Page 224

CAROLYN CAMPBELL

1

2    me any procedures or methods that Quanta

3    employed to monitor the activities and

4    decision-making of the Committee during the

5    relevant period?

6        A.        I think the Committee was

7    comprised of executive level, senior-level

8    employees who -- who were at the top, you know,

9    executive level of the Company.  In many of the

10   years, you know, the CFO and, you know, at that

11   executive level, who reported directly to the

12   CEO.

13              So the monitoring was done as

14   just in the same way that other business

15   activities are monitored.  It's -- I mean, less

16   of a specific formal -- you know, dedicated

17   report with a cadence, and more of a -- an

18   understanding of, here's what's going on when

19   it's going on.

20              Here's our -- here are issues

21   that we've come up with, or here is decisions

22   that we have made, here's how it's affecting

23   Plan participants, here's how it fits into our

24   benefit package for employees as a whole.

25              So it's a little more on a

Page 225

                        CAROLYN CAMPBELL
1
2    routine, you know, executive management basis.
3        Q.      Okay.  And during the relevant
4    period, was there a point person responsible
5    for liaising with the Board, or a committee of
6    the Board to report on the activities of the
7    Investment Committee?
8        A.      Yes.  We had regular --
9              MR. BLUMENFELD:  Hold on.
10           Objection.  Only because Subject 6 is
11           actions taken by Quanta to monitor the
12           Committee and now you're asking about the
13           Board, John.
14              I'm not going to interfere with
15           the Witness' testimony, but I want to
16           make a clear disagreement about what's
17           within the scope of the 30(b)(6) versus
18           not.
19              MR. ROBERTS:  Okay.
20              MR. BLUMENFELD:  You can answer.
21              THE WITNESS:  We have a minimum
22           quarterly Board meetings of the parent
23           company board, even on a cadence more
24           frequently than that on the committees,
25           and the Compensation Committee of the

Page 226

CAROLYN CAMPBELL

1
2       Board is the one that, you know,
3       regularly would have the most input,
4       frequent opportunity to review aspects
5       relating to the 401(k) Plan that our vice
6       president of human resources, Kim Riddle,
7       would typically present not -- certainly
8       not every quarterly board meeting or
9       every quarterly committee meeting, but at
10      least once a year and often several times
11      a year, on -- discuss the benefits that
12      we offer to employees, utilization of the
13      benefits, cost of the benefits, you know,
14      the Plan Committee appointments as
15      necessary.
16              The Board would be aware of who
17      is on the Committee, would understand the
18      strengths and weaknesses of the committee
19      members and, you know, understand their
20      expertise and ability to fulfill those
21      roles.
22              So I think there was a -- a
23      little bit of a routine report from the
24      HR team through, you know, the formal
25      Board, committee meeting process at the

Page 227

1                    CAROLYN CAMPBELL

2          parent company level.

3                    I would facilitate that as, you

4          know, getting items on the agenda and

5          getting, you know -- trying to keep that

6          on a cadence, so the Compensation

7          Committee could -- and the Board, could

8          be apprised of the details that they need

9          to review.

10   BY MR. ROBERTS:

11          Q.      Okay.

12                   MR. ROBERTS:  I'll mark now as

13          Exhibit 11, Quanta 127947.

14                           -   -   -

15                   (Whereupon the document was

16          marked, for identification purposes, as

17          Exhibit Number 11.)

18                           -   -   -

19                   MR. BLUMENFELD:  And, John,

20          while we're waiting for that, I don't

21          know if you said it, but Exhibit 10 is

22          the 30(b)(6) notice and Exhibit 10A is

23          our objections to the 30(b)(6) notice?

24                   MR. ROBERTS:  You're correct.  I

25          did not say that.  Thank you for

Page 228

1                    CAROLYN CAMPBELL

2           clarifying that, for the record.

3                    MR. BLUMENFELD:  Sure.

4                         -   -   -

5                    (Whereupon the document was

6           marked, for identification purposes, as

7           Exhibit Number 10A.)

8                         -   -   -

9                    MS. LI:  Sorry, John.  I'm going

10          to need a minute to pull up the document.

11   BY MR. ROBERTS:

12          Q.        While we're waiting for that

13   document, are there any individuals within

14   Quanta responsible for overseeing or monitoring

15   the Committee?

16          A.        I think that the Committee is

17   within the purview of the Chief Executive

18   Officer to oversee the individuals within

19   Quanta, otherwise it would be the Compensation

20   Committee of the Board.

21          Q.        Do you know whether the Board

22   has in place any procedures or any internal

23   controls to audit or monitor these activities?

24                    MR. BLUMENFELD:  Objection.

25                    THE WITNESS:  I think the

Page 229

CAROLYN CAMPBELL

1              CAROLYN CAMPBELL
2      Board -- the Compensation Committee of
3      the Board has within its charter, a
4      responsibility to oversee the
5      compensation and benefits that the
6      Company provides to track and retain a
7      competent workforce, and this would fall
8      under that general responsibility for
9      oversight.
10 BY MR. ROBERTS:
11      Q.      And I think now Exhibit 11
12 should be up in Exhibit Share.
13              Do you see Exhibit 11?
14      A.      Yes.
15      Q.      Do you recognize Exhibit 11?
16      A.      It's meeting minutes of the
17 Compensation Committee of the Board,
18 August 31st, 2016.
19      Q.      Okay.  And so this would have
20 been shortly after your appointment to the
21 Committee, correct?
22              MR. BLUMENFELD:  Objection.
23              THE WITNESS:  I think this is
24      the meeting at which I was appointed to
25      the Committee.

Page 230

                         CAROLYN CAMPBELL

1

2    BY MR. ROBERTS:

3         Q.        Okay.  So it looks like yourself

4    and Ms. Riddle are both in attendance, correct?

5         A.        That is correct.

6         Q.        Okay.  And can you scroll down

7    to Quanta 127950?  Page 4 of 5.

8         A.        Yes.  I see that.

9         Q.        And the non-redacted paragraph

10   on this page is titled:  Reconstitution of the

11   401(K) Plan Committee.

12                  And it says, Ms. Campbell

13   advised of the need to reconstitute the 401(k)

14   Plan Committee to accommodate certain changes

15   in job responsibilities.  Following discussion,

16   upon motion duly made and seconded, the

17   Committee unanimously approved Resolution

18   2016-CC-12, appointing Mr. Jensen, Randall C.

19   Wisenbaker, Nicholas M. Grindstaff,

20   Ms. Campbell and Ms. Riddle to the 401(K) Plan

21   Committee.

22                  Do you see that?

23        A.        Yes.

24        Q.        Do you have an understanding as

25   to why in August 2016 you advised of the need

Page 231

                    CAROLYN CAMPBELL

1

2   to reconstitute the 401(K) Plan Committee?

3        A.        I believe it was because the

4   general counsel to whom I reported had recently

5   departed and that would have been why I was

6   asked to step into that position on the

7   Committee.

8                    And I could go back and look at

9   the records, but I think we can -- we can look

10  at prior -- the prior committee records to see

11  if Steve Kent was at prior meetings, so I can

12  look at that.

13                    MR. BLUMENFELD:  Can I ask a

14        question that might clarify something

15        here?

16                    MR. ROBERTS:  Sure.

17                    MR. BLUMENFELD:  So I think what

18        he's trying to get at is, you use the

19        word reconstitute the Committee, which

20        makes it sound like there wasn't a

21        Committee for a period of time.

22                    Can you explain that to him?

23                    THE WITNESS:  Yes.  I will

24        explain why we do that.

25                    If -- if you -- if you -- I'll

Page 232

1                    CAROLYN CAMPBELL

2          do it by an example.

3                    If you appoint a slate of

4          officers annually, very -- you know, easy

5          to go back and say, every May we appoint

6          our officers.  And so I always know I

7          won't pass further than one year back to

8          see the whole list.

9                    In the case of the 401(k) Plan

10         Committee, we -- we appoint the Committee

11         on an as-necessary, as-needed basis.  It

12         may not happen every year.

13                   So the way -- as corporate

14         secretary, the way I always handled

15         officer appointments like this or

16         Committee appointments like this, I would

17         restate the whole list, so just to be

18         clear, you know, these are the

19         individuals now on the Committee.

20                   I believe that a -- both my

21         predecessor and Kim Riddle's predecessor

22         rolled off at about the same time, that

23         would have been Steve Kemp in the legal

24         arena and Tracy McCready in the human

25         resources arena.

Page 233

1              CAROLYN CAMPBELL

2              So Kim and I, Kim Riddle and I,

3         were the new people on that list and

4         Jensen, Wisenbaker and Grindstaff would

5         have just been continuing in their roles.

6              So reconstituting, it is

7         intended to mean the entire Committee is

8         now comprised of these individuals.

9    BY MR. ROBERTS:

10        Q.        Okay.  Thank you for that

11   clarification.  That's helpful.

12             MR. ROBERTS:  We can mark now as

13        Exhibit 12, Quanta 005936.

14                  -  -  -

15             (Whereupon the document was

16        marked, for identification purposes, as

17        Exhibit Number 12.)

18                  -  -  -

19   BY MR. ROBERTS:

20        Q.        That should be up now.

21             Do you see this document?

22        A.        Resolution 2016-CC-12,

23   Compensation Committee of the Quanta Services

24   Board of Directors, adopted August 31st, 2016.

25        Q.        So would this -- would this be

Page 234

                    CAROLYN CAMPBELL

1

2   the formal adoption of the reconstitution

3   motion that we just saw reference to in the

4   previous document?

5           A.      Yes.

6           Q.      Okay.

7           A.      And I'll clarify again.

8           Q.      Uh-huh.

9           A.      The reason that the -- we

10  actually do this just to make it easy on the

11  reader so that the reader doesn't have to keep

12  going back, and back, and back, and further

13  back to find the last time someone else was

14  appointed.

15              And it eliminates the question

16  of, if we only appointed Kim -- Kim Riddle and

17  Carolyn Campbell here, you know, is Nick

18  Grindstaff still on the Committee or not?  Is

19  Derrick Jensen still on the Committee or not?

20              So saying that everybody is

21  removed and here's the new list is just a

22  simple way of doing that.  We don't have to go

23  back any further.

24              So that -- it's -- it's just a

25  administrative convenience.  So I did not

Page 235

1                      CAROLYN CAMPBELL

2    intend to cause administrative confusion.

3         Q.        Okay.  Aside from -- so moving

4    on, I think, to Topic 7.

5                      Aside from the executed 2015,

6    the executed 2020 versions of the IPS, are you

7    familiar with any other executed versions of

8    IPSs that were in effect during the relevant

9    period?

10        A.        Yes.  I believe there is an

11    executed 2022 version.

12        Q.        Okay.  I think you might have

13    touched on this earlier, but are you aware of

14    whether the Committee has adopted any charters

15    or other written documents outlining its scope,

16    responsibilities or any operational guidelines?

17                      MR. BLUMENFELD:  Objection.

18                      THE WITNESS:  I think the

19         Committee's charter is reflected in the

20         investment policy statement.

21   BY MR. ROBERTS:

22        Q.        And who within the Committee is

23    responsible for drafting or proposing

24    amendments to the investment policy statement?

25        A.        I think the Committee as a whole

Page 236

                          CAROLYN CAMPBELL

1    is responsible for adopting and approving

2    amendments to the investment policy statement.

3                    And drafting can come from a

4    variety of sources.  We typically have QPA

5    preparing an initial draft language that might

6    be included in an amendment or revision.

7                    As the legal -- the legal person

8    within the Committee, I often have comments

9    that I would want to incorporate.  We went back

10   and forth.  Some of our investment advisors'

11   comments were accepted, some of them were

12   changed, some of my comments were accepted,

13   some of them were changed.

14                   And so it was -- it was an

15   iterative process.  We went back and forth and

16   we would circulate drafts of redlines,

17   trying -- trying to reflect what we believed

18   the Committee's responsibilities were and how

19   we believed the Committee was operating.

20        Q.        During the relevant period, how

21   often did the Committee review and update its

22   investment policy statement?

23                   MR. BLUMENFELD:  Objection.

24                   THE WITNESS:  We reviewed and

Page 237

                    CAROLYN CAMPBELL

1
2        updated it -- we reviewed it often,
3        because we were going back and forth
4        with -- with some language, and -- and
5        trying to be deliberate in how we
6        described the escalation process.
7                We wanted to ensure that the
8        escalation process enabled judgment and
9        discretion and was not an automatic
10       algorithmic conclusion.
11               And we worked to make sure that
12       we had flexibility with -- the framework.
13       We wanted a framework that provided
14       structure and that provided guidelines,
15       and that would ensure a rigorous process.
16               And so it was designed to be
17       that.  At the same time, we wanted
18       flexibility so that we could bring our
19       own judgment into consideration and have
20       a hearty discussion about issues.
21               And the result is, you know, I
22       think, iterations over time of how we
23       wanted the escalation process to work.
24               How -- how we wanted the
25       materials, the advanced materials to

                    CAROLYN CAMPBELL
1
2       reflect information so that we could
3       perform our role as committee members
4       and, you know, how that process would
5       play out.
6              So it's -- it's a -- again,
7       drafts back and forth iterative process
8       like a lot of legal documents.
9  BY MR. ROBERTS:
10      Q.      Did the Committee view the
11 investment policy statement as a binding
12 document?
13              MR. BLUMENFELD:  Hold on, just
14      to be clear.  This is outside the scope
15      of the 30(b)(6) topic, but, again, you
16      can answer.
17              THE WITNESS:  The Committee
18      viewed the investment policy statement as
19      a framework, as a set of guidelines to
20      kind of be the overarching document that
21      would set out the process that the
22      Committee was formed to carry out.
23              We -- it's -- it's not that it's
24      legally binding.  It is important.  It is
25      legally important.

Page 239

1                    CAROLYN CAMPBELL

2                    It provides the framework.  It

3          provides the structure.  And that's --

4          that's how the Committee views it.

5     BY MR. ROBERTS:

6          Q.         With regard to Topic 11 of the

7     engagement, sorry, the retention of the Plan's

8     investment consultant during the relevant

9     period, can you identify any other investment

10    advisors or consultants that we have not

11    discussed already during the relevant period?

12                    MR. BLUMENFELD:  Objection.

13                    THE WITNESS:  Ascend, QPA is the

14         only investment advisor that the

15         Committee has used during the relevant

16         period.

17    BY MR. ROBERTS:

18         Q.         Okay.  What criteria or

19    qualifications were considered in selecting

20    Ascend as the investment advisors or

21    consultants for the Plan?

22                    MR. BLUMENFELD:  Sorry.

23                    Did you say selecting?

24                    MR. ROBERTS:  Yes.

25                    MR. BLUMENFELD:  So, objection.

Page 240

                    CAROLYN CAMPBELL

1

2              It's beyond the scope of the

3         30(b)(6) subject to our objections

4         because of the time period you're talking

5         about.

6                    MR. ROBERTS:  Are you

7         instructing the Witness not to answer?

8                    MR. BLUMENFELD:  No.  You can

9         ask the witness, but she wasn't there

10        when they were selected.

11   BY MR. ROBERTS:

12        Q.        If you know in your preparation

13   for today's deposition?

14        A.        I think Ascend is the

15   predecessor of QPA in some respect and, again,

16   I don't know the legal precision of that

17   statement, which is Rich's team at Ascend and

18   QPA have expertise in performing investment

19   advisory services for qualified plans.

20              They have knowledge of ERISA

21   legal regulatory developments.  They're able to

22   bring to the Committee a wealth of information

23   about what is customary for plan committees to

24   review, how plan committees evaluate things and

25   market circumstances, macro circumstances,

Page 241

1                    CAROLYN CAMPBELL
2    legal and regulatory things that affect
3    committee, you know, functions.
4                    So I think they were selected
5    because of their knowledge and experience and
6    reputation in those areas.  They also have
7    ready access to information that they can bring
8    to the Committee in -- in an efficient manner.
9                    They are -- they are able to
10   contact portfolio managers of a particular fund
11   when the Committee has questions, and -- and
12   bring us together for a meeting to get more
13   comprehensive information about a particular
14   fund manager's portfolio theory or investment
15   outlook to explain why they do things like they
16   do.
17                   So they access, if you will,
18   through Ascend and QPA to that incremental
19   information.  It's also something that we look
20   at and looked at in bringing on an investment
21   advisor with their knowledge and expertise and
22   reputation.
23        Q.        Okay.  Did the Committee have
24   any process in place for evaluating the ongoing
25   performance suitability of its investment

Page 242

1                    CAROLYN CAMPBELL
2    advisor during the relevant period, once they
3    were retained?
4         A.        I believe the Committee
5    evaluated that every time we had a meeting.  We
6    were asking ourselves, was -- was the advisor
7    responsive to our inquiry?
8                   When we needed additional
9    information on one particular topic, did
10   they -- did they bring that to us at the next
11   meeting, or did they research it, or did they
12   circulate that immediately after the meeting so
13   that the Committee could have the information
14   it needed.
15                  So it was a little bit more -- I
16   won't say informal, but we -- we were
17   evaluating on the spot.  Is the information
18   we're receiving helpful to the Committee in
19   performing its role?  Is the wealth advisor --
20   not the wealth advisor -- is the investment
21   advisor knowledgeable about the subjects that
22   we need advice on?
23                  Are they -- are they giving us
24   advice when we need it?  Are they presenting to
25   us the material that will enable us to

Page 243

1                    CAROLYN CAMPBELL

2      deliberate?

3                    Are they bringing to bear an

4      opinion that -- that we might not have had,

5      might not have seen?  Are they pointing out to

6      us things we ought to examine?

7                    So I think those were the things

8      we were asking ourselves all the time, and we

9      were very satisfied with our advisor's

10     responsiveness, their preparation, their

11     presentation and their advice.

12         Q.        Are you aware of any documents

13     reflecting the Committee's evaluation of the

14     investment advisor's performance?

15                    MR. BLUMENFELD:  Objection.

16                    THE WITNESS:  I'm not aware of a

17         specific evaluation form that documented

18         that conclusion.  I believe that was more

19         of a -- a discussion topic amongst

20         committee members that was very clearly

21         reaching conclusions that our advisor was

22         performing in -- in a very favorable

23         manner.

24     BY MR. ROBERTS:

25         Q.        Okay.  And moving on to

Page 244

1                    CAROLYN CAMPBELL
2   Topic 13, specifically with regard to the
3   monitoring of the Freedom funds, American Small
4   Cap Value fund, and the DFA, International
5   Small Cap Value fund during the relevant
6   period.
7                    Can you describe for me the
8   services that the investment advisor provided
9   to the Plan?
10                   MR. BLUMENFELD:  Hold on, John.
11                   Which topic did you say?
12                   MR. ROBERTS:  It's 13.
13                   MR. BLUMENFELD:  Yeah.
14          That's -- that's not one that this
15          Witness is designated to testify about.
16                   I don't know if I have it wrong,
17          but I'm looking at the emails, so I think
18          I have it right.
19                   MR. ROBERTS:  Okay.
20                   Why don't we go off the record?
21                   THE VIDEOGRAPHER:  Going off the
22          record at 3:56.
23                   This ends Media Unit 5.
24                        -   -   -
25                   (Whereupon, a recess took place

Page 245

                    CAROLYN CAMPBELL

1                   CAROLYN CAMPBELL

2          from 3:56 p.m. to 4:03 p.m.)

3                        -   -   -

4               THE VIDEOGRAPHER:  We are back

5          on the video record at 4:03.  This begins

6          Media Unit 6.

7    BY MR. ROBERTS:

8          Q.      Ms. Campbell, welcome back for

9    what should be the final time.

10              Moving on to Topic 6 -- sorry,

11   16 of the 30(b)(6) notice.  Subject to the

12   objections, this topic seeks testimony related

13   to the -- sorry, the alternative dispute

14   resolution matters filed with respect to the

15   Plan.

16              So specifically, can you

17   describe for me any alternative dispute

18   resolution program that would be purportedly

19   applicable to the claims asserted concerning

20   the Plan brought by any Quanta employees or

21   participants?

22              MR. BLUMENFELD:  Objection.

23              THE WITNESS:  I think Subject 16

24        is -- is referencing alternative dispute

25        resolution programs with respect to

Page 246

CAROLYN CAMPBELL

1
2      Topic 15, does the Plan -- I think,
3      that's what you were trying to make
4      clear.
5              The summary plan description
6      that applies to the 401(k) Plan sets
7      forth a procedure for benefits under the
8      Plan.  Generally benefits under the Plan
9      are repairs distributed without the need
10     to make a claim, but a participant can
11     make a claim for benefits under the Plan.
12             And the summary plan's
13     descriptions provide a process for that
14     with deadlines, and the claim must be in
15     writing and delivered to the Committee
16     through the human resources department at
17     Quanta, and the Committee must then act
18     on the Plan within a specified timeframe,
19     I should say act upon the claim, within a
20     specified timeframe and respond, and if
21     the response -- the claim is denied, then
22     the participate may seek review of that
23     within certain timeframes and sort of
24     escalate the process for further action
25     by the Committee.

Page 247

```
 1                CAROLYN CAMPBELL
 2                And -- and that's, I believe,
 3        outlined in detail in the summary Plan
 4        description.
 5   BY MR. ROBERTS:
 6        Q.      Okay.  Is there any alternative
 7   dispute resolution program in place that would
 8   purportedly be applicable to lawsuits brought
 9   by Plan participants for breach of fiduciary
10   duty by the Committee?
11                MR. BLUMENFELD:  Objection.
12                Calls for a legal conclusion.
13                I don't think that's fairly
14        within the scope of the 30(b)(6) to the
15        extent you're asking the legal
16        conclusion.
17                MR. ROBERTS:  I'm just asking
18        Quanta's position, if there is an
19        alternative dispute resolution program in
20        place that it would assert would cover
21        claims brought by Plan participants
22        asserting an ERISA fiduciary breach
23        claims with regard to the Plan.
24                MR. BLUMENFELD:  Yeah.
25                I think -- I think I have the
```

Page 248

```
              CAROLYN CAMPBELL
 1
 2     same objection to the extent you're
 3     calling for a legal conclusion.  I don't
 4     think that's an appropriate 30(b)(6)
 5     topic.
 6              I'm not going to stop the
 7     Witness from answering and explaining her
 8     perspective on what I think is a legal
 9     question, but I'm making that objection.
10              MR. ROBERTS:  Okay.
11              THE WITNESS:  I believe that the
12     summary plan description provides a
13     process for making a claim and escalating
14     it for review.
15              I don't know.  I'm not an ERISA
16     expert and I don't know whether that is
17     applicable to claims for breach of
18     fiduciary duty under ERISA laws in this
19     particular case.
20              Plaintiffs did not go through
21     any sort of claims process under the
22     Plan, and I believe that's all -- all the
23     information that I would have on that
24     question.
25   BY MR. ROBERTS:
```

Page 249

1                    CAROLYN CAMPBELL

2          Q.        Okay.  Are you aware of whether

3    there have been any current or former plan

4    participants or beneficiaries who have gone

5    through the process outlined in the summary

6    plan description with regard to claims under

7    ERISA for breach of fiduciary duty?

8          A.        I am not aware of any claim for

9    Plan benefits under ERISA fiduciary duties

10   having been made to the Committee on the 401(k)

11   Plan.

12         Q.        Setting aside a claim for

13   benefits, have there been any proceedings or

14   lawsuits brought by Plan participants or

15   beneficiaries that you are aware of that were

16   resolved through any alternative dispute

17   resolution process that Quanta has in place

18   with regard to the Plan?

19         A.        No.  There's not been any claims

20   regarding fiduciary duties associated with the

21   401(k) Plan.

22         Q.        Okay.  And then turning to

23   Topic 17 regarding job performance related,

24   formal discipline that Plaintiffs may have

25   received during their employment with Quanta.

Page 250

1                    CAROLYN CAMPBELL

2                    Are you aware of any

3    disciplinary issues or proceedings involving

4    the Plaintiffs in this case during their

5    employment with Quanta?

6         A.        No.  The Plaintiffs did not have

7    disciplinary proceedings or actions taken in

8    connection with job performance at Quanta.

9         Q.        Okay.  And are you aware of

10   any -- any termination documents or any

11   documents signed by Plaintiffs upon their

12   departure that would purportedly waive any

13   claims that they had with regard to the 401(k)

14   Plan?

15                  MR. BLUMENFELD:  Objection.

16                  And outside the scope of the

17        30(b)(6).

18                  John, you're not contending that

19        this is within the scope of the 30(b)(6),

20        are you?

21                  MR. ROBERTS:  I think it falls

22        within the alternative dispute resolution

23        process, if there's a suggestion that

24        there's somehow a waiver in effect

25        that -- I think that would fall fairly

Page 251

1                    CAROLYN CAMPBELL
2        within.
3                    MR. BLUMENFELD:  I mean, I think
4            it's in our answer and we've produced the
5            releases.  I don't -- and I'm telling you
6            that because I don't think that that's
7            fairly within the scope of the 30(b)(6)'s
8            alternative dispute resolution.
9                    MR. ROBERTS:  Okay.
10   BY MR. ROBERTS:
11        Q.      So you're not prepared to offer
12   testimony today as to whether or not it's
13   Quanta's position that Plaintiffs' claims are
14   subject to any waivers or releases today?
15   That's not within the scope of the testimony
16   you're prepared to offer today?
17                    MR. BLUMENFELD:  It is not
18            within the scope of the 30(b)(6)
19            testimony that we are prepared to offer
20            today, but I am telling you, we are
21            asserting a defense based on releases
22            that the two Plaintiffs signed and it's
23            in our answer.
24                    MR. ROBERTS:  Okay.
25   BY MR. ROBERTS:

Page 252

1                        CAROLYN CAMPBELL

2          Q.         Are you aware as to whether any

3    claims brought by the current or former Quanta

4    participant, Quanta Plan participants or

5    beneficiaries have ever been resolved through

6    the waiver process, through the waivers in an

7    employee's separation agreements that the

8    waiver agreements contained therein?

9                    MR. BLUMENFELD:  Objection and

10            outside the scope of the 30(b)(6).

11                    That's a question to you.

12                    THE WITNESS:  Okay.  Each of the

13            named Plaintiffs have signed a severance

14            agreement and each of the named

15            Plaintiffs was paid severance.

16                    The severance agreement provides

17            for a release of claims, including claims

18            related to ERISA matters and I don't have

19            a legal opinion as to the scope of that

20            release, but the release does cover in

21            the list of released claims, claims

22            related to ERISA matters.

23    BY MR. ROBERTS:

24          Q.         Are you aware of whether or not

25    Quanta has ever enforced the waiver provision

Page 253

                    CAROLYN CAMPBELL

1

2   against any one -- in an ERISA class action or

3   individual action prior to this action that

4   we're discussing today?

5                    MR. BLUMENFELD:  Objection as

6              being outside the scope of the 30(b)(6).

7                    THE WITNESS:  I'm not aware of

8              any other fiduciary claims that have been

9              asserted against Quanta with regard to

10             the 401(k) plan.

