# Exhibit L

Page 1

1          IN THE UNITED STATES DISTRICT COURT

2        FOR THE SOUTHERN DISTRICT OF DISTRICT OF TEXAS

3

     MARY LALIBERTE, et al.,        )

4                                    )

                    Plaintiffs,      )

5                                    )

         vs.                         )  No. 4:22-cv-03290(AHB)

6                                    )

     QUANTA SERVICES, INC.,          )

7     et al.,                         )

                                     )

8                    Defendants.      )

     _____)

9

10

11

12          DEPOSITION VIA VIDEOCONFERENCE OF

13          RICHARD A. MARIN, an expert witness

14          herein, taken by Morgan, Lewis &

15          Bockius, LLP, at Escondido, California,

16          at 9:01 a.m., Friday, October 18, 2024,

17          before Bonnie Ann Grose, CSR 11703.

18

19

20

21

22

23

24

25          Job No. CS6946843

Page 2

1      APPEARANCES OF COUNSEL:

2

3      For Plaintiff and Witness:

4      MILLER SHAH, LLP

5      BY ALEC J. BERIN (Via videoconference)

6      1845 Walnut Street, Suite 806

7      Philadelphia, Pennsylvania 19103

8      (610) 891-9880

9

10     For Defendant:

11     MORGAN, LEWIS & BOCKIUS, LLP

12     BY JEREMY P. BLUMENFELD  (Via videoconference)

13        KERI L. ENGELMAN (Via videoconference)

14        MARIA DeCASTRO (Via videoconference)

15        MATTHEW McKENNA (Via videoconference)

16     1701 Market Street

17     Philadelphia, Pennsylvania 19103

18     (215) 963-5000

19     Jeremy.blumenfeld@morganlewis.com

20

21

22

23

24

25

Page 3

1    APPEARANCES OF COUNSEL (Continued):

2

3    For Defendant:

4    QUANTA SERVICES LEGAL COUNSEL

5    BY CAROLYN CAMPBELL (Via videoconference)

6    2727 North Loop West

7    Houston, Texas 77008

8    (713) 629-7600

9

10   Also Present:  JASON CHAROUS (Via videoconference)

11                  JEFF NICHOLS, Videographer

                                    (Via videoconference)

12

13

14                        I N D E X

15   WITNESS:  RICHARD A. MARIN

16   EXAMINATION BY:                      PAGE

17   MR. BLUMENFELD                        6

18

19

20

21

22

23

24

25

Page 4

```
 1                     E X H I B I T S
 2      DEFENSE      DESCRIPTION              IDENTIFIED   MARKED
 3      Exhibit 1    Expert report                7         232
 4      Exhibit 2    Investment Policy           37         232
                     Statement
 5
        Exhibit 3    Dr. Wermers' report         78         232
 6
        Exhibit 4    2016 Q4 Investment          90         232
 7                   report
 8      Exhibit 5    Marin SP vs. Potential     150         232
                     Alternative Funds,
 9                   Q4 2016, 3 year
10      Exhibit 6    Daily Pricing Returns,     172         232
                     Asset Allocation
11
        Exhibit 7    Complaint                  185         232
12
        Exhibit 8    Rebuttal report            207         232
13
        Exhibit 9    Bear Stearns Profit        221         232
14                   Sharing Plan 2005,
                     Form 5500
15
        Exhibit 10   Bear Stearns Profit        221         232
16                   Sharing Plan 2006,
                     Form 5500
17
        Exhibit 11   Bear Stearns Profit        221         232
18                   Sharing Plan 2007,
                     Form 5500
19
20
21
22
23
24
25
```

Page 5

1    ESCONDIDO, CALIFORNIA          FRIDAY, OCTOBER 18, 2024

2                    8:59 A.M.

3                      ***

4        THE VIDEOGRAPHER:  Good morning.  We are going on

5    the record at 8:59 a.m. on October 18th, 2024.  This is

6    Media Unit 1 of the video-recorded deposition of          08:59:58

7    Richard Marin taken by Counsel for Defendant in the

8    matter of Mary Laliberte, et al. versus Quanta Services,

9    Inc., et al. filed in the United States District Court

10   for the Southern District of Texas.  The case number is

11   4:22-cv-03290(AHB).

12       This deposition is being conducted remotely using

13   virtual technology.  My name is Jeff Nichols           09:00:29

14   representing Veritext Legal Solutions, and I'm the

15   videographer.  The court reporter is Bonnie Ann Grose

16   from the firm Veritext Legal Solutions.

17       Counsel will now please state their appearances and

18   affiliations for the record starting with the noticing

19   attorney, please.

20       MR. BLUMENFELD:  Good morning.  Hi.  This is

21   Jeremy Blumenfeld from Morgan Lewis on behalf of the

22   defendants.  We also have on behalf of defendants

23   Matthew McKenna from Morgan Lewis, Keri Engelman from      09:00:57

24   Morgan Lewis, Maria DeCastro from Morgan Lewis,

25   Carolyn Campbell, in-house Counsel at Quanta, and

Page 6

1      Jason Charous, consultant, helping us in connection with

2      the matter.

3          MR. BERIN:  Good morning.  Alec Berin from Miller

4      Shah representing the plaintiff and the witness in

5      today's proceeding, Mr. Richard Marin.

6          THE VIDEOGRAPHER:  Thank you.  Will the court

7      reporter please swear in the witness, and then Counsel,

8      you may proceed.                                    09:01:24

9

10                      RICHARD A. MARIN,

11     an expert witness herein, having been sworn, testifies

12     as follows:

13

14                      -EXAMINATION-

15

16         BY MR. BLUMENFELD:

17         Q.  Thanks, Mr. Marin.

18         Can you see me okay?

19         A.  I can, yes.

20         Q.  And you can hear me okay?

21         A.  Yes, I can.

22         Q.  Terrific.

23         I know you've been deposed many times, so I'm not

24     really going to go through the ground rules you might

25     typically hear at the beginning of the deposition.

Page 7

1    There's a lot of stuff I want to cover, but I also        09:01:59

2    recognize there are technology issues that sometimes

3    arise.  If you have a problem, and you have trouble

4    either hearing me or seeing me or looking at a document

5    or what have you, please just let me know, and we'll

6    either take a break or figure out a way to solve that.

7         Okay?

8         A.  Very good.

9         Q.  Great.  We can take a break approximately every

10   hour or so.  Just let me know, and we'll find a good

11   time to do so at your leisure.

12        A.  Okay.  Thank you.

13        Q.  Sure.                                            09:02:30

14        You were recently an expert in connection with the

15   Genworth ERISA class action; correct?

16        A.  Correct.

17        Q.  And you were also an expert in connection with

18   the Prudential ERISA class action?

19        A.  Correct.

20        Q.  Any other ERISA class actions in which you have

21   provided an expert report?

22        A.  Yes.

23        Q.  What cases?

24        A.  I think they were all attached to my report, if  09:02:59

25   I may reference that.

Page 8

1        Q.   Sure.  If you need to do that, that's fine.  So

2    let's start by marking that as an exhibit so it's

3    formally in the record.

4        A.   Okay.

5        Q.   Exhibit 1 to your deposition is a copy of your

6    August 1, 2021 expert report.

7        A.   Correct.

8        Q.   I see you have a hard copy of that document.

9        A.   I do.  The only thing I didn't bother to do is

10   print off exactly what you're asking me to reference        09:03:30

11   right now, which is my own resume and my own listing of

12   cases.  But to the best of my recollection, there have

13   been several other ERISA cases.  One was the DST case

14   several years ago and --

15       Q.   Mr. Marin, it's important to me that I get a

16   truthful and complete answer, so if you want to look at

17   your expert report that you were able to download a        09:03:57

18   couple of minutes ago just to make sure we get them all.

19       A.   Okay.  Will do.  I'm referencing this right

20   now.  Okay.  Okay.  Let me just -- Let's see here.        09:04:14

21   Okay.  Those were foreign pension funds, so not that.

22        The DST systems I mentioned already.

23        Iowa Public Employees Retirement System case, which

24   was a securities lending class action brought against        09:04:55

25   where I represented the plaintiff against mostly all of

Page 9

1          the prime brokerage firms in the country representing

2          Iowa Public Employee Retirement Systems.

3               Los Angeles County Employee Retirement System,

4          Orange County, Sonoma County Retirement, so that was

5          another case.  Let's see.  I don't believe that's an --   09:05:27

6          we said Prudential, we said Genworth, and that would be

7          it.

8               Q.  Great.  Thank you.

9               The Iowa Public Employees Retirement System versus   09:05:57

10         Bank of America et al. case?

11              A.  Yes.

12              Q.  Do you know what that case was about?

13              A.  Yes.  It was basically about securities lending

14         and the transparency or lack thereof that prime brokers

15         use when they represent -- when they borrow securities

16         from major ERISA funds like Iowa Public Retirement

17         System.

18              Q.  Okay.

19              And are you confident that the claims in that case   09:06:28

20         were, in fact, ERISA claims?  And I ask because the Iowa

21         Public Retirement System is a public entity.

22              A.  Yes, yes.  Okay.  The answer -- the answer

23         is -- no, you're correct.  It may not have been ERISA

24         claims.  Thank you for reminding me of that.  They were

25         indeed retirement systems.  They're non-retirement-based

Page 10

```
 1        ERISA claims because they're public funds.  You are    09:06:59

 2        correct.

 3            Q.  Got it.

 4            And did anything in that case involve evaluating

 5        investment options in any retirement systems?

 6            A.  No.

 7            Q.  What was the DST case about?

 8            A.  The DST case was a case involving a 401K plan

 9        of DST systems, and it had to do with -- it was an

10        arbitration, and it had to do with the excess          09:07:29

11        concentration in one particular stock that basically

12        harmed the participants through over-concentration, and

13        it was a case initially brought against both the

14        committee of the plan sponsor as well as the investment

15        manager involved.  Investment manager settled early, and  09:07:59

16        then it continued as an arbitration against the

17        committee of the plan sponsor and was heard on the basis

18        of five to seven individual participants of the

19        400-some-odd participants in the plan.  So we basically

20        had individual arbitrations representing groupings of    09:08:27

21        those participants over the course of 18 months, so sort

22        of one set of arbitration hearings every week for 18

23        months or so.

24            Q.  You testified in one arbitration hearing a week

25        for 18 months?
```

Page 11

1          A.  Yes.

2          Q.  And how long was your testimony in each of

3     these arbitrations?

4          A.  Well, they used an agreed-upon technique for     09:08:54

5     the expert testimony of having one question and

6     cross-examination session recorded.  They played the

7     recorded expert sessions for those arbitrators during

8     the week, and then on Fridays of each week, literally

9     each week, I was asked, as were the other experts, to be  09:09:29

10    available for questions from the arbitration panel or

11    questions from either of the two opposing Counsels, so

12    it was -- I didn't have to repeat myself every week.

13    They used the recordings for that, but I almost always

14    had to answer some questions each week from the

15    different arbitration panels.

16         Q.  Okay.

17         And the stock that was at issue in the DST systems

18    case was Valient Pharmaceuticals; correct?

19         A.  That's correct.

20         Q.  And the mutual fund that was being challenged

21    the in the DST Systems case, what was the concentration

22    of that fund in Valient Pharmaceuticals?

23         A.  It ranges over the referenced period from,

24    let's say, 20 percent of the fund to 47 percent of the

25    fund.                                                      09:10:30

Page 12

1          Q.  And your opinions in that case was that that

2     was an excessive concentration in a single security and

3     made the fund an imprudent investment choice?

4          A.  Yes.

5          Q.  Did you employ a methodology looking at

6     three-year performance and five-year performance similar

7     to what you did in this case in the DST Systems case?

8          A.  Well, this is going back three or four years

9     now.  I would have to go back and reference that          09:10:57

10    information, but it wouldn't surprise me if I used -- we

11    used three- and five-year averaging.  I just don't

12    recall offhand.

13         Q.  Okay.

14         And do you have copies of any arbitration decisions

15    involving the DST systems case?

16         A.  No, I don't.

17         Q.  Do you know if there were written explanations

18    with opinions?

19         A.  I do not, but I'm sure that's available through  09:11:29

20    the system.  I was just told in general the outcome by

21    the attorneys involved, and they were generally fairly

22    pleased with the outcome of those arbitrations, and they

23    felt that they had received adequate compensation for

24    their participants in the order of magnitude of hundreds

25    of millions of dollars, is what I was told.  I didn't

Page 13

1       see it in writing.  I was merely told that.         09:11:57

2            Q.  Okay.

3            DST Systems didn't involve any target date funds;

4       correct?

5            A.  No.

6            Q.  The Iowa Public Employees Retirement System

7       case didn't service any target date funds; correct?

8            A.  Correct.

9            Q.  And the Prudential case didn't involve any

10      target date funds?

11           A.  No, I don't believe it did.

12           Q.  The Genworth case did involve target date

13      funds, specifically the BlackRock target date funds;    09:12:26

14      right?

15           A.  That's correct.

16           Q.  Are there any other cases on your CV in which

17      you have testified as an expert that involve target date

18      funds whether it's an ERISA case or not?

19           A.  Not that were of issue.  In other words, for

20      all I know the DST fund may have had a target fund

21      sleeve, but it wasn't at issue, so it wasn't a focus of

22      mine.

23           Q.  Thank you.  I appreciate the clarification.

24           Mr. Marin, are you a participant in any 401K plans   09:12:59

25      today?

Page 14

1          A.  No.

2          Q.  Have you been in the last 20 years?

3          A.  Yes.

4          Q.  What plans?

5          A.  Last 20 years?  Well, I was -- Slightly more

6     than 20 years ago I was in the Bankers Trust Company.

7     Had a 401K plan.  I was in the Bear Stearns 401K plan, I    09:13:24

8     was in the Deutsche Bank 401K plan, and have been in

9     several others with some smaller businesses that I

10    became affiliated with.  All of them have been put into

11    rollover IRAs at this point, so I'm not still in any

12    401K plans at this point.

13         Q.  Got it.

14         Do you still have the rollover IRAs?              09:13:58

15         A.  Yes.

16         Q.  How many do you have?

17         A.  I have two.

18         Q.  Okay.

19         I don't need to know the amounts that are invested

20    in the rollover IRAs, but can you tell me what they are

21    invested in?

22         A.  I was raised -- because I was the senior       09:14:26

23    fiduciary at Bankers Trust Company for many years and

24    was always cognizant of the need to be careful about

25    conflict of interest, so I never managed my own funds.

Page 15

1    I always either had them managed by other people,

2    outside managers, so my IRA funds are managed by JP

3    Morgan Asset Management.                              09:14:59

4         Q.  Both of them, both of the rollover IRAs?

5         A.  Yes.

6         Q.  Okay.

7         Are they invested in mutual funds?

8         A.  Well, I have to be honest with you.  I don't

9    look at them very often, but I imagine there are some.

10        Q.  Can you identify for me what mutual funds you

11   are invested in?

12        A.  No, I cannot.  I literally take a hands-off    09:15:26

13   approach to my own investments.

14        Q.  You don't monitor your own investment on a

15   quarterly basis?

16        A.  Oh, I monitor them, but I don't, let's say, get

17   involved in the grand detail.  I have

18   investment-management people that I've had for over 20

19   years, and I put my trust and faith in them, because

20   like I said, for my entirety of my professional career I

21   have taken a hands-off approach to avoid any potential    09:15:58

22   semblance of conflict of interest.

23        Q.  Okay.

24        Do you know if you're invested in any target date

25   funds today?

Page 16

1          A.  I don't believe I am, no.

2          Q.  Okay.

3          But you don't know what you are invested in?

4          A.  I am -- I cannot recite my investments, no.

5          Q.  Okay.

6          And you don't review your current investments

7      against some sort of benchmark on a quarterly basis?

8          MR. BERIN:  Object to form.                       09:16:29

9          THE WITNESS:  I have regular meetings with my

10     investment managers, and we discuss performance in

11     general.

12         MR. BLUMENFELD:

13         Q.  You don't discuss performance against the

14     benchmarks of the investments that you are invested in

15     on a quarterly basis or annual basis or on any sort of

16     basis?

17         A.  No, not very often.

18         Q.  Okay.

19         When was the last time you had such a meeting?

20         A.  Well, I used to be -- My accounts used to be    09:17:00

21     handled at First Republic Bank, and there was a

22     transition bringing them all into JP Morgan, so that all

23     occurred in May of this year.

24         Q.  So you had a meeting with the folks at JP

25     Morgan in May of this year?

Page 17

1      A.  Well, I talk to them more regularly than that,

2   but we had a specific discussion about them -- the        09:17:29

3   accounts when they transferred over in May of this year,

4   and I probably talked to my investment manager there.

5   And I met with him once since then probably in August,

6   and I've probably talked to him about it on the phone on

7   one issue or another a half a dozen times.

8      Q.  Okay.

9      You don't remember from your meeting in August of

10  this year what investments you hold?                       09:18:00

11     A.  No.

12     MR. BERIN:  Object to form.

13     MR. BLUMENFELD:

14     Q.  Okay.

15     And when your funds were managed by First Republic,

16  do you know what you were invested in during that time

17  period?

18     A.  No, but I know that there hasn't been much

19  change as it's transitioned from First Republic to JP

20  Morgan other than normal portfolio rebalancing.

21     Q.  How long was your money managed by First         09:18:29

22  Republic?

23     A.  I'm going to say 20 to 25 years.

24     Q.  And as you sit here today, you can't identify a

25  single mutual fund that you are invested in during that

Page 18

1      20-to-25-year time period?

2          A.  You know, let me just repeat it for you,

3      Jeremy.  I was brought up to stay hands-off on my own      09:18:58

4      personal investments, so I don't review them in

5      specificity.  I leave that to my investment managers who

6      are trusted advisors for me.

7          Q.  Do you know what criteria First Republic used

8      to monitor the investment options -- excuse me, not the

9      investment options.

10         Do you know what criteria First Republic used to

11     monitor the investments that it was managing in your      09:19:29

12     account?

13         A.  No.

14         Q.  Do you know the criteria that JP Morgan

15     currently uses to monitor the investments that it is

16     managing for you?

17         A.  Not specifically, no.

18         Q.  Do you know generally?

19         A.  I'm familiar with JP Morgan's

20     investment-management area because they were a

21     competitor of ours for many, many years, but I don't

22     know specifically what methodologies they use in      09:19:56

23     managing their investments, no.

24         Q.  So you don't know what criteria JP Morgan

25     currently used to select investments for you; correct?

Page 19

1          A.  I know -- I know my investment manager very

2      well, and I know that his approach hasn't changed from

3      First Republic to JP Morgan.

4          Q.  Okay.

5          Can you answer my question?

6          A.  Would you repeat it, please?

7          Q.  Do you know what criteria JP Morgan uses to

8      select investments for your account?

9          A.  Not that I can recite to you and specify to

10     you, no.

11         Q.  Okay.

12         Do you know what criteria JP Morgan uses to monitor

13     the investments that are in your account?

14         A.  They use normal monitoring methodologies used     09:20:59

15     by major money-management firms.

16         Q.  Can you be more specific than that?

17         A.  No, I cannot.

18         Q.  Okay.

19         And do you know what criteria First Republic used

20     to select the investments that it was including in your

21     account?

22         A.  It has been done over many years, so the answer

23     is no.

24         Q.  Okay.

25         And do you know what criteria First Republic used     09:21:28

Page 20

```
 1        to monitor the investments that were in your account?

 2            A.  Not specifically, no.

 3            Q.  Does SEDA Experts have a defined contribution

 4        plan?

 5            A.  I'm not an employee of SEDA.  I am -- meaning a

 6        W-2 employee.  I do, I guess you'd call it, gig work in   09:22:00

 7        terms of doing expert witness work.  I'm a 1099

 8        recipient, so I'm not familiar with their retirement

 9        plans because I don't participate in them.

10            Q.  Do you know if they have one?

11            A.  No, I don't.  I don't know specifically.

12            Q.  Okay.

13                And I take it, then, you're not a fiduciary of the

14        SEDA Experts' 401K plan?                                   09:22:27

15                You're not involved at all in the SEDA Experts'

16        401K plan if such a plan exists?

17            A.  No.

18            Q.  And if the SEDA Experts' 401 plan has target

19        date funds in it?

20            A.  No, I don't.

21            Q.  Aside from your work as an expert in the

22        Genworth case and in this case, do you have any other

23        experience in connection with your work at SEDA that

24        relates to target date funds?

25            A.  No.
```

Page 21

1          Q.   You also list in your CV that you did work for        09:23:01

2    Low Emissions Resource Corporation?

3          A.   Yes.

4          Q.   Does that have a defined contribution plan?

5          A.   They did not have a defined contribution plan,

6    no.

7          Q.   Did Low Emissions Resource Corporation have        09:23:34

8    anything to do with target date funds?

9          A.   No.

10         Q.   When you were at Low Emission Resource

11   Corporation, did you do any work on defined contribution

12   plan investment and monitoring, whether it's target date

13   funds or anything else?

14         A.   For that company, no.

15         Q.   For anybody?

16         A.   Well, you're talking about a period of time

17   when I was teaching, and because I teach courses in the        09:23:59

18   investment area and in the pension area, and indeed it

19   was during those years I was doing expert witness work,

20   the answer is yes, I had involvement to the extent that

21   it came into the issues of expert witness work or my

22   teaching.

23         Q.   Was your teaching done in connection with

24   anything from Low Emissions Research Corporation?        09:24:30

25         A.   No.

```
                                                    Page 22
 1          Q.  And your testifying work was also not in

 2     connection with Low Emissions Research Corporation;

 3     correct?

 4          A.  No.

 5          Q.  Okay.

 6          Do you know the name of the textbooks you used to

 7     teach?

 8          A.  I generally didn't use textbooks because I

 9     teach the practicum generally, and therefore I pulled

10     together materials.  I had sort of reading packages of   09:24:58

11     different excerpts from books and different excerpts

12     from articles and other information available to teach

13     from, not a specific textbook.

14          Q.  You would pull together portions of certain

15     books and portions of certain articles?

16          A.  Yes.

17          Q.  Do you remember the names of any of them?     09:25:29

18          A.  No, not offhand.

19          Q.  Okay.

20          You also list on your CV work you did for New York

21     Wheel, LLC?

22          A.  Correct.

23          Q.  Did that have a defined contribution plan?

24          A.  Yes.  I believe it did for a short period of

25     time, and that plan was managed by our payroll company.
```

Page 23

```
1      This was a small company, and I had since been rolled      09:25:52

2      over into my overall rollover IRA.

3           Q.  Do you recall what investment options were in

4      the New York Wheel, LLC defined contribution plan?

5           A.  No, I don't recall.

6           Q.  Do you recall if there were any target date

7      funds in it?

8           A.  I don't recall.

9           Q.  And did you play any role with regard to the

10     defined contribution plan at New York Wheel?

11          A.  Well, I was the CEO, and as such I was involved   09:26:29

12     in approving the use of the plan.  But no, I wasn't

13     involved on a regular basis at that point.

14          Q.  Were you a fiduciary for the New York Wheel

15     plan?

16          A.  No.

17          Q.  This says on your CV that you were there from

18     2011 to 2018; correct?

19          A.  Correct.                                          09:27:00

20          Q.  And I just want to be clear about this.

21          You don't remember now whether that plan offered

22     any target date funds?

23          A.  Well, the plan wasn't available the whole time

24     of my employment.  It was just available for a period of

25     time, and the answer is no, I don't remember.
```

Page 24

1          Q.  Okay.

2          What period of time was it available?

3          A.  I -- I don't have the dates on the top of my

4     fingers.  I'm going to guess that out of those six or     09:27:29

5     seven years it was probably available for three.

6          Q.  You think it was the last three?

7          A.  No.  I think it was probably the middle three.

8          Q.  Okay.  Thank you.

9          Approximately how many employees did New York Wheel

10    have?

11         A.  Direct employees, because we tended to use

12    contractors a lot, direct employees probably as many as     09:27:56

13    ten.

14         Q.  And who was the payroll company that you said

15    managed that 401K plan?

16         A.  I've forgotten the name.

17         Q.  Did Ironwood Global have a defined contribution     09:28:26

18    plan?

19         A.  No.

20         Q.  Does Ironwood Global have anything to do with

21    target date funds?

22         A.  No.

23         Q.  Did Ironwood Global evaluate mutual funds?

24         A.  No.

25         Q.  You also worked for a company called Africa     09:28:57

Page 25

```
1        Israel Investments?

2             A.   Correct.

3             Q.   Did that have a defined contribution plan?

4             A.   No, they did not.

5             Q.   Did Africa Israel Investments have anything to

6        do with target date funds?

7             A.   No.

8             Q.   Did it have anything to do with mutual funds?

9             A.   No.

10            Q.   What's Duff Capital?                        09:29:32

11            A.   Duff Capital was a startup hedge fund platform

12       that was, you know, highly funded by a private equity or

13       venture capital firm, and I acted as a consultant to

14       them for about a year.

15            Q.   What did you do for Duff Capital?

16            A.   I worked specifically on securities-lending   09:29:59

17       platforms and overall pension marketing plans for how to

18       market the fund into defined benefit and eventually

19       defined contribution plans.

20            Q.   Was Duff Capital operating a mutual fund?     09:30:27

21            A.   No.

22            Q.   What kind of investment was it?

23            A.   It was a multi-strategy hedge fund.

24            Q.   That you were trying to sell to defined benefit

25       and defined contribution plans?
```

Page 26

1          A.  Well, during the year when I acted as a

2     consultant to them they were in the formative stages.

3     This was, as I said, an extremely well funded,

4     400 million-some dollars as I recall, a hedge fund        09:31:00

5     platform to go after a very large universe of investors,

6     and as such they were looking to figure out how to

7     position their hedge fund to take advantage of issues

8     like platform-based institutional securities lending and

9     also how to position themselves to go after defined --    09:31:28

10    large blocks of defined benefit money, eventually --

11    didn't get to this point but eventually then how to

12    create sleeves that would have qualified as mutual

13    fund-type sleeves for defined contribution.

14         Q.  Do you know if that ever happened?

15         A.  I don't believe the last part ever happened.

16    Duff Capital basically went into extinction when the     09:31:56

17    markets collapsed hard in 2008 and 2009.

18         Q.  Do you know when Duff Capital was formed?

19         A.  Well, I believe it would have been the middle

20    or the end of 2007.

21         Q.  Did it have any pension fund investors?

22         A.  At that point, no.                               09:32:30

23         Q.  Sorry.

24         When you say "at that point," do you mean --

25         A.  At the point when I was involved with it, which

Page 27

1    was basically from the beginning of 2008 until the end

2    of 2008.  October or so of 2008 they did not have any

3    pension fund investors.  They were merely in the

4    preparation, platform-building stage during that year.    09:32:56

5         Q.  On your CV you also identify that you worked

6    for Bear Stearns Assets Management from 2003 to 2007; is

7    that correct?

8         A.  That's correct.

9         Q.  Bear Stearns did have a 401K plan?

10        A.  They did.

11        Q.  You were a participant in it?

12        A.  I was.

13        Q.  Do you recall any of the investments that you

14   invested in within the Bear Stearns 401K plan?

15        A.  No.  That's too long ago.  I don't remember.

16        Q.  Okay.

17        Did you play a role in connection with the Bear    09:33:29

18   Stearns 401K plan aside from as a participant in it?

19        A.  No.

20        Q.  You weren't a fiduciary for the plan?

21        A.  Well, I was effectively the senior fiduciary

22   for the buy side of the business since I was chairman

23   and CEO of Bear Stearns Asset Management, so that had

24   less -- That did not have anything to do with managing    09:33:57

25   the defined contribution plan of the firm overall, but I

Page 28

1    was senior fiduciary for the 50 to 60 billion dollars

2    that we managed for others including defined benefit and

3    defined contribution plans.

4           Q.   Okay.

5           A.   And there were a number of mutual funds there,

6    yes.

7           Q.   There were a number of Bear Stearns mutual

8    funds?

9           A.   Correct.

10          Q.   That Bear Stearns offered to third-party        09:34:29

11   defined contribution plans that might want to invest in

12   them or other investors that might want to invest in

13   them?

14          A.   Correct.

15          Q.   Do you know if the Bear Stearns 401K plan

16   invested in any of them?

17          A.   I believe they did, yes.

18          Q.   Do you recall which ones?

19          A.   No.

20          Q.   Am I right that your experience with respect to

21   investments really derives from your time at Bear         09:34:59

22   Stearns and Beehive Ventures and Deutsche and Bankers

23   Trust?

24          A.   Yes, that and teaching.

25          Q.   And teaching and your expert testimony?

Page 29

1        A.   Correct.

2        Q.   But you stopped working at Bear Stearns in

3   2007; correct?

4        A.   That's correct.

5        Q.   So aside from your teaching work that you do

6   and your testifying work, you haven't been involved in

7   the asset-management business really since 2007?        09:35:28

8        A.   Not directly working for the asset-management

9   business, but in almost every position that I worked in

10  we had generally received funding in one form or another

11  from people in the investment-management business.  As

12  an example, in the Africa Israel case many co-investors

13  in transactions that we were involved in; therefore, I

14  had to negotiate with, were indeed defined benefit        09:35:59

15  pension plans, not so much defined contribution but

16  defined pension plans.  So my involvement with the

17  pension community and pension market was extensive

18  during those years even without being actually employed

19  by the asset-management industry.

20       Q.   You resigned your employment with Bear Stearns;  09:36:28

21  correct?

22       A.   I did, yes.

23       Q.   Were you told that you either needed to resign

24  or that your employment would be terminated?

25       A.   No, no.  They specifically wanted me to stay,

Page 30

1     reasons for which might be an interesting issue, but I

2     chose to leave on my own accord.  I was not asked to

3     leave.

4          Q.  And you were the chairman and chief executive

5     of the asset management that lost billions of dollars in   09:36:59

6     connection with some of the specific funds that Bear

7     Stearns was managing; correct?

8          A.  They were two specific hedge funds that, as

9     they say, hit the wall in the beginning of the, let's

10    call it, liquidity crisis, mortgage bank security

11    crisis.  It took large losses.  When I left the firm, I

12    would say the losses were in the range of about           09:37:27

13    $1.5 billion.

14         Q.  And while you were still there, both of those

15    funds actually had to file for bankruptcy; correct?

16         A.  I don't remember the exact date of the filing

17    for bankruptcy, but my guess is they filed at some point

18    after I left my position because I stayed with Bear

19    Stearns for several months, call it six months after I

20    left as head of asset management.  So I believe the

21    filing took place while I was still employed by Bear      09:38:00

22    Stearns, yes.

23         Q.  Did Bear Stearns manage any target date funds?

24         A.  No.

25         Q.  Did it offer any target date funds in the

Page 31

1    marketplace generally?

2        A.  No.

3        Q.  And am I correct that you while you were at        09:38:28

4    Bear Stearns you had no experience with any target date

5    funds?

6        A.  No.  That's not true.  We -- As part of the

7    ongoing mutual fund effort, we spent a lot of time

8    looking into different areas, target date funding one,

9    ETFs being another.  We spent a lot of time in our -- in

10   our sort of planning purposes looking at different ideas    09:38:58

11   of getting involved, but we did not ultimately offer

12   any.

13       Q.  And so when you were at Bear Stearns, you

14   didn't spend any time evaluating the performance of any

15   target date funds to see whether they were reasonable

16   investments or not reasonable investments?

17       A.  Well, as part of the process of deciding

18   whether to go into the market, we looked at competitive

19   funds on a regular basis and examined their performance    09:39:28

20   and how people were building those products to offer

21   into the defined contribution market, so I would say

22   there was an element of evaluation involved, yes.

23       Q.  Do you recall evaluating the Fidelity Freedom

24   Funds?

25       A.  Not specifically, no.

Page 32

1      Q.   Do you recall evaluating any target date funds?

2      A.   Again, the specificity eludes me at this point

3   in time.  That was too long ago, but we did indeed look    09:39:59

4   at a number of different funds.

5      Q.   And do you recall how many target date fund

6   families existed at the time?

7      A.   No, not specifically.

8      Q.   And do you recall what criteria you were using

9   to evaluate the target date funds that you looked at

10  when you were at Bear Stearns?

11     A.   I recall looking at these funds using a series    09:40:28

12  of different methodologies, yes.

13     Q.   Do you recall what the methodologies were?

14     A.   Sure.  I mean, I recall looking at the -- Let's

15  call it the various risk characteristics.  I recall

16  looking at the glide path issues of the different

17  vintages.  I recall looking at the various blends of      09:41:01

18  instruments to be used in those funds.  I recall looking

19  at different Sharpe ratios, Alpha calculations,

20  information ratios, Sortino ratios, all different sort    09:41:26

21  of measurement criteria.

22     Q.   Do you remember specifically looking at with

23  respect to target date funds in the 2003 to 2007 time

24  frame, looking at Sharpe ratios, Alpha, Sortino ratios;

25  correct?

Page 33

1          A.  Yes.

2          Q.  And you recall looking at glide path issues

3     with respect to target date funds in the 2003 to 2007

4     time period?                                          09:41:59

5          A.  Yes.  I think one of the -- one of the things I

6     will mention is that, you know, lifestyle funds was

7     something that was very similar to target date funds, so

8     I guess I would throw lifestyle funds into the same

9     category as target date funds.  These were different

10    versions of the same fundamental product in terms of

11    offering PC participants mechanisms in terms of         09:42:27

12    glide-path-driven investment approach.

13         Q.  Do you know who the consultant was, if there

14    was one, for the Bear Stearns 401K plan?

15         A.  I don't recall.

16         Q.  Do you know if there was one?

17         A.  I'm sure there was, but I don't recall who it

18    was.

19         Q.  And do you know who was on the committee for    09:42:56

20    the Bear Stearns 401K plan to evaluate the investment

21    options in that plan?

22         A.  I don't know specifically.  But again, I knew

23    all of the senior people in the firm, so I could

24    probably make an educated guess.

25         Q.  I don't need you to guess.

Page 34

```
 1          I understand you might know from amongst whom those
 2      people might be, but you don't know who was on the
 3      committee for the 401K plan for Bear Stearns to evaluate  09:43:28
 4      the investment options in that plan?
 5          A.  No.
 6          Q.  The people that you know who were the leaders
 7      of Bear Stearns you know were smart, thoughtful, and
 8      thorough people?
 9          A.  Yes.
10          Q.  Knowledgeable about investments?
11          A.  Yes.
12          Q.  And do you know the criteria that they utilized
13      when evaluating the funds that were in the Bear Stearns
14      401K plan?
15          A.  Not specifically, no.                             09:43:59
16          Q.  Do you know generally?
17          A.  Yes, generally.
18          Q.  Tell me.
19          A.  Well, they would look at risk-return issues.
20      They would look at different ratios.  They would look at
21      different benchmark performance tracking.  They would
22      look at tracking error issues when it comes to passive
23      sums.  They would look at the array that was being
24      offered to make sure it was a fulsome array.  They would  09:44:30
25      look at all of what I would call normal monitoring and
```

Page 35

```
 1        tracking processes that one would use to track a

 2        portfolio of investments.

 3             Q.  Do you think the Bear Stearns fiduciaries would

 4        have looked at all of -- did you say normal things?

 5             A.  Normal investment criteria.                09:44:59

 6             Q.  And did you understand that the Bear Stearns

 7        fiduciaries would remove investment options from that

 8        plan if they thought they were no longer appropriate

 9        choices for plan participants?

10             A.  Yes.

11             Q.  In paragraph 31 of your report, you articulate

12        a set of criteria to use when evaluating investment

13        options; correct?

14             A.  Can I look at my report?                   09:45:29

15             Q.  Yeah.

16             A.  Anywhere specifically in 31?

17             Q.  Paragraph A, B, C, and D and then E.        09:45:58

18             A.  Okay.  Would you like me to read through these?

19             Q.  I mean, you could read through them yourself.

20        You don't need to read them out loud.

21             A.  Yeah.  That's what I meant.

22             Q.  Sure.                                       09:46:21

23             (Pause in the proceedings.)

24             THE WITNESS:  Okay.  I've reviewed it.

25             MR. BLUMENFELD:
```

Page 36

1        Q.  My question was, in paragraph 31 you describe

2    the monitoring criteria for investment options in a

3    defined contribution plan; correct?

4        A.  I do.  And this is specifically referencing

5    this plan, and it specifically references the criteria    09:46:58

6    that are described in the IPS.

7        Q.  Okay.

8        That's a good segue.

9        Is it your opinion in paragraph 31 that these are

10   criteria that apply to the Quanta plan but that don't

11   apply to other defined contribution plans?

12       A.  I know they apply to the Quanta plan.  Each

13   plan is different, so I can't respond as to whether they   09:47:26

14   applied to other plans or not.  They're fairly generic,

15   in my opinion.  There's nothing about them that makes

16   them 100 percent unique to the Quanta plan.  They're

17   similar to other criteria I have seen applied to similar

18   plans.  I mean, they all have benchmarks.  They all have

19   the same kind of ratio examination, the Alphas and the    09:47:55

20   information ratios, and the Sharpe ratios and asset size

21   and that sort of thing and peer group rankings.  So it's

22   similar to other plans, but I can't state specifically

23   if they should be applied to every other plan.  Every

24   plan is unique.

25       Q.  Okay.

Page 37

1          And so you're saying that you applied the

2     monitoring criteria you described in paragraph 31 based    09:48:27

3     on the "Investment Policy Statement" that Quanta had in

4     connection with their plan; correct?

5          A.  Correct.

6          Q.  Okay.

7          You also say, though, in your report that -- in

8     paragraph 29 that these are monitoring criteria that you

9     have used and applied throughout your career.

10         A.  That's correct.

11         Q.  Okay.

12         So it's not just specific to the Quanta plan.

13    These are the criteria that you have seen and used

14    throughout your career at least?                           09:48:58

15         A.  Yes.

16         MR. BERIN:  Object to the form.

17         MR. BLUMENFELD:

18         Q.  And in paragraph 31-E you also define the

19    framework that you're talking about as being customary

20    in the retirement industry.

21         A.  That's correct.

22         Q.  So is it your opinion that plan fiduciaries      09:49:30

23    customarily use the same monitoring criteria that you're

24    describing in paragraph 31?

25         A.  Well, as I said, every plan is unique.  I do

Page 38

1    believe that this is not an unusual framework and that

2    it is more typical than not to what you see in the

3    investment area.                                    09:49:58

4         Q.  Okay.

5         Are you aware of any other plans that used the

6    criteria that you talk about in paragraph 31 in the way

7    you described it in paragraph 31 aside from the Quanta

8    plan?

9         A.  Well, this is not dissimilar.  Just to take one

10   that you've already mentioned, it's not totally

11   dissimilar to what is used at Genworth.

12        Q.  When you say "not dissimilar from what was used  09:50:26

13   at Genworth," is that the only one you can think of?

14        A.  I have worked with so many different defined

15   contribution plans over my career, all I'm going to do

16   is specify that this is similar to what I've seen in

17   many plans.

18        Q.  Okay.

19        When you say it's similar to what you saw in

20   Genworth, are you talking about your opinions in

21   Genworth or what the plan fiduciaries for the Genworth  09:50:56

22   plan were doing?

23        A.  I'm talking about the framework used for

24   evaluating funds in the Genworth plan.

25        Q.  What Genworth used or what you say Genworth

Page 39

1      should have used?

2          A.   What -- what Genworth used and -- and what my

3      experience tells me is normal to be used.

4          Q.   Okay.

5          So you believe that the plan fiduciaries of the        09:51:29

6      Genworth plan used the same framework that you describe

7      as a reasonable framework in paragraph 31 of your

8      report?

9          MR. BERIN:   Object to the form of the question.

10         THE WITNESS:   They're -- I don't want to

11     characterize it as exactly the same.   My sort of

12     overriding comment is that every plan is different.

13     What I'm saying is that this framework is not dissimilar  09:51:56

14     to what is used elsewhere like in Genworth.

15         MR. BLUMENFELD:

16         Q.   And I just want to be clear.

17         When you say "used elsewhere as in Genworth," you

18     offered opinions in the Genworth case; correct?

19         A.   Yes.

20         Q.   And you said the Genworth plan fiduciaries

21     essentially made bad investment decisions by maintaining

22     the BlackRock target date funds in that plan; correct?

23         A.   Yes.

24         Q.   Are you saying that what you described in        09:52:28

25     paragraph 31 of your report in this case here is similar

Page 40

1       to what you described in the Genworth case or similar to

2       what the Genworth plan fiduciaries actually did in the

3       Genworth case?

4              MR. BERIN:  Object to the form.

5              THE WITNESS:  You're getting into an area of

6       specificity in comparing the situations that I'm not

7       comfortable agreeing with.  What I'm saying is that the

8       general framework used to evaluate -- meaning, using      09:52:56

9       benchmarks, using ratio analysis over a period of time,

10      using three- and five-year averaging, those are all

11      similar from what I've seen elsewhere and what I saw in

12      Genworth.

13             MR. BLUMENFELD:

14             Q.  Okay.

15             We'll come back to this.

16             Did Beehive Ventures offer a defined contribution   09:53:30

17      plan?

18             A.  No.

19             Q.  Did it offer any target date funds?

20             A.  No.

21             Q.  Did Deutsche Asset Management have a 401K plan?

22             A.  Yes.

23             Q.  Were you in it?

24             A.  Yes.

25             Q.  Were you a fiduciary of the Deutsche Asset 401K

Page 41

1      plan?

2           A.  Yes.

3           Q.  You were responsible for selecting the          09:53:58

4      investment options for the Deutsche 401K plan?

5           A.  No, I wasn't involved.  But because I ran

6      Deutsche Asset Management, I was, I believe, an

7      ex officio member of that committee.

8           Q.  What does it mean that you were an ex officio

9      member, but you weren't involved?

10          A.  No, I didn't say that.  I never used those     09:54:29

11     words.  What I said was I was an ex officio member.  I

12     think you know what an "ex officio member" is; right?

13          Q.  Tell me.

14          A.   It means that you sit in on the committee

15     meetings and are there to advise the committee on

16     various issues having to do with the investments.

17          Q.  Were you a voting member?

18          A.  No.

19          Q.  Okay.

20          Do you recall what investment options Deutsche --  09:54:59

21     Deutsche Asset Management is part of Deutsche Bank;

22     correct?

23          A.   Correct.

24          Q.  And the 401K plan actually was the Deutsche

25     Bank 401K plan; right?

Page 42

1          A.  Correct.

2          Q.  And do you remember the investment options that

3     were available in the Deutsche Bank 401K plan when you

4     were there?

5          A.  No, not specifically.

6          Q.  You were there for less than two years;

7     correct?

8          A.  Correct.

9          Q.  How many meetings did you go to of the Deutsche  09:55:26

10    Bank 401K plan committee?

11         A.  I don't remember.

12         Q.  Do you remember if it was more than one?

13         A.  Yes.

14         Q.  But you don't remember any of the investment

15    options?

16         A.  No.  We were -- we were merging the investment

17    operations of four major investment companies in the US.

18    We had the Bankers Trust Company plans and funds, which

19    had the Alex Brown plans and funds.  We had the         09:55:57

20    Morgan Greenfell and Deutsche Bank plans and funds.  So

21    it was a rather complicated integration exercise, so I

22    don't remember the specific funds.

23         Q.  You don't remember any of them at all for any

24    of those plans?

25         A.  Not specifically to reference at this moment in

Page 43

1      time, no.

2           Q.  Did the Deutsche Bank plan have target date

3      funds?                                          09:56:29

4           A.  We had lifestyle funds.

5           Q.  And what's a "lifestyle fund"?

6           A.  It's like a target date fund.  Like I said,

7      lifestyle funds have generally evolved into target date

8      funds, but the lifestyle funds were basically very

9      similar except not specifically linked to a retirement

10     date the way target date funds are.  They were sort of

11     stage-of-life funds.                            09:56:59

12          Q.  More conservative, more aggressive, but they

13     stayed that way; correct?

14          A.  They were to be used by participants who were

15     in the various stages of their life, the early stage,

16     the middle stage, the later stage, the post retirement

17     stage.  That's what lifestyle funds generally provided.

18     And again, they're very similar, the concept is very    09:57:26

19     similar in glide path construction to target date funds,

20     but the industry has evolved.  And sort of it's like

21     Betamax versus the VHS; right?  Betamax was a perfectly

22     valid technology, but VHS won the marketing battle, and

23     everybody became VHS oriented.  Well, everybody became

24     target date fund oriented.  There may still be some      09:57:57

25     residual lifestyle funds out there, but again, I'm not

Page 44

1    aware of them.

2         Q.  Do you remember what lifestyle funds the

3    Deutsche Bank 401K plan offered?

4         A.  We offered a full suite of 401 plans for the

5    entire lifestyle parade that was available.  These were

6    the ones that came out of Bankers Trust.

7         Q.  Were they Bankers Trust lifestyle funds?

8         A.  Well, I think they started as Bankers Trust      09:58:29

9    lifestyle funds.  But again, we're talking about a

10   series of mergers that occurred and the first merger

11   that occurred with Alex Brown.  We picked up a lot of

12   mutual funds in the Alex Brown merger.  That was sort of

13   between '97 and '99.  And then from '99 to 2001 we went

14   through the merger with Deutsche Bank who had also

15   recently merged with Morgan Greenfell just as we had      09:58:59

16   merged with Alex Brown.  So it's a collage of four

17   different investment managers that I was responsible for

18   integrating.

19        Q.  So I thought you left Deutsche in December of

20   2000.

21        A.  I stayed on as a consultant for a period of

22   time.  I said 2001.  I believe it went into the early

23   part of 2001.

24        Q.  Okay.

25        Did Bankers Trust offer any target date funds?      09:59:30

Page 45

1          A.  No.  We had lifestyle funds.

2          Q.  Aside from your time at Deutsche Bank, have you

3     ever attended a 401K defined contribution committee

4     meeting to review, monitor, select investment options?

5          A.  Did you say "except" for my time?

6          Q.  Correct.

7          A.  I attended them while at Bankers Trust and

8     while at Deutsche Asset Management.  I did not attend          09:59:59

9     any when I was running Bear Stearns Asset Management.

10         Q.  Okay.

11         So am I correct that you haven't attended any

12    committee meetings since early 2001?

13         A.  Yes.  You're correct.

14         Q.  Okay.

15         Have you ever served as a consultant for a defined

16    contribution plan?

17         A.  We had consultants in all of my              10:00:27

18    investment-management operations.  I was not at

19    consultant level, but I had teams of consultants who

20    worked for me, including at Bear Stearns Asset

21    Management.

22         Q.  Did the consultants that were at Bear Stearns

23    Asset Management serve as consultants for defined

24    contribution plans making recommendations about what

25    mutual funds to include in their plans?          10:00:59

Page 46

1          A.  I believe so, yes.

2          Q.  When you say you "believe," so you're not sure

3     because you weren't in the role?

4          A.  I was responsible for it.  They reported to me.

5     I monitored their performance.  I knew generally what

6     they were doing, who their clients were at the time, and

7     I just don't recall whether or not they had defined

8     contribution plans, but I believe they did.

9          Q.  The consultants that you're describing, was it    10:01:27

10    their job to try to sell Deutsche Bank mutual funds?

11         A.  Everything that we were -- well, you said

12    Deutsche Bank -- right? -- as opposed to Bear Stearns.

13    Everything that we did in the asset-management area was

14    to serve our institutional or client base, and as such

15    the consultants had to maintain somewhat of an           10:02:01

16    arm's-length approach in providing objective

17    consultation and advice that did not push proprietary

18    product.  So we maintained our own sort of version of

19    walls such that their compensation and their evaluation

20    was based on the satisfaction of their clients in        10:02:28

21    providing objective advice, not on their pushing or

22    selling proprietary products.

23         Q.  All right.

24         Let's go back to paragraph 31 of your report, if

25    you would.                                               10:02:55

Page 47

1      A.  Okay.

2      Q.  In paragraph 31-B of your report, could you

3   look at that?

4      A.  Okay.

5      Q.  You say that you were going to "Review the

6   Freedom Funds returns both by vintage and in the

7   aggregate versus the S&P indices such that when more      10:03:28

8   than half of the vintages with a performance history

9   generated three and/or five year returns that failed to

10  beat the relative vintages of the S&P indices, the suite

11  is flagged and placed on watch for greater scrutiny."

12      Do you see that?

13      A.  Yes.

14      Q.  So first question I have, you say in there

15  "and," slash, "or."

16      Do you see that?

17      A.  "And/or," yes.                                    10:03:59

18      Q.  And now, it's not clear to me whether you mean

19  that if more than half of the vintages on a three-year

20  basis fail to beat the relevant indices for five years

21  the suite is flagged and placed on watch or whether you

22  require underperformance on a three-year basis and a

23  five-year basis before a fund is placed on watch.

24      A.  Okay.  What's your question?

25      Q.  Which is it?                                      10:04:30

Page 48

```
 1        A.  The way the IPS is written, I believe, is to

 2    say that it's, you know, three years or longer, so I

 3    guess the correct interpretation would be "or," but, you

 4    know, we looked at that issue in all the analysis we

 5    did.  We looked at how the three-year and the five-year

 6    returns differed, and in some cases both three- and      10:04:58

 7    five-year returns indicated failure and in some

 8    instances one or the other, three- or five-years

 9    indicated failure.  Both of them, I believe, constitute

10    a failure for the IPS.

11        Q.  And so three-year underperformance or five-year

12    underperformance in your mind constitutes a failure and

13    therefore requires putting it on watch?                  10:05:29

14        A.  Yes.

15        Q.  Okay.

16        It's not limited to circumstances where both the

17    three-year and the five-year underperformed?

18        A.  I don't believe it is, no.

19        Q.  Okay.

20        Now, you mentioned the "Investment Policy

21    Statement" for Quanta, and we'll look at that in a few

22    minutes.

23        But aside from the "Investment Policy Statement,"

24    is there some other basis for the opinion you expressed

25    in paragraph 31-B?
```

Page 49

1          A.  The other basis for that opinion would be, like    10:06:00

2     I said, my experience over the years of working with

3     defined contribution plans.

4          Q.  So that's good, and I'm not surprised to hear

5     you say that.

6          Can you identify for me any plans that utilize the

7     framework that you described in paragraph 31-B for

8     deciding whether a fund needs to be placed on watch

9     list?                                                      10:06:28

10         A.  I can -- no, I can't -- I can't give you

11    specific plans.  I know that three- and five-year

12    averaging is used in many plans.  I believe that's the

13    case with Genworth, and I believe that's the case even

14    with Prudential.  Those are the most recent ones I've

15    been looking at and working with, but I've seen many

16    plans over the years that use three- and five-year        10:06:59

17    averaging because it's a prudent way to evaluate a

18    performance over a longer period of time than looking at

19    it on a quarterly basis.

20         Q.  Okay.

21         You understand there's a difference between saying

22    that a plan fiduciary should look at three-year

23    performance and looking at five-year performance.

24    There's a difference between that and saying that if a

25    fund underperforms on a three-year basis or a five-year   10:07:27

Page 50

1       basis it has to be put on watch.

2           Correct?

3           A.  Well, the IPS in this instance, you know, has a

4       separate one or two pages in it dedicated to the process

5       for putting things on monitor, alert, or watch.  We can

6       call it similar phraseology.  That would then have to be

7       carefully monitored and eventually terminated if they      10:07:55

8       did not improve.  So that procedure is usually spelled

9       out in the IPS as it certainly is here in the case of

10      Quanta.

11          Q.  Mr. Marin, my question was not about the

12      "Investment Policy Statement."  My question was about

13      your opinion.

14          You know lots of plans look at three-year

15      performance, and lots of plans look at five-year

16      performance, but you can't identify any plans that put a   10:08:28

17      fund on watch because of underperformance against a

18      benchmark over a three-year time period or against a

19      benchmark over a five-year time period; correct?

20          MR. BERIN:  Object to form.

21          THE WITNESS:  What I'm telling you is that I've

22      seen many plans that do that.  I can't name the plans

23      for you.

24          MR. BLUMENFELD:

25          Q.  Okay.

Page 51

1          Can you name the time period?

2          A.   The three- and five-year time period?

3          Q.   No, the time period you're talking about when

4    you are aware of a plan that you can't identify that did   10:09:00

5    this.

6          A.   Anytime in the last 30 years.

7          Q.   Okay.

8          Can you identify a plan in the last ten years that

9    did this?

10         A.   I can't identify a specific plan.

11         Q.   Okay.

12         Can you identify a plan in last 20 years that did

13   this?

14         A.   No.

15         Q.   Okay.

16         You also say that you're benchmarking the          10:09:27

17   performance here against the S&P indices; correct?

18         A.   I'm benchmarking it against the benchmarks that

19   the IPS has specified, yes.

20         Q.   And is the reason that you did that because the

21   IPS specified it?

22         A.   Well, that is the primary reason.

23         The secondary reason is that it is very normal in

24   the industry to use the S&P index for any number of

25   evaluations as a benchmark, especially obviously one    10:09:58

Page 52

1    that involves heavy component of equities, all cap

2    equities.

3        Q.  What S&P indices do you think you're using in

4    paragraph 31-B of your report?

5        A.  I'm using the S&P index that was provided by

6    the investment consultant quarterly reports.

7        Q.  Okay.

8        You believe that the quarterly reports that were    10:10:28

9    being provided to the folks at Quanta contained useful

10    information in evaluating the investment options?

11        MR. BERIN:  Object to the form of the question.

12        THE WITNESS:  I'm -- I'm presuming that the

13    consultant reports from Ascend during the time period

14    that I'm talking about here contained accurate

15    information that was used to monitor these

16    investments.

17        MR. BLUMENFELD:

18        Q.  Okay.                                          10:11:00

19        Do you remember the S&P index that you're

20    describing in paragraph 31-B and that you use in your

21    report?

22        A.  What -- I don't know what you mean by do I

23    remember.  Do I remember that it was the S&P index?  I

24    remember it's the one that's used in the Ascend

25    quarterly report, and that is the index that was used

Page 53

1    for this comparison because that's what the IPS    10:11:27

2    indicated.

3        Q.  Okay.

4        Is the only reason that you used the S&P index that

5    you described in paragraph 31-B because it was disclosed

6    in the "Investment Policy Statement"?

7        MR. BERIN:  Object to form.

8        THE WITNESS:  Well, I guess I have to repeat what I

9    said before.  What I said before was that that was the

10    primary reason we used it, but I also said that that is

11    a very normal index to use as a benchmark, and therefore    10:11:55

12    it strikes me as the appropriate benchmark to use.  But

13    it was specified in the IPS, and that was the driving

14    criteria.

15        MR. BLUMENFELD:

16        Q.  So in paragraph 31-B you're describing the S&P

17    index for target date funds; correct?

18        A.  Yes.

19        Q.  How prevalent is the S&P target date index for

20    evaluating target date funds?    10:12:28

21        A.  I've seen it many times.

22        Q.  Okay.

23        Can you identify any plans that have used it?

24        A.  Well, I guess I'm going to say Genworth because

25    I believe they used it.

Page 54

1        Q.  Okay.

2        Any others?

3        A.  Not off the top of my head, no.

4        Q.  Am I right, Mr. Marin, that the criteria you    10:13:08

5    articulate in 31-B of your report doesn't depend on

6    whether a fund underperforms the benchmark by one basis

7    point or a hundred basis points or a thousand basis

8    points, they all constitute a failure?

9        A.  The IPS in Quanta does not quantify a threshold   10:13:30

10    amount.  Other plan IPSes do.  In this case they don't,

11    so it would certainly be in the qualitative factors that

12    one would evaluate when looking at these reports to see

13    the magnitude.  But the more quantitative aspect of this   10:13:52

14    is just to see if it breached the levels by failing to

15    equal or exceed the benchmark level, so a negative

16    number, whether it was one basis point or a hundred

17    basis points, would get recorded, and it would be shown

18    as a negative number.  It certainly is reasonable and

19    expected that when you're evaluating that that if it

20    was -- if it underperformed by one basis point that may   10:14:29

21    not be considered material enough to warrant an action,

22    but that wasn't the case here.

23        Q.  I'm sorry.

24        What wasn't the case here?

25        A.  That it was that low.

Page 55

1          Q.  Okay.

2          Did you evaluate whether the difference in

3     performance between the Freedom Funds which charge fees

4     and the S&P target date index which didn't have fees was

5     based on the amount of the fees?

6          A.  We did every analysis, net of fees as was          10:14:59

7     indicated in the IPS, and we used the numbers in the

8     quarterly reports provided by the consultant to do their

9     comparisons as provided to the committee, so we mimicked

10    the approach used by the consultant to do the

11    evaluation.

12         Q.  The S&P target date index that you utilized and    10:15:26

13    that the consultant utilized doesn't account for fees

14    because there are no fees on the index; correct?

15         A.  You know, I'd have to look and see the

16    specificities of the target date fund indices, but my

17    understanding was that it was a net of fees number,

18    whether fees were charged on the index or not.

19         Q.  What's the basis for your understanding that       10:16:00

20    that was a net of fees number on the S&P target date

21    index?

22         A.  The fact that my analyst team told me that was

23    the case, and the consultant used it to do the

24    comparison.

25         Q.  Okay.

Page 56

1          Who on your analyst team told you that that was the

2     case?

3          A.  I have a team of people that work with me to do  10:16:27

4     the analytics underlying these reports.

5          Q.  Right.  I'm asking who.

6          A.  Oh, there are several, but specifically

7     Julio -- I want to say Sanchomonte.  It's an Italian

8     name.

9          Q.  Is he an employee of SEDA?

10         A.  Yes.

11         Q.  Does that matter to your opinions whether the     10:17:00

12    S&P target date index that you utilized accounted for

13    fees or not?

14         A.  It certainly matters, and we saw some reference

15    to that in the rebuttal that the opposing witness,

16    expert witness, provided us.  So we did go back and

17    check all of our numbers to see whether or not they had

18    been done in conformity with with the IPS standards and  10:17:29

19    that they were indeed net of fees.

20         Q.  Before we go on to paragraph 31-C, why don't we

21    go look at the "Investment Policy Statement."

22         MR. BLUMENFELD:  Mat, can you upload that?

23         MR. McKENNA:  Yes.  One moment.

24         MR. BLUMENFELD:

25         Q.  Mr. Marin, we're going to switch in a minute to

Page 57

1     the "Investment Policy Statement."  We've been going     10:17:59

2     over after hour.

3          Would you like to take a break now?

4          A.  I'm fine doing whatever you and my attorney

5     prefer.

6          MR. BERIN:  I'm more concerned about Mr. Marin's

7     comfort, so I'm happy to press on a bit longer.

8          MR. BLUMENFELD:  Bonnie, you're okay?

9          THE REPORTER:  Okay.

10          THE WITNESS:  I guess I'm trying to figure out --

11     oh, there it is.

12          Is this Exhibit 002?                              10:18:29

13          MR. BLUMENFELD:

14          Q.  It is.

15          A.  Okay.  So I'm going to download this, and then

16     I've got to go find it.  Okay.  I think I've got it.

17     Okay.  I have it in front of me.

18          Q.  Great.

19          Mr. Marin you should have in front of you what's

20     been marked as Marin Deposition Exhibit 2; correct?

21          A.  Correct.

22          Q.  And this is the October 2015 "Investment Policy  10:18:57

23     Statement" from Quanta?

24          A.  Correct.

25          Q.  It's the "Investment Policy Statement" you just

Page 58

1       referred to and that you utilized in preparing your

2       report?

3            A.  Yes.

4            Q.  Can you go to -- It's page, I believe, 13 of 18

5       of the PDF.  Sorry.  I was mistaken.  It's page 14 of 18   10:19:30

6       of the PDF.

7            A.  Is this the one that says "Investment

8       Objectives, Criteria for Review and Review Processes,

9       Investment Watch List Process"?

10           Q.  That's the one.

11           A.  Okay.  I have it up.

12           Q.  And this is the provision you were talking

13      about in the IPS that describes when an investment would

14      be placed on the watch list; correct?                    10:19:57

15           A.  Correct.

16           Q.  And I want to be clear.  So if you can go back

17      to paragraph 31-B of your report, you say that a suite

18      is flagged and placed on watch for greater scrutiny.

19           That's in conformity with the "Investment Policy

20      Statement"; correct?

21           A.  Yes.

22           Q.  Okay.

23           Now, so first am I correct that you evaluated the

24      "Investment Policy Statement" and determined that the

25      criteria that's articulated in it are reasonable

Page 59

1    criteria?

2        MR. BERIN:  Object to the form.                    10:20:30

3        THE WITNESS:  I have no reason to find them

4    unreasonable.

5        MR. BLUMENFELD:

6        Q.  Okay.  Thank you.

7        So can you point to me the criteria that talked

8    about performance against a benchmark as being criteria

9    for putting a fund on the watch list?

10       A.  Okay.  Well, let's take a quick look here.  I    10:20:55

11   can't just look at this one slide.  I have to look back

12   at the quantitative factors.

13       So on page -- Let's see what number is that page,

14   11 -- "Competitive and Consistent Performance Measured

15   Against the Appropriate Benchmark."                    10:21:29

16       Q.  Mr. Marin, let me just pause you for a minute.

17   If you want to read something to yourself, that's fine.

18   If you want to read something out loud, that's okay, but

19   just direct us to the right page number so we can follow

20   along.

21       A.  That's why I said page 11.

22       Q.  Is that internal page 11?

23       A.  No.  It's 11-18.

24       Q.  Okay.

25       That's under the heading "Selection of Investment

Page 60

1      Options"; correct?

2          A.  Correct.  This lists the quantitative factors,     10:21:58

3      "Based on the investment's --" the second bullet point,

4      "Based on the investment's objective, investment style,

5      growth versus value, and market capitalization, large

6      market versus small market, an appropriate benchmark

7      should be used for relative investment performance

8      evaluation.  A list of the benchmarks to be used for the

9      comparison to the plan's investment options may be found

10     in Appendix A."

11         Q.  This page, sir, is the page about describing

12     how they select investment options; correct?     10:22:27

13         A.  That is correct.

14         Q.  Okay.

15         A.  But I consider that relevant to monitoring as

16     well --

17         Q.  Okay.

18         A.  -- because this is the only place -- I mean, we

19     can all sort of question why Ascend chose to organize

20     its IPS the way it did, but they have the listing of the

21     qualitative and quantitative factors on pages 11 and 12

22     of 18 are shown under "Selection," and then page 13 says     10:22:59

23     "Performance Evaluation Criteria" and then the watch

24     list.

25         So if we look at "Performance Evaluation Criteria,"

Page 61

1    that certainly could apply to both selection and

2    monitoring since monitoring has everything to do with

3    the performance evaluation criteria.

4         So let's see.  I guess I'm losing sight of your      10:23:28

5    question.  Why don't you give me your question again.

6         Q.  My question, sir, was, you describe in

7    paragraph 31-B of your report that a fund should be

8    placed on watch for greater scrutiny if it underperforms

9    the S&P target date index benchmark on a three-year or

10   five-year basis.

11        My question, sir, was, where in the IPS does it say

12   that a fund is supposed to be placed on watch list if      10:23:57

13   that happens?

14        A.  Okay.  Very good.  Let's see.  Okay.  So

15   under -- on page 13, third paragraph down, it talks

16   about the way in which performance is measured and that

17   the performance will be measured net of fees.            10:24:27

18        And then we move up to the next page, it says that

19   the "option's net performance falls below the median of

20   its peer group's three, five.  Adjusted Alpha falls

21   below the peer group's median.  The information

22   ratio --" which is indeed a comparison against the

23   benchmark, so "consistency of performance as measured by  10:24:59

24   the fund's information ratio is negative as measured on

25   a three-, five-, and ten-year basis."

Page 62

1          So effectively the capturing of the benchmark

2      analysis takes place in the third bullet point of

3      page 14 of 18.

4          Q.  Is that it?

5          A.  Yes, I believe so.

6          Q.  Okay.  Thank you.                    10:25:29

7          Now let's go back to your report.

8          A.  Correct.

9          Q.  Do you have that in front of you?

10         A.  I do.

11         Q.  Paragraph 31-C is where you describe the test

12     related to the information ratio; correct?

13         A.  Correct.

14         Q.  So are you saying that 31-B and 31-C are

15     essentially the same thing?

16         A.  They're not entirely the same.  There's a

17     slight difference.  The information ratio tracks the    10:25:57

18     differential in the fund's performance against the

19     benchmark as referenced by the tracking error, so it

20     looks at effectively active risk, but the tracking

21     against the benchmark, which is what's covered in "B,"

22     is a subset, if you will, of what happens in "C."       10:26:28

23         Q.  Okay.

24         So what you describe in paragraph 31-B isn't

25     actually called for in the "Investment Policy Statement"

Page 63

1        at all when it comes to the watch list criteria;

2        correct?

3            A.  I believe it is called for, yes.

4            Q.  Okay.

5            Let's go back to the paragraph we just looked at or

6        the page we just looked at in the "Investment Policy

7        Statement."  You said it was in the bullet point under

8        the information ratio.                          10:26:56

9            A.  Well, you can't calculate the information ratio

10       without doing the comparison of the fund performance

11       against the benchmark.  So like I said, "B" is a subset;

12       of what has to be done for the calculation of the

13       information ratio, and it is therefore implied in this

14       watch list process that one needs to do the relative

15       tracking of the performance against the benchmark.     10:27:29

16           Q.  Okay.

17           What if a fund passed the criteria that you

18       described in paragraph 31-C?

19           A.  Well, that's a hypothetical, and I guess what I

20       would say is that is not what occurred here.  The

21       information ratio produced results that were negative,

22       and they produced that negative result predominantly    10:27:59

23       because of the failure against the performance against

24       the benchmark.

25           Q.  Okay.

Page 64

1        Would you agree with me at least that the criteria

2    you described in paragraph 31-B is not expressly

3    included in the monitoring criteria that's set forth in

4    the "Investment Policy Statement"?

5        A.  No.  I would say it's -- it's absolutely      10:28:30

6    imbedded in what's shown as the watch list process.

7    My -- I am sure that if you -- if you asked any

8    investment professional is it normal to measure

9    performance against the benchmark and track

10   underperformance, my answer is yes.  The best evidence

11   of that is that the quarterly reports from Ascend        10:28:58

12   displayed in exactly that way.

13       Q.  You're changing your answer from the question

14   that I asked you, though, Mr. Marin.  I'm talking about

15   the criteria that you say you relied upon from the

16   "Investment Policy Statement."  If you want to say,

17   Mr. Marin, that you think it's appropriate to do because

18   it's what everybody does, that's fine, but you said you

19   think it's appropriate to do because it's in the

20   "Investment Policy Statement."

21       A.  Yes.                                            10:29:27

22       MR. BERIN:  Object to the form of the question.

23       THE WITNESS:  And the reason I say it's in the

24   "Investment Policy Statement" is, as I said, the

25   "Investment Policy Statement" incorporates the

Page 65

```
 1        evaluation against the benchmark in the indication of

 2        the use of the information ratio, and because they

 3        mandate in this -- in this IPS that the investment          10:29:56

 4        consultant is to track this, and the investment

 5        consultant provides quarterly reports that specifically

 6        track the performance against the benchmark, I think QED

 7        that says quite clearly that the IPS is intended to say     10:30:23

 8        that performance against the benchmark is to be

 9        tracked.

10             MR. BLUMENFELD:

11             Q.  You understand, Mr. Marin, there's a difference

12        between saying that performance against the benchmark

13        should be tracked and what you articulate in

14        paragraph 31-B, which is if you underperform the

15        benchmark on a three-year basis or a five-year basis the

16        fund is placed on watch; correct?

17             MR. BERIN:  Object to the form.

18             THE WITNESS:  I believe the IPS instructs the          10:30:57

19        committee and its consultants to do exactly what I say

20        in Section B.

21             MR. BLUMENFELD:

22             Q.  Okay.

23             And that's based on the third bullet point in the

24        investment watch list process provision of the

25        "Investment Policy Statement"?
```

Page 66

1          A.  It's based on the entire "Investment Policy

2     Statement," which is why if read in its entirety it is    10:31:24

3     very clear that performance measurements and monitoring

4     against the benchmark, which is indeed the industry

5     norm, is called for.

6          Q.  Paragraph 31-C of your report --

7          A.  Yes.

8          Q.  -- you say that if an investment has a negative    10:32:02

9     information ratio sign, it's supposed to be placed on

10    the watch list according to the "Investment Policy

11    Statement."

12         A.  Well, let's just -- May I read it aloud?

13         Q.  Paragraph 31-C?

14         A.  Yes.

15         Q.  If that's what you feel you need to do.

16         A.  Well, you're characterizing 31-C.  I'd rather    10:32:27

17    just read it, and then we can go with what it says.  Is

18    that all right?

19         Q.  Go ahead.  Read it.

20         A.  "Review of the Freedom Funds' information ratio

21    by vintage, such that when more than half of the

22    vintages with a sufficient performance history generated

23    a negative three- and/or five-year information ratio,

24    the suite is flagged and placed on watch for greater

25    scrutiny.  The quality -- this quality, the information

Page 67

1    ratio bearing a negative sign, is recognized as a watch    10:32:59

2    list standard in the IPS."

3        So what was your question?

4        Q.  I guess my next question is, can you identify

5    any plans that apply that criteria for putting a fund on

6    watch?

7        A.  Yeah, this one.

8        Q.  Any others?

9        A.  I'm not focused on others at this moment in

10   time, so I can't tell you without having the IPSes of    10:33:28

11   other funds in front of me, which ones have it.  I can

12   tell you that this one has it.

13       Q.  Okay.

14       Now let's go back to the "Investment Policy

15   Statement."

16       A.  Okay.

17       Q.  You have it in front of you?

18       A.  I do.

19       Q.  Let's go back to the investment watch list

20   process.

21       A.  Okay.  That's 14 of 18.

22       Q.  Page 14 of 18.

23       A.  I've got it up.

24       Q.  In the first paragraph there it says, "The    10:33:58

25   committee may place an investment option on a," quote,

Page 68

1          "monitor," closed quote, "or," quote, "alert," closed

2      quote, "status and conduct a thorough review and

3      analysis of the investment option."

4          Did I read that correctly?

5          A.  Yes.

6          Q.  The next sentence says, "The committee may

7      consider the following criteria when placing a fund on

8      monitor or alert status"; correct?

9          A.  Correct.

10         Q.  It doesn't say that a fund is automatically     10:34:26

11     placed on monitor or alert status or subject to watch if

12     it hits on any of these criteria; correct?

13         A.  That's correct.

14         Q.  Okay.

15         And how many criteria are listed on this page?

16         A.  Three, four, five -- nine.

17         Q.  Okay.

18         How many did you evaluate in your report?

19         A.  All nine.

20         Q.  You evaluated all nine?

21         A.  I evaluated all nine to prepare my report, yes.

22         Q.  Do you discuss all nine of them in your report?  10:34:59

23         A.  No, because some of them I either didn't come

24     up as breaches, or there wasn't enough information to

25     determine if there was a breach.

Page 69

1          Q.  So the fourth bullet point down on the

2     monitoring criteria says, "There is a change in the

3     professionals managing the portfolio."

4          A.  That's correct.

5          Q.  You don't discuss that in your report at all?

6          A.  I look at that information as part of the        10:35:28

7     review process, but I don't discuss it, no.

8          Q.  Okay.

9          And you didn't conclude that there were any issues

10    with respect to the Fidelity Freedom Funds and the

11    change in the professionals managing the portfolio;

12    correct?

13         A.  I don't discuss it, but I would have been aware

14    that that had occurred if it had come up.  For instance,

15    when we did the review of alternative funds for          10:35:59

16    replacement, we had on our matrix information about how

17    long the managers had been running those funds.  It was

18    also something that is visible on the deep dive reports

19    that were provided by Ascend to the committee, so that's

20    all an element or criteria that I was aware of when we   10:36:26

21    were evaluating this issue to put it on monitor or

22    alert.

23         Q.  And you don't identify in your materials

24    considered any information about you looking at changes

25    in the professionals managing the portfolio for the

Page 70

1     Fidelity Freedom Funds aside from the target date deep

2     dives that the Quanta plan fiduciaries received;

3     correct?

4          A.  I identify all of the relevant materials that     10:36:57

5     we used.  The only exception to that is that when you

6     review Morningstar data you're looking at a lot of data,

7     but again, it's all consistent.  I would have been aware

8     had there been incremental breach due to a change of

9     portfolio manager, and none of them appear to have

10    happened with regard to the Fidelity Freedom Funds.

11         Q.  And just so I understand -- meaning, you looked   10:37:27

12    at all nine criteria when you evaluated the Fidelity

13    Freedom Funds, and six of those criteria did not leave

14    you to conclude that there was any reason to put the

15    Fidelity Freedom Funds on a watch list, but three of

16    them did?

17         A.  The ones that I viewed as in breach were

18    included in the report.  The ones that I didn't view or

19    I didn't have any information to indicate there was a     10:37:58

20    breach were not put into that.

21         Q.  You understand that the "Investment Policy

22    Statement" doesn't say if any of these happen the fund

23    should be placed on watch but says the committee is

24    supposed to consider all of these; correct?

25         MR. BERIN:  Object to the form.

Page 71

```
1            THE WITNESS:  Considering them is exactly the way I

2       approached the exercise.

3            MR. BLUMENFELD:

4            Q.  And you think it's reasonable to consider all

5       nine of these factors when you're evaluating investment

6       options like the Fidelity Freedom Funds and the Quanta    10:38:28

7       401K plan?

8            MR. BERIN:  Object to the form.

9            THE WITNESS:  Well, the way I would answer that is

10      to use the very one that you highlight, a change in the

11      professional managing the portfolio.  That's a sort of a

12      one-way binary issue.  If there was a change in

13      professionals, that might have been flagged as an issue.

14      If there wasn't, it wasn't flagged as an issue.

15            So if I didn't see any flags on six of these, and I    10:38:59

16      did on three of them, my view is those three, which

17      happen to be the first three, which happen to be the

18      first three on the list, not that it specifies that

19      those are in rank order of importance, but it's

20      certainly implied that they are in rank order of

21      importance because the quantitative ones listed first,

22      just like the quantitative are listed first in the IPS,    10:39:27

23      those are pretty darn important.  And from my experience

24      and history in this industry, those are the ones that

25      cannot be ignored if they're breached.
```

Page 72

1          Q.  You're not offering the opinion in your report

2    that the Quanta plan fiduciaries were ignoring any of

3    these criteria, are you?

4          A.  I am not, no.

5          Q.  Okay.

6          Let's go to the fifth one down.  The fifth criteria

7    says, "There is a significant decrease in the investment  10:39:57

8    options.  Assets for the investment options have not had

9    at least 75 million under management."

10         Do you see that?

11         A.  Yes.

12         Q.  And that again was a criteria that was in the

13   "Investment Policy Statement" but that did not give you

14   any cause for concern with respect to the Fidelity

15   Freedom Funds; correct?

16         MR. BERIN:  Object to form.

17         THE WITNESS:  Correct.

18         MR. BLUMENFELD:

19         Q.  Okay.

20         The next one down is, "There is an indication that

21   the investment manager of the funds is deviating from

22   that manager's stated style and/or strategy."           10:40:27

23         Did I read that correctly?

24         A.  You did.

25         Q.  Okay.

Page 73

```
 1            And that's a criteria that you considered in

 2      evaluating the Fidelity Freedom Funds and concluded

 3      there was no basis for saying that that would be a

 4      reason for concern with respect to the Fidelity Freedom

 5      Funds?

 6            A.  Well, I knew there had been some deviation in

 7      the style.  My sense from what we saw in the context the

 8      several years prior to the referenced period was that

 9      there were adjustments being made to the -- to the        10:41:00

10      investment strategy that were reflective of overall

11      changes in the market but not anything that would cause

12      a particular, let's say, negative red flag.

13            Q.  Okay.

14            Next one down is, "There is a significant increase

15      in expense ratio," slash, "fees of the investment

16      option, and the expense ratio falls into the bottom      10:41:27

17      half," open parentheses, "most expensive of the peer

18      group."

19            Did I read that correctly?

20            A.  You did.

21            Q.  And that's a criteria that's part of the watch

22      list process for Quanta and that you looked at but

23      concluded did not give you any concern with respect to

24      the Fidelity Freedom funds?

25            A.  No, because I didn't view the fee levels as
```

Page 74

1      dramatically different than the industry norm, and since

2      the evaluations were being done net of fees, I have          10:42:00

3      indeed lower concern about that.

4          Q.  Okay.

5          The next one that's described here is "an

6      extraordinary event that interferes with the investment

7      option's ability to fulfill its role into the future."

8          Do you see that?

9          A.  Yes.

10         Q.  And again, that's something you looked at in

11     connection with evaluating the Fidelity Freedom Funds

12     and concluded that was not a reason to put the funds on   10:42:27

13     watch or monitor or alert status?

14         A.  That's correct.

15         Q.  And the last one is, "There's instability of

16     the organization managing the investment option"?

17         A.  Yes.

18         Q.  And again, you looked at that in connection

19     with your report and concluded there was no basis using

20     that criteria for any cause or concern with respect to

21     the Fidelity Freedom Funds?

22         A.  That's correct.

23         Q.  Okay.

24         Let's go to the first one on the "Investment Policy

25     Statement" which talks about an "investment option's net

Page 75

1    performance falls below the median of its peer groups

2    three-, five-, or ten-year cumulative returns."

3        Do you see that?

4        A.  Yes.

5        Q.  You testified earlier that you utilized the S&P

6    index for evaluating the performance of the Freedom

7    Funds because that's what Quanta was using.            10:43:29

8        Do you remember that?

9        A.  I said that's what Quanta testifies in their

10   Appendix A of the IPS, and that's what Ascend uses in

11   their quarterly reports provided to the committee.

12       Q.  You know that when Ascend prepared reports on

13   the performance of the Fidelity Freedom Funds, Ascend

14   provided to Quanta performance against the Lipper peer

15   group; correct?

16       A.  I am aware of that, yes.                        10:43:59

17       Q.  You didn't use the Lipper peer group when

18   evaluating the performance against peer groups; correct?

19       A.  That is correct.

20       Q.  Did you look at the Lipper peer groups when you

21   were preparing your report?

22       A.  I looked at it.  We did not have the

23   specificity available to us of how they constituted

24   their peer group, but we looked at it, yes.

25       Q.  And you've heard of Lipper before?

Page 76

1        A.  Yes.

2        Q.  You've used Lipper peer groups in connection        10:44:30

3    with other work that you've done with respect to

4    investment monitoring?

5        A.  Yes.

6        (Pause in the proceedings.)

7        MR. BLUMENFELD:

8        Q.  In preparing your report, Mr. Marin, did you

9    consider any other benchmarks for the Fidelity Freedom

10   Funds aside from the S&P target date index?

11       A.  Those were the only ones we used.

12       Q.  I know those were the only ones you used.  I

13   was asking if you considered any others.

14       A.  We didn't feel it was appropriate given that        10:45:58

15   they specified the benchmark.

16       Q.  And you just said "we," and you've done that a

17   few times.  I just want to make sure.

18       This is your report, and these are your opinions;

19   correct?

20       A.  This is 100 percent my report and 100 percent

21   my opinion.  I have a team of two or three analysts who

22   did a lot of data gathering as you noted, or as you may        10:46:26

23   have noticed in my report there was some 150 pages of

24   numerical exhibits.  That's, given my billing hour cost,

25   the cost effective way to do that is to have our

Page 77

1     analysts on our team see that experts do the data

2     gathering from Morningstar, Lipper, or whatever sources,

3     Bloomberg or whatever is available, to put them into the

4     analytical frameworks that I indicate, and then they and     10:47:00

5     I go over them and evaluate them.  That's why I use the

6     word "we."

7          Q.  I don't have a problem obviously with you using

8     people to help support you in your opinions.  I just

9     want to make sure that when you say "we," you're talking

10    about your personal opinions as an expert that

11    Plaintiffs are bringing to the court in connection with

12    this case, not somebody else's conclusions but yours.

13         A.  100 percent my own opinions.  I read the     10:47:29

14    evidence in the case.  I formulate the opinions.  I

15    generate and write all of my own reports.  What I use my

16    support team for are two things, to help me with some of

17    the specificity of the citations.  I do many of the     10:47:58

18    citations myself, but sometimes I have them do the

19    legwork to finalize the citations.  I have them do

20    specific research for me if there's research called for.

21    I do have them do data gathering, and I have them do the

22    data analysis work to generate the data that is used to

23    formulate the opinions.  I formulate the opinions, and I

24    write the reports.     10:48:29

25         Q.  You wrote a rebuttal report to Dr. Wermers'

Page 78

1        report; correct?

2              A.  I did.

3              Q.  Okay.

4              You saw in Dr. Wermers' report that he compared the

5        Fidelity Freedom's performance to three different

6        indices?

7              A.  I did.

8              Q.  You don't disagree with any of his conclusions

9        in his report about those three different indices;

10       correct?

11             A.  I disagree.

12             MR. BERIN:  Object to form.

13             THE WITNESS:  I emphasized the IPS and the stated

14       benchmark that's called for in the IPS.  Generally        10:49:00

15       that's my -- one of my two big concerns about

16       Dr. Wermers' report, that he did not comply with what

17       the IPS says that he should have complied with.

18             MR. BLUMENFELD:

19             Q.  And you think it's important to comply with the

20       IPS?

21             A.  I do.

22             Q.  Separate and apart from the IPS portion of it,

23       though, you didn't disagree with his conclusions based

24       on comparing the performance of the Fidelity Freedom

25       Funds to the Morningstar US category average or the        10:49:29

1       Morningstar lifetime moderate index or the S&P target

2       date index?

3              A.  I didn't comment about it because to me that is

4       a secondary approach.  And there's no harm in doing

5       that, but the information that is most relevant to

6       deciding whether to retain or terminate a fund choice is

7       based on what is indicated in the IPS, in my opinion.    10:49:59

8              Q.  Got it.

9              And you think -- okay.  Let's do this.

10             MR. BLUMENFELD:  Mat, can you add Dr. Wermers'

11      report?

12             MR. McKENNA:  Yes.  One moment.

13             THE WITNESS:  You want me to reference it?

14             MR. BLUMENFELD:

15             Q.  Yes.  And it will take a moment to upload it.

16      Technology is fast but not as fast as we would all like

17      it.

18             MR. BLUMENFELD:  And you'll have to refresh that

19      folder.

20             MR. McKENNA:  Yeah.  I see that.

21             THE WITNESS:  I have it.  So I'm going to download    10:50:47

22      it and close this one and pull that one up.  Okay.  I

23      have it in front of me.  I'm getting pretty good at

24      this.

25             MR. BLUMENFELD:

Page 80

```
1          Q.  All right.

2          A.  The technology that is.

3          Q.  I'm glad that it's working, and we're not

4     having any hiccups.  That happens sometimes.        10:51:25

5          You have it in front of you?

6          A.  I do.

7          Q.  Could you turn to -- I'll give you the PDF page

8     number.  It's 179 of 200.

9          A.  He's prolific, isn't he?  Let's see here.

10    Those page numbers are on the appendix, I believe.  You   10:51:55

11    said page 179?

12         Q.  Yes.

13         A.  Okay.  I'm sorry.  I flipped too far forward

14    into the appendices.  Oh, you mean 179 out of 200?

15         Q.  Yes.  I think that's what I said, but --

16         A.  Oh, I'm sorry.  I was looking for page numbers.

17    179.  Okay.  Hold on.  I'm getting there.  177, 178,    10:52:30

18    179.  Is this the one that says "Fidelity Freedom Funds

19    versus S&P target date TDFs, Morningstar moderate TDFs

20    and Morningstar US category average 5-year rolling

21    return"?

22         Q.  September 30, 2016 to March 31, 2021?

23         A.  Yes.                                          10:53:00

24         Q.  You have it in front of you?  Great.  I would

25    like you to just focus on the December 31, 2016 date
```

Page 81

1        which is the second one in from the left.

2              A.  Second column, got it.

3              Q.  Yes.

4              And just to orient ourselves, your conclusion is

5        that as of the December 31, 2016, the Fidelity Freedom

6        Funds failed the removal criteria and should be removed

7        as investment options from the plan; correct?

8              A.  Yes.

9              Q.  And Dr. Wermers concludes that as of that date,  10:53:29

10       seven of the 12 Freedom funds outperformed the

11       Morningstar lifetime moderate index, five of 12

12       outperformed the S&P target date index, and 11 of 12

13       outperformed the Morningstar US category average;

14       correct?

15             A.  That's what he indicates.

16             Q.  And what I want to make clear is, you don't

17       disagree with his conclusions about those?              10:53:57

18             A.  Well, may I reference my report just because I

19       can sort of triangulate the S&P target date number

20       against this?

21             Q.  Sure.

22             A.  We're looking at the last quarter.  Let me just

23       make sure that there's the numbers.  And this is the     10:54:23

24       five year, is it not?

25             Q.  I believe that page is five years.

Page 82

1          A.   Yeah.  So what -- This is out of 12.  I would

2      show that 83 percent of the -- of the -- of the          10:54:46

3      individual funds, 83 percent of them or one, two, three,

4      four, five, six, seven, eight, nine, ten -- one, two --

5      I -- instead -- He shows five out of 12.  I would show

6      ten out of 12.                                            10:55:30

7          Q.   On the S&P target date?

8          A.   On the S&P target date index.

9          Q.   Do you think that's because you're using a

10     different S&P target date index than he would be using?

11         A.   I would have to assume so because I used the

12     ones provided in the Ascend quarterly reports, and he

13     may have taken his from another source.

14         Q.   And with respect to the Morningstar lifetime

15     moderate index, you don't offer any opinion about that    10:55:57

16     at all; correct?

17         A.   No, I don't.

18         Q.   So you don't disagree with his conclusion with

19     respect to the Morningstar lifetime moderate index?

20         A.   I have no way of agreeing or disagreeing

21     because I didn't look at the Morningstar lifetime

22     moderate or the US category average.  So in the same way

23     that five out of 12 does not comport with what I'm

24     showing on my report, which is ten out of 12 that fail,

25     I have no way of knowing whether or not 11 of 12 or       10:56:27

Page 83

1    seven of 12 are the correct indications because I did

2    not independently gather this data.  I do not have a

3    team of people that looked at that data and verified it,

4    so I can't speak to whether his report is right or not.

5    I can only speak to the one issue which I can verify

6    which I have is which is that it's wrong, which is the

7    S&P target date.

8         Q.  And you didn't look at the Morningstar lifetime    10:56:59

9    moderate or US category benchmarks, so you don't have a

10   basis for agreeing with him or disagreeing with him?

11        A.  That's correct.

12        Q.  So can you go to page 174 out of 200?

13        A.  This is the three-year --

14        Q.  It is.

15        A.  -- period and the same basic analysis.  Should    10:57:26

16   I be looking at the same column?

17        Q.  You should.

18        A.  And this is one that said six out of 12 for the

19   S&P target date?

20        Q.  Correct.

21        A.  And I would say that 100 percent or 12 of 12

22   fail.

23        Q.  And with respect to the Morningstar lifetime

24   moderate?

25        A.  I have the same opinion that I mentioned with

Page 84

1     five-year.  I didn't look at those, so I have no way of      10:57:59

2     knowing if they're right or wrong.

3          Q.  Dr. Wermers concluded that 12 out of 12

4     outperformed the Morningstar lifetime moderate index,

5     and 12 out of 12 outperformed the Morningstar US

6     category average, and you don't have a basis for

7     agreeing with that or disagreeing with that?

8          A.  No, I don't.  The only basis I have is the

9     fundamental basis that I described with the five-year,

10    which is that if my results, which are consistent with      10:58:29

11    what the consultant provided the committee which are

12    dramatically different what he has from the S&P target

13    date, from a confidence level that undermines my

14    confidence in his analysis in general because that's a

15    fairly big breach of the most important number on this

16    page, which is the indicated benchmark in the IPS, the

17    S&P target date.                                            10:58:59

18         Q.  Mr. Marin, if you wanted to, you had his

19    report, and you could have done the analysis on the

20    Morningstar lifetime moderate or Morningstar US category

21    average indices if you believed there was information

22    that could shed light on that would be helpful; correct?

23         A.  I considered it largely irrelevant to the issue

24    at hand.

25         Q.  Got it.

Page 85

1          He mentions several times the "Investment Policy

2     Statement" and the materials that Ascend was providing

3     to the committee; correct?

4          A.  Correct.

5          MR. BLUMENFELD:  Mat, why don't we add the Q4, 2016

6     quarterly investment review.

7          MR. BERIN:  Jeremy, I don't want to interrupt.  If

8     there is a good stopping point, we've been going about     10:59:58

9     two hours.  It would be nice to take a short break.

10          MR. BLUMENFELD:  Why don't we do that now.

11          MR. BERIN:  Sorry.

12          THE VIDEOGRAPHER:  We are going off the record.

13     The time is 11:00 o'clock.

14          (A recess is taken.)

15          THE VIDEOGRAPHER:  We are back on the record.  The

16     time is 11:13.

17          MR. BLUMENFELD:

18          Q.  Mr. Marin, can you pull up the "Investment

19     Policy Statement"?  It should be Exhibit 2 to your     11:13:22

20     deposition.

21          A.  Got it.

22          Q.  Specifically page 14 of 18 that we've been

23     talking about before.

24          A.  Hold on.  Watch list process.  Got it.

25          Q.  Okay.

Page 86

1          The second sentence there says, "The committee may

2      consider the following criteria when placing a fund on,"

3      quote, "monitor," closed quote," or, "quote," alert,"      11:13:57

4      closed quote, "status"; correct?

5          A.  Yes.

6          Q.  And in paragraph 31 of your report you changed

7      the "may consider the following criteria" to essentially

8      "The committee will place a fund on monitor or alert

9      status if any of the following happen"; correct?

10          MR. BERIN:  Object to the form.

11          THE WITNESS:  Well, let me see.  Can you reference

12      exactly in "31" where I say that?

13          MR. BLUMENFELD:

14          Q.  Sure in "31-B," in "31-C," in "31-D."

15          A.  So let's just take "31-B."

16          Q.  You say at the end of "31-B, the suite is

17      flagged and placed on watch for greater scrutiny."

18          A.  Yes.  That is what I did.  I don't think I      11:14:58

19      specifically said that that's what the IPS says.  I just

20      said that's what we did based on what the IPS indicated.

21          Q.  Okay.

22          But in practical terms, you turned the sentence

23      that says, "The committee may consider the following

24      criteria when placing a fund on monitor or alert status"

25      into "The fund will be placed on monitor or alert status  11:15:26

Page 87

1    if any of the following happen."

2        MR. BERIN:  Object to the form.

3        THE WITNESS:  Yeah.  I'm not in the business of

4    rewriting their IPS form.  Okay?  So I was not

5    attempting to do anything to change what the IPS said.

6    The IPS says these are the criteria that they may

7    consider.  And of course the idea is that they're

8    establishing a process for monitoring and review and        11:15:59

9    removal if necessary, and it is normal and standard

10   industry practice to do that based on the criteria

11   indicated in the IPS.

12       So that is the approach that I used.  The IPS

13   provides the guidance.  I am supposed to do the

14   analysis.  I did the analysis based on that guidance of

15   the IPS.  To me it's very clear what should be          11:16:28

16   considered.  We considered it.  We then flagged it.  And

17   I had the benefit also of looking at the reports that

18   were provided by their consultant, and I don't believe

19   anything that I did was inconsistent with what they did

20   other than my choice of peer groups.

21       Q.  We'll get to the peer group choice in just a      11:16:57

22   minute.

23       But in paragraph 31-B you say, "The suite is

24   flagged and placed on watch for greater scrutiny."

25       But the IPS doesn't call for that.  It says that's

Page 88

1          a factor for the plan fiduciaries to consider.

2               MR. BERIN:  Object to the form.

3               THE WITNESS:  Like I said, paragraph B does not say

4          that the IPS says that.  Paragraph B says that.  I then

5          flagged it and placed it on watch for greater scrutiny    11:17:29

6          in my analysis.

7               MR. BLUMENFELD:

8               Q.  Okay.

9               And paragraph 31-C does the same thing with respect

10         to the information ratio?

11              A.  Yes.

12              MR. BERIN:  Object to the form.

13              MR. BLUMENFELD:

14              Q.  And in paragraph 31-C you're not relying on the

15         IPS to articulate the criteria for putting a fund on

16         watch list?

17              MR. BERIN:  Object to the form.

18              THE WITNESS:  Well, let's see.  This quality is

19         recognized as a watch list standard in the IPS.  The    11:17:58

20         suite flagged and placed on watch, yes.  My same comment

21         for "B" pertains to "C."

22              MR. BLUMENFELD:

23              Q.  The IPS says that it's something that can be

24         considered, and you said that's something that has to be

25         flagged for placement on watch?

Page 89

1          MR. BERIN:  Object to the form.

2          THE WITNESS:  I'm saying that the IPS does not put

3      these things up on its process list for them to be          11:18:26

4      ignored.  They need to be considered.  It's industry

5      standard that they be considered.  There's a number of

6      things that I've cited in my report that address the

7      fact that that's how they should be considered, and

8      that's how I considered them.

9          So I'm not quibbling that the IPS says "may

10     consider," but to me the implications of the IPS, given      11:19:00

11     its mandate, self-imposed mandate, is to consider those

12     issues and to take the actions of putting them on a

13     flagged or monitor basis or alert basis depending on the

14     outcome of that review.

15          Q.  Do you agree that the investment watch list

16     process that's described in the "Investment Policy

17     Statement" for Quanta is pretty typical of "Investment

18     Policy Statement"s for defined contribution plans?          11:19:30

19          A.  It's reasonably typical in the sense that I

20     mean the wording is different because different

21     consultants word these things a little differently, but

22     it's fairly typical in that it considers the

23     quantitative and the qualitative aspects that need to be

24     monitored and reviewed by the committee to evaluate the

25     ongoing appropriateness of these funds.                     11:19:57

Page 90

1          Q.  Great.  Let's go to Exhibit 4 to your

2     deposition.  It should be in the folder.

3          A.  Okay.  Let's see here.  Exhibit 4.  Okay.  I

4     see it there.  I'm downloading it.  It's downloading.

5     It's Exhibit 4.  I got to get out of this one.          11:20:30

6     Exhibit 4.  Okay.  This is the 4th quarter report by

7     Ascend as provided to the committee; is that correct?

8          Q.  That is what it is, and this is a document you

9     considered in preparing your report; correct?

10         A.  Yes.

11         MR. BLUMENFELD:  Okay.  Alec, were you able to     11:21:03

12     download it?

13         MR. BERIN:  I'm still working on it.

14         MR. BLUMENFELD:  Okay.

15         MR. BERIN:  I appreciate you asking.

16         MR. BLUMENFELD:  Sure.  We'll give you a minute.

17         MR. BERIN:  Thank you.  I just got it.

18         MR. BLUMENFELD:  Okay.  Great.

19         Q.  Mr. Marin, could you turn to page 50 of 68?   11:21:20

20     That's of the PDF pages.

21         A.  Is this the one that shows "Fidelity Freedom K

22     2005"?

23         Q.  That's the one.

24         A.  Okay.

25         Q.  And this is information that would have been

Page 91

1    provided to the committee about the performance of the

2    Fidelity Freedom K 2005 Fund as of the time period that    11:21:57

3    you say the fund should have been removed from the plan;

4    correct?

5        A.  That's correct.

6        Q.  Okay.

7        Could you look at "Manager Versus Benchmark

8    Performance," that sort of table that's in the middle of

9    the page?

10       A.  Yes.

11       Q.  Can you see right underneath there it shows

12   "Product name, Fidelity Freedom K 2005"?

13       A.  I'm just going to enlarge it here a little bit.

14   "Product name, Fidelity Freedom K 2005," yes.    11:22:26

15       Q.  And also has the "S&P Target Date Retirement

16   Income."

17       You see that?

18       A.  Yes.

19       Q.  And that's the benchmark; correct?

20       A.  Yes.

21       Q.  Okay.

22       If you look at three-year performance, just to

23   orient you and me, the Fidelity Freedom Fund K 2005 has

24   three-year performance of 3.41 percent; correct?

25       A.  3.41, correct.

Page 92

1    Q.  Okay.

2    Immediately to the right of that it shows the rank?  11:22:58

3    A.  It shows the Rank 32.

4    Q.  Yes.

5    Meaning that the Fidelity Freedom K Fund 2005 was

6    in the top 32nd percentile, essentially the top third of

7    all target date 2005 funds; correct?

8    A.  Correct.

9    Q.  Okay.

10   It also shows the ranking of the S&P Target Date

11   Retirement Income Fund; correct?

12   A.  Yes.

13   Q.  And it shows that that fund was ranked in the   11:23:29

14   top 28th?

15   A.  Correct.

16   Q.  On a three-year basis?

17   A.  Yes.

18   Q.  Meaning that the S&P Target Date Fund benchmark

19   outperformed 72 percent of target date funds?

20   A.  Yes.

21   Q.  Okay.

22   Then on a five-year basis it shows the Fidelity

23   Freedom Fund was ranked on the 75th percentile; correct?  11:24:00

24   A.  Yes.

25   Q.  Meaning that particular fund performed better

Page 93

1     than about 25 percent of other target date funds?

2          A.  That's correct.

3          Q.  And the S&P Target Date benchmark for that was

4     in the 85th percentile; correct?

5          A.  That's correct, meaning --

6          Q.  Meaning that vintage of the benchmark was in

7     the bottom 15 percent of target date funds?          11:24:26

8          A.  That's correct.

9          Q.  Okay.

10          Now, let's go to the Fidelity Freedom K 2010, next

11    page.

12          Do you have that in front of you?

13          A.  I do.

14          Q.  So as of December 31 of 2016, the committee

15    would have received this information about the Fidelity

16    Freedom K 2010 fund?

17          A.  That's correct.

18          Q.  And this would have shown -- and this shows the  11:24:56

19    Fidelity Freedom K 2010 Fund was ranked in the top 14

20    percent target date vintages that were 2010 vintages;

21    correct?

22          A.  It shows the rank as 14, and it shows the rank

23    as 11 for the target date.

24          Q.  For the S&P target date benchmark.  Let's break

25    those down so the record clear.

Page 94

1          The Fidelity Freedom K 2010 Fund was ranked in the    11:25:28

2     top 14 of target date funds according to Lipper;

3     correct?

4          A.  Yes.

5          Q.  Okay.

6          Meaning it was a better performer than about 86

7     percent of other target date 2010 funds?

8          A.  Yes.

9          Q.  And the S&P Target Date Index that is the

10     benchmark that you utilized was ranked in the 11th

11     percentile; correct?                                      11:25:59

12          A.  Correct.

13          Q.  Meaning the S&P Target Date Index outperformed

14     89 percent of target date funds?

15          A.  Correct.

16          Q.  Okay.

17          And on a five-year basis, the Fidelity Freedom K

18     2010 fund was in the top 26th percentile?

19          A.  Yes.

20          Q.  Meaning it out performed 74 percent of target

21     date funds?

22          A.  Yes.

23          Q.  And on a five-year basis, the S&P Target Date

24     Index was in the 52nd percentile?                         11:26:28

25          A.  Correct.

Page 95

1          Q.   Meaning that it outperformed 48 percent of

2     other target date funds as of that time period?

3          A.   Correct.

4          Q.   Okay.

5          Let's go to the 2015, next page, which is page 52

6     of 68.

7          A.   Okay.

8          Q.   So this shows from Quanta's consultant to the

9     folks on the Quanta committee that the Fidelity Freedom    11:26:58

10    K 2015 Fund was ranked in the top 17 percent of target

11    date funds that were 2015 target date funds; correct?

12         A.   Yes.

13         Q.   On a three-year basis?

14         A.   Yes.

15         Q.   Okay.

16         And the S&P Target Date Index for 2015 was ranked

17    in the top 5 percent?

18         A.   Yes.

19         Q.   That means that 95 percent of target date funds

20    would have performed worse than the S&P Target Date 2015   11:27:27

21    Index; correct?

22         A.   Correct.

23         Q.   Okay.

24         Let's switch to the five-year.

25         The 2015 fund on a five-year basis was ranked in

Page 96

1        the top 41st percentile; correct?

2            A.   Correct.

3            Q.   Meaning it outperformed 59 percent of target

4    date funds?

5            A.   Correct.

6            Q.   And the benchmark of the 2015 fund outperformed

7    65 percent of target date funds?

8            A.   Correct.

9            Q.   Let's go to the next one, 2020.              11:28:00

10            The Quanta consultant provided to Quanta

11    information that the fiduciaries would have been aware

12    of as of December 31 or shortly thereafter December 31,

13    2016 or shortly thereafter this information about the

14    Fidelity Freedom K 2020 Fund; correct?

15            A.   Correct.

16            Q.   And this shows the Fidelity Freedom K 2020 fund  11:28:26

17    on a three-year basis was ranked 7th; correct?

18            A.   Correct.

19            Q.   Meaning the Fidelity Freedom K 2020 fund

20    outperformed 93 percent of target date funds in the

21    marketplace?

22            A.   Correct.

23            Q.   And the S&P Target Date Index in that

24    circumstance outperformed 98 percent of the target date

25    funds in the marketplace?

Page 97

1          A.  Correct.

2          Q.  Meaning 98 percent of target date funds would

3     have performed worse than the S&P Target Date 2020 Fund   11:28:59

4     on a three-year basis?

5          A.  Yes.

6          Q.  Okay.

7          And on a five-year basis, Fidelity Freedom 2020

8     Fund was in the 34th percentile?

9          A.  Correct.

10          Q.  Meaning that it outperformed 66 percent of

11     target date funds?

12          A.  Yes.

13          Q.  And on a five-year basis, the S&P Target Date

14     Index outperformed 84 percent of target date funds?

15          A.  Correct.

16          Q.  So I was under the impression maybe, or         11:29:30

17     misimpression, that the S&P Target Date Index would

18     actually be sort of right in the middle of where target

19     date funds would be, but that's not actually the case;

20     correct?

21          A.  Well, not in this particular period it's not.

22          Q.  Okay.

23          Let's go to the 2025 fund.  That's on page 54 of 68

24     of the PDF.                                            11:29:58

25          A.  Got it.

1          Q.   The committee would have been told as of this

2     time period that the Fidelity Freedom K 2025 Fund was

3     ranked in the 7th percentile; correct?

4          A.   That is correct.

5          Q.   And that's on a three-year basis?

6          A.   Yes.

7          Q.   And that means it outperformed 93 percent of

8     target date funds?

9          A.   Yes.

10         Q.   And the S&P Target Date 2025 Index outperformed

11    97 percent of target date funds on a three-year basis?   11:30:26

12         A.   Correct.

13         Q.   And on a five-year basis the Fidelity Freedom

14    2025 Funds were ranked in the 32nd percentile; right?

15         A.   Yes.

16         Q.   Meaning it outperformed 68 percent of other

17    target date funds?

18         A.   Correct.

19         Q.   And the S&P Target Date Index that you used as

20    a benchmark outperformed 73 percent of target date

21    funds?

22         A.   Correct.

23         Q.   Meaning 73 percent of target date funds would   11:30:57

24    have performed worse than the S&P Target Date Index on a

25    five-year basis?

Page 99

1          A.  Correct.

2          Q.  Let's go to the 20 --

3          A.  You're trying to test my eyes and my simple

4     math skills?  You're doing a good job.

5          Q.  Testing my math skills.

6          A.  I got to agree with what you say.

7          Q.  So the S&P 2030 Fund -- excuse me, not S&P 2030   11:31:26

8     Fund -- the Fidelity Freedom K 2030 Fund on a three-year

9     basis was ranked 8th; correct?

10         A.  Correct.

11         Q.  Meaning it outperformed 92 percent of target

12    date funds?

13         A.  Correct.

14         Q.  And the S&P Target Date 2030 benchmark was in

15    the top 4 percent?

16         A.  Correct.

17         Q.  Meaning it outperformed 96 percent of target

18    date funds?

19         A.  Correct.

20         Q.  And on a five-year basis, the Fidelity Freedom   11:31:57

21    K Fund was in the top 32nd percentile?

22         A.  Correct.

23         Q.  Meaning it outperformed 68 percent of target

24    date funds?

25         A.  Correct.

Page 100

1          Q.  Let's skip to the 2035 Fund.  That is the next

2     page, 56 of 68 of the PDF.

3          A.  Got it.

4          Q.  The Fidelity 2035 Fund as of December 31, 2016

5     was in the top 8th percentile; correct?                    11:32:29

6          A.  Yes.

7          Q.  Meaning it did better than 92 percent of target

8     date funds?

9          A.  Correct.

10          Q.  And the index that you use as the benchmark

11     ranked third, meaning it outperformed 97 percent of

12     target date funds?

13          A.  Correct.

14          Q.  And on a five-year basis, the Fidelity Freedom

15     K Funds were in the top 34th percentile?

16          A.  Correct.

17          Q.  And the S&P Target Date Index for the 2035       11:33:00

18     five-year basis was in the top 30th percentile?

19          A.  Correct.

20          Q.  Let's go to the 2040.  This is page 57 of 68.

21          A.  Got it.

22          Q.  The Fidelity Freedom K 2040 Fund was in the top

23     15th percentile?

24          A.  Correct.

25          Q.  Meaning that it outperformed 87 percent of

Page 101

1      other target date funds?

2          A.  Correct.                                    11:33:30

3          Q.  And the benchmark, the S&P Target Date 2040,

4      was in the top 6th percentile?

5          A.  Correct.

6          Q.  Meaning, 94 percent of target date funds

7      performed worse than the S&P Target Date 2040 Fund?

8          A.  Correct.

9          Q.  And on a five-year basis, the 2040 fund for the

10     Fidelity Freedom Fund was at the 35th percentile?

11         A.  Correct.

12         Q.  Meaning that it outperformed 65 percent of

13     other target date funds?                            11:33:59

14         A.  Correct.

15         Q.  Let's go to the 2045 fund.

16         A.  You're not going to bother with the S&P?

17         Q.  Oh, we can go do the S&P for that one too.

18         That was in the 20th percentile?

19         A.  Correct.

20         Q.  Meaning that benchmark outperformed 80 percent

21     of target date funds?

22         A.  Correct.

23         Q.  Meaning 80 percent of the target date funds in

24     the marketplace performed worse than that benchmark?

25         A.  Correct.

Page 102

1          Q.  Let's go to the 2045.                        11:34:29

2          The Fidelity Freedom K 2045 Fund was ranked in the

3     31st percentile; correct?

4          A.  No.

5          Q.  Well, my bad.  I was reading the one-year

6     ranking.

7          A.  I knew there was a reason I was paying

8     attention.

9          Q.  There you go.

10         On a three-year basis, the Fidelity Freedom K 2045

11     Fund was ranked in the 12th percentile?

12         A.  Correct.

13         Q.  Meaning that the Fidelity Freedom K 2045 Fund   11:34:57

14     did better than 88 percent of target date funds?

15         A.  Correct.

16         Q.  That's information that would have been

17     communicated to the folks on the committee after

18     December 31 of 2016?

19         A.  Correct.

20         Q.  And the S&P Target Date Index that's the

21     benchmark was in the 3rd percentile?

22         A.  Correct.

23         Q.  Meaning it performed better than 97 percent of

24     the 2045 target date funds?

25         A.  Correct.

Page 103

1    Q.  And on a five-year basis, the Fidelity Freedom

2    K 2045 Funds were ranked in the 41st percentile?        11:35:29

3    A.  Correct.

4    Q.  And the S&P target date benchmark was in the

5    17th percentile?

6    A.  Correct.

7    Q.  And that means the Fidelity Freedom K 2045 Fund

8    on a five-year basis did better than 59 percent of the

9    other target date funds in the market?

10   A.  Correct.

11   Q.  And also that 83 percent of target date funds

12   would have failed -- that is, fallen below the target

13   date index on a five-year basis?                        11:35:58

14   A.  Correct.

15   Q.  Let's go to the 2050 fund, which is page 59 of

16   68.

17   A.  Got it.

18   Q.  On a three-year basis, the Fidelity Freedom

19   2050 Fund was in the 20th percentile; correct?

20   A.  Correct.

21   Q.  Meaning it did better than 80 percent of target

22   date funds?

23   A.  Correct.

24   Q.  And the benchmark is the 9th percentile?          11:36:24

25   A.  Correct.

Page 104

1          Q.  Meaning that 91 percent of target date funds

2     fell below the benchmark?

3          A.  Correct.

4          Q.  And on a five-year basis, the Fidelity Freedom

5     K 2050 Fund was in the 23rd percentile?

6          A.  Correct.

7          Q.  And the benchmark was in the 8th percentile?

8          A.  Correct.

9          Q.  Meaning over 90 percent of target date funds

10    performed worse than the benchmark as of December 31 of

11    2016?

12         A.  Correct.                                 11:36:58

13         Q.  Okay.

14         Let's go to the 2055 Fund.

15         The Fidelity Freedom K 2055 Fund was ranked in the

16    15th percentile; correct?

17         A.  Correct.

18         Q.  Meaning it did better than 85 percent of target

19    date funds?

20         A.  Correct.

21         Q.  And the benchmark, the S&P Target Date Index

22    was in the 3rd percentile?

23         A.  Correct.

24         Q.  Meaning 97 percent of target date funds did

25    worse than that benchmark?                        11:37:29

Page 105

1          A.   Correct.

2          Q.   And on a five-year basis, the Fidelity Freedom

3     K 2055 Fund was ranked in the 41st percentile; correct?

4          A.   Correct.

5          Q.   And that means it did better than 59 percent of

6     target date funds?

7          A.   Correct.

8          Q.   But the S&P Target Date Index actually did

9     better than 90 percent of target date funds?

10         A.   Correct.

11         Q.   Meaning nine out of ten target date funds would

12    not have outperformed the S&P target date?

13         A.   Correct.                                    11:37:59

14         Q.   Okay.

15         Let's go to the 2060.  There's not enough

16    information in order to be able to evaluate.

17         A.   Let's see here.  That's 2055.  This shows a

18    repeat of the 20 -- oh, the 2060.  It's done against the

19    2055 target date that doesn't otherwise exist.

20         Q.   And there's no 2065 fund with no three-year

21    performance as of this point in time either.          11:38:28

22         A.   Got it.  Yes.

23         Q.   How common is it for plans to use the Lipper

24    ranking when evaluating investment performance?

25         A.   I don't know specifically.  It's certainly one

Page 106

1    of the known peer group rankings.                    11:38:47

2         Q.  Let's go to paragraph 31-D of your report, sir.

3         A.  Okay.

4         Q.  Paragraph 31-D you describe evaluating the

5    Fidelity Freedom Fund against the peer group; correct?   11:39:28

6         A.  Correct.

7         Q.  But you don't use the peer group that's set

8    forth in the quarterly materials that were provided to

9    the Quanta plan fiduciaries; correct?

10        A.  That's correct.

11        Q.  You create your own peer group?

12        A.  No.  I chose a peer group that was provided by

13   the consultant in their annual deep dive review of which

14   they considered an important part of the annual review

15   process of the target date funds as they state in their   11:40:00

16   report.

17        Q.  Okay.

18        Did you pick that just because the consultants used

19   it in their target date deep dives that they provided to

20   the committee or for any other reason?

21        A.  It's normal for peer group assessment to be

22   done by plan fiduciaries.  That is, relevant performance   11:40:25

23   is always an important measurement criteria.  There are

24   several peer group sort of providers, if you will, data

25   provider.  Morningstar is used.  Lipper is used.  Those

Page 107

```
 1        are the dominant ones.  The problem with those peer      11:40:51
 2        groups is that they are large in terms of they try very
 3        hard to be comprehensive in putting the entire universe
 4        of providers in without any filters.  It is normal in
 5        the analytical process in reviewing the performance of a
 6        particular fund to put filters on that represent some of
 7        the qualitative aspects of the process called for in the  11:41:29
 8        IPS.  In the case of this IPS, because of the size of
 9        the Quanta fund, the most particularly relevant criteria
10        is size, and that's a very pragmatic restriction, which
11        is to say that since TDFs are a reasonably new          11:41:56
12        phenomenon sort of in the last 20 years, 25 years, there
13        are -- there are many new funds that have not yet gained
14        what we would call sufficient critical AUM mass to be
15        fair representatives of funds that are investable by a
16        large plan like Quanta.  So in the same way that the IPS  11:42:28
17        references size of AUM as a key qualitative criteria,
18        it's my opinion based on my experience that the --
19        putting a size filter on a peer group is a very relevant
20        exercise, because otherwise you run into a problem of
21        trying to compete against funds which are not really     11:42:58
22        true peers because they are too small to be usable and
23        investable by the fund.  And I believe that is what
24        underlies the provision of the deep dive list, and I
25        believe it's why when Ascend provides the deep dive
```

Page 108

1    report every year to the committee, it does so based on    11:43:27

2    a significantly pared-down peer group, the most relevant

3    peer group, and I believe it is valuable information to

4    say that that was the peer group that Ascend thought

5    that at least annually the committee should review to

6    see how their chosen fund was performing against the    11:43:55

7    other peers available in the market.

8         So that is why I chose to use the peer group that

9    was provided.  I could have formulated my own peer

10   group, but that would have been somewhat arbitrary and

11   less linked to the experience of the committee.  This

12   was linked directly to the experience of the committee.

13   It was information provided to the committee by their

14   consultant, and therefore I thought the most relevant    11:44:32

15   peer group available at the time for the committee's

16   use.

17        Q.  Sir, do you know how many other plan fiduciary

18   committees do target date deep dives like the one you

19   are referencing that Quanta plan fiduciaries did?

20        A.  I don't.

21        Q.  Do you know if other plan fiduciaries evaluate    11:44:55

22   the performance of their target date funds against the

23   Lipper peer group?

24        A.  As I said before, I know it's a commonly used

25   peer group for all purposes.  I don't know specifically

Page 109

1  which or how many funds used Lipper for their review

2  purposes or even a modified Lipper.  Look, you can

3  take -- My analysts are capable of taking the Lipper        11:45:27

4  peer group, putting filters against it.  This is what

5  Lipper does and Morningstar does when you buy their

6  services and Bloomberg does when you buy its services.

7  And so any consultant or any analyst who's reviewing

8  performance data can take the universe and narrow the

9  universe to be more applicable to the pragmatic

10  circumstance involved, and therefore when you make a       11:46:00

11  broad comment or broad question like who else uses

12  Lipper, they may use Lipper, or they may use a modified

13  Lipper, or they may use something else.  I'm sure it is

14  used by some, but I don't know how many or which.

15      Q.  The "Investment Policy Statement" does not call

16  for evaluating the performance of the funds against the

17  specific universe of funds that are identified in the      11:46:28

18  target date deep dive; correct?

19      A.  The IPS is unclear.  It says "relative peer

20  group," and my concern about the broader Lipper peer

21  group or even a Morningstar peer group, which I might

22  have constructed, was the concern I indicated which is

23  those would have to be narrowed considerably to be the     11:46:58

24  most relevant, and it did happen to be something that

25  was provided annually to the committee, so it did indeed

Page 110

1      represent, in my opinion, the best available peer group

2      to analyze this fund against.

3            Q.  And the peer group that if you had analyzed the

4      peer group against the Lipper peer group that was            11:47:28

5      provided to the committee on a quarterly basis, the

6      Fidelity Freedom Fund would have passed the test that

7      you articulate in your report in paragraph 31-D because

8      they performed better than the peer group median;

9      correct?

10           A.  I would have to look at it over all of the

11     quarters that I focused on for this purpose.  But I am

12     fairly certain just based on the reading of the 4th         11:47:54

13     quarter 2016 -- which by the way, was indeed the best of

14     the quarters in terms of the performance of Fidelity

15     Freedom.  As I indicated before, they were only, on a

16     relative basis, I think 83 percent in breach where most

17     of the other quarters were -- had a greater percentage

18     of breach indexes.  So I would imagine that the            11:48:23

19     Lipper -- brought up Lipper universe peer comparison

20     which is shown in these reports would show a better

21     outcome than the deep dive, more relevant peer group

22     index showed.  That would not surprise me.

23           Q.  Not just better.  I mean, we just went through

24     each of the target date funds and showed that, I think    11:49:00

25     with one exception, they performed better than the

Page 111

1          median on every one, and many of them were in the top 20

2          percent which means they would have passed the criteria

3          that you articulate in your report in paragraph 31-D.

4               A.  Again, I don't have a full analysis here.  I do

5          recall as we were going through them some that wouldn't    11:49:26

6          have met the criteria, but many more would have met the

7          criteria and not failed using the broader, less relevant

8          peer group.

9               Q.  And as you sit here today, you don't know how

10         prevalent it is for plan fiduciaries to use the Lipper

11         peer group for evaluating funds as opposed to some other

12         deep dive peer group that plan fiduciaries might look at    11:49:58

13         for further analysis?

14              A.  No.  I think I answered that question already.

15         I don't know specifically.  I'm not surprised that

16         Lipper is used, but they may be using modified Lipper

17         that are more narrowed down.  I believe the industry

18         standard is to try to use the most appropriate index

19         available, and I believe that's what induced Ascend --

20         who by the way, was indicating underperformance for much    11:50:30

21         of this period of time for these vintages on its

22         reports.  I presume it motivated them to say to the

23         committee, at least on an annual basis, hey, you best

24         look at this more relevant peer index, and you have

25         better choices available to you here.  That's what I

Page 112

1     read into those reports.

2          Q.   That's a really good point, Mr. Marin.         11:50:57

3          You didn't look at any of the deposition testimony

4     from the consultant at Ascend or QPA; correct?

5          A.   Correct.

6          Q.   And you didn't look at any of the deposition

7     testimony from the actual committee members?

8          A.   I have not.

9          Q.   So you have no idea why the target date deep

10    dives were provided to the committee or what was

11    discussed by the folks on the committee or by the

12    consultants at Ascend related to the target date deep    11:51:26

13    dive or the performance of the Fidelity Freedom Fund in

14    the 4th quarter of 2016?

15         A.   Outside of my scope.

16         Q.   Got it.

17         Mr. Marin, I have I think a little bit of a simple

18    math question for you.

19         A.   Okay.

20         Q.   If you were to take the universe of target date

21    funds that exist and pick the ten best of those target

22    date funds -- So far so good?

23         A.   Got it.

24         Q.   Okay.

25         And then you were to say, I want to see if a target

Page 113

1       date fund is falling above or below the median of this

2       group of the top ten --                                11:52:29

3            A.  Right.

4            Q.  -- you're going to get about half that fall

5       below the median; right?

6            A.  Correct.

7            Q.  And that's true even though these are the top

8       ten target date funds?

9            A.  Correct.

10           Q.  And if you were to say out of all of the target

11      date funds in the universe, I'm going to compare the top

12      two, you would have one that falls above the median and

13      one that falls below the median -- correct? -- unless    11:52:56

14      their performance was exactly the same?

15           A.  Yes.  But may I add something?

16           Q.  If it's an answer to my question, sure.

17           A.  Well, I believe that this, as you characterize

18      it, best performing list, which I'm presuming you're     11:53:25

19      equating in some way, shape, or form to the deep dive

20      list, also better fits the qualitative criteria of the

21      fund, then there is a much higher degree of relevance to

22      that median performance criteria hurdle that is

23      described in the IPS and that I used in my report.       11:53:58

24           Q.  Mr. Marin, have you done any analysis to see

25      whether a fund that performs above the benchmark on a

Page 114

1      three-year basis or a five-year basis over the last

2      three years or five years is likely to do better than a

3      fund that performed above or below the benchmark over

4      the last three or five years?

5          A.  Well, you're talking about an analysis of

6      reversion of mean effectively, and it's a hotly debated    11:54:30

7      issue in investment management in general.  The answer

8      is that all you have on a contemporaneous basis to look

9      at is historical performance as well as the qualitative

10     issues that are shown and listed and discussed.  And

11     while history is no predictor for future returns, the    11:54:59

12     best you can do as a performance analyst is to ask

13     whether or not the fund in question has underperformed,

14     and the IPS calls for underperformance to be -- to be a

15     criteria, one, for not selecting it, and two, for    11:55:27

16     putting it on monitor, alert, and removing it.

17         So as far as I'm concerned, trying to get into,

18     let's call it, advanced and theoretical approaches to

19     predictive methodologies is not something that is called

20     for in the IPS.  It's not something that is used on a

21     day-to-day basis in most of these performance    11:55:57

22     evaluations, and therefore, it's not something that I

23     used in this particular analysis.

24         Q.  My question was whether you did any studies on

25     it.

Page 115

1          A.  I have read plenty of studies on it over my 47

2     years in the industry, so I've been aware of it.  But

3     I'm not a research analyst, so no, I didn't perform a

4     study.

5          Q.  And in connection with your report in this case

6     or in any other capacity, you haven't done any analysis

7     to see whether the tests that you articulate in          11:56:29

8     paragraph 31-B is likely to yield a better target date

9     fund over the next three or five or ten years or a worse

10    target date fund over the next three or five or ten

11    years; correct?

12         A.  I'm not sure anybody has that kind of crystal

13    ball or any particularly better ability to do that than

14    through, you know, analytics.  You can so some

15    problemistic assumptions, but there's no guarantees, and  11:56:58

16    there's no certainty of being able to be highly

17    predictive, no.

18         Q.  And you haven't done any sort of analysis like

19    that?

20         A.  For this exercise?  No.

21         Q.  Ever.

22         A.  Like I said, I've had up to 60 research

23    analysts doing work for me, and in my academic

24    experience as a professor of the practicum in investment  11:57:29

25    management at a major business school for over a decade,

Page 116

```
1        I've certainly seen the studies.  I've discussed those
2        studies with plenty of academics and practitioners, and
3        so I'm very aware of them.  I know that on a practical
4        basis in reviewing and doing the kind of assessment
5        that's called for in this case in this time frame based    11:57:59
6        on this IPS that it's not called for.
7            Q.  My question, sir, is whether you've ever done a
8        study.                                                      11:58:16
9            THE REPORTER:  I'm sorry.  I'm having a computer
10       problem.
11           (Pause in the proceedings.)
12           THE REPORTER:  "My question, sir, is whether you've
13       ever done a study --"
14           MR. BLUMENFELD:  That was the question.
15           THE REPORTER:  And the answer?
16           THE WITNESS:  You want me to give my answer again,
17       Jeremy?
18           MR. BLUMENFELD:
19           Q.  You said you're not a research scientist, so
20       no?
21           A.  I would have said, and if you'd let me finish,
22       was to say that I'm not a research scientist, so no, I     11:58:58
23       personally have not done it.
24           But as I said, I've had a number of people working
25       for me who have conducted those studies, and I have
```

Page 117

1    participated in, you know, review and conversation of

2    those as I have in the academic environment as well, so

3    I rely on a research analyst who does them.  Though I

4    haven't done them, but I have participated in doing          11:59:29

5    them.

6         Q.  And my question, sir, was specifically about

7    target date funds.

8         So you're saying you've participated in studies

9    that have been done about the analysis that's contained

10   in paragraph 31-B of your report and whether it yields

11   better target date funds as opposed to worse target date

12   funds over the next three or five or ten years?

13        A.  Yes.

14        Q.  Okay.

15        What studies?

16        A.  I can't name the specific studies.  I'm saying      11:59:58

17   that I recall our people doing them at Bankers Trust and

18   Deutsche Asset Management in particular but also

19   reviewing them when I was at Bear Stearns Asset

20   Management.  And I didn't do the studies, as I said, but

21   I was involved in discussing and reviewing those

22   studies, and the same can be said of my work as a

23   clinical professor of investments at Cornell.

24        Q.  But you can't identify any of the studies that     12:00:29

25   you're describing?

Page 118

1          A.   Not off the top of my head, no.

2          Q.   Okay.

3          And how many target date funds existed before 2003?

4          A.   I -- I don't know specifically.  I don't have

5     that information.  I'd have to look at the historical

6     records.

7          Q.   And am I right that you don't recall the names

8     of the studies that you're describing or the outcomes of    12:00:58

9     the studies that you're describing or any specifics of

10    the analyses that you're describing?

11         MR. BERIN:  I'll object to the form.

12         THE WITNESS:  Yeah.  I think, as I said, I'm not a

13    research analyst, so no, those are not on the tip of my

14    tongue.

15         MR. BLUMENFELD:

16         Q.   Okay.

17         So paragraph 31-C, have you conducted any studies

18    to evaluate whether information ratio analyses like what

19    you describe in paragraph 31-C yield better target date    12:01:25

20    funds or worse target date funds over the following

21    three or five or ten-year period?

22         A.   No.

23         Q.   And are you aware of any other studies that

24    anybody else has done?

25         A.   I have seen that.  I've seen studies over the

Page 119

1    years that incorporate a review of the content value of

2    information ratio analysis.  I just can't name the

3    studies.                                         12:02:00

4         Q.  Were any of those studies about target date

5    funds?

6         A.  Yes.

7         Q.  But you can't name the studies?

8         A.  I cannot.

9         Q.  Okay.

10   Do you remember the decade that the study was

11   published in or conducted?

12        A.  In the last 20 years.

13        Q.  Okay.

14   Would it have been in the last ten years?    12:02:26

15        A.  Probably.

16        Q.  And do you recall the outcome of the study that

17   you're describing whose name you don't know?

18        A.  I don't remember enough about the studies.

19   What I do remember is there is -- that no one technique

20   is totally predictive, and that indeed the methods used   12:02:55

21   in this particular IPS called for.  The criteria called

22   for in this IPS were standard industry practice, and

23   nothing that was being provided by the academy was being

24   used to supplant that at that moment in time, again

25   remembering that this -- the reference period is almost

Page 120

1    a decade ago.  So when you ask about what I've seen in

2    the last decade, I'm not sure how relevant that is to    12:03:29

3    the time period we're considering here.

4        Q.  When you say the "academy," what academy are

5    you referring to?

6        A.  I mean the academic community in the investment

7    management space.

8        Q.  Let's go back to the "Investment Policy    12:04:06

9    Statement."

10       A.  Okay.  Got it.

11       Q.  Just so the record is clear, this is Exhibit 2

12   to your deposition; correct?    12:04:29

13       A.  Correct.

14       Q.  The investment watch list process document?

15       A.  So page 14 of 18?

16       Q.  Page 14 of 18.

17       You start your analysis of the Fidelity Freedom

18   Funds in the 4th quarter of 2015; correct?

19       A.  I do.

20       Q.  And so in that quarter you say the funds should

21   be put on monitor status in accordance with the terms of

22   the "Investment Policy Statement"; correct?

23       A.  Correct.    12:04:59

24       Q.  And then the second quarter will be Q1 of 2016;

25   correct?

Page 121

1              A.   Yes.

2              Q.   And you say they should stay on monitor status

3         then; correct?

4              A.   Correct.

5              Q.   That's their second quarter on monitor status;

6         correct?

7              A.   Right.

8              Q.   Then we get to Q2 of 2016, and you say they

9         should be on monitor status then too?

10             A.   Correct.

11             Q.   That's their third time period that they're on    12:05:27

12        monitor status?

13             A.   Correct.

14             Q.   And then we get to Q3 of 2016?

15             A.   Correct.

16             Q.   And you say they should be still on monitor

17        status; correct?

18             A.   Correct.

19             Q.   And that's their fourth quarter that they're on

20        monitor status; correct?

21             A.   Correct.

22             Q.   Q4 of 2016 performance you say again warrants     12:05:55

23        them staying on monitor status; correct?

24             A.   Well, after four quarters doesn't it switch to

25        alert?

Page 122

1    Q.  Good point.  Thank you for correcting me on

2    that.

3         So after four quarters they should move to alert

4    status; correct?

5    A.  I believe so, yes.

6    Q.  Okay.

7         So then as of January 1 of 2017, they're on alert

8    status as of the performance for the immediately         12:06:27

9    preceding quarter; correct?

10   A.  Say that one more time?

11   Q.  As of January 1 of 2017, they are on alert

12   status based on their performance as of the immediately

13   preceding quarter?

14   A.  Yes.

15   Q.  2016?

16   A.  Yes.

17   Q.  And that's based on your application in

18   paragraph 31 of your report of how you interpret the

19   criteria set forth on the watch list process; correct?

20   A.  Correct.                                             12:06:59

21   Q.  Okay.

22        Now, this says in the "Investment Policy Statement"

23   that an investment can remain on alert status for at

24   least two quarters, and then the committee will consider

25   alternative investments; correct?

Page 123

1          A.  It said it can, yes.

2          Q.  Okay.

3          And under the terms of the "Investment Policy

4    Statement" then, the investment wouldn't be removed as

5    of Q1 of 2017?

6          A.  Well, the "Investment Policy Statement" says    12:07:27

7    that after it's been on monitor for four quarters, and

8    after it's been put on alert, the way I interpret it is

9    that that effectively says that if it remains unimproved

10   at that point and continues to breach the criteria

11   standards that it can and should be removed.

12         Q.  So the "Investment Policy Statement" says that   12:08:00

13   "After two consecutive quarters on alert status, the

14   committee shall consider alternative investment options

15   and discuss the merits of replacing or continuing the

16   investment"; correct?

17         A.  Well, it says no later.

18         Q.  Right.

19         A.  I interpret that paragraph differently than

20   apparently you do.  I interpret that paragraph to mean

21   that worst case they could leave something on alert for   12:08:30

22   two quarters, but that if it's been on monitor for four

23   quarters, and the fifth quarter it goes on alert that

24   that is -- that is sufficient to indicate removal.

25         Q.  Okay.

Page 124

1    Did you ask -- did you -- not ask.                12:08:54

2    We already talked about the fact you didn't review

3    the deposition testimony from anybody at Quanta or from

4    the consultant about how they interpreted and applied

5    the monitoring list criteria; correct?

6        A.  No, I didn't.  I just used what was written in

7    the IPS.

8        Q.  Okay.

9    And if your interpretation of that IPS provision is

10   incorrect, then the funds wouldn't be subject to removal

11   as of Q1 of 2017; correct?                         12:09:29

12       MR. BERIN:  Objection as vague.

13       THE WITNESS:  My interpretation would suggest that

14   they are subject to removal, and my experience in the

15   industry would imply that that is grounds for removal,

16   and my citations of -- in my report of other literature

17   which indicates that that's a framework for removal are

18   all very consistent.                               12:10:00

19       MR. BLUMENFELD:

20       Q.  Right, but you're not answering my question.

21       A.  What is your question again then?

22       Q.  If your interpretation of the "Investment

23   Policy Statement" is not correct, then the funds would

24   not be subject to removal under the terms of the

25   "Investment Policy Statement" as of Q1 of 2017?

Page 125

1            MR. BERIN:  Object to the form.

2            THE WITNESS:  Well, so you're posing a hypothetical

3       to me; is that correct?

4            MR. BLUMENFELD:

5            Q.  I was asking a very simple question, sir.        12:10:29

6            A.  But isn't your question a hypothetical?

7            Q.  I'm asking if your interpretation of the

8       "Investment Policy Statement" is incorrect.

9            A.  Okay.  That's a hypothetical.

10           Q.  Okay.

11           Then yes, it's a hypothetical question.

12           A.  Okay.  So since I believe my interpretation is

13      correct, I believe there has to be removal.

14           Q.  Right.

15           And if your interpretation is not correct, then it    12:10:58

16      wouldn't be subject to removal as of Q1 of 2016;

17      correct?

18           MR. BERIN:  Object to the form.

19           THE WITNESS:  If my interpretation is incorrect,

20      then I would want to figure out what the criteria is

21      supposed to be for removal, because to me showing five

22      quarters using three and five-year averaging of          12:11:28

23      breach-of-performance standards or underperformance as

24      is characterized by Ascend is, by all standards I've

25      ever seen for 47 years in the industry, a clear

Page 126

```
 1        indicator for removal.

 2             So if you're telling me that somehow I'm wrong

 3        hypothetically, then I would first start by saying,

 4        well, then what is the criteria for removal?  And if    12:11:56

 5        that isn't, what is?  And I would start by asking that

 6        question.

 7             MR. BLUMENFELD:

 8             Q.  Okay.

 9        Can you answer my question?

10             A.  Well, rephrase it one more time.

11             Q.  Mr. Marin, you just have to listen to it.

12             A.  Well, I'm trying to listen to it, but you're

13        posing a hypothetical that doesn't make sense to me.

14             Q.  You said, Mr. Marin, that you're interpreting

15        the "Investment Policy Statement" to call for a fund    12:12:29

16        that has been on alert status for one quarter to be

17        subject to removal.

18             A.  And I believe that the committee has the

19        discretion under the IPS to do that, yes.

20             Q.  Okay.

21             And that's fine.  That's your hypothetical

22        interpretation of the "Investment Policy Statement."  I

23        was asking you about the contrary hypothetical --

24        meaning, your interpretation is not correct, and the    12:12:58

25        investment option is supposed to be on alert status for
```

Page 127

1     two quarters after being on monitor status for four

2     quarters.

3          And if that's true, then under the terms of the

4     "Investment Policy Statement," this investment would not

5     be subject to removal as of Q1 of 2017; correct?

6          A.  If all what you state hypothetically is true,

7     then I'm presuming that one would look at this for one

8     more quarter, which is the first quarter of 2017, and     12:13:29

9     judge it accordingly at that point for removal.

10          Q.  Okay.  Good.

11          Now, you mentioned that you cited some other

12     studies or analysis about this idea of four consecutive

13     review periods.

14          A.  Correct.

15          Q.  So where do you do that?

16          A.  Well, I thought I had that in the -- in one of

17     my footnotes where I reference some of the studies.     12:13:59

18     Take a look --

19          Q.  Take your time.     12:14:23

20          A.  If you look at Footnote 16 on page 11 --     12:14:46

21          Q.  Footnote 16?

22          A.  Yes.  Oh no, no, no, no, no.  Footnote 11 on

23     page 9.     12:15:25

24          Q.  Is that it?

25          A.  Yes.

Page 128

1          Q.  Okay.

2          And what you cite in Footnote 11 says that a watch

3     list can be based on underperformance against an index

4     for three consecutive quarters, among other things.        12:15:58

5     Actually, what you cite in Footnote 11, let me read the

6     entire thing, quote, "Trustees should define changes to

7     a fund by designating the fund to a watch list or to

8     terminate that fund as an option under the plan.  The

9     watch list may be based on performance," comma,

10     "three-year peer ranking below the median for three

11     consecutive quarters," comma, "three-year index under

12     performance for three consecutive quarters, violating        12:16:29

13     risk guidelines, style drift for three quarters, or loss

14     of key investment people."

15          That's the first cite; correct?

16          A.  Correct.

17          Q.  And that doesn't say anything about a fund

18     getting removed after four or five quarters of being on

19     a watch list?

20          A.  It says designating the funds to a watch list

21     or to terminate the funds.

22          Q.  It says that, but then the next sentence says,

23     "The watch list can be based on --" and then it        12:16:59

24     articulates all of these criteria.

25          A.  Well, I believe that captures the essence of my

Page 129

```
 1        choice to terminate after five quarters of

 2        underperformance, and I think the next reference does

 3        the same.

 4            "If at any time any of the following criteria are

 5        triggered, the investment manager shall be notified of

 6        the board's concerns and shall be terminated at the       12:17:26

 7        discretion of the board in consultation with the

 8        investment performance consultant.  Four consecutive

 9        quarters of performance below the 'X' percentile in

10        performance rankings for the investment manager's

11        specified numbers."

12            Q.  Well, the first one doesn't actually address

13        removal after four quarters or five quarters or six

14        quarters at all; correct?

15            A.  The first one says that "The trustee should

16        define responses to changes in a fund by designating the  12:17:57

17        fund to a watch list or to terminate that fund."

18            Q.  Right.  Keep reading.

19            A.  "As an option under the plan --"

20            Q.  Keep reading.

21            A.  "-- the watch list --" okay.  Now it's talking

22        specifically about the watch list -- "may be based upon

23        performance in the three-year rankings, median of three

24        years."  It's just going through the specificity of the

25        criteria.
```

Page 130

1          Q.  For the watch list?

2          A.  Right.  And they're talking about even a          12:18:28

3      shorter time frame there, three quarters.

4          Q.  No, Mr. Marin.  What this says is after three

5      consecutive quarters, the fund can be placed on a watch

6      list.

7          A.  Or to terminate that fund.

8          Q.  You're taking part of the sentence that is in

9      one place in the document --

10         A.  Then tell me what -- what the "or terminate the

11     fund" refers to in this instance?                        12:18:58

12         Q.  That's fine.  I don't need to argue with you.

13     The document that you cite speaks for itself on that

14     one.

15         Let's look at the next one.

16         What's the title of the second document?

17         A.  "State and Local Government Retirement Law, a

18     Guide for Lawyers, Trustees, and Plan Administrators."

19         Q.  Okay.

20         And the blank about the percentile is a blank;

21     correct?

22         A.  Yes.

23         Q.  What criteria -- what criteria did you apply in  12:19:27

24     that category?

25         A.  50th percentile based on the peer group that I

Page 131

1    thought was most relevant.

2        Q.  Can you, sir, identify any plans in the last

3    ten years that remove a fund after being on a watch list

4    for four quarters?

5        A.  You continue to ask me to reference specific      12:19:59

6    funds, and my answer is no, not specifically, but I

7    believe that is an industry standard.

8        Q.  Okay.

9        What about five quarters?

10       A.  Well, I say that it's -- it's a little

11   different for target date funds, and four or five

12   quarters is an appropriate period of time for

13   underperformance leading to termination when it comes to  12:20:28

14   target date funds, and it's even shorter for individual

15   funds, in my opinion, using three and five-year average.

16       Q.  Can you identify any other plans that remove a

17   target date fund based on being on a watch list for five

18   quarters?

19       A.  I haven't done a study of the plans that have

20   removed funds for performance, so the answer is no, I     12:20:58

21   can't do that.

22       Q.  Okay.

23       Do you know what percentage of target date funds

24   would fail the criteria that you articulate in

25   paragraph 31-A, B, C, and D of your report?

Page 132

```
1              A.  Well, I'm not sure --

2              MR. BERIN:  Object to the form.

3              THE WITNESS:  Yeah.  I'm not sure I consider it      12:21:29

4         relevant how many target date funds.  That was outside

5         my scope to do that.  What I would tell you is that I

6         believe under a smaller, more appropriately defined peer

7         universe there would most likely be several that

8         underperformed and didn't meet the criteria.

9              But like you said yourself, that's the nature of

10        using the median as the bar that needs to be -- that      12:21:59

11        needs to be covered.  Half of them will fail.

12             MR. BLUMENFELD:

13             Q.  And as against the benchmark that you

14        articulate in paragraph 31-B, we saw from the 4th

15        quarter 2016 report 97 percent of some of the target

16        date funds would fail?

17             A.  It's 97 percent --

18             MR. BERIN:  I'll object to the form.

19             THE WITNESS:  It's 97 percent of what I would      12:22:29

20        consider the entire peer universe.

21             MR. BLUMENFELD:

22             Q.  Okay.

23             A.  An inappropriate peer universe.  And by the

24        way, one other observation.  You can't pick out one      12:22:58

25        vintage, because as we know, these target date funds are
```

1    sold as a suite, so you have to do what I did in my

2    analysis which is to say how many of those vintages have

3    breached that standard, and you have to look at sort of

4    the percentage of the vintages, not one that happened to

5    hit 97 percent against a peer universe that isn't          12:23:27

6    appropriate.  So I'm not sure your numerical comment is

7    particularly useful.

8         Q.  Mr. Marin, you raise a good point.

9         The "Investment Policy Statement" doesn't indicate

10   this notion of half of the vintages performing below the

11   median or half of the vintages performing below the

12   benchmark at all; right?

13        That's something that you made up in connection

14   with this case?

15        MR. BERIN:  Object to the form.                      12:23:58

16        THE WITNESS:  That's something that has to be done

17   to analyze this type of investment.

18        MR. BLUMENFELD:

19        Q.  Do you know if other plans utilized that type

20   of methodology when it comes to evaluating your target

21   date funds?

22        A.  Well, I can tell you that Ascend, because it

23   lists every individual vintage, it's implied that they

24   look at that information across all vintages.            12:24:24

25        Q.  Okay.

1          So you've got this plan that does it.

2          Can you identify any other plans that apply the

3     methodology you're describing?

4          A.  No.

5          Q.  Okay.

6          Can you go to page 24 of your report where it

7     starts?

8          A.  On Section 47?

9          Q.  What's that?

10         A.  Section 47 on page 24?

11         Q.  Sorry, Mr. Marin.  I'm trying to go to your       12:25:27

12    report.

13         A.  I'm looking at my report in hard copy.

14         Q.  I got you.  I was looking at the PDF pages.

15         A.  Sorry.

16         Q.  Paragraph 42?

17         A.  Okay.  All right.  Yes.

18         Q.  This is where you describe the selection of an

19    alternative investment to the Fidelity Freedom Funds;

20    correct?

21         A.  Section 42?                                       12:25:58

22         Q.  Paragraph 42.

23         A.  Yeah.  I'm looking at paragraph 42.

24         Q.  Okay.

25         A.  I'm just looking at it for a moment.  Give me a

Page 135

1       moment.

2            Q.  Yeah.  Take your time.

3            A.  Yes.  Go ahead.

4            Q.  This is the beginning of the section where you

5       describe selecting an alternative investment to the

6       Fidelity Freedom Funds; correct?                    12:26:28

7            A.  Correct.

8            Q.  And you engage in a numerical scoring

9       methodology?

10           A.  I do, yes.

11           Q.  Where you rank some target date funds on

12      different criteria?

13           A.  Correct.

14           Q.  And for this analysis, you used some of the

15      funds from the target date deep dive but some other

16      funds that you selected; correct?

17           A.  I treated the analysis as a two-pronged

18      analysis.  The first prong was to determine whether or   12:26:58

19      not the Freedom Funds should be terminated, and that was

20      the first prong of the analysis.  Once I had determined

21      that they should be terminated in the time frame I

22      indicated, I looked on a contemporary basis at the

23      entire universe of TDF funds using the Morningstar       12:27:23

24      database, then narrowed down for the criteria called for

25      in the IPS, and that led to an array of funds, a dozen

Page 136

1    funds which met that criteria.  And there was meaningful

2    overlap with the deep dive list, but I did not use the

3    deep dive list because the deep dive list was a peer        12:27:59

4    group used for assessment in the first prong.  The

5    bottoms-up approach of looking at the full universe with

6    filters on it was what we used for the choice of an

7    alternative, so that's why the difference.

8         Q.  Got it.  Okay.

9         In paragraph 44 at the end of that paragraph --        12:28:29

10        A.  Uh-huh.

11        Q.  -- you say that you "further refined the set by

12   choosing the lowest-cost share class and the oldest

13   share class by inception date among those available for

14   the relevant vintages."

15        Do you see that?

16        A.  Yes.

17        Q.  I don't understand that.

18        Can you explain?

19        A.  Well, you can understand using the lowest cost

20   class; correct?  That's not challenging to understand.    12:28:59

21   We wanted to make the assumption that we would -- that

22   the committee would choose the least expensive share

23   class because of the scale of the plan.  Okay?

24        Q.  All right.

25        A.  And then we wanted to make sure that the --

Page 137

1    because you have so many different vintages involved in    12:29:25

2    a TDF, we wanted to make sure that the particular share

3    class we were choosing was in existence long enough and

4    therefore met the criteria, the qualitative criteria of

5    the IPS of having been in existence for three years.

6    So, you know, those were two sort of, let's just say,

7    final refinements to what we included in the selection    12:29:57

8    criteria.

9         Q.  So -- so what happens if one fund is the lowest

10    cost share class, and a different one is older?

11         A.  We will use the lowest cost share class first

12    so long as it has been in existence long enough to

13    capture the vintages we need to capture the bulk of the

14    assets in the TDF.    12:30:28

15         Q.  What does that mean, the "bulk of the assets in

16    the TDF"?

17         A.  Well, every vintage has a different amount of

18    assets associated with it, and when you get to some of

19    the older or in certain cases depending on the funds

20    being used, the further out into the future vintages,

21    like the 60 or 2065, whatever, different TDFs add new    12:30:52

22    sleeves or new vintages at different times, and

23    different TDFs treat expiring target date funds --

24    meaning, you've past the target date -- differently.

25    Some of them terminate, and the funds automatically roll

Page 138

1    into a retirement sleeve or a sleeve that is intended to

2    capture the post retirement, I guess I'll call it,        12:31:27

3    experience, and so you have to, you know, carefully look

4    at those issues to make sure that we're looking at

5    apples and apples, and we're looking at comparability

6    between TDFs.  So the aging is a secondary concern that

7    we try to filter for.  But the share class cost --        12:31:54

8    meaning, the lowest share cost -- was the primary driver

9    of that final filter.

10        Q.  And why was it important to use the lowest cost

11    share class?

12        A.  Because fees reduce the net return to

13    participants.

14        Q.  And am I right that a higher fee fund will not    12:32:28

15    only have higher fees but as a result will have lower

16    performance and will have worse other metrics,

17    information ratio, Sharpe ratio?

18        MR. BERIN:  Object to the form.

19        THE WITNESS:  It will have lower net performance,

20    correct.

21        MR. BLUMENFELD:

22        Q.  In paragraph 47 of your report --                12:33:00

23        A.  Yes.

24        Q.  -- you describe methodology that yields your

25    conclusion that the American Funds Target Date

Page 139

1        Retirement Fund Series R6 share class should replace the

2        Freedom Funds as of the first quarter of 2017; correct?

3             A.   Correct.

4             Q.   Okay.

5             And you described this ranked scoring analysis that

6        you utilized?

7             A.   Yes.                                    12:33:30

8             Q.   Can you identify any plans in the last 20 years

9        that have used that ranked scoring methodology that you

10       described?

11            A.   No.

12            Q.   The factors that you considered in your        12:34:00

13       analysis are the expense ratio, yes?

14            A.   Yes.

15            Q.   Standard deviation on a three-year and

16       five-year basis?

17            A.   Yes.

18            Q.   Maximum drawdown on a three-year and five-year

19       basis?

20            A.   Yes.

21            Q.   Analyze the total return on a three-year,

22       five-year basis?

23            A.   Yes.

24            Q.   Sharpe ratio on a three-year, five-year basis?

25            A.   Yes.

Page 140

```
 1            Q.   Alpha on a three-year and five-year basis?

 2            A.   Yes.

 3            Q.   Information ratio on a three-year and five-year  12:34:30

 4       basis?

 5            A.   Yes.

 6            Q.   And the time period that you evaluated was

 7       essentially ending as of Q4 2016; correct?

 8            A.   Correct.

 9            Q.   Okay.

10            Did you do any analysis of these -- and the funds

11       that you list are the funds that are contained on

12       Table 6 of your report; correct?

13            A.   Yes.

14            Q.   Okay.

15            Did you do any analysis of the holdings of any of   12:34:57

16       these target date funds?

17            A.   No.  We didn't dive down into the sort of

18       individual holdings.

19            Q.   Okay.

20            Did you look at the glide paths of any of these

21       target date funds?

22            A.   We had information from Morningstar that

23       implied what the glide paths were from a to or through

24       standpoint, yes.

25            Q.   To or through, but did you look at the glide    12:35:28
```

Page 141

1          path as it changed over time for the different funds?

2              A.  The answer is yes, in general.  It wasn't a

3          major criteria, because as you can tell by looking at

4          the deep dive report, these glide paths are all -- you

5          know, there's no major outliers to them among certainly

6          the deep dive peer group listing, and the same would be

7          true of these.  They are more or less similar.  They're    12:35:58

8          not exactly the same, but they're more or less similar.

9              Q.  You didn't actually include any analysis in

10         your report of the glide path of any of the target date

11         funds that are listed here?

12             A.  I didn't include it, but I considered it.

13             Q.  Okay.

14             You didn't identify it as materials that you

15         considered in your report either?

16             A.  It's not -- it's something that falls into the

17         qualitative considerations of the fund, but it's not a    12:36:29

18         hard output that you can measure easily against

19         different alternative funds.  So the answer is so long

20         as it fell within the range of reasonableness for funds

21         of this type, then we considered that sufficient for

22         this exercise of picking the best alternative.            12:36:55

23             Q.  Okay.

24             You didn't evaluate the holdings in stocks and

25         bonds of the different target date funds in your

Page 142

1    analysis that you contain in Table 6 of your report?

2        A.   No.   That was beyond the scope of what I was

3    asked to do.

4        Q.   And you didn't consider holdings in domestic

5    equities versus international equities; correct?

6        A.   Correct, correct.

7        Q.   And you didn't consider the allocation to large

8    cap stocks or small cap stocks or value stocks or world    12:37:26

9    stocks in your analysis of selecting an appropriate

10   target date fund for the Quanta plan?

11       A.   Well, not at a granular level.  But keep in

12   mind that the fundamental risk reward characteristics of

13   those different elements that you're quoting will indeed

14   become reflected in all these metrics that we looked at

15   in aggregate.  So this type of exercise of selecting

16   among target date funds given the number of vintages    12:37:58

17   involved and given the robustness of the amount of data

18   involved is best done through capturing the aggregate

19   characteristics of risk and reward as evidenced by these

20   criteria that we used in our score card.

21       So I believe all of the most critical elements are    12:38:26

22   captured because I'm not sure that any analyst could

23   look at 12 different funds, as an example, for, you

24   know, 12 different vintages of those funds and the

25   holdings in each of those and come up with a

```
                                                    Page 143
 1      multi-variant conclusion that was any better than using
 2      aggregate data.  That's why aggregate data is used.
 3           Q.  And that's why you used aggregate data?      12:39:03
 4           A.  No.  That's why the industry uses aggregate
 5      data, and I use aggregate data.
 6           Q.  Okay.
 7           Did you look at the underlying funds in which the
 8      various target date funds are invested in?
 9           A.  No, for the same reason.
10           Q.  Okay.
11           So you didn't look to see -- you didn't look to see
12      if any of these target date funds had underlying funds   12:39:28
13      that had underperformed their benchmark on a three-year
14      or five-year basis?
15           A.  Not specifically because that would, if they
16      were significant holdings, reflect itself in the numbers
17      that we did look at.
18           Q.  Okay.
19           A.  Like I said, the aggregate data when you're
20      looking at 12 different vintages across 12 different
21      funds is best done on an aggregated basis using the      12:39:56
22      criteria that we used.
23           Q.  And you didn't evaluate how many of the
24      underlying sub-funds in which any of the target date
25      funds are invested did not even have a five-year track
```

1      record?

2          A.  We did not look at track record at that level.

3      We looked at track record for the funds overall.

4          Q.  Okay.

5          Did you evaluate the funds that you include as

6      potential alternative funds against the removal criteria   12:40:29

7      that you described in paragraph 31-A, B, C, D, and E?

8          A.  No.

9          Q.  Just to stick with the American Funds as an

10     example, did you evaluate to see whether the American

11     Funds would have failed the removal criteria you          12:40:58

12     articulate in paragraph 31-A, B, C, D, and E in 2012 or

13     2013 or 2014 or 2015 or 2016?

14         A.  No.

15         Q.  And you didn't do that for any of the other

16     funds either?

17         A.  No.  Like I said, it was a two-pronged

18     analysis.  We dealt with them separately, and there was

19     no reason for our analysis to do that.

20         Q.  Got it.                                           12:41:29

21         Did you evaluate any of these target date funds

22     with respect to their performance in the second quarter

23     of 2017 or the third quarter of 2017 or the fourth

24     quarter of 2017?

25         A.  No.  This was a contemporaneous exercise, and

Page 145

1    we evaluated this right up to the point where we thought

2    we had to make decisions as though we were the committee

3    at that contemporaneous moment.

4         Q.  And did you evaluate any of the criteria that    12:41:59

5    you contain in Table 6 with regard to the target date

6    funds in 2018, 2019, 2020, or 2021?

7         A.  No.

8         Q.  Or '22, '23, '24?

9         A.  No.  That would be -- that would be biasing the

10   analysis, wouldn't it?  How do you make it -- how do you

11   put yourself in the position of a contemporaneous

12   analyst as though the committee had to deal with it in

13   the first quarter of 2017 if you're looking at           12:42:29

14   nonexistent data in the future?

15        Q.  Why is it important to focus on the

16   contemporaneous information that would be available as

17   opposed to looking at the information that would be

18   available, say, in 2021 or 2022 or 2023 or 2024?

19        A.  It has to do with the purity of the exercise, I

20   believe, and the exercise is to look at this without

21   hindsight bias.  And obviously I disagree tremendously   12:42:58

22   with using hindsight bias when you're selecting

23   alternative funds.  That would invalidate the exercise,

24   as far as I'm concerned.

25        Q.  Did you evaluate the American Funds target date

Page 146

```
 1        funds to see if in the second quarter of 2017, for        12:43:27

 2        example, they would be subject to removal under the

 3        removal criteria that you articulate in paragraph 31-A,

 4        B, C, D, and E of your report?

 5             A.  No.

 6             Q.  Okay.

 7             And so as far as you know, the American Funds, if

 8        they were added as of Q1 of 2017, could have been

 9        subject to removal under the criteria you articulate in

10        paragraph 31 just a few quarters later?

11             A.  Like I said, I didn't do analysis.  There are    12:43:59

12        two types of analysis I did not do.  I did not run the

13        alternative list against the removal criteria because

14        that was a separate exercise.  And I did not use

15        forward-looking data beyond the first quarter of 2017 to

16        analyze any of the alternatives that we selected because

17        that would have introduced hindsight bias, which I think  12:44:24

18        is one of the most invalidating things you can do in

19        this sort of analysis.

20             Q.  What if you only use it a little bit?

21             A.  I don't think you should --

22             MR. BERIN:  Object to form.

23             THE WITNESS:  I don't think you should use it at

24        all, period.

25             MR. BLUMENFELD:
```

Page 147

1          Q.  And if you use it a little bit it ruins the

2     whole analysis?

3          MR. BERIN:  Object to the form.

4          THE WITNESS:  Yes, it does, actually.  It does

5     indeed because you're supposed to be putting yourself

6     into the shoes of the committee at that point in time,    12:44:56

7     and they didn't have access to that information.  So

8     yes, you can't cherry-pick information in the future and

9     include it in an analysis and have it be valid on a

10    contemporaneous basis.  I believe I called out

11    Mr. Wermers' report for that very issue in my

12    rebuttal.

13         MR. BLUMENFELD:

14         Q.  We've been going for a little while, and I'm

15    going to switch to a different document in a minute.

16         Do you want to take a break?

17         A.  Well, I wouldn't mind breaking for lunch.  I

18    don't care if we do it now or in 15, 30 minutes from    12:45:55

19    now.  That doesn't bother me.

20         Q.  Why don't we do that now.  I forgot, Mr. Marin,

21    you're on the West Coast.  Everybody else can stretch

22    their legs a little bit, if that's okay with you, Mat.

23         MR. BERIN:  Sure.

24         THE VIDEOGRAPHER:  We're going off the record at

25    12:46.

```
                                              Page 148
 1            (Lunch recess was taken.)

 2            THE VIDEOGRAPHER:  We are back on the record.  The

 3      time is 1:17.

 4            MR. BLUMENFELD:

 5            Q.  Mr. Marin, you understand you're still under

 6      oath; correct?

 7            A.  Yes.

 8            Q.  And you have the same obligation to tell the

 9      truth as if you were testifying live in front of a      13:17:58

10      judge?

11            A.  Yes.

12            Q.  Wonderful.

13            Do you know what "survivorship bias" is?

14            A.  Yes.

15            Q.  What is it in the context of investments?

16            A.   It means that when you're looking at a universe

17      of funds, since some funds drop out for various reasons,

18      performance reasons or because they don't track enough

19      assets, that your collective or aggregate analysis of     13:18:27

20      those funds will always be biased by the funds that

21      stick around, and your historical information about

22      those that perhaps didn't, you know, gets excluded at

23      some point.  So it has to do with the way in which the    13:18:58

24      funds are analyzed mathematically and whether they stay

25      in the universe of being analyzed or get removed from
```

Page 149

1    the universe.

2        Q.  Because, for example, if you're sitting in 2024

3    and looking at investments in 2016 or 2017, if you

4    ignore investments that used to exist in 2016 and 2017

5    but no longer exist now, you're going to skew the

6    results of your analysis because you're not including    13:19:30

7    all of the information that was available at the time;

8    correct?

9        A.  Correct.

10       Q.  Did you do anything to ensure that the

11   comparator target date funds that you looked at were not

12   subject to concerns about survivorship bias?

13       A.  I don't know that we specifically looked at any

14   analysis to indicate levels of survivorship bias, but    13:19:54

15   I'm not aware of any survivorship bias that came up in

16   regard to those funds.

17       Q.  You're saying you didn't see any survivorship

18   bias issues, but you didn't look for it either?

19       A.  We didn't see any, but I don't believe we had a

20   specific test for survivorship bias, because normally

21   this isn't the type of fund, or these aren't the types

22   of funds when survivorship bias tends to come into play   13:20:28

23   most often.

24       Q.  Did you look to see whether there were target

25   date funds in 2016, 2017 that existed then but that

Page 150

1          don't exist now?

2                A.  No.

3                MR. BLUMENFELD:  Okay.  Mat, could you load up the

4          three-year?                                          13:20:58

5                Q.  While Mat's doing that, and it's getting loaded

6          up, Mr. Marin, in your list of potential alternative

7          funds, you don't include the Freedom Index Funds;

8          correct?

9                A.  No, we don't, because we considered them in the

10         broader universe, and they did not meet the criteria for  13:21:27

11         the -- for the filtering process.  I've forgotten

12         exactly which filter they triggered, but basically they

13         got filtered out.

14               Q.  So your conclusion was they would not be a

15         suitable replacement for the Freedom Funds that were in

16         the plan?

17               A.  That was the conclusion we reached.

18               Q.  Okay.

19               Mr. Marin, could you look at what's been marked and

20         uploaded as Exhibit 5?  Let me know when you have it in  13:21:57

21         front of you.

22               A.  I will.  I have it up in front of me.        13:22:23

23               Q.  Okay.

24               So I want to be clear, this is not a document that

25         you have seen before, but it has data from your report,

1    and I'm going to -- I'm not asking really a question

2    now, but I want to orient you to what this document is.

3    We looked at the S&P Target Date Fund returns that you

4    include in your report specifically with respect to the

5    removal criteria for the Fidelity Freedom Funds in        13:22:58

6    paragraph 31-B.

7        A.  Uh-huh.

8        Q.  And we looked at the performance of the

9    comparator target date funds that you identify in

10   Table 6 of your report --

11       A.  Okay.

12       Q.  -- as of December 31 of 2016, and this chart is

13   the three-year annualized returns.

14       A.  Okay.

15       Q.  Following me so far?

16       A.  I am, sure.

17       Q.  So this showed that the Allspring target date    13:23:29

18   funds that you consider as potential alternatives to the

19   Fidelity Freedom Funds at 11 of 11 vintages that

20   performed below the S&P Target Date Index as of a

21   three-year basis as of December 31st of 2016.

22       Do you see that?

23       A.  Yes.

24       Q.  And this shows that the American Century One

25   Choice target date funds that you considered as

Page 152

1   potential alternative target date funds for the Freedom

2   Funds had eight out of nine target date funds -- that        13:23:59

3   is, 89 percent that performed below the target date

4   funds index.

5       Do you see that?

6       A.  Yes.

7       Q.  And it shows the American Funds, and it shows

8   that none of them underperformed on a three-year basis

9   compared to the S&P Target Date Index; right?

10      A.  Yes.

11      Q.  And then you look at the BlackRock Life target

12  date funds, and you see that eight out of nine performed

13  below the index?

14      A.  Yes.

15      Q.  And just so I'm clear, that means the Allspring  13:24:29

16  target date funds would have been subject to monitoring

17  or removal as of December 31 of 2016 using the criteria

18  that you articulate in paragraph 31-B of your report;

19  correct?

20      A.  Well, this is only covering one quarter.

21      Q.  Right, it is.  That's why I said either

22  monitoring or removal depending whether it's one quarter

23  or five quarters.                                            13:24:59

24      A.  Okay.  So for this quarter you're correct.

25      Q.  And same with the American Century One Choice?

Page 153

1          A.  Yes.

2          Q.  And the same with the BlackRock target date

3     funds?

4          A.  Yes.

5          Q.  And the Fidelity Freedom Funds are listed there

6     as well and the John Hancock Multi-Manager Funds?

7          A.  Correct.

8          Q.  Nine out of nine performed below the S&P Target  13:25:27

9     Date Index?

10          A.  Correct.

11          Q.  And the JP Morgan SmartRetirement Funds, nine

12     out of nine performed below the S&P target date index?

13          A.  Yes.

14          Q.  And the Nuveen Lifecycle Fund, ten out of ten

15     performed below the S&P Target Date Index?

16          A.  Correct.

17          Q.  And the Principal LifeTime target date funds,

18     12 out of 12 performed below the S&P Target Date Index?

19          A.  Yes.

20          Q.  And the Schwab, ten out of ten performed below  13:25:57

21     the S&P Target Date Index?

22          A.  Correct.

23          Q.  And the T. Rowe Price Retirement, ten out of 11

24     performed below the S&P target date index?

25          A.  Yes.

Page 154

```
1          Q.   And the Vanguard Retirement Funds, 11 out of 12

2     performed below the S&P Target Date Index?

3          A.   Correct.

4          Q.   Did I miss any of the ones you included in your

5     report as potential target date funds to the Fidelity

6     Funds?

7          A.   One, two, three, four, five, six, eight, nine,   13:26:25

8     ten, 11, 12.  Let me read them off to you, and you tell

9     me if they're all here.

10         Q.   Hold on one second, Mr. Marin.  I just want to

11    make sure that you're reading off which document so I

12    can look at the other document.

13         A.   I'm reading off Table 6 of my report.

14         Q.   Very good, and I will look at Exhibit 5 to your   13:26:59

15    deposition.

16         A.   Okay.  So American Funds, that's on there, yes.

17         Q.   Yes.

18         A.   Vanguard TDFs are on there.  American Century

19    is on there.  T. Rowe Price is on there.  BlackRock is

20    on there.  Schwab is on there.  Allspring is on there.

21    JP Morgan is on there.  Fidelity Freedom suite is on

22    there.  Principal, did we have Principal on there?

23         Q.   Principal is on there.                            13:27:30

24         A.   Yes, it is.  And John Hancock and Nuveen.

25         Q.   So that's all of them?
```

Page 155

1          A.  Yes.  That's correct.  It covers all of them.

2          Q.  Great.  Let's go back to Table 6 of your

3     report.

4          The American Funds that you include in Table 6 of      13:27:58

5     your report is a different share class of the American

6     Funds than you include as part of the peer review when

7     you're comparing the performance to the Fidelity Freedom

8     Funds; correct?

9          A.  Oh, as I said, the two are different analyses,

10    so if they are different -- if there were different

11    share class, if it was not the lowest price share class,

12    that's not what we included in our alternative review.      13:28:26

13         Q.  Okay.

14         And that means that you didn't do a comparison of

15    the Fidelity Freedom Funds in terms of the replacement

16    fund analysis as against the American Funds that were

17    part of the target date deep dive; correct?

18         A.  Correct.

19         Q.  And you don't know if the Fidelity Freedom      13:29:00

20    Funds that were in the plan actually would have scored

21    better than the American Funds target date funds that

22    were the subject of the target date deep dive; correct?

23         A.  Correct.

24         Q.  If one of the target date funds that you

25    identify in Table 6 had a collective investment trust

Page 156

```
 1        that was available, did you guys analyze that?        13:29:25

 2             A.  Let me just parse your question again.  If

 3        you -- Say it one more time.  I'll listen more

 4        carefully.

 5             Q.  Let me ask it a little more differently.

 6             You said you were looking for the cheapest share

 7        class, generally speaking; correct?

 8             A.  Yes.

 9             Q.  If there was a cheaper version of a fund in a

10        CIT, did you consider that, or did you limit your

11        analysis to just mutual funds?

12             A.  Well, the data gathering was the province of my  13:29:57

13        associates, but my guess is that they would have not

14        considered CITs.

15             Q.  Okay.

16             Let's look at the JP Morgan Smart Retirement Funds

17        that you included in your analysis.

18             You included the R6 suite; correct?        13:30:25

19             A.  Hold on.  If I could find my magnifying glass.

20        This printing is very small.

21             Q.  Take your time.

22             A.  Yes, R6 suite.

23             Q.  Can you go to page 72 of your report, 72 of the  13:30:53

24        PDF?

25             A.  All right.
```

Page 157

1        Q.  So if you're looking at the physical pages,

2    it's page 11 of 86.

3        A.  It's in the -- Is it in the data tables or in

4    the pros?

5        Q.  It is in Exhibit 3 to your report.

6        A.  Sorry.  Okay.  So I have to go to the online --   13:31:26

7    the online version.  One second.  I didn't print off 150

8    pages of data tables.  So I'm going to go here and go to

9    Exhibit 01.  Correct?

10       Q.  It is Exhibit 3.

11       A.  Okay.  Hold on.                                    13:31:58

12       Q.  But if you're looking at the PDF page numbers,

13   it should be page 72 --

14       A.  Wait.  You say it's Number 3.  Isn't it

15   Number 1?

16       Q.  Exhibit 3.

17       A.  Oh yes, but it's -- it's Exhibit 0001.  Okay.

18   That's the document.

19       Q.  Correct.

20       A.  And now it's Exhibit 3 of that document.

21       Q.  You are correct.  Sorry.  I misunderstood your

22   question.

23       A.  And what page of the 204 are we looking at?     13:32:27

24       Q.  72.

25       A.  Okay.  One moment.  Okay.  I've got it.  It's

Page 158

1      listed as Exhibit 3, and it's on page 11 of 86.  Is that  13:32:57

2      the right page?

3          Q.  It is.

4          A.  Okay.  And what am I looking at?

5          Q.  Line 626.

6          A.  626, JP Morgan Retirement Fund 2015 R6.

7          Q.  This is the one you included in your analysis

8      in Table 6; correct?

9          A.  Yes, I believe it is.

10         Q.  What's the inception date of that fund?      13:33:27

11         A.  11-3-14.

12         Q.  That means it didn't pass the criteria that you

13     articulated a little while ago about how you selected

14     the share classes of the funds; correct?

15         A.  It does not appear to meet the three-year

16     threshold, so I would have to talk to my analyst as to

17     why that one was selected.                            13:33:58

18         Q.  And just to be clear about it, let's go back to

19     Table 6.

20         A.  In my report?

21         Q.  In your report.

22         A.  Okay.  Okay.                                  13:34:26

23         Q.  The information that you include in Table 6 for

24     the JP Morgan SmartRetirement Fund is not any of the

25     actual metrics for the JP Morgan SmartRetirement R6

Page 159

```
1        suite.  It's just how you ranked them.              13:34:58

2            Correct?

3            A.  That is what I show in this Table 6, yes.

4            Q.  Right.

5            The underlying data is in Exhibit 5 to your report

6        as you indicate in paragraph -- excuse me, not

7        paragraph -- Footnote 44?

8            A.  Correct.

9            Q.  But because the JP Morgan SmartRetirement R6

10       suite didn't satisfy the three-year test, all of the

11       data that's in Exhibit 5 with respect to the JP Morgan   13:35:29

12       SmartRetirement Fund is going to be the wrong data

13       because it's the data for the wrong share class of the

14       fund; correct?

15           A.  Well, like I said, I would have to check with

16       my analyst as to why that passed the test and why it was

17       at the three-year history it was included as the

18       analytical choice for the score card.                 13:36:00

19           So my only point is, you're showing me a table that

20       shows an inception date of 11-4-13.  Presumably that's

21       correct, but I would want to check with them as to why

22       he included this if that is, in fact, the correct

23       inception date, and therefore it didn't meet the

24       three-year criteria.  It might be a reason because

25       there's a lot of data here, and there's a lot of      13:36:28
```

Page 160

```
 1      information that I would have to validate or verify with
 2      him.
 3           Q.  Oh, but didn't you do that in preparing your
 4      report?
 5           A.  Yes, we certainly did.  We went through
 6      everything.  But as you can imagine with 150 pages of
 7      details, there may have been an error or not, but I
 8      don't know without checking with him.
 9           Q.  Okay.
10           I don't have the chance to depose him.  My
11      opportunity is to depose you.
12           So as you sit here today, you don't know if the      13:36:58
13      information that's regarding the JP Morgan
14      SmartRetirement Funds that you include in Table 6 and in
15      Exhibit 5 to your report is right or not?
16           A.  I don't know.  And if it was -- What I will say
17      is that if it was highlighted and brought up in the
18      rebuttal from Mr. Wermers, then it would have been
19      double-checked by my analyst team, and my analyst team   13:37:27
20      has verified to me, and we have gone over the fact that
21      all of the exceptions that were noted were -- did not
22      change the ultimate outcome of the analysis or my
23      opinions.
24           Q.  I'm sorry.  You're saying after -- in response
25      to Mr. -- Dr. Wermers' rebuttal report, you did some    13:37:56
```

Page 161

1    additional checking?

2        A.  Certainly we did.  We looked at his report very

3    carefully, and we analyzed all of his criticisms of my

4    report, and this was one of his criticisms or something

5    that he pulled out or said we made a mistake.  We

6    checked to see, Number 1, if we had indeed made a

7    mistake, or there was some interpretational difference.

8    And we went through doing the analysis to see if indeed   13:38:28

9    there was a minor error, that that error in any way

10   changed the outcome of the analysis or was significant

11   enough to alter the opinions, and we found none.

12       Q.  Okay.

13       But if this wasn't in Dr. Wermers' report, rebuttal

14   report, you don't have any recollection of looking at

15   this question?

16       A.  I do not at this moment.

17       Q.  Okay.

18       And you don't recall as you sit here today this       13:39:00

19   being an issue that was raised in Dr. Wermers' report?

20       A.  He had a 73-page report, so the answer is no, I

21   don't remember.  He had many exceptions and many

22   footnotes.

23       Q.  Okay.

24       And the exhibit that we looked at before that

25   showed the 2014 inception date for the JP Morgan

```
                                                    Page 162
 1        SmartRetirement R6 class, that was your original report

 2        in this case; correct?

 3             A.  Yes.

 4             Q.  Okay.                              13:39:28

 5             Mr. Marin, can you go to Exhibit 5 to your report?

 6        I believe that's one of those things you'll need to look

 7        at electronically because it's in approximately page 153  13:39:58

 8        of the PDF.

 9             A.  Okay.  I'm going to look for page 153 of the

10        PDF.  This is Exhibit 5, yes.

11             Q.  Can you turn to specifically page 154?      13:40:27

12             A.  Okay.

13             Q.  At the top of the page has all of the details

14        that led to the rankings that you include in Table 6 of

15        your report with respect to the JP Morgan

16        SmartRetirement R6 share class; correct?

17             A.  Correct.

18             Q.  And if you shouldn't have used the R6 share

19        class because it didn't meet the criteria that you

20        articulated to me, then that means the expense ratio   13:41:00

21        information that you included in your analysis would be

22        incorrect?

23             A.  Well, it might not be incorrect for the R6 --

24        for the R6 series.  What we'd have to do is check to see

25        whether or not the -- There's no reason from this chart,  13:41:25
```

Page 163

1      there's no reason to assume that the expense ratios are

2      not the expense ratios for the JP Morgan SmartRetirement

3      R6, the R6 funds.  They may -- they should be for that

4      fund.  There's no reason to assume they're not for this

5      fund.

6              Q.  I understand.

7              But if the JP Morgan SmartRetirement R6 shouldn't    13:41:59

8      have been included in your analysis, then you would pick

9      a different share class of the JP Morgan SmartRetirement

10     target date funds; correct?

11             A.  Correct.

12             Q.  And the different share class of the JP Morgan

13     SmartRetirement Fund would have a different expense

14     ratio?

15             A.  That's correct.

16             Q.  And would have different standard deviation?

17             A.  Yes.  They would have different numbers

18     altogether.  I mean, they might be the same, but that

19     would be a coincidence.  But generally if it was a        13:42:28

20     different fund, it would have different numbers across

21     the board.

22             Q.  And have a different max drawdown?

23             A.  Yes.

24             Q.  And have a different annualized total return?

25             A.  Yes.

Page 164

1          Q.  And have a different Sharpe ratio?

2          A.  Yes.

3          Q.  And have a different Alpha?

4          A.  Yes.

5          Q.  And have a different information ratio?

6          A.  Yes.

7          Q.  Going back up to Table 6.  And Mr. Marin, I'll   13:42:50

8     just -- to preview for you, if we go back to Exhibit 5,

9     so if you want to look at Table 6 in the hard copy and

10    then have Exhibit 5 available to you on the screen, that

11    might make things a little easier.

12         A.  I have it.

13         Q.  Great.

14         As part of your analysis in Table 6, do you do any   13:43:24

15    accounting as to whether one of these target date funds

16    is actively managed versus passively managed?

17         A.  No.

18         Q.  Do you do any analysis or accounting or factor

19    in how long the management has been associated with any

20    one of these particular target date funds?

21         A.  Not in this score card, no.

22         Q.  And what about Morningstar ratings?

23         A.  No.

24         Q.  What about whether there are investor inflows   13:43:57

25    or outflows from any of those target date funds?

Page 165

1        A.  No.

2        Q.  And am I right that this scoring methodology

3    doesn't really bring any judgment to bear.  It just

4    spits out the number, and the funds with the highest

5    number is the one that you believe should be the

6    alternative?

7        A.  Yes, with an exception.  The exception is that   13:44:26

8    we looked at qualitative issues that were readily

9    identified in the IPS and considered them for all of

10   these alternative funds.  We merely did not quantify

11   them into this score card.  If we saw anything that was

12   disqualifying, we would have eliminated it.            13:44:57

13       Obviously the target date exception you've made on

14   the R6 JP Morgan fund has to be checked, but generally

15   speaking there was nothing about any these funds that

16   would have disqualified them from inclusion in this

17   score card listing.

18       Q.  And do you articulate anywhere in your report

19   what qualitative issues you looked at to evaluate that

20   all of these funds were ones that didn't present any

21   qualitative concerns?                                  13:45:30

22       A.  I discussed the qualitative review aspects in a

23   couple of places in the report, in the pros, yes.

24       Q.  Show me where.

25       A.  Well, you can easily do it if you just submit a

Page 166

```
1       word search using the word "qualitative," and it will

2       pop right up, and it's going to be a little harder for

3       me to pluck it out without that.

4           Q.  One place is paragraph 50.                13:46:00

5           A.  Okay.  So you have them.  So you're saying

6       paragraph 50.  Okay.  Yes.

7           Q.  But all you say there is that the American   13:46:30

8       Funds have an absence of qualitative concerns.

9           A.  Correct.

10          Q.  You don't articulate what concerns you looked

11      at or evaluated or what about them was not concerning.

12          A.  Well, like I said earlier in the report, in the

13      pros, I discuss the qualitative issues.  If you give me

14      a moment, I will find it.

15          Q.  Sure.                                      13:46:56

16          A.  Okay.  So in paragraph 25 I say that "The

17      enumerated qualitative relate to the regulatory context

18      and reputation of the investment manager, the degree of

19      diversification, the scale of the fund, assets under

20      management, and its general usefulness to participants."

21          Q.  That's what you're talking about?          13:47:27

22          A.  Well, that's the qualitative elements that are

23      called out in the IPS, I believe.

24          Q.  And that's fine.

25          But you're saying you looked at all of those issues
```

Page 167

```
1        for every one of the target date funds that you identify

2        in Table 6?

3             A.  That was the approach that we used, yes.

4             Q.  And I want to be clear on this because you have

5        said "we" sometimes, and I understand you had people

6        doing data checking.

7             Did you look at the qualitative criteria that you    13:47:58

8        list in paragraph 25 for all of the target date funds?

9             A.  Yes, we did.

10            Q.  Did you, Mr. Marin?

11            A.  Well, "we" includes me, doesn't it?

12            Q.  I don't know.  I want to know what you did, not

13       what somebody on your team did, because if somebody on

14       your team did it and just reported to you thumbs up,

15       we're all good, that's different than if you looked at

16       these criteria for all of the target date funds.

17            A.  I looked at all of the qualitative criteria     13:48:26

18       that was available to me for these individual funds that

19       we reviewed, yes.

20            Q.  Including the reputation of each investment

21       manager?

22            A.  Yes.

23            Q.  And your conclusion was that all of the

24       investment managers had a good reputation?

25            A.  Yes.
```

Page 168

1          Q.  The degree of diversification you also looked

2     at?

3          A.  Yes.

4          Q.  And you concluded that all of these target date

5     funds had a good degree of diversification?

6          A.  Yes.

7          Q.  And you also looked at general usefulness to      13:48:58

8     participants?

9          A.  Yes.

10          Q.  And you concluded that all of these target date

11     funds had general usefulness to participants?

12          A.  Yes.

13          Q.  Could you go, sir, back to Exhibit 5 to your      13:49:47

14     report?  Sorry, Mr. Marin.  It's your Deposition

15     Exhibit 1.                                                13:49:56

16          A.  Deposition Exhibit 1.  Okay, and Exhibit 5 of

17     that report?

18          Q.  Correct, which starts on page 152.

19          A.  I have it in front of me.

20          Q.  Great.

21          This is again the analysis that you did that you

22     report the outcome of in Table 6; correct?

23          A.  Correct.

24          Q.  I didn't see the underlying math.             13:50:28

25          How did you get from the Exhibit 5 to the results

Page 169

1       in Table 6?

2               A.  It was -- Table 6 is a ranking.

3               Q.  I know.

4               A.  So I'm not sure I understand your question.

5               Q.  Did you use a program?

6               Did somebody eyeball it and say this one looks like

7       the best in this category, so I'm going to give it the

8       highest rank, a 12?

9               A.  I believe that was done through an Excel

10      spreadsheet that had an optimization model built into        13:51:00

11      it.

12              Q.  Got it.

13              Can you read Footnote 1?

14              A.  Okay.

15              Q.  I'm sorry.  I'm looking at page 153 of the PDF.

16              A.  I -- You're saying the Footnote 1 annotation      13:51:28

17      under "Expense Ratio"?

18              Q.  Correct.

19              A.  Okay.  I'm looking for where the footnote shows

20      up.  I'm just going to keep flipping down in Exhibit 5.

21      There it is.  "Expense ratio figures for the potential

22      alternative funds is the prospective gross expense ratio    13:51:58

23      as of July 2024 provided by Morningstar direct."

24              Q.  And what page are you looking at?

25              A.  That would be your page 164 of 204.

Page 170

1           Q.  It's internal page 12 of 12 to Exhibit 5.

2           A.  12 to 12, yes.

3           Q.  Okay.

4           And this is the methodology you used to evaluate

5      the expense ratios of the different funds?            13:52:28

6           A.  The data on the expense ratios on a historical

7      basis was not available to us, so for the purposes of

8      this exercise, as we annotate it here in the report, we

9      use the gross expense ratios as of July 2024 because

10     that was what was available to us.  We could not extract

11     the historical expense ratios.

12          Q.  Got it.

13          Can you go to -- Let's go to the first one, I

14     guess, back to page 153 of 204.                       13:53:19

15          A.  Okay.

16          Q.  You see the Fidelity Freedom Funds that are

17     listed there in the middle of that page?

18          A.  Yes.

19          Q.  All right.

20          You know, sir, that these are not the Fidelity

21     Freedom Funds that's were actually in the Quanta plan;

22     correct?

23          A.  Correct.

24          Q.  And you used the investor share class of the

25     Fidelity Freedom Funds in your analysis here instead of   13:53:57

Page 171

1          the cheapest share class of the Fidelity Freedom Funds

2          in the analysis in Exhibit 5 and Table 6?

3               A.  Yes, we did.  We used -- well, we indicate

4          exactly which ones we used because the ticker symbols

5          are right there.

6               Q.  Right.

7               And the ticker symbols are not the one in the plan

8          and not the cheapest share class of the Fidelity Freedom

9          Funds either?

10              A.  It was not intended to be the one in the plan

11         because the one in the plan we already determined needed  13:54:29

12         to be terminated.

13              And as far as being the cheapest one, this is why I

14         wonder about that JP Morgan situation.  It was the

15         cheapest one available that had a track record that

16         needed to meet the criteria.

17              Q.  Okay.

18              So you didn't do an analysis to see, using your      13:54:59

19         ranking methodology that you described in your report,

20         to see whether the Fidelity Freedom Funds that were in

21         the plan actually would have scored higher than any of

22         the other target date funds that you were considering as

23         potential alternatives?

24              A.  No.  That was a separate exercise.  We did not

25         include the Freedom Fidelity Funds that were in the plan

Page 172

```
 1        in this ranking.  This was a ranking of alternatives.

 2             Q.  Got it.

 3             MR. BLUMENFELD:  Mat, can we upload the document

 4        that starts "FISS" in the name?

 5             MR. McKENNA:  Yeah, one second.  I'll put it now.   13:55:53

 6             MR. BLUMENFELD:

 7             Q.  Yeah.  It should be uploading now, Mr. Marin.

 8             A.  So I'm going to a new document?

 9             Q.  Yes.

10             A.  Hold on.  This is document 0006?           13:56:23

11             Q.  It is.

12             A.  Okay.  Downloading it.  All right.  I have

13        this.

14             Q.  Great.

15             So before you look at this specific document, could

16        you go back to your paper copy of your report,       13:56:57

17        specifically paragraph 2-A?

18             A.  Paragraph 2-A.  All right.

19             Q.  You see in paragraph 2-A you say that you were

20        asked to "review and evaluate the Fidelity Freedom

21        Funds," open parentheses, open quote, "Freedom Funds,"

22        closed quote, closed parentheses, "a suite of 14 target   13:57:28

23        date funds" with a footnote?

24             A.  Yes.

25             Q.  Okay.
```

Page 173

1          That footnote is citing to a Fidelity website;

2     correct?

3          A.  Correct.

4          Q.  We downloaded that website and printed it.

5     That's what this exhibit is.

6          A.  Okay.

7          Q.  Do you have it in front of you?

8          A.  I do.

9          Q.  Can you identify for me on this document which   13:57:54

10    Fidelity Freedom Funds you include in your analysis in

11    Table 6 of your report?

12         A.  My answer to that is I would need to check with

13    my analyst, but I can probably go through this and look

14    for the symbols and find the ones that I included.  You

15    want me to go through that?  That will take some time by   13:58:25

16    the size of this report.

17         Q.  I suspect you could do it pretty quickly,

18    because if you could find one, the others will probably

19    be pretty close by.

20         A.  Okay.  Then I got to get out of this exhibit,

21    go to the other exhibit, get the reference number, so

22    hold on.

23         Q.  Tell you what, Mr. Marin.  I'll make it easier

24    for you.  Let me go to Exhibit 5 of your report --

25         A.  Okay.

Page 174

1          Q.  -- and I'll give you the Fidelity Freedom 2030

2     Fund that you include in your analysis in Exhibit 5 and    13:59:00

3     in Table 6 to your report.  That ticker symbol is

4     "FFFEX."

5          A.  "FFFEX."  Okay.  So -- and I'm looking for a

6     2030; correct?

7          Q.  Correct.

8          A.  I don't see it.  Could it be "FFKEX"?          13:59:56

9          Q.  No.  I can give you the 2050 fund.  I can give

10    you the 2015 fund.                                       14:00:28

11         A.  So again, I would have to talk to my analyst,

12    but I don't see it here unless it is mistyped as

13    "FFKEX," in which case I see it.

14         Q.  Okay.

15         Let's -- Sticking with this document that you're    14:01:00

16    looking at now, could you turn to PDF page 5 of 10?

17         A.  Got it.

18         Q.  You see there's a Fidelity Freedom 2015 Fund

19    Class K6, for example?

20         A.  Yes.

21         Q.  And the inception date on that fund is 2003?

22         A.  Yes.

23         Q.  And the fees on that fund are 26 basis points    14:01:29

24    as of June 30th of 2024?

25         A.  Well, let's just see.  Does it say the date of

Page 175

1       the fees in the footnote?

2            Q.  It's the date of the document.

3            A.  Okay.  Fine.  Then that's what it is, sure.

4            Q.  That was for the 2015 fund -- correct? -- 26      14:02:00

5       basis points?

6            A.  If the Freedom Fidelity -- Fidelity Freedom

7       2015 Fund Class K6 shows 26 basis points, yes.

8            Q.  Okay.

9            Now, could you go back to Exhibit 5 of your report?

10      This is -- sorry, Mr. Marin.  You have to use the

11      electronic version.

12           A.  Got it.

13           Q.  Okay.                                            14:02:32

14           A.  So I'm going back to Exhibit -- give me the

15      page number again of 204.

16           Q.  153.

17           A.  Okay.  I've got 153.  I've got Fidelity, yes.    14:02:53

18           Q.  Fidelity Freedom 2015 Fund that you utilized in

19      your report had an expense ratio of 52 basis points;

20      correct?

21           A.  Yes.

22           Q.  Okay.

23           I want to switch gears now a little bit, Mr. Marin.  14:03:26

24           MR. BLUMENFELD:  Alec, I don't remember how long

25      we've been going, if you want to take a break;

Page 176

```
 1        otherwise, we can keep going.

 2             MR. BERIN:  Why don't we take a short break now.  I

 3        think we've been going 50 minutes or so.

 4             THE VIDEOGRAPHER:  Going off the record.  The time

 5        is 2:03.

 6             (A recess is taken.)

 7             THE VIDEOGRAPHER:  We are back on the record.  The   14:12:31

 8        time is 2:12.

 9             MR. BLUMENFELD:

10             Q.  Mr. Marin, you understand you're still under

11        oath?

12             A.  Yes.

13             Q.  And you have the same obligation to tell the

14        truth as if you were testifying live in front of a judge

15        or a jury?

16             A.  Yes.

17             Q.  Great.

18             Mr. Marin, do you know what "revenue sharing" is?

19             A.  Yes.

20             Q.  In connection with mutual funds and retirement

21        plans?                                                  14:12:59

22             A.  Yes.

23             Q.  Okay.  Great.

24             So I want you to assume that the Fidelity Freedom

25        Funds that were in the plan paid revenue sharing that
```

1        covered all of the plan's recordkeeping fees.

2            A.   Okay.

3            Q.   And if the plan switches or had switched to the

4        American Funds, the plan would have to pay for those

5        recordkeeping fees separately.

6            Do you understand what I'm asking you to assume?

7            A.   Yes.

8            Q.   Okay.

9            How would you factor that into your analysis in

10       either paragraphs 31 or in the fund-selection criteria

11       that's reflected in Table 6 of your report?

12           A.   Well, my general sense about revenue-sharing

13       plans is that they are very murky, and they come up          14:13:54

14       mostly because of 12b-1 fees which are distribution fees

15       which don't really apply in the case of retirement plans

16       in the same way they do for other distributors.  That's

17       what gives rise to this, quote unquote, rebate that's

18       received.

19           There is only one reference in the IPS to revenue

20       sharing, and it basically just makes the statement that      14:14:26

21       revenue sharing has to be fully disclosed, and there is

22       no disclosure that I have seen anywhere in the IPS as to

23       how they should be handled, and there's no disclosure in

24       any of the quarterly reports from the consultants as to

25       how they would be incorporated.

Page 178

1          So for purposes of this analysis and to do the

2      monitoring work, I see no way to incorporate them fairly  14:14:59

3      because it is a murky area, and I don't know what's

4      happened to the fees.  They may or may not have been

5      applied to the benefit of participants.  They may or may

6      not have been disclosed adequately to the committee.

7      Therefore, for purposes of this analysis, there was no

8      way they should have been or could have been included in

9      the analysis.                                            14:15:30

10         Q.  Okay.

11         When you say you don't know how the revenue sharing

12     was applied here, why don't you know?

13         MR. BERIN:  Object to the form.

14         THE WITNESS:  Because there's no indication of it

15     on the documentation evidence that has been shared with

16     me.

17         MR. BLUMENFELD:

18         Q.  And so if you looked at the deposition

19     testimony, you might know how the revenue sharing was     14:15:57

20     handled?

21         MR. BERIN:  Object to form.

22         THE WITNESS:  I didn't look at the depositions, so

23     I can't say.

24         MR. BLUMENFELD:

25         Q.  Okay.

Page 179

```
1        And if you looked at the recordkeeping agreement,

2   you might know how the revenue sharing was handled?

3        MR. BERIN:  Object to form.

4        THE WITNESS:  Again, I don't know because I haven't

5   looked at the recordkeeping agreement.

6        MR. BLUMENFELD:

7        Q.  Okay.

8        Do you have an understanding as to how other plans

9   address the concept of revenue sharing might pay for

10  recordkeeping fees that would have to be paid for

11  elsewhere?                                          14:16:29

12       MR. BERIN:  Object to form.

13       THE WITNESS:  Not necessarily.  I think that varies

14  from fund to fund, so I don't know.  And more

15  importantly, I don't know how they would or wouldn't

16  incorporate that into the performance analysis.

17       What I do know is that in this instance, the

18  quarterly reports which are provided by the investment

19  manager or the investment consultant don't incorporate

20  them or call them out in any way to tell whether they   14:16:56

21  are or not, you know, blended in somehow into the

22  overall picture, so I don't know how they could be

23  utilized for this analysis.

24       MR. BLUMENFELD:

25       Q.  Okay.
```

Page 180

1          What about in Table 6?

2          A.  What about Table 6?

3          Q.  Where you're identifying a suitable replacement

4     investment option instead of the Fidelity Freedom Funds.

5          A.  Once again, I don't know.  Like I said, those        14:17:29

6     are individually negotiated and individually arranged,

7     like I said, some murky arrangements.

8          Q.  You know there are entire lawsuits about how

9     plans utilize revenue sharing; correct?

10         A.  No, I don't know.  That's not something I'm

11    aware of.

12         Q.  Oh, okay.

13         You know that plans can select different share

14    classes of investment options that pay different amounts

15    of revenue sharing?                                          14:17:59

16         A.  I know that plans can pick different amounts,

17    different share classes for sure.  I don't know how much

18    relevance the revenue share has or hasn't because that

19    would depend on the individual discussions.

20         Q.  What does that mean, "individual discussions"?

21         A.  Meaning the discussions when the plan is making

22    its selection.

23         Q.  Right.

24         But you are, in Table 6, are purporting to make the

25    selection that the Quanta plan fiduciaries should have     14:18:26

Page 181

1    made as of January 1 of 2017; correct?

2         A.  I -- yes, and I can only use the information

3    that is available to me in this case through Morningstar

4    to make those determinations, and that information is

5    not made available in a quantitative way.

6         Q.  Got it.

7         And so to be more maybe blunt about it, if the

8    Fidelity Freedom Funds had received revenue sharing that

9    equaled $5 million per year -- and I'm not saying they    14:19:00

10   did, but if they did, and the American Funds target date

11   funds didn't receive any revenue sharing at all, that

12   would be something that would need to be accounted for

13   in any analysis as to whether the plan was better off in

14   the American Funds or the Fidelity Freedom Funds;

15   correct?

16        MR. BERIN:  Object to the form.

17        THE WITNESS:  If there's an arrangement that is

18   negotiated individually for a given fund to provide some  14:19:28

19   incremental rebate to the -- that changes the expense

20   ratio of the fund on a net basis, that should be a

21   relevant factor to be included.  But again, I question

22   whether or not it can be included, and if so, why isn't   14:19:55

23   it included in the numerical assessment being used by

24   all the people that evaluate universes of funds and that

25   consultants use to make advisory reports to their

Page 182

```
1        clients like Quanta.

2             MR. BLUMENFELD:

3             Q.  I want to make sure, Mr. Marin.  You said, I

4        think, that if there is revenue sharing it is something

5        that should be considered, and that is relevant, but you   14:20:27

6        don't understand why consultants don't do so?

7             MR. BERIN:  Object to the form.

8             THE WITNESS:  That's not exactly what I said.  What

9        I said was it's hard to tell how revenue sharing is

10       handled.  And the reason it's called out the way it is

11       in the IPS is that this qualifies as what I characterize

12       as a murky arrangement, and it's murky in several ways.   14:20:58

13       It's murky about exactly how it's handled, where the

14       funds go, what it offsets, who gets the benefit of it.

15       That's why it's called out that way, and then what

16       effect it has on the decision-making process.

17            And it is so confused and potentially arbitrary and

18       potentially inconsistent from one time period to the

19       next because it's governed by contract law here with the   14:21:30

20       funds not governed by their requirement to report their

21       results in a way that's consistent with what the

22       consultant uses to do its evaluation.  I think it's very

23       challenging to include it in an analysis and falls

24       almost more as a qualitative issue than a quantitative

25       issue, and that's why it's not included in the              14:21:59
```

Page 183

1     quantitative analysis.

2         MR. BLUMENFELD:

3         Q.  And did you include that in the quantitative

4     analysis?

5         A.  No, because there wasn't sufficient information

6     to do that on these funds.

7         Q.  When you say "there wasn't sufficient

8     information to do that on these funds," are you

9     referring to funds that you include in Table 6?

10         A.  Yes.

11         Q.  You know there was sufficient information with

12     respect to the Fidelity Freedom Funds that were in the

13     plan?

14         MR. BERIN:  Object to the form.

15         THE WITNESS:  The information I was given to do my

16     analysis did not include revenue-sharing information.

17         MR. BLUMENFELD:

18         Q.  Got it.

19         And you know that Dr. Wermers included information

20     about revenue sharing on the Fidelity Freedom Funds and

21     on the American Funds and on the T. Rowe Price Funds and

22     on the JP Morgan Funds; correct?

23         A.  I saw in his rebuttal that he included more    14:22:57

24     revenue-sharing information than I was aware of, and I

25     again hadn't identified it as an issue because it didn't

Page 184

1      appear in anything other than that one statement in the

2      IPS that I referenced.

3          Q.  You know that Dr. Wermers also included

4      revenue-sharing discussion related to the American

5      Funds, the T. Rowe Price Funds, JP Morgan Funds, and the   14:23:30

6      Freedom Funds in his initial report?

7          A.  I would have to go back and look at his initial

8      report.  I read it, reviewed it quite a while ago.

9          Q.  Why don't you do that?  That's Exhibit 3 to

10     your deposition.                                            14:23:49

11         MR. BERIN:  You're looking at a particular page?

12         MR. BLUMENFELD:  Yeah.  I'm just waiting for

13     Mr. Marin to pull it down.  Sorry, Alec.  It's PDF

14     page 41.

15         THE WITNESS:  Is it Exhibit 003, did you say?

16         MR. BLUMENFELD:

17         Q.  It is.

18         A.  Okay.  I have that up right now.  Which page am   14:24:27

19     I looking at?

20         Q.  Page 41 of 200 of the PDF.

21         A.  Okay.  I'm on page 41.

22         Q.  Do you see Table 3?

23         A.  I do.

24         Q.  And that's Dr. Wermers' discussion of revenue

25     sharing; correct?

Page 185

1          A.  Oh yes.

2          Q.  Part of it?

3          A.  Very good.  I see it.

4          Q.  You didn't respond to that or disagree with any

5     of that in your rebuttal report; correct?          14:24:59

6          A.  That's correct.

7          MR. BLUMENFELD:  Okay.  Mat, can we load up the

8     Complaint?

9          MR. McKENNA:  Yeah.  Just one second.  Should be   14:25:11

10    available now.

11         MR. BLUMENFELD:

12         Q.  Mr. Marin, can you download or open the

13    complaint which has been marked as Exhibit 7 to your

14    deposition?                                          14:25:53

15         A.  I've got it.

16         Q.  Great.  The Complaint is a document that you

17    considered in forming the opinions that you express in   14:26:28

18    your report; correct?

19         A.  Yes.

20         Q.  Can you turn to paragraph 24?

21         A.  Okay.

22         Q.  In the middle of that paragraph there's a

23    sentence that says, "All TDFs are inherently actively   14:26:56

24    managed because managers make changes to the allocations

25    to stocks, bonds, and cash over time."

Page 186

1           Do you see that?

2           A.  Yes.

3           Q.  You don't in your report express an opinion on

4      that issue at all; correct?

5           A.  Correct.

6           Q.  Paragraph 25, could you turn to that, please?

7           A.  I've got it.

8           Q.  The second sentence of that paragraph says that

9      "Fidelity Management & Research Company, Fidelity, is     14:27:26

10     the second largest TDF provider by total assets."

11          Do you see that?

12          A.  Yes.

13          Q.  And you know, in fact, that that's true?

14          A.  Again, I don't have the data in front of me,

15     but it sounds true, yes.

16          Q.  And you also know that the Fidelity Freedom

17     Funds are the largest target date funds that Fidelity

18     offered during this time period --

19          A.  Yes.

20          Q.  -- correct?  Okay.

21          The next sentence says that "Among its target date

22     offerings, Fidelity offers the riskier and more costly

23     Freedom Funds -- which it calls the active suite."

24          Do you see that?

25          A.  Yes.

Page 187

1          Q.  And then it goes on to say "the less risky and

2      less costly Freedom Index Funds --" which the Complaint

3      calls the index suite.

4          Do you see that?

5          A.  Yes.

6          Q.  And you did not compare the risk or the cost of

7      the Fidelity Freedom Funds, which the Complaint called    14:28:30

8      the active suite, against the Fidelity Index suite;

9      correct?

10         A.  That's correct.  That was outside my scope.

11         Q.  Well, it was outside your scope because you

12     decided not to include the Freedom Index Funds in any of

13     your analyses?

14         A.  There were reasons why the Freedom Index Fund

15     didn't qualify.  That would be the only reason why they    14:28:59

16     weren't considered in my analysis.

17         Q.  What I'm asking, sir, that was a decision, a

18     judgment call that you made, not something that

19     Plaintiff's Counsel told you to do?

20         A.  That's correct.

21         Q.  Okay.

22         Towards the bottom of paragraph 25, I think it's

23     the last sentence, the Complaint alleges "Defendants     14:29:28

24     should have considered the merits and features of all

25     available TDF options, but they instead failed to

Page 188

1    compare the active and index suites as well as other

2    available TDFs, including actively managed TDFs that

3    offer expected returns sufficient to justify the

4    associated costs and risk."

5         Do you see that?

6         A.  Yes.

7         Q.  You saw in the target date deep dive that        14:29:56

8    Quanta did consider the merits and features of a bunch

9    of different TDF options; correct?

10        A.  Yes.  Well, when you say "considered," they

11   looked at them angly.  I don't know if they considered

12   them as in purchasing them or adopting them, but they

13   certainly had that data made available to them by

14   Ascend.

15        Q.  And -- That's fine.  Good.

16        And then the Complaint also says, "they instead       14:30:27

17   failed to compare the active and index suites."

18        Do you see that?

19        A.  Are we still on "25"?

20        Q.  We are.

21        A.  Oh yes, "but they instead failed to compare the

22   active --" okay.  Yes, I see it.

23        Q.  And you also did not compare the active and

24   index suites; correct?

25        A.  I did not.

Page 189

1          Q.  Okay.

2          And this paragraph says, "Defendants should have

3     considered the merits and features of all available TDF

4     options."

5          But you actually didn't consider all TDF options     14:30:59

6     either; correct?

7          A.  For purposes of the alternative selection?

8          Q.  Correct.

9          A.  We looked at the full universe available on

10    Morningstar and then eliminated them using those filters

11    that I mentioned before.

12         Q.  The only ones whose performance you looked at

13    was 12 of them; correct?

14         A.  Only those which made it through the filtering     14:31:29

15    process, correct.  What I'm saying is, that was not

16    arbitrary decision.  It was, you know, a data-management

17    decision.

18         Q.  Can we go to paragraph 29?                         14:31:55

19         A.  Okay.

20         Q.  The first sentence of paragraph 29 says, "The

21    active suite and the index suite are sponsored by the

22    same investment management company and share a

23    management team."

24         Do you see that?

25         A.  Yes.

Page 190

1          Q.   You know that that's true; correct?

2          A.   Yes.

3          Q.   Okay.

4          The next sentence says, "But while the active suite

5     invests predominantly in actively managed Fidelity

6     mutual funds, the index suite places no assets under          14:32:26

7     active management and instead invests in Fidelity funds

8     that simply track market indices."

9          Do you see that?

10         A.   Yes.

11         Q.   And there's a Footnote 4 there too; correct?

12         A.   Yes.  "Per Morningstar, the active suite's

13     underlying holdings are 88.8 percent actively managed by

14     asset weight."

15         Q.   Paragraph 29 also said, "The active suite is

16     also dramatically more expensive than the index suite";

17     correct?

18         A.   Correct.

19         Q.   And you didn't evaluate that; right?          14:32:57

20         A.   Well, we did not look at the index suite

21     because it didn't meet the criteria.

22         Q.   Right.

23         So you didn't look to see whether the active suite

24     was dramatically more expensive than the index suite?

25         A.   I did not analyze that statement, no.

1       Q.  Okay.

2       You didn't analyze whether it's true or not?

3       A.  Correct.

4       Q.  Okay.

5       And you also didn't analyze whether the American

6    Funds target date funds were also dramatically more     14:33:27

7    expensive than the index suite?

8       A.  Say that one one more time.

9       Q.  You didn't evaluate whether the American Funds

10    target date funds were also dramatically more expensive

11    than the index suite?

12       A.  No, I did not.

13       Q.  You didn't analyze whether any of the target

14    date funds that you evaluated in your Table 6 were

15    dramatically more expensive than the index suite?

16       A.  If for some reason the index suite did not make  14:33:58

17    it through the filters, then that did not occur.

18       Q.  As you sit here today, you don't know why the

19    index suite didn't make it through the filters?

20       A.  I would have to talk to my analyst, but I don't

21    know of any reason why other than one of the mechanical

22    filters kicked it out of the system.

23       Q.  The next sentence -- the next part of the

24    sentence, "the active suite is riskier in both its

25    underlying holdings and its asset-allocation strategy."  14:34:26

Page 192

1          Do you see that?

2          A.  Yes.

3          Q.  You did not evaluate that issue either;

4     correct?

5          A.  No.

6          Q.  No, you did not?

7          A.  No, I did not.

8          Q.  And you also didn't evaluate whether the

9     American Funds target date funds, for example, had

10    underlying holdings in an asset-allocation strategy that

11    were riskier than the Fidelity Index target date funds?

12         A.  No, I did not.                          14:35:00

13         Q.  Okay.

14         Paragraph 30 says that "The active suite chases

15    returns by taking levels of risk that render it

16    unsuitable for the average retirement investor including

17    plan participants."

18         Do you see that?

19         A.  Yes.

20         Q.  Did you evaluate whether that was true?

21         A.  No.  Wasn't relevant to my analyses.     14:35:29

22         Q.  The next sentence says, "At first glance the

23    equity glide paths of the active suite and index suite

24    appear nearly identical."

25         Do you see that?

Page 193

1          A.   Yes.

2          Q.   You didn't evaluate that either; correct?

3          A.   No.

4          Q.   And you didn't evaluate whether the American

5     Funds target date funds also had a glide path that was

6     nearly identical to the Fidelity target date funds?

7          A.   I did not.                              14:35:59

8          Q.   Okay.

9          The next sentence says, "But the active suite

10    subjects its assets to significantly more risk than the

11    index suite through multiple avenues."

12         Do you see that?

13         A.   Yes.

14         Q.   Okay.

15         You didn't evaluate whether that was true either;

16    correct?

17         A.   Correct.

18         Q.   The next sentence says, "At the underlying fund

19    level, where the index suite invests only in index funds

20    that track market indices, the active suite primarily     14:36:30

21    features funds with a manager deciding what securities

22    to buy and sell and in what quantities."

23         And again, you didn't evaluate that?

24         A.   No.

25         Q.   No, you did not?

Page 194

1          A.  No, I did not.

2          Q.  Mr. Marin, could you look at paragraph 33?      14:36:45

3          A.  Okay.

4          Q.  In paragraph 33 the Complaint alleges, "At all   14:37:32

5     times across the glide path, the activity suite's top

6     four domestic equity positions were and are in Fidelity

7     Series Funds created for exclusive use in the Freedom

8     Funds."

9          Do you see that?

10          A.  Yes.

11          Q.  And then it goes on to say that "three of which

12     have dramatically trailed their respective indices over

13     their entire expected lifetimes."

14          Do you see that?

15          A.  Yes.                                           14:38:00

16          Q.  You didn't analyze that in your report;

17     correct?

18          A.  No.

19          Q.  No, you did not?

20          A.  No, I did not.

21          Q.  Okay.

22          The next sentence specifically talks about the

23     large cap stock Fund.

24          Do you see that?

25          A.  Hold on a second.  Is this still on page 14?

Page 195

1          Q.  Yeah.

2          A.  The stock, large cap value funds.

3          Q.  Not that one yet.  The first one was the large    14:38:29

4     cap stock funds.

5          A.  Oh yes.  Okay.  Go ahead.

6          Q.  You didn't evaluate whether the sentence that

7     is contained there about the large cap stock funds was

8     true or not?

9          A.  I did not.

10         Q.  And it didn't matter to your analysis?

11         A.  No, it did not.

12         Q.  It didn't matter to your analysis about whether

13    the Freedom Funds should be removed from the plan, and

14    it didn't matter to your analysis about which would be

15    the most appropriate target date funds to offer for plan    14:38:58

16    participants?

17         A.  No, it did not.

18         Q.  The next one is the Stock Selector Large Cap

19    Value Fund.

20         And again, you didn't evaluate the allegations that

21    are in that sentence either; correct?

22         A.  No, I did not.

23         Q.  Because it didn't matter to your opinions about

24    whether the Freedom Funds should be removed from the

25    plan or what the most appropriate Freedom -- excuse

Page 196

1        me -- what the most appropriate target date funds should

2        be for the plan?

3             A.  No, it did not.                              14:39:29

4             Q.  The next one is the Intrinsic Opportunities

5        Fund.

6             Do you see that?

7             A.  Yes.

8             Q.  And again, same thing, you didn't evaluate that

9        either in connection with evaluating whether the Freedom

10       Funds should be removed from the plan or what the best

11       investment option would be for plan participants?

12            A.  No, I did not.

13            Q.  Sorry.  Did somebody say something?  I know I    14:40:01

14       coughed, so I didn't hear what it was.  All right.

15       We'll press ahead.

16            The next sentence says that "While the portfolio of

17       the active suite is diversified among 32 underlying

18       investment vehicles, the three aforementioned funds

19       represent over 19 percent of the 2040 through 2065

20       vintages."

21            Do you see that?

22            A.  Yes.

23            Q.  You didn't evaluate that issue at all either;

24       correct?

25            A.  No, I did not.                              14:40:29

Page 197

```
 1         Q.   Paragraph 34 says, "Poor performance of the
 2    underlying funds in the active suite is not limited to
 3    the largest positions.  Of the 25 actively managed
 4    Fidelity Series Funds in the active suite portfolio, 11
 5    have failed to beat their respective benchmarks over
 6    their lifetime."
 7         Do you see that?
 8         A.   Yes.
 9         Q.   You did not evaluate whether that was true or
10    not?
11         A.   No, I did not.                        14:40:59
12         Q.   Because it wasn't relevant to your opinions
13    about whether the Fidelity Freedom Funds should be
14    removed from the plan, and it wasn't relevant as to what
15    target date options should be offered as investment
16    options?
17         A.   That's correct.
18         Q.   You also did not evaluate any of the underlying
19    funds for any of the other target date funds that you
20    evaluate in Table 6; correct?
21         A.   Say that one more time?
22         Q.   I'm going to ask it slightly differently.
23         You also, in Table 6 of your report, identify a
24    number of other target date funds; correct?          14:41:30
25         A.   Correct.
```

1    Q.  You didn't evaluate the performance of any of

2    the underlying funds in any of those target date funds

3    to see how many of them underperformed their benchmarks

4    over their lifetimes or over three years or five years

5    or any other time period?

6    A.  No, I did not.

7    Q.  Paragraph 35 says that "As of the start of the

8    class period, several of the underlying funds used

9    within the active suite portfolio lacked performance      14:42:00

10   history sufficient to support a meaningful analysis."

11   Do you see that?

12   A.  Yes, I do.

13   Q.  You didn't evaluate whether that was true

14   either?

15   A.  No, I did not.

16   Q.  And then it goes on to say, "Accordingly, no

17   prudent fiduciary could have appropriately evaluated

18   these funds."

19   You didn't evaluate that either?

20   A.  No, I did not.

21   Q.  The next sentence continuing into the chart

22   says, "Indeed, as illustrated in the table below, 13 of    14:42:27

23   24 funds --" and then there's Footnote 7 -- "failed to

24   meet the basic criteria of at least a five-year

25   performance history -- meaning, almost two thirds of the

Page 199

1        funds in the active suite portfolio would have failed

2        one of the most basic fiduciary requirements."

3            Do you see that?

4            A.   I do.

5            Q.   You didn't evaluate whether any of that was

6        true?

7            A.   I did not.

8            Q.   And none of that matters to the opinions that

9        you expressed in your report about whether the Fidelity

10       Freedom Funds should be removed as investment options or   14:43:00

11       what target date options should be offered to plan

12       participants; correct?

13           A.   No, I did not.

14           Q.   And you also did not evaluate, for example,

15       whether the American Funds had a lot of underlying funds

16       that lacked a five-year performance history?

17           A.   No, I do not.

18           Q.   And the same with the other target date funds

19       that you include in table 6 of your report, you didn't

20       evaluate whether all of them had underlying funds that   14:43:27

21       had less than a five-year performance history?

22           MR. BERIN:  Object to the form.

23           THE WITNESS:  I did not do that analysis.

24           MR. BLUMENFELD:

25           Q.   Okay.  Excuse me.

Page 200

1          Can you go to paragraph 36?

2          A.   Okay.

3          Q.   Do you see that in front of you?              14:43:58

4          A.   I do.

5          Q.   This shows a comparison of the glide path of

6     the Fidelity Freedom Funds against the Freedom Index

7     Funds -- that is, the active suite against the index

8     suite; correct?

9          A.   Correct.

10         Q.   You didn't do an analysis to see whether this

11    chart that's contained in paragraph 36 was true or not?

12         A.   I did not.

13         Q.   Paragraph 37 says, "This chart considers only

14    the mix of stocks, bonds, and cash"; right?              14:44:28

15         A.   Yes.

16         Q.   And then it goes on to say, "A deeper

17    examination of the sub-asset classes of the active

18    suite's portfolio, however, exposes the significant

19    risks its managers take to boost returns."

20         Do you see that?

21         A.   I do.

22         Q.   And again, you didn't evaluate whether that

23    sentence in paragraph 37 is true or not?

24         A.   No, I did not.

25         Q.   And you didn't consider or evaluate whether all

Page 201

1      of the allegations in paragraph 37 were true or not?

2           A.  Just reading it through quickly.          14:45:02

3           Q.  Take your time.

4           A.  No, I did not.

5           Q.  Okay.

6           The next sentence in here says, "Across the glide

7      path, the active suite allocates approximately 1.5

8      percent more of its assets to riskier international

9      equities than the index suite and also has a higher

10     exposure to riskier asset classes like emerging markets  14:45:29

11     and high yield bonds."

12          A.  Yes.

13          Q.  I'm sorry.  Say that again?

14          A.  Yes.

15          Q.  Okay.  Great.

16          Do you need a drink of water, Mr. Marin?

17          A.  Let me take a drink.

18          Q.  I'm going to do the same.  You and I have been

19     talking a lot.  Alec had it easy.

20          A.  Okay.  I'm ready.

21          Q.  You didn't evaluate whether the active suite    14:45:57

22     had 1.5 percent more of its assets to riskier

23     international equities than the index suite; right?

24          A.  No, I did not.

25          Q.  And you didn't evaluate whether the active

Page 202

```
1        suite had higher exposure to riskier asset classes like

2        emerging markets and high yield bonds?

3             A.  No, I did not.

4             Q.  And you also didn't evaluate whether the

5        American Funds had 1.5 percent more of its assets to

6        riskier international equities than the Fidelity Freedom

7        Funds?

8             A.  No, I did not.                           14:46:29

9             Q.  And you also didn't evaluate whether the

10       American Funds target date funds had a higher exposure

11       to riskier asset classes like emerging classes and high

12       yield bonds than the Fidelity Freedom Funds?

13            A.  No, I did not.

14            Q.  Paragraph 38 of the Complaint says that the    14:47:00

15       active suite managers were encouraged to participate in

16       active asset allocation.

17            Do you see that?

18            A.  Yes.

19            Q.  Did you evaluate whether that was true?

20            A.  No, I did not.

21            Q.  Did you evaluate whether all of the other

22       target date funds that you include in Table 6 of your    14:47:29

23       report also engaged in the same asset allocation as the

24       Fidelity Freedom Funds?

25            A.  Not to the way -- to the extent it's indicated
```

Page 203

1     here in Number 38.

2          Q.  Did you do it at all?

3          A.  Well, we're talking about glide path now, and

4     evaluating the glide path is something, as I said          14:47:56

5     before, we looked at to see what the glide paths looked

6     like relative to one another.  And therefore, there was

7     some assessment made that they did not create any

8     outlier glide paths that would have created a problem or

9     disqualified them from consideration.

10         Q.  As far as you were concerned, the glide paths

11    on all of the target date funds were close enough that    14:48:26

12    it didn't signal that one was any better or worse than

13    any other?

14         A.  Not in a meaningful way, correct.

15         Q.  Okay.

16         The next sentence in paragraph 38 describes a March

17    2018 Reuters report.

18         Do you see that?

19         A.  Yes, "Fidelity freedom, investors, lost

20    confidence in the active suite."  Yes, I see that.        14:49:00

21         Q.  And you don't discuss or rely on or consider

22    that March 2018 Reuters report in your analysis at all;

23    correct?

24         A.  No.  No, I did not.

25         Q.  And that's because it didn't affect your

Page 204

```
 1        opinions about whether the Fidelity Freedom Funds should

 2        be removed from the plan or what the best target date

 3        funds would be to offer to plan participants would be?

 4             A.  No.  So long as the amount of the asset change   14:49:28

 5        was -- would not disqualify the funds in any way from

 6        the size criteria, the answer is no.

 7             Q.  One sentence down says, "While many TDF

 8        managers increase their exposure to riskier investments

 9        in an effort to improve returns, the president of

10        research firm Target Date Solutions cautions that the    14:49:57

11        active suite has gone further down this path than its

12        peers."

13             A.  I do.

14             Q.  Did you relate whether that was true or not?

15             A.  No, I did not.

16             Q.  And it didn't matter to the opinions that you

17        expressed in this case; correct?

18             A.  Correct.

19             Q.  You also didn't evaluate whether the American

20        Funds increased their exposure to riskier investments

21        even more than the Fidelity Freedom Funds; correct?

22             A.  Correct.

23             Q.  Paragraph 39 of the Complaint, could you turn   14:50:39

24        to that, sir?

25             A.  I have it.
```

Page 205

1          Q.  Great.

2          In paragraph 39 Plaintiffs allege that, "Far from

3     being the," quote, "lifetime saving solution Fidelity

4     promotes, because its funds assume more risk, the active

5     suite exposes investors to significant losses in the          14:50:59

6     event of market volatility like the downturn experienced

7     during the COVID-19 pandemic."

8          Do you see that?

9          A.  I do.

10         Q.  Did you evaluate that?

11         A.  No, I did not.

12         Q.  Can you turn to paragraph 44?                         14:51:17

13         A.  Okay.

14         Q.  Paragraph 44 alleges that "The flow of funds to

15     or from target date families is one indicator of the         14:51:57

16     preferences of investors at large."

17         Do you see that?

18         A.  Yes.

19         Q.  Did you offer an opinion on that in your

20     report?

21         A.  I did not.

22         Q.  Did you evaluate that issue either with respect

23     to the Fidelity Freedom Funds or any of the comparative

24     target date funds?

25         A.  No, I did not.

Page 206

1        Q.   Lower down in paragraph 44 there's a sentence        14:52:33

2    that says, "At the same time, investor confidence in the

3    active suite has deteriorated from 2016 to 2020 while

4    the index suite gained approximately 40 billion in net

5    inflows.   The active suite lost an estimated 35 billion

6    in net outflows."

7        Do you see that?

8        A.   Yes.

9        Q.   You didn't evaluate whether that was true or

10   not; correct?

11       A.   I did not.

12       Q.   And it didn't matter to your opinion whether       14:52:59

13   the Fidelity Freedom Funds should be removed or what

14   investments would be appropriate for plan participants?

15       A.   No, it did not.

16       Q.   Mr. Marin, do you have an understanding, sir,       14:53:55

17   as to how many defined contribution retirement plans        14:53:57

18   offer more than one target date suite to participants?

19       A.   No, I don't.  No.

20       Q.   Okay.

21       So you don't know if it's -- if any of them do or

22   if half of them do or if 1 percent of them do?

23       A.   I do not.

24       Q.   Okay.

25       (Pause in the proceedings.)

Page 207

1          MR. BLUMENFELD:

2          Q.  Mr. Marin, you didn't evaluate any other target  14:56:00

3     date funds except for the ones that are specifically

4     identified in your report; correct?

5          A.  Correct.

6          MR. BLUMENFELD:  Mat, can we mark the rebuttal

7     report?

8          MR. McKENNA:  Yes.  One second.              14:56:26

9          THE WITNESS:  You want me to call up another

10    report?

11         MR. BLUMENFELD:

12         Q.  Yeah.  This will be Exhibit 8 to your

13    deposition, Mr. Marin.

14         MR. McKENNA:  Should be available now.        14:56:55

15         (Pause in the proceedings.)

16         THE WITNESS:  Okay.

17         MR. BLUMENFELD:

18         Q.  Can you turn to paragraph 24 of your rebuttal

19    report?                                           14:57:27

20         MR. BLUMENFELD:  Sorry, Alec.  Do you have it?

21         MR. BERIN:  I do.  Thanks for asking.

22         THE WITNESS:  I have it.

23         MR. BLUMENFELD:

24         Q.  Okay.

25         In paragraph 24 you criticize Dr. Wermers' report

Page 208

1        for pointing to favorable Morningstar medalist ratings;

2    correct?

3            A.  Correct.

4            Q.  And you say they "represent the projections of

5    Morningstar's analyst team and analyst commentary on the    14:57:57

6    Freedom Funds"; correct?

7            A.  Correct.

8            Q.  First of all, do you understand that other plan

9    fiduciaries also use Morningstar medalist ratings in

10   evaluating the investment options that they are

11   including as investment options or considering to

12   include as investment options?

13           A.  I don't know that for a fact, but it wouldn't

14   surprise me that somebody else does look at it.

15           Q.  Actually, let me ask it the other way.        14:58:29

16       You can't identify any plans that don't use

17   Morningstar as part of their analysis in selecting funds

18   or in monitoring their forms?

19           MR. BERIN:  Object to form.

20           THE WITNESS:  I cannot.

21           MR. BLUMENFELD:

22           Q.  Okay.

23       The second sentence here says that "The medalist

24   ratings are forward-looking projections."

25           Do you see that?

Page 209

1          A.  Yes.

2          Q.  What does that mean?

3          A.  They are an attempt to predict how a fund will    14:58:55

4     do based on their assessment of the fund.  They're

5     projections.

6          Q.  Meaning it's how Morningstar believes the fund

7     is likely to do in the future, not based necessarily on

8     how the funds had done in the past?

9          A.  Well, presumably they don't have anything but

10    the past or the positioning of the funds to make that

11    consideration.  But yes, they are forward-looking

12    projections.                                               14:59:30

13         Q.  And then you go on to say that those medalist

14    ratings "do not necessarily portend good performance";

15    right?

16         A.  That's correct.

17         Q.  What's the significance of that?

18         A.  That's my way of saying that referencing the

19    medalist reports from Morningstar is not a good way to

20    assess the performance, the actual performance that has

21    been incurred by the plan from a given fund that's in     15:00:00

22    the plan.

23         Q.  You switched tenses on me there, Mr. Marin, and

24    so I apologize if I'm being dense, but these are

25    forward-looking projections, so of course they're not

Page 210

```
1        going to reflect past performance.

2             A.  Well, not necessarily so.  They're

3        forward-looking projections which are based on

4        something; right?  And what they're based on, since no    15:00:30

5        one has a crystal bail, they're based on the prior

6        performance and the structure of the funds as perceived

7        by Morningstar's analyst team that would lead them to

8        conclude what they conclude about the forward-looking

9        possibilities of that fund.

10            Q.  Okay.

11            A.  I don't think I changed tenses there.    15:00:58

12            Q.  When you say they "don't necessarily portend

13       good performance," you cite to the Kiplinger's report;

14       correct?

15            A.  Correct.

16            Q.  Which says that "the medalist ratings --" at

17       least according to your interpretation of that

18       publication -- "the medalist ratings have been unable to

19       consistently identify funds that outperform"?

20            A.  That's what it says, yes.

21            Q.  And what's the basis of that?

22            A.  Well, the Wermers report is trying to say that    15:01:30

23       the Morningstar medalist ratings are good predictive

24       tools, and the Kiplinger publication would say that

25       hasn't been the case.
```

Page 211

1          Q.   And what's the significance of that?

2          A.   The significance of that is I'm not sure that

3     the use of the Morningstar medalist reports are

4     necessarily helpful to evaluating whether to retain a

5     fund or not, especially since that's not something        15:02:00

6     that's specified in the IPS.

7          Q.   Okay.

8          Putting aside the IPS aspect of it, do you have any

9     analysis that said that the medalist ratings that

10    Morningstar uses were worse predictors of future

11    performance than the analysis that you go through in

12    paragraph 31-A through E of your report or in Table 6 of  15:02:27

13    your report?

14         A.   Well, "31" does not portend to be a predictive

15    framework.  It's an evaluative framework; correct?  And

16    so the answer is no, I don't know how to make that

17    comparison you're asking me to make because that's not    15:02:59

18    what I do in the first prong of this analysis.

19         Q.   Let's come back to that then.  Let's talk about

20    the second part of the analysis.

21         Is the medalist rating better or worse or the same

22    as the analysis that you go through in Table 6 to

23    identify a suitable target date fund for the plan?

24         A.   I have not done that assessment, so I have no

25    way of knowing.                                           15:03:29

Page 212

```
1        Q.  And more generally, you haven't done an

2    assessment as to whether the methodology that you

3    describe and utilize in Table 6 is actually good at all

4    in predicting which funds are going to be the best funds

5    over a subsequent time period?

6        MR. BERIN:  Object to the form.

7        THE WITNESS:  I did not -- I did not do a research

8    study that would give me strong empirical evidence as to

9    predictive quality, so the answer is no.            15:03:58

10       MR. BLUMENFELD:

11       Q.  Did you do any analysis that would give you any

12   predictive analysis or results?

13       A.  Well, I -- What I've said before is that these

14   are time-honored ways in the industry to evaluate the

15   selection process in funds, and they're very consistent

16   with the selection methodology that the IPS calls out,   15:04:25

17   so in that sense I do believe they're a valid way of

18   going about making a selection of alternative fund.  And

19   there's no guarantee that they will produce the best or

20   perfect result, but they are well respected ways of

21   evaluating funds for selection.

22       Q.  Much like the Morningstar medalist ratings;

23   correct?

24       A.  I have no reason to believe that the            15:04:59

25   Morningstar medalist ratings are better or worse than my
```

Page 213

1     methodology.  All I know is that Kiplinger calls that

2     out as not being particularly valuable as a way of

3     predicting future performance.

4          Q.  Got it.

5          Mr. Marin, you did not conclude in your report that

6     the Fidelity Freedom Funds should have been replaced by

7     the Vanguard target date funds; correct?

8          A.  That was not our conclusion.

9          Q.  And you did not conclude in your report that     15:05:59

10    the Fidelity Freedom Funds should have been replaced by

11    the T. Rowe Price target date funds?

12         A.  That was not our conclusion.  Again, if you

13    look at the -- well, let me just take a quick look at

14    the score card to see what it produces.

15         Q.  The only one that you concluded that should

16    replace the Fidelity Freedom Funds was the American     15:06:27

17    Funds target date funds.

18         A.  Yeah, but I was just looking to see where those

19    two stacked up against the American Funds.  Okay.  But

20    you're right.  I did not recommend.

21         Q.  And the same with the JP Morgan target date

22    funds; correct?

23         A.  I did not recommend.

24         Q.  I forget if I asked this already, Mr. Marin, or  15:06:45

25    not.

Page 214

1          Did you evaluate whether any of the other target

2     date funds that you described in Table 6 had any

3     outflows of investors or inflows from investors?     15:07:27

4          A.  No, unless they like I said were disqualified

5     for overall size, no.

6          Q.  Great.

7          Can you turn to paragraph 27 of your report?

8          A.  Which report?

9          Q.  Sorry.  Good question.  Your rebuttal report

10    which I believe has been marked as Exhibit 8.

11         A.  So the one that we're already on here?

12         Q.  Yeah.                                        15:07:59

13         A.  Which paragraph, "26"?

14         Q.  "27."

15         A.  "27," sorry.  Okay.  I've got it.

16         Q.  In paragraph 27 you criticize Dr. Wermers;

17    correct?

18         A.  Yes.

19         Q.  I guess you do that in a lot of places in this

20    report, but in paragraph 27 --

21         A.  Not as much as he did of mine, but okay.       15:08:29

22         Q.  You say that in the last sentence, "More

23    germane to those decisions is Exhibit 7 to the Wermers

24    report which shows a year-over-year decrease in large

25    plans offering the Freedom Funds from 2016 to 2018."

Page 215

1   Do you see that?

2   A. That's at the very end.

3   Q. Yeah. You can read the whole thing to

4 yourself.              15:09:00

5   A. Whole thing to myself first, so give me a

6 moment.

7   Q. Sure.

8   (Pause in the proceedings.)

9   THE WITNESS: Okay. I've read it. What was your 15:09:43

10 question?

11   MR. BLUMENFELD:

12   Q. Bear with me one second. I lost something on

13 my end that I need to find.

14   A. Uh-huh.

15   Q. In paragraph 27 at the end you say, "More 15:10:06

16 germane to those decisions is Exhibit 7 to the Wermers

17 report which shows a year-over-year decrease in large

18 plans offering the Fidelity Freedom Funds from 2016 to

19 2018."

20   A. Yes.

21   Q. What do you mean "more germane"?

22   A. Well, I think it's more relevant to the issue

23 that he's bringing up because he's using flows as some 15:10:28

24 sort of an indicator of whether or not the Freedom Funds

25 should or shouldn't have been retained, which as we know

Page 216

1      is not really part of my analytical framework.  But

2      since he brought it up in his report, I chose to rebut

3      it in this section, and what I've said is that I think    15:10:55

4      that Exhibit 7 showing the year-over-year decrease in

5      large plan offerings of Freedom Funds from '16 to '18

6      was more important than the other references he made to

7      flows.

8          Q.  Okay.

9          More important in evaluating whether the Freedom

10     Funds should be removed from the plan and what the best

11     investment option would be for participants?           15:11:27

12         A.  Yes.

13         Q.  Okay.

14         Let's turn to Exhibit 7 to Dr. Wermers' report.

15     That would be, Mr. Marin, Exhibit 3 to your deposition.

16     We looked at it earlier.

17         A.  Okay.  I'm in Exhibit 3.  What page?

18         Q.  Page 115 of 200, which is Exhibit 7 to

19     Dr. Wermers' report that you were just citing and

20     referring to in your rebuttal report.                  15:12:00

21         A.  Page 115 you said?

22         Q.  Page 115 of 200, yes.

23         A.  All right.  I have Exhibit 7.

24         Q.  Okay.

25         And this is the exhibit that you were just

Page 217

```
 1        referring to in your rebuttal report; correct?

 2             A.  Yes.

 3             Q.  And I want to make sure that we avoid any      15:12:30

 4        hindsight, because as you said, that's important in the

 5        analysis.

 6             And what you see as of 2015, according to

 7        Dr. Wermers' report, there were 145 large plans that

 8        offered the Fidelity Freedom Funds; correct?

 9             A.  Correct.

10             Q.  And in 2016, did that number go up or down?    15:12:55

11             A.  That went up by six.

12             Q.  So there were six more plans that invested in

13        the Fidelity Freedom Plans as of 2016 than had been as

14        of 2015?

15             A.  Correct.

16             Q.  And then when you get to 2017, that number

17        drops to 150; correct?

18             A.  Correct.

19             Q.  Meaning between 2016 and the end of 2017, there

20        was only one plan that removed its investment in the

21        Fidelity Freedom Funds?                                 15:13:29

22             MR. BERIN:  Object to form.

23             THE WITNESS:  Only one plan shown on this report,

24        yes.

25             MR. BLUMENFELD:
```

Page 218

1          Q.  Yes.

2          And then if you look at the American Funds target

3      date funds, in 2016 how many plans were there?

4          A.  Let me find the American Fund.  In which year?

5          Q.  2016.

6          A.  Fifteen.

7          Q.  And when you get to 2017, how many were there?   15:13:57

8          A.  Twenty-nine.

9          Q.  Okay.

10         And obviously that increase of 14 plans did not all

11     or mostly come from plans that were invested in the

12     Fidelity Freedom Funds; correct?

13         MR. BERIN:  Object to form.

14         THE WITNESS:  Well, the numerical analysis would

15     indicate that at most one of those 14 plans, and I don't

16     know if that's even the case.                          15:14:29

17         MR. BLUMENFELD:

18         Q.  You and I agree on that.

19         And the time period that you say the Fidelity

20     Freedom Funds should have been removed is at the

21     beginning of 2017; correct?

22         A.  That's correct.

23         Q.  So what happens after that really would be

24     irrelevant to your analysis of whether the Freedom Funds

25     should have been removed from the plan or what

Page 219

1        investment options should have been offered instead?

2            MR. BERIN:  Object to form.                          15:14:59

3            THE WITNESS:  Yes.  I would just point out one

4        thing, and that is I'm responding here, rebutting

5        Mr. Wermers' assessment, which indeed did cover a longer

6        period of time than my analytical framework for my first

7        prong of the removal analysis covered.  So in my

8        response to him I referenced a period that was longer

9        than I would have in my framework analysis because I'm    15:15:25

10       responding to his observations.

11           MR. BLUMENFELD:

12           Q.  Understood.

13           You didn't look at anything starting essentially Q1

14       of 2017 or thereafter, so in your analysis you wouldn't

15       have looked at any information about other investors in

16       that time period just like you wouldn't look at any

17       other information from that time period?

18           A.  That is correct.

19           Q.  Okay.

20           If we could have, I'm going to say, 20 minutes or

21       so?  We are close to being finished, but I'd like to be    15:15:58

22       able to circle up with my team, if that's okay with you,

23       Alec, and Mr. Marin?

24           A.  It's fine with me.

25           THE VIDEOGRAPHER:  We are going off the record.

Page 220

1          The time is 3:16.

2               (A recess is taken.)

3               THE VIDEOGRAPHER:  We are back on the record.  The

4          time is 3:36.

5               MR. BLUMENFELD:

6               Q.  Mr. Marin, welcome back.

7               A.  Thank you.

8               Q.  You understand you're still under oath?

9               A.  I do.

10              Q.  And you have the same obligation to tell the

11         truth as if you were testifying live in front of a

12         judge?

13              A.  Yes.

14              Q.  Great.                                    15:36:30

15              So I think I asked you this question earlier today,

16         but I just want to make sure, and I don't get another

17         chance, so I want to make sure I ask it now.

18              When it comes to the alternative investments that

19         you evaluated, the only ones that you concluded would

20         potentially be appropriate for the Quanta plan are the

21         ones that you include in Table 6; correct?

22              A.  Correct.

23              Q.  And so the Freedom Index Funds, you don't know   15:36:56

24         why, what criteria of yours they didn't satisfy, but you

25         know they didn't satisfy some criteria, so they wouldn't

Page 221

```
 1        be appropriate for the Quanta plan as an investment

 2        option, in your opinion; correct?

 3              A.  Correct.

 4              Q.  Okay.

 5              Let's switch gears.

 6              MR. BLUMENFELD:  Mat, can you upload those 5500s?

 7              MR. McKENNA:  Yes.  I'll get them up in a second.

 8              (Pause in the proceedings.)

 9              MR. McKENNA:  They're all up now as Exhibits 9, 10,

10        and 11.

11              MR. BLUMENFELD:  Thank you.

12              Q.  So Mr. Marin, just to orient you, we've          15:38:27

13        uploaded exhibits to your deposition 9, 10, and 11 which

14        are Form 5500s.  That's the plan annual report for the

15        Bear Stearns profit sharing plan --

16              A.  Got it.

17              Q.  -- from 2005, 2006, 2007.

18              A.  Okay.

19              Q.  You were in this plan during this time period;

20        correct?

21              A.  Yes.

22              Q.  And the reason we included the 2005, -6, and -7

23        ones is just to show you that the investment options       15:39:00

24        essentially were the same during that time period.

25              A.  Okay.
```

Page 222

1            Q.  But if you go back to the back of the 5500,

2      you'll see the investment options.

3            A.  Which one do you want me to click on?

4            Q.  The 2005 one.

5            A.  That's 0009?

6            Q.  It is Exhibit 9 to your deposition, correct.

7      And I'm going to have to get you to the right page.

8            A.  Okay.  Hold on.  Okay.  I've got it.  What      15:39:29

9      page?

10           Q.  I'm working on it.  It starts on page 27 of

11     125.

12           A.  This says it's 50 pages.  What page of the 50?

13           Q.  Oh, I'm sorry.  I opened the wrong one so bear   15:39:59

14     with me.  I'll find the right one.  Okay.  Page 18 of

15     50.

16           A.  Okay.  I've got it.                             15:40:28

17           Q.  This lists several investment options in the

18     Bear Stearns defined contribution plan; correct?

19           A.  It does.

20           Q.  The first one is the Dreyfus Premier S&P STARS

21     Fund.

22           Do you see that?

23           A.  Wait a minute.

24           Q.  In the middle of the page.

25           A.  Yes, Dreyfus Premier S&P STARS Fund.

```
                                                        Page 223
 1              Q.   And there's the Dreyfus Premier Intrinsic Value

 2      Fund?

 3              A.   Correct.

 4              Q.   The Pacific Investment Management Company Total  15:40:59

 5      Return Fund?

 6              A.   Yes.

 7              Q.   The Columbia Acorn Fund?

 8              A.   Yes.

 9              Q.   The Royce Low-Priced Stock Fund?

10              A.   Yes.

11              Q.   The American EuroPacific Growth Fund?

12              A.   That's the next page.

13              Q.   It is.

14              A.   Got it.

15              Q.   The Vanguard PRIMECAP Fund?

16              A.   Yes.

17              Q.   The Dreyfus Premier Alpha Growth Fund?

18              A.   Yes.

19              Q.   The Longleaf Partners Fund?

20              A.   Yes.

21              Q.   The Putnam Asset Allocation Balanced Portfolio?  15:41:27

22              A.   Yes.

23              Q.   The Dreyfus Premier International Value Fund?

24              A.   Yes.

25              Q.   The Ostein Financial Alert Fund?
```

Page 224

```
 1          A.  Yes.

 2          Q.  The Dreyfus Premier Core Bond Fund?

 3          A.  Yes.

 4          Q.  The Massachusetts Financial Services -- that's

 5     MFS -- Value Fund?

 6          A.  Yes.

 7          Q.  The Dreyfus Premier Limited Firm High Yield

 8     Fund?

 9          A.  Yes.

10          Q.  The Fidelity Advisor Growth Opportunities Fund?

11          A.  Yes.

12          Q.  The Dreyfus Premier High Income Fund?        15:41:57

13          A.  Yes.

14          Q.  The Barclays Global Investors Equity Index

15     Fund?

16          A.  Yes.

17          Q.  The State Street Global Advisors Aggressive

18     Strategic Balanced Fund?

19          A.  Yes.

20          Q.  The State Street Global Advisors Moderate

21     Strategic Balanced Fund?

22          A.  Yes.

23          Q.  And the State Street Global Advisors

24     Conservative Balanced Fund?

25          A.  Yes.
```

Page 225

1      Q.  And then on the next page the BlackRock Large

2   Cap Core Equity Fund?

3      A.  Yes.

4      Q.  So first of all, at the bottom of page 19 of 50   15:42:28

5   it identifies the aggressive, moderate, and conservative

6   funds.

7      Do you see that?

8      A.  Yes.

9      Q.  Those are what you were describing as lifestyle

10  funds; correct?

11     A.  They seem like they might be, yes.

12     Q.  But they don't actually adjust their allocation

13  over time.  A participant just gets to decide if they

14  want to invest more aggressively or moderately or

15  conservatively.                                        15:43:00

16     Correct?

17     A.  Correct.

18     Q.  Do you recall, having seen the list of these

19  funds, which ones you were invested in?

20     A.  No.

21     Q.  Okay.

22     But there was no target date funds offered in this

23  plan; correct?

24     A.  Right.

25     Q.  And would it surprise you to know that many of

Page 226

1      these funds would fail the monitoring criteria that you

2      articulate in paragraph 31-A, B, C, D, E of your report

3      in this case?

4           MR. BERIN:  Object to the form.                    15:43:27

5           THE WITNESS:  I have no way of knowing.

6           MR. BLUMENFELD:

7           Q.  I know.

8           I'm asking, would it surprise you to know that?

9           MR. BERIN:  Same objection.

10          THE WITNESS:  You know, would it surprise me to

11     know that?  No.  It wouldn't surprise me because I --

12     This, one, was a long time ago, and two, I was not

13     paying particular attention to these funds, and I

14     certainly wasn't applying this framework against them in  15:43:58

15     my assessment of those funds at the time.

16          MR. BLUMENFELD:

17          Q.  What difference does it make that it was a long

18     time ago?

19          A.  Well, the difference it makes is that I'm just

20     saying I'm not familiar enough with these funds to tell

21     you whether it would surprise me.  The State Street

22     Global Advisors is a reputable firm.  They're balanced   15:44:25

23     funds.  As shown here, I'm sure were reasonably well

24     managed, but that's all I know about them from just

25     looking at this list.  I could not have picked these out

Page 227

```
1        if you'd asked me to name funds that were in the Bear

2        Stearns funds.

3             So that's why the issue of responding the way you

4        have asked me about whether I would be surprised is hard

5        to answer.  I don't have any reason to be surprised or    15:44:58

6        not surprised, to be honest with you.

7             Q.  Well, I guess I'm a little confused then

8        because I thought the criteria that you were using and

9        applying in your report is the criteria that retirement

10       plan individuals utilize on a regular basis.

11            MR. BERIN:  Object to the form.

12            THE WITNESS:  What I'm saying is that that is a

13       mechanism which -- and that is a framework that is

14       typically used in the industry.                          15:45:30

15            MR. BLUMENFELD:

16            Q.  Right.

17            And so why would not -- why would not that

18       mechanism be used at the firm that you were the head of?

19            MR. BERIN:  Object to the form of the question.

20            THE WITNESS:  As we've established, I was not the

21       head of Bear Stearns.  I was the head of the buy side

22       operation, which is Bear Stearns Asset Management, and

23       this 401K plan was not one that I was involved with as a  15:45:58

24       fiduciary.  I was involved as a participant.  And there

25       is simply no way for me to recall what was going on with
```

Page 228

```
 1        these individual funds and how they were assessed at the
 2        time because I was not part of that assessment group.
 3            MR. BLUMENFELD:
 4            Q.  You weren't the ex officio member at the Bear
 5        Stearns committee?                                    15:46:30
 6            A.  No.  I said I was the ex officio at the
 7        Deutsche Bank, Deutsche Asset Management Funds.
 8            Q.  Okay.
 9            And if we looked at the Deutsche 401K plan, would
10        it surprise you to know that the Deutsche 401K plan also
11        had investment options that would fail the criteria you
12        articulate in 31-A, B, C, D, E?
13            MR. BERIN:  Object to the form of the question.    15:46:58
14            THE WITNESS:  I have no way of answering that
15        question because it's -- I have -- Number 1, I have
16        nothing in front of me to talk to on those issues, and
17        then I would have to look at the performance back in
18        that time frame, so I can't answer your question.
19            MR. BLUMENFELD:
20            Q.  But you know what criteria Deutsche would have
21        applied to monitoring the investment options?
22            A.  I know the sorts of criteria they would apply.  15:47:29
23        I'm not -- I don't recall their IPS.  I would have to
24        review their IPS to refresh my understanding of their
25        IPS and the criteria that they enforced upon theirselves
```

Page 229

1      for their review process and monitoring process.

2          Q.  And as you sit here today, you don't know if

3      the monitoring criteria that Deutsche applied or that   15:47:56

4      Bear Stearns applied was similar or different from the

5      monitoring criteria that you described in

6      paragraphs 31-A, B, C, D, and E of your report?

7          MR. BERIN:  Object to the form of the question.

8          THE WITNESS:  What I'm comfortable saying, since I

9      am familiar with those firms and how they managed their

10     affairs, I'm comfortable saying that most of the

11     criteria that I used to evaluate the performance and do   15:48:27

12     the monitoring of the funds in my report are similar to

13     the criteria that were used by those two firms.

14         Again, I have to account for a difference in time

15     frames.  This would have been '05 to '07 for Bear

16     Stearns.  For Deutsche Bank it would have been '99,

17     2000, 2001, but I can't respond more specifically than   15:48:58

18     that.

19         MR. BLUMENFELD:

20         Q.  I'm confused again when you referenced time

21     period, because my understanding was that your opinion

22     about the appropriate monitoring criteria doesn't change

23     with what time period we're talking about or what year

24     we're talking about, does it?

25         A.  Actually, you misinterpreted what I said.  What

Page 230

1    I would say is that the fundamentals that are listed        15:49:25

2    here were fundamentals that would be applied in any time

3    frame.  The specifics of the IPS and what mechanisms the

4    committee was charged to use to look at might change

5    over time because there certainly is some change in a

6    company's perspective about how to evaluate their plan    15:49:56

7    participants' funds, or participant funds, and that

8    would have to be incorporated in the review.  The

9    fundamentals of tracking against the benchmark, the

10   fundamentals of doing peer review and looking at the

11   median of the peer results, the fundamentals of using

12   the type of analysis of Sharpe ratio, Alpha, information  15:50:25

13   ratio, those would not change.  Those are fairly

14   consistent.  But what's called for in the IPS might

15   change over time just as we've seen it does in the case

16   of Quanta.  It gets refined and tweaked at the ends, and

17   the approach is dictated.  And what is important is what

18   is called for in the IPS and then, like I've said,

19   overlaid with what is the practice in the industry at     15:50:59

20   the time.

21       Q.  So I want to make sure that I understand this

22   correctly.

23       You said that you were confident that at Deutsche

24   Bank and at Bear Stearns they would have looked at

25   performance versus peer groups.  They would have looked

Page 231

1          at Sharpe ratios, they would have looked at information

2          ratios, and they would have looked at performance versus

3          benchmarks but maybe not in the same way that you look    15:51:27

4          at them in paragraph A, B, C, D, E; is that right?

5               A.  There might have been some subtle differences

6          called for in the IPS based on the thinking of the

7          committee at the time.

8               Q.  Got it.

9               And the way that Bear Stearns and Deutsche Bank

10         might have looked at investment options by looking at

11         peer groups and ratios might have been the way that

12         Quanta looked at performance against benchmarks and peer

13         groups and Sharpe ratios and information ratios;         15:51:59

14         correct?

15              A.  It may have been, yes.

16              Q.  Okay.

17              I don't think I have any further questions for you,

18         Mr. Marin.

19              A.  Okay.  Thank you.

20              MR. BLUMENFELD:  Are you done, Alec?

21              MR. BERIN:  I attempted since you told me I had it

22         easy earlier, but I do not have any questions for

23         Mr. Marin.  Thank you.

24              THE VIDEOGRAPHER:  We are going off the record at

25         3:52 p.m., and this concludes today's testimony given by  15:52:25

Page 232

1      Richard A. Marin.  The total number of media units used

2      was five and will be retained by Veritext Legal

3      Solutions.

4           THE REPORTER:  Mr. Berin, do you want a copy?

5           MR. BERIN:  Yes, and standard delivery is fine.

6      But if you have a rough to send around, that would be

7      great too.

8           MR. BLUMENFELD:

9           Q.  Mr. Marin, thank you for your time and have a

10     good weekend.

11          A.  You too.  Bye-bye.

12          THE REPORTER:  Do you want a rough too,

13     Mr. Blumenfeld?

14          MR. BLUMENFELD:  Yes.  And thank you for your time

15     and help today.

16          (Whereupon the documents referred to are marked by

17     the reporter as Defense Exhibits 1 through 11 for

18     identification.)

19          (The proceedings concluded at 3:52 p.m.)

20          (Signature on following page.)

21

22

23

24

25

1                          ***

2          I declare under penalty of perjury under the laws

3      of the State of California that the foregoing is true

4      and correct.

5

6          Executed at _____, California,

7      on _____.

8

9

10

11          _____

12                      RICHARD A. MARIN

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 234

1    STATE OF CALIFORNIA ) ss

2

3        I, BONNIE ANN GROSE, CSR 11703, do hereby declare:

4

5        That, prior to being examined, the witness named in

6    the foregoing deposition was by me duly sworn pursuant

7    to Section 2093(b) and 2094 of the Code of Civil

8    Procedure;

9

10        That said deposition was taken down by me in

11    shorthand remotely and thereafter reduced to text under

12    my direction.

13

14        I further declare that I have no interest in the

15    event of the action.

16

17        I declare under penalty of perjury under the laws

18    of the State of California that the foregoing is true

19    and correct.

20

21        WITNESS my hand this 1st day of November, 2024.

22

23

24        BONNIE ANN GROSE, CSR 11703

25

Page 235

1    ALEC J. BERIN, ESQUIRE

2    ajberin@millershah.com

3                              November 1, 2024

4    RE:    Laliberte, Mary Et Al v. Quanta Services Inc Et Al

5        10/18/2024, Richard A. Marin (#6946843)

6        The above-referenced transcript is available for

7    review.

8        Within the applicable timeframe, the witness should

9    read the testimony to verify its accuracy. If there are

10   any changes, the witness should note those with the

11   reason, on the attached Errata Sheet.

12       The witness should sign the Acknowledgment of

13   Deponent and Errata and return to the deposing attorney.

14   Copies should be sent to all counsel, and to Veritext at

15   erratas-cs@veritext.com

16    Return completed errata within 30 days from

17   receipt of testimony.

18     If the witness fails to do so within the time

19   allotted, the transcript may be used as if signed.

20

21

22                Yours,

23                Veritext Legal Solutions

24

25

```
                                             Page 236
 1    Laliberte, Mary Et Al v. Quanta Services Inc Et Al
 2    Richard A. Marin (#6946843)
 3                E R R A T A   S H E E T
 4    PAGE_____ LINE_____ CHANGE_____
 5    _____
 6    REASON_____
 7    PAGE_____ LINE_____ CHANGE_____
 8    _____
 9    REASON_____
10    PAGE_____ LINE_____ CHANGE_____
11    _____
12    REASON_____
13    PAGE_____ LINE_____ CHANGE_____
14    _____
15    REASON_____
16    PAGE_____ LINE_____ CHANGE_____
17    _____
18    REASON_____
19    PAGE_____ LINE_____ CHANGE_____
20    _____
21    REASON_____
22
23    _____    _____
24    Richard A. Marin                              Date
25
```

**[& - 2003]**                                                          Page 1

| & |
|---|
| **&**   1:14 2:11 186:9 |

| 0 |
|---|
| **0001**   157:17 |
| **0006**   172:10 |
| **0009**   222:5 |
| **002**   57:12 |
| **003**   184:15 |
| **01**   157:9 |
| **03290**   1:5 5:11 |
| **05**   229:15 |
| **07**   229:15 |

| 1 |
|---|
| **1**   4:3 5:6 8:5,6 122:7,11 157:15 161:6 168:15,16 169:13,16 177:14 181:1 206:22 228:15 232:17 235:3 |
| **1.5**   30:13 201:7 201:22 202:5 |
| **10**   4:15 174:16 221:9,13 |
| **10/18/2024** 235:5 |
| **100**   36:16 76:20,20 77:13 83:21 |
| **1099**   20:7 |
| **11**   4:17 59:14 59:21,22 60:21 |

81:12 82:25 93:23 127:20 127:22 128:2,5 151:19,19 153:23 154:1,8 157:2 158:1 197:4 221:10 221:13 232:17
**11-18**   59:23
**11-3-14**   158:11
**11-4-13**   159:20
**115**   216:18,21 216:22
**11703**   1:17 234:3,24
**11:00**   85:13
**11:13**   85:16
**11th**   94:10
**12**   60:21 81:10 81:11,12 82:1 82:5,6,23,24,25 83:1,18,21,21 84:3,3,5,5 142:23,24 143:20,20 153:18,18 154:1,8 169:8 170:1,1,2,2 189:13
**125**   222:11
**12:46**   147:25
**12b**   177:14
**12th**   102:11
**13**   58:4 60:22 61:15 198:22

**14**   58:5 62:3 67:21,22 85:22 93:19,22 94:2 120:15,16 172:22 194:25 218:10,15
**145**   217:7
**15**   93:7 147:18
**150**   4:8 76:23 157:7 160:6 217:17
**152**   168:18
**153**   162:7,9 169:15 170:14 175:16,17
**154**   162:11
**15th**   100:23 104:16
**16**   127:20,21 216:5
**16165**   234:23
**164**   169:25
**17**   95:10
**1701**   2:16
**172**   4:10
**174**   83:12
**177**   80:17
**178**   80:17
**179**   80:8,11,14 80:17,18
**17th**   103:5
**18**   1:16 5:1 10:21,22,25 58:4,5 60:22 62:3 67:21,22

85:22 120:15 120:16 216:5 222:14
**1845**   2:6
**185**   4:11
**18th**   5:5
**19**   196:19 205:7 225:4
**19103**   2:7,17
**1:17**   148:3
**1st**   234:21

| 2 |
|---|
| **2**   4:4 20:6 57:20 85:19 120:11 172:17 172:18,19 |
| **20**   11:24 14:2,5 14:6 15:18 17:23 18:1 51:12 99:2 105:18 107:12 111:1 119:12 139:8 219:20 |
| **200**   80:8,14 83:12 184:20 216:18,22 |
| **2000**   44:20 229:17 |
| **2001**   44:13,22 44:23 45:12 229:17 |
| **2003**   27:6 32:23 33:3 118:3 174:21 |

**[2005 - 3.41]**

Page 2

| | | | |
|---|---|---|---|
| **2005** 4:14 | 110:13 112:14 | **2023** 145:18 | **221** 4:13,15,17 |
| 90:22 91:2,12 | 120:24 121:8 | **2024** 1:16 5:1,5 | **23** 145:8 |
| 91:14,23 92:5 | 121:14,22 | 145:18 149:2 | **232** 4:3,4,5,6,8 |
| 92:7 221:17,22 | 122:15 125:16 | 169:23 170:9 | 4:10,11,12,13 |
| 222:4 | 132:15 140:7 | 174:24 234:21 | 4:15,17 |
| **2006** 4:16 | 144:13 149:3,4 | 235:3 | **23rd** 104:5 |
| 221:17 | 149:25 151:12 | **2025** 97:23 | **24** 134:6,10 |
| **2007** 4:18 | 151:21 152:17 | 98:2,10,14 | 145:8 185:20 |
| 26:20 27:6 | 206:3 214:25 | **2030** 99:7,7,8 | 198:23 207:18 |
| 29:3,7 32:23 | 215:18 217:10 | 99:14 174:1,6 | 207:25 |
| 33:3 221:17 | 217:13,19 | **2035** 100:1,4,17 | **25** 17:23 18:1 |
| **2008** 26:17 | 218:3,5 | **204** 157:23 | 93:1 107:12 |
| 27:1,2,2 | **2017** 122:7,11 | 169:25 170:14 | 166:16 167:8 |
| **2009** 26:17 | 123:5 124:11 | 175:15 | 186:6 187:22 |
| **2010** 93:10,16 | 124:25 127:5,8 | **2040** 100:20,22 | 188:19 197:3 |
| 93:19,20 94:1 | 139:2 144:23 | 101:3,7,9 | **26** 174:23 |
| 94:7,18 | 144:23,24 | 196:19 | 175:4,7 214:13 |
| **2011** 23:18 | 145:13 146:1,8 | **2045** 101:15 | **26th** 94:18 |
| **2012** 144:12 | 146:15 149:3,4 | 102:1,2,10,13 | **27** 214:7,14,15 |
| **2013** 144:13 | 149:25 181:1 | 102:24 103:2,7 | 214:16,20 |
| **2014** 144:13 | 217:16,19 | **2050** 103:15,19 | 215:15 222:10 |
| 161:25 | 218:7,21 | 104:5 174:9 | **2727** 3:6 |
| **2015** 57:22 | 219:14 | **2055** 104:14,15 | **28th** 92:14 |
| 95:5,10,11,16 | **2018** 23:18 | 105:3,17,19 | **29** 37:8 189:18 |
| 95:20,25 96:6 | 145:6 203:17 | **2060** 105:15,18 | 189:20 190:15 |
| 120:18 144:13 | 203:22 214:25 | **2065** 105:20 | **2:03** 176:5 |
| 158:6 174:10 | 215:19 | 137:21 196:19 | **2:12** 176:8 |
| 174:18 175:4,7 | **2019** 145:6 | **207** 4:12 | **3** |
| 175:18 217:6 | **2020** 96:9,14,16 | **2093** 234:7 | |
| 217:14 | 96:19 97:3,7 | **2094** 234:7 | **3** 4:5,9 157:5 |
| **2016** 4:6,9 | 145:6 206:3 | **20th** 101:18 | 157:10,14,16 |
| 80:22,25 81:5 | **2021** 8:6 80:22 | 103:19 | 157:20 158:1 |
| 85:5 93:14 | 145:6,18 | **215** 2:18 | 184:9,22 |
| 96:13 100:4 | **2022** 145:18 | **22** 145:8 | 216:15,17 |
| 102:18 104:11 | | | **3.41** 91:24,25 |

[30 - 6]

**30**  51:6 80:22
147:18 192:14
235:16
**30th**  100:18
174:24
**31**  35:11,16
36:1,9 37:2,18
37:24 38:6,7
39:7,25 46:24
47:2 48:25
49:7 52:4,20
53:5,16 54:5
56:20 58:17
61:7 62:11,14
62:14,24 63:18
64:2 65:14
66:6,13,16
80:22,25 81:5
86:6,12,14,14
86:14,15,16
87:23 88:9,14
93:14 96:12,12
100:4 102:18
104:10 106:2,4
110:7 111:3
115:8 117:10
118:17,19
122:18 131:25
132:14 144:7
144:12 146:3
146:10 151:6
151:12 152:17
152:18 177:10
211:12,14
226:2 228:12

229:6
**31st**  102:3
151:21
**32**  92:3 196:17
**32nd**  92:6
98:14 99:21
**33**  194:2,4
**34**  197:1
**34th**  97:8
100:15
**35**  198:7 206:5
**35th**  101:10
**36**  200:1,11
**37**  4:4 200:13
200:23 201:1
**38**  202:14
203:1,16
**39**  204:23
205:2
**3:16**  220:1
**3:36**  220:4
**3:52**  231:25
232:19
**3rd**  102:21
104:22

---

**4**

**4**  4:6 90:1,3,5,6
99:15 190:11
**40**  206:4
**400**  10:19 26:4
**401**  20:18 44:4
**401k**  10:8
13:24 14:7,7,8
14:12 20:14,16
24:15 27:9,14

27:18 28:15
33:14,20 34:3
34:14 40:21,25
41:4,24,25
42:3,10 44:3
45:3 71:7
227:23 228:9
228:10
**41**  184:14,20,21
**41st**  96:1 103:2
105:3
**42**  134:16,21,22
134:23
**44**  136:9 159:7
205:12,14
206:1
**47**  11:24 115:1
125:25 134:8
134:10 138:22
**48**  95:1
**4:22**  1:5 5:11
**4th**  90:6 110:12
112:14 120:18
132:14

---

**5**

**5**  4:8 80:20
95:17 150:20
154:14 159:5
159:11 160:15
162:5,10 164:8
164:10 168:13
168:16,25
169:20 170:1
171:2 173:24
174:2,16 175:9

181:9
**50**  28:1 90:19
166:4,6 176:3
222:12,12,15
225:4
**50th**  130:25
**52**  95:5 175:19
**52nd**  94:24
**54**  97:23
**5500**  4:14,16,18
222:1
**5500s**  221:6,14
**56**  100:2
**57**  100:20
**59**  96:3 103:8
103:15 105:5

---

**6**

**6**  3:17 4:10
140:12 142:1
145:5 151:10
154:13 155:2,4
155:25 158:8
158:19,23
159:3 160:14
162:14 164:7,9
164:14 167:2
168:22 169:1,2
171:2 173:11
174:3 177:11
180:1,2,24
183:9 191:14
197:20,23
199:19 202:22
211:12,22
212:3 214:2

[6 - actively]

220:21 221:22
**60** 28:1 115:22
137:21
**610** 2:8
**626** 158:5,6
**629-7600** 3:8
**65** 96:7 101:12
**66** 97:10
**68** 90:19 95:6
97:23 98:16
99:23 100:2,20
103:16
**6946843** 235:5
236:2
**6th** 101:4

**7**

**7** 4:3,11 185:13
198:23 214:23
215:16 216:4
216:14,18,23
221:22
**713** 3:8
**72** 92:19
156:23,23
157:13,24
**73** 98:20,23
161:20
**74** 94:20
**75** 72:9
**75th** 92:23
**77008** 3:7
**78** 4:5
**7th** 96:17 98:3

**8**

**8** 4:12 207:12
214:10
**80** 101:20,23
103:21
**806** 2:6
**83** 82:2,3
103:11 110:16
**84** 97:14
**85** 104:18
**85th** 93:4
**86** 94:6 157:2
158:1
**87** 100:25
**88** 102:14
**88.8** 190:13
**89** 94:14 152:3
**891-9880** 2:8
**8:59** 5:2,5
**8th** 99:9 100:5
104:7

**9**

**9** 4:13 127:23
221:9,13 222:6
**90** 4:6 104:9
105:9
**91** 104:1
**92** 99:11 100:7
**93** 96:20 98:7
**94** 101:6
**95** 95:19
**96** 99:17
**963-5000** 2:18
**97** 44:13 98:11
100:11 102:23

104:24 132:15
132:17,19
133:5
**98** 96:24 97:2
**99** 44:13,13
229:16
**9:01** 1:16
**9th** 103:24

**a**

**a.m.** 1:16 5:2,5
**ability** 74:7
115:13
**able** 8:17 90:11
105:16 115:16
219:22
**above** 113:1,12
113:25 114:3
235:6
**absence** 166:8
**absolutely** 64:5
**academic**
115:23 117:2
120:6
**academics**
116:2
**academy**
119:23 120:4,4
**access** 147:7
**accord** 30:2
**accordance**
120:21
**account** 18:12
19:8,13,21
20:1 55:13
229:14

**accounted**
56:12 181:12
**accounting**
164:15,18
**accounts** 16:20
17:3
**accuracy** 235:9
**accurate** 52:14
**acknowledg...**
235:12
**acorn** 223:7
**acted** 25:13
26:1
**action** 7:15,18
8:24 54:21
234:15
**actions** 7:20
89:12
**active** 62:20
186:23 187:8
188:1,17,22,23
189:21 190:4,7
190:12,15,23
191:24 192:14
192:23 193:9
193:20 196:17
197:2,4 198:9
199:1 200:7,17
201:7,21,25
202:15,16
203:20 204:11
205:4 206:3,5
**actively** 164:16
185:23 188:2
190:5,13 197:3

[activity - alternatives]                                                    Page 5

activity  194:5
actual  112:7
  158:25 209:20
actually  29:18
  30:15 40:2
  41:24 62:25
  97:18,19 105:8
  128:5 129:12
  141:9 147:4
  155:20 170:21
  171:21 189:5
  208:15 212:3
  225:12 229:25
add  79:10 85:5
  113:15 137:21
added  146:8
additional
  161:1
address  89:6
  129:12 179:9
adequate  12:23
adequately
  178:6
adjust  225:12
adjusted  61:20
adjustments
  73:9
administrators
  130:18
adopting
  188:12
advanced
  114:18
advantage  26:7

advice  46:17,21
advise  41:15
advisor  224:10
advisors  18:6
  224:17,20,23
  226:22
advisory
  181:25
affairs  229:10
affect  203:25
affiliated  14:10
affiliations
  5:18
aforemention...
  196:18
africa  24:25
  25:5 29:12
aggregate  47:7
  142:15,18
  143:2,2,3,4,5
  143:19 148:19
aggregated
  143:21
aggressive
  43:12 224:17
  225:5
aggressively
  225:14
aging  138:6
ago  8:14,18
  14:6 27:15
  32:3 120:1
  158:13 184:8
  226:12,18

agree  64:1
  89:15 99:6
  218:18
agreed  11:4
agreeing  40:7
  82:20 83:10
  84:7
agreement
  179:1,5
ahb  1:5 5:11
ahead  66:19
  135:3 195:5
  196:15
ajberin  235:2
al  1:3,7 5:8,9
  9:10 235:4,4
  236:1,1
alec  2:5 6:3
  90:11 175:24
  184:13 201:19
  207:20 219:23
  231:20 235:1
alert  50:5 68:1
  68:8,11 69:22
  74:13 86:3,8
  86:24,25 89:13
  114:16 121:25
  122:3,7,11,23
  123:8,13,21,23
  126:16,25
  223:25
alex  42:19
  44:11,12,16
allegations
  195:20 201:1

allege  205:2
alleges  187:23
  194:4 205:14
allocates  201:7
allocation  4:10
  142:7 191:25
  192:10 202:16
  202:23 223:21
  225:12
allocations
  185:24
allotted  235:19
allspring
  151:17 152:15
  154:20
aloud  66:12
alpha  32:19,24
  61:20 140:1
  164:3 223:17
  230:12
alphas  36:19
alter  161:11
alternative  4:8
  69:15 122:25
  123:14 134:19
  135:5 136:7
  141:19,22
  144:6 145:23
  146:13 150:6
  152:1 155:12
  165:6,10
  169:22 189:7
  212:18 220:18
alternatives
  146:16 151:18

171:23 172:1
**altogether**
163:18
**america** 9:10
**american**
138:25 144:9
144:10 145:25
146:7 151:24
152:7,25
154:16,18
155:4,5,16,21
166:7 177:4
181:10,14
183:21 184:4
191:5,9 192:9
193:4 199:15
202:5,10
204:19 213:16
213:19 218:2,4
223:11
**amount** 54:10
55:5 137:17
142:17 204:4
**amounts** 14:19
180:14,16
**analyses**
118:10,18
155:9 187:13
192:21
**analysis** 40:9
48:4 55:6 62:2
68:3 77:22
83:15 84:14,19
87:14,14 88:6
111:4,13

113:24 114:5
114:23 115:6
115:18 117:9
119:2 120:17
127:12 133:2
135:14,17,18
135:20 139:5
139:13 140:10
140:15 141:9
142:1,9 144:18
144:19 145:10
146:11,12,19
147:2,9 148:19
149:6,14
155:16 156:11
156:17 158:7
160:22 161:8
161:10 162:21
163:8 164:14
164:18 168:21
170:25 171:2
171:18 173:10
174:2 177:9
178:1,7,9
179:16,23
181:13 182:23
183:1,4,16
187:16 195:10
195:12,14
198:10 199:23
200:10 203:22
208:17 211:9
211:11,18,20
211:22 212:11
212:12 217:5

218:14,24
219:7,9,14
230:12
**analyst** 55:22
56:1 109:7
114:12 115:3
117:3 118:13
142:22 145:12
158:16 159:16
160:19,19
173:13 174:11
191:20 208:5,5
210:7
**analysts** 76:21
77:1 109:3
115:23
**analytical** 77:4
107:5 159:18
216:1 219:6
**analytics** 56:4
115:14
**analyze** 110:2
133:17 139:21
146:16 156:1
190:25 191:2,5
191:13 194:16
**analyzed** 110:3
148:24,25
161:3
**angeles** 9:3
**angly** 188:11
**ann** 1:17 5:15
234:3,24
**annotate** 170:8

**annotation**
169:16
**annual** 16:15
106:13,14
111:23 221:14
**annualized**
151:13 163:24
**annually** 108:5
109:25
**answer** 8:16
9:22,22 11:14
19:5,22 21:20
23:25 64:10,13
71:9 113:16
114:7 116:15
116:16 126:9
131:6,20 141:2
141:19 161:20
173:12 204:6
211:16 212:9
227:5 228:18
**answered**
111:14
**answering**
124:20 228:14
**anybody** 21:15
115:12 118:24
124:3
**anytime** 51:6
**apart** 78:22
**apologize**
209:24
**apparently**
123:20

[appear - assessment]

**appear** 70:9
158:15 184:1
192:24
**appearances**
2:1 3:1 5:17
**appendices**
80:14
**appendix** 60:10
75:10 80:10
**apples** 138:5,5
**applicable**
109:9 235:8
**application**
122:17
**applied** 36:14
36:17,23 37:1
37:9 124:4
178:5,12
228:21 229:3,4
230:2
**apply** 36:10,11
36:12 61:1
67:5 130:23
134:2 177:15
228:22
**applying**
226:14 227:9
**appreciate**
13:23 90:15
**approach**
15:13,21 19:2
33:12 46:16
55:10 79:4
87:12 136:5
167:3 230:17

**approached**
71:2
**approaches**
114:18
**appropriate**
35:8 53:12
59:15 60:6
64:17,19 76:14
111:18 131:12
133:6 142:9
195:15,25
196:1 206:14
220:20 221:1
229:22
**appropriately**
132:6 198:17
**appropriaten...**
89:25
**approving**
23:12
**approximately**
7:9 24:9 162:7
201:7 206:4
**arbitrary**
108:10 182:17
189:16
**arbitration**
10:10,16,22,24
11:10,15 12:14
**arbitrations**
10:20 11:3
12:22
**arbitrators**
11:7

**area** 18:20
21:18,18 38:3
40:5 46:13
178:3
**areas** 31:8
**argue** 130:12
**arm's** 46:16
**arranged** 180:6
**arrangement**
181:17 182:12
**arrangements**
180:7
**array** 34:23,24
135:25
**articles** 22:12
22:15
**articulate**
35:11 54:5
65:13 88:15
110:7 111:3
115:7 131:24
132:14 144:12
146:3,9 152:18
165:18 166:10
226:2 228:12
**articulated**
58:25 158:13
162:20
**articulates**
128:24
**ascend** 52:13
52:24 60:19
64:11 69:19
75:10,12,13
82:12 85:2

90:7 107:25
108:4 111:19
112:4,12
125:24 133:22
188:14
**aside** 20:21
27:18 29:5
38:7 45:2
48:23 70:1
76:10 211:8
**asked** 11:9 30:2
64:7,14 142:3
172:20 213:24
220:15 227:1,4
**asking** 8:10
56:5 76:13
90:15 125:5,7
126:5,23 151:1
177:6 187:17
207:21 211:17
226:8
**aspect** 54:13
211:8
**aspects** 89:23
107:7 165:22
**assess** 209:20
**assessed** 228:1
**assessment**
106:21 116:4
136:4 181:23
203:7 209:4
211:24 212:2
219:5 226:15
228:2

[asset - bankers] Page 8

**asset** 4:10 15:3
27:23 29:7,8
29:19 30:5,20
36:20 40:21,25
41:6,21 45:8,9
45:20,23 46:13
117:18,19
190:14 191:25
192:10 200:17
201:10 202:1
202:11,16,23
204:4 223:21
227:22 228:7
**assets** 27:6 72:8
137:14,15,18
148:19 166:19
186:10 190:6
193:10 201:8
201:22 202:5
**associated**
137:18 164:19
188:4
**associates**
156:13
**assume** 82:11
163:1,4 176:24
177:6 205:4
**assumption**
136:21
**assumptions**
115:15
**attached** 7:24
235:11
**attempt** 209:3

**attempted**
231:21
**attempting**
87:5
**attend** 45:8
**attended** 45:3,7
45:11
**attention** 102:8
226:13
**attorney** 5:19
57:4 235:13
**attorneys** 12:21
**august** 8:6 17:5
17:9
**aum** 107:14,17
**automatically**
68:10 137:25
**available** 11:10
12:19 22:12
23:23,24 24:2
24:5 42:3 44:5
75:23 77:3
108:7,15 110:1
111:19,25
136:13 145:16
145:18 149:7
156:1 164:10
167:18 170:7
170:10 171:15
181:3,5 185:10
187:25 188:2
188:13 189:3,9
207:14 235:6
**avenues** 193:11

**average** 78:25
80:20 81:13
82:22 84:6,21
131:15 192:16
**averaging**
12:11 40:10
49:12,17
125:22
**avoid** 15:21
217:3
**aware** 38:5
44:1 51:4
69:13,20 70:7
75:16 96:11
115:2 116:3
118:23 149:15
180:11 183:24

**b**

**b** 4:1 35:17
47:2 48:25
49:7 52:4,20
53:5,16 54:5
58:17 61:7
62:14,21,24
63:11 64:2
65:14,20 86:14
86:15,16 87:23
88:3,4,21
115:8 117:10
131:25 132:14
144:7,12 146:4
151:6 152:18
226:2 228:12
229:6 231:4
234:7

**back** 12:8,9
40:15 46:24
56:16 58:16
59:11 62:7
63:5 67:14,19
85:15 120:8
148:2 155:2
158:18 164:7,8
168:13 170:14
172:16 175:9
175:14 176:7
184:7 211:19
220:3,6 222:1
222:1 228:17
**bad** 39:21
102:5
**bail** 210:5
**balanced**
223:21 224:18
224:21,24
226:22
**ball** 115:13
**bank** 9:10 14:8
16:21 30:10
41:21,25 42:3
42:10,20 43:2
44:3,14 45:2
46:10,12 228:7
229:16 230:24
231:9
**bankers** 14:6
14:23 28:22
42:18 44:6,7,8
44:25 45:7
117:17

**[bankruptcy - benchmarking]**

**bankruptcy**
  30:15,17
**bar**  132:10
**barclays**
  224:14
**base**  46:14
**based**  9:25 26:8
  37:2 46:20
  55:5 60:3,4
  65:23 66:1
  78:23 79:7
  86:20 87:10,14
  107:18 108:1
  110:12 116:5
  122:12,17
  128:3,9,23
  129:22 130:25
  131:17 209:4,7
  210:3,4,5
  231:6
**basic**  83:15
  198:24 199:2
**basically**  9:13
  10:11,19 26:16
  27:1 43:8
  150:12 177:20
**basis**  10:17
  15:15 16:7,15
  16:15,16 23:13
  31:19 47:20,22
  47:23 48:24
  49:1,19,25
  50:1 54:6,7,7
  54:16,17,20
  55:19 61:10,25

65:15,15 73:3
74:19 83:10
84:6,8,9 89:13
89:13 92:16,22
94:17,23 95:13
95:25 96:17
97:4,7,13 98:5
98:11,13,25
99:9,20 100:14
100:18 101:9
102:10 103:1,8
103:13,18
104:4 105:2
110:5,16
111:23 114:1,1
114:8,21 116:4
135:22 139:16
139:19,22,24
140:1,4 143:14
143:21 147:10
151:21 152:8
170:7 174:23
175:5,7,19
181:20 210:21
227:10
**battle**  43:22
**bear**  4:13,15,17
  14:7 27:6,9,14
  27:17,23 28:7
  28:10,15,21
  29:2,20 30:6
  30:18,21,23
  31:4,13 32:10
  33:14,20 34:3
  34:7,13 35:3,6

45:9,20,22
46:12 117:19
165:3 215:12
221:15 222:13
222:18 227:1
227:21,22
228:4 229:4,15
230:24 231:9
**bearing**  67:1
**beat**  47:10,20
  197:5
**beehive**  28:22
  40:16
**beginning**  6:25
  27:1 30:9
  135:4 218:21
**behalf**  5:21,22
**believe**  9:5
  13:11 16:1
  22:24 26:15,19
  28:17 30:20
  38:1 39:5 41:6
  44:22 46:1,2,8
  48:1,9,18
  49:12,13 52:8
  53:25 58:4
  62:5 63:3
  65:18 80:10
  81:25 87:18
  107:23,25
  108:3 111:17
  111:19 113:17
  122:5 125:12
  125:13 126:18
  128:25 131:7

132:6 142:21
145:20 147:10
149:19 158:9
162:6 165:5
166:23 169:9
212:17,24
214:10
**believed**  84:21
**believes**  209:6
**benchmark**
  16:7 34:21
  50:18,19 51:25
  53:11,12 54:6
  54:15 59:8,15
  60:6 61:9,23
  62:1,19,21
  63:11,15,24
  64:9 65:1,6,8
  65:12,15 66:4
  76:15 78:14
  84:16 91:7,19
  92:18 93:3,6
  93:24 94:10
  96:6 98:20
  99:14 100:10
  101:3,20,24
  102:21 103:4
  103:24 104:2,7
  104:10,21,25
  113:25 114:3
  132:13 133:12
  143:13 230:9
**benchmarking**
  51:16,18

| | | | |
|---|---|---|---|
| **benchmarks** | 217:22 218:13 | **biased**  148:20 | 79:18,25 85:5 |
| 16:14 36:18 | 219:2 226:4,9 | **biasing**  145:9 | 85:10,17 86:13 |
| 40:9 51:18 | 227:11,19 | **big**  78:15 84:15 | 88:7,13,22 |
| 60:8 76:9 83:9 | 228:13 229:7 | **billing**  76:24 | 90:11,14,16,18 |
| 197:5 198:3 | 231:21 232:4,5 | **billion**  28:1 | 116:14,18 |
| 231:3,12 | 235:1 | 30:13 206:4,5 | 118:15 124:19 |
| **benefit**  25:18 | **best**  8:12 64:10 | **billions**  30:5 | 125:4 126:7 |
| 25:24 26:10 | 110:1,13 | **binary**  71:12 | 132:12,21 |
| 28:2 29:14 | 111:23 112:21 | **bit**  57:7 91:13 | 133:18 138:21 |
| 87:17 178:5 | 113:18 114:12 | 112:17 146:20 | 146:25 147:13 |
| 182:14 | 141:22 142:18 | 147:1,22 | 148:4 150:3 |
| **berin**  2:5 6:3,3 | 143:21 169:7 | 175:23 | 172:3,6 175:24 |
| 16:8 17:12 | 196:10 204:2 | **blackrock** | 176:9 178:17 |
| 37:16 39:9 | 212:4,19 | 13:13 39:22 | 178:24 179:6 |
| 40:4 50:20 | 216:10 | 152:11 153:2 | 179:24 182:2 |
| 52:11 53:7 | **betamax**  43:21 | 154:19 225:1 | 183:2,17 |
| 57:6 59:2 | 43:21 | **blank**  130:20 | 184:12,16 |
| 64:22 65:17 | **better**  92:25 | 130:20 | 185:7,11 |
| 70:25 71:8 | 94:6 100:7 | **blended**  179:21 | 199:24 207:1,6 |
| 72:16 78:12 | 102:14,23 | **blends**  32:17 | 207:11,17,20 |
| 85:7,11 86:10 | 103:8,21 | **blocks**  26:10 | 207:23 208:21 |
| 87:2 88:2,12 | 104:18 105:5,9 | **bloomberg** | 212:10 215:11 |
| 88:17 89:1 | 110:8,20,23,25 | 77:3 109:6 | 217:25 218:17 |
| 90:13,15,17 | 111:25 113:20 | **blumenfeld** | 219:11 220:5 |
| 118:11 124:12 | 114:2 115:8,13 | 2:12 3:17 5:20 | 221:6,11 226:6 |
| 125:1,18 132:2 | 117:11 118:19 | 5:21 6:16 | 226:16 227:15 |
| 132:18 133:15 | 143:1 155:21 | 16:12 17:13 | 228:3,19 |
| 138:18 146:22 | 181:13 203:12 | 35:25 37:17 | 229:19 231:20 |
| 147:3,23 176:2 | 211:21 212:25 | 39:15 40:13 | 232:8,13,14 |
| 178:13,21 | **beyond**  142:2 | 50:24 52:17 | **blunt**  181:7 |
| 179:3,12 | 146:15 | 53:15 56:22,24 | **board**  129:7 |
| 181:16 182:7 | **bias**  145:21,22 | 57:8,13 59:5 | 163:21 |
| 183:14 184:11 | 146:17 148:13 | 65:10,21 71:3 | **board's**  129:6 |
| 199:22 207:21 | 149:12,14,15 | 72:18 76:7 | **bockius**  1:15 |
| 208:19 212:6 | 149:18,20,22 | 78:18 79:10,14 | 2:11 |

**bond** 224:2
**bonds** 141:25
185:25 200:14
201:11 202:2
202:12
**bonnie** 1:17
5:15 57:8
234:3,24
**books** 22:11,15
**boost** 200:19
**borrow** 9:15
**bother** 8:9
101:16 147:19
**bottom** 73:16
93:7 187:22
225:4
**bottoms** 136:5
**breach** 68:25
70:8,17,20
84:15 110:16
110:18 123:10
125:23
**breached** 54:14
71:25 133:3
**breaches** 68:24
**break** 7:6,9
57:3 85:9
93:24 147:16
175:25 176:2
**breaking**
147:17
**bring** 165:3
**bringing** 16:22
77:11 215:23

**broad** 109:11
109:11
**broader** 109:20
111:7 150:10
**brokerage** 9:1
**brokers** 9:14
**brought** 8:24
10:13 18:3
110:19 160:17
216:2
**brown** 42:19
44:11,12,16
**building** 27:4
31:20
**built** 169:10
**bulk** 137:13,15
**bullet** 60:3 62:2
63:7 65:23
69:1
**bunch** 188:8
**business** 27:22
29:7,9,11 87:3
115:25
**businesses** 14:9
**buy** 27:22
109:5,6 193:22
227:21
**bye** 232:11,11

**c**

**c** 35:17 56:20
62:11,14,22
63:18 66:6,13
66:16 86:14
88:9,14,21
118:17,19

131:25 144:7
144:12 146:4
226:2 228:12
229:6 231:4
**calculate** 63:9
**calculation**
63:12
**calculations**
32:19
**california** 1:15
5:1 233:3,6
234:1,18
**call** 20:6 30:10
30:19 32:15
34:25 50:6
87:25 107:14
109:15 114:18
126:15 138:2
179:20 187:18
207:9
**called** 24:25
62:25 63:3
66:5 77:20
78:14 107:7
114:19 116:5,6
119:21,21
135:24 147:10
166:23 182:10
182:15 187:7
230:14,18
231:6
**calls** 114:14
186:23 187:3
212:16 213:1

**campbell** 3:5
5:25
**cap** 52:1 142:8
142:8 194:23
195:2,4,7,18
225:2
**capable** 109:3
**capacity** 115:6
**capital** 25:10
25:11,13,15,20
26:16,18
**capitalization**
60:5
**capture** 137:13
137:13 138:2
**captured**
142:22
**captures**
128:25
**capturing** 62:1
142:18
**card** 142:20
159:18 164:21
165:11,17
213:14
**care** 147:18
**career** 15:20
37:9,14 38:15
**careful** 14:24
**carefully** 50:7
138:3 156:4
161:3
**carolyn** 3:5
5:25

[case - claims]

| | | | |
|---|---|---|---|
| **case** 5:10 8:13 | **century** 151:24 | **changes** 69:24 | **cherry** 147:8 |
| 8:23 9:5,10,12 | 152:25 154:18 | 73:11 128:6 | **chief** 30:4 |
| 9:19 10:4,7,8,8 | **ceo** 23:11 27:23 | 129:16 181:19 | **choice** 12:3 |
| 10:13 11:18,21 | **certain** 22:14 | 185:24 235:10 | 79:6 87:20,21 |
| 12:1,7,7,15 | 22:15 110:12 | **changing** 64:13 | 129:1 136:6 |
| 13:7,9,12,18 | 137:19 | **characteristics** | 151:25 152:25 |
| 20:22,22 29:12 | **certainly** 50:9 | 32:15 142:12 | 159:18 |
| 39:18,25 40:1 | 54:11,18 56:14 | 142:19 | **choices** 35:9 |
| 40:3 49:13,13 | 61:1 71:20 | **characterize** | 111:25 |
| 50:9 54:10,22 | 105:25 116:1 | 39:11 113:17 | **choose** 136:22 |
| 54:24 55:23 | 141:5 160:5 | 182:11 | **choosing** |
| 56:2 77:12,14 | 161:2 188:13 | **characterized** | 136:12 137:3 |
| 97:19 107:8 | 226:14 230:5 | 125:24 | **chose** 30:2 |
| 115:5 116:5 | **certainty** | **characterizing** | 60:19 106:12 |
| 123:21 133:14 | 115:16 | 66:16 | 108:8 216:2 |
| 162:2 174:13 | **chairman** | **charge** 55:3 | **chosen** 108:6 |
| 177:15 181:3 | 27:22 30:4 | **charged** 55:18 | **circle** 219:22 |
| 204:17 210:25 | **challenged** | 230:4 | **circumstance** |
| 218:16 226:3 | 11:20 | **charous** 3:10 | 96:24 109:10 |
| 230:15 | **challenging** | 6:1 | **circumstances** |
| **cases** 7:23 8:12 | 136:20 182:23 | **chart** 151:12 | 48:16 |
| 8:13 13:16 | **chance** 160:10 | 162:25 198:21 | **cit** 156:10 |
| 48:6 137:19 | 220:17 | 200:11,13 | **citations** 77:17 |
| **cash** 185:25 | **change** 17:19 | **chases** 192:14 | 77:18,19 |
| 200:14 | 69:2,11 70:8 | **cheaper** 156:9 | 124:16 |
| **category** 33:9 | 71:10,12 87:5 | **cheapest** 156:6 | **cite** 128:2,5,15 |
| 78:25 80:20 | 160:22 204:4 | 171:1,8,13,15 | 130:13 210:13 |
| 81:13 82:22 | 229:22 230:4,5 | **check** 56:17 | **cited** 89:6 |
| 83:9 84:6,20 | 230:13,15 | 159:15,21 | 127:11 |
| 130:24 169:7 | 236:4,7,10,13 | 162:24 173:12 | **citing** 173:1 |
| **cause** 72:14 | 236:16,19 | **checked** 160:19 | 216:19 |
| 73:11 74:20 | **changed** 19:2 | 161:6 165:14 | **cits** 156:14 |
| **cautions** | 86:6 141:1 | **checking** 160:8 | **civil** 234:7 |
| 204:10 | 161:10 210:11 | 161:1 167:6 | **claims** 9:19,20 |
| | | | 9:24 10:1 |

**clarification**
13:23
**class** 7:15,18,20
8:24 136:12,13
136:20,23
137:3,10,11
138:7,11 139:1
155:5,11,11
156:7 159:13
162:1,16,19
163:9,12
170:24 171:1,8
174:19 175:7
198:8
**classes** 158:14
180:14,17
200:17 201:10
202:1,11,11
**clear** 23:20
39:16 47:18
58:16 66:3
81:16 87:15
93:25 120:11
125:25 150:24
152:15 158:18
167:4
**clearly** 65:7
**click** 222:3
**client** 46:14
**clients** 46:6,20
182:1
**clinical** 117:23
**close** 79:22
173:19 203:11
219:21

**closed** 68:1,1
86:3,4 172:22
172:22
**coast** 147:21
**code** 234:7
**cognizant**
14:24
**coincidence**
163:19
**collage** 44:16
**collapsed** 26:17
**collective**
148:19 155:25
**columbia** 223:7
**column** 81:2
83:16
**come** 40:15
68:23 69:14
142:25 149:22
177:13 211:19
218:11
**comes** 34:22
63:1 131:13
133:20 220:18
**comfort** 57:7
**comfortable**
40:7 229:8,10
**comma** 128:9
128:11
**comment** 39:12
79:3 88:20
109:11 133:6
**commentary**
208:5

**committee**
10:14,17 33:19
34:3 41:7,14
41:15 42:10
45:3,12 55:9
65:19 67:25
68:6 69:19
70:23 75:11
84:11 85:3
86:1,8,23
89:24 90:7
91:1 93:14
95:9 98:1
102:17 106:20
108:1,5,11,12
108:13 109:25
110:5 111:23
112:7,10,11
122:24 123:14
126:18 136:22
145:2,12 147:6
178:6 228:5
230:4 231:7
**committee's**
108:15
**committees**
108:18
**common**
105:23
**commonly**
108:24
**communicated**
102:17
**community**
29:17 120:6

**companies**
42:17
**company** 14:6
14:23 21:14
22:25 23:1
24:14,25 42:18
186:9 189:22
223:4
**company's**
230:6
**comparability**
138:5
**comparative**
205:23
**comparator**
149:11 151:9
**compare**
113:11 187:6
188:1,17,21,23
**compared** 78:4
152:9
**comparing**
40:6 78:24
155:7
**comparison**
53:1 55:24
60:9 61:22
63:10 110:19
155:14 200:5
211:17
**comparisons**
55:9
**compensation**
12:23 46:19

compete 107:21
competitive
  31:18 59:14
competitor
  18:21
complaint 4:11
  185:8,13,16
  187:2,7,23
  188:16 194:4
  202:14 204:23
complete 8:16
completed
  235:16
complicated
  42:21
complied 78:17
comply 78:16
  78:19
component
  52:1
comport 82:23
comprehensive
  107:3
computer
  116:9
concentration
  10:11,12 11:21
  12:2
concept 43:18
  179:9
concern 72:14
  73:4,23 74:3
  74:20 109:20
  109:22 138:6

concerned 57:6
  114:17 145:24
  203:10
concerning
  166:11
concerns 78:15
  129:6 149:12
  165:21 166:8
  166:10
conclude 69:9
  70:14 210:8,8
  213:5,9
concluded 73:2
  73:23 74:12,19
  84:3 168:4,10
  213:15 220:19
  232:19
concludes 81:9
  231:25
conclusion 81:4
  82:18 138:25
  143:1 150:14
  150:17 167:23
  213:8,12
conclusions
  77:12 78:8,23
  81:17
conduct 68:2
conducted 5:12
  116:25 118:17
  119:11
confidence
  84:13,14
  203:20 206:2

confident 9:19
  230:23
conflict 14:25
  15:22
conformity
  56:18 58:19
confused
  182:17 227:7
  229:20
connection 6:1
  7:14,17 20:23
  21:23 22:2
  27:17 30:6
  37:4 74:11,18
  76:2 77:11
  115:5 133:13
  176:20 196:9
consecutive
  123:13 127:12
  128:4,11,12
  129:8 130:5
conservative
  43:12 224:24
  225:5
conservatively
  225:15
consider 60:15
  68:7 70:24
  71:4 76:9 86:2
  86:7,23 87:7
  88:1 89:10,11
  122:24 123:14
  132:3,20 142:4
  142:7 151:18
  156:10 188:8

189:5 200:25
  203:21
considerably
  109:23
consideration
  203:9 209:11
considerations
  141:17
considered
  54:21 69:24
  73:1 76:13
  84:23 87:16,16
  88:24 89:4,5,7
  89:8 90:9
  106:14 139:12
  141:12,15,21
  150:9 151:25
  156:14 165:9
  182:5 185:17
  187:16,24
  188:10,11
  189:3
considering
  71:1 120:3
  171:22 208:11
considers 89:22
  200:13
consistency
  61:23
consistent
  59:14 70:7
  84:10 124:18
  182:21 212:15
  230:14

| | | | |
|---|---|---|---|
| **consistently** 210:19 | **contained** 52:9 52:14 117:9 140:11 195:7 200:11 | 45:24 46:8 49:3 89:18 206:17 222:18 | 58:20,23 60:1 60:2,12,13 62:8,12,13 |
| **constitute** 48:9 54:8 | **contemporan...** 114:8 144:25 145:3,11,16 147:10 | **conversation** 117:1 | 63:2 65:16 68:8,9,12,13 69:4,12 70:3 |
| **constituted** 75:23 | **contemporary** 135:22 | **copies** 12:14 235:14 | 70:24 72:15,17 74:14,22 75:15 |
| **constitutes** 48:12 | **content** 119:1 | **copy** 8:5,8 134:13 164:9 172:16 232:4 | 75:18,19 76:19 78:1,10 81:7 |
| **constructed** 109:22 | **context** 73:7 148:15 166:17 | **core** 224:2 225:2 | 81:14 82:16 83:1,11,20 |
| **construction** 43:19 | **continue** 131:5 | **cornell** 117:23 | 84:22 85:3,4 |
| **consultant** 6:1 25:13 26:2 33:13 44:21 45:15,19 52:6 52:13 55:8,10 55:13,23 65:4 65:5 84:11 87:18 95:8 96:10 106:13 108:14 109:7 112:4 124:4 129:8 179:19 182:22 | **continued** 3:1 10:16 | **corporation** 21:2,7,11,24 22:2 | 86:4,9 90:7,9 91:4,5,19,24,25 92:7,8,11,15,23 93:2,4,5,8,17 93:21 94:3,11 94:12,15,25 95:3,11,21,22 96:1,2,5,8,14 96:15,17,18,22 97:1,9,15,20 98:3,4,12,18,22 99:1,9,10,13,16 99:19,22,25 |
| | **continues** 123:10 | **correct** 7:15,16 7:19 8:7 9:23 10:2 11:18,19 13:4,7,8,15 18:25 22:3,22 23:18,19 25:2 27:7,8 28:9,14 29:1,3,4,21 30:7,15 31:3 32:25 35:13 36:3 37:4,5,10 37:21 39:18,22 41:22,23 42:1 42:7,8 43:13 45:6,11,13 48:3 50:2,19 51:17 53:17 55:14 57:20,21 57:24 58:14,15 | |
| | **continuing** 123:15 198:21 | | |
| | **contract** 182:19 | | |
| | **contractors** 24:12 | | |
| **consultants** 45:17,19,22,23 46:9,15 65:19 89:21 106:18 112:12 177:24 181:25 182:6 | **contrary** 126:23 | | 100:5,9,13,16 100:19,24 101:2,5,8,11,14 101:19,22,25 102:3,12,15,19 102:22,25 103:3,6,10,14 103:19,20,23 103:25 104:3,6 |
| | **contribution** 20:3 21:4,5,11 22:23 23:4,10 24:17 25:3,19 25:25 26:13 27:25 28:3,11 29:15 31:21 36:3,11 38:15 40:16 45:3,16 | | |
| **consultation** 46:17 129:7 | | | |
| **contain** 142:1 145:5 | | | |

104:8,12,16,17
104:20,23
105:1,3,4,7,10
105:13 106:5,6
106:9,10
109:18 110:9
112:4,5 113:6
113:9,13
115:11 120:12
120:13,18,22
120:23,25
121:3,4,6,10,13
121:15,17,18
121:20,21,23
122:4,9,19,20
122:25 123:16
124:5,11,23
125:3,13,15,17
126:24 127:5
127:14 128:15
128:16 129:14
130:21 134:20
135:6,7,13,16
136:20 138:20
139:2,3 140:7
140:8,12 142:5
142:6,6 148:6
149:8,9 150:8
152:19,24
153:7,10,16,22
154:3 155:1,8
155:17,18,22
155:23 156:7
156:18 157:9
157:19,21

158:8,14 159:2
159:8,14,21,22
162:2,16,17
163:10,11,15
166:9 168:18
168:22,23
169:18 170:22
170:23 173:2,3
174:6,7 175:4
175:20 180:9
181:1,15
183:22 184:25
185:5,6,18
186:4,5,20
187:9,10,20
188:9,24 189:6
189:8,13,15
190:1,11,17,18
191:3 192:4
193:2,16,17
194:17 195:21
196:24 197:17
197:20,24,25
199:12 200:8,9
203:14,23
204:17,18,21
204:22 206:10
207:4,5 208:2
208:3,6,7
209:16 210:14
210:15 211:15
212:23 213:7
213:22 214:17
217:1,8,9,15,17
217:18 218:12

218:21,22
219:18 220:21
220:22 221:2,3
221:20 222:6
222:18 223:3
225:10,16,17
225:23 231:14
233:4 234:19
**correcting**
122:1
**correctly** 68:4
72:23 73:19
230:22
**cost** 76:24,25
136:12,19
137:10,11
138:7,8,10
187:6
**costly** 186:22
187:2
**costs** 188:4
**coughed**
196:14
**counsel** 2:1 3:1
3:4 5:7,17,25
6:7 187:19
235:14
**counsels** 11:11
**country** 9:1
**county** 9:3,4,4
**couple** 8:18
165:23
**course** 10:21
87:7 209:25

**courses** 21:17
**court** 1:1 5:9
5:15 6:6 77:11
**cover** 7:1 219:5
**covered** 62:21
132:11 177:1
219:7
**covering**
152:20
**covers** 155:1
**covid** 205:7
**create** 26:12
106:11 203:7
**created** 194:7
203:8
**crisis** 30:10,11
**criteria** 18:7,10
18:14,24 19:7
19:12,19,25
32:8,21 34:12
35:5,12 36:2,5
36:10,17 37:2
37:8,13,23
38:6 53:14
54:4 58:8,25
59:1,7,8 60:23
60:25 61:3
63:1,17 64:1,3
64:15 67:5
68:7,12,15
69:2,20 70:12
70:13 72:3,6
72:12 73:1,21
74:20 81:6
86:2,7,24 87:6

[criteria - date]                                                    Page 17

| | | | |
|---|---|---|---|
| 87:10 88:15 | **criticize** 207:25 | 83:3 106:24 | 94:2,7,9,13,14 |
| 106:23 107:9 | 214:16 | 109:8 142:17 | 94:21,23 95:2 |
| 107:17 111:2,6 | **cross** 11:6 | 143:2,2,3,5,5 | 95:11,11,16,19 |
| 111:7 113:20 | **crystal** 115:12 | 143:19 145:14 | 95:20 96:4,7 |
| 113:22 114:15 | 210:5 | 146:15 150:25 | 96:20,23,24 |
| 119:21 122:19 | **cs** 235:15 | 156:12 157:3,8 | 97:2,3,11,13,14 |
| 123:10 124:5 | **cs6946843** 1:25 | 159:5,11,12,13 | 97:17,19 98:8 |
| 125:20 126:4 | **csr** 1:17 234:3 | 159:25 167:6 | 98:10,11,17,19 |
| 128:24 129:4 | 234:24 | 170:6 186:14 | 98:20,23,24 |
| 129:25 130:23 | **cumulative** | 188:13 189:16 | 99:12,14,18,24 |
| 130:23 131:24 | 75:2 | **database** | 100:8,12,17 |
| 132:8 135:12 | **current** 16:6 | 135:24 | 101:1,3,6,7,13 |
| 135:24 136:1 | **currently** 18:15 | **date** 13:3,7,10 | 101:21,23 |
| 137:4,4,8 | 18:25 | 13:12,13,17 | 102:14,20,24 |
| 141:3 142:20 | **customarily** | 15:24 20:19,24 | 103:4,9,11,13 |
| 143:22 144:6 | 37:23 | 21:8,12 23:6 | 103:22 104:1,9 |
| 144:11 145:4 | **customary** | 23:22 24:21 | 104:19,21,24 |
| 146:3,9,13 | 37:19 | 25:6 30:16,23 | 105:6,8,9,11,12 |
| 150:10 151:5 | **cv** 1:5 5:11 | 30:25 31:4,8 | 105:19 106:15 |
| 152:17 158:12 | 13:16 21:1 | 31:15 32:1,5,9 | 106:19 108:18 |
| 159:24 162:19 | 22:20 23:17 | 32:23 33:3,7,9 | 108:22 109:18 |
| 167:7,16,17 | 27:5 | 39:22 40:19 | 110:24 112:9 |
| 171:16 177:10 | | 43:2,6,7,10,10 | 112:12,20,22 |
| 190:21 198:24 | **d** | 43:19,24 44:25 | 113:1,8,11 |
| 204:6 220:24 | **d** 3:14 35:17 | 53:17,19,20 | 115:8,10 117:7 |
| 220:25 226:1 | 86:14 106:2,4 | 55:4,12,16,20 | 117:11,11 |
| 227:8,9 228:11 | 110:7 111:3 | 56:12 61:9 | 118:3,19,20 |
| 228:20,22,25 | 131:25 144:7 | 70:1 76:10 | 119:4 131:11 |
| 229:3,5,11,13 | 144:12 146:4 | 79:2 80:19,25 | 131:14,17,23 |
| 229:22 | 226:2 228:12 | 81:9,12,19 | 132:4,16,25 |
| **critical** 107:14 | 229:6 231:4 | 82:7,8,10 83:7 | 133:21 135:11 |
| 142:21 | **daily** 4:10 | 83:19 84:13,17 | 135:15 136:13 |
| **criticisms** | **darn** 71:23 | 91:15 92:7,10 | 137:23,24 |
| 161:3,4 | **data** 70:6,6 | 92:18,19 93:1 | 138:25 140:16 |
| | 76:22 77:1,21 | 93:3,7,20,23,24 | 140:21 141:10 |
| | 77:22,22 83:2 | | |

| | | | |
|---|---|---|---|
| 141:25 142:10 | 211:23 213:7 | **decrease** 72:7 | 45:23 46:7 |
| 142:16 143:8 | 213:11,17,21 | 214:24 215:17 | 49:3 89:18 |
| 143:12,24 | 214:2 218:3 | 216:4 | 132:6 206:17 |
| 144:21 145:5 | 225:22 236:24 | **dedicated** 50:4 | 222:18 |
| 145:25 149:11 | **dates** 24:3 | **deep** 69:18 70:1 | **degree** 113:21 |
| 149:25 151:3,9 | **day** 114:21,21 | 106:13,19 | 166:18 168:1,5 |
| 151:17,20,25 | 234:21 | 107:24,25 | **delivery** 232:5 |
| 152:1,2,3,9,12 | **days** 235:16 | 108:18 109:18 | **dense** 209:24 |
| 152:16 153:2,9 | **deal** 145:12 | 110:21 111:12 | **depend** 54:5 |
| 153:12,15,17 | **dealt** 144:18 | 112:9,12 | 180:19 |
| 153:18,21,24 | **debated** 114:6 | 113:19 135:15 | **depending** |
| 154:2,5 155:17 | **decade** 115:25 | 136:2,3,3 | 89:13 137:19 |
| 155:21,22,24 | 119:10 120:1,2 | 141:4,6 155:17 | 152:22 |
| 158:10 159:20 | **decastro** 2:14 | 155:22 188:7 | **deponent** |
| 159:23 161:25 | 5:24 | **deeper** 200:16 | 235:13 |
| 163:10 164:15 | **december** | **defendant** 2:10 | **depose** 160:10 |
| 164:20,25 | 44:19 80:25 | 3:3 5:7 | 160:11 |
| 165:13 167:1,8 | 81:5 93:14 | **defendants** 1:8 | **deposed** 6:23 |
| 167:16 168:4 | 96:12,12 100:4 | 5:22,22 187:23 | **deposing** |
| 168:10 171:22 | 102:18 104:10 | 189:2 | 235:13 |
| 172:23 174:21 | 151:12,21 | **defense** 4:2 | **deposition** 1:12 |
| 174:25 175:2 | 152:17 | 232:17 | 5:6,12 6:25 8:5 |
| 181:10 186:17 | **decide** 225:13 | **define** 37:18 | 57:20 85:20 |
| 186:21 188:7 | **decided** 187:12 | 128:6 129:16 | 90:2 112:3,6 |
| 191:6,10,14 | **deciding** 31:17 | **defined** 20:3 | 120:12 124:3 |
| 192:9,11 193:5 | 49:8 79:6 | 21:4,5,11 | 154:15 168:14 |
| 193:6 195:15 | 193:21 | 22:23 23:4,10 | 168:16 178:18 |
| 196:1 197:15 | **decision** 182:16 | 24:17 25:3,18 | 184:10 185:14 |
| 197:19,24 | 187:17 189:16 | 25:19,24,25 | 207:13 216:15 |
| 198:2 199:11 | 189:17 | 26:9,10,13 | 221:13 222:6 |
| 199:18 202:10 | **decisions** 12:14 | 27:25 28:2,3 | 234:6,10 |
| 202:22 203:11 | 39:21 145:2 | 28:11 29:14,15 | **depositions** |
| 204:2,10 | 214:23 215:16 | 29:16 31:21 | 178:22 |
| 205:15,24 | **declare** 233:2 | 36:3,11 38:14 | **derives** 28:21 |
| 206:18 207:3 | 234:3,14,17 | 40:16 45:3,15 | |

describe 36:1
39:6 61:6
62:11,24 106:4
118:19 134:18
135:5 138:24
212:3
described 36:6
37:2 38:7
39:24 40:1
49:7 53:5
63:18 64:2
74:5 84:9
89:16 113:23
139:5,10 144:7
171:19 214:2
229:5
describes 58:13
203:16
describing
37:24 46:9
52:20 53:16
60:11 117:25
118:8,9,10
119:17 134:3
225:9
description 4:2
designating
128:7,20
129:16
detail 15:17
details 160:7
162:13
deteriorated
206:3

determinations
181:4
determine
68:25 135:18
determined
58:24 135:20
171:11
deutsche 14:8
28:22 40:21,25
41:4,6,20,21,21
41:24 42:3,9
42:20 43:2
44:3,14,19
45:2,8 46:10
46:12 117:18
228:7,7,9,10,20
229:3,16
230:23 231:9
deviating 72:21
deviation 73:6
139:15 163:16
dictated 230:17
differed 48:6
difference
49:21,24 55:2
62:17 65:11
136:7 161:7
226:17,19
229:14
differences
231:5
different 11:15
22:11,11 31:8
31:10 32:4,12
32:16,19,20

33:9 34:20,21
36:13 38:14
39:12 44:17
74:1 78:5,9
82:10 84:12
89:20,20
131:11 135:12
137:1,10,17,21
137:22,23
141:1,19,25
142:13,23,24
143:20,20
147:15 155:5,9
155:10,10
163:9,12,13,16
163:17,20,20
163:22,24
164:1,3,5
167:15 170:5
180:13,14,16
180:17 188:9
229:4
differential
62:18
differently
89:21 123:19
137:24 156:5
197:22
direct 24:11,12
59:19 169:23
direction
234:12
directly 29:8
108:12

disagree 78:8
78:11,23 81:17
82:18 145:21
185:4
disagreeing
82:20 83:10
84:7
disclosed 53:5
177:21 178:6
disclosure
177:22,23
discretion
126:19 129:7
discuss 16:10
16:13 68:22
69:5,7,13
123:15 166:13
203:21
discussed
112:11 114:10
116:1 165:22
discussing
117:21
discussion 17:2
184:4,24
discussions
180:19,20,21
displayed
64:12
disqualified
165:16 203:9
214:4
disqualify
204:5

| | | | e |
|---|---|---|---|

**disqualifying**
165:12
**dissimilar** 38:9
38:11,12 39:13
**distribution**
177:14
**distributors**
177:16
**district** 1:1,2,2
5:9,10
**dive** 69:18
106:13 107:24
107:25 109:18
110:21 111:12
112:13 113:19
135:15 136:2,3
136:3 140:17
141:4,6 155:17
155:22 188:7
**diversification**
166:19 168:1,5
**diversified**
196:17
**dives** 70:2
106:19 108:18
112:10
**document** 7:4
8:8 90:8
120:14 130:9
130:13,16
147:15 150:24
151:2 154:11
154:12 157:18
157:20 172:3,8
172:10,15

173:9 174:15
175:2 185:16
**documentation**
178:15
**documents**
232:16
**doing** 20:7
21:19 38:22
46:6 57:4
63:10 79:4
99:4 115:23
116:4 117:4,17
150:5 161:8
167:6 230:10
**dollars** 12:25
26:4 28:1 30:5
**domestic** 142:4
194:6
**dominant**
107:1
**double** 160:19
**download** 8:17
57:15 79:21
90:12 185:12
**downloaded**
173:4
**downloading**
90:4,4 172:12
**downturn**
205:6
**dozen** 17:7
135:25
**dr** 4:5 77:25
78:4,16 79:10
81:9 84:3

160:25 161:13
161:19 183:19
184:3,24
207:25 214:16
216:14,19
217:7
**dramatically**
74:1 84:12
190:16,24
191:6,10,15
194:12
**drawdown**
139:18 163:22
**dreyfus** 222:20
222:25 223:1
223:17,23
224:2,7,12
**drift** 128:13
**drink** 201:16
201:17
**driven** 33:12
**driver** 138:8
**driving** 53:13
**drop** 148:17
**drops** 217:17
**dst** 8:13,22
10:7,8,9 11:17
11:21 12:7,15
13:3,20
**due** 70:8
**duff** 25:10,11
25:15,20 26:16
26:18
**duly** 234:6

**e** 3:14 4:1 35:17
37:18 144:7,12
146:4 211:12
226:2 228:12
229:6 231:4
236:3,3,3
**earlier** 75:5
166:12 216:16
220:15 231:22
**early** 10:15
43:15 44:22
45:12
**easier** 164:11
173:23
**easily** 141:18
165:25
**easy** 201:19
231:22
**educated** 33:24
**effect** 182:16
**effective** 76:25
**effectively**
27:21 62:1,20
114:6 123:9
**effort** 31:7
204:9
**eight** 82:4
152:2,12 154:7
**either** 7:4,6
11:11 15:1
29:23 68:23
105:21 141:15
144:16 149:18
152:21 171:9

**[either - evaluating]**

177:10 189:6
192:3 193:2,15
195:21 196:9
196:23 198:14
198:19 205:22
**electronic**
175:11
**electronically**
162:7
**element** 31:22
69:20
**elements**
142:13,21
166:22
**eliminated**
165:12 189:10
**else's** 77:12
**eludes** 32:2
**emerging**
201:10 202:2
202:11
**emission** 21:10
**emissions** 21:2
21:7,24 22:2
**emphasized**
78:13
**empirical** 212:8
**employ** 12:5
**employed**
29:18 30:21
**employee** 9:2,3
20:5,6 56:9
**employees** 8:23
9:9 13:6 24:9
24:11,12

**employment**
23:24 29:20,24
**encouraged**
202:15
**ends** 230:16
**enforced**
228:25
**engage** 135:8
**engaged** 202:23
**engelman** 2:13
5:23
**enlarge** 91:13
**ensure** 149:10
**entire** 44:5 66:1
107:3 128:6
132:20 135:23
180:8 194:13
**entirely** 62:16
**entirety** 15:20
66:2
**entity** 9:21
**enumerated**
166:17
**environment**
117:2
**equal** 54:15
**equaled** 181:9
**equating**
113:19
**equities** 52:1,2
142:5,5 201:9
201:23 202:6
**equity** 25:12
192:23 194:6
224:14 225:2

**erisa** 7:15,18
7:20 8:13 9:16
9:20,23 10:1
13:18
**errata** 235:11
235:13,16
**erratas** 235:15
**error** 34:22
62:19 160:7
161:9,9
**escondido** 1:15
5:1
**especially**
51:25 211:5
**esquire** 235:1
**essence** 128:25
**essentially**
39:21 62:15
86:7 92:6
140:7 219:13
221:24
**established**
227:20
**establishing**
87:8
**estimated**
206:5
**et** 1:3,7 5:8,9
9:10 235:4,4
236:1,1
**etfs** 31:9
**europacific**
223:11
**evaluate** 24:23
32:9 33:20

34:3 40:8
49:17 54:12
55:2 68:18
77:5 89:24
105:16 108:21
118:18 141:24
143:23 144:5
144:10,21
145:4,25
165:19 170:4
172:20 181:24
190:19 191:9
192:3,8,20
193:2,4,15,23
195:6,20 196:8
196:23 197:9
197:18,20
198:1,13,19
199:5,14,20
200:22,25
201:21,25
202:4,9,19,21
204:19 205:10
205:22 206:9
207:2 212:14
214:1 229:11
230:6
**evaluated**
58:23 68:20,21
70:12 140:6
145:1 166:11
191:14 198:17
220:19
**evaluating** 10:4
31:14,23 32:1

34:13 35:12
38:24 52:10
53:20 54:19
69:21 71:5
73:2 74:11
75:6,18 105:24
106:4 109:16
111:11 133:20
196:9 203:4
208:10 211:4
212:21 216:9
**evaluation**
31:22 46:19
55:11 60:8,23
60:25 61:3
65:1 182:22
**evaluations**
51:25 74:2
114:22
**evaluative**
211:15
**event**  74:6
205:6 234:15
**eventually**
25:18 26:10,11
50:7
**everybody**
43:23,23 64:18
147:21
**evidence**  64:10
77:14 178:15
212:8
**evidenced**
142:19

**evolved**  43:7,20
**ex**  41:7,8,11,12
228:4,6
**exact**  30:16
**exactly**  8:10
39:11 64:12
65:19 71:1
86:12 113:14
141:8 150:12
171:4 182:8,13
**examination**
3:16 6:14 11:6
36:19 200:17
**examined**
31:19 234:5
**example**  29:12
142:23 144:10
146:2 149:2
174:19 192:9
199:14
**exceed**  54:15
**excel**  169:9
**except**  43:9
45:5 207:3
**exception**  70:5
110:25 165:7,7
165:13
**exceptions**
160:21 161:21
**excerpts**  22:11
22:11
**excess**  10:10
**excessive**  12:2
**excluded**
148:22

**exclusive**  194:7
**excuse**  18:8
99:7 159:6
195:25 199:25
**executed**  233:6
**executive**  30:4
**exercise**  42:21
71:2 107:20
115:20 141:22
142:15 144:25
145:19,20,23
146:14 170:8
171:24
**exhibit**  4:3,4,5
4:6,8,10,11,12
4:13,15,17 8:2
8:5 57:12,20
85:19 90:1,3,5
90:6 120:11
150:20 154:14
157:5,9,10,16
157:17,20
158:1 159:5,11
160:15 161:24
162:5,10 164:8
164:10 168:13
168:15,16,16
168:25 169:20
170:1 171:2
173:5,20,21,24
174:2 175:9,14
184:9,15
185:13 207:12
214:10,23
215:16 216:4

216:14,15,17
216:18,23,25
222:6
**exhibits**  76:24
221:9,13
232:17
**exist**  105:19
112:21 149:4,5
150:1
**existed**  32:6
118:3 149:25
**existence**  137:3
137:5,12
**exists**  20:16
**expected**  54:19
188:3 194:13
**expense**  73:15
73:16 139:13
162:20 163:1,2
163:13 169:17
169:21,22
170:5,6,9,11
175:19 181:19
**expensive**
73:17 136:22
190:16,24
191:7,10,15
**experience**
20:23 28:20
31:4 39:3 49:2
71:23 107:18
108:11,12
115:24 124:14
138:3

**experienced**
205:6
**expert** 1:13 4:3
6:11 7:14,17
7:21 8:6,17
11:5,7 13:17
20:7,21 21:19
21:21 28:25
56:16 77:10
**experts** 11:9
20:3,14,15,18
77:1
**expiring**
137:23
**explain** 136:18
**explanations**
12:17
**exposes** 200:18
205:5
**exposure**
201:10 202:1
202:10 204:8
204:20
**express** 185:17
186:3
**expressed**
48:24 199:9
204:17
**expressly** 64:2
**extensive** 29:17
**extent** 21:20
202:25
**extinction**
26:16

**extract** 170:10
**extraordinary**
74:6
**extremely** 26:3
**eyeball** 169:6
**eyes** 99:3

**f**

**fact** 9:20 55:22
89:7 124:2
159:22 160:20
186:13 208:13
**factor** 88:1
164:18 177:9
181:21
**factors** 54:11
59:12 60:2,21
71:5 139:12
**fail** 47:20 82:24
83:22 131:24
132:11,16
226:1 228:11
**failed** 47:9 81:6
103:12 111:7
144:11 187:25
188:17,21
197:5 198:23
199:1
**failing** 54:14
**fails** 235:18
**failure** 48:7,9
48:10,12 54:8
63:23
**fair** 107:15
**fairly** 12:21
36:14 84:15

89:22 110:12
178:2 230:13
**faith** 15:19
**fall** 113:4
**fallen** 103:12
**falling** 113:1
**falls** 61:19,20
73:16 75:1
113:12,13
141:16 182:23
**familiar** 18:19
20:8 226:20
229:9
**families** 32:6
205:15
**far** 80:13
112:22 114:17
145:24 146:7
151:15 171:13
203:10 205:2
**fast** 79:16,16
**favorable**
208:1
**features** 187:24
188:8 189:3
193:21
**fee** 73:25
138:14
**feel** 66:15 76:14
**fees** 55:3,4,5,6
55:13,14,17,18
55:20 56:13,19
61:17 73:15
74:2 138:12,15
174:23 175:1

177:1,5,14,14
178:4 179:10
**fell** 104:2
141:20
**felt** 12:23
**fffex** 174:4,5
**ffkex** 174:8,13
**fidelity** 31:23
69:10 70:1,10
70:12,15 71:6
72:14 73:2,4
73:24 74:11,21
75:13 76:9
78:5,24 80:18
81:5 90:21
91:2,12,14,23
92:5,22 93:10
93:15,19 94:1
94:17 95:9
96:14,16,19
97:7 98:2,13
99:8,20 100:4
100:14,22
101:10 102:2
102:10,13
103:1,7,18
104:4,15 105:2
106:5 110:6,14
112:13 120:17
134:19 135:6
151:5,19 153:5
154:5,21 155:7
155:15,19
170:16,20,25
171:1,8,20,25

172:20 173:1
173:10 174:1
174:18 175:6,6
175:17,18
176:24 180:4
181:8,14
183:12,20
186:9,9,16,17
186:22 187:7,8
190:5,7 192:11
193:6 194:6
197:4,13 199:9
200:6 202:6,12
202:24 203:19
204:1,21 205:3
205:23 206:13
213:6,10,16
215:18 217:8
217:13,21
218:12,19
224:10
**fiduciaries** 35:3
  35:7 37:22
  38:21 39:5,20
  40:2 70:2 72:2
  88:1 96:11
  106:9,22
  108:19,21
  180:25 208:9
**fiduciary** 14:23
  20:13 23:14
  27:20,21 28:1
  40:25 49:22
  108:17 198:17

199:2 227:24
**fifteen** 218:6
**fifth** 72:6,6
  123:23
**figure** 7:6 26:6
  57:10 125:20
**figures** 169:21
**file** 30:15
**filed** 5:9 30:17
**filing** 30:16,21
**filter** 107:19
  138:7,9 150:12
**filtered** 150:13
**filtering** 150:11
  189:14
**filters** 107:4,6
  109:4 136:6
  189:10 191:17
  191:19,22
**final** 137:7
  138:9
**finalize** 77:19
**financial**
  223:25 224:4
**find** 7:10 57:16
  59:3 156:19
  166:14 173:14
  173:18 215:13
  218:4 222:14
**fine** 8:1 57:4
  59:17 64:18
  126:21 130:12
  166:24 175:3
  188:15 219:24
  232:5

**fingers** 24:4
**finish** 116:21
**finished** 219:21
**firm** 5:16 25:13
  27:25 30:11
  33:23 204:10
  224:7 226:22
  227:18
**firms** 9:1 19:15
  229:9,13
**first** 16:21
  17:15,19,21
  18:7,10 19:3
  19:19,25 44:10
  47:14 58:23
  67:24 71:17,18
  71:21,22 74:24
  126:3 127:8
  128:15 129:12
  129:15 135:18
  135:20 136:4
  137:11 139:2
  145:13 146:15
  170:13 189:20
  192:22 195:3
  208:8 211:18
  215:5 219:6
  222:20 225:4
**fiss** 172:4
**fits** 113:20
**five** 10:18 12:6
  12:11 40:10
  47:9,20,23
  48:5,7,8,11,17
  49:11,16,23,25

50:15,19 51:2
61:10,20,25
65:15 66:23
68:16 75:2
81:11,24,25
82:4,5,23 84:1
84:9 92:22
94:17,23 95:24
95:25 97:7,13
98:13,25 99:20
100:14,18
101:9 103:1,8
103:13 104:4
105:2 114:1,2
114:4 115:9,10
117:12 118:21
125:21,22
128:18 129:1
129:13 131:9
131:11,15,17
139:16,18,22
139:24 140:1,3
143:14,25
152:23 154:7
198:4,24
199:16,21
232:2
**flag** 73:12
**flagged** 47:11
  47:21 58:18
  66:24 71:13,14
  86:17 87:16,24
  88:5,20,25
  89:13

**[flags - freedom]**

| | | | |
|---|---|---|---|
| **flags** 71:15 | **forget** 213:24 | **forms** 208:18 | 226:14 227:13 |
| **flipped** 80:13 | **forgot** 147:20 | **formulate** | **frameworks** |
| **flipping** 169:20 | **forgotten** 24:16 | 77:14,23,23 | 77:4 |
| **flow** 205:14 | 150:11 | **formulated** | **freedom** 31:23 |
| **flows** 215:23 | **form** 4:14,16 | 108:9 | 47:6 55:3 |
| 216:7 | 4:18 16:8 | **forth** 64:3 | 66:20 69:10 |
| **focus** 13:21 | 17:12 29:10 | 106:8 122:19 | 70:1,10,13,15 |
| 80:25 145:15 | 37:16 39:9 | **forward** 80:13 | 71:6 72:15 |
| **focused** 67:9 | 40:4 50:20 | 146:15 208:24 | 73:2,4,24 |
| 110:11 | 52:11 53:7 | 209:11,25 | 74:11,21 75:6 |
| **folder** 79:19 | 59:2 64:22 | 210:3,8 | 75:13 76:9 |
| 90:2 | 65:17 70:25 | **found** 60:9 | 78:24 80:18 |
| **folks** 16:24 | 71:8 72:16 | 161:11 | 81:5,10 90:21 |
| 52:9 95:9 | 78:12 86:10 | **four** 12:8 42:17 | 91:2,12,14,23 |
| 102:17 112:11 | 87:2,4 88:2,12 | 44:16 68:16 | 92:5,23 93:10 |
| **follow** 59:19 | 88:17 89:1 | 82:4 121:24 | 93:16,19 94:1 |
| **following** 68:7 | 113:19 118:11 | 122:3 123:7,22 | 94:17 95:9 |
| 86:2,7,9,23 | 125:1,18 132:2 | 127:1,12 | 96:14,16,19 |
| 87:1 118:20 | 132:18 133:15 | 128:18 129:8 | 97:7 98:2,13 |
| 129:4 151:15 | 138:18 146:22 | 129:13 131:4 | 99:8,20 100:14 |
| 232:20 | 147:3 178:13 | 131:11 154:7 | 100:22 101:10 |
| **follows** 6:12 | 178:21 179:3 | 194:6 | 102:2,10,13 |
| **footnote** 127:20 | 179:12 181:16 | **fourth** 69:1 | 103:1,7,18 |
| 127:21,22 | 182:7 183:14 | 121:19 144:23 | 104:4,15 105:2 |
| 128:2,5 159:7 | 199:22 208:19 | **frame** 32:24 | 106:5 110:6,15 |
| 169:13,16,19 | 212:6 217:22 | 116:5 130:3 | 112:13 120:17 |
| 172:23 173:1 | 218:13 219:2 | 135:21 228:18 | 134:19 135:6 |
| 175:1 190:11 | 221:14 226:4 | 230:3 | 135:19 139:2 |
| 198:23 | 227:11,19 | **frames** 229:15 | 150:7,15 151:5 |
| **footnotes** | 228:13 229:7 | **framework** | 151:19 152:1 |
| 127:17 161:22 | **formally** 8:3 | 37:19 38:1,23 | 153:5 154:21 |
| **foregoing** | **formative** 26:2 | 39:6,7,13 40:8 | 155:7,15,19 |
| 233:3 234:6,18 | **formed** 26:18 | 49:7 124:17 | 170:16,21,25 |
| **foreign** 8:21 | **forming** 185:17 | 211:15,15 | 171:1,8,20,25 |
| | | 216:1 219:6,9 | 172:20,21 |

**[freedom - funds]**

173:10 174:1
174:18 175:6,6
175:18 176:24
180:4 181:8,14
183:12,20
184:6 186:16
186:23 187:2,7
187:12,14
194:7 195:13
195:24,25
196:9 197:13
199:10 200:6,6
202:6,12,24
203:19 204:1
204:21 205:23
206:13 208:6
213:6,10,16
214:25 215:18
215:24 216:5,9
217:8,13,21
218:12,20,24
220:23
**freedom's** 78:5
**friday** 1:16 5:1
**fridays** 11:8
**front** 57:17,19
62:9 67:11,17
79:23 80:5,24
93:12 148:9
150:21,22
168:19 173:7
176:14 186:14
200:3 220:11
228:16

**fulfill** 74:7
**full** 44:4 111:4
136:5 189:9
**fully** 177:21
**fulsome** 34:24
**fund** 11:20,22
11:24,25 12:3
13:20,20 17:25
25:11,18,20,23
26:4,7,13,21
27:3 31:7 32:5
43:5,6,24
47:23 49:8,25
50:17 54:6
55:16 59:9
61:7,12 63:10
63:17 65:16
67:5 68:7,10
70:22 79:6
86:2,8,24,25
88:15 91:2,3
91:23 92:5,11
92:13,18,23,25
93:16,19 94:1
94:18 95:10,25
96:6,14,16,19
97:3,8,23 98:2
99:7,8,8,21
100:1,4,22
101:7,9,10,15
102:2,11,13
103:7,15,19
104:5,14,15
105:3,20 106:5
107:6,9,23

108:6 110:2,6
112:13 113:1
113:21,25
114:3,13 115:9
115:10 126:15
128:7,7,8,17
129:16,17,17
130:5,7,11
131:3,17 137:9
138:14 139:1
141:17 142:10
149:21 151:3
153:14 155:16
156:9 158:6,10
158:24 159:12
159:14 163:4,5
163:13,20
165:14 166:19
174:2,9,10,18
174:21,23
175:4,7,18
177:10 179:14
179:14 181:18
181:20 187:14
193:18 194:23
195:19 196:5
209:3,4,6,21
210:9 211:5,23
212:18 218:4
222:21,25
223:2,5,7,9,11
223:15,17,19
223:23,25
224:2,5,8,10,12
224:15,18,21

224:24 225:2
**fund's** 61:24
62:18
**fundamental**
33:10 84:9
142:12
**fundamentals**
230:1,2,9,10,11
**funded** 25:12
26:3
**funding** 29:10
31:8
**funds** 4:8 8:21
9:16 10:1 13:3
13:7,10,13,13
13:18 14:25
15:2,7,10,25
17:15 20:19,24
21:8,13 23:7
23:22 24:21,23
25:6,8 28:5,8
30:6,8,15,23,25
31:5,15,19,24
32:1,4,9,11,18
32:23 33:3,6,7
33:8,9 34:13
38:24 39:22
40:19 42:18,19
42:20,22 43:3
43:4,7,8,8,10
43:11,17,19,25
44:2,7,9,12,25
45:1,25 46:10
47:6 53:17,20
55:3 66:20

**[funds - future]**                                                    Page 27

| | | | |
|---|---|---|---|
| 67:11 69:10,15 | 120:20 124:10 | 156:16 158:14 | 199:1,10,15,15 |
| 69:17 70:1,10 | 124:23 128:20 | 160:14 163:3 | 199:18,20 |
| 70:13,15 71:6 | 128:21 131:6 | 163:10 164:15 | 200:6,7 202:5 |
| 72:15,21 73:2 | 131:11,14,15 | 164:20,25 | 202:7,10,10,12 |
| 73:5,24 74:11 | 131:20,23 | 165:4,10,15,20 | 202:22,24 |
| 74:12,21 75:7 | 132:4,16,25 | 166:8 167:1,8 | 203:11 204:1,3 |
| 75:13 76:10 | 133:21 134:19 | 167:16,18 | 204:5,20,21 |
| 78:25 80:18 | 135:6,11,15,16 | 168:5,11 | 205:4,14,23,24 |
| 81:6,10 82:3 | 135:19,23,25 | 169:22 170:5 | 206:13 207:3 |
| 89:25 92:7,19 | 136:1 137:19 | 170:16,21,25 | 208:6,17 209:8 |
| 93:1,7 94:2,7 | 137:23,25 | 171:1,9,20,22 | 209:10 210:6 |
| 94:14,21 95:2 | 138:25 139:2 | 171:25 172:21 | 210:19 212:4,4 |
| 95:11,11,19 | 140:10,11,16 | 172:21,23 | 212:15,21 |
| 96:4,7,20,25 | 140:21 141:1 | 173:10 176:20 | 213:6,7,10,11 |
| 97:2,11,14,19 | 141:11,19,20 | 176:25 177:4 | 213:16,17,17 |
| 98:8,11,14,17 | 141:25 142:16 | 180:4 181:8,10 | 213:19,22 |
| 98:21,23 99:12 | 142:23,24 | 181:11,14,14 | 214:2,25 |
| 99:18,24 100:8 | 143:7,8,12,12 | 181:24 182:14 | 215:18,24 |
| 100:12,15 | 143:21,24,25 | 182:20 183:6,8 | 216:5,10 217:8 |
| 101:1,6,13,21 | 144:3,5,6,9,11 | 183:9,12,20,21 | 217:21 218:2,3 |
| 101:23 102:14 | 144:16,21 | 183:21,22 | 218:12,20,24 |
| 102:24 103:2,9 | 145:6,23,25 | 184:5,5,5,6 | 220:23 225:6 |
| 103:11,22 | 146:1,7 148:17 | 186:17,17,23 | 225:10,19,22 |
| 104:1,9,19,24 | 148:17,20,20 | 187:2,7,12 | 226:1,13,15,20 |
| 105:6,9,11 | 148:24 149:11 | 190:6,7 191:6 | 226:23 227:1,2 |
| 106:15 107:13 | 149:16,22,25 | 191:6,9,10,14 | 228:1,7 229:12 |
| 107:15,21 | 150:7,7,15 | 192:9,9,11 | 230:7,7 |
| 108:22 109:1 | 151:5,9,18,19 | 193:5,5,6,19,21 | **further**   111:13 |
| 109:16,17 | 151:25 152:1,2 | 194:7,8 195:2 | 136:11 137:20 |
| 110:24 111:11 | 152:2,4,7,12,16 | 195:4,7,13,15 | 204:11 231:17 |
| 112:21,22 | 153:3,5,6,11,17 | 195:24 196:1 | 234:14 |
| 113:8,11 117:7 | 154:1,5,6,16 | 196:10,18 | **future**   74:7 |
| 117:11,12 | 155:4,6,8,15,16 | 197:2,4,13,19 | 114:11 137:20 |
| 118:3,20,20 | 155:20,21,21 | 197:19,24 | 145:14 147:8 |
| 119:5 120:18 | 155:24 156:11 | 198:2,2,8,18,23 | 209:7 211:10 |

213:3

**g**

**gained** 107:13
206:4
**gather** 83:2
**gathering**
76:22 77:2,21
156:12
**gears** 175:23
221:5
**general** 12:20
16:11 40:8
84:14 114:7
141:2 166:20
168:7,11
177:12
**generally** 12:21
18:18 22:8,9
29:10 31:1
34:16,17 43:7
43:17 46:5
78:14 156:7
163:19 165:14
212:1
**generate** 77:15
77:22
**generated** 47:9
66:22
**generic** 36:14
**genworth** 7:15
9:6 13:12
20:22 38:11,13
38:20,21,21,24
38:25,25 39:2
39:6,14,17,18

39:20 40:1,2,3
40:12 49:13
53:24
**germane**
214:23 215:16
215:21
**getting** 31:11
40:5 79:23
80:17 128:18
150:5
**gig** 20:6
**give** 49:10 61:5
72:13 73:23
80:7 90:16
116:16 134:25
166:13 169:7
174:1,9,9
175:14 212:8
212:11 215:5
**given** 76:14,24
89:10 142:16
142:17 181:18
183:15 209:21
231:25
**gives** 177:17
**glad** 80:3
**glance** 192:22
**glass** 156:19
**glide** 32:16
33:2,12 43:19
140:20,23,25
141:4,10
192:23 193:5
194:5 200:5
201:6 203:3,4

203:5,8,10
**global** 24:17,20
24:23 224:14
224:17,20,23
226:22
**go** 6:24 12:9
26:5,9 31:18
42:9 46:24
56:16,20,21
57:16 58:4,16
62:7 63:5
66:17,19 67:14
67:19 72:6
74:24 77:5
83:12 90:1
93:10 95:5
96:9 97:23
99:2 100:20
101:15,17
102:1,9 103:15
104:14 105:15
106:2 120:8
134:6,11 135:3
155:2 156:23
157:6,8,8
158:18 162:5
164:8 168:13
170:13,13
172:16 173:13
173:15,21,24
175:9 182:14
184:7 189:18
195:5 200:1
209:13 211:11
211:22 217:10

222:1
**goes** 123:23
187:1 194:11
198:16 200:16
**going** 5:4 6:24
12:8 17:23
24:4 38:15
47:5 53:24
56:25 57:1,15
79:21 85:8,12
91:13 101:16
111:5 113:4,11
129:24 147:14
147:15,24
149:5 151:1
157:8 159:12
162:9 164:7
166:2 169:7,20
172:8 175:14
175:25 176:1,3
176:4 197:22
201:18 210:1
212:4,18
219:20,25
222:7 227:25
231:24
**good** 5:4,20 6:3
7:8,10 36:8
49:4 61:14
79:23 85:8
99:4 112:2,22
122:1 127:10
133:8 154:14
167:15,24
168:5 185:3

[good - higher]                                    Page 29

188:15 209:14
209:19 210:13
210:23 212:3
214:9 232:10
**governed**
182:19,20
**government**
130:17
**grand**  15:17
**granular**
142:11
**great**  7:9 9:8
57:18 80:24
90:1,18 155:2
164:13 168:20
172:14 176:17
176:23 185:16
201:15 205:1
214:6 220:14
232:7
**greater**  47:11
58:18 61:8
66:24 86:17
87:24 88:5
110:17
**greenfell**  42:20
44:15
**grose**  1:17 5:15
234:3,24
**gross**  169:22
170:9
**ground**  6:24
**grounds**  124:15
**group**  36:21
73:18 75:15,17

75:24 87:21
106:1,5,7,11,12
106:21,24
107:19 108:2,3
108:4,8,10,15
108:23,25
109:4,20,21,21
110:1,3,4,4,8
110:21 111:8
111:11,12
113:2 130:25
136:4 141:6
228:2
**group's**  61:20
61:21
**groupings**
10:20
**groups**  75:1,18
75:20 76:2
87:20 107:2
230:25 231:11
231:13
**growth**  60:5
223:11,17
224:10
**guarantee**
212:19
**guarantees**
115:15
**guess**  20:6 24:4
30:17 33:8,24
33:25 48:3
53:8,24 57:10
61:4 63:19
67:4 138:2

156:13 170:14
214:19 227:7
**guidance**  87:13
87:14
**guide**  130:18
**guidelines**
128:13
**guys**  156:1

**h**

**h**  4:1 236:3
**half**  17:7 47:8
47:19 66:21
73:17 113:4
132:11 133:10
133:11 206:22
**hancock**  153:6
154:24
**hand**  84:24
234:21
**handled**  16:21
177:23 178:20
179:2 182:10
182:13
**hands**  15:12,21
18:3
**happen**  70:22
71:17,17 86:9
87:1 109:24
**happened**
26:14,15 70:10
133:4 178:4
**happens**  61:13
62:22 80:4
137:9 218:23

**happy**  57:7
**hard**  8:8 26:17
107:3 134:13
141:18 164:9
182:9 227:4
**harder**  166:2
**harm**  79:4
**harmed**  10:12
**head**  30:20
54:3 118:1
227:18,21,21
**heading**  59:25
**hear**  6:20,25
49:4 196:14
**heard**  10:17
75:25
**hearing**  7:4
10:24
**hearings**  10:22
**heavy**  52:1
**hedge**  25:11,23
26:4,7 30:8
**help**  77:8,16
232:15
**helpful**  84:22
211:4
**helping**  6:1
**hey**  111:23
**hi**  5:20
**hiccups**  80:4
**high**  201:11
202:2,11 224:7
224:12
**higher**  113:21
138:14,15

**[higher - included]**                                                    Page 30

171:21 201:9
202:1,10
**highest** 165:4
169:8
**highlight** 71:10
**highlighted**
160:17
**highly** 25:12
115:16
**hindsight**
145:21,22
146:17 217:4
**historical** 114:9
118:5 148:21
170:6,11
**history** 47:8
66:22 71:24
114:11 159:17
198:10,25
199:16,21
**hit** 30:9 133:5
**hits** 68:12
**hold** 17:10
80:17 85:24
154:10 156:19
157:11 172:10
173:22 194:25
222:8
**holdings**
140:15,18
141:24 142:4
142:25 143:16
190:13 191:25
192:10

**honest** 15:8
227:6
**honored**
212:14
**hotly** 114:6
**hour** 7:10 57:2
76:24
**hours** 85:9
**house** 5:25
**houston** 3:7
**huh** 136:10
151:7 215:14
**hundred** 54:7
54:16
**hundreds**
12:24
**hurdle** 113:22
**hypothetical**
63:19 125:2,6
125:9,11
126:13,21,23
**hypothetically**
126:3 127:6

**i**

**idea** 87:7 112:9
127:12
**ideas** 31:10
**identical**
192:24 193:6
**identification**
232:18
**identified** 4:2
109:17 165:9
183:25 207:4

**identifies** 225:5
**identify** 15:10
17:24 27:5
49:6 50:16
51:4,8,10,12
53:23 67:4
69:23 70:4
117:24 131:2
131:16 134:2
139:8 141:14
151:9 155:25
167:1 173:9
197:23 208:16
210:19 211:23
**identifying**
180:3
**ignore** 149:4
**ignored** 71:25
89:4
**ignoring** 72:2
**illustrated**
198:22
**imagine** 15:9
110:18 160:6
**imbedded** 64:6
**immediately**
92:2 122:8,12
**implications**
89:10
**implied** 63:13
71:20 133:23
140:23
**imply** 124:15
**importance**
71:19,21

**important** 8:15
71:23 78:19
84:15 106:14
106:23 138:10
145:15 216:6,9
217:4 230:17
**importantly**
179:15
**imposed** 89:11
**impression**
97:16
**improve** 50:8
204:9
**imprudent**
12:3
**inappropriate**
132:23
**inception**
136:13 158:10
159:20,23
161:25 174:21
**include** 45:25
141:9,12 144:5
147:9 150:7
151:4 155:4,6
158:23 160:14
162:14 171:25
173:10 174:2
182:23 183:3,9
183:16 187:12
199:19 202:22
208:12 220:21
**included** 64:3
70:18 137:7
154:4 155:12

156:17,18
158:7 159:17
159:22 162:21
163:8 173:14
178:8 181:21
181:22,23
182:25 183:19
183:23 184:3
221:22
**includes** 167:11
**including** 19:20
28:2 45:20
149:6 167:20
188:2 192:16
208:11
**inclusion**
165:16
**income** 91:16
92:11 224:12
**inconsistent**
87:19 182:18
**incorporate**
119:1 178:2
179:16,19
**incorporated**
177:25 230:8
**incorporates**
64:25
**incorrect**
124:10 125:8
125:19 162:22
162:23
**increase** 73:14
204:8 218:10

**increased**
204:20
**incremental**
70:8 181:19
**incurred**
209:21
**independently**
83:2
**index** 51:24
52:5,19,23,25
53:4,11,17,19
55:4,12,14,18
55:21 56:12
61:9 75:6
76:10 79:1,2
81:11,12 82:8
82:10,15,19
84:4 94:9,13
94:24 95:16,21
96:23 97:14,17
98:10,19,24
100:10,17
102:20 103:13
104:21 105:8
110:22 111:18
111:24 128:3
128:11 150:7
151:20 152:4,9
152:13 153:9
153:12,15,18
153:21,24
154:2 187:2,3
187:8,12,14
188:1,17,24
189:21 190:6

190:16,20,24
191:7,11,15,16
191:19 192:11
192:23 193:11
193:19,19
200:6,7 201:9
201:23 206:4
220:23 224:14
**indexes** 110:18
**indicate** 70:19
77:4 123:24
133:9 149:14
159:6 171:3
218:15
**indicated** 48:7
48:9 53:2 55:7
79:7 84:16
86:20 87:11
109:22 110:15
135:22 202:25
**indicates** 81:15
124:17
**indicating**
111:20
**indication** 65:1
72:20 178:14
**indications**
83:1
**indicator** 126:1
205:15 215:24
**indices** 47:7,10
47:20 51:17
52:3 55:16
78:6,9 84:21
190:8 193:20

194:12
**individual**
10:18,20 82:3
131:14 133:23
140:18 167:18
180:19,20
228:1
**individually**
180:6,6 181:18
**individuals**
227:10
**induced** 111:19
**industry** 29:19
37:20 43:20
51:24 66:4
71:24 74:1
87:10 89:4
111:17 115:2
119:22 124:15
125:25 131:7
143:4 212:14
227:14 230:19
**inflows** 164:24
206:5 214:3
**information**
12:10 22:12
32:20 36:20
52:10,15 61:21
61:24 62:12,17
63:8,9,13,21
65:2 66:9,20
66:23,25 68:24
69:6,16,24
70:19 79:5
84:21 88:10

90:25 93:15
96:11,13
102:16 105:16
108:3,13 118:5
118:18 119:2
133:24 138:17
140:3,22
145:16,17
147:7,8 148:21
149:7 158:23
160:1,13
162:21 164:5
181:2,4 183:5
183:8,11,15,16
183:19,24
219:15,17
230:12 231:1
231:13
**inherently**
185:23
**initial** 184:6,7
**initially** 10:13
**instability**
74:15
**instance** 50:3
69:14 130:11
179:17
**instances** 48:8
**institutional**
26:8 46:14
**instructs** 65:18
**instruments**
32:18
**integrating**
44:18

**integration**
42:21
**intended** 65:7
138:1 171:10
**interest** 14:25
15:22 234:14
**interesting**
30:1
**interferes** 74:6
**internal** 59:22
170:1
**international**
142:5 201:8,23
202:6 223:23
**interpret**
122:18 123:8
123:19,20
**interpretation**
48:3 124:9,13
124:22 125:7
125:12,15,19
126:22,24
210:17
**interpretational**
161:7
**interpreted**
124:4
**interpreting**
126:14
**interrupt** 85:7
**intrinsic** 196:4
223:1
**introduced**
146:17

**invalidate**
145:23
**invalidating**
146:18
**invest** 28:11,12
225:14
**investable**
107:15,23
**invested** 14:19
14:21 15:7,11
15:24 16:3,14
17:16,25 27:14
28:16 143:8,25
217:12 218:11
225:19
**investment** 4:4
4:6 10:5,14,15
12:3 15:14,18
16:10 17:4
18:5,8,9,20
19:1 21:12,18
23:3 25:22
29:11 33:12,20
34:4 35:5,7,12
36:2 37:3 38:3
39:21 41:4,20
42:2,14,16,17
44:17 45:4,18
48:20,23 50:12
52:6,10 53:6
56:21 57:1,22
57:25 58:7,9
58:13,19,24
59:25 60:4,7,9
60:12 62:25

63:6 64:4,8,16
64:20,24,25
65:3,4,24,25
66:1,8,10
67:14,19,25
68:3 70:21
71:5 72:7,8,13
72:21 73:10,15
74:6,16,24,25
76:4 81:7 85:1
85:6,18 89:15
89:16,17
105:24 109:15
114:7 115:24
120:6,8,14,22
122:22,23
123:3,4,6,12,14
123:16 124:22
124:25 125:8
126:15,22,25
127:4,4 128:14
129:5,8,10
133:9,17
134:19 135:5
155:25 166:18
167:20,24
179:18,19
180:4,14
189:22 196:11
196:18 197:15
199:10 208:10
208:11,12
216:11 217:20
219:1 221:1,23
222:2,17 223:4

228:11,21
231:10
**investment's**
60:3,4
**investments**
15:13 16:4,6
16:14 17:10
18:4,11,15,23
18:25 19:8,13
19:20 20:1
25:1,5 27:13
28:21 31:16,16
34:10 35:2
41:16 52:16
117:23 122:25
148:15 149:3,4
204:8,20
206:14 220:18
**investor** 164:24
170:24 192:16
206:2
**investors** 26:5
26:21 27:3
28:12 29:12
203:19 205:5
205:16 214:3,3
219:15 224:14
**invests** 190:5,7
193:19
**involve** 10:4
13:3,9,12,17
**involved** 10:15
12:21 15:17
20:15 23:11,13
26:25 29:6,13

31:11,22 41:5
41:9 109:10
117:21 137:1
142:17,18
227:23,24
**involvement**
21:20 29:16
**involves** 52:1
**involving** 10:8
12:15
**iowa** 8:23 9:2,9
9:16,20 13:6
**ips** 36:6 48:1,10
50:3,9 51:19
51:21 53:1,13
54:9 55:7
56:18 58:13
60:20 61:11
65:3,7,18 67:2
71:22 75:10
78:13,14,17,20
78:22 79:7
84:16 86:19,20
87:4,5,6,11,12
87:15,25 88:4
88:15,19,23
89:2,9,10
107:8,8,16
109:19 113:23
114:14,20
116:6 119:21
119:22 124:7,9
126:19 135:25
137:5 165:9
166:23 177:19

177:22 182:11
184:2 211:6,8
212:16 228:23
228:24,25
230:3,14,18
231:6
**ipses** 54:10
67:10
**ira** 15:2 23:2
**iras** 14:11,14
14:20 15:4
**ironwood**
24:17,20,23
**irrelevant**
84:23 218:24
**israel** 25:1,5
29:12
**issue** 11:17
13:19,21 17:7
30:1 48:4
69:21 71:12,13
71:14 83:5
84:23 114:7
147:11 161:19
182:24,25
183:25 186:4
192:3 196:23
205:22 215:22
227:3
**issues** 7:2 21:21
26:7 32:16
33:2 34:19,22
41:16 69:9
89:12 114:10
138:4 149:18

165:8,19
166:13,25
228:16
**italian** 56:7

**j**

**j** 2:5 235:1
**january** 122:7
122:11 181:1
**jason** 3:10 6:1
**jeff** 3:11 5:13
**jeremy** 2:12
5:21 18:3 85:7
116:17
**jeremy.blum...**
2:19
**job** 1:25 46:10
99:4
**john** 153:6
154:24
**jp** 15:2 16:22
16:24 17:19
18:14,19,24
19:3,7,12
153:11 154:21
156:16 158:6
158:24,25
159:9,11
160:13 161:25
162:15 163:2,7
163:9,12
165:14 171:14
183:22 184:5
213:21
**judge** 127:9
148:10 176:14

[judge - legs]                                                    Page 34

220:12

**judgment**
165:3 187:18

**julio** 56:7

**july** 169:23
170:9

**june** 174:24

**jury** 176:15

**justify** 188:3

**k**

**k** 90:21 91:2,12
91:14,23 92:5
93:10,16,19
94:1,17 95:10
96:14,16,19
98:2 99:8,21
100:15,22
102:2,10,13
103:2,7 104:5
104:15 105:3

**k6** 174:19
175:7

**keep** 129:18,20
142:11 169:20
176:1

**keri** 2:13 5:23

**key** 107:17
128:14

**kicked** 191:22

**kind** 25:22
36:19 115:12
116:4

**kiplinger**
210:24 213:1

**kiplinger's**
210:13

**knew** 33:22
46:5 73:6
102:7

**know** 6:23 7:5
7:10 9:12
12:17 13:20
14:19 15:24
16:3 17:16,18
18:2,7,10,14,18
18:22,24 19:1
19:1,2,7,12,19
19:25 20:10,11
22:6 25:12
26:14,18 28:15
33:6,13,16,19
33:22 34:1,2,6
34:7,12,16
36:12 41:12
48:2,4 49:11
50:3,14 52:22
55:15 75:12
76:12 105:25
108:17,21,24
108:25 109:14
111:9,15
115:14 116:3
117:1 118:4
119:17 131:23
132:25 133:19
137:6 138:3
141:5 142:24
146:7 148:13
148:22 149:13

150:20 155:19
160:8,12,16
167:12,12
169:3 170:20
176:18 178:3
178:11,12,19
179:2,4,14,15
179:17,21,22
180:5,8,10,13
180:16,17
183:11,19
184:3 186:13
186:16 188:11
189:16 190:1
191:18,21
196:13 206:21
208:13 211:16
213:1 215:25
218:16 220:23
220:25 225:25
226:7,8,10,11
226:24 228:10
228:20,22
229:2

**knowing** 82:25
84:2 211:25
226:5

**knowledgeable**
34:10

**known** 106:1

**l**

**l** 2:13

**lack** 9:14

**lacked** 198:9
199:16

**laliberte** 1:3
5:8 235:4
236:1

**large** 26:5,10
30:11 60:5
107:2,16 142:7
194:23 195:2,3
195:7,18
205:16 214:24
215:17 216:5
217:7 225:1

**largely** 84:23

**largest** 186:10
186:17 197:3

**law** 130:17
182:19

**laws** 233:2
234:17

**lawsuits** 180:8

**lawyers** 130:18

**lead** 210:7

**leaders** 34:6

**leading** 131:13

**leave** 18:5 30:2
30:3 70:13
123:21

**led** 135:25
162:14

**left** 30:11,18,20
44:19 81:1

**legal** 3:4 5:14
5:16 232:2
235:23

**legs** 147:22

legwork   77:19
leisure   7:11
lending   8:24
   9:13 25:16
   26:8
length   46:16
level   45:19
   54:15 84:13
   142:11 144:2
   193:19
levels   54:14
   73:25 149:14
   192:15
lewis   1:14 2:11
   5:21,23,24,24
life   43:11,15
   152:11
lifecycle   153:14
lifestyle   33:6,8
   43:4,5,7,8,17
   43:25 44:2,5,7
   44:9 45:1
   225:9
lifetime   79:1
   81:11 82:14,19
   82:21 83:8,23
   84:4,20 153:17
   197:6 205:3
lifetimes
   194:13 198:4
light   84:22
likely   114:2
   115:8 132:7
   209:7

limit   156:10
limited   48:16
   197:2 224:7
line   158:5
   236:4,7,10,13
   236:16,19
linked   43:9
   108:11,12
lipper   75:14,17
   75:20,25 76:2
   77:2 94:2
   105:23 106:25
   108:23 109:1,2
   109:3,5,12,12
   109:13,20
   110:4,19,19
   111:10,16,16
liquidity   30:10
list   21:1 22:20
   49:9 58:9,14
   59:9 60:8,24
   61:12 63:1,14
   64:6 65:24
   66:10 67:2,19
   70:15 71:18
   73:22 85:24
   88:16,19 89:3
   89:15 107:24
   113:18,20
   120:14 122:19
   124:5 128:3,7
   128:9,19,20,23
   129:17,21,22
   130:1,6 131:3
   131:17 136:2,3

136:3 140:11
   146:13 150:6
   167:8 225:18
   226:25
listed   68:15
   71:21,22
   114:10 141:11
   153:5 158:1
   170:17 230:1
listen   126:11
   126:12 156:3
listing   8:11
   60:20 141:6
   165:17
lists   60:2
   133:23 222:17
literally   11:8
   15:12
literature
   124:16
little   89:21
   91:13 112:17
   131:10 146:20
   147:1,14,22
   156:5 158:13
   164:11 166:2
   175:23 227:7
live   148:9
   176:14 220:11
llc   22:21 23:4
llp   1:15 2:4,11
load   150:3
   185:7
loaded   150:5

local   130:17
long   11:2 17:21
   27:15 32:3
   69:17 137:3,12
   137:12 141:19
   164:19 175:24
   204:4 226:12
   226:17
longer   35:8
   48:2 49:18
   57:7 149:5
   219:5,8
longleaf   223:19
look   8:16 15:9
   32:3 34:19,20
   34:20,22,23,25
   35:14 47:3
   48:21 49:22
   50:14,15 55:15
   56:21 59:10,11
   59:11 60:25
   69:6 75:20
   82:21 83:8
   84:1 91:7,22
   109:2 110:10
   111:12,24
   112:3,6 114:8
   118:5 127:7,18
   127:20 130:15
   133:3,24 138:3
   140:20,25
   142:23 143:7
   143:11,11,17
   144:2 145:20
   149:18,24

**[look - managed]**                                    Page 36

| | | | |
|---|---|---|---|
| 150:19 152:11 | 32:16,17,18,22 | 70:6 76:22 | **maintaining** |
| 154:12,14 | 32:24 33:2 | 159:25,25 | 39:21 |
| 156:16 162:6,9 | 49:15,18,23 | 199:15 201:19 | **major**  9:16 |
| 164:9 167:7 | 54:12 69:24 | 214:19 | 19:15 42:17 |
| 172:15 173:13 | 70:6 80:16 | **lots**  50:14,15 | 115:25 141:3,5 |
| 178:22 184:7 | 81:22 83:16 | **loud**  35:20 | **make**  8:18 |
| 190:20,23 | 87:17 134:13 | 59:18 | 33:24 34:24 |
| 194:2 208:14 | 134:14,23,25 | **low**  21:2,7,10 | 76:17 77:9 |
| 213:13,13 | 136:5 138:4,5 | 21:24 22:2 | 81:16,23 |
| 218:2 219:13 | 141:3 143:20 | 54:25 223:9 | 109:10 126:13 |
| 219:16 228:17 | 145:13,17 | **lower**  74:3 | 136:21,25 |
| 230:4 231:3 | 146:15 148:16 | 138:15,19 | 137:2 138:4 |
| **looked**  31:18 | 149:3 156:6 | 206:1 | 145:2,10 |
| 32:9 35:4 48:4 | 157:1,12,23 | **lowest**  136:12 | 154:11 164:11 |
| 48:5 63:5,6 | 158:4 161:14 | 136:19 137:9 | 173:23 180:24 |
| 70:11 73:22 | 169:15,19,24 | 137:11 138:8 | 181:4,25 182:3 |
| 74:10,18 75:22 | 174:5,16 | 138:10 155:11 | 185:24 191:16 |
| 75:24 83:3 | 184:11,19 | **lunch**  147:17 | 191:19 209:10 |
| 135:22 142:14 | 208:24 209:11 | 148:1 | 211:16,17 |
| 144:3 149:11 | 209:25 210:3,8 | **m** | 217:3 220:16 |
| 149:13 151:3,8 | 213:18 226:25 | **made**  12:3 | 220:17 226:17 |
| 161:2,24 165:8 | 230:10 231:10 | 39:21 73:9 | 230:21 |
| 165:19 166:10 | **looks**  62:20 | 133:13 161:5,6 | **makes**  36:15 |
| 166:25 167:15 | 169:6 | 165:13 181:1,5 | 177:20 226:19 |
| 167:17 168:1,7 | **loop**  3:6 | 187:18 188:13 | **making**  45:24 |
| 178:18 179:1,5 | **los**  9:3 | 189:14 203:7 | 180:21 182:16 |
| 188:11 189:9 | **losing**  61:4 | 216:6 | 212:18 |
| 189:12 203:5,5 | **loss**  128:13 | **magnifying** | **manage**  30:23 |
| 216:16 219:15 | **losses**  30:11,12 | 156:19 | **managed**  14:25 |
| 228:9 230:24 | 205:5 | **magnitude** | 15:1,2 17:15 |
| 230:25 231:1,2 | **lost**  30:5 | 12:24 54:13 | 17:21 22:25 |
| 231:10,12 | 203:19 206:5 | **maintain**  46:15 | 24:15 28:2 |
| **looking**  7:4 | 215:12 | **maintained** | 164:16,16 |
| 12:5 26:6 31:8 | **lot**  7:1 24:12 | 46:18 | 185:24 188:2 |
| 31:10 32:11,14 | 31:7,9 44:11 | | 190:5,13 197:3 |

[managed - mean]                                                    Page 37

226:24 229:9
**management**
15:3,18 18:20
19:15 27:6,23
29:7,8,11,19
30:5,20 40:21
41:6,21 45:8,9
45:18,21,23
46:13 72:9
114:7 115:25
117:18,20
120:7 164:19
166:20 186:9
189:16,22,23
190:7 223:4
227:22 228:7
**manager**  10:15
10:15 17:4
19:1 70:9
72:21 91:7
129:5 153:6
166:18 167:21
179:19 193:21
**manager's**
72:22 129:10
**managers**  15:2
16:10 18:5
44:17 69:17
167:24 185:24
200:19 202:15
204:8
**managing**
18:11,16,23
27:24 30:7
69:3,11,25

71:11 74:16
**mandate**  65:3
89:11,11
**march**  80:22
203:16,22
**maria**  2:14
5:24
**marin**  1:13
3:15 4:8 5:7
6:5,10,17 8:15
13:24 50:11
54:4 56:25
57:19,20 59:16
64:14,17 65:11
76:8 84:18
85:18 90:19
112:2,17
113:24 126:11
126:14 130:4
133:8 134:11
147:20 148:5
150:6,19
154:10 162:5
164:7 167:10
168:14 172:7
173:23 175:10
175:23 176:10
176:18 182:3
184:13 185:12
194:2 201:16
206:16 207:2
207:13 209:23
213:5,24
216:15 219:23
220:6 221:12

231:18,23
232:1,9 233:12
235:5 236:2,24
**marin's**  57:6
**mark**  207:6
**marked**  4:2
57:20 150:19
185:13 214:10
232:16
**market**  2:16
25:18 29:17
31:18,21 60:5
60:6,6 73:11
103:9 108:7
190:8 193:20
205:6
**marketing**
25:17 43:22
**marketplace**
31:1 96:21,25
101:24
**markets**  26:17
201:10 202:2
**marking**  8:2
**mary**  1:3 5:8
235:4 236:1
**mass**  107:14
**massachusetts**
224:4
**mat**  56:22
79:10 85:5
147:22 150:3
172:3 185:7
207:6 221:6

**mat's**  150:5
**material**  54:21
**materials**  22:10
69:23 70:4
85:2 106:8
141:14
**math**  99:4,5
112:18 168:24
**mathematically**
148:24
**matrix**  69:16
**matter**  5:8 6:2
56:11 195:10
195:12,14,23
204:16 206:12
**matters**  56:14
199:8
**matthew**  2:15
5:23
**max**  163:22
**maximum**
139:18
**mckenna**  2:15
5:23 56:23
79:12,20 172:5
185:9 207:8,14
221:7,9
**mean**  26:24
32:14 35:19
36:18 41:8
47:18 52:22
60:18 80:14
89:20 110:23
114:6 120:6
123:20 137:15

163:18 180:20
209:2 215:21
**meaning**  20:5
40:8 70:11
92:5,18,25
93:5,6 94:6,13
94:20 95:1
96:3,19 97:2
97:10 98:16,23
99:11,17,23
100:7,11,25
101:6,12,20,23
102:13,23
103:21 104:1,9
104:18,24
105:11 126:24
137:24 138:8
180:21 198:25
209:6 217:19
**meaningful**
136:1 198:10
203:14
**means**  41:14
95:19 98:7
103:7 105:5
111:2 148:16
152:15 155:14
158:12 162:20
**meant**  35:21
**measure**  64:8
141:18
**measured**
59:14 61:16,17
61:23,24

**measurement**
32:21 106:23
**measurements**
66:3
**mechanical**
191:21
**mechanism**
227:13,18
**mechanisms**
33:11 230:3
**medalist**  208:1
208:9,23
209:13,19
210:16,18,23
211:3,9,21
212:22,25
**media**  5:6
232:1
**median**  61:19
61:21 75:1
110:8 111:1
113:1,5,12,13
113:22 128:10
129:23 132:10
133:11 230:11
**meet**  132:8
150:10 158:15
159:23 162:19
171:16 190:21
198:24
**meeting**  16:19
16:24 17:9
45:4
**meetings**  16:9
41:15 42:9

45:12
**member**  41:7,9
41:11,12,17
228:4
**members**  112:7
**mention**  33:6
**mentioned**  8:22
38:10 48:20
83:25 127:11
189:11
**mentions**  85:1
**merely**  13:1
27:3 165:10
**merged**  44:15
44:16
**merger**  44:10
44:12,14
**mergers**  44:10
**merging**  42:16
**merits**  123:15
187:24 188:8
189:3
**met**  17:5 111:6
111:6 136:1
137:4
**methodologies**
18:22 19:14
32:12,13
114:19
**methodology**
12:5 133:20
134:3 135:9
138:24 139:9
165:2 170:4
171:19 212:2

212:16 213:1
**methods**
119:20
**metrics**  138:16
142:14 158:25
**mfs**  224:5
**middle**  24:7
26:19 43:16
91:8 97:18
170:17 185:22
222:24
**miller**  2:4 6:3
**millershah.com**
235:2
**million**  26:4
72:9 181:9
**millions**  12:25
**mimicked**  55:9
**mind**  48:12
142:12 147:17
**mine**  13:22
214:21
**minor**  161:9
**minute**  56:25
59:16 87:22
90:16 147:15
222:23
**minutes**  8:18
48:22 147:18
176:3 219:20
**misimpression**
97:17
**misinterpreted**
229:25

**mistake** 161:5
161:7
**mistaken** 58:5
**mistyped**
174:12
**misunderstood**
157:21
**mix** 200:14
**model** 169:10
**moderate** 79:1
80:19 81:11
82:15,19,22
83:9,24 84:4
84:20 224:20
225:5
**moderately**
225:14
**modified** 109:2
109:12 111:16
**moment** 42:25
56:23 67:9
79:12,15
119:24 134:25
135:1 145:3
157:25 161:16
166:14 215:6
**money** 17:21
19:15 26:10
**monitor** 15:14
15:16 18:8,11
18:15 19:12
20:1 45:4 50:5
52:15 68:1,8
68:11 69:21
74:13 86:3,8

86:24,25 89:13
114:16 120:21
121:2,5,9,12,16
121:20,23
123:7,22 127:1
**monitored** 46:5
50:7 89:24
**monitoring**
19:14 21:12
34:25 36:2
37:2,8,23
60:15 61:2,2
64:3 66:3 69:2
76:4 87:8
124:5 152:16
152:22 178:2
208:18 226:1
228:21 229:1,3
229:5,12,22
**months** 10:21
10:23,25 30:19
30:19
**morgan** 1:14
2:11 5:21,23
5:24,24 15:3
16:22,25 17:20
18:14,24 19:3
19:7,12 42:20
44:15 153:11
154:21 156:16
158:6,24,25
159:9,11
160:13 161:25
162:15 163:2,7
163:9,12

165:14 171:14
183:22 184:5
213:21
**morgan's** 18:19
**morganlewis....**
2:19
**morning** 5:4,20
6:3
**morningstar**
70:6 77:2
78:25 79:1
80:19,20 81:11
81:13 82:14,19
82:21 83:8,23
84:4,5,20,20
106:25 109:5
109:21 135:23
140:22 164:22
169:23 181:3
189:10 190:12
208:1,9,17
209:6,19
210:23 211:3
211:10 212:22
212:25
**morningstar's**
208:5 210:7
**mortgage**
30:10
**motivated**
111:22
**move** 61:18
122:3
**multi** 25:23
143:1 153:6

**multiple**
193:11
**murky** 177:13
178:3 180:7
182:12,12,13
**mutual** 11:20
15:7,10 17:25
24:23 25:8,20
26:12 28:5,7
31:7 44:12
45:25 46:10
156:11 176:20
190:6

**n**

**n** 3:14
**name** 5:13 22:6
24:16 50:22
51:1 56:8
91:12,14
117:16 119:2,7
119:17 172:4
227:1
**named** 234:5
**names** 22:17
118:7
**narrow** 109:8
**narrowed**
109:23 111:17
135:24
**nature** 132:9
**nearly** 192:24
193:6
**necessarily**
179:13 209:7
209:14 210:2

210:12 211:4
**necessary** 87:9
**need** 8:1 14:19
14:24 33:25
35:20 66:15
89:4,23 130:12
137:13 162:6
173:12 181:12
201:16 215:13
**needed** 29:23
171:11,16
**needs** 49:8
63:14 132:10
132:11
**negative** 54:15
54:18 61:24
63:21,22 66:8
66:23 67:1
73:12
**negotiate** 29:14
**negotiated**
180:6 181:18
**net** 55:6,17,20
56:19 61:17,19
74:2,25 138:12
138:19 181:20
206:4,6
**never** 14:25
41:10
**new** 22:20 23:4
23:10,14 24:9
107:11,13
137:21,22
172:8

**nice** 85:9
**nichols** 3:11
5:13
**nine** 68:16,19
68:20,21,22
70:12 71:5
82:4 105:11
152:2,12 153:8
153:8,11,12
154:7 218:8
**non** 9:25
**nonexistent**
145:14
**norm** 66:5 74:1
**normal** 17:20
19:14 34:25
35:4,5 39:3
51:23 53:11
64:8 87:9
106:21 107:4
**normally**
149:20
**north** 3:6
**note** 235:10
**noted** 76:22
160:21
**noticed** 76:23
**noticing** 5:18
**notified** 129:5
**notion** 133:10
**november**
234:21 235:3
**number** 5:10
28:5,7 32:4
51:24 54:16,18

55:17,20 59:13
59:19 80:8
81:19 84:15
89:5 116:24
142:16 157:14
157:15 161:6
165:4,5 173:21
175:15 197:24
203:1 217:10
217:16 228:15
232:1
**numbers** 55:7
56:17 80:10,16
81:23 129:11
143:16 157:12
163:17,20
**numerical**
76:24 133:6
135:8 181:23
218:14
**nuveen** 153:14
154:24

**o**

**o'clock** 85:13
**oath** 148:6
176:11 220:8
**object** 16:8
17:12 37:16
39:9 40:4
50:20 52:11
53:7 59:2
64:22 65:17
70:25 71:8
72:16 78:12
86:10 87:2

88:2,12,17
89:1 118:11
125:1,18 132:2
132:18 133:15
138:18 146:22
147:3 178:13
178:21 179:3
179:12 181:16
182:7 183:14
199:22 208:19
212:6 217:22
218:13 219:2
226:4 227:11
227:19 228:13
229:7
**objection**
124:12 226:9
**objective** 46:16
46:21 60:4
**objectives** 58:8
**obligation**
148:8 176:13
220:10
**observation**
132:24
**observations**
219:10
**obviously**
51:25 77:7
145:21 165:13
218:10
**occur** 191:17
**occurred** 16:23
44:10,11 63:20
69:14

| | | | |
|---|---|---|---|
| **october** 1:16 | 222:13 | 80:17 85:25 | 158:22,22 |
| 5:1,5 27:2 | **okay** 6:18,20 | 86:21 87:4 | 160:9 161:12 |
| 57:22 | 7:7,12 8:4,19 | 88:8 90:3,3,6 | 161:17,23 |
| **odd** 10:19 | 8:20,20,21 | 90:11,14,18,24 | 162:4,9,12 |
| **offer** 30:25 | 9:18,22 11:16 | 91:6,21 92:1,9 | 166:5,6,16 |
| 31:11,20 40:16 | 12:13 13:2 | 92:21 93:9 | 168:16 169:14 |
| 40:19 44:25 | 14:18 15:6,23 | 94:5,16 95:4,7 | 169:19 170:3 |
| 82:15 188:3 | 16:2,5,18 17:8 | 95:15,23 97:6 | 170:15 171:17 |
| 195:15 204:3 | 17:14 19:4,11 | 97:22 104:13 | 172:12,25 |
| 205:19 206:18 | 19:18,24 20:12 | 105:14 106:3 | 173:6,20,25 |
| **offered** 23:21 | 22:5,19 24:1,8 | 106:17 112:19 | 174:5,14 175:3 |
| 28:10 34:24 | 27:16 28:4 | 112:24 117:14 | 175:8,13,17,22 |
| 39:18 44:3,4 | 35:18,24 36:7 | 118:2,16 119:9 | 176:23 177:2,8 |
| 186:18 197:15 | 36:25 37:6,11 | 119:13 120:10 | 178:10,25 |
| 199:11 217:8 | 38:4,18 39:4 | 122:6,21 123:2 | 179:7,25 |
| 219:1 225:22 | 40:14 41:19 | 123:25 124:8 | 180:12 184:18 |
| **offering** 33:11 | 44:24 45:10,14 | 125:9,10,12 | 184:21 185:7 |
| 72:1 214:25 | 47:1,4,24 | 126:8,20 | 185:21 186:20 |
| 215:18 | 48:15,19 49:20 | 127:10 128:1 | 187:21 188:22 |
| **offerings** | 50:25 51:7,11 | 129:21 130:19 | 189:1,19 190:3 |
| 186:22 216:5 | 51:15 52:7,18 | 131:8,22 | 191:1,4 192:13 |
| **offers** 186:22 | 53:3,22 54:1 | 132:22 133:25 | 193:8,14 194:3 |
| **offhand** 12:12 | 55:1,25 57:8,9 | 134:5,17,24 | 194:21 195:5 |
| 22:18 | 57:15,16,17 | 136:8,23 139:4 | 199:25 200:2 |
| **officio** 41:7,8 | 58:11,22 59:6 | 140:9,14,19 | 201:5,15,20 |
| 41:11,12 228:4 | 59:10,18,24 | 141:13,23 | 203:15 205:13 |
| 228:6 | 60:14,17 61:14 | 143:6,10,18 | 206:20,24 |
| **offsets** 182:14 | 61:14 62:6,23 | 144:4 146:6 | 207:16,24 |
| **oh** 15:16 56:6 | 63:4,16,25 | 147:22 150:3 | 208:22 210:10 |
| 57:11 80:14,16 | 65:22 67:13,16 | 150:18,23 | 211:7 213:19 |
| 101:17 105:18 | 67:21 68:14,17 | 151:11,14 | 214:15,21 |
| 127:22 155:9 | 69:8 72:5,19 | 152:24 154:16 | 215:9 216:8,13 |
| 157:17 160:3 | 72:25 73:13 | 155:13 156:15 | 216:17,24 |
| 180:12 185:1 | 74:4,23 78:3 | 157:6,11,17,25 | 218:9 219:19 |
| 188:21 195:5 | 79:9,22 80:13 | 157:25 158:4 | 219:22 221:4 |

[okay - overriding]    Page 42

221:18,25
222:8,8,14,16
225:21 228:8
231:16,19
**older** 137:10,19
**oldest** 136:12
**once** 17:5
135:20 180:5
**ones** 28:18 44:6
49:14 67:11
70:17,18 71:21
71:24 76:11,12
82:12 107:1
154:4 165:20
171:4 173:14
189:12 207:3
220:19,21
221:23 225:19
**ongoing** 31:7
89:25
**online** 157:6,7
**open** 73:17
172:21,21
185:12
**opened** 222:13
**operating**
25:20
**operation**
227:22
**operations**
42:17 45:18
**opinion** 36:9,15
37:22 48:24
49:1 50:13
72:1 76:21

79:7 82:15
83:25 107:18
110:1 131:15
186:3 205:19
206:12 221:2
229:21
**opinions** 12:1
12:18 38:20
39:18 56:11
76:18 77:8,10
77:13,14,23,23
160:23 161:11
185:17 195:23
197:12 199:8
204:1,16
**opportunities**
196:4 224:10
**opportunity**
160:11
**opposed** 46:12
111:11 117:11
145:17
**opposing** 11:11
56:15
**optimization**
169:10
**option** 67:25
68:3 73:16
74:16 126:25
128:8 129:19
180:4 196:11
216:11 221:2
**option's** 61:19
74:7,25

**options** 10:5
18:8,9 23:3
33:21 34:4
35:7,13 36:2
41:4,20 42:2
42:15 45:4
52:10 60:1,9
60:12 71:6
72:8,8 81:7
123:14 180:14
187:25 188:9
189:4,5 197:15
197:16 199:10
199:11 208:10
208:11,12
219:1 221:23
222:2,17
228:11,21
231:10
**orange** 9:4
**order** 12:24
71:19,20
105:16
**organization**
74:16
**organize** 60:19
**orient** 81:4
91:23 151:2
221:12
**oriented** 43:23
43:24
**original** 162:1
**ostein** 223:25
**outcome** 12:20
12:22 89:14

110:21 119:16
160:22 161:10
168:22
**outcomes** 118:8
**outflows**
164:25 206:6
214:3
**outlier** 203:8
**outliers** 141:5
**outperform**
210:19
**outperformed**
81:10,12,13
84:4,5 92:19
94:13 95:1
96:3,6,20,24
97:10,14 98:7
98:10,16,20
99:11,17,23
100:11,25
101:12,20
105:12
**output** 141:18
**outside** 15:2
112:15 132:4
187:10,11
**overall** 23:2
25:17 27:25
73:10 144:3
179:22 214:5
**overlaid** 230:19
**overlap** 136:2
**overriding**
39:12

**[own - particular]**                                                    Page 43

**own** 8:11,11
14:25 15:13,14
18:3 30:2
46:18 77:13,15
106:11 108:9

**p**

**p** 2:12
**p.m.** 231:25
232:19
**pacific** 223:4
**packages** 22:10
**page** 3:16 58:4
58:5 59:13,13
59:19,21,22
60:11,11,22
61:15,18 62:3
63:6 67:22
68:15 80:7,10
80:11,16 81:25
83:12 84:16
85:22 90:19
91:9 93:11
95:5,5 97:23
100:2,20
103:15 120:15
120:16 127:20
127:23 134:6
134:10 156:23
157:2,12,13,23
158:1,2 161:20
162:7,9,11,13
168:18 169:15
169:24,25
170:1,14,17
174:16 175:15

184:11,14,18
184:20,21
194:25 216:17
216:18,21,22
222:7,9,10,12
222:14,24
223:12 225:1,4
232:20 236:4,7
236:10,13,16
236:19
**pages** 50:4
60:21 76:23
90:20 134:14
157:1,8 160:6
222:12
**paid** 176:25
179:10
**pandemic**
205:7
**panel** 11:10
**panels** 11:15
**paper** 172:16
**parade** 44:5
**paragraph**
35:11,17 36:1
36:9 37:2,8,18
37:24 38:6,7
39:7,25 46:24
47:2 48:25
49:7 52:4,20
53:5,16 56:20
58:17 61:7,15
62:11,24 63:5
63:18 64:2
65:14 66:6,13

67:24 86:6
87:23 88:3,4,9
88:14 106:2,4
110:7 111:3
115:8 117:10
118:17,19
122:18 123:19
123:20 131:25
132:14 134:16
134:22,23
136:9,9 138:22
144:7,12 146:3
146:10 151:6
152:18 159:6,7
166:4,6,16
167:8 172:17
172:18,19
185:20,22
186:6,8 187:22
189:2,18,20
190:15 192:14
194:2,4 197:1
198:7 200:1,11
200:13,23
201:1 202:14
203:16 204:23
205:2,12,14
206:1 207:18
207:25 211:12
214:7,13,16,20
215:15 226:2
231:4
**paragraphs**
177:10 229:6

**pared** 108:2
**parentheses**
73:17 172:21
172:22
**parse** 156:2
**part** 26:15 31:6
31:17 41:21
44:23 69:6
73:21 106:14
130:8 155:6,17
164:14 185:2
191:23 208:17
211:20 216:1
228:2
**participant**
13:24 27:11,18
225:13 227:24
230:7
**participants**
10:12,18,19,21
12:24 33:11
35:9 43:14
138:13 166:20
168:8,11 178:5
192:17 195:16
196:11 199:12
204:3 206:14
206:18 216:11
230:7
**participate**
20:9 202:15
**participated**
117:1,4,8
**particular**
10:11 73:12

92:25 97:21
107:6 114:23
117:18 119:21
137:2 164:20
184:11 226:13
**particularly**
107:9 115:13
133:7 213:2
**partners**
223:19
**party** 28:10
**pass** 158:12
**passed** 63:17
110:6 111:2
159:16
**passive** 34:22
**passively**
164:16
**past** 137:24
209:8,10 210:1
**path** 32:16 33:2
33:12 43:19
141:1,10 193:5
194:5 200:5
201:7 203:3,4
204:11
**paths** 140:20
140:23 141:4
192:23 203:5,8
203:10
**pause** 35:23
59:16 76:6
116:11 206:25
207:15 215:8
221:8

**pay** 177:4
179:9 180:14
**paying** 102:7
226:13
**payroll** 22:25
24:14
**pc** 33:11
**pdf** 58:5,6 80:7
90:20 97:24
100:2 134:14
156:24 157:12
162:8,10
169:15 174:16
184:13,20
**peer** 36:21
61:20,21 73:17
75:1,14,17,18
75:20,24 76:2
87:20,21 106:1
106:5,7,11,12
106:21,24
107:1,19 108:2
108:3,4,8,9,15
108:23,25
109:4,19,20,21
110:1,3,4,4,8
110:19,21
111:8,11,12,24
128:10 130:25
132:6,20,23
133:5 136:3
141:6 155:6
230:10,11,25
231:11,12

**peers** 107:22
108:7 204:12
**penalty** 233:2
234:17
**pennsylvania**
2:7,17
**pension** 8:21
21:18 25:17
26:21 27:3
29:15,16,17,17
**people** 15:1,18
29:11 31:20
33:23 34:2,6,8
56:3 77:8 83:3
116:24 117:17
128:14 167:5
181:24
**perceived**
210:6
**percent** 11:24
11:24 36:16
76:20,20 77:13
82:2,3 83:21
91:24 92:19
93:1,7,20 94:7
94:14,20 95:1
95:10,17,19
96:3,7,20,24
97:2,10,14
98:7,11,16,20
98:23 99:11,15
99:17,23 100:7
100:11,25
101:6,12,20,23
102:14,23

103:8,11,21
104:1,9,18,24
105:5,9 110:16
111:2 132:15
132:17,19
133:5 152:3
190:13 196:19
201:8,22 202:5
206:22
**percentage**
110:17 131:23
133:4
**percentile** 92:6
92:23 93:4
94:11,18,24
96:1 97:8 98:3
98:14 99:21
100:5,15,18,23
101:4,10,18
102:3,11,21
103:2,5,19,24
104:5,7,16,22
105:3 129:9
130:20,25
**perfect** 212:20
**perfectly** 43:21
**perform** 115:3
**performance**
12:6,6 16:10
16:13 31:14,19
34:21 46:5
47:8 49:18,23
49:23 50:15,16
51:17 55:3
59:8,14 60:7

[performance - plan]                                                    Page 45

60:23,25 61:3
61:16,17,19,23
62:18 63:10,15
63:23 64:9
65:6,8,12 66:3
66:22 75:1,6
75:13,14,18
78:5,24 91:1,8
91:22,24
105:21,24
106:22 107:5
108:22 109:8
109:16 110:14
112:13 113:14
113:22 114:9
114:12,21
121:22 122:8
122:12 125:23
128:9,12 129:8
129:9,10,23
131:20 138:16
138:19 144:22
148:18 151:8
155:7 179:16
189:12 197:1
198:1,9,25
199:16,21
209:14,20,20
210:1,6,13
211:11 213:3
228:17 229:11
230:25 231:2
231:12
**performed**
92:25 94:20

95:20 97:3
98:24 101:7,24
102:23 104:10
110:8,25 114:3
151:20 152:3
152:12 153:8
153:12,15,18
153:20,24
154:2
**performer**  94:6
**performing**
108:6 113:18
133:10,11
**performs**
113:25
**period**  11:23
17:17 18:1
21:16 22:24
23:24 24:2
33:4 40:9
44:21 49:18
50:18,19 51:1
51:2,3 52:13
73:8 83:15
91:2 95:2
97:21 98:2
111:21 118:21
119:25 120:3
121:11 131:12
140:6 146:24
182:18 186:18
198:5,8 212:5
218:19 219:6,8
219:16,17
221:19,24

229:21,23
**periods**  127:13
**perjury**  233:2
234:17
**personal**  18:4
77:10
**personally**
116:23
**perspective**
230:6
**pertains**  88:21
**pharmaceutic...**
11:18,22
**phenomenon**
107:12
**philadelphia**
2:7,17
**phone**  17:6
**phraseology**
50:6
**physical**  157:1
**pick**  106:18
112:21 132:24
147:8 163:8
180:16
**picked**  44:11
226:25
**picking**  141:22
**picture**  179:22
**place**  30:21
60:18 62:2
67:25 86:8
130:9 166:4
**placed**  47:11,21
47:23 49:8

58:14,18 61:8
61:12 65:16
66:9,24 68:11
70:23 86:17,25
87:24 88:5,20
130:5
**placement**
88:25
**places**  165:23
190:6 214:19
**placing**  68:7
86:2,24
**plaintiff**  2:3 6:4
8:25
**plaintiff's**
187:19
**plaintiffs**  1:4
77:11 205:2
**plan**  4:14,16,18
10:8,14,17,19
14:7,7,8 20:4
20:14,16,16,18
21:4,5,12
22:23,25 23:4
23:10,12,15,21
23:23 24:15,18
25:3 27:9,14
27:18,20,25
28:15 33:14,20
33:21 34:3,4
34:14 35:8,9
36:3,5,10,12,13
36:16,23,24
37:4,12,22,25
38:8,21,22,24

**[plan - post]**

Page 46

| | | | |
|---|---|---|---|
| 39:5,6,12,20,22 | 228:9,10 230:6 | **played** 11:6 | 85:1,19 89:16 |
| 40:2,17,21 | **plan's** 60:9 | **please** 5:17,19 | 89:18 109:15 |
| 41:1,4,24,25 | 177:1 | 6:7 7:5 19:6 | 120:8,22 |
| 42:3,10 43:2 | **planning** 31:10 | 186:6 | 122:22 123:3,6 |
| 44:3 45:16 | **plans** 13:24 | **pleased** 12:22 | 123:12 124:23 |
| 49:22 51:4,8 | 14:4,12 20:9 | **plenty** 115:1 | 124:25 125:8 |
| 51:10,12 54:10 | 25:17,19,25 | 116:2 | 126:15,22 |
| 70:2 71:7 72:2 | 28:3,11 29:15 | **pluck** 166:3 | 127:4 133:9 |
| 81:7 88:1 91:3 | 29:16 36:11,14 | **point** 14:11,12 | **poor** 197:1 |
| 106:9,22 | 36:18,22 38:5 | 23:13 26:11,22 | **pop** 166:2 |
| 107:16 108:17 | 38:15,17 42:18 | 26:24,25 30:17 | **portend** 209:14 |
| 108:19,21 | 42:19,20,24 | 32:2 54:7,16 | 210:12 211:14 |
| 111:10,12 | 44:4 45:24,25 | 54:20 59:7 | **portfolio** 17:20 |
| 128:8 129:19 | 46:8 49:3,6,11 | 60:3 62:2 63:7 | 35:2 69:3,11 |
| 130:18 134:1 | 49:12,16 50:14 | 65:23 69:1 | 69:25 70:9 |
| 136:23 142:10 | 50:15,16,22,22 | 85:8 105:21 | 71:11 196:16 |
| 150:16 155:20 | 53:23 67:5 | 112:2 122:1 | 197:4 198:9 |
| 170:21 171:7 | 89:18 105:23 | 123:10 127:9 | 199:1 200:18 |
| 171:10,11,21 | 131:2,16,19 | 133:8 145:1 | 223:21 |
| 171:25 176:25 | 133:19 134:2 | 147:6 148:23 | **portion** 78:22 |
| 177:3,4 180:21 | 139:8 176:21 | 159:19 219:3 | **portions** 22:14 |
| 180:25 181:13 | 177:13,15 | **pointing** 208:1 | 22:15 |
| 183:13 192:17 | 179:8 180:9,13 | **points** 54:7,8 | **posing** 125:2 |
| 195:13,15,25 | 180:16 206:17 | 54:17 174:23 | 126:13 |
| 196:2,10,11 | 208:16 214:25 | 175:5,7,19 | **position** 26:7,9 |
| 197:14 199:11 | 215:18 217:7 | **policy** 4:4 37:3 | 29:9 30:18 |
| 204:2,3 206:14 | 217:12,13 | 48:20,23 50:12 | 145:11 |
| 208:8 209:21 | 218:3,10,11,15 | 53:6 56:21 | **positioning** |
| 209:22 211:23 | **platform** 25:11 | 57:1,22,25 | 209:10 |
| 216:5,10 | 26:5,8 27:4 | 58:19,24 62:25 | **positions** 194:6 |
| 217:20,23 | **platforms** | 63:6 64:4,16 | 197:3 |
| 218:25 220:20 | 25:17 | 64:20,24,25 | **possibilities** |
| 221:1,14,15,19 | **play** 23:9 27:17 | 65:25 66:1,10 | 210:9 |
| 222:18 225:23 | 149:22 | 67:14 70:21 | **post** 43:16 |
| 227:10,23 | | 72:13 74:24 | 138:2 |

**potential** 4:8
15:21 144:6
150:6 151:18
152:1 154:5
169:21 171:23
**potentially**
182:17,18
220:20
**practical** 86:22
116:3
**practice** 87:10
119:22 230:19
**practicum** 22:9
115:24
**practitioners**
116:2
**pragmatic**
107:10 109:9
**preceding**
122:9,13
**predict** 209:3
**predicting**
212:4 213:3
**predictive**
114:19 115:17
119:20 210:23
211:14 212:9
212:12
**predictor**
114:11
**predictors**
211:10
**predominantly**
63:22 190:5

**prefer** 57:5
**preferences**
205:16
**premier** 222:20
222:25 223:1
223:17,23
224:2,7,12
**preparation**
27:4
**prepare** 68:21
**prepared** 75:12
**preparing** 58:1
75:21 76:8
90:9 160:3
**present** 3:10
165:20
**president** 204:9
**press** 57:7
196:15
**presumably**
159:20 209:9
**presume**
111:22
**presuming**
52:12 113:18
127:7
**pretty** 71:23
79:23 89:17
173:17,19
**prevalent**
53:19 111:10
**preview** 164:8
**price** 153:23
154:19 155:11
183:21 184:5

213:11
**priced** 223:9
**pricing** 4:10
**primarily**
193:20
**primary** 51:22
53:10 138:8
**prime** 9:1,14
**primecap**
223:15
**principal**
153:17 154:22
154:22,23
**print** 8:10
157:7
**printed** 173:4
**printing** 156:20
**prior** 73:8
210:5 234:5
**private** 25:12
**probably** 17:4
17:5,6 24:5,7
24:12 33:24
119:15 173:13
173:18
**problem** 7:3
77:7 107:1,20
116:10 203:8
**problemistic**
115:15
**procedure** 50:8
234:8
**proceed** 6:8
**proceeding** 6:5

**proceedings**
35:23 76:6
116:11 206:25
207:15 215:8
221:8 232:19
**process** 31:17
50:4 58:9
63:14 64:6
65:24 67:20
69:7 73:22
85:24 87:8
89:3,16 106:15
107:5,7 120:14
122:19 150:11
182:16 189:15
212:15 229:1,1
**processes** 35:1
58:8
**produce** 212:19
**produced**
63:21,22
**produces**
213:14
**product** 33:10
46:18 91:12,14
**products** 31:20
46:22
**professional**
15:20 64:8
71:11
**professionals**
69:3,11,25
71:13
**professor**
115:24 117:23

**profit** 4:13,15
  4:17 221:15
**program** 169:5
**projections**
  208:4,24 209:5
  209:12,25
  210:3
**prolific** 80:9
**promotes** 205:4
**prong** 135:18
  135:20 136:4
  211:18 219:7
**pronged**
  135:17 144:17
**proprietary**
  46:17,22
**pros** 157:4
  165:23 166:13
**prospective**
  169:22
**provide** 181:18
**provided** 7:21
  43:17 52:5,9
  55:8,9 56:16
  69:19 75:11,14
  82:12 84:11
  87:18 90:7
  91:1 96:10
  106:8,12,19
  108:9,13
  109:25 110:5
  112:10 119:23
  169:23 179:18
**provider**
  106:25 186:10

**providers**
  106:24 107:4
**provides** 65:5
  87:13 107:25
**providing**
  46:16,21 85:2
**province**
  156:12
**provision** 58:12
  65:24 107:24
  124:9
**prudent** 49:17
  198:17
**prudential** 7:18
  9:6 13:9 49:14
**public** 8:23 9:2
  9:9,16,21,21
  10:1 13:6
**publication**
  210:18,24
**published**
  119:11
**pull** 22:14
  79:22 85:18
  184:13
**pulled** 22:9
  161:5
**purchasing**
  188:12
**purity** 145:19
**purporting**
  180:24
**purpose** 110:11
**purposes** 31:10
  108:25 109:2

  170:7 178:1,7
  189:7
**pursuant** 234:6
**push** 46:17
**pushing** 46:21
**put** 14:10 15:19
  50:1,16 69:21
  70:14,20 74:12
  77:3 89:2
  107:6 120:21
  123:8 145:11
  172:5
**putnam** 223:21
**putting** 48:13
  50:5 59:9 67:5
  88:15 89:12
  107:3,19 109:4
  114:16 147:5
  211:8

---

**q**

**q1** 120:24
  123:5 124:11
  124:25 125:16
  127:5 146:8
  219:13
**q2** 121:8
**q3** 121:14
**q4** 4:6,9 85:5
  121:22 140:7
**qed** 65:6
**qpa** 112:4
**qualified** 26:12
**qualifies**
  182:11

**qualify** 187:15
**qualitative**
  54:11 60:21
  89:23 107:7,17
  113:20 114:9
  137:4 141:17
  165:8,19,21,22
  166:1,8,13,17
  166:22 167:7
  167:17 182:24
**quality** 66:25
  66:25 88:18
  212:9
**quanta** 1:6 3:4
  5:8,25 36:10
  36:12,16 37:3
  37:12 38:7
  48:21 50:10
  52:9 54:9
  57:23 70:2
  71:6 72:2
  73:22 75:7,9
  75:14 89:17
  95:9 96:10,10
  106:9 107:9,16
  108:19 124:3
  142:10 170:21
  180:25 182:1
  188:8 220:20
  221:1 230:16
  231:12 235:4
  236:1
**quanta's** 95:8
**quantify** 54:9
  165:10

**quantitative**
54:13 59:12
60:2,21 71:21
71:22 89:23
181:5 182:24
183:1,3
**quantities**
193:22
**quarter** 81:22
90:6 110:13
112:14 120:18
120:20,24
121:5,19 122:9
122:13 123:23
126:16 127:8,8
132:15 139:2
144:22,23,24
145:13 146:1
146:15 152:20
152:22,24
**quarterly**
15:15 16:7,15
49:19 52:6,8
52:25 55:8
64:11 65:5
75:11 82:12
85:6 106:8
110:5 177:24
179:18
**quarters**
110:11,14,17
121:24 122:3
122:24 123:7
123:13,22,23
125:22 127:1,2

128:4,11,12,13
128:18 129:1,9
129:13,13,14
130:3,5 131:4
131:9,12,18
146:10 152:23
**question** 11:5
19:5 36:1 39:9
47:14,24 50:11
50:12 52:11
60:19 61:5,5,6
61:11 64:13,22
67:3,4 109:11
111:14 112:18
113:16 114:13
114:24 116:7
116:12,14
117:6 124:20
124:21 125:5,6
125:11 126:6,9
151:1 156:2
157:22 161:15
169:4 181:21
214:9 215:10
220:15 227:19
228:13,15,18
229:7
**questions** 11:10
11:11,14
231:17,22
**quibbling** 89:9
**quick** 59:10
213:13
**quickly** 173:17
201:2

**quite** 65:7
184:8
**quote** 67:25
68:1,1,2 86:3,3
86:3,4 128:6
172:21,22
177:17 205:3
**quoting** 142:13

**r**

**r** 236:3,3
**r6** 139:1 156:18
156:22 158:6
158:25 159:9
162:1,16,18,23
162:24 163:3,3
163:7 165:14
**raise** 133:8
**raised** 14:22
161:19
**ran** 41:5
**range** 30:12
141:20
**ranges** 11:23
**rank** 71:19,20
92:2,3 93:22
93:22 135:11
169:8
**ranked** 92:13
92:23 93:19
94:1,10 95:10
95:16,25 96:17
98:3,14 99:9
100:11 102:2
102:11 103:2
104:15 105:3

139:5,9 159:1
**ranking** 92:10
102:6 105:24
128:10 169:2
171:19 172:1,1
**rankings** 36:21
106:1 129:10
129:23 162:14
**rather** 42:21
66:16
**rating** 211:21
**ratings** 164:22
208:1,9,24
209:14 210:16
210:18,23
211:9 212:22
212:25
**ratio** 36:19
40:9 61:22,24
62:12,17 63:8
63:9,13,21
65:2 66:9,20
66:23 67:1
73:15,16 88:10
118:18 119:2
138:17,17
139:13,24
140:3 162:20
163:14 164:1,5
169:17,21,22
175:19 181:20
230:12,13
**ratios** 32:19,20
32:20,24,24
34:20 36:20,20

163:1,2 170:5
170:6,9,11
231:1,2,11,13
231:13
**reached** 150:17
**read** 35:18,19
35:20 59:17,18
66:2,12,17,19
68:4 72:23
73:19 77:13
112:1 115:1
128:5 154:8
169:13 184:8
215:3,9 235:9
**readily** 165:8
**reading** 22:10
102:5 110:12
129:18,20
154:11,13
201:2
**ready** 201:20
**really** 6:24
28:21 29:7
107:21 112:2
151:1 165:3
177:15 216:1
218:23
**reason** 51:20
51:22,23 53:4
53:10 59:3
64:23 70:14
73:4 74:12
102:7 106:20
143:9 144:19
159:24 162:25

163:1,4 182:10
187:15 191:16
191:21 212:24
221:22 227:5
235:11 236:6,9
236:12,15,18
236:21
**reasonable**
31:15,16 39:7
54:18 58:25
71:4
**reasonableness**
141:20
**reasonably**
89:19 107:11
226:23
**reasons** 30:1
148:17,18
187:14
**rebalancing**
17:20
**rebate** 177:17
181:19
**rebut** 216:2
**rebuttal** 4:12
56:15 77:25
147:12 160:18
160:25 161:13
183:23 185:5
207:6,18 214:9
216:20 217:1
**rebutting** 219:4
**recall** 12:12
23:3,5,6,8 26:4
27:13 28:18

31:23 32:1,5,8
32:11,13,14,15
32:17,18 33:2
33:15,17 41:20
46:7 111:5
117:17 118:7
119:16 161:18
225:18 227:25
228:23
**receipt** 235:17
**receive** 181:11
**received** 12:23
29:10 70:2
93:15 177:18
181:8
**recent** 49:14
**recently** 7:14
44:15
**recess** 85:14
148:1 176:6
220:2
**recipient** 20:8
**recite** 16:4 19:9
**recognize** 7:2
**recognized**
67:1 88:19
**recollection**
8:12 161:14
**recommend**
213:20,23
**recommendat...**
45:24
**record** 5:5,18
8:3 85:12,15
93:25 120:11

144:1,2,3
147:24 148:2
171:15 176:4,7
219:25 220:3
231:24
**recorded** 5:6
11:6,7 54:17
**recordings**
11:13
**recordkeeping**
177:1,5 179:1
179:5,10
**records** 118:6
**red** 73:12
**reduce** 138:12
**reduced** 234:11
**reference** 7:25
8:10 12:9
42:25 56:14
79:13 81:18
86:11 119:25
127:17 129:2
131:5 173:21
177:19
**referenced**
11:23 62:19
73:8 184:2
219:8 229:20
235:6
**references** 36:5
107:17 216:6
**referencing**
8:19 36:4
108:19 209:18

| | | | |
|---|---|---|---|
| **referred** 58:1 232:16 | 109:19 110:16 203:6 | **remotely** 5:12 234:11 | **replaced** 213:6 213:10 |
| **referring** 120:5 183:9 216:20 217:1 | **relevance** 113:21 180:18 **relevant** 47:20 | **removal** 81:6 87:9 123:24 124:10,14,15 124:17,24 | **replacement** 69:16 150:15 155:15 180:3 **replacing** |
| **refers** 130:11 **refined** 136:11 230:16 | 60:15 70:4 79:5 106:22 107:9,19 108:2 | 125:13,16,21 126:1,4,17 127:5,9 129:13 | 123:15 **report** 4:3,5,7 4:12 7:21,24 |
| **refinements** 137:7 | 108:14 109:24 110:21 111:7 | 144:6,11 146:2 146:3,9,13 | 8:6,17 35:11 35:14 37:7 |
| **reflect** 143:16 210:1 | 111:24 120:2 131:1 132:4 | 151:5 152:17 152:22 219:7 | 39:8,25 46:24 47:2 52:4,21 |
| **reflected** 142:14 177:11 | 136:14 181:21 182:5 192:21 | **remove** 35:7 131:3,16 | 52:25 54:5 58:2,17 61:7 |
| **reflective** 73:10 **refresh** 79:18 228:24 | 197:12,14 215:22 **relied** 64:15 | **removed** 81:6 91:3 123:4,11 128:18 131:20 | 62:7 66:6 68:18,21,22 69:5 70:18 |
| **regard** 23:9 70:10 145:5 149:16 | **rely** 117:3 203:21 **relying** 88:14 | 148:25 195:13 195:24 196:10 197:14 199:10 | 72:1 74:19 75:21 76:8,18 76:20,23 77:25 |
| **regarding** 160:13 | **remain** 122:23 **remains** 123:9 | 204:2 206:13 216:10 217:20 | 78:1,4,9,16 79:11 81:18 |
| **regular** 16:9 23:13 31:19 227:10 | **remember** 17:9 22:17 23:21,25 27:15 30:16 | 218:20,25 **removing** 114:16 | 82:24 83:4 84:19 86:6 89:6 90:6,9 |
| **regularly** 17:1 **regulatory** | 32:22 42:2,11 42:12,14,22,23 | **render** 192:15 **repeat** 11:12 | 106:2,16 108:1 110:7 111:3 |
| 166:17 **relate** 166:17 204:14 | 44:2 52:19,23 52:23,24 75:8 119:10,18,19 | 18:2 19:6 53:8 105:18 **rephrase** | 113:23 115:5 117:10 122:18 124:16 131:25 |
| **related** 62:12 112:12 184:4 | 161:21 175:24 **remembering** | 126:10 **replace** 139:1 | 132:15 134:6 134:12,13 |
| **relates** 20:24 **relative** 47:10 60:7 63:14 | 119:25 **reminding** 9:24 | 213:16 | 138:22 140:12 141:4,10,15 |

142:1 146:4
147:11 150:25
151:4,10
152:18 154:5
154:13 155:3,5
156:23 157:5
158:20,21
159:5 160:4,15
160:25 161:2,4
161:13,14,19
161:20 162:1,5
162:15 165:18
165:23 166:12
168:14,17,22
170:8 171:19
172:16 173:11
173:16,24
174:3 175:9,19
177:11 182:20
184:6,8 185:5
185:18 186:3
194:16 197:23
199:9,19
202:23 203:17
203:22 205:20
207:4,7,10,19
207:25 210:13
210:22 211:12
211:13 213:5,9
214:7,8,9,20,24
215:17 216:2
216:14,19,20
217:1,7,23
221:14 226:2
227:9 229:6,12

**reported** 46:4
  167:14
**reporter** 5:15
  6:7 57:9 116:9
  116:12,15
  232:4,12,17
**reports** 52:6,8
  52:13 54:12
  55:8 56:4
  64:11 65:5
  69:18 75:11,12
  77:15,24 82:12
  87:17 110:20
  111:22 112:1
  177:24 179:18
  181:25 209:19
  211:3
**represent** 9:15
  107:6 110:1
  196:19 208:4
**representatives**
  107:15
**represented**
  8:25
**representing**
  5:14 6:4 9:1
  10:20
**republic** 16:21
  17:15,19,22
  18:7,10 19:3
  19:19,25
**reputable**
  226:22
**reputation**
  166:18 167:20

167:24
**require** 47:22
**requirement**
  182:20
**requirements**
  199:2
**requires** 48:13
**research** 21:24
  22:2 77:20,20
  115:3,22
  116:19,22
  117:3 118:13
  186:9 204:10
  212:7
**residual** 43:25
**resign** 29:23
**resigned** 29:20
**resource** 21:2,7
  21:10
**respect** 28:20
  32:23 33:3
  69:10 72:14
  73:4,23 74:20
  76:3 82:14,19
  83:23 88:9
  144:22 151:4
  159:11 162:15
  183:12 205:22
**respected**
  212:20
**respective**
  194:12 197:5
**respond** 36:13
  185:4 229:17

**responding**
  219:4,10 227:3
**response**
  160:24 219:8
**responses**
  129:16
**responsible**
  41:3 44:17
  46:4
**restriction**
  107:10
**result** 63:22
  138:15 212:20
**results** 63:21
  84:10 149:6
  168:25 182:21
  212:12 230:11
**resume** 8:11
**retain** 79:6
  211:4
**retained**
  215:25 232:2
**retirement** 8:23
  9:2,3,4,9,16,21
  9:25,25 10:5
  13:6 20:8
  37:20 43:9,16
  91:15 92:11
  130:17 138:1,2
  139:1 153:23
  154:1 156:16
  158:6 176:20
  177:15 192:16
  206:17 227:9

**[return - s&p]**                                                    Page 53

| | | | |
|---|---|---|---|
| **return**  34:19 | 172:20 228:24 | 165:2 166:2 | **rough**  232:6,12 |
| 80:21 138:12 | 229:1 230:8,10 | 170:19 171:5,6 | **rowe**  153:23 |
| 139:21 163:24 | 235:7 | 172:12,18 | 154:19 183:21 |
| 223:5 235:13 | **reviewed**  35:24 | 180:23 184:18 | 184:5 213:11 |
| 235:16 | 89:24 167:19 | 190:19,22 | **royce**  223:9 |
| **returns**  4:10 | 184:8 | 196:14 200:14 | **ruins**  147:1 |
| 47:6,9 48:6,7 | **reviewing** | 201:23 209:15 | **rules**  6:24 |
| 75:2 114:11 | 107:5 109:7 | 210:4 213:20 | **run**  107:20 |
| 151:3,13 188:3 | 116:4 117:19 | 216:23 222:7 | 146:12 |
| 192:15 200:19 | 117:21 | 222:14 225:24 | **running**  45:9 |
| 204:9 | **reward**  142:12 | 227:16 231:4 | 69:17 |
| **reuters**  203:17 | 142:19 | **rise**  177:17 | |
| 203:22 | **rewriting**  87:4 | **risk**  32:15 | **s** |
| **revenue**  176:18 | **richard**  1:13 | 34:19 62:20 | **s**  4:1 89:18 |
| 176:25 177:12 | 3:15 5:7 6:5,10 | 128:13 142:12 | 236:3 |
| 177:19,21 | 232:1 233:12 | 142:19 187:6 | **s&p**  47:7,10 |
| 178:11,19 | 235:5 236:2,24 | 188:4 192:15 | 51:17,24 52:3 |
| 179:2,9 180:9 | **right**  8:11,19 | 193:10 205:4 | 52:5,19,23 |
| 180:15,18 | 13:14 28:20 | **riskier**  186:22 | 53:4,16,19 |
| 181:8,11 182:4 | 41:12,25 43:21 | 191:24 192:11 | 55:4,12,20 |
| 182:9 183:16 | 46:12,23 54:4 | 201:8,10,22 | 56:12 61:9 |
| 183:20,24 | 56:5 59:19 | 202:1,6,11 | 75:5 76:10 |
| 184:4,24 | 66:18 80:1 | 204:8,20 | 79:1 80:19 |
| **reversion**  114:6 | 83:4 84:2 | **risks**  200:19 | 81:12,19 82:7 |
| **review**  16:6 | 91:11 92:2 | **risky**  187:1 | 82:8,10 83:7 |
| 18:4 45:4 47:5 | 97:18 98:14 | **robustness** | 83:19 84:12,17 |
| 58:8,8 66:20 | 113:3,5 118:7 | 142:17 | 91:15 92:10,18 |
| 68:2 69:7,15 | 121:7 123:18 | **role**  23:9 27:17 | 93:3,24 94:9 |
| 70:6 85:6 87:8 | 124:20 125:14 | 46:3 74:7 | 94:13,23 95:16 |
| 89:14 106:13 | 129:18 130:2 | **roll**  137:25 | 95:20 96:23 |
| 106:14 108:5 | 133:12 134:17 | **rolled**  23:1 | 97:3,13,17 |
| 109:1 117:1 | 136:24 138:14 | **rolling**  80:20 | 98:10,19,24 |
| 119:1 124:2 | 145:1 152:9,21 | **rollover**  14:11 | 99:7,7,14 |
| 127:13 155:6 | 156:25 158:2 | 14:14,20 15:4 | 100:17 101:3,7 |
| 155:12 165:22 | 159:4 160:15 | 23:2 | 101:16,17 |
| | | | 102:20 103:4 |

**[s&p - see]**                                                      Page 54

| | | | |
|---|---|---|---|
| 104:21 105:8 | 69:2 70:23 | **scored** 155:20 | **see** 6:18 8:8,20 |
| 105:12 151:3 | 72:7 78:17 | 171:21 | 9:5 13:1 31:15 |
| 151:20 152:9 | 80:18 86:1,19 | **scoring** 135:8 | 38:2 47:12,16 |
| 153:8,12,15,18 | 86:23 87:6,25 | 139:5,9 165:2 | 54:12,14 55:15 |
| 153:21,24 | 88:4,4,23 89:9 | **screen** 164:10 | 56:17 59:13 |
| 154:2 222:20 | 109:19 122:22 | **scrutiny** 47:11 | 61:4,14 71:15 |
| 222:25 | 123:6,9,12,17 | 58:18 61:8 | 72:10 74:8 |
| **sanchomonte** | 128:2,20,22,22 | 66:25 86:17 | 75:3 77:1 |
| 56:7 | 129:15 130:4 | 87:24 88:5 | 79:20 80:9 |
| **satisfaction** | 185:23 186:8 | **search** 166:1 | 86:11 88:18 |
| 46:20 | 186:21 188:16 | **second** 60:3 | 90:3,4 91:11 |
| **satisfy** 159:10 | 189:2,20 190:4 | 81:1,2 86:1 | 91:17 105:17 |
| 220:24,25 | 192:14,22 | 120:24 121:5 | 108:6 112:25 |
| **saving** 205:3 | 193:9,18 | 130:16 144:22 | 113:24 115:7 |
| **saw** 38:19 | 196:16 197:1 | 146:1 154:10 | 136:15 143:11 |
| 40:11 56:14 | 198:7,22 | 157:7 172:5 | 143:11 144:10 |
| 73:7 78:4 | 200:13 201:6 | 185:9 186:8,10 | 146:1 149:17 |
| 132:14 165:11 | 202:14 204:7 | 194:25 207:8 | 149:19,24 |
| 183:23 188:7 | 206:2 208:23 | 208:23 211:20 | 151:22 152:5 |
| **saying** 37:1 | 210:16,20 | 215:12 221:7 | 152:12 161:6,8 |
| 39:13,24 40:7 | 222:12 | **secondary** | 162:24 168:24 |
| 49:21,24 62:14 | **scale** 136:23 | 51:23 79:4 | 170:16 171:18 |
| 65:12 73:3 | 166:19 | 138:6 | 171:20 172:19 |
| 89:2 117:8,16 | **school** 115:25 | **section** 65:20 | 174:8,12,13,18 |
| 126:3 149:17 | **schwab** 153:20 | 134:8,10,21 | 174:25 178:2 |
| 160:24 166:5 | 154:20 | 135:4 216:3 | 184:22 185:3 |
| 166:25 169:16 | **scientist** 116:19 | 234:7 | 186:1,11,24 |
| 181:9 189:15 | 116:22 | **securities** 8:24 | 187:4 188:5,18 |
| 209:18 226:20 | **scope** 112:15 | 9:13,15 25:16 | 188:22 189:24 |
| 227:12 229:8 | 132:5 142:2 | 26:8 193:21 | 190:9,23 192:1 |
| 229:10 | 187:10,11 | **security** 12:2 | 192:18,25 |
| **says** 23:17 58:7 | **score** 142:20 | 30:10 | 193:12 194:9 |
| 60:22 61:18 | 159:18 164:21 | **seda** 20:3,5,14 | 194:14,24 |
| 65:7 66:17 | 165:11,17 | 20:15,18,23 | 196:6,21 197:7 |
| 67:24 68:6 | 213:14 | 56:9 | 198:3,11 199:3 |

| | | | |
|---|---|---|---|
| 200:3,10,20 | 212:15,16,18 | **separately** | 137:2,10,11 |
| 202:17 203:5 | 212:21 | 144:18 177:5 | 138:7,8,11 |
| 203:18,20 | **selector** 195:18 | **september** | 139:1 155:5,11 |
| 205:8,17 206:7 | **self** 89:11 | 80:22 | 155:11 156:6 |
| 208:25 213:14 | **sell** 25:24 46:10 | **series** 32:11 | 158:14 159:13 |
| 213:18 215:1 | 193:22 | 44:10 139:1 | 162:16,18 |
| 217:6 222:2,22 | **selling** 46:22 | 162:24 194:7 | 163:9,12 |
| 225:7 | **semblance** | 197:4 | 170:24 171:1,8 |
| **seeing** 7:4 | 15:22 | **serve** 45:23 | 180:13,17,18 |
| **seem** 225:11 | **send** 232:6 | 46:14 | 189:22 |
| **seen** 36:17 | **senior** 14:22 | **served** 45:15 | **shared** 178:15 |
| 37:13 38:16 | 27:21 28:1 | **service** 13:7 | **sharing** 4:14,16 |
| 40:11 49:15 | 33:23 | **services** 1:6 3:4 | 4:18 176:18,25 |
| 50:22 53:21 | **sense** 73:7 | 5:8 109:6,6 | 177:12,20,21 |
| 116:1 118:25 | 89:19 126:13 | 224:4 235:4 | 178:11,19 |
| 118:25 120:1 | 177:12 212:17 | 236:1 | 179:2,9 180:9 |
| 125:25 150:25 | **sent** 235:14 | **session** 11:6 | 180:15 181:8 |
| 177:22 225:18 | **sentence** 68:6 | **sessions** 11:7 | 181:11 182:4,9 |
| 230:15 | 86:1,22 128:22 | **set** 10:22 35:12 | 183:16,20,24 |
| **segue** 36:8 | 130:8 185:23 | 64:3 106:7 | 184:4,25 |
| **select** 18:25 | 186:8,21 | 122:19 136:11 | 221:15 |
| 19:8,20 45:4 | 187:23 189:20 | **settled** 10:15 | **sharpe** 32:19 |
| 60:12 180:13 | 190:4 191:23 | **seven** 10:18 | 32:24 36:20 |
| **selected** 135:16 | 191:24 192:22 | 24:5 81:10 | 138:17 139:24 |
| 146:16 158:13 | 193:9,18 | 82:4 83:1 | 164:1 230:12 |
| 158:17 | 194:22 195:6 | **several** 8:13,14 | 231:1,13 |
| **selecting** 41:3 | 195:21 196:16 | 14:9 30:19 | **shed** 84:22 |
| 114:15 135:5 | 198:21 200:23 | 56:6 73:8 85:1 | **sheet** 235:11 |
| 142:9,15 | 201:6 203:16 | 106:24 132:7 | **shoes** 147:6 |
| 145:22 208:17 | 204:7 206:1 | 182:12 198:8 | **short** 22:24 |
| **selection** 59:25 | 208:23 214:22 | 222:17 | 85:9 176:2 |
| 60:22 61:1 | **separate** 50:4 | **shah** 2:4 6:4 | **shorter** 130:3 |
| 134:18 137:7 | 78:22 146:14 | **shape** 113:19 | 131:14 |
| 177:10 180:22 | 171:24 | **share** 136:12 | **shorthand** |
| 180:25 189:7 | | 136:13,22 | 234:11 |

shortly 96:12
96:13
show 82:2,5
110:20 159:3
165:24 221:23
showed 110:22
110:24 151:17
161:25
showing 82:24
125:21 159:19
216:4
shown 54:17
60:22 64:6
93:18 110:20
114:10 217:23
226:23
shows 82:5
90:21 91:11
92:2,3,10,13,22
93:18,22,22
95:8 96:16
105:17 151:24
152:7,7 159:20
169:19 175:7
200:5 214:24
215:17
side 27:22
227:21
sight 61:4
sign 66:9 67:1
235:12
signal 203:12
signature
232:20 234:23

signed 235:19
significance
209:17 211:1,2
significant 72:7
73:14 143:16
161:10 200:18
205:5
significantly
108:2 193:10
similar 12:6
33:7 36:17,17
36:22 38:16,19
39:25 40:1,11
43:9,18,19
50:6 141:7,8
229:4,12
simple 99:3
112:17 125:5
simply 190:8
227:25
single 12:2
17:25
sir 60:11 61:6
61:11 106:2
108:17 116:7
116:12 117:6
125:5 131:2
168:13 170:20
187:17 204:24
206:16
sit 17:24 41:14
111:9 160:12
161:18 191:18
229:2

sitting 149:2
situation
171:14
situations 40:6
six 24:4 30:19
70:13 71:15
82:4 83:18
129:13 154:7
217:11,12
size 36:20
107:8,10,17,19
173:16 204:6
214:5
skew 149:5
skills 99:4,5
skip 100:1
slash 47:15
73:15
sleeve 13:21
138:1,1
sleeves 26:12
26:13 137:22
slide 59:11
slight 62:17
slightly 14:5
197:22
small 23:1 60:6
107:22 142:8
156:20
smaller 14:9
132:6
smart 34:7
156:16
smartretirem...
153:11 158:24

158:25 159:9
159:12 160:14
162:1,16 163:2
163:7,9,13
sold 133:1
solution 205:3
solutions 5:14
5:16 204:10
232:3 235:23
solve 7:6
somebody
77:12 167:13
167:13 169:6
196:13 208:14
somewhat
46:15 108:10
sonoma 9:4
sorry 26:23
54:23 58:5
80:13,16 85:11
116:9 134:11
134:15 157:6
157:21 160:24
168:14 169:15
175:10 184:13
196:13 201:13
207:20 214:9
214:15 222:13
sort 10:21 16:7
16:15 22:10
31:10 32:20
36:21 39:11
43:10,20 44:12
46:18 60:19
71:11 81:19

91:8 97:18
106:24 107:12
115:18 133:3
137:6 140:17
146:19 215:24
**sortino**  32:20
32:24
**sorts**  228:22
**sounds**  186:15
**source**  82:13
**sources**  77:2
**southern**  1:2
5:10
**sp**  4:8
**space**  120:7
**speak**  83:4,5
**speaking**  156:7
165:15
**speaks**  130:13
**specific**  17:2
19:16 22:13
30:6,8 37:12
42:22 49:11
51:10 77:20
109:17 117:16
131:5 149:20
172:15
**specifically**
13:13 18:17,22
20:2,11 25:16
29:25 31:25
32:7,22 33:22
34:15 35:16
36:4,5,22 42:5
42:25 43:9

56:6 65:5
85:22 86:19
105:25 108:25
111:15 117:6
118:4 129:22
131:6 143:15
149:13 151:4
162:11 172:17
194:22 207:3
229:17
**specificities**
55:16
**specificity**  18:5
32:2 40:6
75:23 77:17
129:24
**specifics**  118:9
230:3
**specified**  51:19
51:21 53:13
76:15 129:11
211:6
**specifies**  71:18
**specify**  19:9
38:16
**spelled**  50:8
**spend**  31:14
**spent**  31:7,9
**spits**  165:4
**sponsor**  10:14
10:17
**sponsored**
189:21
**spreadsheet**
169:10

**ss**  234:1
**stacked**  213:19
**stage**  27:4
43:11,15,16,16
43:17
**stages**  26:2
43:15
**standard**  67:2
87:9 88:19
89:5 111:18
119:22 131:7
133:3 139:15
163:16 232:5
**standards**
56:18 123:11
125:23,24
**standpoint**
140:24
**stars**  222:20,25
**start**  8:2
120:17 126:3,5
198:7
**started**  44:8
**starting**  5:18
219:13
**starts**  134:7
168:18 172:4
222:10
**startup**  25:11
**state**  5:17
36:22 106:15
127:6 130:17
224:17,20,23
226:21 233:3
234:1,18

**stated**  72:22
78:13
**statement**  4:4
37:3 48:21,23
50:12 53:6
56:21 57:1,23
57:25 58:20,24
62:25 63:7
64:4,16,20,24
64:25 65:25
66:2,11 67:15
70:22 72:13
74:25 85:2,19
89:17,18
109:15 120:9
120:22 122:22
123:4,6,12
124:23,25
125:8 126:15
126:22 127:4
133:9 177:20
184:1 190:25
**states**  1:1 5:9
**status**  68:2,8,11
74:13 86:4,9
86:24,25
120:21 121:2,5
121:9,12,17,20
121:23 122:4,8
122:12,23
123:13 126:16
126:25 127:1
**stay**  18:3 29:25
121:2 148:24

**stayed** 30:18
43:13 44:21
**staying** 121:23
**stearns** 4:13,15
4:17 14:7 27:6
27:9,14,18,23
28:7,10,15,22
29:2,20 30:7
30:19,22,23
31:4,13 32:10
33:14,20 34:3
34:7,13 35:3,6
45:9,20,22
46:12 117:19
221:15 222:18
227:2,21,22
228:5 229:4,16
230:24 231:9
**stick** 144:9
148:21
**sticking** 174:15
**stock** 10:11
11:17 194:23
195:2,4,7,18
223:9
**stocks** 141:24
142:8,8,8,9
185:25 200:14
**stopped** 29:2
**stopping** 85:8
**strategic**
224:18,21
**strategy** 25:23
72:22 73:10
191:25 192:10

**street** 2:6,16
224:17,20,23
226:21
**stretch** 147:21
**strikes** 53:12
**strong** 212:8
**structure** 210:6
**studies** 114:24
115:1 116:1,2
116:25 117:8
117:15,16,20
117:22,24
118:8,9,17,23
118:25 119:3,4
119:7,18
127:12,17
**study** 115:4
116:8,13
119:10,16
131:19 212:8
**stuff** 7:1
**style** 60:4 72:22
73:7 128:13
**sub** 143:24
200:17
**subject** 68:11
124:10,14,24
125:16 126:17
127:5 146:2,9
149:12 152:16
155:22
**subjects** 193:10
**submit** 165:25
**subsequent**
212:5

**subset** 62:22
63:11
**subtle** 231:5
**sufficient** 66:22
107:14 123:24
141:21 183:5,7
183:11 188:3
198:10
**suggest** 124:13
**suitable** 150:15
180:3 211:23
**suite** 2:6 44:4
47:10,21 58:17
66:24 86:16
87:23 88:20
133:1 154:21
156:18,22
159:1,10
172:22 186:23
187:3,8,8
189:21,21
190:4,6,15,16
190:20,23,24
191:7,11,15,16
191:19,24
192:14,23,23
193:9,11,19,20
196:17 197:2,4
198:9 199:1
200:7,8 201:7
201:9,21,23
202:1,15
203:20 204:11
205:5 206:3,4
206:5,18

**suite's** 190:12
194:5 200:18
**suites** 188:1,17
188:24
**sums** 34:23
**supplant**
119:24
**support** 77:8
77:16 198:10
**supposed** 61:12
66:9 70:24
87:13 125:21
126:25 147:5
**sure** 7:13 8:1
8:18 12:19
32:14 33:17
34:24 35:22
46:2 64:7
76:17 77:9
81:21,23 86:14
90:16 109:13
113:16 115:12
120:2 132:1,3
133:6 136:25
137:2 138:4
142:22 147:23
151:16 154:11
166:15 169:4
175:3 180:17
182:3 211:2
215:7 217:3
220:16,17
226:23 230:21
**surprise** 12:10
110:22 208:14

| | **t** | 173:15 175:25 | 31:8,15 32:1,5 |
|---|---|---|---|
| 225:25 226:8 | | 176:2 200:19 | 32:9,23 33:3,7 |
| 226:10,11,21 | **t** 4:1 153:23 | 201:3,17 | 33:9 39:22 |
| 228:10 | 154:19 183:21 | 213:13 | 40:19 43:2,6,7 |
| **surprised** 49:4 | 184:5 213:11 | **taken** 1:14 5:7 | 43:10,19,24 |
| 111:15 227:4,5 | 236:3,3 | 15:21 82:13 | 44:25 53:17,19 |
| 227:6 | **table** 91:8 | 85:14 148:1 | 53:20 55:4,12 |
| **survivorship** | 140:12 142:1 | 176:6 220:2 | 55:16,20 56:12 |
| 148:13 149:12 | 145:5 151:10 | 234:10 | 61:9 70:1 |
| 149:14,15,17 | 154:13 155:2,4 | **takes** 62:2 | 76:10 79:1 |
| 149:20,22 | 155:25 158:8 | **talk** 17:1 38:6 | 80:19 81:12,19 |
| **suspect** 173:17 | 158:19,23 | 158:16 174:11 | 82:7,8,10 83:7 |
| **swear** 6:7 | 159:3,19 | 191:20 211:19 | 83:19 84:12,17 |
| **switch** 56:25 | 160:14 162:14 | 228:16 | 91:15 92:7,10 |
| 95:24 121:24 | 164:7,9,14 | **talked** 17:4,6 | 92:18,19 93:1 |
| 147:15 175:23 | 167:2 168:22 | 59:7 124:2 | 93:3,7,20,23,24 |
| 221:5 | 169:1,2 171:2 | **talking** 21:16 | 94:2,7,9,13,14 |
| **switched** 177:3 | 173:11 174:3 | 37:19 38:20,23 | 94:20,23 95:2 |
| 209:23 | 177:11 180:1,2 | 44:9 51:3 | 95:10,11,16,19 |
| **switches** 177:3 | 180:24 183:9 | 52:14 58:12 | 95:20 96:3,7 |
| **sworn** 6:11 | 184:22 191:14 | 64:14 77:9 | 96:20,23,24 |
| 234:6 | 197:20,23 | 85:23 114:5 | 97:2,3,11,13,14 |
| **symbol** 174:3 | 198:22 199:19 | 129:21 130:2 | 97:17,18 98:8 |
| **symbols** 171:4 | 202:22 211:12 | 166:21 201:19 | 98:10,11,17,19 |
| 171:7 173:14 | 211:22 212:3 | 203:3 229:23 | 98:20,23,24 |
| **system** 8:23 9:3 | 214:2 220:21 | 229:24 | 99:11,14,17,23 |
| 9:9,17,21 | **tables** 157:3,8 | **talks** 61:15 | 100:7,12,17 |
| 12:20 13:6 | **take** 7:6,9 | 74:25 194:22 | 101:1,3,6,7,13 |
| 191:22 | 15:12 20:13 | **target** 13:3,7 | 101:21,23 |
| **systems** 8:22 | 26:7 38:9 57:3 | 13:10,12,13,17 | 102:14,20,24 |
| 9:2,25 10:5,9 | 59:10 79:15 | 13:20 15:24 | 103:4,9,11,12 |
| 11:17,21 12:7 | 85:9 86:15 | 20:18,24 21:8 | 103:21 104:1,9 |
| 12:15 13:3 | 89:12 109:3,8 | 21:12 23:6,22 | 104:18,21,24 |
| | 112:20 127:18 | 24:21 25:6 | 105:6,8,9,11,12 |
| | 127:19 135:2 | 30:23,25 31:4 | 105:19 106:15 |
| | 147:16 156:21 | | |

**[target - tests]** Page 60

| | | | |
|---|---|---|---|
| 106:19 108:18 | 186:17,21 | 167:13,14 | **terminate** 79:6 |
| 108:22 109:18 | 188:7 191:6,10 | 189:23 208:5 | 128:8,21 129:1 |
| 110:24 112:9 | 191:13 192:9 | 210:7 219:22 | 129:17 130:7 |
| 112:12,20,21 | 192:11 193:5,6 | **teams** 45:19 | 130:10 137:25 |
| 112:25 113:8 | 195:15 196:1 | **technique** 11:4 | **terminated** |
| 113:10 115:8 | 197:15,19,24 | 119:19 | 29:24 50:7 |
| 115:10 117:7 | 198:2 199:11 | **technology** | 129:6 135:19 |
| 117:11,11 | 199:18 202:10 | 5:13 7:2 43:22 | 135:21 171:12 |
| 118:3,19,20 | 202:22 203:11 | 79:16 80:2 | **termination** |
| 119:4 131:11 | 204:2,10 | **tell** 14:20 34:18 | 131:13 |
| 131:14,17,23 | 205:15,24 | 41:13 67:10,12 | **terms** 20:7 |
| 132:4,15,25 | 206:18 207:2 | 130:10 132:5 | 33:10,11 86:22 |
| 133:20 135:11 | 211:23 213:7 | 133:22 141:3 | 107:2 110:14 |
| 135:15 137:23 | 213:11,17,21 | 148:8 154:8 | 120:21 123:3 |
| 137:24 138:25 | 214:1 218:2 | 173:23 176:13 | 124:24 127:3 |
| 140:16,21 | 225:22 | 179:20 182:9 | 155:15 |
| 141:10,25 | **tdf** 135:23 | 220:10 226:20 | **terrific** 6:22 |
| 142:10,16 | 137:2,14,16 | **telling** 50:21 | **test** 62:11 99:3 |
| 143:8,12,24 | 186:10 187:25 | 126:2 | 110:6 149:20 |
| 144:21 145:5 | 188:9 189:3,5 | **tells** 39:3 | 159:10,16 |
| 145:25 149:11 | 204:7 | **ten** 24:13 51:8 | **testified** 10:24 |
| 149:24 151:3,9 | **tdfs** 80:19,19 | 61:25 75:2 | 13:17 75:5 |
| 151:17,20,25 | 107:11 137:21 | 82:4,6,24 | **testifies** 6:11 |
| 152:1,2,3,9,11 | 137:23 138:6 | 105:11 112:21 | 75:9 |
| 152:16 153:2,8 | 154:18 185:23 | 113:2,8 115:9 | **testifying** 22:1 |
| 153:12,15,17 | 188:2,2 | 115:10 117:12 | 29:6 148:9 |
| 153:18,21,24 | **teach** 21:17 | 118:21 119:14 | 176:14 220:11 |
| 154:2,5 155:17 | 22:7,9,12 | 131:3 153:14 | **testimony** 11:2 |
| 155:21,22,24 | **teaching** 21:17 | 153:14,20,20 | 11:5 28:25 |
| 163:10 164:15 | 21:22,23 28:24 | 153:23 154:8 | 112:3,7 124:3 |
| 164:20,25 | 28:25 29:5 | **tended** 24:11 | 178:19 231:25 |
| 165:13 167:1,8 | **team** 55:22 | **tends** 149:22 | 235:9,17 |
| 167:16 168:4 | 56:1,3 76:21 | **tenses** 209:23 | **testing** 99:5 |
| 168:10 171:22 | 77:1,16 83:3 | 210:11 | **tests** 115:7 |
| 172:22 181:10 | 160:19,19 | | |

**[texas - time]**

| | | | |
|---|---|---|---|
| **texas** 1:2 3:7 | 65:6 71:4 | 61:9,20,25 | **time** 7:11 16:19 |
| 5:10 | 78:19 79:9 | 65:15 66:23 | 17:16 18:1 |
| **text** 234:11 | 80:15 82:9 | 68:16 70:15 | 21:16 22:25 |
| **textbook** 22:13 | 86:18 110:16 | 71:16,16,17,18 | 23:23,25 24:2 |
| **textbooks** 22:6 | 110:24 111:14 | 75:2 76:21 | 28:21 31:7,9 |
| 22:8 | 112:17 118:12 | 78:5,9 82:3 | 31:14 32:3,6 |
| **thank** 6:6 7:12 | 129:2 146:17 | 83:13 91:22,24 | 32:23 33:4 |
| 9:8,24 13:23 | 146:21,23 | 92:16 95:13 | 40:9 43:1 |
| 24:8 59:6 62:6 | 176:3 179:13 | 96:17 97:4 | 44:22 45:2,5 |
| 90:17 122:1 | 182:4,22 | 98:5,11 99:8 | 46:6 49:18 |
| 220:7 221:11 | 187:22 210:11 | 102:10 103:18 | 50:18,19 51:1 |
| 231:19,23 | 215:22 216:3 | 105:20 114:1,2 | 51:2,3 52:13 |
| 232:9,14 | 220:15 231:17 | 114:4 115:9,10 | 67:10 85:13,16 |
| **thanks** 6:17 | **thinking** 231:6 | 117:12 118:21 | 91:2 95:2 98:2 |
| 207:21 | **third** 28:10 | 125:22 128:4 | 105:21 108:15 |
| **theirselves** | 61:15 62:2 | 128:10,10,11 | 111:21 116:5 |
| 228:25 | 65:23 92:6 | 128:12,13 | 119:24 120:3 |
| **theoretical** | 100:11 121:11 | 129:23,23 | 121:11 122:10 |
| 114:18 | 144:23 | 130:3,4 131:15 | 126:10 127:19 |
| **thereof** 9:14 | **thirds** 198:25 | 137:5 139:15 | 129:4 130:3 |
| **thing** 8:9 36:21 | **thorough** 34:8 | 139:18,21,24 | 131:12 135:2 |
| 62:15 88:9 | 68:2 | 140:1,3 143:13 | 135:21 140:6 |
| 128:6 196:8 | **thought** 35:8 | 150:4 151:13 | 141:1 147:6 |
| 215:3,5 219:4 | 44:19 108:4,14 | 151:21 152:8 | 148:3 149:7 |
| **things** 33:5 | 127:16 131:1 | 154:7 158:15 | 156:3,21 |
| 35:4 50:5 | 145:1 227:8 | 159:10,17,24 | 173:15 176:4,8 |
| 77:16 89:3,6 | **thoughtful** 34:7 | 194:11 196:18 | 182:18 185:25 |
| 89:21 128:4 | **thousand** 54:7 | 198:4 | 186:18 191:8 |
| 146:18 162:6 | **three** 12:6,8,11 | **threshold** 54:9 | 197:21 198:5 |
| 164:11 | 24:5,6,7 40:10 | 158:16 | 201:3 206:2 |
| **think** 7:24 24:6 | 47:9,19,22 | **throw** 33:8 | 212:5,14 |
| 24:7 33:5 35:3 | 48:2,5,6,8,11 | **thumbs** 167:14 | 218:19 219:6 |
| 38:13 41:12 | 48:17 49:11,16 | **ticker** 171:4,7 | 219:16,17 |
| 44:8 52:3 | 49:22,25 50:14 | 174:3 | 220:1,4 221:19 |
| 57:16 64:17,19 | 50:18 51:2 | | 221:24 225:13 |

**[time - type]**

226:12,15,18
228:2,18
229:14,20,23
230:2,5,15,20
231:7 232:9,14
235:18
**timeframe**
235:8
**times**   6:23 17:7
53:21 76:17
85:1 137:22
194:5
**tip**   118:13
**title**   130:16
**today**   13:25
15:25 17:24
111:9 160:12
161:18 191:18
220:15 229:2
232:15
**today's**   6:5
231:25
**together**   22:10
22:14
**told**   12:20,25
13:1 29:23
55:22 56:1
98:1 187:19
231:21
**tongue**   118:14
**took**   30:11,21
**tools**   210:24
**top**   24:3 54:3
92:6,6,14
93:19 94:2,18

95:10,17 96:1
99:15,21 100:5
100:15,18,22
101:4 111:1
113:2,7,11
118:1 162:13
194:5
**total**   139:21
163:24 186:10
223:4 232:1
**totally**   38:10
119:20
**towards**   187:22
**track**   35:1 64:9
65:4,6 143:25
144:2,3 148:18
171:15 190:8
193:20
**tracked**   65:9,13
**tracking**   34:21
34:22 35:1
62:19,20 63:15
230:9
**tracks**   62:17
**trailed**   194:12
**transactions**
29:13
**transcript**
235:6,19
**transferred**
17:3
**transition**
16:22
**transitioned**
17:19

**transparency**
9:14
**treat**   137:23
**treated**   135:17
**tremendously**
145:21
**triangulate**
81:19
**triggered**   129:5
150:12
**trouble**   7:3
**true**   31:6
107:22 113:7
127:3,6 141:7
186:13,15
190:1 191:2
192:20 193:15
195:8 197:9
198:13 199:6
200:11,23
201:1 202:19
204:14 206:9
233:3 234:18
**trust**   14:6,23
15:19 28:23
42:18 44:6,7,8
44:25 45:7
117:17 155:25
**trusted**   18:6
**trustee**   129:15
**trustees**   128:6
130:18
**truth**   148:9
176:14 220:11

**truthful**   8:16
**try**   46:10 107:2
111:18 138:7
**trying**   25:24
57:10 99:3
107:21 114:17
126:12 134:11
210:22
**turn**   80:7 90:19
162:11 174:16
185:20 186:6
204:23 205:12
207:18 214:7
216:14
**turned**   86:22
**tweaked**
230:16
**twenty**   218:8
**two**   11:11
14:17 30:8
42:6 50:4
76:21 77:16
78:15 82:3,4
85:9 113:12
114:15 122:24
123:13,22
127:1 135:17
137:6 144:17
146:12 154:7
155:9 198:25
213:19 226:12
229:13
**type**   26:13
133:17,19
141:21 142:15

**[type - used]**                                                          Page 63

| | | | |
|---|---|---|---|
| 149:21 230:12 | 193:18 196:17 | **understanding** | **uploading** |
| **types**  146:12 | 197:2,18 198:2 | 55:17,19 179:8 | 172:7 |
| 149:21 | 198:8 199:15 | 206:16 228:24 | **usable**  107:22 |
| **typical**  38:2 | 199:20 | 229:21 | **use**  9:15 18:22 |
| 89:17,19,22 | **undermines** | **understood** | 19:14 22:8 |
| **typically**  6:25 | 84:13 | 219:12 | 23:12 24:11 |
| 227:14 | **underneath** | **unimproved** | 35:1,12 37:23 |

|  **u**  |
|---|

| | | | |
|---|---|---|---|
| | 91:11 | 123:9 | 49:16 51:24 |
| **uh**  136:10 | **underperform** | **unique**  36:16 | 52:20 53:11,12 |
| 151:7 215:14 | 65:14 | 36:24 37:25 | 65:2 71:10 |
| **ultimate** | **underperfor...** | **unit**  5:6 | 75:17 77:5,15 |
| 160:22 | 47:22 48:11,12 | **united**  1:1 5:9 | 100:10 105:23 |
| **ultimately** | 50:17 64:10 | **units**  232:1 | 106:7 108:8,16 |
| 31:11 | 111:20 114:14 | **universe**  26:5 | 109:12,12,13 |
| **unable**  210:18 | 125:23 128:3 | 107:3 109:8,9 | 111:10,18 |
| **unclear**  109:19 | 129:2 131:13 | 109:17 110:19 | 136:2 137:11 |
| **under**  59:25 | **underperfor...** | 112:20 113:11 | 138:10 143:5 |
| 60:22 61:15 | 48:17 54:20 | 132:7,20,23 | 146:14,20,23 |
| 63:7 72:9 | 114:13 132:8 | 133:5 135:23 | 147:1 169:5 |
| 97:16 123:3 | 143:13 152:8 | 136:5 148:16 | 170:9 175:10 |
| 124:24 126:19 | 198:3 | 148:25 149:1 | 181:2,25 194:7 |
| 127:3 128:8,11 | **underperforms** | 150:10 189:9 | 208:9,16 211:3 |
| 129:19 132:6 | 49:25 54:6 | **universes** | 230:4 |
| 146:2,9 148:5 | 61:8 | 181:24 | **used**  11:4,13 |
| 166:19 169:17 | **understand** | **unquote**  177:17 | 12:10,11 16:20 |
| 176:10 190:6 | 34:1 35:6 | **unreasonable** | 16:20 18:7,10 |
| 220:8 233:2,2 | 49:21 65:11 | 59:4 | 18:25 19:14,19 |
| 234:11,17,17 | 70:11,21 | **unsuitable** | 19:25 22:6 |
| **underlies** | 136:17,19,20 | 192:16 | 32:18 37:9,13 |
| 107:24 | 148:5 163:6 | **unusual**  38:1 | 38:5,11,12,23 |
| **underlying** | 167:5 169:4 | **upload**  56:22 | 38:25 39:1,2,3 |
| 56:4 143:7,12 | 176:10 177:6 | 79:15 172:3 | 39:6,14,17 |
| 143:24 159:5 | 182:6 208:8 | 221:6 | 40:8 41:10 |
| 168:24 190:13 | 220:8 230:21 | **uploaded** | 43:14 49:12 |
| 191:25 192:10 | | 150:20 221:13 | 52:15,24,25 |

[used - vs]                                                                    Page 64

53:4,10,23,25
55:7,10,23
60:7,8 70:5
76:2,11,12
77:22 82:11
87:12 98:19
106:18,25,25
108:24 109:1
109:14 111:16
113:23 114:20
114:23 119:20
119:24 124:6
135:14 136:4,6
137:20 139:9
142:20 143:2,3
143:22 149:4
162:18 167:3
170:4,24 171:3
171:4 181:23
198:8 227:14
227:18 229:11
229:13 232:1
235:19
**useful**  52:9
  133:7
**usefulness**
  166:20 168:7
  168:11
**uses**  18:15 19:7
  19:12 75:10
  109:11 143:4
  182:22 211:10
**using**  5:12 32:8
  32:11 40:8,9
  40:10 52:3,5

74:19 75:7
77:7 82:9,10
111:7,16
125:22 131:15
132:10 135:23
136:19 143:1
143:21 145:22
152:17 166:1
171:18 189:10
215:23 227:8
230:11
**usually**  50:8
**utilize**  49:6
  180:9 212:3
  227:10
**utilized**  34:12
  55:12,13 56:12
  58:1 75:5
  94:10 133:19
  139:6 175:18
  179:23

| v |
|---|

**v**  235:4 236:1
**vague**  124:12
**valid**  43:22
  147:9 212:17
**validate**  160:1
**valient**  11:18
  11:22
**valuable**  108:3
  213:2
**value**  60:5
  119:1 142:8
  195:2,19 223:1
  223:23 224:5

**vanguard**
  154:1,18 213:7
  223:15
**variant**  143:1
**varies**  179:13
**various**  32:15
  32:17 41:16
  43:15 143:8
  148:17
**vehicles**  196:18
**venture**  25:13
**ventures**  28:22
  40:16
**verified**  83:3
  160:20
**verify**  83:5
  160:1 235:9
**veritext**  5:14,16
  232:2 235:14
  235:23
**veritext.com**
  235:15
**version**  46:18
  156:9 157:7
  175:11
**versions**  33:10
**versus**  5:8 9:9
  43:21 47:7
  60:5,6 80:19
  91:7 142:5
  164:16 230:25
  231:2
**vhs**  43:21,22,23
**video**  5:6

**videoconfere...**
  1:12 2:5,12,13
  2:14,15 3:5,10
  3:11
**videographer**
  3:11 5:4,15 6:6
  85:12,15
  147:24 148:2
  176:4,7 219:25
  220:3 231:24
**view**  70:18
  71:16 73:25
**viewed**  70:17
**vintage**  47:6
  66:21 93:6
  132:25 133:23
  137:17
**vintages**  32:17
  47:8,10,19
  66:22 93:20,20
  111:21 133:2,4
  133:10,11,24
  136:14 137:1
  137:13,20,22
  142:16,24
  143:20 151:19
  196:20
**violating**
  128:12
**virtual**  5:13
**visible**  69:18
**volatility**  205:6
**voting**  41:17
**vs**  1:5 4:8

**[w - witness]**

| w | | | |
|---|---|---|---|
| **w**  20:6 | 49:8 50:1,5,17 | 204:5 208:15 | 216:14,19 |
| **wait**  157:14 | 58:9,14,18 | 209:18,19 | 217:7 219:5 |
| 222:23 | 59:9 60:23 | 211:25 212:17 | **west**  3:6 147:21 |
| **waiting**  184:12 | 61:8,12 63:1 | 213:2 226:5 | **wheel**  22:21 |
| **wall**  30:9 | 63:14 64:6 | 227:3,25 | 23:4,10,14 |
| **walls**  46:19 | 65:16,24 66:10 | 228:14 231:3,9 | 24:9 |
| **walnut**  2:6 | 66:24 67:1,6 | 231:11 | **witness**  1:13 |
| **want**  7:1 8:16 | 67:19 68:11 | **ways**  182:12 | 2:3 3:15 6:4,7 |
| 23:20 28:11,12 | 70:15,23 73:21 | 212:14,20 | 6:11 16:9 20:7 |
| 39:10,16 56:7 | 74:13 85:24 | **we've**  57:1 85:8 | 21:19,21 35:24 |
| 58:16 59:17,18 | 86:17 87:24 | 85:22 147:14 | 39:10 40:5 |
| 64:16 76:17 | 88:5,16,19,20 | 175:25 176:3 | 50:21 52:12 |
| 77:9 79:13 | 88:25 89:15 | 221:12 227:20 | 53:8 56:15,16 |
| 81:16 85:7 | 120:14 122:19 | 230:15 | 57:10 59:3 |
| 112:25 116:16 | 128:2,7,9,19,20 | **website**  173:1,4 | 64:23 65:18 |
| 125:20 147:16 | 128:23 129:17 | **week**  10:22,24 | 71:1,9 72:17 |
| 150:24 151:2 | 129:21,22 | 11:8,8,9,12,14 | 78:13 79:13,21 |
| 154:10 159:21 | 130:1,5 131:3 | **weekend** | 86:11 87:3 |
| 164:9 167:4,12 | 131:17 | 232:10 | 88:3,18 89:2 |
| 173:15 175:23 | **water**  201:16 | **weight**  190:14 | 116:16 118:12 |
| 175:25 176:24 | **way**  7:6 38:6 | **welcome**  220:6 | 124:13 125:2 |
| 182:3 207:9 | 43:10,13 48:1 | **went**  26:16 | 125:19 132:3 |
| 217:3 220:16 | 49:17 60:20 | 44:13,22 | 132:19 133:16 |
| 220:17 222:3 | 61:16 64:12 | 110:23 160:5 | 138:19 146:23 |
| 225:14 230:21 | 71:1,9,12 | 161:8 217:11 | 147:4 178:14 |
| 232:4,12 | 76:25 82:20,22 | **wermers**  4:5 | 178:22 179:4 |
| **wanted**  29:25 | 82:25 84:1 | 77:25 78:4,16 | 179:13 181:17 |
| 84:18 136:21 | 107:16 110:13 | 79:10 81:9 | 182:8 183:15 |
| 136:25 137:2 | 111:20 113:19 | 84:3 147:11 | 184:15 199:23 |
| **warrant**  54:21 | 123:8 132:24 | 160:18,25 | 207:9,16,22 |
| **warrants** | 148:23 161:9 | 161:13,19 | 208:20 212:7 |
| 121:22 | 177:16 178:2,8 | 183:19 184:3 | 215:9 217:23 |
| **watch**  47:11,21 | 179:20 181:5 | 184:24 207:25 | 218:14 219:3 |
| 47:23 48:13 | 182:10,15,21 | 210:22 214:16 | 226:5,10 |
| | 202:25 203:14 | 214:23 215:16 | 227:12,20 |

228:14 229:8
234:5,21 235:8
235:10,12,18
**won** 43:22
**wonder** 171:14
**wonderful**
148:12
**word** 77:6
89:21 166:1,1
**wording** 89:20
**words** 13:19
41:11
**work** 20:6,7,21
20:23 21:1,11
21:19,21 22:1
22:20 29:5,6
56:3 76:3
77:22 115:23
117:22 178:2
**worked** 24:25
25:16 27:5
29:9 38:14
45:20
**working** 29:2,8
49:2,15 80:3
90:13 116:24
222:10
**world** 142:8
**worse** 95:20
97:3 98:24
101:7,24
104:10,25
115:9 117:11
118:20 138:16
203:12 211:10

211:21 212:25
**worst** 123:21
**write** 77:15,24
**writing** 13:1
**written** 12:17
48:1 124:6
**wrong** 83:6
84:2 126:2
159:12,13
222:13
**wrote** 77:25

**x**

**x** 3:14 4:1
129:9

**y**

**yeah** 35:15,21
67:7 79:20
82:1 87:3
118:12 132:3
134:23 135:2
172:5,7 184:12
185:9 195:1
207:12 213:18
214:12 215:3
**year** 4:9 12:6,6
12:11 16:23,25
17:3,10 18:1
25:14 26:1
27:4 40:10
47:9,19,22,23
48:5,5,7,11,11
48:17,17 49:11
49:16,22,23,25
49:25 50:14,15

50:18,19 51:2
61:9,10,25
65:15,15 66:23
75:2 80:20
81:24 83:13
84:1,9 91:22
91:24 92:16,22
94:17,23 95:13
95:24,25 96:17
97:4,7,13 98:5
98:11,13,25
99:8,20 100:14
100:18 101:9
102:5,10 103:1
103:8,13,18
104:4 105:2,20
108:1 114:1,1
118:21 125:22
128:10,11
129:23 131:15
139:15,16,18
139:18,21,22
139:24,24
140:1,1,3,3
143:13,14,25
150:4 151:13
151:21 152:8
158:15 159:10
159:17,24
181:9 198:24
199:16,21
214:24,24
215:17,17
216:4,4 218:4
229:23

**years** 8:14 12:8
14:2,5,6,23
15:19 17:23
18:21 19:22
21:19 24:5
29:18 42:6
47:20 48:2,8
49:2,16 51:6,8
51:12 73:8
81:25 107:12
107:12 114:2,2
114:4 115:2,9
115:11 117:12
119:1,12,14
125:25 129:24
131:3 137:5
139:8 198:4,4
**yield** 115:8
118:19 201:11
202:2,12 224:7
**yields** 117:10
138:24
**york** 22:20 23:4
23:10,14 24:9

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2) Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.



DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.