# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| **MARY LALIBERTE,** *et al.*, | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **Case No: 4:22-cv-03290 (AHB)** |
| | § | |
| **QUANTA SERVICES, INC.,** | § | |
| | § | |
| **Defendant.** | § | |

## <u>ORDER</u>

This matter comes before the Court on Defendant's Motion to Exclude the Proposed Expert Testimony of Donald C. Stone. Upon careful consideration of Defendant's Motion and accompanying exhibits, and any further briefing and argument, the Court hereby **GRANTS** Defendant's Motion. Stone's opinions and proposed testimony are hereby excluded pursuant to Federal Rule of Evidence 702.

It is so **ORDERED**.


_____         _____
Date                                The Honorable Alfred H. Bennett
                                    United States District Judge