UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **MARY LALIBERTE,** *et al.*, | § § § | |
| **Plaintiffs,** | § § | |
| v. | § § | Case No: 4:22-cv-03290 (AHB) |
| **QUANTA SERVICES, INC.,** | § § § | |
| **Defendant.** | § § | |

## ORDER

This matter comes before the Court on Defendant's Unopposed Motion for Hearing. Upon consideration thereof, the Court hereby **GRANTS** Defendant's Motion. It is **ORDERED** that oral argument on Defendants' Motion for Summary Judgment, Motion to Dismiss for Lack of Article III Standing, Motion to Exclude the Proposed Expert Testimony of Richard Marin, and Motion to Exclude the Proposed Expert Testimony of Donald C. Stone will be held before the Court on _____  _____, 202\_\_\_, at _____.

It is so **ORDERED**.

_____  _____
Date                                                              The Honorable Alfred H. Bennett
                                                                           United States District Judge