# Exhibit 3

## Quarterly Losses and (Gains) Assuming Replacement of American Beacon with Janus Henderson Small Cap Value N
*4Q2019 through 2Q2024*

|   | [a]<br>Quarter Ended | Replacement Fund<br>[b]<br>Vintage |
|---|---|---|
| [1] | 12/31/2019 | - |
| [2] | 3/31/2020 | $942,080 |
| [3] | 6/30/2020 | $225,257 |
| [4] | 9/30/2020 | ($351,201) |
| [5] | 12/31/2020 | ($1,238,494) |
| [6] | 3/31/2021 | ($1,966,191) |
| [7] | 6/30/2021 | ($2,166,431) |
| [8] | 9/30/2021 | ($2,129,885) |
| [9] | 12/31/2021 | ($2,199,904) |
| [10] | 3/31/2022 | ($2,862,148) |
| [11] | 6/30/2022 | ($2,170,294) |
| [12] | 9/30/2022 | ($1,681,728) |
| [13] | 12/31/2022 | ($2,337,062) |
| [14] | 3/31/2023 | ($2,693,621) |
| [15] | 6/30/2023 | ($3,289,557) |
| [16] | 9/30/2023 | ($3,631,515) |
| [17] | 12/31/2023 | ($3,747,336) |
| [18] | 3/31/2024 | ($3,529,814) |
| [19] | 6/30/2024 | ($3,147,203) |
|   | **Total Losses to Plan Participants as of June 30, 2024:** | - |

## Quarterly Losses and (Gains) Assuming Replacement of DFA Fund with Schwab Fundamental International Small Cap Equity Index Fund

*4Q2019 through 2Q2024*

|  | [a] | Replacement Fund [b] |
|---|---|---|
|  | **Quarter Ended** | **Vintage** |
| [1] | 12/31/2019 | - |
| [2] | 3/31/2020 | $118,517 |
| [3] | 6/30/2020 | $123,004 |
| [4] | 9/30/2020 | $168,139 |
| [5] | 12/31/2020 | $164,783 |
| [6] | 3/31/2021 | $141,770 |
| [7] | 6/30/2021 | $190,859 |
| [8] | 9/30/2021 | $107,870 |
| [9] | 12/31/2021 | ($43,921) |
| [10] | 3/31/2022 | ($176,022) |
| [11] | 6/30/2022 | ($164,152) |
| [12] | 9/30/2022 | ($164,714) |
| [13] | 12/31/2022 | ($282,557) |
| [14] | 3/31/2023 | ($327,287) |
| [15] | 6/30/2023 | ($344,717) |
| [16] | 9/30/2023 | ($502,300) |
| [17] | 12/31/2023 | ($468,818) |
| [18] | 3/31/2024 | ($704,566) |
| [19] | 6/30/2024 | ($834,969) |

**Total Losses to Plan Participants as of June 30, 2024:**  -