UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Mary Laliberte, et al.

v.                                          Case Number: 4:22–cv–03290

Quanta Services, Inc., et al.

---

NOTICE OF RESETTING

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

**Before the Honorable**

Alfred H Bennett

**PLACE:**
Courtroom 9A
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 1/23/2025

**TIME:** 01:30 PM

**TYPE OF PROCEEDING:** Motion Hearing
Motion to Certify Class – #71

Date:   January 2, 2025

                                                                Nathan Ochsner, Clerk