United States District Court
Southern District of Texas
**ENTERED**
January 09, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **MARY LALIBERTE**, *et al*., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No: 4:22-cv-03290 (AHB) |
| **QUANTA SERVICES, INC.**, | § § | |
| Defendant. | § § | |

# ORDER

This matter comes before the Court on Defendant's Unopposed Motion for Hearing. Upon consideration thereof, the Court hereby **GRANTS** Defendant's Motion. It is **ORDERED** that oral argument on Defendants' Motion for Summary Judgment, Motion to Dismiss for Lack of Article III Standing, Motion to Exclude the Proposed Expert Testimony of Richard Marin, and Motion to Exclude the Proposed Expert Testimony of Donald C. Stone will be held before the Court on **January 23, 2025, at 1:30 p.m.**

It is so **ORDERED**.

January 9, 2025
Date

_____
The Honorable Alfred H. Bennett
United States District Judge