UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **MARY LALIBERTE and MARIE MCKNIGHT, individually and as representatives of a class of similarly situated persons, on behalf of the QUANTA SERVICES, INC. 401(K) SAVINGS PLAN,**<br><br>Plaintiffs,<br><br>v.<br><br>**QUANTA SERVICES, INC.,**<br><br>Defendant. | Case No: 4:22-cv-03290 (AHB) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and among the parties that the above-captioned action be dismissed in its entirety, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1), with no award of counsel fees or costs by the Court to either side.

| */s/ James C. Shah* | */s/ Jeremy P. Blumenfeld* |
|---|---|
| **MILLER SHAH LLP**<br>James C. Shah, Pro Hac Vice<br>1845 Walnut Street, Suite 806<br>Philadelphia, PA 19103<br>866-540-5505<br>jcshah@millershah.com | **MORGAN, LEWIS & BOCKIUS LLP**<br>Jeremy P. Blumenfeld, Pro Hac Vice<br>1701 Market St.<br>Philadelphia, PA 19103<br>215-963-5258<br>jeremy.blumenfeld@morganlewis.com |
| *Attorney for Plaintiffs* | *Attorney for Defendant* |