11  BY MR. ROBERTS:

12         Q.      Okay.

13                  MR. ROBERTS:  Subject to any

14             questions that your counsel has, I don't

15             have any further questions.

16                  MR. BLUMENFELD:  Nothing from

17             us.  Thank you.

18                  MR. ROBERTS:  I will note for

19             the record we are going to seek to hold

20             this deposition open given your

21             instructions that you were given by

22             Counsel not to answer on certain clearly

23             responsive topics.

24                  I understand Counsel has stated

25             their objections for the record, so we

Page 254

                    CAROLYN CAMPBELL

1                   CAROLYN CAMPBELL

2      can discuss that offline, but I just

3      wanted to make that -- make that

4      statement, again, on the record.

5                   MR. BLUMENFELD:  Okay.  And on

6      the other 30(b)(6) topics, John, we're

7      going to send you something next week

8      identifying who the witnesses will be.

9                   MR. ROBERTS:  Great.  Thank you.

10                  THE VIDEOGRAPHER:  Going off the

11     record at 4:14, this concludes today's

12     deposition of Carolyn Campbell.

13                  Total number of media used was

14     six and will be retained by

15     Veritext Legal Solutions.

16                       -   -   -

17                  (CAROLYN CAMPBELL was excused.)

18                       -   -   -

19                  (Deposition concluded at

20     4:14 p.m. CST.)

21

22

23

24

25

Page 255

```
 1              CAROLYN CAMPBELL
 2            C E R T I F I C A T E
 3

    COMMONWEALTH OF PENNSYLVANIA:
 4
    COUNTY OF PHILADELPHIA:
 5
 6         I, Beau Dillard, RPR, a Notary Public
    within and for the County and State aforesaid,
 7  do hereby certify that the foregoing deposition
    of CAROLYN CAMPBELL was taken before me,
 8  pursuant to notice, at the time and place
    indicated; that said deponent was by me duly
 9  sworn to tell the truth, the whole truth, and
    nothing but the truth; that the testimony of
10  said deponent was correctly recorded in machine
    shorthand by me and thereafter transcribed
11  under my supervision with computer-aided
    transcription; that the deposition is a true
12  record of the testimony given by the witness;
    and that I am neither of counsel nor kin to any
13  party in said action, nor interested in the
    outcome thereof.
14
           WITNESS my hand and official seal this
15  ^^ day
16
17
18         _____
           Beau Dillard, RPR
19         Notary Public
20
21
22
23
24
25
```

Page 256

1                    CAROLYN CAMPBELL

2                INSTRUCTIONS TO WITNESS

3

4        Please read your deposition over

5   carefully and make any necessary corrections.

6   You should state the reason in the appropriate

7   space on the errata sheet for any corrections

8   that are made.

9            After doing so, please sign the errata

10  sheet and date it.

11           You are signing same subject to the

12  changes you have noted on the errata sheet,

13  which will be attached to your deposition.

14           It is imperative that you return the

15  original errata sheet to the deposing attorney

16  within thirty (30) days of receipt of the

17  deposition transcript by you.  If you fail to

18  do so, the deposition transcript may be deemed

19  to be accurate and may be used in court.

20

21

22

23

24

25

Page 257

1                    CAROLYN CAMPBELL

2                       - - - - -

3                    E  R  R  A  T  A

4                       - - - - -

5   PAGE    LINE    CHANGE

6   _ _ _  _ _ _   _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

7   Reason for

8   Change:_____

9   _ _ _  _ _ _   _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

10  Reason for

11  Change:_____

12  _ _ _  _ _ _   _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

13  Reason for

14  Change:_____

15  _ _ _  _ _ _   _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

16  Reason for  Change:

17  _____

18  _ _ _  _ _ _   _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

19  Reason for  Change:

20  _____

21  _ _ _  _ _ _   _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

22  Reason for  Change:

23  _____

24  _ _ _  _ _ _   _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

25

Page 258

1              CAROLYN CAMPBELL

2         ACKNOWLEDGMENT OF DEPONENT

3       I, _____, do hereby

4  certify that I have read the foregoing pages __

5  to ___ and that the same is a correct

6  transcription of the answers given by me to the

7  questions therein propounded, except for the

8  corrections or changes in form or substance, if

9  any, noted in the attached Errata Sheet.

10

11  _____    _____

12  DATE          SIGNATURE

13

14

15              Subscribed and sworn to before

16  me this _____  day of _____,

17  2024.

18

19              My commission expires:

20

21              _____

22

23

24  _____

25                  Notary Public

**[& - 2016]**                                                                    Page 1

| & | | | |
|---|---|---|---|

**&**

**&**   3:8 24:20

**0**

**000414**   87:24
**000909**   143:23
**000929**   144:14
**001004**   73:9
**001405**   78:10
**001410**   79:9
**005936**   233:13
**02110**   3:10
**03290**   1:6 8:21

**1**

**1**   4:11 6:14
8:14 51:11
73:7,15 92:12
115:16 140:14
141:6 166:7
202:13,18
203:19 204:5
**1-20**   1:16
**10**   4:6 5:4
29:16,17
201:19,23
227:21
**100**   118:3
**100th**   121:12
**102**   4:13
**106738**   181:20
**106742**   183:6
**109620**   158:25
**109621**   161:4
**10:06**   51:10,14

**10:18**   51:14,17
**10a**   5:8 227:22
228:7
**11**   5:12 227:13
227:17 229:11
229:13,15
239:6
**112860**   103:24
**114147**   155:10
**116202**   136:12
**116220**   137:2
**11:18**   91:23
92:4
**11:53**   92:4,7
**12**   5:14 121:23
230:18 233:13
233:17,22
**120799**   167:22
**120827**   170:21
**120830**   175:5
**127947**   227:13
**127950**   230:7
**129093**   189:14
189:20
**12:37**   123:12
123:15
**12:38**   123:15
123:18
**13**   244:2,12
**136**   4:15
**1414**   92:23
**1417**   99:14
**1420**   96:6 97:8
**144**   4:17

**15**   24:16
218:19 246:2
**155**   4:19
**159**   4:21
**15th**   156:3
159:16 167:24
**16**   245:11,23
**168**   4:23
**17**   96:7 249:23
**182**   4:25
**1845**   3:4
**19**   24:13
**191**   5:2
**19103**   3:5
**1982**   24:11
**1985**   24:12
**19th**   16:13
**1:00**   140:18
199:9
**1:10**   140:18,21
**1:30**   164:14
**1st**   175:13,19

| 2 | | | |
|---|---|---|---|

**2**   4:13 51:18
91:24 102:21
103:2 140:25
156:13
**20**   23:17 28:9
**2000**   73:21
118:11
**2004**   24:20,21
25:2
**201**   5:6
**2010**   23:13
24:24 26:20

**69**:12,14
**2012**   219:25
**2015**   58:8
73:10,24 75:2
92:13 112:12
113:10 116:15
116:19 122:10
122:13,19
125:3 131:11
141:10,11,18
141:21 142:8
143:8 147:7,8
147:19 175:13
175:14,19
176:2,13,21
235:5
**2016**   26:22
27:10,14,22
32:3 53:19
60:4 69:10,18
69:19 70:15
71:9 74:25
113:10,20
129:13 131:25
135:8 142:13
152:22 155:11
156:3,5 159:16
160:21 167:23
167:24 169:6
171:22 172:8
175:19,20
176:7,10
179:10 181:21
183:15,25
184:3,6 187:15

[2016 - 6]                                                           Page 2

187:23 190:13
216:6 220:23
229:18 230:18
230:25 233:22
233:24
**2017**  103:6,16
112:14,18,19
112:22 113:6
113:21 115:19
116:4,8 118:11
125:2 131:25
134:15 140:25
142:21 143:10
147:3 152:21
152:22 184:4
**2019**  115:23,24
116:5 136:10
136:23 137:11
137:25 138:18
187:20 188:2
**2020**  68:21
116:7,9,19
141:10 143:25
144:20 187:21
235:6
**2022**  235:11
**2023**  23:17,18
189:15,21
192:2 194:25
199:15
**2024**  2:4 8:5
189:15 192:4
199:13 255:15
258:17

**2024.06.10**  5:4
**2025**  141:15
**2027**  115:22
**20th**  189:15
192:4,21
199:13
**21851**  255:17
**227**  5:12
**228**  5:10
**233**  5:14
**27th**  2:4 8:5
**29**  170:20
**2:21**  188:20,23
**2:30**  164:20
**2:32**  188:23
189:2
**2nd**  156:4
159:15 160:21
167:23 169:6
175:19,20
176:7,10
179:10

**3**

**3**  4:15 92:8
136:10,16
140:15 207:14
**30**  5:5,9 11:9
20:4,16,21
21:7,10,13
25:19 114:4,14
115:13 131:16
141:6 148:2,4
150:8,12
201:17 202:2,5
202:20 213:7

213:18 215:15
220:21 221:5,8
222:4 225:17
227:22,23
238:15 240:3
245:11 247:14
248:4 250:17
250:19 251:7
251:18 252:10
253:6 254:6
256:16
**31st**  184:6
229:18 233:24
**32**  175:4
**3:56**  244:22
245:2
**3rd**  175:14

**4**

**4**  4:17 140:22
143:23 144:5
144:10 188:20
214:22 230:7
**40**  31:14
**401**  1:9,15 13:4
13:17,19 14:4
25:3,4,9,13
30:18,23 31:7
33:21 40:13
69:16 70:10,19
72:9 86:12
153:16 161:5
161:11 179:9
193:19 205:5
207:21 210:3
222:23 226:5

230:11,13,20
231:2 232:9
246:6 249:10
249:21 250:13
253:10
**45**  70:25
**48**  71:2
**4:00**  199:4
**4:03**  245:2,5
**4:14**  254:11,20
**4:22**  1:6 8:21
**4th**  176:2
189:15 192:2
194:25 199:15

**5**

**5**  4:19 155:10
155:16 178:5
183:5 189:3
230:7 244:23
**50**  105:9
**540-5505**  3:5

**6**

**6**  4:21 5:5,9
20:4,16,21
21:7,10,13
114:4,14
115:13 131:16
141:6 148:2,4
150:8,12
158:25 159:6
178:9 201:17
202:2,5,20
213:7,18
215:15 220:21

[6 - additional]

221:5,8 222:4
223:22 225:10
225:17 227:22
227:23 238:15
240:3 245:6,10
245:11 247:14
248:4 250:17
250:19 251:7
251:18 252:10
253:6 254:6
**60** 171:18
**65** 104:7,14
105:5 116:25
118:3 184:23
185:3
**65th** 121:14

**7**

**7** 4:23 6:14
79:8 167:21
168:4 235:4
**7.5** 107:22
**70** 118:3
**73** 4:11
**74** 120:19
**75** 117:17,21
118:2,15,20
119:8,22 120:5
185:5

**8**

**8** 4:25 181:20
182:2
**80** 118:2
**806** 3:4

**866** 3:5

**9**

**9** 5:2 189:13
191:16
**95** 185:4
**9:06** 2:5 8:5

**a**

**a.m.** 2:5 8:5
51:14,14 92:4
92:4
**ability** 143:12
209:12 226:20
**able** 60:16 62:4
128:4 217:18
240:21 241:9
**above** 7:16
124:4 185:2
**absence** 87:21
**absolute** 64:24
145:12
**absolutely** 12:5
44:8 167:4
203:17
**accept** 119:7
**acceptable**
89:25 118:9
**accepted**
236:12,13
**access** 59:2
241:7,17
**accommodate**
149:18 230:14
**accordance**
212:12

**account** 82:25
91:17 101:23
121:24 126:6
145:25 167:16
**accounting**
24:11 29:18
31:12 219:16
**accumulated**
119:20,21
**accumulation**
194:2
**accurate** 83:7
138:8 192:6
256:19
**accurately** 47:3
81:10 82:8
165:11
**acknowledge**
7:4,9 84:2
**acknowledging**
74:24 98:8
105:13 117:14
**acknowledg...**
258:2
**acquired** 52:21
**acquisitions**
24:17 31:15
**act** 246:17,19
**acting** 23:16
27:4 28:11
86:7 97:12
212:2
**action** 1:6 9:5
22:16 30:17
40:11 246:24

253:2,3,3
255:13
**actions** 225:11
250:7
**active** 69:3 99:7
139:3 166:15
185:21
**actively** 45:16
137:6,16 139:3
183:18
**activities** 18:10
18:14 20:10
29:25 30:5
31:19 73:5
205:6,10
222:22 224:3
224:15 225:6
228:23
**activity** 30:19
154:4
**actual** 12:9
83:11
**actually** 10:10
78:7 87:14
105:20 152:5
177:2 234:10
**add** 50:2 53:22
77:18
**added** 60:21
86:21 216:18
**addition** 40:13
109:15 156:25
162:24 212:10
**additional**
36:14 64:25

[additional - agree]                                    Page 4

82:21 158:13
162:21 186:14
186:19 187:2
187:14 188:5
209:19 242:8
**additive**   54:3
98:22
**address**   21:5,7
64:6 193:22
198:16 201:17
**addressed**   26:5
46:17 47:11
85:18 180:16
**addressing**
77:11 194:7
**adequately**
12:4
**adjourned**
164:19 199:3
**adjust**   195:25
**adjusted**   64:23
89:13 100:16
145:9
**administer**   9:3
33:20
**administered**
7:10,11
**administration**
15:6 29:2,7
132:8 156:23
193:20 206:17
222:23
**administrative**
30:7 156:25
198:18 206:18

222:16 234:25
235:2
**admittedly**
175:11
**adopt**   95:14
140:7
**adopted**   116:6
130:16 233:24
235:14
**adopting**
127:23 236:2
**adoption**   234:2
**adopts**   33:18
**advance**   37:13
37:17 38:6,8
44:17 50:3,22
59:15,22 60:4
60:25 62:3,5
63:12 65:25
76:19 100:23
142:16 153:22
155:23 157:12
167:2 168:7
169:12 192:23
**advanced**
86:20 100:10
104:23 122:15
137:20 142:15
153:21 206:22
237:25
**advice**   53:10
57:3 104:19
128:10 132:23
149:2 200:7
205:2 242:22

242:24 243:11
**advised**   230:13
230:25
**advising**   25:18
**advisor**   22:10
42:3,7,24 43:3
44:14 47:25
49:20,22,24
50:6,8,17,18,20
52:6,7,9,13
53:21 54:10,13
55:15 57:3,6
58:6,11,13,17
58:21,22,23
59:6,8 64:8
78:22,23 79:5
79:22 85:9
95:6,16,19
98:19 104:20
106:17 126:13
127:9,25
128:16,23
139:17 147:16
148:10,16
149:3,4 180:20
186:4,22,25
195:4 239:14
241:21 242:2,6
242:19,20,21
243:21 244:8
**advisor's**   243:9
243:14
**advisors**   50:11
52:15 53:3
55:10 147:15

148:21 169:11
199:17 236:11
239:10,20
**advisory**
240:19
**affect**   241:2
**affecting**
224:22
**affiliations**
9:11
**aforesaid**   255:6
**age**   68:3 70:13
149:20 157:22
184:23,23
185:2,4,4
**agenda**   38:3
41:18 50:5
60:9 63:13
155:11 157:4
157:25 158:12
178:6,19,21,23
179:4 180:24
227:4
**agendas**   49:23
49:24 155:23
**ages**   68:2 166:8
184:15
**aggressive**
149:23
**ago**   11:9 15:11
21:16 27:21
39:3,25 114:13
**agree**   39:18
79:2 121:10
123:25 185:17

[agreed - applicable]    Page 5

**agreed** 7:18
  36:7,7 79:22
**agreeing** 18:25
**agreement** 7:16
  195:5 205:22
  252:14,16
**agreements**
  42:12,20 252:7
  252:8
**ahead** 40:19
  57:21 136:7
  213:22
**aided** 255:11
**ails** 58:22
**akin** 24:20
**al** 8:17,18
**alert** 99:21,25
  100:8 175:21
**algorithm**
  106:10 126:23
**algorithmic**
  125:24 237:10
**allocation** 67:4
  67:24 184:22
  184:25 193:25
**allow** 198:14
  200:2 210:16
**allows** 67:24
**alluded** 177:2
**alpha** 88:9,12
  88:13,24
  113:13 130:12
**alternate** 54:13
**alternative**
  54:21,22 55:15

68:13 69:22
  245:13,17,24
  247:6,19
  249:16 250:22
  251:8
**alternatives**
  149:4 184:11
  186:9
**altogether**
  102:7
**amalgamation**
  107:12
**amended** 75:9
**amendment**
  236:7
**amendments**
  235:24 236:3
**american** 185:4
  244:3
**amount** 170:13
  201:8
**analysis** 64:23
  99:22 161:6,11
  161:22 179:9
  182:20 198:23
**analyzing**
  196:21
**annexed** 80:17
**annual** 45:5
  49:16 75:21
  96:14
**annualized**
  172:25 173:7
  173:12,18
  174:7,21,24

**annually** 45:4
  158:4,4 232:4
**answer** 6:4
  11:19 12:9,11
  15:17 16:20
  18:21 36:13
  44:2 56:10
  65:6 88:20
  102:10 110:18
  110:22 111:8
  111:14,15
  122:5 132:6,18
  133:4 134:2,7
  134:24 135:17
  136:8 174:12
  185:12 202:10
  203:13 213:22
  221:2 225:20
  238:16 240:7
  251:4,23
  253:22
**answered**
  125:5 135:6,7
  173:10
**answering**
  11:15,23 56:17
  202:14 213:20
  248:7
**answers** 20:7
  215:12,13
  258:6
**anticipate**
  221:6
**anticipated**
  14:17

**anymore** 18:3
  23:22
**anytime** 148:19
  188:2 210:11
**apologize** 168:7
**apostol** 222:9
  223:2
**apparently**
  113:6
**appear** 50:5
  67:10 96:18
  98:9 103:20
  141:21 168:8
**appearance** 9:9
**appearances**
  9:11
**appears** 103:5
  183:9
**appendix** 78:15
  96:13,18,19,21
  97:5 98:9
  103:23,25
  107:4 108:18
  109:9,10
  110:14 112:9
  112:22 116:24
  119:25 127:20
  129:3,9 137:4
  137:4,5 138:14
  141:2 142:20
  144:14,21
**applicable**
  138:24 204:18
  245:19 247:8
  248:17

[applied - asserting]                                                    Page 6

**applied** 102:4
108:6 143:17
**applies** 246:6
**apply** 29:24
**appoint** 30:23
33:19 232:3,5
232:10
**appointed**
43:21 207:22
210:8,10 216:3
216:4,5,10
218:16 219:24
219:25 229:24
234:14,16
**appointing**
207:18 230:18
**appointment**
33:25 60:21
160:3 207:14
207:24 209:15
210:2 213:11
217:4,6,9
229:20
**appointments**
226:14 232:15
232:16
**appreciate**
36:12 44:5
110:3 168:19
215:23
**apprised** 227:8
**approach**
20:24 65:3,5
101:10 105:12
105:18

**approached**
121:21
**appropriate**
34:19 58:17
67:10,25 77:10
79:4 90:6,11
93:6,9 98:20
105:16 106:14
110:20,23
139:15 148:9
157:22 158:7
167:18 212:22
248:4 256:6
**approval** 87:2
95:8 156:11,21
**approve** 39:19
87:4
**approved**
38:13,17 76:8
76:10 87:8
193:3 230:17
**approving**
236:2
**approximately**
28:4 32:3 48:9
164:23 199:14
**arbitrary**
132:22
**area** 25:6 46:9
150:23,24
220:15
**areas** 31:24
241:6
**arena** 106:22
195:15 232:24

232:25
**arguably** 17:18
**arises** 210:24
**arithmetic**
102:9
**arrangement**
7:13
**arrangements**
42:9,15
**array** 208:12
**arrive** 125:11
139:21
**ascend** 52:15
52:20,25 55:8
58:5 128:11
147:14,16,18
147:22 148:7
148:14,16,21
162:3 169:10
181:5 182:20
239:13,20
240:14,17
241:18
**ascend's**
181:15
**ascertain** 165:9
187:18 208:17
**aside** 30:11
55:5 180:21
235:3,5 249:12
**asked** 11:22
16:19 22:2
25:23 36:8
44:7 125:5,6
125:16 129:24

130:2 132:21
135:6,22
163:25 173:10
174:2,16 186:3
187:13 188:10
231:6
**asking** 18:8
27:20 59:19
83:11 93:3
101:4 105:7,20
109:4 110:7,25
111:3 125:7
131:24 134:3,5
135:9 144:13
173:11,19
174:10,20
176:12,14,16
188:10,12
189:8 192:9
203:10 213:12
225:12 242:6
243:8 247:15
247:17
**aspect** 109:13
**aspects** 226:4
**assemble**
114:19
**assembled** 42:7
**assembles**
50:20
**assert** 247:20
**asserted** 245:19
253:9
**asserting**
247:22 251:21

**assess** 78:25
94:24 209:11
**assessment**
90:15 91:4
100:7 163:8
**assessments**
125:19
**asset** 67:25
78:15 94:19
118:19 166:10
184:22,25
**assets** 71:3
100:20 117:16
117:21 118:15
119:8 120:5,15
150:25 170:9
**assigned** 21:12
52:24 78:16,18
211:18
**assimilate**
82:15
**assist** 79:24
91:18 127:25
148:17 207:5
**assistance**
158:5
**assisted** 206:11
**assisting** 58:2
133:10
**associated**
36:25 70:12
86:17 151:2,4
198:18 249:20
**assume** 118:5

**assuming** 62:19
**atlantic** 2:9
**attached** 96:12
96:19,22 97:5
98:9 141:20
143:8 256:13
258:9
**attend** 50:7
84:20
**attendance**
159:22 230:4
**attended** 22:22
22:24 37:12
38:23 50:9,11
50:14 84:22
156:6,19
161:12 220:22
221:12
**attendee**
159:18
**attendees** 80:10
**attending** 23:3
40:21 192:10
**attends** 220:12
221:15
**attention**
140:25 158:22
162:19,21
**attorney** 9:13
16:18 17:19,21
18:5 131:19
132:12 256:15
**attorneys** 7:3
7:15

**attributed**
107:23
**attributes**
107:9 145:16
**audible** 12:9
**audio** 56:3
**audit** 228:23
**auditor** 222:18
**august** 23:17
156:3 159:16
160:13,19
167:24 216:5
229:18 230:25
233:24
**austin** 27:17
**authorized** 9:3
**automatic**
237:9
**availability**
48:20
**available**
180:18 184:8
212:7
**average** 94:23
95:2
**aware** 21:11
34:7 36:5 45:9
45:18 55:13,16
69:8,10 70:22
70:25 71:4
114:3,9 116:3
141:9 150:15
198:8 207:3,17
207:20 211:8,9
211:14 226:16

235:13 243:12
243:16 249:2,8
249:15 250:2,9
252:2,24 253:7
**awia** 161:22

**b**

**b** 4:8 5:5,9 20:4
20:16,21 21:7
21:10,13 96:13
96:19,21 97:5
98:9 114:4,14
115:13 131:16
137:4 141:6,22
148:2,4 150:8
150:12 201:17
202:2,5,20
213:7,18
215:15 220:21
221:5,8 222:4
225:17 227:22
227:23 238:15
240:3 245:11
247:14 248:4
250:17,19
251:7,18
252:10 253:6
254:6
**bachelor's**
24:10
**back** 13:11
14:11 20:9,12
24:7 27:15
43:14,17 51:16
51:20 58:22
62:11,18,19

63:5 71:6
75:23 76:2
77:2 87:23
92:6,10,23
97:3 99:13
115:6 116:23
120:9 123:17
136:6 140:20
140:25 152:19
177:19,24
188:14,25
189:6,6 193:25
198:4 199:7
219:24 220:23
222:4 231:8
232:5,7 234:12
234:12,12,13
234:23 236:10
236:16 237:3
238:7 245:4,8
**background**
15:8 20:15
22:14 23:9
24:9 32:15
36:23 37:15
**backgrounds**
208:6,6,13
209:10 214:13
**backwards**
89:14
**balance** 150:25
**balances**
157:23
**based** 53:14
57:9 68:3

81:23 102:15
115:15 137:6
144:18 151:13
163:15 176:3
176:16 184:14
185:11 205:10
207:25 221:10
251:21
**basis** 49:7
66:17 96:14
140:8 166:3
172:10 173:4
177:7 178:15
179:15 180:3
205:14 210:4
225:2 232:11
**bates** 73:8 79:9
92:13 102:21
136:12 167:21
189:13
**bear** 31:19
34:25 208:13
243:3
**bearing** 92:20
**bears** 133:17
**beau** 2:5 9:2
189:5 255:6,18
**becoming** 25:7
**began** 58:5
139:21
**beginning** 2:4
9:12 13:15
150:7
**begins** 51:17
92:8 140:22

189:2 245:5
**behalf** 1:8 9:16
9:19 22:10
87:11 97:21
98:5 206:24
209:13
**behavior** 150:3
**believe** 17:25
18:13 27:3
29:4 32:17
35:18 36:19
40:22 41:7,9
42:4 43:9
45:23 47:6
48:24 49:8
53:21 54:11,18
54:25 55:2,2
55:20 56:9
57:11,18,22
58:7,12,25
62:4 70:18
71:14,21 72:6
75:5 76:5,9,15
78:2 80:24,25
81:9,13,21
82:3,7 86:10
89:12 90:12
93:16 95:11
96:6 97:20
101:23 103:19
103:19 104:17
104:21 105:9
106:16 107:6
109:10 112:3
112:25 114:16

116:5,14,21
117:23 119:4
119:24 122:17
125:9 126:15
127:15,22
138:22 139:23
141:4,11,13
142:11 143:16
143:23 145:8
148:15 152:22
155:11 156:7
158:25 160:3,8
160:11,22
178:4 182:21
184:6,10 186:8
186:18 218:3,8
218:13,15
219:15,23,25
220:17 221:17
222:11 223:19
231:3 232:20
235:10 242:4
243:18 247:2
248:11,22
**believed** 77:16
98:20 110:19
148:8 236:18
236:20
**benchmark**
79:3 84:3 90:7
90:11 93:6,10
93:14 95:12
100:16 121:6
121:18 123:23
171:14,15,19

| | | | |
|---|---|---|---|
| 172:10,22 | **beta** 88:9 89:4 | 57:7,13 65:12 | 190:16 194:12 |
| 173:4,14 174:7 | 89:6,7 | 71:12 72:4 | 196:7 199:18 |
| 174:10,23 | **better** 54:21,21 | 73:19,25 74:10 | 200:19 202:3,8 |
| 212:17 | 115:8 119:2,3 | 76:14 80:23 | 203:7,10,15 |
| **benchmarked** | 120:25 | 82:10 83:16 | 204:13 211:12 |
| 167:12 | **beyond** 163:20 | 85:11 89:21 | 213:5,16 |
| **benchmarking** | 185:2 188:11 | 93:15 94:14 | 215:11 220:25 |
| 72:15 82:18 | 213:17 215:14 | 97:14 103:8 | 225:9,20 |
| **benchmarks** | 240:2 | 104:16 106:4 | 227:19 228:3 |
| 64:21 78:16,18 | **big** 180:12 | 107:5 108:19 | 228:24 229:22 |
| 78:21 91:9,15 | 196:17 200:25 | 110:15 111:20 | 231:13,17 |
| 95:12,15 | **billions** 120:20 | 112:10,24 | 235:17 236:24 |
| 124:11 145:13 | **binary** 124:3 | 116:13 117:9 | 238:13 239:12 |
| 172:13 173:24 | **binding** 238:11 | 117:24 118:17 | 239:22,25 |
| 177:7 178:14 | 238:24 | 120:6 121:16 | 240:8 243:15 |
| 196:22 197:5 | **bit** 11:7,11,14 | 122:22,25 | 244:10,13 |
| **beneficiaries** | 12:7 22:17 | 123:5 124:5,19 | 245:22 247:11 |
| 212:3 249:4,15 | 23:22 62:20 | 125:4 127:21 | 247:24 250:15 |
| 252:5 | 98:3 105:17 | 128:18 129:4 | 251:3,17 252:9 |
| **benefit** 19:20 | 147:14 168:18 | 131:13,18 | 253:5,16 254:5 |
| 30:15 198:11 | 190:9 198:17 | 133:6 134:17 | **bo** 217:5 |
| 211:21 224:24 | 198:20 207:16 | 135:4,18 138:5 | 218:17,17 |
| **benefits** 31:5 | 210:2 222:15 | 138:21 142:10 | **board** 1:13 |
| 220:16 226:11 | 226:23 242:15 | 143:11 144:7 | 26:16 29:22,23 |
| 226:13,13 | **blend** 68:25 | 145:14 146:25 | 29:25 30:19 |
| 229:5 246:7,8 | 94:19 166:14 | 150:5,14 | 31:3,3,5 34:6,6 |
| 246:11 249:9 | **blending** 20:24 | 151:17 154:9 | 34:7,10 84:20 |
| 249:13 | **blumenfeld** 3:8 | 161:14 168:10 | 84:23,24 85:3 |
| **best** 44:18 | 9:17,18 16:14 | 168:16 169:20 | 85:4 86:20 |
| 68:24 76:11 | 17:10 18:23 | 171:25 173:9 | 87:11 160:6,12 |
| 146:7 196:2,3 | 21:14 23:4 | 173:15,20,25 | 160:18 207:23 |
| 200:13,14 | 25:15 33:5 | 174:9,13 176:5 | 209:2,5,6,8 |
| 208:7 212:2,19 | 35:17 37:24 | 178:2,16 186:7 | 218:11 219:4,5 |
| 215:21 | 42:17 43:15 | 186:17 187:6 | 225:5,6,13,22 |
| | 55:12 56:4 | 188:3 189:24 | 225:23 226:2,8 |

226:16,25
227:7 228:20
228:21 229:2,3
229:17 233:24
**board's** 30:4
**boards** 25:18
**bockius** 3:8
**body** 33:18
**book** 196:15
**boston** 3:10
**bottom** 78:14
103:23 164:18
175:10
**brackendorff**
222:12 223:3
**breach** 247:9
247:22 248:17
249:7
**break** 12:13,14
12:19 51:21,22
52:5 92:24
93:3 137:5
**briefly** 10:11
11:13
**bring** 31:18
32:17,21 34:25
35:11 39:16
48:19 54:2,6
55:19 64:5
77:22 84:13
100:24 125:19
158:16 164:4
208:13 237:18
240:22 241:7
241:12 242:10

**bringing** 56:18
166:6,9,10,13
241:20 243:3
**broad** 47:19
149:19 163:8
166:16 167:6
170:3,7 195:11
**broadly** 40:12
**broke** 137:15
**broken** 138:2
**brought** 18:24
39:11 61:10,17
66:10 245:20
247:8,21
249:14 252:3
**brush** 180:7
**budget** 30:8
**bullet** 88:7 90:4
93:8 94:9
**bunch** 192:23
**business**
164:19 204:15
204:18 224:14

**c**

**c** 3:2 137:5
138:14 144:14
144:21 230:18
255:2,2
**cadence** 49:13
49:16 75:20
209:16 210:5
224:17 225:23
227:6
**calculate**
106:11,12

**calculation**
102:9
**calendar** 60:21
62:12
**call** 24:2 45:15
126:24 220:16
**called** 162:22
**calling** 248:3
**calls** 58:21
247:12
**camera** 8:9
**campbell** 1:1
1:23 2:1 3:1
4:1,5 5:1 6:1
7:1 8:1,16 9:1
9:25 10:1,8
11:1 12:1 13:1
14:1 15:1 16:1
16:16 17:1,14
18:1 19:1 20:1
21:1 22:1 23:1
24:1 25:1 26:1
27:1 28:1 29:1
30:1 31:1 32:1
33:1 34:1 35:1
36:1 37:1 38:1
39:1 40:1 41:1
42:1 43:1 44:1
45:1 46:1 47:1
48:1 49:1 50:1
51:1,20 52:1
53:1 54:1 55:1
55:25 56:1,9
57:1 58:1 59:1
60:1 61:1 62:1

63:1 64:1 65:1
66:1 67:1 68:1
69:1 70:1 71:1
72:1 73:1 74:1
75:1 76:1 77:1
78:1 79:1 80:1
81:1 82:1 83:1
84:1 85:1 86:1
87:1 88:1 89:1
90:1 91:1 92:1
92:10 93:1
94:1 95:1 96:1
97:1 98:1 99:1
100:1 101:1
102:1 103:1
104:1 105:1
106:1 107:1
108:1 109:1
110:1 111:1,14
112:1 113:1
114:1,3 115:1
116:1 117:1
118:1 119:1
120:1 121:1
122:1,24 123:1
123:20 124:1
125:1 126:1
127:1 128:1
129:1 130:1
131:1 132:1
133:1,4,9
134:1 135:1
136:1 137:1
138:1 139:1
140:1,24 141:1

| | | | |
|---|---|---|---|
| 142:1 143:1 | 212:1 213:1 | **capability** | 55:1 56:1 57:1 |
| 144:1 145:1 | 214:1 215:1 | 62:15 | 58:1 59:1 60:1 |
| 146:1 147:1 | 216:1 217:1 | **capacity** 20:20 | 61:1 62:1 63:1 |
| 148:1 149:1 | 218:1 219:1 | 84:21 147:25 | 64:1 65:1 66:1 |
| 150:1 151:1 | 220:1 221:1 | 220:21 | 67:1 68:1 69:1 |
| 152:1 153:1 | 222:1 223:1 | **capacuity** | 70:1 71:1 72:1 |
| 154:1 155:1 | 224:1 225:1 | 193:15 | 73:1 74:1 75:1 |
| 156:1 157:1 | 226:1 227:1 | **capital** 52:25 | 76:1 77:1 78:1 |
| 158:1 159:1 | 228:1 229:1 | 52:25 67:3 | 79:1 80:1 81:1 |
| 160:1 161:1 | 230:1,12,20 | **capture** 47:3,12 | 82:1 83:1 84:1 |
| 162:1 163:1 | 231:1 232:1 | **care** 125:21 | 85:1 86:1 87:1 |
| 164:1 165:1 | 233:1 234:1,17 | 212:4,4,22 | 88:1 89:1 90:1 |
| 166:1 167:1 | 235:1 236:1 | **career** 24:14 | 91:1 92:1 93:1 |
| 168:1 169:1 | 237:1 238:1 | 31:14 | 94:1 95:1 96:1 |
| 170:1 171:1 | 239:1 240:1 | **carefully** 11:18 | 97:1 98:1 99:1 |
| 172:1 173:1 | 241:1 242:1 | 256:5 | 100:1 101:1 |
| 174:1 175:1 | 243:1 244:1 | **carolyn** 1:1,23 | 102:1 103:1 |
| 176:1 177:1 | 245:1,8 246:1 | 2:1 3:1 4:1,5 | 104:1 105:1 |
| 178:1 179:1 | 247:1 248:1 | 5:1 6:1 7:1 8:1 | 106:1 107:1 |
| 180:1 181:1 | 249:1 250:1 | 8:16 9:1,25 | 108:1 109:1 |
| 182:1 183:1 | 251:1 252:1 | 10:1 11:1 12:1 | 110:1 111:1 |
| 184:1 185:1 | 253:1 254:1,12 | 13:1 14:1 15:1 | 112:1 113:1 |
| 186:1 187:1 | 254:17 255:1,7 | 16:1 17:1 18:1 | 114:1 115:1 |
| 188:1 189:1,12 | 256:1 257:1 | 19:1 20:1 21:1 | 116:1 117:1 |
| 190:1 191:1 | 258:1 | 22:1 23:1 24:1 | 118:1 119:1 |
| 192:1 193:1 | **campbell's** | 25:1 26:1 27:1 | 120:1 121:1 |
| 194:1 195:1 | 132:16 | 28:1 29:1 30:1 | 122:1 123:1 |
| 196:1 197:1 | **candidate** | 31:1 32:1 33:1 | 124:1 125:1 |
| 198:1 199:1 | 208:19 | 34:1 35:1 36:1 | 126:1 127:1 |
| 200:1 201:1 | **cap** 94:18,18 | 37:1 38:1 39:1 | 128:1 129:1 |
| 202:1 203:1 | 166:13,14,14 | 40:1 41:1 42:1 | 130:1 131:1 |
| 204:1 205:1 | 244:4,5 | 43:1 44:1 45:1 | 132:1 133:1 |
| 206:1 207:1 | **capabilities** | 46:1 47:1 48:1 | 134:1 135:1 |
| 208:1 209:1 | 34:10 154:24 | 49:1 50:1 51:1 | 136:1 137:1 |
| 210:1 211:1 | 209:11 | 52:1 53:1 54:1 | 138:1 139:1 |

**[carolyn - check]**                                    Page 12

| | | | |
|---|---|---|---|
| 140:1 141:1 | 210:1 211:1 | 195:20 | 98:24 126:21 |
| 142:1 143:1 | 212:1 213:1 | **cassidy**  216:15 | 180:12,13 |
| 144:1 145:1 | 214:1 215:1 | 216:16 217:5 | 210:25 257:5,8 |
| 146:1 147:1 | 216:1 217:1 | 218:17,17 | 257:11,14,16 |
| 148:1 149:1 | 218:1 219:1 | **catch**  158:19 | 257:19,22 |
| 150:1 151:1 | 220:1 221:1 | **categories** | **changed** |
| 152:1 153:1 | 222:1 223:1 | 96:11 98:13,15 | 126:18 130:10 |
| 154:1 155:1 | 224:1 225:1 | **category**  95:24 | 190:12 236:13 |
| 156:1 157:1 | 226:1 227:1 | 146:8 | 236:14 |
| 158:1 159:1 | 228:1 229:1 | **cause**  235:2 | **changes**  76:12 |
| 160:1 161:1 | 230:1 231:1 | **cc**  230:18 | 76:17,17,21,24 |
| 162:1 163:1 | 232:1 233:1 | 233:22 | 130:25 190:25 |
| 164:1 165:1 | 234:1,17 235:1 | **ceo**  27:8,9,17 | 191:2 230:14 |
| 166:1 167:1 | 236:1 237:1 | 218:18 224:12 | 256:12 258:8 |
| 168:1 169:1 | 238:1 239:1 | **certain**  23:15 | **characteristic** |
| 170:1 171:1 | 240:1 241:1 | 40:25 45:4 | 107:2 146:12 |
| 172:1 173:1 | 242:1 243:1 | 61:17 89:24 | **characteristics** |
| 174:1 175:1 | 244:1 245:1 | 95:14 177:8,16 | 68:4 69:2 |
| 176:1 177:1 | 246:1 247:1 | 230:14 246:23 | 104:5 105:25 |
| 178:1 179:1 | 248:1 249:1 | 253:22 | 117:3,16 121:5 |
| 180:1 181:1 | 250:1 251:1 | **certainly**  18:11 | 138:19,23 |
| 182:1 183:1 | 252:1 253:1 | 18:15 39:10 | 139:2,15,22,25 |
| 184:1 185:1 | 254:1,12,17 | 100:11 154:24 | 142:7 145:11 |
| 186:1 187:1 | 255:1,7 256:1 | 193:11 214:3 | 145:16 146:7 |
| 188:1 189:1 | 257:1 258:1 | 226:7 | 166:11 |
| 190:1 191:1 | **carried**  132:10 | **certifications** | **chart**  146:4,16 |
| 192:1 193:1 | **carry**  153:7 | 31:23 | 183:9 185:12 |
| 194:1 195:1 | 209:12 238:22 | **certify**  255:7 | 198:4 |
| 196:1 197:1 | **carrying**  142:4 | 258:4 | **charter**  71:20 |
| 198:1 199:1 | **case**  21:2 61:8 | **cfo**  224:10 | 71:22 229:3 |
| 200:1 201:1 | 62:2 232:9 | **chance**  74:17 | 235:19 |
| 202:1 203:1 | 248:19 250:4 | 103:13 159:10 | **charters** |
| 204:1 205:1 | **cases**  46:6,7 | 168:23 | 235:14 |
| 206:1 207:1 | 100:25 101:3 | **change**  27:13 | **check**  21:17 |
| 208:1 209:1 | 120:18,19 | 52:16 53:6 | |

**[chief - committee]**

**chief** 218:6
219:11,16
228:17
**choice** 80:7
172:18
**choices** 151:15
**choose** 210:14
**chris** 3:15 8:22
**circled** 64:4
**circulate** 98:4
205:3 236:17
242:12
**circulated**
37:13 38:7,16
48:3 59:15
60:4,24 62:3
63:25 76:18
86:16 116:4,5
129:22 137:20
142:16 153:22
167:2 192:24
**circulation**
60:2 62:16,17
**circumstance**
210:24
**circumstances**
22:15 82:22
102:6 110:24
120:2 148:3
240:25,25
**city** 97:24
**civil** 1:6
**claim** 246:10
246:11,14,19
246:21 248:13

249:8,12
**claims** 245:19
247:21,23
248:17,21
249:6,19
250:13 251:13
252:3,17,17,21
252:21 253:8
**clarification**
172:3 233:11
**clarified** 192:8
**clarify** 39:16
40:10 43:25
111:22 114:10
115:3 123:21
217:2 231:14
234:7
**clarifying**
228:2
**class** 1:7 253:2
**classes** 67:25
78:15 94:20
166:10
**clean** 11:16
21:8
**clear** 16:15
18:25 87:20
133:7 134:23
135:23 142:24
150:8 152:2
160:16 225:16
232:18 238:14
246:4
**clearly** 11:21
141:25 180:17

243:20 253:22
**client** 16:18
17:19 131:19
132:12
**coaching**
111:11
**code** 204:14
**collaborate**
200:6
**colleague** 9:15
73:7
**colleagues**
147:24 153:3
**collected**
148:13 151:20
**collecting**
114:23
**collection**
206:12
**color** 168:8,11
168:15 182:7
**column** 172:17
174:25 176:11
**columns**
171:12 174:3,4
**combination**
90:14
**come** 37:17
38:8 44:17
50:24 60:17
64:3 66:7
76:23 101:12
119:16 131:23
201:4 223:6
224:21 236:4

**comfortable**
166:19 209:9
**coming** 153:24
**comment** 38:10
38:11,14 47:10
81:16 82:3
83:6 86:2
193:9
**commenting**
75:23
**comments** 38:9
39:4,5,11,13,23
40:2,4 47:17
64:4 87:4,7
116:6 236:9,12
236:13
**commission**
258:19
**committee** 1:15
13:4,9,17,18,22
14:21,25 15:2
15:3 16:3,4,23
16:24 17:8
18:2 20:11,20
21:6 22:11,12
25:8,8,9,14,23
25:24 26:6,10
26:21,25 29:25
30:12,22,24
31:4,8 32:3,5,8
32:11,14,18,21
32:22 33:4,16
33:17,19,22,24
34:3,15,17,22
34:25 35:4,6,8

| | | | |
|---|---|---|---|
| 35:10,14,16,20 | 93:4,12,17 | 158:12,16,18 | 214:6,15,24 |
| 35:25 36:3,7,8 | 95:8 96:14,23 | 159:15,23 | 215:3,9 216:10 |
| 36:16,22 37:23 | 97:12,16,22,23 | 160:6,11,17,21 | 216:11,13,17 |
| 39:17,18 40:16 | 98:5,6,11 | 160:23 161:13 | 216:18,22 |
| 40:18,25 41:5 | 99:20,23 100:5 | 161:16,19 | 217:4,10,13,16 |
| 41:12,15,20 | 101:9,14 | 162:9,19,22 | 217:21 218:2,3 |
| 42:14 43:5,11 | 105:12 106:14 | 163:22 166:2 | 218:5,9 219:5 |
| 44:10,12 45:20 | 106:22 112:4 | 166:24 169:5,6 | 219:12,12,15 |
| 48:8,9,10,21 | 113:2,11,21 | 169:12 170:17 | 219:23 220:8 |
| 49:6,21,23 | 118:13 119:5 | 171:5 176:4,8 | 220:11,22,24 |
| 50:19,22 52:7 | 119:13 120:3 | 176:18 177:4 | 221:12 222:2 |
| 52:12,17 53:15 | 125:18 127:5 | 179:13 180:19 | 222:15 223:4,6 |
| 53:16,20 54:4 | 127:14,23,24 | 181:2 182:18 | 223:8,11,18,24 |
| 54:6,8,18 55:6 | 128:15,25 | 182:24 183:2 | 224:4,6 225:5 |
| 56:12 57:4 | 129:6,9,13,16 | 183:16,17 | 225:7,12,25 |
| 58:2,10,14,19 | 131:7,25 132:3 | 184:9 185:14 | 226:9,14,17,18 |
| 58:20,24 59:6 | 132:11,20 | 186:2,3,13,19 | 226:25 227:7 |
| 59:9 60:3,12 | 133:13,14,21 | 186:24 187:2 | 228:15,16,20 |
| 60:15 62:7,8 | 133:23 134:11 | 188:15 189:16 | 229:2,17,21,25 |
| 62:22 63:8,9 | 134:20 135:2,8 | 190:12 192:2 | 230:11,14,17 |
| 64:5 68:11 | 138:2 140:6 | 193:3 194:22 | 230:21 231:2,7 |
| 69:10,15,18 | 141:23 142:4 | 199:23,24 | 231:10,19,21 |
| 70:15,22 71:7 | 142:13,16,25 | 200:21,23,24 | 232:10,10,16 |
| 71:11,15,20 | 145:23 147:17 | 201:2,12 205:6 | 232:19 233:7 |
| 72:11,18,24,25 | 148:8,10,17,17 | 205:11,11 | 233:23 234:18 |
| 74:25 75:4,6 | 148:20,24 | 206:15,21 | 234:19 235:14 |
| 75:10,12,16 | 149:11,16,25 | 207:15,19,21 | 235:22,25 |
| 76:8,10 77:7 | 150:4,18 | 207:21,22 | 236:9,20,22 |
| 77:20 79:23 | 151:19,25 | 208:4,14,20,22 | 238:3,10,17,22 |
| 80:4,5,16,22 | 152:2,12,25 | 209:3,15,20 | 239:4,15 |
| 81:14,21,24 | 153:2,13,14,16 | 210:2,3,7,9,10 | 240:22 241:3,8 |
| 83:24 84:18 | 153:17 154:13 | 210:22 211:2 | 241:11,23 |
| 85:10 86:7,12 | 154:14,17,19 | 211:10,18,19 | 242:4,13,18 |
| 86:21 87:2,7 | 155:7,24 | 212:5,11,24 | 243:20 246:15 |
| 87:12 90:9 | 156:19 157:5,7 | 213:3,4,10,25 | 246:17,25 |

247:10 249:10
**committee's**
26:3 40:5 47:4
47:20 53:4
56:25 65:9
73:5 78:20
97:11 98:19
137:13 235:19
236:19 243:13
**committees**
29:22 84:24
85:4 106:19
160:17 209:6
225:24 240:23
240:24
**commonwealth**
2:6 255:3
**communicate**
58:20 76:25
**communicated**
58:12 59:8
**communicating**
17:6
**communicati...**
12:24 17:4,9
19:25 58:11
131:23 157:3
**community**
118:8
**companies**
24:22 219:2
222:19
**company** 23:6
23:10 25:18
26:16 29:25

30:18 32:10
34:9 35:9
69:12 153:4
205:4 206:14
208:10,24
209:2,7 210:12
210:15,21
214:3 217:23
218:4,7 220:8
224:9 225:23
227:2 229:6
**company's**
218:19
**compare** 55:7
139:6,7,11
183:20 198:6
**compared**
146:8
**comparing**
183:18
**comparison**
183:10
**comparisons**
82:18
**compel** 132:16
133:4
**compensation**
30:22 31:4
33:16,17,24
34:3 160:5,11
160:16 206:15
207:22 208:22
216:11 219:4
220:16 222:20
225:25 227:6

228:19 229:2,5
229:17 233:23
**competent**
229:7
**competitive**
90:5,10,16,22
90:25,25 91:8
91:12,13 93:5
**compilation**
50:21 102:16
163:7
**compilations**
66:19
**completely**
115:12
**comply** 204:18
**component**
107:24 108:12
108:25 109:12
110:6,9,11
**components**
60:8
**comport**
195:25
**composition**
157:5
**comprehensive**
54:25 63:24
153:25 180:7
206:25 241:13
**comprised**
32:11 208:4
224:7 233:8
**compromised**
214:5,10

**computer**
255:11
**computers**
61:19
**concentrating**
24:16
**concern** 77:8
101:6
**concerning**
22:3 245:19
**concerns**
115:10,14
158:14
**concluded**
165:20 199:3
254:19
**concludes**
254:11
**conclusion** 86:9
101:12 106:12
125:22 126:10
127:2 176:23
176:24 198:10
237:10 243:18
247:12,16
248:3
**conclusions**
47:22 77:25
125:17 127:7
146:2 243:21
**conclusive**
101:25 107:11
107:13 125:13
142:24

**[conduct - copy]**                                    Page 16

**conduct** 71:10
  71:14 99:21
  190:15 204:15
**conducted** 8:7
  40:24 48:16
  54:12 82:5
  150:17 163:13
**conducting**
  167:16 196:2
**confirm** 112:6
  168:11,12
  188:16 189:5
  215:7 221:20
**conflicts** 48:18
**confused** 172:3
**confusing**
  89:11
**confusion**
  235:2
**connection** 8:9
  22:9 36:22
  49:25 131:21
  138:24 169:6
  184:9 204:21
  212:20 250:8
**cons** 149:5
**consensus**
  140:6
**consent** 7:13
**conservative**
  149:24 184:22
  184:25
**consider** 33:12
  55:14 56:22
  67:11 82:14

89:18 99:23
120:3 128:8
139:18 149:12
150:11 182:24
184:9
**consideration**
  79:6 80:3
  101:5 107:8
  152:17 158:18
  237:19
**considered**
  64:18,19,20,22
  83:11 93:4,12
  109:7 118:13
  137:13 138:18
  143:18 167:14
  172:17 177:21
  186:10 239:19
**considering**
  34:19
**considers** 54:19
**consistent**
  80:20 90:5
  93:8,13 94:3
  97:17 109:8
  110:13 111:18
  112:8,21
  141:24 142:18
**consistently**
  106:7
**consult** 61:12
  142:23 160:5
  216:11 218:11
  221:14

**consultant**
  239:8
**consultants**
  42:10,16
  239:10,21
**consulted**
  78:22 106:16
  147:24
**contact** 241:10
**contain** 165:23
**contained**
  129:2 252:8
**contend** 131:15
**contending**
  250:18
**contents** 78:9
**contest** 12:13
**context** 11:12
  26:16 50:16
  65:16,23 73:4
  84:7 90:8,17
  90:18 131:22
  154:5 170:4
  211:11
**continue**
  179:13
**continued**
  216:6
**continuing**
  216:7 233:5
**continuity**
  53:10,10,11
  212:25 213:13
  213:15,25
  214:5,9

**contributed**
  25:4
**control** 74:6
  86:18
**controls** 228:23
**convened**
  165:19
**convenience**
  234:25
**convenient**
  49:12,13 98:3
  154:24
**conversation**
  133:22 163:11
  163:12 165:16
  177:13 194:10
**conversations**
  18:4,9 19:8,11
  19:19 53:14
  56:25 85:24
  95:21 132:3
  133:12,14
  134:11,19
  135:23 136:2
  154:14 155:2
  176:3,17
**conveyed**
  101:20
**coordinate**
  30:25
**copies** 60:10
  61:6,10,16
**copy** 59:24
  60:5 61:5,12
  61:18 62:17

[copy - current]    Page 17

103:17 167:22
**corporate**
  23:14,20 24:17
  27:3 29:2,4,13
  29:20 30:3,13
  84:19 154:18
  154:20 232:13
**correct**   13:20
  14:8,9 22:23
  28:19 32:6
  52:2 56:14
  96:20 103:20
  116:21 120:14
  121:12,15
  124:2,4,13,18
  135:3,17 138:4
  141:10,16,20
  142:9 143:10
  144:23 146:24
  147:4 150:10
  150:13 156:14
  156:15 158:15
  159:20 171:10
  171:11,21,24
  172:13,14,17
  179:21 183:3,4
  185:19,22,23
  217:13 227:24
  229:21 230:4,5
  258:5
**correction**
  172:2 193:2,4
  193:6
**corrections**
  256:5,7 258:8

**correctly**
  255:10
**correlation**
  89:12
**correspond**
  58:16 67:22
**corresponding**
  105:25 159:2
**cost**   226:13
**costs**   212:17
**counsel**   7:12,19
  8:16 9:10,23
  12:25 16:16
  17:5 21:3 23:5
  23:10,14,16,18
  23:20,20 24:5
  27:2,4,7,23
  28:12,13,18,21
  29:12 30:13
  84:19 131:20
  133:10 134:24
  135:16,25
  204:24 205:2
  205:17 206:7
  207:7 231:4
  253:14,22,24
  255:12
**county**   255:4,6
**couple**   20:14
  114:20 211:23
**course**   22:16
  25:24 37:11
  95:22 161:18
  190:22 202:14

**court**   1:2 7:5
  8:19,25 9:22
  10:22 18:18
  19:4 132:15
  136:5 189:7
  256:19
**cover**   11:12
  46:19 53:8
  85:18 89:15
  156:24 162:3
  190:20 201:13
  208:8 214:11
  223:12 247:20
  252:20
**covered**   40:12
  157:14 178:23
**covering**
  190:10
**covers**   201:12
**covid**   60:19
**create**   80:5
**creates**   72:10
**credit**   146:6
**criteria**   57:5,9
  66:20 77:9,12
  88:3 90:21
  91:6 96:11,23
  97:4 98:13,15
  99:4,7,11,15,24
  100:2,5,6
  101:17,21
  104:2,6,12,15
  104:18 105:4
  105:22,23
  106:2 107:2,4

108:17 109:8
  110:14 111:19
  112:8 113:4
  116:25 117:20
  118:25 119:2
  119:19 122:11
  122:13,14,18
  123:24 124:10
  124:12,21
  125:7 126:25
  127:19,24
  128:17 129:2
  130:8,10,16,18
  130:23 131:11
  132:4 134:14
  134:21 137:6
  137:14,15
  138:2,15
  139:19 141:20
  141:23,25
  142:7,8,12,14
  143:2,4,8,10,13
  143:16 144:21
  145:20 167:10
  213:24 239:18
**criterias**   121:6
**cst**   2:5 164:14
  164:20 254:20
**current**   24:4
  27:17 63:2
  154:19 161:24
  195:14 218:6
  219:10 249:3
  252:3

**currently** 1:16
  23:10 216:12
  216:16 217:10
**custodial** 114:5
  115:16 202:15
  203:25
**custodians**
  205:25
**customarily**
  118:9
**customary**
  106:21 240:23
**cut** 55:22 56:10
  73:20 88:16
  119:12 194:4
  196:11 197:10
**cutting** 12:10
**cv** 1:6 8:21
**cyber** 196:16

**d**

**d** 4:2
**data** 94:6
  101:19 121:19
  121:19 126:7
  128:24 151:14
  162:7 163:7
  164:5 170:14
  174:19,20
  175:7 185:14
  188:5 222:20
**date** 67:14,15
  67:18,19 68:18
  68:25 69:11,13
  70:11,19 71:3
  71:5 99:8

103:15 114:23
130:19 137:7
137:17 138:15
138:25 139:7
139:11,12,16
144:22 145:21
146:5,8,11
151:19,23
152:4,6,9,14,17
156:2 158:2,3
166:15 178:20
179:3,5,7
180:6,23
181:21 182:16
182:22 183:7
183:12,17,19
183:21,22,24
183:25 184:10
185:15,25
187:9,15 188:9
192:6 197:12
197:16 216:9
216:12,17,22
217:18 219:13
256:10 258:12
**dated** 97:15
  167:23 184:3
**dates** 75:25
  216:20,23
**day** 15:16
  18:19 19:2
  30:14,14 31:19
  31:19 72:23,23
  97:19 136:6
  153:6,6 222:17

222:17,22,22
255:15 258:16
**days** 15:11
  18:14 21:16
  60:12 61:2
  114:13 160:4
  256:16
**deadlines**
  246:14
**debate** 95:13
**debated** 79:3
**decastro** 3:9
**december**
  184:6
**decided** 35:4
  48:23 49:7
  68:23 102:15
  218:3
**decision** 80:16
  82:9 91:19
  125:15 147:21
  148:7,16 224:4
**decisions** 80:6
  80:11,14 81:12
  82:2,12,25
  83:12,14
  224:21
**deck** 60:7 61:11
  63:14,15,19
  67:8 76:18
  169:15,22,23
  176:9 181:5,10
  181:11 187:12
  188:11 195:19
  197:14

**decks** 61:15,17
  129:15,15
**declines** 146:13
**decrease**
  146:11
**dedicate**
  210:16
**dedicated**
  130:6 224:16
**deemed** 91:8
  106:13 256:18
**deep** 158:5
  180:9 181:22
  182:17,20
  183:7,17 184:2
  184:10 185:25
  187:9,15
  197:13
**deeper** 186:14
  197:19
**default** 69:22
  70:9,10
**defendants**
  1:17 3:12 5:8
  9:20
**defense** 133:10
  251:21
**defer** 48:21
**deferrals** 70:3
**defined** 93:13
**definite** 149:15
**degree** 24:10
  24:12 31:12
  98:25 206:12

**degrees** 149:22
**delay** 11:14
  12:7
**delegated**
  33:20
**deliberate** 82:5
  200:7 237:5
  243:2
**deliberating**
  47:21
**deliberation**
  58:3 126:10
**deliberations**
  13:13 47:14
  53:25 72:19
  77:15 81:6,25
  86:6 161:17
  213:3
**deliver** 153:25
**delivered** 60:10
  60:20 120:10
  127:2,4 246:15
**denied** 246:21
**departed** 231:5
**department**
  15:6 19:23
  28:2,5,8 29:19
  30:8 206:11
  220:15 221:25
  246:16
**departments**
  206:5
**departure**
  250:12

**depended**
  163:21
**dependent**
  197:25
**depends** 8:8
  190:22
**deponent** 255:8
  255:10 258:2
**deposed** 10:25
  11:4,8 20:19
**deposing**
  256:15
**deposition** 1:22
  5:5 6:2 7:4,6,7
  8:6,15 10:12
  10:15,17 11:13
  13:2 14:22
  15:21,22 16:6
  16:12,13 17:7
  18:19 19:2,5
  19:24 21:24
  22:18,19,23
  74:4 131:7
  132:15 134:25
  135:15,20
  240:13 253:20
  254:12,19
  255:7,11 256:4
  256:13,17,18
**depth** 19:10
  165:15 179:12
**deputy** 23:14
  23:20 27:2,6
  27:22 29:12
  30:12 84:19

**derived** 126:3
**derrick** 14:24
  22:8,20 43:7
  114:25 148:11
  148:12 219:24
  234:19
**desai** 219:9
**describe** 12:23
  12:25 202:22
  223:25 244:7
  245:17
**described**
  124:21 134:15
  237:6
**describing**
  132:5
**description**
  4:10 6:9 246:5
  247:4 248:12
  249:6
**descriptions**
  246:13
**designated**
  20:22 32:9,20
  32:23 114:4
  115:13 158:11
  175:14,20
  207:13 244:15
**designation**
  33:8
**designed** 47:12
  67:21 106:10
  237:16
**designee**
  203:23

**designing**
  127:19
**desirable** 32:20
**detail** 46:17
  66:23 67:2,7
  190:21 195:18
  196:14 247:3
**detailed** 66:6
  81:16,16 85:24
  88:18,23
  161:23 170:6
  170:10 181:6
  197:8
**details** 81:19
  132:9 177:14
  196:14 227:8
**determination**
  33:15
**determinative**
  101:25 126:9
**determine**
  78:21 91:7
  152:20 179:12
**determined**
  90:9 114:15
**development**
  158:20
**developments**
  46:9,11 195:21
  240:21
**deviation** 88:10
  89:17,19,22
**dfa** 244:4
**difference**
  86:15 87:16

[differences - discussions]                                    Page 20

**differences**
105:20 197:23
198:8
**different** 11:11
32:12 52:20,21
53:7,17,18,18
58:13,14,15
60:8,9 66:22
67:20,25 68:2
68:2,18,19,19
68:20 69:2
70:5 85:14
86:14 93:18
94:19 95:22,23
95:25 99:10
100:20,21
101:11,18
102:7 105:8
107:8 130:18
135:9,20 138:3
139:2 143:9
145:24 151:2,8
152:3 162:16
162:17 163:23
163:23 166:10
166:11 167:15
187:8 193:19
197:23,24
198:5 208:6
211:11 222:19
**difficult** 139:5
139:6,11 168:9
198:6
**difficulties** 74:7

**dig** 197:19
**digital** 59:24
**diligence** 36:4
**dillard** 2:5 9:2
255:6,18
**direct** 27:23
28:22,24
140:24 149:9
168:22
**directing** 151:5
**direction** 6:4
**directly** 221:25
224:11
**director** 220:13
220:14 221:24
**directors** 26:16
84:21 85:3,4
87:3,6 160:18
207:23 233:24
**disagreement**
225:16
**disciplinary**
208:5 250:3,7
**discipline**
32:14,21 77:18
249:24
**disciplines**
32:12 208:7
214:12
**disclosing**
12:24
**disclosures**
29:16,19
**discovery**
203:2 205:18

**discretion** 65:5
77:20 102:5
107:14,16
108:7 125:21
209:13 237:9
**discuss** 16:11
18:19 19:5
44:18 50:25
65:18 66:12
76:23 85:21
97:7 102:11
129:10 149:5
153:10 163:14
170:16 200:4
226:11 254:2
**discussed** 13:6
37:22 38:11
44:21 45:16,20
56:16 80:10
81:5 128:9,12
130:3,24
134:13 138:23
139:18 142:3
143:19 148:23
152:11 162:13
162:23 177:9
177:15,17
179:12 182:21
199:22 223:18
223:19 239:11
**discussing**
16:23 18:13
46:24 52:6
112:3 130:7,9
130:15 134:16

153:15 181:3
199:15 201:8
253:4
**discussion**
35:24 41:16
45:8 46:8,11
47:18 50:3
64:8 65:17
66:11 81:22
86:2 95:8
101:5 152:5
154:3 156:9
157:5,9,13
158:2,10
161:24 162:18
163:22 177:5
177:11 178:12
178:24 179:3,5
179:7,23 180:2
180:4,24
190:24 192:20
193:13 195:4
230:15 237:20
243:19
**discussions**
34:20 41:15
45:2 46:3,13
47:4,7,14
55:14,16 56:21
81:17 83:4,4
95:13,22
152:24 153:8
153:12 155:6
182:22 197:6
201:5

[disposition - duke]                                                    Page 21

**disposition**
214:4
**dispute**  22:7
245:13,17,24
247:7,19
249:16 250:22
251:8
**disruptive**
111:11
**distinction**  21:4
21:8 132:23
184:16,20
**distinguish**
17:12
**distribute**
169:11
**distributed**
36:21 60:24
62:11 205:7
246:9
**district**  1:2,3
8:19,20
**dive**  158:5
162:16 180:9
181:22 182:20
183:7 184:2,10
186:14 187:10
187:16 197:13
**diverse**  166:16
**diversification**
67:24 212:16
**diversified**
149:17
**diversity**  166:9

**dives**  182:17
183:17 185:25
**division**  1:4
8:21
**document**
12:18 47:20
73:8,13 74:6
74:13,21,22
80:12 81:10
86:5,23 87:12
87:20,24 92:12
92:19 96:19,22
98:10 102:21
102:24 113:8
116:9 117:15
136:9,14 141:3
141:8 144:3,13
144:15,19
147:12 155:10
155:14,20,21
159:4,10,11,13
161:4 164:14
167:21 168:2
168:13,19,23
168:25 169:3,8
170:20 175:4
178:12 180:24
181:24 182:9
182:11,13
183:6 189:13
191:14,20,23
201:16,21
202:11 204:12
227:15 228:5
228:10,13

233:15,21
234:4 238:12
238:20
**documentation**
22:5
**documented**
45:22 46:4
126:14,17
243:17
**documents**  6:8
14:11,12,15
60:22 63:17,18
71:10,13 76:3
80:15 114:6
115:17 137:25
138:11 141:7
202:25 204:3
204:11,16
205:24 206:8
206:13,21
207:6 212:13
215:2 235:15
238:8 243:12
250:10,11
**doing**  57:25
62:9 111:10
163:4 234:22
256:9
**dollars**  70:4
**draft**  36:25
37:20 38:3,16
39:9 48:3
86:22,24,25
87:5,14,18,21
103:6,18,21

111:2 112:14
112:22 113:6
117:15 118:12
120:8 122:9,20
125:2 127:20
129:3,8,20
134:15 136:11
136:22 137:3
137:11,12
138:18,20
139:23 141:2
142:21 143:10
146:23 147:3
236:6
**drafting**  235:23
236:4
**drafts**  77:2
116:3,4 236:17
238:7
**draw**  21:3
**drawing**
132:22
**drills**  170:5
**drive**  109:19
197:23
**driven**  109:20
**drives**  199:24
**driving**  83:20
198:7
**drove**  22:15,16
**drum**  200:3
**due**  48:17
157:6 212:4
**duke**  27:17

**duly** 10:2
  230:16 255:8
**duplicate** 62:20
**durations**
  210:7
**duties** 25:19,22
  25:25 26:15
  32:16 71:16
  142:4 208:20
  211:4,18,25
  249:9,20
**duty** 200:22
  211:25 212:3
  247:10 248:18
  249:7
**dynamics** 84:8

**e**

**e** 3:2,2,15,15
  4:2,8 255:2,2
  257:3
**eager** 48:4
  52:10 148:14
**earlier** 112:2
  114:11,25
  115:5,6 141:4
  141:19 156:10
  202:12 207:17
  217:12 235:13
**early** 61:9
  219:23
**easier** 11:25
**easiest** 20:23
**easily** 62:15
**easy** 155:2
  232:4 234:10

**echo** 57:14
**educate** 21:23
  148:2
**education**
  31:10 195:7
  196:4
**educational**
  24:9
**effect** 10:21
  75:3,5 76:5
  112:5 113:7
  116:19 141:12
  141:13,14
  235:8 250:24
**effective** 112:4
  160:4
**efficient** 241:8
**effort** 45:17
  109:18 148:2
  148:11 200:25
  206:11
**eight** 48:15,25
  218:25
**either** 60:20
  61:4 63:16
  77:10 124:3,16
  165:3 172:18
  217:19
**elected** 68:17
**election** 70:8
**electronic**
  62:16
**electronically**
  60:20,25 61:7
  61:20 62:11

  98:2
**eliminates**
  234:15
**em** 58:22
**email** 59:9
  60:21 62:12
  187:5
**emails** 114:18
  244:17
**employed**
  23:19 224:3
**employee** 30:15
  31:5 150:16
  151:9,11 152:9
  220:14 221:24
**employee's**
  252:7
**employees** 40:9
  149:20 150:22
  151:22 198:22
  224:8,24
  226:12 245:20
**employer** 220:9
**employment**
  22:3,4 249:25
  250:5
**enable** 91:3
  166:17 242:25
**enabled** 125:10
  237:8
**enables** 67:23
**encouraged**
  81:23
**endeavor** 12:13
  21:4

**endeavors**
  32:10
**ended** 99:6
**endorsed** 34:11
**ends** 51:11
  91:24 140:15
  184:14 188:20
  244:23
**endurance**
  12:12
**enforced**
  252:25
**engage** 46:10
  147:22 148:7
  148:16 154:23
**engaged** 44:12
  58:8 81:5,14
  83:3 127:24
  147:18 204:24
**engagement**
  42:12,20 195:5
  239:7
**engaging** 22:10
**engelman** 3:9
**ensued** 86:3
**ensure** 35:12
  53:24 77:19
  78:3 90:22,24
  208:3 212:12
  212:25 214:4
  214:16 237:7
  237:15
**ensuring**
  212:20

**[entire - exhibit]**

**entire** 61:10
  63:17 169:22
  233:7
**entirety** 169:16
**entity** 52:12
  53:2
**environment**
  195:10,14
**equal** 121:7
  123:25 124:12
**eric** 220:10,11
**erisa** 25:5
  26:13,15 44:11
  46:9 71:17
  195:21,22
  240:20 247:22
  248:15,18
  249:7,9 252:18
  252:22 253:2
**errata** 256:7,9
  256:12,15
  258:9
**escalate** 246:24
**escalating**
  248:13
**escalation**
  237:6,8,23
**especially**
  10:18 17:25
**esq** 3:3,8,9,9
**essentially**
  28:25 30:3
**establish** 13:14
**estimate**
  200:13,15

**et** 8:17,18
**ethics** 204:15
**evaluate** 77:21
  81:2,3 84:6
  94:21 96:23
  98:15 118:21
  119:14,15
  125:12 127:5
  128:5 139:16
  145:20 158:5
  162:10 240:24
**evaluated** 94:4
  109:11 113:3
  141:23 142:3
  143:19 167:13
  242:5
**evaluating**
  107:17 110:12
  111:17 117:2
  143:2 241:24
  242:17
**evaluation** 57:4
  57:9 77:12
  81:22,23 90:21
  93:25 96:11
  98:13 104:3
  108:13 109:2,5
  109:13 112:7
  112:20 119:24
  130:18 138:25
  145:12 151:23
  157:10 180:19
  243:13,17
**evaluations**
  77:24

**everybody** 9:18
  45:9 234:20
**everyone's**
  11:25 48:20
**evidence**
  191:11
**evolved** 60:2
  190:13
**evp** 220:5
**exact** 47:17
  113:19 183:24
  219:13
**exactly** 28:9
  35:21 45:5
  127:12
**examination**
  4:4 10:5
**examine** 49:9
  93:23 119:5
  243:6
**examined** 10:2
  158:3 187:8
  188:7
**examining**
  188:5
**example** 35:2
  146:17 193:6
  232:2
**examples** 185:5
**except** 7:20
  258:7
**exception** 17:2
  17:18,23
  132:24 172:7

**excess** 193:25
**exchange** 29:24
**exclusive**
  145:22
**excused** 254:17
**execute** 97:13
**executed**
  115:19 116:9
  116:11,20
  141:10 143:24
  144:20 146:23
  235:5,6,7,11
**executive** 29:18
  33:9 35:9
  208:23 214:2
  217:19 218:21
  218:24 219:3,6
  220:4,7 224:7
  224:9,11 225:2
  228:17
**executives**
  218:4
**exercise** 107:15
  125:24 212:8
**exercising**
  212:19
**exhaustive**
  192:14
**exhibit** 4:11,13
  4:15,17,19,21
  4:23,25 5:2,4,8
  5:12,14 73:7
  73:15 74:9
  92:12,14,16,21
  102:21 103:2

111:19 113:5
136:10,16
140:25 141:22
143:14,23
144:5,10
155:10,16
158:25 159:6
167:21 168:4
178:2,5,9
181:20 182:2
189:13 191:16
201:18,19,23
203:20 227:13
227:17,21,22
228:7 229:11
229:12,13,15
233:13,17
**exhibits** 78:15
**existed** 143:17
**expand** 209:19
**expectation**
56:17 60:15
**expectations**
197:2
**expected** 57:23
162:11
**expense** 196:24
**expenses** 72:15
72:16
**experience** 25:3
25:5,21 57:10
163:15 241:5
**experienced**
214:7

**expert** 248:16
**expertise** 33:14
35:8 55:3 79:5
208:8,9,9,10,11
209:24 214:13
226:20 240:18
241:21
**expires** 258:19
**explain** 184:19
231:22,24
241:15
**explained**
139:17
**explaining**
248:7
**explanation**
64:7
**exposure**
109:23,24
**expressed** 77:8
**expressing**
56:11
**extent** 16:22
17:3,6 18:7
247:15 248:2
**extra** 67:2
162:21

**f**

**f** 255:2
**facilitate** 11:16
227:3
**facilitates**
222:14
**facilitator**
50:18

**fact** 45:11 86:5
107:7,11
110:22 119:18
125:16 139:10
157:6 180:15
**factor** 101:25
121:22 125:12
**factors** 64:18
65:19 77:22,22
82:13,24 84:13
88:7 99:11
101:24 102:19
119:6 121:23
162:24,25
167:15 172:16
198:9
**facts** 80:13
81:10 148:3
**fail** 256:17
**fair** 11:10
12:21,22 24:3
108:2 128:6
221:7
**fairly** 205:8
213:19 247:13
250:25 251:7
**fall** 132:11
229:7 250:25
**falls** 213:9
250:21
**familiar** 34:4
40:20 67:13,15
68:5,7 69:21
74:3 78:17
170:25 182:12

182:14 202:19
216:14 219:5
222:5 235:7
**familiarity**
31:18
**familiarize**
40:20
**far** 146:24
**fashion** 190:19
**favorable**
243:22
**federal** 3:10
**feel** 12:15 58:17
74:15 92:18
100:3 103:12
125:14,23
136:20 144:12
177:16 193:10
201:12,13
209:18,21
**fees** 167:12
196:16 212:17
**felt** 20:14 47:2
53:9 57:24
125:25 130:25
131:2 158:17
163:22 199:22
**ferguson**
220:10,11,22
221:12
**fidelity** 50:13
68:6,8 69:5,19
70:16 157:19
171:9,18 172:8
175:12 176:19

[fidelity - formed]

177:6 178:13
179:20 181:10
181:11,21
183:7,11,18,21
184:11 186:6
186:11 198:14
**fidelity's**
152:14
**fiduciaries**   26:2
196:18
**fiduciary**   17:2
17:17,18,23
18:6,10,14
25:12,17,19,22
26:11,13,15
32:16 35:24
36:6 41:4,11
41:17 43:12
44:11 45:2
106:19,21
132:24 133:16
195:7 211:21
211:24 247:9
247:22 248:18
249:7,9,20
253:8
**fields**   171:20
**figure**   76:3
120:15
**filed**   8:18 132:2
133:9,22
135:25 245:14
**files**   67:3
**filing**   29:16

**fill**   57:23
**filled**   28:17
**filtered**   205:19
**final**   38:17
87:13,13,18
103:18 111:4
113:8 116:6
122:3,8,8,9
140:4 245:9
**finalists**   186:5
186:15,20
**finance**   24:18
31:13 217:20
**financial**   35:8
109:25 208:8
219:11
**financially**   9:5
**find**   106:6
234:13
**fine**   12:3
112:16 133:2,3
**finish**   12:18
110:22
**firm**   24:14,15
52:20,21
148:15 205:16
**first**   10:2 15:19
21:5,11 24:13
37:9,11,17
38:2 58:5 60:3
69:6 88:7
99:19 135:7
145:2 146:4
147:18 156:5
156:10 157:16

161:21 164:13
177:4 204:8,25
216:4,4 219:23
219:24
**fit**   70:4
**fits**   224:23
**five**   29:9 60:11
61:2 93:21
107:22 113:13
121:5 123:23
124:11 130:14
145:3,5 171:14
171:22 172:10
172:12,22
173:7,13,22
174:24 177:7
178:14
**flexibility**
119:5 237:12
237:18
**flipped**   67:8
**float**   194:2
**floor**   200:2
**fluctuates**   71:2
**focus**   66:4
149:15
**focused**   25:6
26:14 30:2
153:23 169:18
169:21
**focusing**   26:8
93:7
**follow**   18:18
148:20 186:4

**followed**   85:9
**following**   78:4
99:24 179:11
184:7 230:15
**follows**   10:3
**force**   10:21
212:7
**foregoing**
203:22 255:7
258:4
**forgiving**
105:17
**form**   7:21
42:18 53:12
72:5 125:10
151:10 154:5
243:17 258:8
**formal**   33:7,18
41:14 43:12
44:10,13,23
45:2,7,20
49:14 52:22
57:4 140:8
153:9,14 154:7
165:12 213:24
224:16 226:24
234:2 249:24
**formalized**
41:9
**formally**   49:3
49:16
**format**   161:10
171:2 182:6,15
**formed**   238:22

**former** 249:3
　252:3
**forms** 53:18
**forth** 58:23
　75:23 77:3
　78:5 112:22
　236:11,16
　237:3 238:7
　246:7
**forward** 69:18
**found** 35:15
**foundation**
　44:5
**four** 48:10
**framework**
　53:23 72:8,10
　73:4 77:17
　106:9,15
　107:19 108:9
　109:11 118:21
　119:23 127:7
　154:7 167:11
　237:12,13
　238:19 239:2
**frankly** 47:18
**free** 12:15
　58:16 74:15
　92:18 100:3
　103:12 136:20
　144:12
**freedom** 68:6,8
　68:12,15 69:6
　69:8,13,19
　70:16,18 171:9
　171:18 172:8

173:3,23
175:12,25
176:19 177:6
178:13,18,20
179:20 180:23
181:3,21
182:16,25
183:7,11,18
184:12 185:7,9
186:6,11,16
244:3
**frequent** 155:3
　226:4
**frequently**
　44:25 225:24
**fresh** 37:12
**friday** 114:16
**front** 103:16
　154:7 157:11
　166:24 191:20
**fulfill** 44:18
　226:20
**fulfilling** 57:25
　72:20 208:20
**full** 140:5 146:6
　180:12
**fulsome** 58:25
　65:5 77:23
　179:23
**function**
　208:14
**functions**
　132:20 241:3
**fund** 66:3,16,16
　66:16,22,23,24

67:14,18 70:11
72:16 77:12
81:3 84:3
94:22,24,25
99:24 107:17
109:23 113:3
118:23 119:7
121:12 130:17
130:19 139:20
150:19 151:2,3
151:6,23
153:20 158:2,3
161:24 162:4,6
162:8 166:5,7
166:21,23
167:7 170:10
170:21 175:7,7
175:12 182:16
184:10 187:9
197:16,24
241:10,14
244:4,5
**fund's** 67:2
　72:13,14 91:8
　166:16
**funds** 65:22
　67:16,19,20
　68:6,8,12,15,19
　69:4,6,9,11,13
　69:19 70:16,18
　70:19 71:3,5
　78:19 90:25
　94:2,17 96:25
　99:7,8,8
　108:14 110:6

110:13 118:15
120:17 139:2,3
139:7,9,11,12
139:16 143:3
151:2,20
162:16 163:3
163:14 167:6
170:12 171:9
172:8 173:3,23
175:25 176:19
177:6 178:13
178:18,20,21
179:7,20,21
180:6,23 181:3
181:7,21
182:25 183:8
183:11,19,19
183:21 184:12
185:3,4,7,9
186:6,11,16
187:8 188:8
196:21 197:8
198:6 244:3
**further** 7:9
　101:4,5 102:11
　122:5 164:18
　197:20 232:7
　234:12,23
　246:24 253:15
**future** 111:10
　126:13
**fuzzy** 44:3

**g**

**gather** 15:7

**gears** 22:17
23:8 220:20
221:5 222:3

**general** 23:14
23:16,19,20
27:2,4,6,23
28:12,13,18,21
29:4,12 30:13
84:19 171:2
229:8 231:4

**generally** 14:7
60:11 65:15
67:13,19 70:22
115:5 165:25
190:14 212:19
213:9 221:15
223:25 246:8

**gentleman**
148:15

**getting** 27:18
34:23 44:3
195:10 227:4,5

**give** 10:20
12:10,19 17:11
24:8 47:13
74:5 102:18
103:8 107:8
108:4 144:7
196:13 199:25
215:20

**given** 37:7 57:3
70:24 97:12
104:10 105:17

109:7 253:20
253:21 255:12
258:6

**giving** 242:23

**glide** 184:14,16
184:21,24
185:16 197:20
198:2,4

**go** 10:16 31:2,3
36:13 41:3
43:14,16 50:23
51:8 57:21
62:8,11,18,19
63:5 73:20
76:2 77:2
79:15 91:20
97:3 117:11
120:9 123:8,9
135:12 140:11
152:19 157:16
163:20 165:9
170:16 177:19
177:24 187:17
188:14,17
189:6 190:8
191:7 193:16
197:19 202:11
205:10 213:22
231:8 232:5
234:22 244:20
248:20

**goes** 110:6

**going** 8:4 10:16
11:17 12:13
16:16 17:10

21:4 24:7 25:2
27:15 43:14,16
51:6,9 71:6
73:6 75:23
91:22 99:13
110:15,16
111:6 112:11
123:11 131:19
132:13,14,17
133:3,7 134:4
136:4,8 137:2
138:14 140:13
144:13 150:7
184:13 188:19
189:22 199:25
201:16,19
210:16 213:16
213:19 215:14
217:18 220:23
223:12 224:18
224:19 225:14
228:9 234:12
237:3 244:21
248:6 253:19
254:7,10

**good** 8:3 9:17
10:8,12 20:18
47:6 49:9
57:25 201:8
208:13,19,19

**gotten** 181:10

**govern** 71:14

**governance**
30:3 32:16

**governing**
71:10 79:17
212:13

**grab** 202:7

**graded** 122:2

**grading** 122:3

**gratification**
131:10

**great** 14:10
52:4 163:4
191:12 254:9

**greater** 121:6
123:24 124:12
124:16 165:25

**grindstaff** 43:8
217:12 230:19
233:4 234:18

**ground** 10:17

**grounds** 16:17
131:20

**group** 34:21
64:7 67:20
82:2 84:4 86:7
94:11,13,16,23
95:4,10,23
100:14 102:18
104:7,14 105:6
117:2,3,5,8
145:13,19
146:12 158:18
167:6 206:13
208:4 220:4

**groups** 91:16
95:19 196:22

[growth - identification]                                                    Page 28

**growth** 94:18
166:14
**guess** 15:17
19:19 60:18
65:19 67:4
105:21 193:14
205:22
**guest** 160:24
**guidance** 77:8
101:17,22
112:21
**guide** 50:19
167:11
**guidelines** 78:5
235:16 237:14
238:19
**gump** 24:20
**guys** 57:13,15
136:5 168:11

**h**

**h** 4:8
**half** 88:20
163:3 200:17
**hall** 19:12
**hand** 85:22
176:11 255:14
**handled** 30:21
232:14
**handling** 30:9
**handout** 63:20
**happen** 20:2
21:2 32:13
210:20 232:12
**happened**
13:11 16:3

20:11 27:21
44:24 48:24
192:15 216:21
**happening**
211:8
**happy** 24:22
54:19 138:10
138:10
**hard** 59:24
60:5,10 61:4
61:10,12,15,18
62:17 175:11
**he'll** 74:4
**header** 87:14
87:21
**heading** 79:11
**headquarters**
154:18,21
**hear** 12:4 55:23
56:4,6 57:15
57:16 111:13
123:2,3 221:3
**heard** 8:12
57:14 221:2
**hearing** 11:15
55:25
**hearty** 237:20
**heavily** 150:23
**held** 23:11
159:15 218:8
218:12
**help** 21:3 53:22
53:24 114:20
167:11

**helped** 15:6
154:5
**helpful** 36:13
44:14 98:21
105:19 198:25
233:11 242:18
**helps** 50:19
**hesitate** 45:15
**hey** 57:13
**high** 24:9
116:25 190:21
208:25
**highest** 104:7
104:14 105:5,9
**highlight**
177:20
**highlighted**
64:4
**highlights**
47:13
**highly** 118:24
**historically**
94:7
**hold** 111:21
122:25 135:4
225:9 238:13
244:10 253:19
**holdings** 67:3
**hone** 65:25
**hour** 12:14
51:7 165:4
199:12
**hours** 64:2
163:17 164:9
164:10,25

199:15
**house** 24:21,22
25:2
**houston** 1:4
8:20 24:14
154:19,21
**hr** 19:23 20:12
22:2 30:25
35:3 43:10,10
43:21,23 50:2
58:18 62:19
114:18 148:12
156:24 193:21
194:20,21
206:13,15
226:24
**huh** 234:8
**human** 15:5
208:9 220:14
221:24 226:6
232:24 246:16
**hundreds**
81:20
**hypothetical**
211:6

**i**

**idea** 143:7
**identification**
73:14 102:25
136:15 144:4
155:15 159:5
168:3 181:25
191:15 201:22
227:16 228:6
233:16

identified  95:7
114:6 115:17
141:7
identify  35:11
54:12 95:10
204:9 239:9
identifying
215:3 254:8
identities
215:15
identity  214:23
immediately
204:24 242:12
impact  65:20
65:21
imperative
256:14
importance
108:3
important
11:17 128:7
169:23 200:23
238:24,25
impossible
200:9
inadvertently
21:2
inappropriate
111:5
include  30:14
81:15 86:19,22
119:7 122:10
126:13 127:9
167:9

included  36:24
41:25 42:6
45:23 46:8,15
63:19 80:17
81:20 100:10
117:5,6 122:16
129:7,18
142:14 143:10
156:18 180:4
181:12 197:9
236:7
includes  184:2
201:3
including  13:4
42:23 43:2
80:2 104:5
133:15 134:13
161:23 252:17
inclusion
104:15 107:3
117:22 118:14
120:3
income  194:2
incorporate
236:10
incremental
241:18
independent
139:19
independently
66:10
index  6:2 89:12
95:24 96:2
99:8 130:17
185:21

indexes  64:21
139:4
indicate  85:19
171:20,22
172:11
indicated  7:15
255:8
indicates  88:15
119:21 172:9
indicative  89:2
101:8
individual
20:20 21:5
38:10 66:24
86:8 99:4
101:11 107:23
125:19 149:13
166:17 170:11
221:10 253:3
individually
1:6
individuals
14:22 19:23
34:4,5,11
35:11 159:22
166:17 206:5
208:18,23,25
209:9 215:8
223:2 228:13
228:18 232:19
233:8
inevitably
20:25
info  198:19

informal  33:6
34:20 46:3,13
154:25 242:16
informally
44:21 45:12
153:6 154:22
information
15:8 20:5,9,13
51:3 53:8
56:18 63:3,6
64:25 65:2
81:20 82:14,19
82:21 83:10
91:3,17 94:16
100:9,19 101:2
101:12,21
102:16 104:22
108:8 109:6,15
109:16,17
113:14 114:19
114:24 122:15
126:5 127:4,6
127:6 129:23
129:24 130:12
130:13 132:21
145:25 152:12
152:13 154:2
162:17 163:9
164:3 170:5,6
170:9,11 171:2
177:10,18
180:5,11,18
181:6,9,13,17
186:14,20,23
187:2,14 188:7

188:11 197:8
200:8 208:14
212:6 238:2
240:22 241:7
241:13,19
242:9,13,17
248:23
**informed**
114:20 212:6
**initial** 236:6
**initially** 95:7
95:15 147:22
148:7
**initiate** 152:23
**input** 49:25
226:3
**inquires** 66:2
**inquiry** 120:22
152:8 242:7
**inside** 153:9
**instance** 38:21
47:2 77:7
149:2 186:3
211:9,14
**instances** 38:24
38:25 39:8
45:20 59:4,7
83:18 96:4
119:17 149:8
**institutional**
213:2
**instruct** 16:19
132:17
**instructed**
18:21 134:24

135:17
**instructing**
240:7
**instruction**
17:12 111:14
**instructions**
253:21 256:2
**intend** 126:8
235:2
**intended** 47:8,9
47:16 57:12
145:6,8 233:7
**intentionally**
28:14 126:18
**intentions** 82:6
**interact** 209:6
**interacted** 34:6
**interest** 31:13
194:23
**interested** 9:6
17:5 221:23
255:13
**interests** 67:11
68:24 212:2
**interfere**
225:14
**interim** 55:9
**internal** 30:9
228:22
**international**
109:24 244:4
**internet** 8:9
**interrupted**
110:23

**interrupting**
110:17
**interview**
148:14
**introduced**
191:10
**introductions**
10:10
**invest** 70:3
**invested** 70:23
**investigation**
80:13 81:10
204:22
**investing**
157:21 195:13
195:15
**investment**
22:10 31:24
41:21,23 42:2
42:6,7,24 43:2
44:14 47:25
48:11,12 49:4
49:9,18 50:8
53:21 54:10,13
55:15 59:11,13
63:13 64:8,15
65:20 68:9,13
68:20 69:7,9
69:22 70:8,10
71:15,21,24
72:3,7,12,23
73:3,10 77:9
78:2,5,6,22,23
79:22,25 80:2
80:8 81:4

85:10 88:3,5
88:14,25 89:24
90:10,18 93:5
93:25 95:5,6
96:11,12,24
98:12,19 99:5
99:14,18,20,22
100:7 101:15
103:6 104:4,20
104:23 105:25
107:2 109:11
111:2,4 112:13
112:15 113:3
117:6,15 118:7
118:21 120:4
121:4 127:25
129:14,15
130:7,23
134:21 136:11
137:16 138:19
138:23 139:13
139:16,22
141:22,25
142:6,12 143:2
145:11 146:6,9
148:9 149:3,4
149:20 151:21
153:20 157:9
157:10,17
159:15 160:21
161:5,11 166:5
166:25 167:16
167:23 169:5
169:10,18
170:21 175:7

[investment - john]                                                    Page 31

179:9,11
180:20,22
181:15 183:22
189:15 192:2
193:16 194:25
195:4,11
196:19,20
198:23 199:16
200:18,22
201:9 206:23
208:8 212:15
212:16 225:7
235:20,24
236:3,11,23
238:11,18
239:8,9,14,20
240:18 241:14
241:20,25
242:20 243:14
244:8
**investment's**
124:16
**investments**
31:11,18 64:12
65:10 69:4
72:14 89:20
94:13 98:16
104:3 108:17
109:3,6 111:18
112:8 127:10
137:7,15,17
138:3,16 139:8
143:3 144:22
149:12 151:6
152:24 158:7

166:18
**investor** 35:5
69:15
**invited** 58:16
160:24
**involved** 30:19
34:15,18
147:21 148:6
221:23
**involvement**
131:8
**involves** 211:22
**involving** 250:3
**ipads** 61:19
**ips** 75:2,8,8,14
76:7,12,16
79:9 97:13
101:22 104:2
104:15 107:3
112:3,5,22
115:19 116:9
116:11,11,16
116:19,19
122:10 125:2,3
127:19 128:16
129:2,6 131:10
131:12 134:13
136:22 137:3
137:12 138:15
138:18 140:8
141:2,11,14,16
141:18,21
142:8 143:8,25
144:20,21
145:7 146:23

235:6
**ipss** 141:10
235:8
**isolated** 205:20
**issue** 82:4
211:5
**issues** 85:22
153:10 200:5
224:20 237:20
250:3
**item** 38:2 108:4
158:9,12,20
178:21 180:15
193:22
**items** 20:14
36:14 50:4
60:9 78:13
113:11,16
114:14 122:17
122:19 128:4
129:10,11,14
129:17 130:4
153:22 156:9
156:11,16,18
178:23 227:4
**iterations**
75:22 237:22
**iterative**
236:16 238:7

| j |
| --- |

**january** 184:4
**jayshree** 219:9
219:10
**jcroberts** 3:6

**jd** 24:11
**jensen** 14:24
15:10,21,24
16:6,12,24
17:7 18:2,9
19:16 20:10
22:8,20 43:7
114:25 148:11
219:19,24
230:18 233:4
234:19
**jensen's** 10:12
22:23
**jeremy** 3:8 9:18
111:6
**jeremy.blum...**
3:11
**jim** 27:12,16
**job** 26:24 29:13
47:7 57:25
211:4 230:15
249:23 250:8
**jobs** 200:24
**john** 3:3 9:14
10:15 16:15
17:15 18:23
73:19 111:23
112:11 131:14
135:6 150:6
168:10 171:25
178:3 189:17
196:7 202:3
203:16 221:2
225:13 227:19
228:9 244:10

**[john - know]**                                                      Page 32

250:18 254:6
**join** 25:23
74:25
**joined** 9:15
16:3 20:11
22:12 25:22
26:24 32:3
40:18 41:12
42:14 43:5,23
52:12 60:3
69:10,11 70:15
75:3,6 97:16
112:4 113:21
131:24 133:24
134:10 135:7
142:13 147:17
176:17 183:16
220:23 221:13
**joining** 26:19
33:3 34:14
36:16 41:2,20
43:11 44:9
132:10 134:20
135:3 176:3
211:19 217:13
**joins** 213:14
**judge** 213:24
**judgment** 34:9
65:4 81:24
82:25 102:5
107:15,16
108:12 125:21
209:12 212:8
212:20 237:8
237:19

**june** 2:4 8:5
16:13 115:19

**k**

**k** 1:9,15 13:4
13:17,19 14:4
25:3,4,9,13
29:16 30:18,23
31:7 33:21
40:13 69:16
70:10,19 72:9
86:12 153:16
161:5,11
171:18 172:8
179:9 193:19
205:5 207:21
210:3 222:23
226:5 230:11
230:13,20
231:2 232:9
246:6 249:10
249:21 250:13
253:10
**kartik** 48:4
**keep** 21:8 59:19
59:23 110:25
227:5 234:11
**kemp** 232:23
**kent** 231:11
**keri.engelman**
3:11
**kerri** 3:9
**key** 183:8
**kim** 43:20
157:6 160:9
215:10 216:2,3

216:21 222:2,6
222:7 223:2
226:6 232:21
233:2,2 234:16
234:16
**kin** 255:12
**kind** 26:9 36:14
61:22 66:9
75:15 83:9
91:7 157:12
158:10 185:21
192:12,18
194:6,8 211:3
238:20
**king** 24:20
**kip** 15:4 216:8
216:10
**knew** 210:18
**know** 10:9
12:15,17 13:10
14:13 15:13
17:3 18:17
19:3 20:19
22:14,15 27:20
30:6 32:2,15
34:9,23 35:2,3
36:11 37:12
39:15 40:15,23
41:2,4 45:7,19
48:18,25 49:6
49:19 52:22,24
58:18,23 60:6
62:20 66:5,25
67:9 69:5 74:7
74:16 84:7

85:25 91:18
97:4,17 98:23
101:4 102:2
103:13 104:12
105:21 106:20
108:2,24
115:18 117:20
117:25 118:4
122:7 127:18
130:20 137:10
137:11 139:19
140:5 149:19
149:22 150:22
150:24 151:20
153:7,8,24,25
154:6 158:6,17
158:21 159:9
160:7 162:23
163:3 164:4,7
164:24 165:22
166:15 169:14
177:9,20
180:12 182:8
183:24 184:7
185:6 188:7,15
190:2,7,23
192:13,16,23
193:7 194:22
195:5,23
197:20 198:7
198:10,16,21
199:21 200:5,6
200:16 202:12
202:13 206:19
206:21,25

208:10,16,19
209:4,8,11,12
209:22 210:14
211:3,7,25
212:19 214:11
214:25 216:23
219:6,19
221:18,22,24
222:16 223:7
224:8,10,10,16
225:2 226:2,13
226:19,24
227:4,5,21
228:21 232:4,6
232:18 234:17
237:21 238:4
240:12,16
241:3 244:16
248:15,16
**knowledge**
31:17 32:15
36:23 142:6
213:2,2,3
240:20 241:5
241:21
**knowledgeable**
242:21
**knows** 209:2,3
209:9,10

**l**

**l** 3:9,15
**label** 95:24
**labeled** 67:21
79:18 96:2
175:6

**laliberte** 1:6
5:8 8:17
**landscape**
11:11
**language** 93:7
236:6 237:4
**large** 94:18
98:25 163:7
166:14 206:12
**lasted** 165:4
**lasting** 194:11
**late** 26:22
152:22 216:5
**law** 10:22
24:11,12,14,15
40:8
**laws** 79:17
204:19 248:18
**lawsuit** 133:9
202:25 204:12
205:13
**lawsuits** 247:8
249:14
**lawyer** 25:5
**lawyers** 28:25
29:3,4 86:17
**lead** 190:15
**leaders** 214:2
**leadership**
29:18 33:9,10
34:2,21 153:4
208:2,3,16
219:3
**leaned** 150:22

**learned** 134:12
**learning** 196:5
**leaves** 210:12
210:21 213:13
**leaving** 209:22
**left** 217:17,22
220:6,8
**legal** 2:9 8:23
28:2,8 30:8
39:13 46:9
132:23 157:14
206:11 208:9
232:23 236:8,8
238:8 240:16
240:21 241:2
247:12,15
248:3,8 252:19
254:15
**legally** 238:24
238:25
**legitimate**
118:8
**lengthy** 168:18
**level** 30:19
150:19 190:21
218:7 219:6
220:14 221:24
224:7,7,9,11
227:2
**levels** 106:3
149:21
**lewis** 3:8 9:19
19:14 205:18
206:8 207:7,10

**li** 3:17 9:16
189:17,22
191:10 228:9
**liaising** 225:5
**libby** 222:9
223:2
**libby's** 222:11
**licenses** 31:21
**lieu** 7:10
**likely** 157:6
210:21
**likewise** 14:2
**limit** 111:7
**limited** 186:15
**line** 6:5,9,13,17
99:19 106:20
143:3 196:25
257:5
**lines** 105:8
142:19
**lineup** 41:21,23
64:12 65:23
72:13,15 81:4
107:18 113:3
151:16 161:24
162:4,6,8
166:5,7,16,21
166:24 167:17
170:10 196:20
212:15
**list** 20:17 47:10
88:6 99:18
101:21 107:24
114:15 128:5
145:11,22

192:15 205:9
215:5 223:12
232:8,17 233:3
234:21 252:21
**listed** 78:13
83:9 99:19
100:3,6 104:5
105:24 112:9
119:18 127:19
129:18 142:20
143:14 144:21
145:16 156:14
156:17 157:25
159:17,22,23
160:10 178:21
179:20,21,22
180:15 192:20
199:9
**listen** 11:18
**listened** 106:17
**lists** 109:10
171:8
**litigation** 14:13
16:9 17:21
115:20 131:21
132:2 133:11
133:15,17,21
135:24 195:22
204:21,23
206:9 207:7
**little** 11:6,14
22:17 23:22
24:16 46:17
62:20 66:6
87:17 98:3

168:9 198:17
198:20 209:25
222:15 224:25
226:23 242:15
**lives** 11:25
**llp** 3:3
**loan** 157:23
**loans** 157:23
198:17
**locate** 62:13
141:9,14
**logo** 53:7
**long** 23:11
27:21 49:11
88:8 105:12,18
111:9 163:15
165:8 170:14
194:10 199:20
200:10
**longer** 14:25
105:15
**look** 65:22 76:2
83:20 97:7
102:5,6 103:12
106:19 116:10
128:4 138:11
152:19 155:22
169:9 187:17
194:9 195:17
197:16,20
221:20 231:8,9
231:12 241:19
**looked** 13:12
36:17,20 64:15
64:16 90:20

93:17,22 108:7
109:14,14
116:11 120:14
121:17 126:7
141:19 147:4,7
152:3 164:13
181:4 186:9
192:21 196:16
212:21 241:20
**looking** 15:18
67:11 91:6
92:13,20 94:6
101:9 112:23
113:9 116:15
116:23 120:8
122:20 137:19
137:24 180:17
185:12 194:6
196:18 203:19
244:17
**looks** 137:3
156:2 159:17
171:7,17
175:11 185:11
185:13,20
194:19 196:6
199:2,8 230:3
**lose** 122:23
**loss** 53:11
**lost** 56:3 88:19
214:8
**lot** 11:25 13:12
25:24 36:12,12
44:3 45:11
64:18 65:4

67:6 82:13,14
84:13 100:11
115:5,5 145:24
151:22 153:5
154:3 167:15
177:9 180:5
222:17,22
238:8
**lots** 100:21
164:2
**loudly** 11:21
**loyalty** 211:25
**lsu** 24:11,12
**lunch** 92:11

**m**

**m** 230:19
**machine**
255:10
**macro** 65:19
240:25
**made** 10:9 59:3
130:25 135:23
148:15,20
151:15 193:2
205:9 207:24
208:22 224:22
230:16 249:10
256:8
**magnitude**
172:16
**main** 22:4
**maintain** 32:11
59:18 62:23,23
80:6 204:16
206:24

| | | | |
|---|---|---|---|
| **maintained** | 137:16,17 | 143:22 155:9 | 59:15,17,19,22 |
| 62:20 87:19 | 139:3 | 158:24 167:20 | 59:23 60:2,4 |
| 214:18 | **management** | 181:19 189:12 | 60:14,16,19,24 |
| **maintaining** | 30:10 33:9,23 | 202:2 227:12 | 62:3,8,10,13,24 |
| 59:17 72:9 | 34:12 49:25 | 233:12 | 62:25 63:12 |
| 213:15 | 100:21 117:21 | **marked**  6:16 | 64:3 65:24 |
| **major**  148:11 | 118:16,20 | 73:14 92:11 | 76:18 80:15 |
| **majority**  166:4 | 119:9 120:16 | 102:25 136:15 | 81:2 86:20 |
| **make**  11:20,24 | 208:15,18 | 144:4 155:15 | 97:2 100:10 |
| 12:10 33:14 | 225:2 | 159:5 168:3 | 101:20 104:24 |
| 45:9 48:19 | **manager**  29:21 | 181:25 191:15 | 117:11 120:10 |
| 70:7 72:14 | 30:7 88:15 | 201:22 227:16 | 121:20 122:16 |
| 79:14 82:2 | 89:3 94:10 | 228:6 233:16 | 122:16 126:19 |
| 91:3 100:6 | 100:21 118:7 | **market**  55:11 | 126:22 127:15 |
| 118:6 125:18 | 118:19 153:24 | 64:20 65:15,21 | 127:16 129:7 |
| 128:23 132:14 | 222:8,10,13 | 65:24 84:8 | 129:19,21 |
| 133:6 135:11 | **manager's** | 88:14 89:2 | 137:19,20 |
| 138:7 167:7,17 | 84:10 90:19 | 90:2,17 157:16 | 138:9 142:15 |
| 193:9,9 195:24 | 241:14 | 162:14 170:4,7 | 142:23,25 |
| 196:2 198:8 | **managers** | 195:10,12,12 | 151:8 153:21 |
| 202:3 218:11 | 183:23 241:10 | 240:25 | 157:11,13 |
| 225:16 234:10 | **manner**  7:14 | **mary**  1:6 | 162:8 163:9,10 |
| 237:11 246:3 | 114:5 126:2 | **massachusetts** | 180:3,4,18 |
| 246:10,11 | 157:22 212:9 | 3:10 | 188:15 192:23 |
| 254:3,3 256:5 | 241:8 243:23 | **match**  70:4 | 206:22 237:25 |
| **makes**  33:10 | **manual**  149:17 | **material**  37:3 | 237:25 |
| 200:24 231:20 | **march**  189:15 | 63:24 195:18 | **matter**  8:17 |
| **making**  80:14 | 192:4,21 | 242:25 | 85:22 |
| 80:16 81:11 | 199:13 | **materials**  35:19 | **matters**  16:23 |
| 82:9 91:19 | **maria**  3:9 8:17 | 36:20 37:6,13 | 17:17 18:6 |
| 158:6 224:4 | **maria.decastro** | 37:16 38:7 | 80:10 153:16 |
| 248:9,13 | 3:12 | 40:19 42:5 | 156:25 163:24 |
| **manage**  222:22 | **marie**  1:6 | 44:15,16 45:21 | 198:18 199:21 |
| **managed** | **mark**  73:7 | 50:21,24 55:18 | 204:22 206:18 |
| 117:16 137:6,7 | 102:20 136:10 | 56:12 57:2 | 245:14 252:18 |

252:22
**mccready**   43:9
  43:18,24
  232:24
**mcknight**   1:6
**mcwilliams**
  3:15 8:22
**mean**   15:12
  19:13 21:16
  71:2 87:13
  101:8,10
  119:12 120:15
  126:17 130:20
  142:22 153:15
  158:15 165:8
  167:4 179:25
  180:2,16
  193:24 194:3
  196:11 210:9
  211:24 216:19
  216:24 224:15
  233:7 251:3
**measure**   89:7
  89:13 145:6,9
  150:2
**measured**   88:9
  90:6 93:9
  94:10
**measurement**
  49:13 88:13
  117:4,7
**measurements**
  102:14,15
  145:24

**measures**   98:24
**media**   8:14
  51:11,18 91:24
  92:8 140:15,22
  188:20 189:3
  244:23 245:6
  254:13
**median**   100:14
**meet**   48:9 49:3
  49:7 164:11
**meeting**   30:4,5
  35:20 36:18,22
  37:2,6,8,9,11
  37:16,17,20,21
  37:23,25 38:4
  38:8,21,22
  39:3,25 40:21
  42:5 44:17,22
  45:12,22,24
  46:5,23,23,25
  47:2,5,7,9,24
  48:2,17,22,24
  49:21 50:4,19
  50:22,24,25
  56:16 57:10,10
  60:12,14,22,25
  61:3,11,13,18
  61:20,25 62:13
  62:24,24 63:20
  76:13,19,22,23
  82:7 83:14
  85:12,17,20,20
  86:10,11,24
  100:24,25
  125:20 129:7

137:21 142:17
154:6 155:12
156:3,5,5,12
159:2,15 160:4
160:22 161:2
162:7,8,11,12
162:14 163:14
163:18 164:4
164:19 165:14
165:23 169:7
169:23,24
176:10 177:4
177:14,18,24
178:7 181:2,9
187:14 189:16
189:21 190:7,8
190:15,15,15
191:7 192:2,4
192:10,16,19
192:21,24
193:8,16
197:13 198:14
199:3,12,13
200:17 201:5,6
201:11 206:22
208:19 221:16
221:17 226:8,9
226:25 229:16
229:24 241:12
242:5,11,12
**meetings**   26:6
  29:22 40:25
  46:7 49:23
  50:7,9,12,14,16
  52:8 59:6,9,15

59:23 60:5
63:10 65:11,14
66:15 68:23
80:9 84:20,22
84:23 85:3,6,8
85:10 95:22
97:25 129:16
129:22 141:24
151:25 153:2,6
153:9,14,18,22
154:4,15
155:24 156:18
160:12,15,16
161:12 162:3
163:13,16,18
163:19 164:24
165:3,7,13
167:3 169:12
169:16 170:16
171:5 183:2
187:20 190:12
190:18 209:7
220:12,22
221:12,15
223:6 225:22
231:11
**meets**   48:10
**member**   16:23
  17:8 20:21
  21:6 25:8
  26:20 35:16
  37:12 69:18
  71:7,11,15
  72:24 98:5
  100:5 118:14

[member - minutes]                                                    Page 37

160:23 161:13
186:2 211:10
213:13 217:15
220:12 222:2
**members** 13:9
14:20 15:5
30:24 33:22,25
34:17,23 40:16
40:25 41:15
53:15 58:18,23
62:22 77:8
81:24 86:21
87:2,7 97:12
97:23,25 131:8
132:4 133:13
133:15,23
150:18 152:25
153:13,17
154:13,17,20
155:7 158:13
158:16 159:23
160:10 162:9
182:24 205:11
206:10 207:15
207:18 209:15
210:2,7,10
211:18 212:5
212:11 213:4
213:10 214:9
214:15,19,24
215:3 223:3,5
223:9,17
226:19 238:3
243:20

**mention** 178:18
223:13
**mentioned**
10:14 14:19
19:22 21:19
26:10,19 32:2
37:19 39:24
44:24 49:19
52:8 71:24
95:12 98:10
108:24 110:8
112:2 114:24
137:10 156:10
164:24 165:22
169:14 174:18
192:14 211:3,7
217:12 223:7
**menu** 64:13
70:6
**mergers** 24:16
31:15
**merging** 157:2
**merits** 148:23
**met** 10:11
49:16 57:24
166:2
**methodologies**
61:23
**methodology**
106:15
**methods** 224:2
**metric** 88:24
126:3
**metrics** 64:17
64:17 66:3,19

66:22 82:16,23
90:23 93:12,18
101:9 109:20
113:16 121:11
124:15 128:16
129:2 130:14
142:18,20
144:25 145:24
162:17 183:10
196:23
**microphone**
73:21
**mid** 2:9 24:15
68:21 166:13
**miller** 3:3,17
9:15
**millershah.com**
3:6
**million** 117:17
117:21 118:15
118:20 119:8
119:22 120:5
120:19
**milton** 222:6,7
223:2
**mind** 177:2
**minimum**
225:21
**minor** 193:2
**minute** 103:9
144:8 189:23
190:7 228:10
**minutes** 13:5
36:18,25 37:20
37:21 38:3,9

38:12,15,21
39:9,16,19,20
45:22,24 46:5
46:12,16,18,19
46:19,23 47:3
47:6,8,24 48:2
48:3 49:21
59:12 63:13
76:13 80:9,12
80:17,25 81:6
81:9,13,16,21
82:3,8 83:2,5
83:15,19,24
84:14 85:3,5
85:13 86:10,12
86:16,22,25,25
87:8,15,19
126:17 151:24
152:20 156:12
156:22 159:2
159:14 160:6
161:16 162:23
163:6,11 165:9
165:11,13,18
165:18,23
177:19,20,25
178:19 179:5,7
180:16 187:18
189:16,21
190:8 191:7,25
192:5,14,24
193:3,7,12
197:7 206:23
216:12 218:11
221:15,21

[minutes - noting]    Page 38

229:16
**minuting** 80:21
85:7,8
**mirrored**
108:17
**misspoke**
112:18
**mixed** 27:19
**mode** 222:4
**moment** 161:8
**monday** 15:24
16:7 114:22
**money** 166:18
**monitor** 57:5
72:11 99:21,25
100:8 176:2,20
179:12,15
212:14 224:3
225:11 228:23
**monitored**
132:19 175:15
224:15
**monitoring**
72:24 79:24
80:7 89:20
108:15 110:6
112:19 137:14
149:11 151:16
182:25 223:23
224:13 228:14
244:3
**month** 93:19
184:7 255:15
**morgan** 3:8
9:19 19:14

205:18 206:8
207:7,10
**morganlewis**
3:11
**morganlewis....**
3:11,12
**morning** 8:3
9:17 10:8
**motion** 133:7
230:16 234:3
**move** 18:21
19:4 68:18,25
121:3 132:15
133:3 136:5,7
163:4 193:20
201:15 223:21
**moved** 52:19
99:9 113:12
**moving** 11:23
99:6 116:23
235:3 243:25
245:10
**multiple** 39:12
45:6,6,24,24
60:7 64:16,16
100:14 101:24
141:24 218:10

**n**

**n** 3:2,15 4:2
**name** 8:22 48:6
48:6 52:12
86:23 87:20
**named** 252:13
252:14

**names** 1:16
53:18 148:13
215:6 223:8
**necessarily**
210:19
**necessary**
204:17 209:18
226:15 232:11
256:5
**need** 12:14
24:23 43:25
48:18 63:5
117:11 140:3
160:5 164:10
189:23 193:10
227:8 228:10
230:13,25
242:22,24
246:9
**needed** 20:15
30:17 48:21
62:7 130:25
163:23 164:8
204:20 205:9
210:4 232:11
242:8,14
**needing** 119:15
**needs** 201:2,13
**negotiated**
207:8
**negotiation**
205:16
**neither** 160:10
255:12

**never** 163:2
177:2
**new** 29:23
34:24 35:12
40:16,25
118:14 141:12
233:3 234:21
**nicholas** 230:19
**nick** 43:8
217:12 234:17
**noble** 219:16
223:13
**non** 193:17
203:24 230:9
**nonqualified**
40:9
**normally** 21:21
**notary** 2:6
255:6,19
258:25
**notation**
176:11
**note** 8:6 253:18
**noted** 176:25
256:12 258:9
**notes** 39:5
87:11 207:13
**notice** 5:4
202:2,5 205:3
205:7 227:22
227:23 245:11
255:8
**noticing** 9:12
**noting** 80:9

| november | o | 132:25 133:2 | 212:14,17 |
|---|---|---|---|
| 103:16 | **o**  3:15 | 134:5,17 | **obligations** |
| **number**  4:10 | **o'clock**  140:14 | 135:11 136:4 | 25:25 36:2 |
| 28:22 58:21,22 | **o'neil**  27:12,16 | 138:5,21 | 44:18,19 45:18 |
| 64:17 66:21 | **oath**  7:10,11 | 142:10 143:11 | **observations** |
| 68:23 73:15 | 9:4 10:21 52:2 | 145:14 146:25 | 151:14 |
| 78:4,13 91:10 | **object**  16:17 | 150:5 151:17 | **observe**  160:25 |
| 92:21 98:12,24 | 110:16,17 | 154:9 161:14 | **observed**  19:21 |
| 99:3 100:2,20 | 112:11 131:19 | 169:20 173:9 | **observer**  22:24 |
| 102:6 103:2 | 213:17 215:14 | 176:5 178:16 | 23:3 |
| 104:4 117:2 | **objected** | 186:7,17 187:6 | **observing** |
| 120:15 136:16 | 135:16 | 188:3 190:16 | 19:17 |
| 144:5,25 151:5 | **objection**  16:14 | 194:12 199:18 | **obviously** |
| 151:7 152:3 | 17:11,13 21:14 | 200:19 203:5 | 35:23 215:19 |
| 155:16 156:8 | 23:4 25:15 | 204:13 211:12 | **occasion**  149:3 |
| 156:13 157:20 | 33:5 35:17 | 213:5 225:10 | 214:8 |
| 157:23 159:6 | 37:24 42:17 | 228:24 229:22 | **occasionally** |
| 159:21 166:7 | 43:15 55:12 | 235:17 236:24 | 59:10 63:19 |
| 168:4 171:8 | 57:7 65:12 | 239:12,25 | 79:3 87:6 |
| 175:12 179:19 | 71:12 72:4 | 243:15 245:22 | **occasions**  45:25 |
| 182:2 183:10 | 76:14 80:23 | 247:11 248:2,9 | 48:15 77:4,13 |
| 183:11 186:9 | 82:10 83:16 | 250:15 252:9 | 153:5 |
| 186:20 187:8 | 85:11 89:21 | 253:5 | **occur**  19:9 45:2 |
| 191:16 201:23 | 93:15 94:14 | **objections**  5:9 | **occurred**  39:25 |
| 202:18 203:19 | 97:14 104:16 | 7:14,20 9:7 | 45:4 81:22 |
| 204:5 214:22 | 106:4 107:5 | 111:8 202:5,20 | 86:6 95:18 |
| 227:17 228:7 | 108:19 111:20 | 203:5,12,21,22 | 127:11,13 |
| 233:17 254:13 | 112:24 116:13 | 215:2 223:23 | 133:16 152:18 |
| **numbers**  78:14 | 117:9,24 | 227:23 240:3 | 160:13,18 |
| **numeral**  161:5 | 118:17 120:6 | 245:12 253:25 | 192:4 |
| **numerous** | 121:16 122:22 | **objectives**  41:6 | **occurrence** |
| 83:10 100:4 | 124:5,6,19 | 88:3 99:15 | 39:22 |
| 214:8 | 125:4 127:21 | **obligation** | **occurring** |
| | 128:18 129:4 | 35:25 107:15 | 187:19 |
| | 131:13 132:14 | 200:22 212:11 | |

**[october - operated]**                                           Page 40

| | | | |
|---|---|---|---|
| **october** 73:24 | 19:22 20:18 | 134:23 136:18 | 218:14 219:8 |
| **offend** 158:3 | 21:19 22:22,25 | 136:22,25 | 219:18 220:18 |
| **offer** 76:24 | 23:24 24:7,25 | 137:23 140:10 | 222:3,24 223:7 |
| 87:3 226:12 | 25:7 26:8,23 | 141:15,18 | 223:15,21 |
| 251:11,16,19 | 27:5,13 28:16 | 143:21 144:12 | 225:3,19 |
| **offered** 55:8 | 28:20 29:11 | 144:18,24 | 227:11 229:19 |
| 68:10,13 69:6 | 30:11 31:9 | 145:10 146:16 | 230:3,6 233:10 |
| 69:9,11 78:19 | 32:25 35:13 | 147:6,10 148:4 | 234:6 235:3,12 |
| 79:25 150:19 | 40:15 41:10,19 | 150:14 151:13 | 239:18 241:23 |
| 183:21,22 | 42:8,23 43:4 | 154:12 155:8 | 243:25 244:19 |
| **office** 15:12 | 45:19 46:22 | 156:8,16 | 247:6 248:10 |
| 154:18,20 | 47:23 48:7 | 158:23 159:11 | 249:2,22 250:9 |
| **officed** 97:23 | 49:19 50:15 | 159:12 161:3 | 251:9,24 |
| **officer** 25:17 | 51:5,24 52:16 | 165:21 166:20 | 252:12 253:12 |
| 217:19 218:7 | 54:14 56:24 | 167:19 169:2,8 | 254:5 |
| 219:6,11,17 | 59:14 64:10 | 169:14 170:19 | **old** 62:7,13 |
| 228:18 232:15 | 69:21 70:14 | 171:7 172:23 | **onboarding** |
| **officers** 208:23 | 71:6,23 74:15 | 173:6 175:3,10 | 26:9 40:16 |
| 214:2 232:4,6 | 74:19,23 75:7 | 176:6,25 179:8 | **once** 35:14 |
| **official** 206:20 | 76:6 77:6 79:7 | 179:19,24 | 48:24 108:7 |
| 255:14 | 79:15 84:17,25 | 181:18 183:5 | 133:8 168:23 |
| **officially** | 87:23,25 89:16 | 184:13 185:11 | 226:10 242:2 |
| 160:23 165:19 | 90:4 91:5 | 185:20,24 | **ones** 190:9 |
| 165:19 | 92:18,25 93:2 | 187:25 191:12 | 222:16,21 |
| **offline** 254:2 | 94:9 96:5,9,17 | 191:22 192:3 | **ongoing** 17:17 |
| **oftentimes** | 97:6 98:8 | 192:12,22 | 18:6,10,13 |
| 64:24 | 99:13,17 | 194:24 195:16 | 45:13,17,17 |
| **oh** 196:10 | 103:10,12 | 196:6 197:10 | 46:3,20 80:7 |
| 203:9,14 | 105:2 106:24 | 198:24 201:15 | 166:3 241:24 |
| **okay** 10:24 | 108:11 115:9 | 202:22 203:9 | **open** 158:9 |
| 11:6,10 12:23 | 115:15 116:2 | 203:14 204:8 | 253:20 |
| 13:7,14,21,25 | 116:22 117:14 | 207:3 210:6 | **operate** 106:7 |
| 14:6,10,15,19 | 122:7 123:5 | 211:17 212:23 | **operated** |
| 15:15,19 16:5 | 124:24 128:14 | 215:12,22 | 212:12 |
| 16:11 18:12,17 | 131:6,18 134:8 | 217:7,11,24 | |

operating 35:9
208:10 218:4,7
218:19,25
222:19 236:20
operational
235:16
operations
220:4
opinion 113:7
243:4 252:19
opinions 77:23
opportunities
166:12 195:7
opportunity
37:14 41:3
49:9 61:3
76:20 129:19
154:22 158:12
160:25 162:10
226:4
opposed 165:4
option 69:7,9
70:3,9,11 80:2
99:22 118:25
120:4 146:6
150:19 151:21
167:8
options 64:14
64:14 70:5,8
79:25 80:8
88:5 89:24
99:5 107:17
109:12 113:4
130:17,19
145:21,23

146:9 149:5,6
149:17 157:17
179:11,15
193:16 197:3
order 20:15
ordinarily 20:5
ordinary 21:21
21:25
org 206:14
original 256:15
ought 243:6
outcome 9:6
255:13
outdated 63:2
outlined 247:3
249:5
outlines 72:8
outlining
235:15
outlook 84:10
90:18 157:16
162:14 170:8
195:12,15
241:15
outperform
84:4 173:23
174:4,23
outperforman...
172:9
outperforming
173:4
outside 19:5
31:7 59:6,8
82:22 152:25
153:9,13,17

154:4,14 201:6
204:24 205:2
205:17 221:7
238:14 250:16
252:10 253:6
outstanding
157:23
overall 64:19
65:21,21,23
82:4 86:4
88:25 90:17
91:18 102:6
108:5 157:15
162:14,15
170:4 191:3
overarching
238:20
overperform
172:19 174:3
174:17
overperforma...
83:21
override 102:2
overrode 149:2
149:8
oversee 33:20
228:18 229:4
overseeing
13:18 206:6
228:14
oversight 229:9
overview 47:19
65:15
own 57:9 61:6
61:14,16 66:10

66:14 125:19
127:7 196:4
237:19
owner 87:11

**p**

p 3:2,2,15
p.m. 123:15,15
140:18,18
164:14,20
188:23,23
199:4,9 245:2
245:2 254:20
package 38:16
42:4 224:24
page 4:4,10 6:5
6:9,13,17 53:8
67:7,8 78:9,14
79:8,15,16
88:3 92:23
96:6,7,9,18
97:8,9 99:14
99:14 143:14
144:15,16,17
145:17,18
161:4 164:13
170:20,23
171:2,7 172:11
175:4,6 183:5
184:14 230:7
230:10 257:5
pages 66:23
67:2 81:20
258:4
paid 252:15

**paper** 60:7
61:15
**paragraph**
161:21 179:8
230:9
**paralegal** 29:2
**paralegals**
29:10
**parameters**
205:23
**parent** 30:18
206:14 209:7
218:7 225:22
227:2
**part** 31:6 46:7
46:7 64:10
66:14 77:3
93:24 109:18
148:11 166:21
**partial** 119:20
**participant**
69:15 150:3
157:2 194:15
194:23 208:11
246:10 252:4
**participant's**
70:12
**participants**
8:10 67:12
68:24 70:2,23
71:4 85:19
149:13 157:20
157:21 158:8
166:6 193:25
198:12 209:13

211:22 212:3
212:21 224:23
245:21 247:9
247:21 249:4
249:14 252:4
**participate**
160:25 246:22
**participated**
61:24 97:25
**participating**
7:3 18:3
**participation**
150:18 153:20
198:15
**particular** 84:2
101:15 109:23
109:25 120:17
153:23 164:6
194:6 209:16
210:4 241:10
241:13 242:9
248:19
**particularly**
16:10 60:19
**parties** 7:12,20
79:12
**partner** 24:15
**parts** 60:8
61:16,20 63:17
**party** 9:4 207:4
255:13
**pass** 232:7
**passing** 19:12
**passive** 69:3
99:8 130:16

139:4 166:14
**passively** 137:6
137:17 139:4
**past** 25:19 39:8
48:25
**path** 184:14,17
184:21,24
197:20 198:2
**paths** 185:16
198:5
**patricia** 222:12
223:3
**paul** 219:16
223:13
**pause** 12:10
**pdf** 96:7
**peer** 84:4 91:16
94:11,13,15,23
95:4,10,18,23
100:14 104:7
104:14 105:5
117:2,3,5,8
145:13 146:12
196:22
**peers** 89:25
109:24
**pending** 12:17
12:19 193:4
**pennsylvania**
2:7 3:5 255:3
**people** 28:5
39:12 58:13,14
61:23 68:2
151:5 155:3
205:3,9 208:5

208:17 209:4
216:20 219:4
233:3
**percent** 71:2
104:7,11,14
105:5,9 107:21
107:22,22
117:2 121:7
123:25
**percentage**
70:23 71:4
157:21
**percentile**
121:13,14
**perform** 83:21
150:2 172:18
174:3,16 195:6
238:3
**performance**
48:12 49:5,10
49:18 53:17
59:13 63:14
64:11,15,19,20
65:10,20 66:3
66:16,18 72:12
72:12 81:4
82:17 88:8,14
88:25 90:2,2,6
90:10,23 91:2
91:6,8,15 93:9
93:13,25 94:4
94:10,22,23
98:12,16
100:13,15
101:19 105:13

[performance - plan]                                                    Page 43

105:15 108:14
108:16,16
110:12 111:17
112:7,21
118:22 121:11
123:24 124:2
124:16 145:12
151:3 162:4,15
167:13 170:22
171:13,14,19
171:20,23
172:12,22
174:6,8 177:5
178:13 179:14
181:12 184:2
195:12 196:21
197:5,24,25
200:18 241:25
243:14 249:23
250:8
**performed**
182:20
**performing**
94:25 172:21
240:18 242:19
243:22
**period** 48:8
49:13 55:9
62:16,18 94:7
111:21,22
116:8 127:14
137:21 138:17
139:25 152:21
161:13 172:13
176:13 215:4,7

218:12 222:8
223:24 224:5
225:4 231:21
235:9 236:21
239:9,11,16
240:4 242:2
244:6
**periodic** 75:17
**periodically**
44:13,25
**periods** 48:17
49:10,12 64:16
93:18 100:15
**person** 7:11
49:17 58:10
62:5 97:21
154:23 209:21
209:22,23,24
225:4 236:8
**personal** 31:13
109:5 111:16
**personally** 59:5
59:21 170:2
**personnel** 30:9
53:10
**persons** 1:8
**perspective**
34:24 35:4,6
53:5 54:2
106:18 248:8
**perspectives**
54:4 77:24
86:8 125:20
149:24

**pertain** 206:16
**pertained**
30:17 40:5
**pertaining**
85:22 206:21
**peruse** 170:14
**philadelphia**
3:5 255:4
**philosophies**
139:13
**philosophy**
68:20
**phone** 58:21
59:10
**phonetic** 48:5
**physically** 7:5
**pick** 194:14
218:3
**picked** 107:21
**piece** 91:17
105:24 126:5
165:14
**pieces** 60:8
61:17,21 63:17
101:11
**place** 47:15
51:13 52:23
80:10 81:25
92:3 99:20
101:16 123:14
125:3 140:17
180:2 188:22
202:24 204:10
212:25 228:22
241:24 244:25

247:7,20
249:17 255:8
**placed** 100:8
**placing** 99:24
**plaintiff's**
114:7 141:8
202:17
**plaintiffs** 1:11
3:6 5:4 9:16
22:5 204:4
248:20 249:24
250:4,6,11
251:13,22
252:13,15
**plan** 1:10,15
13:4,19 14:3,4
15:7 25:9
26:21 30:15,18
30:23 31:8
33:21 40:7,7
40:13,21 42:9
42:16 46:9
48:12 53:3
58:6 63:14
64:12,14 67:12
68:10,16,24,25
69:7,16 70:2,5
70:10,17,20,23
71:3 72:9,11
72:15 78:19
79:25 80:8
86:12 90:23
96:25 99:5,7
107:17 118:23
118:25 120:3

**[plan - preparation]**                                                Page 44

132:8,9 138:4
139:20 147:15
148:21 149:14
149:17 150:20
150:25 151:16
153:16,19
156:24 157:2
157:19 161:23
162:4,6,7
167:9 169:11
170:9,12
181:11 193:14
193:17,19,19
196:18,20
198:15,17,18
198:21 199:16
205:5,6 206:17
207:21 209:13
209:15 210:3
211:21 212:2
212:11,12,13
222:8,12,18,18
222:23 224:23
226:5,14
230:11,14,20
231:2 232:9
239:21 240:23
240:24 244:9
245:15,20
246:2,5,6,8,8
246:11,18
247:3,9,21,23
248:12,22
249:3,6,9,11,14
249:18,21

250:14 252:4
253:10
**plan's** 41:21,22
42:3,23 43:2
52:7 54:9 57:5
147:16 149:11
212:15 222:10
239:7 246:12
**plans** 25:3,4,13
40:9,12 96:24
240:19
**play** 50:17
238:5
**please** 8:6 9:8
9:22 44:7
108:21 111:15
168:21 189:18
256:4,9
**pleased** 54:5,23
55:17 56:12
**plus** 25:19
121:23
**point** 27:4
28:10 32:5
54:22 56:23
58:10 68:17
69:13 76:2
87:10 88:7
90:5 94:5,9
122:8 150:3
160:23 163:8
176:8 178:11
180:25 181:16
188:6 200:10
208:21 211:2

218:16 225:4
**pointing** 243:5
**points** 23:15
93:19 119:19
119:20 192:20
**policies** 79:17
202:16 204:2
**policy** 59:11
71:16,21,25
72:3,7,23 73:3
73:10 77:9
78:3,6,6 96:12
101:15 103:6
111:2,4 112:13
112:15 136:11
143:15 153:20
206:23 235:20
235:24 236:3
236:23 238:11
238:18
**portfolio** 67:4
68:20 84:9
90:19 153:24
161:6,11 179:9
241:10,14
**portion** 165:2
**portions**
168:22
**position** 198:16
217:22 220:9
222:14 231:6
247:18 251:13
**positions**
218:10

**possible** 12:20
21:9 113:25
**possibly** 147:18
**potential** 55:10
**potentially**
46:24 118:12
121:13 186:15
**power** 33:20
**practice** 59:16
59:25 60:13
62:24 63:9
65:9 97:11,18
97:18 108:15
126:15 169:15
180:5 196:4
**practiced** 24:14
**practices** 80:21
85:7,9 106:21
133:24 135:2
195:25 196:2
**pre** 26:8,9
162:8
**precise** 87:17
**precision**
240:16
**predated** 131:8
**predecessor**
232:21,21
240:15
**preferable**
197:18
**preferences**
151:9
**preparation**
14:21 19:14,24

22:18 64:11
66:15 76:22
85:21 131:6
134:25 135:15
171:5 201:4
240:12 243:10
**prepare** 13:2
30:22 35:14
37:15 49:22
62:4 79:22
170:15
**prepared** 36:21
42:3 48:2
49:24 50:25
60:17 66:19
86:16 115:11
203:24 251:11
251:16,19
**preparing** 20:3
44:14 49:20
63:9 135:19
141:5 180:9
236:6
**prerequisite**
119:22
**present** 7:6
27:14 32:5
47:19 71:9
128:24 146:22
149:16 186:25
190:13 194:8
198:14 211:5
216:7 220:24
221:13 226:7

**presentation**
45:7 63:14
79:8 128:15,24
130:6,22 163:7
169:9 181:15
183:25 185:13
198:4 243:11
**presentations**
13:5 31:2
126:14
**presented**
33:16,24 34:5
66:21 87:5
101:19 126:19
126:22 129:6
161:12 162:18
176:9 182:17
185:14,22
186:23 194:16
194:18 195:18
199:16 209:5
**presenter**
200:2
**presenting**
149:4 242:24
**presently**
122:21
**presents**
169:25 193:21
**preservation**
114:6 115:17
141:6 202:16
202:24 204:2
204:11 206:7

**preserving**
207:5
**president** 43:10
43:21,23
148:12 217:20
218:18,22,24
218:24 220:6,7
226:6
**presume**
113:22 192:6
201:7
**pretty** 44:20
62:15 180:6
**previous** 42:2
97:8 176:20
234:4
**previously** 15:2
132:20 182:22
**priced** 197:2
**primarily**
48:17 86:17
**prime** 52:25,25
**principal** 67:3
**principally**
31:4 59:9
181:5
**print** 61:5,5
63:16
**printed** 61:14
61:16
**prior** 16:12
24:7 25:2,7,13
35:19,20 36:16
36:17,22 37:2
37:8,15 38:4

41:20 42:5
43:17 44:2
46:24 47:5
48:12,13 62:12
132:10 134:19
135:2,14
156:11 198:4
217:13 231:10
231:10,11
253:3
**privilege** 16:18
17:19,24
131:20 132:12
**privileged**
16:25 133:17
136:2 203:24
**probably** 11:9
11:11 20:18,23
20:25 74:3
221:7
**probst** 217:24
217:25
**procedure**
246:7
**procedures**
202:23 204:9
212:25 224:2
228:22
**proceed** 9:23
189:5
**proceeded**
190:18 205:13
**proceeding** 9:8
11:19

**proceedings**
249:13 250:3,7
**process**  32:16
33:2,7,8 35:12
38:15 40:16
41:7 45:14
47:21 49:14
50:20 53:5,22
55:5 58:3 72:9
72:20 75:13
77:3,18 80:16
81:15,22 82:4
86:4 91:19
98:23 99:16,19
110:11 111:16
112:20 128:2
131:9 133:16
134:12 148:18
167:12 191:3
196:3 205:21
211:4 213:14
226:25 236:16
237:6,8,15,23
238:4,7,21
241:24 246:13
246:24 248:13
248:21 249:5
249:17 250:23
252:6
**processes**  88:4
**produce**  206:20
**produced**
14:12 114:7
115:18,20
141:7 168:13

182:6 204:3
215:2 251:4
**producing**
207:6
**product**  17:22
18:5 117:17
133:18
**production**  6:8
114:8 202:17
202:18 205:20
206:7
**productions**
204:4
**professional**
23:9
**program**
245:18 247:7
247:19
**programs**
245:25
**project**  29:21
**pronounce**
48:6
**proportion**
165:5,7 166:2
**proposal**  54:9
54:12
**propose**  50:3
78:23 128:3
**proposed**  76:16
76:17,21,24
95:19 114:12
**proposing**
235:23

**propounded**
258:7
**pros**  149:5
**protection**
17:22
**protocols**
202:23 204:10
**provide**  17:9
41:2 50:21
65:16 73:3
77:14 148:5
177:14 203:23
203:24 246:13
**provided**  55:10
56:13 57:2
88:15 237:13
237:14 244:8
**providers**
42:10,13,16,21
50:11
**provides**  72:7
72:17 145:12
146:17 204:15
229:6 239:2,3
248:12 252:16
**providing**
53:23 110:18
158:7 197:2
**provision**
252:25
**prudence**
125:22 212:4
**prudent**  131:2
167:8 212:8

**public**  2:6
25:18 26:16
29:16,19,25
255:6,19
258:25
**puerto**  40:8,8
**pull**  189:23
190:3 210:22
228:10
**pulled**  205:25
**purely**  17:4
**purportedly**
245:18 247:8
250:12
**purpose**  23:2
41:5 105:18
**purposes**  73:14
102:25 136:15
144:4 155:15
159:5 168:3
181:25 191:15
201:22 227:16
228:6 233:16
**pursuant**  255:8
**purview**  21:21
21:25 228:17
**put**  74:5
**putting**  203:8

**q**

**q2**  155:12
**q4**  189:21
**qdia**  70:17,19
70:24
**qpa**  53:2 54:20
54:24 55:8,18

56:13,22 57:23
62:18 66:19
77:2 125:10,16
126:21 128:3
128:11 129:6
139:17 158:6
182:20 195:3
196:13 206:20
236:5 239:13
240:15,18
241:18
**qpa's** 53:17
126:19 140:2
**qualifications**
239:19
**qualified** 53:2
69:22 70:10
147:15 148:21
169:11 193:17
199:16 240:19
**qualitative**
77:21 82:19,24
90:13 94:5
108:12,25
109:14,17
110:5,8,11
121:23 162:24
167:14
**quality** 8:7,8
**quanta** 1:9,13
1:14,14 5:5,8
8:18 13:19
14:4,7,8 23:13
24:8,24 25:8
25:14 26:9,19

29:16 40:14
73:9 78:10
80:22 84:21
86:21 87:24
103:24 114:7
115:18 136:12
137:2 141:7
143:23 144:14
149:25 150:17
155:10 158:25
167:22 170:21
175:5 181:20
183:6 189:14
189:20 195:20
202:24 203:22
204:3,10 206:2
206:14 207:4
207:17,23
208:2 215:2
217:17,20
218:11 222:9
224:2 225:11
227:13 228:14
228:19 230:7
233:13,23
245:20 246:17
249:17,25
250:5,8 252:3
252:4,25 253:9
**quanta's** 30:15
70:9 116:11
120:4 202:16
205:17 223:23
247:18 251:13

**quanta000909**
4:17
**quanta001404**
4:11
**quanta005936**
5:14
**quanta106738**
4:25
**quanta109620**
4:21
**quanta112842**
4:13 102:22
**quanta114147**
4:19
**quanta116202**
4:15
**quanta120799**
4:23
**quanta127947**
5:12
**quanta129093**
5:2
**quantitative**
64:17,22 65:2
77:22 82:16,23
88:6 90:13,15
91:11 93:17
94:6 98:24
100:12 104:3
108:16 109:2,5
109:15,20
110:9,12
111:17 112:6
112:20 162:25
196:23

**quantity** 206:5
**quarter** 48:13
49:4 93:24
156:5 159:15
160:21 167:23
169:6 175:13
175:14,19,19
175:20 176:2,7
176:10 179:10
180:10 189:15
190:24 191:2,2
192:2 194:25
195:13 199:15
**quarterly** 42:2
42:6 48:16
49:4,7,12,16,17
50:7,9 79:23
104:23 129:14
166:25 169:9
169:12,18
179:15 180:21
225:22 226:8,9
**quarters** 48:23
175:19
**question** 7:21
11:15,22,24
12:17,19 16:18
36:12 39:15,17
43:17 44:6
57:12 81:17
92:22 100:4
108:21 110:4
110:16,19
111:15 124:8
124:22 128:20

[question - recall]                                                Page 48

133:5,25 134:2
134:4,6 135:5
135:10,11,14
135:21 136:8
136:25 154:2
161:9 172:4
173:16 174:2
174:14 203:3
203:11 204:8
213:21 221:2
231:14 234:15
248:9,24
252:11
**questions** 6:16
11:18 20:16
22:6 51:2,3
56:18 58:15
74:18 81:5
93:3 100:25
103:14,22
136:21 144:13
158:13 164:2
182:10 194:15
194:19 196:12
215:20 241:11
253:14,15
258:7
**quick** 202:7

**r**

**r** 3:2,15 88:9
89:9,10,11
100:18 113:14
130:13 255:2
257:3,3

**raise** 39:17
158:13 180:19
**raises** 38:10
**ran** 30:4
**randall** 43:8
216:15 219:21
219:22 220:3
230:18
**range** 47:13
221:7
**ranges** 89:25
149:20
**ranking** 121:14
146:12,22
208:25
**ranks** 146:7
**rather** 20:24
132:24 210:4
**ratified** 37:22
38:22 134:14
**ratifying** 46:25
**ratio** 88:10
89:11 100:19
100:19 113:14
113:14 130:12
130:13 146:18
**ratios** 64:23
145:3,6 196:24
**reach** 77:24
86:8 127:7
198:10
**reached** 59:5
80:11
**reaches** 184:21
184:24

**reaching** 47:22
125:22 145:25
243:21
**read** 143:24
161:8 168:9
175:11 215:5
256:4 258:4
**reader** 234:11
234:11
**ready** 189:6
200:4 241:7
**real** 202:7
**really** 11:17
19:10 52:22
126:6 161:9
163:21 195:20
198:25 221:19
**realm** 20:6
**reason** 54:17
84:6 105:10
118:2,4 119:7
210:13 214:14
234:9 256:6
257:7,10,13,16
257:19,22
**reasonable**
167:8
**reasonably**
197:2 203:23
212:6
**reasoning**
80:13 81:11
82:8 83:12,13
**reasons** 82:12
83:18 84:7

119:11,14
176:23
**recall** 15:20
26:23 33:2
35:21 38:20
40:2 41:13,14
41:16,17,19
42:8,11 43:5
45:6 47:23
50:10 52:11
54:7 56:20
59:4,7 70:14
71:19 75:2,7
75:18 76:6
77:6,11 90:8
93:11 94:12
95:17,20,21
98:14 101:16
117:4 119:14
119:16 122:12
122:18 124:25
127:8,12
128:14 129:5
134:18 138:19
147:6,8 148:19
148:22,25
149:7 151:14
152:16 153:11
153:12,15
154:12 156:4
162:2 164:23
165:2 177:3
181:8 183:15
186:2,22,25
187:3,7,12

188:4 192:3
194:10,15
199:13,19
215:8 216:9,17
220:18,21
221:11,18
**receipt**  256:16
**receive**  25:16
54:23 60:6
155:23
**received**  25:12
26:12 37:20
43:12 44:10,16
81:2 83:10
101:20 128:15
157:11 169:5
192:22 249:25
**receives**  146:6
**receiving**  40:19
59:22 242:18
**recent**  122:8
190:9
**recently**  15:16
231:4
**recess**  51:13
92:3 123:14
140:17 188:22
244:25
**recirculated**
39:6
**recite**  217:18
**recognize**
74:20,22
155:20,21
159:12 169:3

191:23 229:15
**recognized**
118:7
**recollection**
13:10 14:16
37:3 39:2
69:20 76:12
96:3 98:11
113:19,24
117:12 120:13
137:19,24
138:7 152:20
177:13 187:19
187:23 188:2
188:13 192:10
193:5 194:18
215:21 221:11
**recommendat...**
33:11,15 34:16
140:2 148:20
149:9 207:25
208:21
**recommendat...**
78:24 79:6
80:3 104:19
148:23,24
186:5
**recommended**
34:12 95:15
98:18
**reconstitute**
211:2 230:13
231:2,19
**reconstituted**
210:11

**reconstituting**
233:6
**reconstitution**
230:10 234:2
**record**  7:17 8:4
9:12 10:10
11:17 51:8,10
51:17 91:21,23
92:7,11 103:24
123:8,10,12,18
140:12,14,21
188:18,20
189:2,6 207:2
228:2 244:20
244:22 245:5
253:19,25
254:4,11
255:12
**recorded**  8:13
8:15 255:10
**recording**  8:8
**recordkeeper**
50:13 222:18
**records**  13:3,12
21:17 22:3
79:19 80:6
204:16 205:19
205:24 206:14
206:16 231:9
231:10
**redacted**  230:9
**redgie**  217:24
217:25 218:6
**redlines**  236:17

**refer**  13:21
14:2,6 86:17
105:9 120:9
**reference**  62:7
179:2,4,6
234:3
**referenced**  65:7
122:10 179:3
180:24 205:13
**referencing**
245:24
**referring**  13:17
13:23 14:3,8
130:21
**reflect**  80:25
81:7,14,21
82:3,4,8 83:3,5
83:25 84:14
85:23,25 86:4
163:6,10,11
165:12,13,18
236:18 238:2
**reflected**  76:13
77:17 78:7
83:14,18 96:25
100:10,13,15
100:16,18
102:14 113:5
122:15 127:15
127:17 140:5
161:17 187:11
197:7 235:19
**reflecting**  47:7
87:18 243:13

**reflection**
  107:7 108:2
  128:7
**reflective**
  126:16 129:25
**reflects**  104:21
**refrain**  111:9
**refresh**  13:10
  14:16 117:11
  137:18
**refund**  193:24
**regard**  19:7
  21:10 39:23,24
  41:11 44:23
  54:9 56:24
  59:14 85:9
  89:4 95:11,18
  110:7,10
  111:16 132:7
  134:25 135:2
  144:22 151:15
  170:11 182:25
  194:25 239:6
  244:2 247:23
  249:6,18
  250:13 253:9
**regarding**  31:5
  56:25 59:10,12
  59:12 80:21
  128:16,25
  177:5 186:4
  203:25 249:20
  249:23
**regards**  44:11

**regime**  30:3
**region**  2:9
  218:18
**reground**  45:8
**regular**  63:9
  225:8
**regularly**  29:17
  44:20 54:19
  56:16 152:25
  209:4,6 226:3
**regulation**
  195:21
**regulatory**  46:8
  157:15 195:19
  240:21 241:2
**reiterating**
  135:14
**relabel**  87:12
**related**  9:4
  26:13 30:15
  31:11,24 94:16
  195:20,22
  214:23 245:12
  249:23 252:18
  252:22
**relates**  25:13
  202:15 204:2
  223:23
**relating**  80:7
  202:16 226:5
**relations**  35:5
**relationship**
  52:24 205:5
**relative**  88:8,14
  88:25 91:9

94:11,12,25
95:4,18 117:8
124:11 171:13
171:14,19
172:10,13,22
173:13 174:6
174:10 177:6
178:14
**relatively**  46:21
**release**  252:17
  252:20,20
**released**  252:21
**releases**  251:5
  251:14,21
**relevant**  21:24
  80:15 161:13
  190:22 206:8
  207:6 215:4
  223:24 224:5
  225:3 235:8
  236:21 239:8
  239:11,15
  242:2 244:5
**relied**  73:2 79:4
  181:14 206:20
**relying**  194:22
**remain**  196:25
**remained**  28:23
  32:4 141:13
**remaining**
  172:11
**remember**  28:7
  28:9 29:8 48:5
  69:12 75:19,22
  75:23,24 98:17

126:16 130:5,7
130:9,15 149:3
219:13
**remind**  176:13
**reminded**
  45:10
**remote**  1:22
  74:5
**remotely**  2:3
  7:8,12
**remove**  87:13
  87:13 125:16
  126:23
**removed**
  211:10,15
  234:21
**reopen**  132:15
**repairs**  246:9
**repeat**  44:6
  88:21 108:20
  128:20 189:18
**replace**  186:5
  186:16 209:23
  209:24 210:22
**replaced**  63:2
  211:11 219:15
**replacing**  43:24
  186:10
**replication**
  47:17
**report**  27:6
  28:21 29:5
  125:17 157:18
  187:4 224:17
  225:6 226:23

**reported** 27:8
27:24 28:3,18
224:11 231:4
**reporter** 8:25
9:22 189:7
**reporting** 7:7
7:14
**reports** 27:23
28:22,24 31:3
42:2 79:23
180:22 221:25
**represent** 73:9
92:19 103:5
182:5 189:14
**representative**
125:15 126:9
128:6 161:16
182:19 196:3
**representatives**
1:7 52:9
**representing**
3:6,12 8:23
**represents**
104:2 145:18
**reputation**
241:6,22
**request** 6:8
54:12 75:15
126:12 127:8
152:7,7
**requests** 54:9
59:3 114:8
141:8 164:2
202:17 203:2
204:4,12

214:22
**required** 30:18
76:7,10
**requirements**
29:24
**requires** 33:7
212:4,5
**research**
242:11
**reserved** 7:21
**resolution** 22:7
33:18 230:17
233:22 245:14
245:18,25
247:7,19
249:17 250:22
251:8
**resolutions**
30:23
**resolved**
249:16 252:5
**resources** 15:5
208:9 220:14
221:25 226:6
232:25 246:16
**respect** 20:10
40:6 85:13,14
107:16 120:16
129:8 172:25
188:5,8 212:10
215:25 240:15
245:14,25
**respecting**
211:24

**respective** 7:19
**respects** 45:14
85:15 109:18
**respond** 102:17
246:20
**responding**
137:22
**response** 114:7
141:8 152:8
154:2 202:17
202:25 203:5
203:20 204:3
246:21
**responses** 5:9
**responsibilities**
23:21 26:3
29:14 30:10,14
34:8 35:24
36:6 41:4,17
79:12 210:15
211:17,20
219:7 230:15
235:16 236:19
**responsibility**
20:6 28:13
31:7 41:11
45:17 78:21
220:15 229:4,8
**responsible**
13:18 29:15
47:24 49:20
78:18 127:18
127:23 147:25
148:6 206:6
207:18 225:4

228:14 235:23
236:2
**responsive** 20:4
20:16 22:6
55:2 59:2
120:22 204:11
242:7 253:23
**responsiveness**
243:10
**restate** 232:17
**result** 162:15
179:11 185:24
187:15 237:21
**resulted** 116:6
205:22
**results** 48:11
64:15 82:17
91:2,15 108:8
127:17 167:13
184:8 195:2
199:16 212:16
**retain** 229:6
**retained** 242:3
254:14
**retention**
207:14 213:9
239:7
**retirement**
23:23,25 24:2
67:22 70:12
184:23 185:2
222:8,10,12
**return** 89:14
94:21,22 104:6
104:13 123:23

129:15 133:4
166:11 174:24
256:14
**returns** 64:20
64:24,24 91:14
93:19,20,20,21
96:24 100:17
105:5 121:5,18
124:11 145:9
172:25 173:2,7
173:12,13,18
173:22 174:21
197:4
**review** 22:19
38:5 40:19
41:22 42:2,6
46:22 48:4,11
48:16,23 49:4
49:17,21 55:19
58:2 60:13
61:4,6 63:11
63:12 64:11,13
64:14 66:16
67:7,9 74:16
74:17 75:17,21
76:21 88:4,4
92:18 98:11,23
99:15,15,22
100:3 103:14
104:23 131:10
136:20 144:12
144:18 156:11
156:21 157:9
159:10 161:23
162:3,10

166:20,23
167:2,17,23
168:21,24
169:5 171:5
176:7 179:14
181:16 193:14
195:11 196:20
197:14 198:19
200:18,22
201:9 202:14
226:4 227:9
236:22 240:24
246:22 248:14
**reviewed** 13:3
13:6 22:5
35:19 36:15
37:22 38:6
41:20,23 42:9
42:15,19 44:19
60:16 61:19,24
63:18 65:24
66:18,20 76:16
91:2,10,14,15
96:13 100:23
102:15 142:3
143:18 146:24
152:12 161:22
162:12 181:2
185:25 193:7
195:8 236:25
237:2
**reviewing** 38:3
42:11 61:15
64:2 65:9 75:8
75:18 93:12

94:6 101:11
108:15 113:15
114:24 129:12
129:13 138:8
151:24 166:25
168:20 169:15
182:9 202:19
**reviews** 169:10
169:18
**revised** 38:13
38:21 39:5
75:9,11
**revising** 75:14
**revision** 38:13
39:20 87:8,9
236:7
**revisions** 39:24
40:3,5 76:7
**rewards** 220:13
220:17
**rfp** 55:5
**rican** 40:8,8
**rich** 48:4 52:10
52:19 53:3
148:14
**rich's** 240:17
**riddle** 43:20
157:6 160:9
215:10 216:2,3
216:21 222:2
226:6 230:4,20
233:2 234:16
**riddle's** 232:21
**right** 12:2 24:6
67:5 116:22

121:3 136:3
158:23 160:14
172:15 173:20
174:15,19,20
176:11 189:9
203:16 244:18
**rigor** 53:24
**rigorous** 35:12
50:20 237:15
**risk** 64:22,23
68:2 88:9 89:7
89:13 100:16
145:9 149:12
149:18 166:8
166:11
**risks** 196:17
**rivets** 99:11
**roberts** 3:3 4:6
9:14,14 10:7
10:15 16:21
18:8,16 19:3,6
21:18 23:7
26:7 34:13
36:10 38:18
42:22 44:4
51:6,19 55:21
55:24 56:6,8
57:16,20 66:13
71:18 72:21
73:6,17,23
74:2,11,14
77:5 81:8 83:8
84:16 86:13
90:3 91:20
92:9 94:8 95:3

**[roberts - schedule]**

Page 53

98:7 102:20
103:4,11
104:25 106:23
108:10,22
111:6,12,24,25
112:16,17
114:2 116:17
117:13 118:10
119:10 121:2
122:6,23 123:3
123:9,19 124:9
124:23 125:6
126:11 128:13
128:21 131:5
131:17 132:7
134:8,9,22
135:13 136:3
136:19 138:12
140:9,11,23
143:5,20,22
144:11 146:3
147:5,11,13
150:13 151:12
152:15 154:11
155:9,19
158:24 159:8
161:20 167:20
168:6,12,17
170:18 172:5,6
173:11,17,21
174:5,11,15
175:2 176:15
177:22 178:4,8
178:10,25
181:19 182:4

186:12,21
187:24 188:17
189:4,9,11,19
190:4,5 191:5
191:8,12,18
194:13 196:9
200:12 201:14
201:25 202:6,9
203:17,18
206:3 211:16
213:8 214:21
215:22,24
221:4,9 225:19
227:10,12,24
228:11 229:10
230:2 231:16
233:9,12,19
235:21 238:9
239:5,17,24
240:6,11
243:24 244:12
244:19 245:7
247:5,17
248:10,25
250:21 251:9
251:10,24,25
252:23 253:11
253:13,18
254:9
**robust** 83:4
**role** 17:5,8
23:12,18,21
24:4 26:17
27:6,22,24
28:13,14 29:12

30:6,11,12
32:7,9,20 40:6
41:5 50:16
52:6 57:12,23
57:25 71:7
72:20 85:2
238:3 242:19
**roles** 32:23
79:11 210:14
226:21 233:5
**roll** 210:17
211:6
**rolled** 218:2
219:14 220:7
223:20 232:22
**rolling** 210:13
**rollout** 212:18
**roman** 161:5
**room** 7:6 38:5
66:11
**rose** 105:24
**roughly** 12:14
194:10
**routine** 46:14
46:21 205:8
225:2 226:23
**routinely** 26:5
197:16
**rpr** 2:5 255:6
255:18
**rules** 10:17
**run** 15:6 24:8
24:23
**rupp** 15:4 19:8
19:11,15 216:8

216:10

**s**

**s** 3:2,15,15 4:8
251:7
**sat** 19:13
**satisfaction**
57:2
**satisfied** 53:16
53:20 243:9
**savings** 1:9,15
193:19
**saw** 42:4
129:23 198:3
234:3
**saying** 34:23
150:7 234:20
**says** 78:15
79:17,21 88:7
90:5 93:8
94:10 96:10
99:19 103:25
104:6 116:25
117:17 124:12
146:5,10
161:22 164:14
164:18 179:10
179:10 199:2
203:21 230:12
**scale** 121:11
124:2 180:12
**scenario** 211:6
**schedule** 45:6
48:18 122:3
164:3,11

| | | | |
|---|---|---|---|
| **scheduled** | **scott** 193:15 | **sections** 169:17 | 179:2,4,6,17,18 |
| 49:17 153:2 | **screen** 8:12 | **sector** 66:24 | 182:11 183:13 |
| 163:17 165:3 | 12:8 74:5 | 109:25 110:2 | 183:14 191:19 |
| **school** 24:9,12 | 202:11 | **securities** 24:17 | 191:19,21 |
| **scope** 108:5 | **scroll** 74:6,15 | 29:3 31:14,20 | 197:17 199:5 |
| 131:15 213:17 | 79:8 87:24 | **security** 196:17 | 199:10 204:6,7 |
| 215:14,19 | 96:6 103:23 | **see** 10:13 20:13 | 229:13 230:8 |
| 225:17 235:15 | 172:15 175:3 | 64:5 70:4 | 230:22 231:10 |
| 238:14 240:2 | 230:6 | 74:12 79:13 | 232:8 233:21 |
| 247:14 250:16 | **scrolling** 78:8 | 80:18,19 92:17 | **seeing** 104:22 |
| 250:19 251:7 | 96:17 161:3 | 96:8,15,16,21 | 109:21 129:20 |
| 251:15,18 | 164:17 170:19 | 97:4 103:10,15 | 130:2 |
| 252:10,19 | 172:24 183:5 | 104:8 116:10 | **seek** 214:11 |
| 253:6 | 199:7 | 117:18,19 | 246:22 253:19 |
| **score** 118:24,24 | **scrutiny** 66:7 | 121:8,9 124:12 | **seeking** 100:25 |
| 118:25 125:11 | 162:22 | 124:14 127:16 | **seeks** 245:12 |
| 125:12,14,24 | **seal** 255:14 | 130:2 136:5,18 | **seem** 49:12 |
| 126:2,23 | **search** 158:2 | 136:22 137:8,9 | **seemed** 162:18 |
| 146:11 | 205:22,23 | 143:13 144:9 | **seen** 8:11 37:9 |
| **scores** 127:10 | **sec** 29:23 | 144:17 145:10 | 243:5 |
| **scoring** 99:11 | **second** 18:19 | 145:15 146:14 | **segue** 20:19 |
| 104:2,15 107:3 | 18:25 78:8 | 146:15,19,20 | 23:8 |
| 108:17 109:8 | 87:22 88:20 | 150:17 151:9 | **seibel** 193:15 |
| 110:13 111:18 | 123:2 144:15 | 153:5 155:18 | **select** 95:10 |
| 122:11,12,14 | 156:9 161:4 | 156:9,13 | 166:17 |
| 125:17 126:3 | **seconded** | 159:11,19 | **selected** 33:23 |
| 126:13 127:10 | 230:16 | 164:15,16,21 | 94:13 98:16,18 |
| 127:19 128:17 | **secretary** 23:14 | 164:22 168:25 | 104:14,18 |
| 129:2 131:10 | 23:21 27:3 | 170:23 171:12 | 106:2 107:3 |
| 132:4 134:13 | 29:13,20 30:13 | 171:16 172:15 | 117:7,22 |
| 137:5,14,15 | 84:20 87:15 | 173:2,8,22 | 118:14,19 |
| 138:2,15 | 232:14 | 174:22 175:6,9 | 130:17 134:21 |
| 141:19,20 | **section** 79:17 | 175:16,17,22 | 138:20 142:2 |
| 142:8 143:7,9 | 161:6,7,22 | 175:23 177:20 | 167:7 240:10 |
| 143:13 146:21 | 172:24 173:18 | 178:17,19 | 241:4 |

**[selecting - single]**

**selecting** 78:18
89:19 239:19
239:23
**selection** 34:16
72:13 79:24
88:4 128:25
158:7 167:8
**send** 254:7
**senior** 33:10
34:2,21 153:4
208:2,3,16,18
214:2 217:20
220:5 224:7
**sensation** 22:4
**sense** 47:13
150:21
**sent** 114:18
**sentence** 146:5
146:10
**separate** 40:7
40:24 99:7,10
130:16
**separately**
20:21 21:6
164:12
**separation**
252:7
**serious** 79:6
**serve** 33:14
36:8 47:8
114:14 211:21
216:6,7
**served** 25:9
43:5 52:7
84:19 215:8

223:11
**serves** 47:19
71:22 217:10
**service** 35:14
42:10,12,16,20
50:11 54:23
55:17 215:16
**services** 1:9,13
1:14,14 8:18
13:19 14:4,8
40:14 55:7,9
56:13 86:21
160:6 195:6
207:5 233:23
240:19 244:8
**serving** 25:14
31:7 35:15
36:6 58:5
**session** 41:11
41:14
**sessions** 19:18
45:7
**set** 36:25 37:6
37:13 39:9
62:21 63:17
68:18 77:23
78:5 96:23
97:6 99:4
108:18 112:21
139:19 193:11
204:4 221:20
238:19,21
**sets** 99:10
246:6

**setting** 30:11
55:5 249:12
**several** 24:22
32:12 40:9,12
58:18 65:7
75:19,22,24
77:4,12 93:18
105:8 114:14
145:19 206:10
209:5 226:10
**severance**
252:13,15,16
**shah** 3:3,17
9:15
**share** 74:9 77:2
92:14 229:12
**sharpe** 88:10
89:11 100:19
113:13 130:12
145:3,5 146:18
**she'll** 215:20
**sheet** 256:7,10
256:12,15
258:9
**shift** 201:16
**short** 63:22
105:13,17
165:8
**shorter** 49:10
**shorthand**
255:10
**shortly** 229:20
**show** 89:23
**showing** 62:5
112:14

**shows** 141:25
**shuping** 3:17
9:16 73:7
**sign** 87:14
97:13 98:5
256:9
**signature** 87:22
255:17 258:12
**signatures** 97:8
98:2
**signed** 76:5
97:16,21
103:16 115:21
115:24 136:24
141:12,13
250:11 251:22
252:13
**significant**
170:13 218:23
**signing** 256:11
**similar** 40:17
40:22 41:8,9
85:8,13,15
86:11 94:17
95:25 134:14
155:22 161:10
169:9 190:18
190:20 191:4
209:24
**similarly** 1:8
**simple** 234:22
**simpler** 202:4
**single** 47:10
83:6 117:7

| | | | |
|---|---|---|---|
| **sister** 40:7 | 178:8 182:18 | **speaks** 131:3 | 56:20 75:14,20 |
| **sitting** 143:6 | 189:17,22 | **special** 31:17 | 105:4 110:4,10 |
| **situated** 1:8 | 191:8 192:7 | **specialty** 31:14 | 118:4 126:18 |
| **situation** 22:14 | 194:3 196:10 | **specific** 21:23 | 141:2 144:14 |
| 163:3 195:14 | 197:11 215:25 | 32:7 37:3 | 144:21 160:7 |
| **six** 48:15 | 218:25 228:9 | 38:25 41:18 | 162:5 165:7 |
| 214:15 223:17 | 239:7,22 | 51:2 55:14 | 179:14 181:8 |
| 254:14 | 245:10,13 | 66:2,3 75:25 | 183:2 199:20 |
| **size** 120:4 | **sort** 15:7 29:20 | 75:25 80:2 | 206:17 244:2 |
| **sized** 24:15 | 40:24 64:4 | 90:14 95:20 | 245:16 |
| **skillful** 212:8 | 65:2,19 86:5 | 96:4 102:17 | **specification** |
| **skills** 33:13 | 90:13 99:4 | 105:23 106:2 | 149:21 |
| **skip** 219:19,19 | 115:4 154:5 | 113:18,24 | **specificity** |
| **slate** 232:3 | 167:4 180:8 | 115:8 118:2 | 121:25 187:13 |
| **slide** 79:13 88:2 | 197:13 208:3 | 119:17 126:23 | 201:10 221:18 |
| **slightly** 98:25 | 222:21 246:23 | 126:25 127:9 | **specified** |
| **small** 61:18 | 248:21 | 130:22 142:6 | 246:18,20 |
| 94:18 166:13 | **sound** 12:2,21 | 145:19 148:25 | **spectrum** |
| 244:3,5 | 231:20 | 149:7 151:15 | 149:19 |
| **soft** 23:25 24:2 | **sounds** 12:6 | 153:11 154:12 | **spend** 170:15 |
| **software** 207:5 | **source** 114:5 | 157:17 168:22 | 200:25 |
| **solutions** 2:9 | 115:16 202:15 | 177:12,13 | **spent** 64:2 |
| 8:23 254:15 | **sources** 202:15 | 178:18 180:15 | 151:22 165:14 |
| **somebody** | 203:25 236:5 | 180:25 181:17 | 166:5 199:15 |
| 210:18 | **south** 218:18 | 187:19,22,25 | 199:20 200:10 |
| **soon** 12:20 | **southern** 1:3 | 188:13 193:5 | 200:17 201:7 |
| **sooner** 12:15 | 8:20 | 194:17 197:8 | 201:11 |
| 163:19 | **space** 256:7 | 200:2 202:23 | **spoke** 14:24 |
| **sorry** 54:16 | **spalding** 24:20 | 204:9 206:4 | 15:4,4,11,20,24 |
| 55:22 56:9 | **speak** 11:20 | 209:16 210:6 | 22:8 114:25 |
| 57:21 73:23 | 15:9,13 51:21 | 224:16 243:17 | 115:4 |
| 88:16 112:18 | 165:6 | **specifically** | **spoken** 13:8,8 |
| 119:12 161:25 | **speaking** 12:8 | 29:11 31:10 | 14:20 16:5,8,9 |
| 171:21,25 | 15:20 19:23 | 39:4 40:2 | **spot** 242:17 |
| 173:15 176:21 | 111:7 | 41:13 50:15 | |

**square** 130:13
**squared** 88:9
  89:9,10,11
  100:18 113:14
**stack** 60:7
**staff** 207:9,10
**stamp** 73:8
  86:22 87:14,21
  92:14,16,21
  102:21 189:13
**stamped** 4:11
  79:9 136:12
  167:21
**stand** 134:4
**standard** 88:10
  89:17,19,22
  106:6
**start** 44:2
  65:14 101:14
  137:2 165:12
  165:23 190:14
  195:11 199:8
  216:21
**started** 10:16
  23:13 37:8
  113:10 114:23
  150:6 156:21
  192:19 195:3
  218:2
**starting** 60:19
  170:3 216:19
  216:23
**state** 9:8,10
  86:24 132:13
  171:13 215:2

255:6 256:6
**stated** 253:24
**statement**
  59:11 71:16,22
  71:25 72:3,7
  72:23 73:3,11
  77:9 78:3,6,7
  101:16 103:7
  111:3,4 112:13
  112:15 136:11
  153:21 185:18
  206:23 235:20
  235:24 236:3
  236:23 238:11
  238:18 240:17
  254:4
**states** 1:2 8:19
**statistical**
  130:11
**statistics** 63:15
  88:10 89:17,19
  89:23 91:11
  100:11,12
  113:13 157:19
  181:11 183:8
  198:15
**status** 99:21,25
  100:8 151:2
  175:8 176:2,20
  179:12,16
**stayed** 99:2
**stenographer**
  7:5
**stenographic**
  7:17

**step** 23:22
  231:6
**steps** 12:25
  21:22 22:9,11
**steve** 218:17,21
  231:11 232:23
**steven** 217:8
**stipulated** 7:18
**stipulation**
  7:16
**stipulations**
  6:12
**stock** 29:24
**stop** 180:12
  213:20 248:6
**straight** 157:12
**strategies**
  185:5,21
**strategy** 184:22
  184:25 185:8
  185:10
**street** 3:4,10
**strengths**
  226:18
**strike** 92:15
  166:22 220:19
**structure** 32:17
  47:20 52:23
  53:23 72:8,18
  77:14,17 154:7
  237:14 239:3
**structured** 41:8
  41:18 47:21
  49:14

**studied** 61:24
  68:22 77:13
**style** 86:11
**styles** 94:17
**sub** 69:3,4
**subheading**
  79:18
**subject** 16:25
  17:18,22 38:13
  75:16 95:7
  202:20 203:19
  203:21 223:22
  225:10 240:3
  245:11,23
  251:14 253:13
  256:11
**subjects** 14:17
  242:21
**submitted**
  36:20 87:2
  129:21
**subscribed**
  258:15
**subsequent**
  34:14,16 37:23
  44:9 46:23
  75:7 97:20
  98:6 175:18
  187:17,20
  205:15
**subsequently**
  24:19 113:12
  134:14
**subsets** 61:18

subsidiaries
    157:2 218:20
    218:23
subsidiary   29:7
substance   47:4
    258:8
successor   222:9
    222:11
sufficient   77:10
suggest   87:7
suggested
    114:12
suggesting   37:5
suggestion
    250:23
suggestions
    76:24 128:10
suitability
    241:25
suitable   166:7
suite   3:4 68:19
    68:25 69:14
    152:6,10,14,17
    158:2 179:5
    180:23 183:21
    188:6
suites   152:4
    183:12,19,22
    184:11 185:15
    187:9 197:16
    197:17,24
summaries
    192:17
summary   59:13
    96:10,10 97:9

170:8 246:5,12
247:3 248:12
249:5
sunday   114:17
superceded
149:8
supervision
255:11
supplement
64:25
supplemental
63:23 164:4,5
164:5 188:10
supplementary
197:14
support   6:2
13:12 58:20
204:17
supported
176:23 198:10
supporting
60:9
supports
197:14
supposed   203:4
sure   11:20
12:10 21:2
35:21 45:9
48:19 56:3
79:14 88:17,22
103:18 108:23
111:24 118:6
120:21 123:9
124:7,22
128:22 138:8

158:6 167:7,17
168:19 172:5
173:17 176:16
177:23 189:19
195:24 196:2
198:8 202:6
217:2,2 218:12
221:4 228:3
231:16 237:11
survey   150:2
151:11
surveys   150:16
150:16
suspect   160:8
swear   9:22
switching
22:17 23:8
220:20 221:5
222:3
sworn   10:2
255:9 258:15
system   125:2
126:3 146:21
146:22

**t**

t   3:15 4:8 255:2
255:2 257:3
table   78:9
tables   170:22
175:7
tad   12:7
take   21:22
27:15 49:11
85:2 92:22
105:11 136:9

138:10 147:11
161:8,8 168:21
180:2 217:22
220:8
taken   2:3 8:16
22:9,12 30:17
39:14 40:11
47:15 80:9
82:24 102:14
128:10 175:25
176:19 225:11
250:7 255:7
takes   145:23
talk   162:5,16
195:23
talked   25:24
139:14 147:14
153:19 193:24
194:2 195:9
196:24 197:4,5
talking   17:16
17:20 18:4
111:23 112:12
120:12 131:7
135:24 167:5
240:4
talks   195:19
tandem   109:2
target   67:14,15
67:18,19 68:18
68:25 69:11,13
70:11,19 71:3
71:5 99:8
130:19 137:7
137:17 138:15

**[target - think]**                                                      Page 59

| | | | |
|---|---|---|---|
| 138:25 139:7 | **telling** 251:5,20 | **testify** 18:11 | 64:6 67:9 |
| 139:11,12,16 | **temporary** | 115:11 141:5,5 | 84:15 100:20 |
| 144:22 145:20 | 28:14,15 | 244:15 | 100:22 102:7 |
| 146:5,8,11 | **ten** 21:16 | **testifying** 10:22 | 102:12 157:3 |
| 151:19,23 | 104:11 107:21 | 21:12 | 157:22,24 |
| 152:3,6,9,14,17 | 114:13,13 | **testimony** | 162:20 167:15 |
| 158:2,3 166:15 | 218:25 | 10:20 14:17 | 169:25 170:3 |
| 178:20 179:3,5 | **tendency** 79:2 | 16:10 21:5,7 | 195:24 197:23 |
| 179:7 180:6,23 | **tenure** 54:15 | 21:11 132:16 | 204:25 211:23 |
| 181:21 182:16 | 55:6 62:6 63:8 | 203:24 225:15 | 240:24 241:2 |
| 182:22 183:7 | 68:10,14 69:17 | 245:12 251:12 | 241:15 243:6,7 |
| 183:12,17,19 | 70:21 84:17 | 251:15,19 | **think** 10:11 |
| 183:20,21,25 | 100:21 113:2 | 255:9,12 | 11:14 17:15 |
| 184:10 185:15 | 129:12 150:4 | **texas** 1:3 8:20 | 20:23 27:11 |
| 185:24 187:9 | 151:25 155:24 | **thank** 36:11 | 29:6 31:16,17 |
| 187:15 197:12 | 156:19 161:18 | 73:25 74:10 | 32:10,20 34:10 |
| 197:16 | 210:20 | 105:19 189:7 | 43:18 44:19 |
| **team** 20:12 | **tenures** 215:16 | 198:24 202:8 | 52:5,8 54:20 |
| 28:25 29:2,7 | **term** 49:11 | 227:25 233:10 | 56:11,15 57:8 |
| 29:17,18 31:2 | 69:22,25 88:8 | 253:17 254:9 | 65:6,16 73:2 |
| 33:9,10 34:2 | 105:12,13,15 | **thanks** 10:13 | 73:18 78:20 |
| 34:21 47:25 | 105:17,18 | 136:3 189:10 | 79:4 83:2,6,9 |
| 49:25 50:2 | **termination** | 215:22 | 83:13,17,19 |
| 52:19 53:3 | 250:10 | **theory** 67:4 | 84:14 88:19,19 |
| 58:19 62:19 | **terms** 13:15 | 68:21 90:19 | 90:16 93:3 |
| 153:4 156:24 | 27:19 36:3 | 241:14 | 94:3 96:22 |
| 193:21 194:20 | 40:18 56:17 | **thereof** 255:13 | 101:24 102:8 |
| 194:22 206:15 | 61:23 69:2,3 | **thing** 67:10 | 102:17 106:5 |
| 207:11 208:2,3 | 90:17 101:18 | 157:4 164:6 | 107:25,25 |
| 208:15,16 | 106:18 107:21 | 198:13 215:17 | 110:21,25 |
| 226:24 240:17 | 113:17 149:23 | **things** 13:11 | 117:10 118:18 |
| **teams** 98:2 | 154:25 157:20 | 16:2 27:21 | 119:13 121:17 |
| **tell** 150:24 | 190:14 205:23 | 36:15 41:3 | 122:5 123:20 |
| 151:19 200:20 | **testified** 10:3 | 46:19 49:15 | 128:7 131:3 |
| 216:24 255:9 | 141:4 147:16 | 51:2 58:15 | 145:19,23 |

| | | | |
|---|---|---|---|
| 147:15 148:8 | **third** 160:13,18 | 60:3,18 62:7 | 232:22 234:13 |
| 151:10,18 | 207:4 | 62:16,18 64:16 | 237:17,22 |
| 154:16 156:9 | **thirty** 256:16 | 70:15,24 72:25 | 240:4 242:5 |
| 156:20 158:19 | **thorough** 81:15 | 75:3,6,9,12 | 243:8 245:9 |
| 160:15 161:15 | 81:18 99:21 | 80:10 84:5,18 | 255:8 |
| 165:11,17 | **thought** 115:7 | 93:19,23 97:13 | **timeframe** 29:8 |
| 166:4 174:11 | 115:7 | 98:25 99:9 | 43:22 61:9,9 |
| 176:25 187:11 | **three** 29:5,9 | 101:13,14 | 115:4 120:11 |
| 188:9 190:11 | 39:3 60:11 | 106:8 111:21 | 136:23 138:11 |
| 190:17 191:3 | 61:2 93:19,20 | 111:22 113:15 | 187:21 205:12 |
| 193:18 194:7 | 99:10,10 | 116:12 127:13 | 220:2 246:18 |
| 195:3 196:8,18 | 113:15 121:5 | 128:11 134:10 | 246:20 |
| 199:21 200:24 | 123:23 124:10 | 137:14,21 | **timeframes** |
| 203:6,11 | 130:11,14 | 138:17 139:21 | 246:23 |
| 205:16 206:10 | 145:2,5 146:17 | 139:25 147:17 | **timeline** 27:18 |
| 207:8,12,16 | 164:12 171:13 | 147:25 148:10 | **timelines** 44:2 |
| 212:18 213:8 | 171:18 172:9 | 148:13 149:10 | **times** 11:3 |
| 213:18,23,25 | 172:12,21 | 151:22 152:21 | 15:13 41:23 |
| 214:7,14 | 173:6,12,21 | 157:7 160:9 | 45:10 46:12 |
| 215:18 217:11 | 174:6,24 177:7 | 164:8,14 | 48:10 65:7 |
| 219:18,18 | 178:14 199:12 | 165:14,18,19 | 66:25 75:19,24 |
| 220:4 223:10 | 199:14 222:25 | 165:24 166:2,4 | 148:22 153:17 |
| 223:16,18 | **threshold** | 168:21 172:13 | 165:12 226:10 |
| 224:6 226:22 | 90:15 91:7,12 | 176:13 181:17 | **title** 23:21 |
| 228:16,25 | **thursday** 2:4 | 182:18 186:2 | 26:24 218:8,12 |
| 229:11,23 | **time** 7:22 9:8 | 190:23,25 | **titled** 88:2,3 |
| 231:9,17 235:4 | 11:5,7 15:19 | 197:15 199:8,8 | 96:10 99:14 |
| 235:12,18,25 | 23:15 26:24 | 200:25 201:8 | 170:21 230:10 |
| 237:22 240:14 | 27:5,9,21 28:6 | 201:11 210:16 | **titles** 218:10 |
| 241:4 243:7 | 29:7 35:22 | 210:17 213:4 | **today** 10:16 |
| 244:17 245:23 | 36:3 40:19 | 214:20 215:7 | 11:25 14:17 |
| 246:2 247:13 | 41:16 43:4 | 216:4,7 218:9 | 20:3,19 68:16 |
| 247:25,25 | 48:7 52:11,13 | 218:16 220:6 | 143:6 217:16 |
| 248:4,8 250:21 | 52:17 54:7 | 220:23 221:13 | 251:12,14,16 |
| 250:25 251:3,6 | 58:9 59:20 | 222:8 231:21 | 251:20 253:4 |

**today's** 11:13
13:2 14:21
15:21,22 16:6
19:24 22:18
240:13 254:11
**together** 34:23
66:12 77:23
84:14 89:15
241:12
**tolerance**
149:13
**tolerances** 68:3
149:18 166:8
**took** 12:25
47:25 51:13
52:5,23 53:13
81:25 85:5
91:16 92:3
101:23 123:14
125:11 126:6
140:17 164:7,8
165:25 167:15
188:22 244:25
**tool** 72:17,19
125:25 127:7
**tools** 151:8
**top** 199:8 224:8
**topic** 47:10
50:2,3 115:16
141:6 158:16
165:24 194:9
194:11,16,18
196:17 202:13
202:20 207:12
207:14 213:7

213:18 214:22
214:23 223:22
223:22 235:4
238:15 239:6
242:9 243:19
244:2,11
245:10,12
246:2 248:5
249:23
**topically** 46:16
**topics** 20:17,22
21:13,20,23
47:18 66:11
85:18 114:21
115:12 131:16
150:8,9,12
153:12 165:25
190:20 194:23
201:17 221:8
253:23 254:6
**total** 71:3 104:5
104:13 220:13
220:13,17,17
254:13
**touched** 202:12
207:16 235:13
**toward** 99:6
**towards** 12:17
23:22
**track** 229:6
**tracks** 89:12
**tracy** 43:9,18
43:24 232:24
**trademark**
53:7

**trail** 84:3
**training** 25:13
25:17 26:10,11
26:13 31:10,17
43:13 44:11,13
45:2,13,15,21
**transcribed**
255:10
**transcript**
22:19 47:9
85:16 256:17
256:18
**transcription**
255:11 258:6
**transition**
52:23 53:5,12
214:19
**transitioned**
52:18
**transparent**
53:6
**treasurer**
217:21
**treated** 119:25
**trial** 7:22
**tried** 158:3
**tries** 208:3,16
**trouble** 55:25
**true** 174:13
255:11
**trustees** 1:13
**truth** 255:9,9,9
**truthfully**
115:11

**try** 12:9 13:10
21:7 35:11
45:3 84:5,13
109:22 150:7
163:8 197:22
198:7
**trying** 17:15
20:7 22:13
33:12 83:20
106:6 114:19
133:20 174:14
227:5 231:18
236:18,18
237:5 246:3
**tuesday** 16:2,7
115:2
**turning** 14:11
87:23 249:22
**twice** 48:25
**two** 20:25
21:17 22:4
29:4,6 39:3
48:14,16,23
121:4 145:2
154:19 163:17
164:9,9,12,25
165:4 214:18
218:4 251:22
**type** 20:8
125:24 137:16
139:20
**types** 69:3
83:10 101:9
138:3 139:8,8

**typical** 38:14
95:9 156:17,20
163:16 182:15
**typically** 37:6
38:2 50:6
63:22 65:14
87:4 94:16
156:21 157:8
160:12 169:16
178:22 181:14
185:2 193:21
195:17 198:16
226:7 236:5

**u**

**uh** 234:8
**ultimately**
95:14
**unable** 141:9
**unanimously**
230:17
**unaware**
115:21,24
**under** 10:21
40:8 52:2
71:16 79:25
80:8 83:21
100:20 110:23
117:21 118:16
118:20 119:8
120:16 122:2
126:3,23
132:11 161:4
171:20,22
172:11,18,21
174:2,16 177:5

178:13 195:5
213:9 229:8
246:7,8,11
248:18,21
249:6,9 255:11
**underlying**
121:19 126:7
127:3,5
**understand**
10:19 13:22
14:3,7 23:9
51:25 83:23
84:5 105:10
109:19,22
110:5 120:23
120:25 124:8
124:22 174:14
197:22 198:7
226:17,19
253:24
**understanding**
18:20 28:20
53:15 58:4
67:17 69:24
71:8 72:2
80:21 84:9
88:11,24 89:5
105:3,23
106:25 108:11
108:14 115:16
116:18 131:9
144:19 145:4
147:20,23
148:5 159:24
175:24 176:18

176:22 184:15
184:20 224:18
230:24
**understood**
26:18 37:18
38:19 57:11,19
57:22 63:4
**unfamiliar**
52:19
**unfolded** 115:7
**unfortunately**
182:7
**unique** 139:13
**unit** 8:14 51:11
51:18 91:24
92:8 140:15,22
188:20 189:3
244:23 245:6
**united** 1:2 8:19
**universe**
186:15 206:2
**unknown** 1:16
**unqualified**
193:14
**unusual** 39:22
155:5 193:11
**upcoming**
49:23 180:10
**update** 39:19
193:21 195:19
236:22
**updated** 96:13
140:8 237:2
**updates** 46:8
156:24 157:15

**upload** 74:8
144:8
**uploaded** 190:3
**uploading**
222:20
**use** 40:6 53:2
67:5 72:11,18
98:19 100:6
107:20 108:25
125:21 202:4
231:18
**used** 57:5 65:4
66:20 80:15
89:23 90:12
95:23,24 97:4
98:15 99:3
104:2 107:20
113:20,23
145:20 239:15
254:13 256:19
**useful** 199:22
**using** 98:12
127:6 139:24
142:12 146:17
**usually** 30:21
163:17 181:10
**utilization**
226:12
**utilize** 72:22
**utilized** 142:2
198:22 207:4

**v**

**v** 5:8 8:17
**vacancy** 28:12
28:17

**vague** 115:6
**valuable** 55:3
　126:4
**value** 53:22
　54:6 88:15
　89:2 94:19
　166:14 244:4,5
**vanguard**
　152:6,9,17
　185:4 188:6
**variable** 105:14
　105:14
**variation**
　149:23
**variety** 61:22
　70:5 119:14
　166:8 195:6
　208:5 214:13
　214:17 236:5
**various** 63:18
　79:12 149:6
　205:25
**veritext** 2:9
　8:23 9:2
　254:15
**version** 73:10
　76:4 86:18
　92:12 101:15
　112:5 115:19
　115:22,23,25
　122:9 140:4
　143:25 145:6
　147:3,7,9
　235:11

**versions** 146:23
　168:14 235:6,7
**versus** 95:23
　99:7,8 117:5
　118:2 121:6
　149:23 165:15
　165:16 184:16
　185:7 225:17
**vi** 161:5
**vice** 43:10,20
　43:23 148:12
　217:20 218:22
　218:24 220:5,7
　226:5
**video** 8:15 12:8
　245:5
**videographer**
　3:16 8:3,24
　9:21 51:9,16
　56:2 91:22
　92:6 123:7,11
　123:17 140:13
　140:20 188:19
　188:25 244:21
　245:4 254:10
**view** 49:11 94:5
　107:10 169:24
　170:2 180:6
　238:10
**viewed** 90:16
　91:12 108:7,8
　109:6 238:18
**viewing** 182:7
**viewpoint**
　209:19

**viewpoints**
　214:17
**views** 200:21
　208:13 239:4
**vintage** 117:5,7
　172:8 173:22
**vintages** 67:20
　171:8 172:11
　173:3 175:13
**virtually** 8:7
**volatile** 49:11
**volatility** 88:8
　89:8
**vs** 1:12

**w**

**wait** 11:21,23
　202:10 203:12
**waiting** 190:6
　191:6 227:20
　228:12
**waive** 7:13
　250:12
**waiver** 250:24
　252:6,8,25
**waivers** 251:14
　252:6
**waiving** 203:22
**walk** 37:9
　192:12,18
**walnut** 3:4
**want** 18:24
　35:9 51:2
　83:23 97:7
　106:20 107:7
　118:6 123:7

**126:25 138:7
　170:14 189:4
　193:22 194:14
　197:10 200:5
　208:12,12
　209:23,23
　225:15 236:10
**wanted** 35:7
　40:10 56:19
　61:5,6,11 64:6
　66:4 77:14,16
　77:19 90:22,24
　105:21 108:3,4
　115:3 123:21
　125:18 127:3
　149:16 166:15
　167:5,6,7
　215:5 237:7,13
　237:17,23,24
　254:3
**wanting** 48:19
　180:11
**wants** 32:14
　39:15,15
**warrant** 158:21
　162:18 177:10
**warranted**
　162:21 178:24
**warrants**
　190:23 210:25
**watch** 99:18
　101:21 175:7
　176:20
**way** 20:23
　35:10 86:15

**[way - work]**                                                           Page 64

95:10 102:12
119:24 124:20
126:19 166:18
170:2 190:13
208:7 221:19
224:14 232:13
232:14 234:22
**ways**  190:11
**we've**  35:7 51:6
54:22 58:12
59:3 108:6
146:24 190:9
214:7,8 223:18
223:19 224:21
251:4
**weaknesses**
226:18
**wealth**  52:15
240:22 242:19
242:20
**week**  10:11
15:13,25 16:2
16:7 114:16,22
115:2 160:13
160:18 164:12
254:7
**weekend**
114:17
**weeks**  21:17
39:3,3,25
48:22 114:13
**weigh**  101:18
**weight**  102:18
**weighted**
113:18

**weighting**
102:2 104:10
106:25 110:14
125:2,8,10
138:20 142:7
**weightings**
66:24 113:20
113:23
**weird**  57:14
**welcome**  51:20
92:10 245:8
**went**  13:11
19:18 20:9,12
22:2 23:18
24:20 33:3
40:17 60:14
80:14 81:11
82:9,12 86:20
93:2 99:6
108:13 112:5
115:6 123:6
130:11,13
154:5 163:5
164:24 165:16
180:22 194:19
206:15,19
217:21 236:10
236:16
**whatsoever**
53:11
**wholistic**  65:3
101:10
**wide**  149:20,20
149:22 166:8
214:12

**wilhelm**  217:8
218:17,21
**willing**  202:4
**wisenbaker**
43:8 219:21,22
220:3 230:19
233:4
**witness**  6:4
8:12 9:23
16:20 18:12
20:4,22 21:15
23:5 25:16
33:6 35:18
37:25 42:19
43:16 55:13
57:8,18 65:13
71:13 72:6
74:12 76:15
80:24 82:11
83:17 85:12
89:22 93:16
94:15 97:15
103:10 104:17
106:5 107:6
108:20 110:17
111:11 112:14
112:25 114:4
114:14 115:13
116:14 117:10
117:25 118:18
120:7 121:17
124:7,20 125:9
127:22 128:19
129:5 132:6
134:6,18

136:18 138:6
138:22 142:11
143:12 144:9
145:15 147:2
148:2,4 150:15
151:18 154:10
155:18 161:15
169:21 174:12
174:22 176:6
178:6,17 186:8
186:18 187:7
188:4 190:17
199:19 200:20
203:9,14
204:14 211:13
213:20,23
215:12,13,20
225:15,21
228:25 229:23
231:23 235:18
236:25 238:17
239:13 240:7,9
243:16 244:15
245:23 248:7
248:11 252:12
253:7 255:12
255:14 256:2
**witnesses**  254:8
**word**  40:7 67:5
231:19
**words**  90:12
**work**  15:12
17:21 18:5
66:10 133:18
155:3 222:17

[work - zoom]

237:23

**worked**  19:15
29:17 237:11

**workforce**
229:7

**working**  30:8
189:24 197:11
203:8

**worries**  27:20

**worthwhile**
84:10

**worthy**  101:4
158:17

**writing**  246:15

**written**  79:18
79:23 80:6
123:22 196:15
235:15

**wrong**  123:6
244:16

---

**x**

---

**x**  4:2,8

---

**y**

---

**yeah**  74:11
103:19 138:13
192:7 194:3
223:14 244:13
247:24

**year**  31:14 45:5
48:11 67:21,22
73:22 93:20,20
93:21 104:6,13
105:4 113:13
113:15 121:5

123:23,23
124:11 130:11
130:12,14,14
145:2,3,5
146:17 171:13
171:14,18,22
172:10,12,22
173:2,3,7,13,22
174:6,24 177:7
178:14 184:7,8
226:10,11
232:7,12

**years**  11:9 13:6
13:11,13 24:13
24:16 25:20
39:8 44:3
48:15 49:2
53:19 59:16
75:19 77:4
97:20 98:6
99:3,6 168:15
168:20 190:19
224:10

**yesterday**
15:17

**york**  29:23

---

**z**

---

**zero**  121:7
123:25 124:4,4
124:13,17,17

**zoom**  2:3 10:18
11:11,13

Federal Rules of Civil Procedure

Rule 30

(e)  Review By the Witness; Changes.

(1)  Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A)  to review the transcript or recording; and

(B)  if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2)  Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.


DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the

foregoing transcript is a true, correct and complete

transcript of the colloquies, questions and answers

as submitted by the court reporter. Veritext Legal

Solutions further represents that the attached

exhibits, if any, are true, correct and complete

documents as submitted by the court reporter and/or

attorneys in relation to this deposition and that

the documents were processed in accordance with

our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining

the confidentiality of client and witness information,

in accordance with the regulations promulgated under

the Health Insurance Portability and Accountability

Act (HIPAA), as amended with respect to protected

health information and the Gramm-Leach-Bliley Act, as

amended, with respect to Personally Identifiable

Information (PII). Physical transcripts and exhibits

are managed under strict facility and personnel access

controls. Electronic files of documents are stored

in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.